| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Hartman SPE, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
30-1127400

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2909 HILLCROFT, SUITE 420  Houston, TX 77057 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Harris | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor   **Hartman SPE, LLC** _____   Case number (*if known*)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

531120 – Lessors of Nonresidential Buildings

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Hartman SPE, LLC**                                                                                          Case number (*if known*)
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor **Hartman SPE, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ■ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Hartman SPE, LLC**          Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/13/2023
               MM / DD / YYYY

X   */s/ David Wheeler*            **David Wheeler**
    Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

X   */s/ William E. Chipman, Jr.*       Date   09/13/2023
    Signature of attorney for debtor                  MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**1313 N. Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   (302) 295-0193      Email address   chipman@chipmanbrown.com

**3818**
Bar number and State

## HARTMENT SPE, LLC ("SPE")

## JOINT WRITTEN CONSENT OF THE SOLE MANAGER AND MEMBERS

## DATE: September 12, 2023

Hartman SPE Management, LLC ("Manager"), being the sole manager of SPE, and Hartman XX Limited Partnership, being a Member (as defined in the LLC Agreement (as defined below)) holding in excess of 97% of the equity interests of SPE ("Member"), each acting through their respective duly authorized representatives, do hereby jointly consent to, adopt and approve the following recitals and resolutions (the "Resolutions") pursuant to SPE's organizational documents, including, without limitation, the Limited Liability Company Agreement of SPE dated July 19, 2018 (as previously amended, the "LLC Agreement") and the laws of the State of Delaware:

WHEREAS, Manager and Member have considered the numerous and complex issues affecting SPE's operations, including, without limitation, the upcoming maturity of its secured loan, the cloud on title placed upon SPE's real estate assets by the litigation styled *Allen R. Hartman et al. v. Silver Star Properties REIT, Inc., et al.*, Cause No. 2023-17944, pending in the 133rd Judicial District Court for Harris County, Texas, and such other matters deemed relevant by Manager and Member;

WHEREAS, Manager and Member have considered the strategic alternatives available to SPE to address these issues, and the effect such strategic alternatives would have on SPE's ongoing business operations; and

WHEREAS, based upon the information available to it, Manager and Member have determined, in the exercise of their reasonable business judgment, that it is in the best interests of SPE and all of its equityholders to authorize SPE to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

NOW, THEREFORE, BE IT:

## **CHAPTER 11 FILING**

RESOLVED, that SPE shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief commencing a case under the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware or other court of competent jurisdiction that Manager deems appropriate (the "Bankruptcy Court"); and

RESOLVED, that Manager's President, any Vice President and Secretary (each an "Authorized Officer"), acting alone or collectively be, and each hereby is, authorized, empowered, and directed to enter into, execute, and deliver any document appropriate to facilitate SPE filing a voluntary petition for relief under the Bankruptcy Code; and

149265609

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed to approve or take any and all actions that the Authorized Officers deem reasonable, advisable, expedient, convenient, necessary, or proper with respect to SPE related to or arising in the Chapter 11 Case, the taking or approval of any action by an Authorized Officer to be deemed conclusive evidence that such Authorized Officer deemed such action to be reasonable, advisable, expedient, convenient, necessary, or proper; and

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed to execute and file by and through Manager but in every event, for and on behalf of SPE, and in its name, all petitions, notices, schedules, disclosures, applications, statements, plans, and other documents reasonably necessary in furtherance of SPE's interests in the Chapter 11 Case or related proceeding, to pay or cause be paid all such costs and expenses and fees with respect to the filing of a voluntary petition for relief under the Bankruptcy Code, and to execute and deliver by and through Manager but in every event, for and on behalf of SPE, and in its name, all documents, instruments, certificates, and agreements as may be determined to be necessary or appropriate and in the interests of SPE by the Authorized Officers to carry out and comply with the purposes and intent of this Resolution in all respects.

## RETENTION OF PROFESSIONALS

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed to cause the SPE to engage the law firm of Katten Muchin Rosenman LLP ("Katten") as counsel, and Chipman Brown Cicero & Cole, LLP ("Chipman Brown") as Delaware Counsel, to represent and assist SPE in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance SPE's rights and remedies, including preparing and filing any petitions for relief, motions, objections, replies, applications, plan, disclosure statement or pleadings and conducting any sale process on behalf of SPE; and, in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, to pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Katten and Chipman Brown in accordance with applicable law; and

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed to cause the SPE to engage any other professionals to assist SPE in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, to pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable, including, without limitation, additional special counsel to the extent determined necessary, appropriate, or desirable.

## SALE OF THE COMPANY'S ASSETS

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed to cause Manager to cause SPE to market SPE's assets for sale.

## CHAPTER 11 PROCESS

RESOLVED, that each of the Authorized Officers is hereby authorized, empowered, and directed, by and through Manager but in the name of and on behalf of SPE, to formulate a Chapter 11 plan in connection with the Chapter 11 Case, or alternatively, to seek dismissal of the Bankruptcy Case or conversion of the Bankruptcy Case to cases under chapter 7, provided that any decision on approval of such plan, dismissal, or conversion is reserved to Manager and subject to any necessary approvals by the Bankruptcy Court in the Chapter 11 Case, and Member hereby consents to and approves, solely to the extent necessary, the delegation and reservation of such above authority to Manager.

## GENERAL RESOLUTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, by and through Manager but in the name of and on behalf of SPE, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's or Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of these Resolutions; and

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by these Resolutions done in the name of and on behalf of SPE, which acts would have been approved by these Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of SPE with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of Manager; and

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and empowered to take all actions or to not take any action by and through Manager but in the name of and on behalf of SPE with respect to the transactions contemplated by these Resolutions hereunder as such Authorized Officer shall deem necessary, appropriate, or desirable in such Authorized Officer's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of these Resolutions and the transactions contemplated herein; and

RESOLVED, that Manager and, solely to the extent necessary, Member hereby approve, ratify and confirm all actions taken and documents, instruments, certificates, letters, and other

3

papers executed or delivered by SPE prior to the date hereof in connection with transactions approved in this Consent.

**MANAGER:**
Hartman SPE Management, LLC

By: _____
Name: David Wheeler
Title: President


**MEMBER:**
Hartman XX Limited Partnership

By: Hartman XX REIT GP, its general partner

    By: Silver Star Property Management, Inc.,
        its manager

By: _____
Name: David Wheeler
Title: President

4

149265609 v.7

**ACKNOWLEDGED AND CONSENTED TO:**

**INDEPENDENT MANAGERS:**

*/s/ Ricardo Beausoleil*
Ricardo Beausoleil, as an Independent Manager of Hartman SPE Management, LLC

*/s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, as an Independent Manager of Hartman SPE Management, LLC

Fill in this information to identify the case:

Debtor name: **Hartman SPE, LLC**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4M BUILDING SOLUTIONS INC<br>6231 RAYTOWN RD.<br>RAYTOWN, MO 64133 | | Trade debt | | | | $205,074.87 |
| ALL TEX ROOFING LLC<br>5605 CREEKMONT DR Houston, TX 77091-4916 | | Trade debt | | | | $113,406.76 |
| AMAYA CONSTRUCTION INC<br>9507 DEEP VALLEY DRIVE<br>Houston, TX 77044 | | Trade debt | | | | $204,844.45 |
| AMITY CONSTRUCTION COMPANY<br>1404 BROOKSIDE DRIVE<br>Carrollton, TX 75007 | | Trade debt | | | | $125,011.35 |
| AMTECH ELEVATOR SERVICES<br>1289 N. POST OAK RD.<br>Houston, TX 77055 | | Trade debt | | | | $143,052.48 |
| AVAIL SECURITY GROUP, LLC<br>11811 N Freeway Suite 301<br>Houston, TX 77060 | | Trade debt | | | | $113,894.60 |

| Debtor | Hartman SPE, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BUSINESS FLOOR SOLUTIONS INC<br>5805 CENTRALCREST<br>Houston, TX 77092 | | Trade debt | | | | $284,827.01 |
| CFI MECHANICAL, INC.<br>6109 BRITTMOORE ROAD, HOUSTON, TX 77041 | | Trade debt | | | | $81,693.72 |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC<br>900 HOGAN STREET, HOUSTON, TX 77009 | | Trade debt | | | | $93,162.37 |
| ENGIE RESOURCES LLC<br>1360 Post Oak Blvd, Suite 400 Houston, TX 77056 | | Trade debt | | | | $898,938.40 |
| GOLDMAN SACHS<br>2001 ROSS AVENUE, 31TH FLOOR<br>DALLAS, TX 75201 | | Trade debt | | | | $439,661.00 |
| KAJ CONSTRUCTION INC<br>14237 E. SAM HOUSTON PKWY N. SUITE 200<br>Houston, TX 77044 | | Trade debt | | | | $423,984.25 |
| LONGHORN MECHANICAL LLC<br>198 ECHOLS ST.<br>Van Alstyne TX 75495-0000 | | Trade debt | | | | $82,506.37 |
| MATTHEW MASHBURN DBA DYNAMIC MECHANICAL SOLUTIONS<br>2023 E. SHADYGROVE RD, STE 5<br>Irving TX 75060-0000 | | Trade debt | | | | $109,325.20 |
| MIKES AC AND REFRIGERATION<br>11015 BISSONNET<br>Houston, TX 77099 | | Trade debt | | | | $133,950.28 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured claims    page 2

Debtor  **Hartman SPE, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NRG ENERGY INC DBA RELIANT RETAIL**  910 LOUISIANA ST., STE B200  Houston TX 77002-0000 | | Trade debt | | | | $447,483.94 |
| **OGH SERVICE COMPANY INC**  402 4th St., SEALY  Sealy, TX 77474 | | Trade debt | | | | $113,257.29 |
| **OTIS ELEVATOR COMPANY**  1444 N. CROCKWELL HILL RD., STE. 102  Dallas TX 75211-0000 | | Trade debt | | | | $76,002.52 |
| **PRECISION CONTRACTING**  931 Basse Rd, SAN ANTONIO, TX 78212 | | Trade debt | | | | $96,902.70 |
| **PRITCHARD INDUSTRIES SOUTHWEST, LLC**  4040 DIRECTORS ROW  Houston, TX 77092 | | Trade debt | | | | $594,263.13 |
| **IRON HORSE FLOORING LLC DBA PDL DESIGNS LTD**  2545 GOLDEN BEAR DRIVE, CARROLLTON, TX 75006 | | Trade debt | | | | $93,330.76 |
| **PROMISE TOTAL SERVICES OF HOUSTON INC**  161 TX-8 BELTWAY  Houston TX 77043-0000 | | Trade debt | | | | $127,052.29 |
| **RL TEAM CONTRACTORS INC DBA TEAM CONTRAC**  3201 INTERSTATE 30, STE F  Mesquite, TX 75150 | | Trade debt | | | | $182,726.10 |
| **SERVICE FIRST JANITORIAL LLC**  2418 CONVERSE ST.  Dallas TX 75207-0000 | | Trade debt | | | | $168,988.44 |

Debtor **Hartman SPE, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STI-GC, LLC<br>931 BASSE RD,<br>SAN ANTONIO, TX 78212 | | Trade debt | | | | $80,789.87 |
| SUMMER ENERGY LLC<br>5847 SAN FELIPE ST. 3700<br>Houston TX 77057-0000 | | Judgement on appeal | Disputed | | | $6,759,791.70 |
| SUNDOWN COMMERCIAL SERVICES<br>14802 VALLEY VIEW<br>Forney TX 75126-0000 | | Trade debt | | | | $71,193.85 |
| TRUE VINES INC<br>6140 HIGHWAY 6 SUITE 213<br>Missouri City, TX 77459 | | Trade debt | | | | $110,688.30 |
| VERSATEX COMMERCIAL SERVICES, LLC<br>827 BUTTERFLY GARDEN TRAIL<br>Richmond, TX 77406 | | Trade debt | | | | $439,303.09 |
| WEAVER AND TIDWELL LLP<br>2821 WEST 7TH STREET, SUITE 700,<br>FORT WORTH, TX 76107 | | Trade debt | | | | $81,884.25 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HARTMAN SPE, LLC,[1] | § | Case No. 23-___(___) |
| Debtor. | § | |
| | § | |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures, Hartman SPE, LLC ("Hartman SPE") hereby files its Corporate Ownership Statement and states that the following entities directly or indirectly hold 10% or more of the equity interests of Hartman SPE:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Hartman XX Limited Partnership | 97.53% |
| Hartman vREIT XXI, Inc. | 2.47% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

00059153.3
US_158739971v2

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Hartman SPE, LLC,** | ) | **Case No. 23-_____ (___)** |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Hartman SPE, LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| Hartman XX Limited Partnership<br>2909 Hillcroft<br>Suite 420<br>Houston, TX 77057 | Membership | 97.53% |
| Hartman xREIT XXI, Inc.<br>Law Office of Thomas N. Lightsey III, P.C.<br>5151 San Felipe, Suite 400<br>Houston, TX 77056 | Membership | 2.47% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**Fill in this information to identify the case:**

Debtor name   **Hartman SPE, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Security Holders.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 13, 2023**     X **/s/ David Wheeler**
                                            Signature of individual signing on behalf of debtor

                                            **David Wheeler**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors