# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Hartman SPE, LLC, | ) Case No. 23-11452 (MFW) |
| | ) |
| Debtor.[1] | ) Related Docket No. 12 |
| | ) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (the "**Cash Management Motion**") at Docket No. 12. The Cash Management Motion has been refiled at Docket No. 13.

[*REMAINDER OF PAGE LEFT BLANK*]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

00059533.1

Dated: September 13, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Kristi J. Doughty (No. 3826)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email:  chipman@chipmanbrown.com
            doughty@chipmanbrown.com
            olivere@chipmanbrown.com

 -and-

John E. Mitchell (*pro hac vice* pending)
Michaela C. Crocker (*pro hac vice* pending)
Yelena E. Archiyan (*pro hac vice* pending)
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
            michaela.crocker@katten.com
            yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and*
*Debtor in Possession*