# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR THE VIRTUAL HEARING ON FIRST DAY MOTIONS SCHEDULED FOR SEPTEMBER 15, 2023 AT 10:30 A.M. (ET)

> **THE HEARING WILL BE CONDUCTED BY ZOOM.**
> **PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED**
> **TO REGISTER NO LATER THAN SEPTEMBER 14, 2023, AT 4:00 P.M. (ET)**
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItfumrrT0pG_r2OF621o9QSgYwiTRkqBs
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**
>
> **AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

**PLEASE TAKE NOTICE** that on September 13, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed the following voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A. <u>Voluntary Petition</u>:

    1.    Hartman SPE, LLC [Case No. 23-11452] [Docket No. 1]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**PLEASE TAKE FURTHER NOTICE** that on September 13 and 14, 2023, the Debtor filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B.     First Day Motions:

2. Application of the Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective as of The Petition Date, and (II) Granting Related Relief [Docket No. 4].

3. Motion of Debtor for an Order (I) Authorizing Debtor to Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Docket No. 5].

4. Motion of the Debtor for Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees; and Granting Related Relief [Docket No. 6].

5. Motion of the Debtor for the Entry of Interim and Final Orders (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 7].

6. Motion of Debtor for Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Brokerage Fees; (II) Authorizing Continuation of Insurance Premium Financing; and (III) Granting Related Relief [Docket No. 8].

7. Omnibus Motion of the Debtor for an Order: (I) Authorizing the Assumption of Real Estate Brokerage Agreements And (II) Granting Related Relief [Docket No. 9].

8. Debtor's Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief [Docket No. 10].

9. Motion of the Debtor for Interim and Final Orders (I) Authorizing Debtor to (A) Continue Using Existing Cash Management Systems, Bank Accounts and Business Forms, (B) Implement Changes to their Cash Management Systems in the Ordinary Course of Business, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 13].

10. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 15].

    a. Declaration of David Wheeler in Support of Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 16].

C. First Day Declaration:

11. Declaration of David Wheeler in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 3].

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the First Day Motions is scheduled for **September 15, 2023 at 10:30 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware. **Parties who wish to participate in the First Day Hearing virtually may do so by joining the Zoom hearing at the following link no later than 4:00 p.m. on September 14, 2023.**

https://debuscourts.zoomgov.com/meeting/register/vJItfumrrT0pG_r2OF621o9QSgYwiTRkqBs

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: September 14, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Kristi J. Doughty (No. 3826)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email:  chipman@chipmanbrown.com
            doughty@chipmanbrown.com
            olivere@chipmanbrown.com

 -and-

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (*pro hac vice* pending)
Michaela C. Crocker (*pro hac vice* pending)
Yelena E. Archiyan (*pro hac vice* pending)
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email:  john.mitchell@katten.com
            michaela.crocker@katten.com
            yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and*
 *Debtor in Possession*