**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| **Hartman SPE, LLC,** | ) **Case No. 23-11452 (MFW)** |
| | ) |
| Debtor.[1] | ) |
| | ) **Ref. Docket No. 17** |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2023, I caused to be served the "Notice of (I) Filing of Bankruptcy Petition and Related Documents and (II) Agenda for the Virtual Hearing on First Day Motions Scheduled for September 15, 2023 at 10:30 a.m. (ET)," dated September 14, 2023 [Docket No. 17], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Benjamin Johnson*
Benjamin Johnson

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 4M BUILDING SOLUTIONS INC | TIM M. MURCH 6231 RAYTOWN RD. RAYTOWN MO 64133 |
| 4M BUILDING SOLUTIONS INC | TIM M. MURCH PO BOX 870784 KANSAS CITY MO 64187-0784 |
| ALL TEX ROOFING LLC | STEPHAN BUYAJIAN, OWNER 5605 CREEKMONT DR HOUSTON TX 77091-4916 |
| AMAYA CONSTRUCTION INC | VICENTE AMAYA 9507 DEEP VALLEY DRIVE HOUSTON TX 77044 |
| AMITY CONSTRUCTION COMPANY | ROBERY ELLERD 1404 BROOKSIDE DRIVE CARROLLTON TX 75007 |
| AMTECH ELEVATOR SERVICES | COUNSEL P.O. BOX 730437 DALLAS TX 75373-0437 |
| AMTECH ELEVATOR SERVICES | COUNSEL 1289 N. POST OAK RD. HOUSTON TX 77055 |
| AVAIL SECURITY GROUP, LLC | JAMIE MANNING 11811 N FREEWAY SUITE 301 HOUSTON TX 77060 |
| BUSINESS FLOOR SOLUTIONS INC | MATTHEW MARTINEZ 5805 CENTRALCREST HOUSTON TX 77092 |
| CFI MECHANICAL, INC. | CHUCK FELL 6109 BRITTMOORE ROAD HOUSTON TX 77041 |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC | TRACY LOVOI 900 HOGAN STREET HOUSTON TX 77009 |
| DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| ENGIE RESOURCES LLC | RAY CUNNINGHAM, VP PO BOX 841680 DALLAS TX 75284-1680 |
| ENGIE RESOURCES LLC | RAY CUNNINGHAM, VP 1360 POST OAK BLVD, SUITE 400 HOUSTON TX 77056 |
| GOLDMAN SACHS | DAVID SOLOMON 2001 ROSS AVENUE, 31TH FLOOR DALLAS TX 75201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| IRON HORSE FLOORING LLC DBA PDL DESIGNS | LEON DAGERMAN, PRESIDENT 2545 GOLDEN BEAR DRIVE CARROLLTON TX 75006 |
| KAJ CONSTRUCTION INC | COUNSEL 14237 E. SAM HOUSTON PKWY N. SUITE 200 PO BOX 211 HOUSTON TX 77044 |
| KAJ CONSTRUCTION INC | COUNSEL 9503 DEEP VALLEY DR. HOUSTON TX 77044 |
| LONGHORN MECHANICAL LLC | DENIEL PEREZ PO BOX 909 VAN ALSTYNE TX 75495 |
| LONGHORN MECHANICAL LLC | DENIEL PEREZ 198 ECHOLS ST. VANALSTYNE TX 75495 |
| MATTHEW MASHBURN | MASHBURN, MATTHEW DBA DYNAMIC MECHANICAL SLTNS 2023 E. SHADYGROVE RD, STE 5 IRVING TX 75060 |
| MATTHEW MASHBURN | MASHBURN, MATTHEW DBA DYNAMIC MECHANICAL SLTNS PO BOX 222073 DALLAS TX 75222 |
| MIKES AC AND REFRIGERATION | MIKE TU, OWNER 11015 BISSONNET HOUSTON TX 77099 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | MAURICO GUTIERREZ, CEO PO BOX 650475 DALLAS TX 75265 |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | MAURICO GUTIERREZ, CEO 910 LOUISIANA ST. STE B200 HOUSTON TX 77002 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE JOHN SCHANNE 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OGH SERVICE COMPANY INC | VINCE BALUSEK, PRESIDENT 402 4TH ST. SEALY TX 77474 |
| OTIS ELEVATOR COMPANY | JUDY MARKS 1444 N. CROCKWELL HILL RD. STE. 102 DALLAS TX 75211 |
| OTIS ELEVATOR COMPANY | JUDY MARKS P.O. BOX 730400 DALLAS TX 75373-0400 |
| PRECISION CONTRACTING | JOSEPH BENJAMIN DUBBELS 931 BASSE RD SAN ANTONIO TX 78212 |
| PRITCHARD INDUSTRIES SOUTHWEST, LLC | ERIN MEEHAN, CEO 4040 DIRECTORS ROW HOUSTON TX 77092 |
| PROMISE TOTAL SERVICES OF HOUSTON INC | HELEN YOO PO BOX 29789 DALLAS TX 75229 |
| PROMISE TOTAL SERVICES OF HOUSTON INC | HELEN YOO 161 TX-8 BELTWAY HOUSTON TX 77043 |
| RL TEAM CONTRACTORS DBA TEAM CONTRACTORS | COUNSEL 3201 INTERSTATE 30 STE F MESQUITE TX 75150 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |

| Claim Name | Address Information |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL 2418 CONVERSE ST. DALLAS TX 75207 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL PO BOX 600550 DALLAS TX 75360 |
| STI-GC, LLC | COUNSEL 931 BASSE RD SAN ANTONIO TX 78212 |
| SUMMER ENERGY LLC | NEIL LEIBMAN, CEO PO BOX 660938 DALLAS TX 75266-0938 |
| SUMMER ENERGY LLC | NEIL LEIBMAN, CEO 5847 SAN FELIPE ST. 3700 HOUSTON TX 77057 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS P.O. BOX 1769 FORNEY TX 75126 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS 14802 VALLEY VIEW FORNEY TX 75126-5830 |
| THE UNITED STATES ATTORNEYS OFFICE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: ALAMDAR HAMDANI 1000 LOUISIANA ST HOUSTON TX 77002 |
| TRUE VINES INC | DEBORAH LAMBERT WATTS 6140 HIGHWAY 6 SUITE 213 MISSOURI CITY TX 77459 |
| VERSATEX COMMERCIAL SERVICES, LLC | LEO GOMEZ, MANAGER 827 BUTTERFLY GARDEN TRAIL RICHMOND TX 77406 |
| WEAVER AND TIDWELL LLP | BRAD JAY 2821 WEST 7TH STREET, SUITE 700 FORT WORTH TX 76107 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count  56**

| Claim Name | Address Information |
|---|---|
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN JIA LI, AVP HOUSTON TX 77024 |
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN MARIA ISENHOWER HOUSTON TX 77024 |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | KAREN WHITE, PORTFOLIO MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | MICHAEL A TILDEN, SR MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | TERESA SPRINKLE, SENIOR ACCOUNT MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN SCOTT E SKRABANEK HOUSTON TX 77056 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN MISSY MERIC, AVP HOUSTON TX 77056 |
| WELLS FARGO BANK | 1901 HARRISON ST 2ND FL ATTN JILL SELDEN, VP OAKLAND CA 94612 |

**Total Creditor count 8**

| Claim Name | Address Information |
|---|---|
| ARLINGTON UTILITIES | 1100 SW GREEN OAKS BLVD ARLINGTON TX 76004 |
| ARLINGTON UTILITIES | PO BOX 90020 ARLINGTON TX 76004-3020 |
| ATT | PO BOX 5014 CAROL STREAM IL 60197 |
| ATT | WHITCARE TOWER 208 S AKARD ST DALLAS TX 75202 |
| BALCONES RECYCLING INC | P.O. BOX 679912 ATTN: ACCOUNTS RECEIVABLE DALLAS TX 75267-9912 |
| BRUCE JOHNSON | ADDRESS ON FILE |
| CENTERPOINT ENERGY | 1111 LOUISIANA STREET HOUSTON TX 77002 |
| CENTERPOINT ENERGY | PO BOX 4981 HOUSTON TX 77210-4981 |
| CHAMPION WASTE SERVICES LLC | PO BOX 565808 DALLAS TX 75247 |
| CITY OF DALLAS | DALLAS WATER UTILITIES CITY HALL 1AN DALLAS TX 75277 |
| CITY OF HOUSTON | WATER DIVISION 4200 LEELAND ST HOUSTON TX 77023 |
| CITY OF HOUSTON | WATER DIVISION PO BOX 1560 HOUSTON TX 77251 |
| CITY OF IRVING-WATER | PO BOX 152288 IRVING TX 75015-2288 |
| CITY OF IRVING-WATER | VALLEY VIEW MUNICIPAL COMPLEX IRVING TX 75061 |
| CITY OF PLANO UTILITIES | 1520 K AVENUE PLANO TX 75074 |
| CITY OF PLANO UTILITIES | PO BOX 861990 PLANO TX 75086 |
| CITY OF RICHARDSON | WATER DEPARTMENT MUNICIPAL COURT BUILDING 2100 E. CAMPBELL RD. RICHARDSON TX 75081 |
| CITY OF RICHARDSON | WATER DEPARTMENT PO BOX 831907 RICHARDSON TX 75083 |
| CNP UD | PO BOX 3150 HOUSTON TX 77253-3150 |
| CNP UD | 406 W. GRAND PKWY S. STE 260 KATY TX 77494 |
| COMCAST BUSINESS | 9602 S 300 W SUITE B SANDY UT 84070 |
| COMMUNITY WASTE DISPOSAL LP | PO BOX 208939 DALLAS TX 75320-8939 |
| CPS ENERGY | 4525 RIGSBY AVENUE, SUITE 112 SAN ANTONIO TX 78222 |
| CPS ENERGY | PO BOX 2678 SAN ANTONIO TX 78289 |
| FRONTIER COMMUNICATIONS | 401 MERRITT ROAD NORWALK CT 06851 |
| FRONTIER COMMUNICATIONS | PO BOX 740407 CINCINNATI OH 45274-0407 |
| FUSION WASTE AND RECYCLING | PO BOX 794236 DALLAS TX 75379 |
| GFL | PO BOX 4524 HOUSTON TX 77210-4524 |
| GRANITE | 100 NEWPORT AVE EXT. QUINCY MA 02171 |
| HARRIS CO FWSD 51 | 14701 WOODFOREST BLVD HOUSTON TX 77015-3231 |
| HARRIS CO FWSD 51 | PO BOX 24338 HOUSTON TX 77229-4338 |
| HARRIS COUNTY MUD #16 | 6606 WHIMSEY COURT HOUSTON TX 77084 |
| HARRIS COUNTY MUD #16 | PO BOX 12149 SPRING TX 77391 |
| HARRIS COUNTY MUD #81 | P.O BOX 3150 HOUSTON TX 77253-3150 |
| HARRIS COUNTY MUD #81 | 805 HIDDEN CANYON KATY TX 77450 |
| HARRIS COUNTY MUD 185 | PO BOX 684000 HOUSTON TX 77268-4000 |
| HARRIS COUNTY MUD 185 | 2002 WEST GRAND PARKWAY NORTH KATY TX 77449 |
| HARRIS COUNTY MUD 186 | 1301 MCKINNEY ST. SUITE 5100 HOUSTON TX 77010 |
| HARRIS COUNTY MUD 186 | PO BOX 842115 HOUSTON TX 77284 |
| HARRIS COUNTY WCID 116 | PO BOX 173 DEP. 55037 HOUSTON TX 77001 |
| HARRIS COUNTY WCID 116 | 5300 CORAL GABLES HOUSTON TX 77069 |
| LOGIX | PO BOX 734120 DALLAS TX 75373 |
| LOGIX | 2950 N. LOOP W. 10TH FLOOR HOUSTON TX 77092 |
| LUMEN (CENTURYLINK) | 100 CENTURYLINK DRIVE MONROE LA 71203 |
| LUMEN (CENTURYLINK) | PO BOX 52187 PHOENIX AZ 85072 |
| MISSION BEND MUD #1 | 9826 WHITHORN DRIVE HOUSTON TX 77095 |
| MISSION BEND MUD #1 | PO BOX 4824 HOUSTON TX 77210-4824 |
| MOORE DISPOSAL CORPORATION | DBA MOORE WASTE AND RECYCLING SERVICES 34811 LBJ STE 2110 DALLAS TX 75241 |

| Claim Name | Address Information |
| --- | --- |
| NORTH BELT UTILITY DISTR. | 2727 ALLEN PARKWAY, SUITE 1100 HOUSTON TX 77019 |
| NORTH BELT UTILITY DISTR. | PO BOX 9 SPRING TX 77383 |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | 1501 NORTH PLANO RD. RICHARDSON TX 75081 |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | PO BOX 650475 DALLAS TX 75265 |
| NW HARRIS CO. MUD #21 | 2200 SCIAACA RD SPRING TX 77373 |
| NW HARRIS CO. MUD #21 | PO BOX 2569 SPRING TX 77383 |
| REPUBLIC SERVICES 852 | PO BOX 78829 PHOENIX AZ 85062-8829 |
| SAN ANTONIO WATER SYSTEM | 2800 US-281 SAN ANTONIO TX 78212 |
| SAN ANTONIO WATER SYSTEM | PO BOX 2990 SAN ANTONIO TX 78299-2990 |
| SPECTRUM BUSINESS | 4145 S. FALKENBURG DR. RIVERVIEW FL 33578 |
| SPECTRUM ENTERPRISE | 1900 BLUE CREST LN SAN ANTONIO TX 78247 |
| TIGER SANITATION | P.O. BOX 200143 SAN ANTONIO TX 78220-0143 |
| TXU ENERGY | 6555 SIERRA DR IRVING TX 75039 |
| TXU ENERGY | PO BOX 650638 DALLAS TX 75265-0638 |
| WASTE MANAGEMENT | P.O. BOX 660345 DALLAS TX 75266-0345 |

**Total Creditor count  63**

| Claim Name | Address Information |
| --- | --- |
| AIG CLAIMS INC | EXCESS CASUALTY CLAIMS GROUP SEGMENTATION UNIT PO BOX 305904 NASHVILLE TN 37230-5904 |
| AJG RISK MGMT SERVS LLC | 1900 W LOOP S STE 1600 HOUSTON TX 77027 |
| ALLIANZ GLOBAL CORPORATE SPECIALTY | 225 W WASHINGTON ST, STE 1800 CHICAGO IL 60606 |
| ALLIED PROPERTY AND CASUALTY INS COMPANY | 1100 LOCUS ST, DEPT 1100 DES MOINES IA 50391-2000 |
| AMERICAN AUTOMOBILE INSURANCE COMPANY | 225 W WASHINGTON ST, STE 1800 CHICAGO IL 60606-3483 |
| AMERICANS BANKER INSURANCE COMPANY OF FL | PO BOX 4276 CLINTON IA 52733-4276 |
| AMWINS BROKERAGE OF TEXAS | 5910 N CENTRAL EXPRESSWAY, STE 500 DALLAS TX 75206 |
| AMWINS INSURANCE BROKERAGE LLC | 4725 PIEDMONT ROW DR, STE 600 CHARLOTTE NC 28210 |
| AMWINS INSURANCE BROKERAGE LLC | 5910 N CENTRAL EXPRESSWAY, STE 500 DALLAS TX 75206 |
| ARTHUR J GALLAGHER RISK MANAGEMENT | 14550 TORREY CHASE BLVD 410 HOUSTON TX 77014 |
| ARTHUR J GALLAGHER RISK MANAGEMENT SVCS | 1900 W LOOP SOUTH 1600 HOUSTON TX 77027-0000 |
| ARTHUR J GALLAGHER RISK MANAGEMENT SVCS | PO BOX 1749 SPRING TX 77383-1749 |
| ASPEN SPECIALTY INSURANCE COMPANY | 400 CAPITAL BLVD, STE 200 ROCKY HILL CT 06067 |
| BEAZLEY USA SERVICES INC | 45 ROCKEFELLER PLZ, 16TH FL NEW YORK NY 10111 |
| BEAZLEY USA SERVICES INC | 30 BATTERSON PARK RD FARMINGTON CT 06032 |
| BEAZLEY USA SERVICES INC | 141 TREMONT ST, STE 1200 BOSTON MA 02111 |
| BROWN & BROWN INSURANCE | 80 S 8TH ST, STE 700 MINNEAPOLIS MN 55402 |
| CERTAIN UNDERWRITERS AT LLOYDS | 18TH FL, 125 OLD BROAD ST LONDON EC2N 1AR UNITED KINGDOM |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON | C/O NEPHILA SYNDICATE MGMT LTD 4TH FL, WALSINGHAM HOUSE 35 SEETHING LN LONDON EC3N 4AHI UNITED KINGDOM |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON | LLOYDS AMERICA INC ATTN LEGAL DEPT 280 PARK AVE, EAST TWR, 25TH FL NEW YORK NY 10017 |
| CHUBB GROUP OF INSURANCE COMPANIES | 202B HALLS MILL RD WHITEHOUSE STATION NJ 08889 |
| CNA INSURANCE GROUP | 151 NORTH FRANKLIN ST CHICAGO IL 60606 |
| CONTINENTAL CASUALTY COMPANY | 151 N FRANKLIN ST CHICAGO IL 60606 |
| CPRO ASSOCIATES | PO BOX 679921 DALLAS TX 75267-9921 |
| DEPOSITORS INSURANCE COMPANY | 1100 LOCUS ST, DEPT 1100 DES MOINES IA 50391-2000 |
| EVEREST INDEMNITY INS CO | 100 EVEREST WAY WARREN NJ 07059-5195 |
| FEDERAL INSURANCE COMPANY | CAPITAL CENTER 251 N ILLINOIS, STE 1100 INDIANAPOLIS IN 46204-1927 |
| FIREMANS FUND INSURANCE COMPANY | 225 W WASHINGTON ST, STE 1800 CHICAGO IL 60606-3484 |
| HAYS COMPANIES INC | D/B/A BROWN & BROWN 300 N BEACH ST DAYTONA BEACH FL 32114 |
| HOMELAND INSURANCE COMPANY OF NY | 605 HIGHWAY 169 N, STE 800 PLYMOUTH MN 55441 |
| HOUSTON CASUALTY COMPANY | 13403 NORTHWEST FREEWAY HOUSTON TX 77040 |
| ILLINOIS ADLAI SERVICE COMPANY | 801 ADLAI STEVENSON DR SPRINGFIELD IL 62703 |
| INTACT INSURANCE SPECIALTY SOLS | ATTN LEGAL DEPT, GEN COUNSEL 605 N HWY 169, STE 800 PLYMOUTH MN 55441 |
| IPFS CORPORATION | ATTN: BRYAN J. ANDRES 1055 BROADWAY BLVD. 11TH FLOOR KANSAS CITY MO 64105-2289 |
| IPFS CORPORATION | 2900 NORTH LOOP WEST SUITE1150 HOUSTON TX 77019 |
| IRONSHORE SPECIALTY INSURANCE COMPANY | 175 BERKELEY ST BOSTON MA 02116 |
| LEXINGTON INSURANCE COMPANY | 99 HIGH ST, FLOOR 24 BOSTON MA 02110-2378 |
| LIBERTY MUTUAL FIRE INSURANCE CO | 175 BERKELEY ST BOSTON MA 02116 |
| LIBERTY MUTUAL GROUP | ATTN LEGAL DEPT 175 BERKELEY ST BOSTON MA 02116 |
| LLOYDS LONDON | ONE LIME ST LONDON EC3M 7HA UNITED KINGDOM |
| MITSUI SUMITOMO | 9, KANDA-SURUGADAI 3-CHOME CHIYODA-KU TOKYO 1001 JAPAN |
| MITSUI SUMITOMO | 15 INDEPENDENCE BLVD. PO BOX 4602 WARREN NJ 07059 |
| MUNICH RE SPECIALTY GROUP INSURANCE SVCS | 555 COLLEGE RD E PO BOX 5241 PRINCETON NJ 08543 |
| MUNICH RE SYNDICATE LTD (SYNDICATE 457) | 1475 E WOODFIELD RD, STE 500 SCHAUMBURG IL 60173-4903 |

| Claim Name | Address Information |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE CO | ATTN COUNSEL, LEGAL DEPT 1314 DOUGLAS ST, STE 1400 OMAHA NE 68102-1944 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ONE NATIONWIDE PLAZA COLUMBUX OH 43215-2220 |
| NATL UNION FIRE INSURANCE CO OF PITT PA | 1271 AVENUE OF THE AMERICAS, FL 37 NEW YORK NY 10020 |
| NAVIGATORS SPECIALTY INSURANCE COMPANY | ONE PENN PLAZA, 50TH FL NEW YORK NY 10119 |
| STARR SPECIALTY LINES INSURANCE AGENCY | 3353 PEACHTREE RD NE, STE 1000 ATLANTA GA 30326 |
| STARR SURPLUS LINES INSURANCE COMPANY | ATTN LEGAL DEPT 399 PARK AVE, 8TH FL NEW YORK NY 10022 |
| STARSTONE SPECIALTY INSURANCE COMPANY | HARBORSIDE 5 185 HUDSON ST, STE 2600 JERSEY CITY NJ 07311 |
| STARSTONE SPECIALTY INSURANCE COMPANY | 201 E 5TH ST, STE 1200 CINCINNATI OH 45202 |
| STARTSTONE US COMPANIES | ATTN LEGAL DEPT 412 MT KEMBLE AVE, STE G-60 MORRISTOWN NJ 07960 |
| STEADFAST INSURANCE COMPANY | 1299 ZURICH WAY SCHAUMBURG IL 60196 |
| TOKIO MARINE HCC – D&O GROUP | 37 RADIO CIRCLE DR MOUNT KISCO NY 10549 |
| TRAVELERS | PO BOX 2950 HARTFORD CT 06104-2950 |
| UNITED SPECIALTY INSURANCE COMPANY | 1900 L DON DODSON DR BEDFORD TX 76021 |
| VELOCITY RISK UNDERWRITERS LLC | 10 BURTON HILLS BLVD, STE 300 NASHVILLE TN 37215 |
| VELOCITY RISK UNDERWRITERS LLC | 20 BURTON HILLS BLVD, STE 350 NASHVILLE TN 37215 |
| WESTFIELD SPECIALTY INSURANCE COMPANY | ONE PARK CIRCLE WESTFIELD CENTER OH 44251 |
| ZURICH NORTH AMERICA | 1299 ZURICH WAY SCHAUMBURG IL 60196-1056 |
| ZURICH NORTH AMERICA COMMERCIAL | 1299 ZURICH WAY SCHAUMBURG IL 60196 |

**Total Creditor count  62**

| Claim Name | Address Information |
|---|---|
| BEXAR COUNTY TAX OFFICE | VISTA VERDE PLAZA BUILDING 233 N. PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| BEXAR COUNTY TAX OFFICE | PO BOX 839950 SAN ANTONIO TX 78283 |
| COLLIN COUNTY TAX OFFICE | PO BOX 8046 MCKINNEY TX 75070 |
| COLLIN COUNTY TAX OFFICE | 900 E PARK BLVD STE 100 PLANO TX 75074 |
| DALLAS COUNTY TAX OFFICE | 500 ELM STREET SUITE 3300 DALLAS TX 75202 |
| FORT BEND COUNTY TAX OFFICE | 1317 EUGENE HEIMANN CIRCLE RICHMOND TX 77469 |
| FORT BEND COUNTY TAX OFFICE | 301 JACKSON ST. RICHMOND TX 77469 |
| HARRIS COUNTY TAX OFFICE | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY TAX OFFICE | PO BOX 4663 HOUSTON TX 77210 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| TARRANT COUNTY TAX OFFICE | 100 E. WEATHERFORD STREET FORT WORTH TX 76196 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| U.S. DEPARTMENT OF TREASURY | 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |

**Total Creditor count  14**

| Claim Name | Address Information |
|---|---|
| AFC REALTY, LLC | HENRY S. MILLER ATTN: SHAWN ACKERMAN 9434 KATY FREEWAY, SUITE 180 HOUSTON TX 77055 |
| AVISION YOUNG - DALLAS, LLC | ATTN: GREG LANGSTON 1920 MCKINNEY AVE., SUITE 1100 DALLAS TX 75201 |
| CBRE, INC. | ATTN: RUSSELL INGRUM 2100 MCKINNEY AVE., SUITE 700 DALLAS TX 75201 |
| CBRE, INC. | ATTN: CHRIS HIPPS 2100 MCKINNEY AVENUE, SUITE 700 DALLAS TX 75201 |
| CUSHMAN & WAKEFIELD U.S., INC. | ATTN: RYAN KASTEN 405 COLORADO STREET, SUITE 2300 AUSTIN TX 78701 |
| GOODWIN ADVISORS PARTNERS, LLC | ATTN: EVAN STONE 14555 DALLAS PARKWAY, SUITE 100 DALLAS TX 72254 |
| JONES LANG LASALLE AMERICAS, INC. | ATTN: JOHN INDELLI 4200 WESTHEIMER RD, SUITE 1400 HOUSTON TX 77027 |
| JONES LANG LASALLE AMERICAS, INC. | ATTN: MARTY HOGAN 4200 WESTHEIMER, SUITE 1400 HOUSTON TX 77027 |
| MARCUS & MILLICHAP | ATTN: PHILIP LEVY 5001 SPRING VALLEY RD., STE 100W DALLAS TX 75244 |
| MARCUS & MILLICHAP | ATTN: TIM SPECK 3 RIVERWAY, #800 HOUSTON TX 77056 |
| MARCUS & MILLICHAP | ATTN: FORD NOE 3 RIVERWAY, #800 HOUSTON TX 77056 |
| PIVNICK LAW FIRM PLLC | ATTN: ROBERT PIVNICK 8527 LAKEMONT DRIVE DALLAS TX 75209 |
| SHOP CONCEPTS | ATTN: RAND HOROWITZ 4809 COLE AVENUE, SUITE 330 DALLAS TX 75205 |
| YOUNGER PARTNERS DALLAS, LLC | ATTN: MOODY YOUNGER 14643 DALLAS PKWY., STE. 950, LB#58 DALLAS TX 75244 |

**Total Creditor count  14**

| Claim Name | Address Information |
|---|---|
| AFP ALARM & DETECTION, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AGAVE PLUMBING, INC | ATTN: JULIO MEDINA 2772 WEST COMMERCE STREET DALLAS TX 75212 |
| ALLIED FIRE PROTECTION-SA, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AMITY CONSTRUCTION COMPANY | ATTN: BOB ELLERD 1404 BROOKSIDE CAROLLTON TX 75007 |
| BEYER PLUMBING CO. | ATTN: JAMES BEYER 17197 BEYER JOHN DR. SELMA TX 78514 |
| BLUE HAWK CONSTRUCTION LLC | ATTN: BRYAN BENSON 6775 ADDISON ROAD, SUITE 305 ADDISON TX 75001 |
| CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | ATTN: ERIC HOLLY 7701 WEST LITTLE YORK, SUITE 800 HOUSTON TX 77040 |
| DYNAMIC MECHANICAL SOLUTIONS | ATTN: MATTHEW MASHBURN 2023 E. SHADY GROVE ROAD SUITE 5 IRVING TX 75060 |
| FAT STRAWS, INC. | 6509 WEST PARK BOULEVARD 425 PLANO TX 75093 |
| GOLDMAN SACHS MORTGAGE COMPANY | 200 WEST STREETNEW YORK, NY 10282 NEW YORK NY 10282 |
| PERFECT SCENTS OF TEXAS | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| PRECISION GENERAL CONTRACTING, LLC | ATTN: JOE DUBBELS 931 BASSE ROAD SAN ANTONIO TX 78212 |
| PRESTONWOOD LANDSCAPE SERVICES-SA, LLC | 1366 ROUND TABLE DRIVE DALLAS TX 75247 |
| SAN ANTONIO BUILDING SERVICES | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| SWADLEY ROOF SYSTEMS, LLC | ATTN: MICHAEL SWADLEY 17413 FM 2920 SUITE O TOMBALL TX 77377 |
| TAYLOR WATERPROOFING PLUS, INC. | ATTN: MICHAEL J. MATTHEWS 122 BERRY ROAD HOUSTON TX 77022 |
| TEXAS PARKING LOTS | 231 HWY 46 W BOERNE TX 78006 |
| TEXAS SECURITY BANK | 1212 TURTLE CREEK BOULEVARD DALLAS TX 75207 |
| US BANK NATIONAL ASSCN, AS TTEE FOR | HLDRS OF GS MRTG SECS CORP TR 2018-HART PSSTHRU CERTS 2018HART & THE RR INT OWNR 190 S LASALLE ST 7TH FL,MLCODE MK-IL-SL7 CHICAGO IL 60603 |

**Total Creditor count  19**

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Master Service List**

**HSZ DKT 17 OVN ADD 9-14-23**

POLSINELLI
(COUNSEL TO KEY BANK)
ATTN DAVID D. FERGUSON
900 W. 48TH PLACE
SUITE 900
KANSAS CITY, MO 64112

**HSZ DKT 17 OVN ADD 9-14-23**

POLSINELLI
(COUNSEL TO KEY BANK)
ATTN CHRISTOPHER A. WARD
222 DELAWARE AVENUE
SUITE 1101
WILMINGTON, DE 19801

**HSZ DKT 17 OVN ADD 9-14-23**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO TARRANT COUNTY, DALLAS
COUNTY)
ATTN JOHN KENDRICK TURNER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS, TX 75207

**EXHIBIT B**

Hartman SPE, LLC, Case No. 23-11452 (MFW)

Master Service Email List

| Creditor Name | Email Address |
| --- | --- |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | LIZA.DAVIS@DELAWARE.GOV |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | John.Schanne@usdoj.gov |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | COMMISSIONERLEE@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV |
| THE UNITED STATES ATTORNEYS OFFICE | USATXS.ATTY@USDOJ.GOV |
| SUMMER ENERGY LLC | service@summerenergy.com |
| ENGIE RESOURCES LLC | engiena-sales1@engie.com |
| PRITCHARD INDUSTRIES SOUTHWEST, LLC | rashworth@pritchardindustries.com; psperduti@pritchardindustries.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | solutions@reliant.com; PowerSupport@nrg.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | ryan.harwell@nrg.com |
| GOLDMAN SACHS | michael.dalton@gs.com; NewYorkAnncHub@gs.com |
| KAJ CONSTRUCTION INC | saleskajconstruction@gmail.com |
| KAJ CONSTRUCTION INC | rkpapatna@gmail.com |
| BUSINESS FLOOR SOLUTIONS INC | info@bizfloor.biz |
| 4M BUILDING SOLUTIONS INC | info@4-m.com |
| AMAYA CONSTRUCTION INC | eamaya@amayaconstructions.com |
| RL TEAM CONTRACTORS DBA TEAM CONTRACTORS | jessica@teamcontractorstx.com |
| AMTECH ELEVATOR SERVICES | nelson.bellesheim@amtechelevator.com |
| MIKES AC AND REFRIGERATION | michaelairhouston@gmail.com |
| PROMISE TOTAL SERVICES OF HOUSTON INC | info@promisesvc.com |
| AMITY CONSTRUCTION COMPANY | bob@amityconstruction.net |
| AVAIL SECURITY GROUP, LLC | info@availsg.com |
| ALL TEX ROOFING LLC | TONY@ALLTEXROOFING |
| OGH SERVICE COMPANY INC | info@oghservices.com |
| TRUE VINES INC | team@truevines.com |
| MATTHEW MASHBURN | info@dmsprofessionals.com |
| PRECISION CONTRACTING | info@precisioncontracting.com |
| IRON HORSE FLOORING LLC DBA PDL DESIGNS | careers@pdldesigns.com |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC | info@caprockelectric.com |
| LONGHORN MECHANICAL LLC | info@longhornmech.net |
| WEAVER AND TIDWELL LLP | Brad.Jay@Weaver.com |
| CFI MECHANICAL, INC. | chuckfell@cfimechanical.com |
| STI-GC, LLC | BIDS-STI-GC@southtexasinteriors.com |
| VERSATEX COMMERCIAL SERVICES, LLC | leogomez@blackplanet.com |
| SERVICE FIRST JANITORIAL LLC | roberto@servicefirstjanitorial.com; EVA@SERVICEFIRSTJANITORIAL.COM; Jerry@servicefirstjanitorial.com |
| OTIS ELEVATOR COMPANY | generalinquiry@otis.com; investorrelations@otis.com |

Hartman SPE, LLC, Case No. 23-11452 (MFW)

Master Service Email List

| | |
|---|---|
| Polsinelli - David D. Ferguson | dferguson@polsinelli.com |
| Polsinelli - Christopher A. Ward | cward@polsinelli.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail Banks List**

| Creditor Name | Email Address |
|---|---|
| EAST WEST BANK | jia.li@eastwestbank.com |
| EAST WEST BANK | maria.isenhower@eastwestbank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | karen_marie_white@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | michael_a_tilden@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | teresa_sprinkle@keybank.com |
| TEXAS CAPITAL BANK | scott.skrabanek@texascapitalbank.com |
| TEXAS CAPITAL BANK | missy.merric@texascapitalbank.com |
| WELLS FARGO BANK | cmscashmgt@wellsfargo.; cmsaccountservices@wellsfargo.com; egscashmanagementmailbox@wellsfargo.com |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail Insurance List**

| Creditor Name | Email Address |
|---|---|
| AIG CLAIMS INC | excessfnol@aig.com |
| ALLIANZ GLOBAL CORPORATE SPECIALTY | consumeraffairs@agcs.allianz.com |
| AMERICANS BANKER INSURANCE COMPANY OF FL | flood.service.center@assurant.com |
| ASPEN SPECIALTY INSURANCE COMPANY | compliance@aspenspecialty.com |
| BEAZLEY USA SERVICES INC | propertyclaims@beazley.com |
| BEAZLEY USA SERVICES INC | us.complaints@beazley.com |
| CHUBB GROUP OF INSURANCE COMPANIES | chubbuscustomerservices@chubb.com |
| CNA INSURANCE GROUP | cna_help@cna.com |
| HAYS COMPANIES INC | aaron.stone@bbrown.com; shawn.harris@bbrown.com; stuart.turner@bbrown.com |
| IPFS CORPORATION | ap@ipfs.com |
| Lexington Insurance Company | lexingtonins@aig.com |
| MITSUI SUMITOMO | info@msigusa.com |
| MUNICH RE SYNDICATE LTD (SYNDICATE 457) | compliance@roanokegroup.com |
| NATIONWIDE MUTUAL INSURANCE COMPANY | custrel@nationwide.com |
| STARR SURPLUS LINES INSURANCE COMPANY | customerservice@starrcompanies.com |
| STARTSTONE US COMPANIES | robert.kuzloski@correspecialty.com |
| STEADFAST INSURANCE COMPANY | info.source@zurichna.com |
| TOKIO MARINE HCC - D&O GROUP | nfalcon@tmhcc.com |
| TRAVELERS | rmjordan@travelers.com |
| VELOCITY RISK UNDERWRITERS LLC | compliance@velocityrisk.com |
| WESTFIELD SPECIALTY INSURANCE COMPANY | westfieldespropertyclaims@westfieldgrp.com |
| ZURICH NORTH AMERICA | info.source@zurichna.com |
| ZURICH NORTH AMERICA COMMERCIAL | info.source@zurichna.com |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail Listing Agents List**

| Name | Email |
|---|---|
| AFC Realty, LLC | shawnackerman@henrysmiller.com |
| Avision Young - Dallas, LLC | greg.langston@avisonyoung.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, INC. | chris.hipps@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| CBRE, Inc. | russell.ingrum@cbre.com |
| Cushman & Wakefield U.S., Inc. | ryan.kasten@cushwake.com |
| Cushman & Wakefield U.S., Inc. | ryan.kasten@cushwake.com |
| Goodwin Advisors Partners, LLC | evan.stone@goodwinadvisors.com |
| Pivnick Law Firm PLLC | rob@pivnickfirm.com |
| Goodwin Advisors Partners, LLC | evan.stone@goodwinadvisors.com |
| Pivnick Law Firm PLLC | rob@pivnickfirm.com |
| Jones Lang LaSalle Americas, Inc. | john.indelli@jll.com |
| Jones Lang LaSalle Americas, Inc. | marty.hogan@jll.com |
| Jones Lang LaSalle Americas, Inc. | marty.hogan@jll.com |
| Marcus & Millichap | tim.speck@marcusmillichap.com; ford.noe@marcusmillichap.com; brad.mills@marcusmillichap.com; keith.lloyd@marcusmillichap.com |
| Marcus & Millichap | philip.levy@marcusmillichap.com |
| SHOP Concepts | rand@shopcompanies.com |
| Younger Partners Dallas, LLC | moody.younger@youngerpartners.com |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail Tax List**

| Creditor Name | Email Address |
|---|---|
| FORT BEND COUNTY TAX OFFICE | fbctaxinfo@fortbendcountytx.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail UCC Liens List**

| Creditor Name | Email Address |
| --- | --- |
| AMITY CONSTRUCTION COMPANY | bobellerd@amityconstruction.net |
| BLUE HAWK CONSTRUCTION LLC | info@bluehawkconstruction.com |
| CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | crawfordonline@crawfordelectricsupply.com |
| DYNAMIC MECHANICAL SOLUTIONS | info@dmsprofessionals.com |
| PERFECT SCENTS OF TEXAS | perfectscentscandles@live.com |
| PRECISION GENERAL CONTRACTING, LLC | info@precisioncontracting.com |
| SWADLEY ROOF SYSTEMS, LLC | info@swadleyroofsystems.com |
| TAYLOR WATERPROOFING PLUS, INC. | info@taylorwaterproofing.com |
| TEXAS SECURITY BANK | info@texassecuritybank.com |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Electronic Mail Utilities List**

| Creditor Name | Email Address |
|---|---|
| ARLINGTON UTILITIES | water@arlingtontx.gov |
| ATT | md741f@att.com |
| CENTERPOINT ENERGY | jeffery.earl@centerpointenergy.com; dana.myers@centerpointenergy.com; heather.schroeder@centerpointenergy.com; jay.vanzant@centerpointenergy.com; maria.solano@centerpointenergy.com |
| CITY OF DALLAS | waterspecialtyunit@dallas.gov |
| CITY OF HOUSTON | customer.service@houstontx.gov |
| CITY OF IRVING-WATER | tpatterson@cityofirving.org |
| CITY OF RICHARDSON | askrichardsoncustomerservice@cor.gov |
| CNP UD | info@mdswater.com |
| CPS ENERGY | feedback@cpsenergy.com |
| Granite | custserv@granitenet.com |
| HARRIS COUNTY MUD #81 | hcmud81@comcast.net |
| HARRIS COUNTY MUD 185 | mudcustomerservice@inframark.com |
| HARRIS COUNTY MUD 186 | customercare.cypress@h2oinnovation.com |
| HARRIS COUNTY WCID 116 | admin@huntwickwater.com |
| LOGIX | info@logix.com |
| Lumen (CenturyLink) | care.inquiry@lumen.com |
| NORTH BELT UTILITY DISTR. | 94029@smithmur.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | service@alliedwarranty.com |
| NW HARRIS CO. MUD #21 | customercare.cypress@h2oinnovation.com |
| Spectrum Business | rick.dykhouse@charter.com |
| Spectrum Enterprise | rick.dykhouse@charter.com |
| TXU ENERGY | txuexec@txu.com |

**EXHIBIT C**

Hartman SPE, LLC, Case No. 23-11452 (MFW)

Facsimile Master Service List

| Creditor Name | Fax |
|---|---|
| DELAWARE DEPARTMENT OF JUSTICE | 302-577-6630 |
| DELAWARE STATE TREASURY | 302-739-2274 |
| OFFICE OF THE UNITED STATES ATTORNEY | 302-573-6220 |
| OFFICE OF THE UNITED STATES TRUSTEE | 302-573-6497 |
| WESTERN DISTRICT OF TEXAS | 210-384-7276 |
| VERSATEX COMMERCIAL SERVICES, LLC | 724-241-3599 |
| ALL TEX ROOFING LLC | 713-683-3804 |
| WEAVER AND TIDWELL LLP | 817-429-5936 |
| CFI MECHANICAL, INC. | 832-467-8203 |
| Polsinelli - David D. Ferguson | 816-753-1536 |
| Polsinelli - Christopher A. Ward | 302-252-0921 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469- 221-5003 |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Facsimile Banks List**

| Name | Fax |
|------|-----|
| Wells Fargo Bank | 866 - 359 - 5954 |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Facsimile Insurance List**

| Creditor Name | Fax |
|---|---|
| AMERICANS BANKER INSURANCE COMPANY OF FL | 714-712-3842 |
| BEAZLEY USA SERVICES INC | 617-239-2659 |
| IPFS CORPORATION | 832-308-7925 |
| MITSUI SUMITOMO | 800-388-1802 |
| MUNICH RE SPECIALTY GROUP INSURANCE SVCS | 609-243-4257 |
| TRAVELERS | 866-785-2463 |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Facsimile Tax List**

| Creditor Name | Fax |
|---|---|
| DALLAS COUNTY TAX OFFICE | 214-653-7888 |
| FORT BEND COUNTY TAX OFFICE | 832-471-1830 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-463-2100 |
| STATE OF TEXAS ATTORNEY GENERAL | 512-463-2100 |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Facsimile UCC List**

| Creditor Name | Fax |
|---|---|
| AFP ALARM & DETECTION, LP | 281-412-9668 |
| ALLIED FIRE PROTECTION-SA, LP | 281-412-9668 |
| PRESTONWOOD LANDSCAPE SERVICES-SA, LLC | 214.357.5495 |

**Hartman SPE, LLC, Case No. 23-11452 (MFW)**
**Facsimile Utilities List**

| Creditor Name | Fax |
|---|---|
| CITY OF IRVING-WATER | 972-721-2280 |
| CITY OF PLANO UTILITIES | 972-941-7441 |
| CITY OF PLANO UTILITIES | 972-941-7441 |
| CITY OF RICHARDSON | 972-744-5811 |
| CITY OF RICHARDSON | 972-744-5811 |
| HARRIS CO FWSD 51 | 713-637-8866 |
| MISSION BEND MUD #1 | 832-490-1501 |