# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Hearing Date: October 5, 2023 at 2:00 p.m. (ET)**<br>**Objection Deadline: September 28, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF FINAL HEARING REGARDING DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) ESTABLISHING PROCEDURES FOR THE (A) SALE OF REAL ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 13, 2023, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the *Debtor's Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief* [Docket No. 10] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2023, the Court held a hearing (the "**Hearing**") to consider the interim relief requested in the Motion. At the Hearing, the Court scheduled a final hearing on the Motion to be held on October 5, 2023, at 2:00 p.m. (ET) before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, a copy of which was already served on you, must be filed on or before **September 28, 2023, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of any response on (i) proposed counsel for the Debtor, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201, Attn: John Mitchell (john.mitchell@katten.com) and Michaela Crocker (michaela.crocker@katten.com); (ii) proposed Delaware counsel for the Debtor,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

00059761.2

Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington DE, 19801, Attn: William E. Chipman, Jr. (chipman@chipmanbrown.com) and Mark D. Olivere (olivere@chipmanbrown.com); (iii) counsel for the Prepetition Lender, Polsinelli PC, 900 W. 48th Place, Suite 900, Kansas City, MO 64112, Attn: David D. Ferguson (dferguson@polsinelli.com); and 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward (cward@polsinelli.com); (iv) counsel to any statutory committee appointed in this Chapter 11 Case; and (v) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: John Schanne (John.Schanne@usdoj.gov), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023
Wilmington, Delaware

        **CHIPMAN BROWN CICERO & COLE, LLP**

        */s/ William E. Chipman, Jr.*
        William E. Chipman, Jr. (No. 3818)
        Mark D. Olivere (No. 4291)
        Hercules Plaza
        1313 N. Market Street, Suite 5400
        Wilmington, DE 19801
        Telephone: (302) 295-0191
        Facsimile: (302) 295-0199
        Email: chipman@chipmanbrown.com
               olivere@chipmanbrown.com

        -and-

        **KATTEN MUCHIN ROSENMAN LLP**
        John E. Mitchell (*pro hac vice* pending)
        Michaela C. Crocker (*pro hac vice* pending)
        Yelena E. Archiyan (*pro hac vice* pending)
        2121 N. Pearl St., Suite 1100
        Dallas, TX 75201
        Telephone: (214) 765-3600
        Facsimile: (214) 765-3602
        Email: john.mitchell@katten.com
               michaela.crocker@katten.com
               yelena.archiyan@katten.com

        *Proposed Counsel to the Debtor and*
        *Debtor in Possession*