# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Hearing Date: October 16, 2023 at 2:00 p.m. (ET)**<br>**Objection Deadline: October 9, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF MOTIONS AND HEARING[2]

**TO**: THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; THE DEBTOR'S THIRTY (30) LARGEST UNSECURED CREDITORS AS IDENTIFIED IN ITS CHAPTER 11 PETITION; COUNSEL TO THE PREPETITION LENDER; THE BANKS; THE TAXING AUTHORITIES; THE INSURANCE CARRIERS AND INSURANCE BROKER; ALL KNOWN HOLDERS OF LIENS IN THE DEBTOR'S ASSETS; AND ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that on September 13 and 14, 2023, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the following pleadings (the "**First Day Motions**"):

1. Motion of the Debtor for Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees; and Granting Related Relief [Docket No. 6].

2. Motion of the Debtor for the Entry of Interim and Final Orders (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 7].

3. Motion of Debtor for Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Motions.

00059630.3

        and (C) Continue to Pay Brokerage Fees; (II) Authorizing Continuation of Insurance Premium Financing; and (III) Granting Related Relief [Docket No. 8].

4. Motion of the Debtor for Interim and Final Orders (I) Authorizing Debtor to (A) Continue Using Existing Cash Management Systems, Bank Accounts and Business Forms, (B) Implement Changes to their Cash Management Systems in the Ordinary Course of Business, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 13].

5. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2023 and September 18, 2023, the Court entered interim orders (the "**Interim Orders**") at Docket Nos. 32, 33, 35, 40, and 45 granting the First Day Motions on an interim basis as set forth in such Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the final relief requested in the First Day Motions must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 9, 2023, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection : (i) proposed counsel for the Debtor, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201, Attn: John Mitchell (john.mitchell@katten.com) and Michaela Crocker (michaela.crocker@katten.com); (ii) proposed Delaware counsel for the Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington DE, 19801, Attn: William E. Chipman, Jr. (chipman@chipmanbrown.com) and Mark D. Olivere (olivere@chipmanbrown.com); (iii) counsel for the Prepetition Lender, Polsinelli PC, 900 W. 48th Place, Suite 900, Kansas City, MO 64112, Attn: David D. Ferguson (dferguson@polsinelli.com); and 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward (cward@polsinelli.com); (iv) counsel to any statutory committee appointed in this Chapter 11 Case; and (v) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: John Schanne (John.Schanne@usdoj.gov), so as to be **received no later than 4:00 p.m. (Eastern Time) on October 9, 2023.**

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE FIRST DAY MOTIONS WILL BE HELD ON **OCTOBER 16, 2023, AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE FINAL RELIEF REQUESTED IN THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 18, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Kristi J. Doughty (No. 3826)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
doughty@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and Debtor in Possession*