## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor. | **Related Docket No. 46** |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceeding:

- October 5, 2023, at 2:00 p.m. (*prevailing* Eastern Time)

- October 16, 2023, at 2:00 p.m. (*prevailing* Eastern Time)

**Dated: September 18th, 2023**  
**Wilmington, Delaware**

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE