**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Hartman SPE, LLC | : | Case No. 23-11452 (MFW) |
| | : | |
| Debtor. | : | |
| ---------------------------------- | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Engie Resources, LLC**, Attn: Ray Cunninghan, 1360 Post Oak Blvd. #400 Houston, TX  P: 713-636-1980 | F: 713-636-1364 | Email: Ray.Cunningham@engie.com

2. **Pritchard Industries Southwest, LLC**, Attn: Don Delorge, 4040 Directors Row, Houston, TX 77092 | P: 713-957-1387 | F: 713-957-1574 | Email: ddelorge@pritchardindustries.com

3. **Amity Construction Co.,** Attn:  Robert Ellerd, 1404 Brookside Drive Carrolton, TX 75007 | P: 214-850-0533 | F: 972-394-8835 | Email: bob@amityconstruction.net


ANDREW R. VARA
United States Trustee, Region 3


 /s/ *John Schanne* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 22, 2023

Attorney assigned to this Case: John Schanne Esq. (john.schanne@usdoj.gov)
Debtor's counsel: Mark Olivere <Olivere@chipmanbrown.com>; William Chipman <Chipman@chipmanbrown.com>