IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,** <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> Hearing Date: October 5, 2023 at 2:00 p.m. (ET) <br> Objection Deadline: October 3, 2023 at 4:00 p.m. (ET) <br><br> Related Docket Nos. 57 and 59 |

### NOTICE OF MOTIONS AND HEARING REGARDING DEBTOR'S SALE MOTIONS

**PLEASE TAKE NOTICE** that on September 22, 2023, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the (i) *Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (811, 829 & 873 South Mason Road, Katy, Texas)* [Docket No. 57] (the "**One Mason Motion**") and (ii) *Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (7030 Bissonnet Street, Houston, Texas)* [Docket No. 59] (the "**Fondren Motion**," together with One Mason Motion, the "**Motions**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). You were previously served with a copy of the Motions. On that same date, Debtor's filed *Debtor's Motion to Shorten Notice Regarding Debtor's Motions for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief* [Docket No. 61].

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2023, the Court entered the *Order Granting Debtor's Motion to Shorten Notice Regarding Sale Motions and Granting Other Related Relief* [Docket No. 68].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

350029.1

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motions, must be filed on or before **October 3, 2023, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (i) proposed counsel for the Debtor, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201, Attn: John Mitchell (Email: john.mitchell@katten.com) and Michaela Crocker (Email: michaela.crocker@katten.com); (ii) proposed Delaware counsel for the Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Attn: William E. Chipman, Jr. (Email: chipman@chipmanbrown.com) and Mark D. Olivere (Email: olivere@chipmanbrown.com); (iii) counsel for the Prepetition Lender, Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, Missouri 64112, Attn: David D. Ferguson (Email: dferguson@polsinelli.com); and 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn: Christopher A. Ward (Email: cward@polsinelli.com); (iv) counsel to any statutory committee appointed in this Chapter 11 Case; and (v) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (Email: John.Schanne@usdoj.gov), **so as to be received no later than 4:00 p.m. (ET) on October 3, 2023.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions will be held on **October 5, 2023, at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

[*REMAINDER OF PAGE LEFT BLANK*]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 25, 2023
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Olivere

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
        olivere@chipmanbrown.com

- and-

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (*pro hac vice* pending)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email:  john.mitchell@katten.com
        michaela.crocker@katten.com
        yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and Debtor in Possession*