# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING
## SCHEDULED FOR SEPTEMBER 28, 2023, AT 10:00 AM. (EASTERN)

Hartman SPE, LLC, as debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**"), hereby files its Witness and Exhibit List for Hearing scheduled for September 28, 2023, at 10:00 a.m. (prevailing Eastern Time) (the "**Hearing**") as follows:

## WITNESSES

The Debtor designates the following individuals who may be called as a witness:

a. David Wheeler, President of Hartman SPE Management, LLC;

b. Scott Walker, President of the General Partner, AP Growth GP, LLC;

c. Richard Rotwein, Designated Representative of the General Partner, AP Growth GP, LLC;

d. Any witness listed by any other party;

e. Rebuttal witnesses as necessary; and

f. The Debtor reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

## EXHIBITS

The Debtor designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | | DESCRIPTION |
|---|---|---|
| 1. | | Purchase and Sale Agreement dated April 21, 2023 [Dkt. No. 64-1] |
| 2. | | First Amendment to Purchase and Sale Agreement dated May 31, 2023 [Dkt. No. 64-1] |
| 3. | | Second Amendment to Purchase and Sale Agreement dated June 19, 2023 [Dkt. No. 64-1] |
| 4. | | List of Assigned Contracts [Dkt. 64-1] |
| 5. | | Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property [Dkt. 65] |
| 6. | | Adequate Assurance Letter |
| 7. | | Tenant Estoppel Certificates |
| | A. | 99 Cent Only Store |
| | B. | Ahas Foods Inc. |
| | C. | Christina Nguyen |
| | D. | Citi Trends, Inc. #345 |
| | E. | City Gear, LLC |
| | F. | Dinglejerry Kingdom |
| | G. | Dung Charlie Tran |
| | H. | Ern Mooney/ Red Wing Shoes |
| | I. | Foot Locker Retail Inc. (Store #7417) |
| | J. | Gamestop #808 |
| | K. | Harbor Freight Tools |
| | L. | Hello USA Beauty LLC |
| | M. | Hong Hui Xue |
| | N. | Isabel C. Escue |
| | O. | JDC Healthcare Management, LLC |
| | P. | JP Morgan Chase Bank – ATM |
| | Q. | KNV Investments, Inc./Johnny Keefer |
| | R. | Myung Lee |
| | S. | Sable Construction Inc. |
| | T. | Tandy Leather Factory Inc. |
| | U. | Vietnam Market/Son Tran |
| | V. | Wellmed Medical Management, Inc. |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| W. | Wingstop |
| 8. | Certificate of Service for Pleadings at Dkt Nos. 64 and 65 [Dkt. No. ___] |
| 9. | Certificate of Service for Order at Dkt. No. 69 [Dkt. No. ___] |
| 10. | Any document or pleading filed in the above-captioned Chapter 11 Case |
| 11. | Any exhibit necessary for impeachment and/or rebuttal purposes |
| 12. | Any exhibit identified or offered by any other party |

## RESERVATION OF RIGHTS

The Debtor reserves the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

**[SIGNATURE PAGE TO FOLLOW]**

- 4 -

Dated: September 26, 2023
       Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

- and-

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and Debtor in Possession*