**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 28, 2023, AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM.
> PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED
> TO REGISTER NO LATER THAN SEPTEMBER 28, 2023, AT 8:00 A.M. (ET)
> PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsduCopjIqH-2FufL8y6idoQyztx6k304**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING
> PERSONAL LOG-IN INFORMATION FOR THE HEARING.**
>
> **AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

**I.    MATTER GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (5332-5496 Walzem Road, San Antonio, Texas), filed September 22, 2023 [Docket No. 64].

    Objection Deadline:        September 28, 2023, at 10:00 a.m. (ET)

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Responses Received:   None.

Related Pleadings:

- A. Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property, filed September 22, 2023 [Docket No. 65].

- B. Debtor's Motion to Shorten Notice Regarding Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (5332-5496 Walzem Road, San Antonio, Texas), filed September 22, 2023 [Docket No. 66].

- C. Order Granting Debtor's Motion to Shorten Notice Regarding Sale Motions and Granting Other Related Relief, entered September 25, 2023 [Docket No. 69].

- D. Notice of Motion and Hearing Regarding Debtor's Motion to Shorten Notice Regarding Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (5332-5496 Walzem Road, San Antonio, Texas), filed September 25, 2023 [Docket No. 71].

- E. Debtor's Witness and Exhibit List for Hearing Scheduled for September 28, 2023, at 10:00 a.m. (Eastern), filed September 26, 2023 [Docket No. 77].

Status: This matter will go forward.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: September 26, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ William E. Chipman, Jr.<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>           olivere@chipmanbrown.com<br><br>           - and-<br><br>John E. Mitchell (Admitted *pro hac vice*)<br>Michaela C. Crocker (Admitted *pro hac vice*)<br>Yelena E. Archiyan (*pro hac vice* pending)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>Telephone: (214) 765-3600<br>Facsimile:  (214) 765-3602<br>Email: john.mitchell@katten.com<br>           michaela.crocker@katten.com<br>           yelena.archiyan@katten.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |