## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Jesse M. Harris, Esquire of Fox Rothschild LLP to represent, subject to court approval, the Official Committee of Unsecured Creditors in the above-captioned case.

Dated: September 26, 2023
       Wilmington, Delaware

*/s/ Stephanie J. Slater*
Stephanie J. Slater (DE No. 6922)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: (302) 654-7444
Email: sward@foxrothschild.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Jesse M. Harris*
Jesse M. Harris (PA Bar ID No. 324353)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
Email: jesseharris@foxrothschild.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.