## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Hartman SPE, LLC,** | ) | **Case No. 23-11452 (MFW)** |
| | ) | |
| Debtor.[1] | ) | **Ref. Docket No. 68-71** |

### CERTIFICATE OF SERVICE

I, NADIA ALAZRI, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 25, 2023, I caused to be served the:

   a. "Order Granting Debtors' Motion to Shorten Notice Regarding Sale Motions and Granting Other Related Relief," dated September 25, 2023 [Docket No. 68], (the "Shorten Order"),

   b. "Order Granting Debtors' Motion to Shorten Notice Regarding Sale Motions And Granting Other Related Relief," dated September 25, 2023 [Docket No. 69], (the "Walzem Shorten Order"),

   c. "Notice of Motions and Hearing Regarding Debtor's Sale Motions," dated September 25, 2023 [Docket No. 70], (the "Sale Hearing Notice"),

   d. "Notice of Motion and Hearing Regarding Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of all Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief," dated September 25, 2023 [Docket No. 71], (the "Walzem Hearing Notice"), and

   e. "Adequate Assurance Letter," (the "Letter"), a copy of which is annexed hereto as Exhibit A,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

by causing true and correct copies of the:

    i.   Shorten Order, Walzem Shorten Order, Sale Hearing Notice, and Walzem Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii.   Shorten Order and Sale Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iii.   Walzem Shorten Order and Walzem Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    iv.   Walzem Shorten Order, Walzem Hearing Notice, and Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

    v.   Shorten Order, Walzem Shorten Order, Sale Hearing Notice, and Walzem Hearing Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>,

    vi.   Shorten Order and Sale Hearing Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit G</u>,

    vii.   Walzem Shorten Order, Walzem Hearing Notice, and Letter to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>, and

    viii.   Shorten Order, Walzem Shorten Order, Sale Hearing Notice, and Walzem Hearing Notice to be delivered via electronic mail to: *tom@lightsey.legal*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Nadia Alazri*
Nadia Alazri

# EXHIBIT A

*In re Hartman SPE, LLC*
*Case No. 23-11452 (MFW)*
*Evidence of Adequate Assurance of Future Performance*

Subject to receiving Court approval, AP Growth Properties, LP ("Buyer" or "we") will be purchasing the real property commonly known as Walzem Plaza located at 5322-5496 Walzem Road, San Antonio, Texas (the "Property") and currently intends to take assignment of the executory contracts and unexpired leases of nonresidential real property for the commercial tenants located at the Property (the "Assigned Contracts").

Buyer, a Texas limited partnership, is an affiliate of MIMCO, LLC ("Mimco"), which was founded in 1972 to provide real estate investment opportunities and commercial property management. Today, Mimco manages over 350 separate commercial properties in Texas (including multiple properties in San Antonio), New Mexico and Arizona, encompassing more than 8.5 million square feet and approximately 1,900 leases. Since its formation, Mimco has closed hundreds of acquisitions and has never failed to close or "walked" a deal after it has "gone firm".

Buyer was formed for purposes of acquiring commercial, retail properties such as the Property. Buyer has already secured necessary financing and accumulated the necessary additional funds to pay the purchase price.

Independent of the acquisition of the Property, Buyer's net operating income is approximately $300,000.00 per month, with only $120,000.00 per month in debt service. This results in a debt service coverage ratio of 2.5:1. Without including any income from the Property, Buyer's existing cash flow of $180,000.00 per month is more than sufficient to not only pay its debt service (including the new loan for the acquisition loan for the Property), but also to service all landlord financial obligations arising under the Property's tenant leases, as well as addressing a number of deferred maintenance items identified by Buyer.

After acquisition, management of the Property will be the responsibility of Mimco. Mimco prides itself on its long, fruitful relationships with its tenant, as well as ensuring that its properties are well maintained and that its property management team is responsive to tenants' needs. A few examples of Mimco's long relationships are Subway, Wells Fargo, Family Dollar/Dollar Tree, dd's/Ross, Big Lots, Whataburger, and Starbucks.

If you have any questions regarding this information, please contact:

> Robert R. Feuille
> ScottHulse, PC
> 201 E. Main Drive, Suite 1100
> El Paso, Texas  79901
> (915) 533-2493
> (915) 546-8333
> bfeu@scotthulse.com
> Counsel for AP Growth Properties, LP

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 4M BUILDING SOLUTIONS INC | TIM M. MURCH 6231 RAYTOWN RD. RAYTOWN MO 64133 |
| 4M BUILDING SOLUTIONS INC | TIM M. MURCH PO BOX 870784 KANSAS CITY MO 64187-0784 |
| ABERNATHY ROEDER BOYD & HULLET, PC | COUNSEL TO COLLIN COUNTY TAX A/C ATTN PM LOPEZ, L R BOYD, E M HAHN 1700 REDBUD BLVD., STE. 300 MCKINNEY TX 75069 |
| ALL TEX ROOFING LLC | STEPHAN BUYAJIAN, OWNER 5605 CREEKMONT DR HOUSTON TX 77091-4916 |
| AMAYA CONSTRUCTION INC | VICENTE AMAYA 9507 DEEP VALLEY DRIVE HOUSTON TX 77044 |
| AMITY CONSTRUCTION COMPANY | ROBERY ELLERD 1404 BROOKSIDE DRIVE CARROLLTON TX 75007 |
| AMTECH ELEVATOR SERVICES | COUNSEL P.O. BOX 730437 DALLAS TX 75373-0437 |
| AMTECH ELEVATOR SERVICES | COUNSEL 1289 N. POST OAK RD. HOUSTON TX 77055 |
| AVAIL SECURITY GROUP, LLC | JAMIE MANNING 11811 N FREEWAY SUITE 301 HOUSTON TX 77060 |
| BUSINESS FLOOR SOLUTIONS INC | MATTHEW MARTINEZ 5805 CENTRALCREST HOUSTON TX 77092 |
| CFI MECHANICAL, INC. | CHUCK FELL 6109 BRITTMOORE ROAD HOUSTON TX 77041 |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC | TRACY LOVOI 900 HOGAN STREET HOUSTON TX 77009 |
| DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| ENGIE RESOURCES LLC | RAY CUNNINGHAM, VP PO BOX 841680 DALLAS TX 75284-1680 |
| ENGIE RESOURCES LLC | RAY CUNNINGHAM, VP 1360 POST OAK BLVD, SUITE 400 HOUSTON TX 77056 |
| FERGUSON BRASWELL FRAZER KUBASTA PC | COUNSEL TO SUMMER ENERGY LLC ATTN: RACHAEL L. SMILEY 2500 DALLAS PKWY., STE. 600 PLANO TX 75093 |
| GOLDMAN SACHS | DAVID SOLOMON 2001 ROSS AVENUE, 31TH FLOOR DALLAS TX 75201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| IRON HORSE FL LLC DBA PDL DESIGNS | LEON DAGERMAN, PRESIDENT 2545 GOLDEN BEAR DRIVE CARROLLTON TX 75006 |
| KAJ CONSTRUCTION INC | 14237 E. SAM HOUSTON PKWY N # 200 PO BOX 211 HOUSTON TX 77044 |
| KAJ CONSTRUCTION INC | COUNSEL 9503 DEEP VALLEY DR. HOUSTON TX 77044 |
| LINEBARGER GOGGAN BLAIR & SAMPSON | COUNSEL FOR TARRANT & DALLAS CTIES ATTN JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY, STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON | COUNSEL TO BEXAR COUNTY ATTN: DON STECKER 112 E. PECAN ST., STE. 2200 SAN ANTONIO TX 78205 |
| LINEBARGER GOGGAN BLAIR SAMPSON | COUNSEL TO KATY ISD, ET AL. ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 |
| LONGHORN MECHANICAL LLC | DENIEL PEREZ PO BOX 909 VAN ALSTYNE TX 75495 |
| LONGHORN MECHANICAL LLC | DENIEL PEREZ 198 ECHOLS ST. VANALSTYNE TX 75495 |
| MATTHEW MASHBURN | ADDRESS ON FILE |
| MATTHEW MASHBURN | ADDRESS ON FILE |
| MIKES AC AND REFRIGERATION | MIKE TU, OWNER 11015 BISSONNET HOUSTON TX 77099 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| NRG ENERGY INC DBA RELIANT RETAIL | MAURICO GUTIERREZ, CEO PO BOX 650475 DALLAS TX 75265 |
| NRG ENERGY INC DBA RELIANT RETAIL | MAURICO GUTIERREZ, CEO 910 LOUISIANA ST. STE B200 HOUSTON TX 77002 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE JOHN SCHANNE 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OGH SERVICE COMPANY INC | VINCE BALUSEK, PRESIDENT 402 4TH ST. SEALY TX 77474 |
| OTIS ELEVATOR COMPANY | JUDY MARKS 1444 N. CROCKWELL HILL RD. STE. 102 DALLAS TX 75211 |
| OTIS ELEVATOR COMPANY | JUDY MARKS P.O. BOX 730400 DALLAS TX 75373-0400 |
| PERDUE BRANDON FIELDER COLLINS | COUNSEL TO RICHARDSON ISD C/O EBONY COBB 500 E. BORDER ST., STE. 640 ARLINGTON TX 76010 |
| POLSINELLI | (COUNSEL TO KEYBANK) ATTN CHRISTOPHER A. WARD 222 DELAWARE AVE, SUITE 1101 |

| Claim Name | Address Information |
| --- | --- |
| POLSINELLI | WILMINGTON DE 19801 |
| POLSINELLI | (COUNSEL TO KEYBANK) ATTN DAVID D. FERGUSON 900 W 48TH PL, SUITE 900 KANSAS CITY MO 64112 |
| PRECISION CONTRACTING | JOSEPH BENJAMIN DUBBELS 931 BASSE RD SAN ANTONIO TX 78212 |
| PRITCHARD INDUSTRIES SOUTHWEST, LLC | ERIN MEEHAN, CEO 4040 DIRECTORS ROW HOUSTON TX 77092 |
| PROMISE TOTAL SERVICES OF HOUSTON | HELEN YOO PO BOX 29789 DALLAS TX 75229 |
| PROMISE TOTAL SERVICES OF HOUSTON | HELEN YOO 161 TX-8 BELTWAY HOUSTON TX 77043 |
| RL TEAM CONTR DBA TEAM CONT | COUNSEL 3201 INTERSTATE 30 STE F MESQUITE TX 75150 |
| ROBINSON & COLE LLP | COUNSEL TO SUMMER ENERGY, LLC ATTN J. EDMONSON, K dUTE 1201 N. MARKET ST., STE. 1406 WILMINGTON DE 19801 |
| SECRETARY OF STATE/DIV OF REVENUE | DIV OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI REG DIRECTOR BROOKFIELD PLACE 200 VESEY ST 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL 2418 CONVERSE ST. DALLAS TX 75207 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL PO BOX 600550 DALLAS TX 75360 |
| STI-GC, LLC | COUNSEL 931 BASSE RD SAN ANTONIO TX 78212 |
| SUMMER ENERGY LLC | NEIL LEIBMAN, CEO PO BOX 660938 DALLAS TX 75266-0938 |
| SUMMER ENERGY LLC | NEIL LEIBMAN, CEO 5847 SAN FELIPE ST. 3700 HOUSTON TX 77057 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS P.O. BOX 1769 FORNEY TX 75126 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS 14802 VALLEY VIEW FORNEY TX 75126-5830 |
| THE UNITED STATES ATTORNEYS OFFICE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: ALAMDAR HAMDANI 1000 LOUISIANA ST HOUSTON TX 77002 |
| TRUE VINES INC | DEBORAH LAMBERT WATTS 6140 HIGHWAY 6 SUITE 213 MISSOURI CITY TX 77459 |
| VERSATEX COMMERCIAL SERVICES, LLC | LEO GOMEZ, MANAGER 827 BUTTERFLY GARDEN TRAIL RICHMOND TX 77406 |
| WEAVER AND TIDWELL LLP | BRAD JAY 2821 WEST 7TH STREET, SUITE 700 FORT WORTH TX 76107 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count  65**

| Claim Name | Address Information |
|---|---|
| AFP ALARM & DETECTION, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AGAVE PLUMBING, INC | ATTN: JULIO MEDINA 2772 WEST COMMERCE STREET DALLAS TX 75212 |
| ALLEN R. HARTMAN | C/O LAW OFFICE OF THOMAS N. LIGHTSEY III, P.C. 5151 SAN FELIPE, SUITE 400 HOUSTON TX 77056 |
| ALLIED FIRE PROTECTION-SA, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AMITY CONSTRUCTION COMPANY | ATTN: BOB ELLERD 1404 BROOKSIDE CAROLLTON TX 75007 |
| AMITY CONSTRUCTION COMPANY | C/O M. DREW SIEGEL 17330 PRESTON RD., STE 11 OB DALLAS TX 75252 |
| BEYER PLUMBING CO. | ATTN: JAMES BEYER 17197 BEYER JOHN DR. SELMA TX 78514 |
| BLUE HAWK CONSTRUCTION LLC | ATTN: BRYAN BENSON 6775 ADDISON ROAD, SUITE 305 ADDISON TX 75001 |
| CFI MECHANICAL &SCG MECHANICAL, LP | DBA WAY MECHANICAL C/O WILLIAM B. WESTCOTT 1885 SAINT JAMES PLACE, 15TH FL HOUSTON TX 77056 |
| CRAWFORD ELECTRIC SUPPLY CO, INC. | ATTN: ERIC HOLLY 7701 WEST LITTLE YORK, SUITE 800 HOUSTON TX 77040 |
| DYNAMIC MECHANICAL SOLUTIONS | ATTN: MATTHEW MASHBURN 2023 E. SHADY GROVE ROAD SUITE 5 IRVING TX 75060 |
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN JIA LI, AVP HOUSTON TX 77024 |
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN MARIA ISENHOWER HOUSTON TX 77024 |
| ECOSYSTEMS ENVIRONMENTAL | C/O MICHAEL P. WORTHAM CBS TELEVISION TOWER 12001 N. CENTRAL EXPY., STE. 650 DALLAS TX 75243 |
| FAT STRAWS, INC. | 6509 WEST PARK BOULEVARD 425 PLANO TX 75093 |
| GOLDMAN SACHS MORTGAGE COMPANY | 200 WEST STREETNEW YORK, NY 10282 NEW YORK NY 10282 |
| HARTMAN INCOME REIT | PROPERTY HOLDINGS, LLC 2909 HILLCROFT, SUITE 420 HOUSTON TX 77057 |
| HARTMAN INCOME REIT, INC. | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| HARTMAN RETAIL I, DST | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| HARTMAN V REIT XXI, INC. | C/O LAW OFFICE OF THOMAS N. LIGHTSEY III, P.C. 5151 SAN FELIPE, SUITE 400 HOUSTON TX 77056 |
| HARTMAN V REIT XXI, INC. | 11211 KATY FREEWAY SUITE 309 HOUSTON TX 77079 |
| HARTMAN XXI ADVISORS, LLC | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| JEANICE TOLLIVER | MLF LEGAL, PLLC L. BENJAMIN, A LAMB, JR. & D MORRIS 702 S. BECKLEY AVE. DALLAS TX 75203 |
| KEYBANK NA (AGENT) | KAREN WHITE, PORTFOLIO MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NA (AGENT) | MICHAEL A TILDEN, SR MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NA (AGENT) | TERESA SPRINKLE SR ACCOUNT MANAGER 11501 OUTLOOK STREET SUITE 300 SUITE 300 OVERLAND PARK KS 66211 |
| MATTHEW MASHBURN | ADDRESS ON FILE |
| PERFECT SCENTS OF TEXAS | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| PRECISION GENERAL CONTRACTING, LLC | ATTN: JOE DUBBELS 931 BASSE ROAD SAN ANTONIO TX 78212 |
| PRECISION GENERAL CONTRACTING, LLC | C/O J. PHILIP COLLIER 8023 VANTAGE DRIVE, SUITE 590 SAN ANTONIO TX 78230 |
| PRESTONWOOD LANDSCAPE SERV-SA, LLC | 1366 ROUND TABLE DRIVE DALLAS TX 75247 |
| RUBI LERMA | C/O BRUCE H. NEYLAND 14350 NORTHBROOK DR., STE 150 SAN ANTONIO TX 78232 |
| SAN ANTONIO BUILDING SERVICES | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| SILVER STAR PROPERTIES REIT, INC. | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| SILVER STAR PROPERTY MANAGE INC | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| STI-GC, LLC | C/O J. PHILIP COLLIER 8023 VANTAGE DRIVE, SUITE 590 SAN ANTONIO TX 78230 |
| SWADLEY ROOF SYSTEMS, LLC | ATTN: MICHAEL SWADLEY 17413 FM 2920 SUITE 0 TOMBALL TX 77377 |
| TAYLOR WATERPROOFING PLUS, INC. | ATTN: MICHAEL J. MATTHEWS 122 BERRY ROAD HOUSTON TX 77022 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN SCOTT E SKRABANEK HOUSTON TX 77056 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN MISSY MERIC, AVP HOUSTON TX 77056 |
| TEXAS PARKING LOTS | 231 HWY 46 W BOERNE TX 78006 |
| TEXAS SECURITY BANK | 1212 TURTLE CREEK BOULEVARD DALLAS TX 75207 |

HARTMAN SPE, LLC
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| US BANK NATIONAL ASSCN, TTEE FOR | HLDRS GSMRTG SECS CORP TR 2018HART PSSTHRU CERTS2018HART& RR INT OWNR 190 S LASALLE ST 7TH FL CHICAGO IL 60603 |
| WELLS FARGO BANK | 1901 HARRISON ST 2ND FL ATTN JILL SELDEN, VP OAKLAND CA 94612 |

**Total Creditor count  44**

| Claim Name | Address Information |
|---|---|
| ALAMO COMM. COLLEGE | 2222 N. ALAMO ST. SAN ANTONIO TX 78215 |
| BEXAR CO RD & FLOOD | 1948 PROBANDT ST SAN ANTONIO TX 78214 |
| BEXAR CO. FLOOD FUND | 1948 PROBANDT ST SAN ANTONIO TX 78214 |
| BEXAR CO. HOSP. DISTRICT | 100 DOLOROSA SAN ANTONIO TX 78205 |
| BEXAR COUNTY TAX OFFICE | VISTA VERDE PLAZA BUILDING 233 N. PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| BEXAR COUNTY TAX OFFICE | PO BOX 839950 SAN ANTONIO TX 78283 |
| CITY OF HOUSTON | CITY OF HOUSTON TAX ASSESSOR-COLLECTOR 901 BAGBY ST. HOUSTON TX 77002 |
| CITY OF SAN ANTONIO | VISTA VERDE PLAZA BUILDING 233 N. PECOS LA TRINIDAD SAN ANTONIO TX 78207 |
| EMER. SVC. DIST. 48-EMS/FIRE | 21201 MORTON ROAD KATY TX 77449 |
| HARRIS CO. DEPT. OF EDUCATION | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS CO. FLOOD CTL. DIST. | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY HOSP. DIST. | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY MUD 81 | 805 HIDDEN CANYON KATY TX 77450 |
| HARRIS COUNTY TAX OFFICE | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY TAX OFFICE | PO BOX 4663 HOUSTON TX 77210 |
| HOUSTON COMM. COLLEGE SYSTEM | 3100 MAIN STREET HOUSTON TX 77002 |
| HOUSTON ISD | 1001 PRESTON ST HOUSTON TX 77002 |
| KATY ISD | HARRIS CO TAX OFFICE 16715 CLAY ROAD HOUSTON TX 77084 |
| NORTH EAST ISD | 8961 TESORO DRIVE SAN ANTONIO TX 78217 |
| PORT OF HOUSTON | 111 EAST LOOP NORTH HOUSTON TX 77029 |
| SAN ANT. RIVER AUTHORITY | 100 E. GUENTHER ST. SAN ANTONIO TX 78204 |
| SOUTHWEST MD/EQUI-TAX, INC | 17111 ROLLING CREEK DR STE 200 HOUSTON TX 77090 |

**Total Creditor count  22**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 3 FROGGS LLC | ATTN: GUO ZHEN ACCOUNTS PAYABLE 20516 HAWKINS MANOR LN. KATY TX 77449 |
| ALSAFA IMPORTS, INC. | ATTN: NASSER HITTNEY 873 S. MASON RD., SUITE 304 KATY TX 77450 |
| ASK REVENUE SOLUTIONS LLC | ATTN: SHAUKATALI KADIBHAI 811 SOUTH MASON ROAD, SUITE 160 KATY TX 77450 |
| ASTROTECH SVCS--STILL HAVE CONTRACT | PO BOX 296 NEEDVILLE TX 77461 |
| BLACKSTONE SECURITY | 7211 REGENCY SQUARE BLVD. STE. 102 HOUSTON TX 77036 |
| BRUCE JOHNSON | ADDRESS ON FILE |
| CFI MECHANICAL AND SCG | MECHANICAL , LP, DBA WAY MECHANICAL C/O WILLIAM B. WESTCOTT 1885 SAINT JAMES PLACE, 15TH FL HOUSTON TX 77056 |
| CFI MECHANICAL, INC. | 6109 BRITTMOORE ROAD HOUSTON TX 77041 |
| COMCAST BUSINESS | 9602 S 300 W, SUITE B SANDY UT 84070 |
| DAVICA ARJOONSINGH | ADDRESS ON FILE |
| EL MENE, INC. DBA EINSTEINS'S PUB | ATTN: ACCOUNTS PAYABLE 873 S. MASON RD., SUITE #336 KATY TX 77450 |
| FIRE SAFE PROTECTION SVCS | LESA GIBBENS PO BOX 679873 DALLAS TX 75267 |
| GRAN COLOMBIA RESTAURANTE INC | ACCOUNTS PAYABLE ATTN: LILIANA P. GONZALEZ 7706 SHADY PALMS DR. HOUSTON TX 77095 |
| GRANITE TELECOMMUNICATIONS | 100 NEWPORT AVE EXT QUINCY MA 02171 |
| H & S SOUTHWEST LLC | ACCOUNTS PAYABLE ATTN: SOPHOAN YEM 5138 AVENUE H ROSENBERG TX 77471 |
| JENNIFER L. MOCK | ADDRESS ON FILE |
| KAMRAN KHALID | ADDRESS ON FILE |
| KATY SAVAGE LLC | ACCOUNTS PAYABLE ATTN: KAREN HUYNH 4335 MILLERS CREEK LANE MANVEL TX 77578 |
| KOLDPREZZ INC. | ATTN: ACCOUNTS PAYABLE 829 SOUTH MASON ROAD, SUITE 250 KATY TX 77450 |
| LUSVIC FASHION CORP | ATTN: LUSVIC AVAB 3106 AYLESWORTH COURT KATY TX 77494 |
| MALAK ALOUM | ADDRESS ON FILE |
| MARIA BRIONES | ADDRESS ON FILE |
| MARK BEECHER | ADDRESS ON FILE |
| MIZ, INC | ATTN: ACCOUNTS PAYABLE 10009 HWY 6 SOUTH SUGARLAND TX 77478 |
| NRG - RELIANT | P.O. BOX 650475 DALLAS TX 75265 |
| OGH SERVICE COMPANY INC | 402 4TH ST. SEALY TX 77474 |
| PROACTIVE LIFESTYLE FITNESS, | LP (SUITE 116), ATTN: DON BORGAL 3710 LAKE VARANO CIRCLE KATY TX 77493 |
| PROACTIVE LIFESTYLE FITNESS, LP | (SUITE 128), ATTN: DON BORGAL 3710 LAKE VARANO CIRCLE KATY TX 77493 |
| REGIONAL FINANCE CORPORATION | OF TEXAS, ANA ZUSMER 979 BATESVILLE RD., SUITE B GREER SC 29651 |
| SEUNG H. YOO | ADDRESS ON FILE |
| SIMON NGUYEN | ADDRESS ON FILE |
| SOUTHWEST EXTERMINATING | 11023 SOUTHWEST FREEWAY HOUSTON TX 77074 |
| SUMMER ENERGY LLC | PO BOX 660938 DALLAS TX 75266-0938 |
| TAQUERIA & TORTILLERIA LA REYNA LLC | ACCOUNTS PAYABLE ATTN: JAVIER DIAZ 5710 FONDREN ROAD, SUITE B HOUSTON TX 77036 |
| TCD ENTERPRISES DBA CELLAR DOOR | ATTN: ACCOUNTS PAYABLE 829 S. MASON RD., SUITE 280 KATY TX 77450 |
| TEJAS GROUNDS MAINTENANCE | EDWARD MARTINEZ PO BOX 841288 HOUSTON TX |
| TEXAS TACTICAL GEAR & | FIREARMS, INC., ATTN: SAID MABOUMERHI 829 SOUTH MASON ROAD, SUITE 210 KATY TX 77450 |

**Total Creditor count  37**

| Claim Name | Address Information |
|---|---|
| ALINE TRAN & AMY HOANG | ADDRESS ON FILE |
| AMIN MOMIN | ADDRESS ON FILE |
| ARGELIA ARZATE | ADDRESS ON FILE |
| ASTROTECH SERVICES | ISRAEL DE LEON PO BOX 296 NEEDVILLE TX 77461 |
| AYVAZ PIZZA, LLC | ATTN: ACCOUNTS PAYABLE 17890 BLANCO RD., SUITE 401 SAN ANTONIO TX 78232 |
| BLACKSTONE SECURITY | 7211 REGENCY SQUARE BLVD., STE. 102 HOUSTON TX 77036 |
| BRIDGES ELECTRIC INC | 15330 LBJ FREEWAY, STE 315 MESQUITE TX 75150 |
| BRUCE JOHNSON | ADDRESS ON FILE |
| BUSINESS FLOOR SOLUTIONS INC | 5131 STEADMONT DRIVE HOUSTON TX 77040 |
| BUSINESS FLOOR SOLUTIONS INC | 5805 CENTRALCREST HOUSTON TX 77092 |
| CFI MECHANICAL AND SCG | MECHANICAL , LP, DBA WAY MECHANICAL C/O WILLIAM B. WESTCOTT 1885 SAINT JAMES PLACE, 15TH FL HOUSTON TX 77056 |
| CHP GENERAL CONTRACTING LLC | 2020 CORBEL LN. 2311 FORT WORTH TX 76177 |
| CHRIS MOORE | ADDRESS ON FILE |
| COMCAST BUSINESS | 9602 S 300 W, SUITE B SANDY UT 84070 |
| DOLLAR TREE STORES, INC. | MARIBEL ALICEA ATTN LEASE ACCOUNTING DEPT. 300 500 VOLVO PARKWAY CHESAPEAKE VA 23320 |
| DYNAMIC MECHANICAL SOLUTIONS | ATTN: MATTHEW MASHBURN 2023 E. SHADY GROVE ROAD SUITE 5 IRVING TX 75060 |
| EDGE REALTY PARTNERS LLC | 515 POST OAK BLVD., SUITE 175 HOUSTON TX 77027 |
| EMMAUS HEALTH CARE, PLLC | ATTN: CHERYL JONES 8603 BRETT FORK RICHMOND TX 77406 |
| ESSENTIAL SERVICE MECHANICAL LLC | ATTN: ACCOUNTS PAYABLE 6605 STROUD DR. HOUSTON TX 77074 |
| FITNESS & LIFE CORPORATION, LLC | ACCOUNTS PAYABLE 12101 NORTHPOINTE BLVD.. APT. 6203 TOMBALL TX 77377 |
| IVETTE MATUL | ADDRESS ON FILE |
| JOSE S. MENDOZA CUA | ADDRESS ON FILE |
| JOSE S. TELLO | ADDRESS ON FILE |
| JUAN MARTINEZ | ADDRESS ON FILE |
| LEONEL RODRIGUEZ | ADDRESS ON FILE |
| MEDCARE RX PHARMACY, INC. | ATTN: ACCOUNTS PAYABLE 7052 BISSONET ST. HOUSTON TX 77074 |
| MONICA E. ALFARO AND | ADDRESS ON FILE |
| NKB CORPORATE VENTURES INC | ACCOUNTS PAYABLE 10814 WEST BELLFORT AVENUE HOUSTON TX 77099 |
| PROGREEN LANDSCAPES INC | REYNALDO ORTIZ PO BOX 1561 ALIEF TX 77411 |
| SAMAR LLC | ATTN: SARA MARTINEZ 5921 BELLAIRE BOULEVARD, STE. C HOUSTON TX 77081 |
| SCG MECHANICAL LP DBA | WAY MECHANICAL 8610 WALLISVILLE ROAD HOUSTON TX 77029 |
| SHAJUMON ABRAHAM LIQUOR STORE | ATTN: JOE KURIAKOSE 3311 SELENE DRIVE MISSOURI CITY TX 77459 |
| SOUTHWEST EXTERMINATING | 11023 SOUTHWEST FREEWAY HOUSTON TX 77074 |
| TITAN FITNESS TEXAS, LLC | ACCOUNTS PAYABLE 2517 MIDWAY ROAD CARROLLTON TX 75006 |
| TONY TO AND SANDY TO | ADDRESS ON FILE |
| VECTOR CONCEPTS, INC | 9010 N. ROYAL LN, STE. 110 IRVING TX 75063 |
| WELLS FARGO BANK, N.A. | WELLS FARGO CPG ATTN: MAC D1116-L10 (BE#109023) 1525 WEST W.T. HARRIS BLVD. CHARLOTTE NC 28262 |
| WILLIE SAVANNAH | ADDRESS ON FILE |

**Total Creditor count  38**

Hartman SPE, LLC
Case No. 23-11452 (MFW)
Overnight Mail Additional Service List

CRAIN CATON & JAMES
ATTN PETER SMART
FIVE HOUSTON CENTER
1401 MCKINNEY ST. SUITE 1700
HOUSTON, TX 77010

**EXHIBIT D**

Hartman SPE, LLC
Case No. 23-11452 (MFW)
Overnight Mail Additional Service List

SCOTTHULSE PC
ATTN ROBERT R. FEUILLE
201 E. MAIN DR., SUITE 1100
EL PASO, TX 79901

| Claim Name | Address Information |
|---|---|
| ADVANCED TEMPERATURE CONTROL | C/O CHRISTOPHER BUSH P.O. BOX 1126 HELOTES TX 78023 |
| ADVANCED TEMPERATURE CONTROL LLC | PO BOX 1126 HELOTES TX 78023 |
| AJ MONIER SERVICE CO | 1446 N. FLORES ST. SAN ANTONIO TX 78212 |
| EMPIRE ROOFING COMPANIES INC | 16311 CENTRAL COMMERCE DR PFLUGERVILLE TX 78660-2034 |
| PRESTONWOOD LANDSCAPE SERVICES | SA, LLC 1366 ROUND TABLE DRIVE DALLAS TX 75247 |
| PRESTONWOOD LANDSCAPE SERVICES | 631 N. WW WHITE ROAD SAN ANTONIO TX 78219 |
| PRESTONWOOD LANDSCAPE SERVICES LLC | PO BOX 542466 DALLAS TX 75354 |
| SWADLEY ROOF SYSTEMS LLC | 17413 FM 2920, SUITE O TOMBALL TX 77377 |
| SWADLEY ROOF SYSTEMS, LLC | ATTN: MICHAEL SWADLEY 17413 FM 2920 SUITE O TOMBALL TX 77377 |
| TEXAS PARKING LOTS | 231 HWY 46 W BOERNE TX 78006 |

**Total Creditor count  10**

**EXHIBIT E**

HARTMAN SPE, LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 99 CENT ONLY STORE | ATTN: MATTHEW FERREIRA 4000 EAST UNION PACIFIC AVENUE ATTN: REAL ESTATE DEPARTMENT #2848 COMMERCE CA 90023 |
| AHAS FOODS INC. | ATTN: ADIB NADER 5380 WALZEM ROAD SAN ANTONIO TX 78218 |
| ALLIED FIRE CONTROL | 2110 MANNIX DR. SAN ANTONIO TX 78217 |
| AVAIL SECURITY GROUP | 11811 N. FREEWAY STE. 101 HOUSTON TX 70606 |
| CASA DE VIDA INTERNACIONAL | ATTN: EDWIN MALAVE 5480 WALZEM ROAD SAN ANTONIO TX 78218 |
| CENTURY PEST CONTROL | CHAS ANGELINI 1335 BASSE ROAD SAN ANTONIO TX 78212 |
| CHRISTINA NGUYEN | ADDRESS ON FILE |
| CITI TRENDS, INC. #345 | ATTN: ACCOUNTS PAYABLE DEPT. 104 COLEMAN BLVD. SAVANNAH GA 34108-9565 |
| CITY GEAR, LLC | ACCOUNTS PAYABLE 5438 WALZEM ROAD SAN ANTONIO TX 78218 |
| CPS ENERGY | PO BOX 2678 SAN ANTONIO TX 78289 |
| DINGLEJERRY KINGDOM | ATTN: REBECCA GAMSBY 5121 CRESTWAY DRIVE, #505 WINDEREST TX 78239 |
| DUNG CHARLIE TRAN | ADDRESS ON FILE |
| ERN MOONEY/ RED WING SHOES | ACCOUNTS PAYABLE 10838 W. TONNE NEW BAUNFELS TX 78130 |
| FOOT LOCKER RETAIL INC. | (STORE #7417) ACCOUNTS PAYABLE ATTN FACILITIES PAYABLE PO BOX 2943 HARRRISBURG PA 17105 |
| GAMESTOP #808 | ACCOUNTS PAYABLE 625 WESTPORT PKWY ATTN: PROPERTY ACCOUNTING GRAPEVINE TX 76051-6740 |
| GRANITE TELECOMMUNICATIONS | 100 NEWPORT AVE EXT QUINCY MA 02171 |
| HARBOR FREIGHT TOOLS | TONI BORN ATTN: LEASE ADMINISTRATION 26541 AGOURA ROAD CALABASAS CA 91302 |
| HELLO USA BEAUTY LLC | ATTN: JOHN K LEE 85 WILLOW STREET WHITLEY HEIGHT NY 11798 |
| HONG HUI XUE | ADDRESS ON FILE |
| ISABEL C. ESCUE | ADDRESS ON FILE |
| JDC HEALTHCARE MANAGEMENT, LLC | ATTN: ACCOUNTS PAYABLE 3030 LYNDON B JOHNSON FRWY. SUITE 1400 DALLAS TX 75231 |
| JP MORGAN CHASE BANK – ATM | JP MORGAN CHASE LEASE ADMIN MGR 1111 POLARIS PARKWAY MAIL CODE OH1-0241 COLUMBUS OH 43240 |
| KNV INVESTMENTS, INC./JOHNNY KEEFER | ADDRESS ON FILE |
| LONGHORN LOT MAINTENANCE | 5615 BICENTENNIAL, STE. 101 SAN ANTONIO TX 78219 |
| MYUNG LEE | ADDRESS ON FILE |
| PRESTONWOOD LANDSCAPE SERVICES | 631 N WW WHITE RD. SAN ANTONIO TX 78219 |
| SABLE CONSTRUCTION INC. | ATTN: JASMINE HERRERA 7320 N. MOPAC STE., 404 AUSTIN TX 78731 |
| SO. TEXAS POWERWASH & STRIPPING INC | DBA TEXAS PARKING LOTS JENNIFER HANSEN 231 STATE HWY 46 WEST BOERNE TX 78006 |
| SOUTH TEXAS PIZZA, INC. | TREVOR BRAUN ATTN: TJ CLEMENS 1277 NE LOOP 410 SAN ANTONIO TX 78209 |
| SWADLEY ROOF SYSTEMS | HEIDI MILLER 17413 FM 2920 SUITE O TOMBALL TX 77377 |
| TANDY LEATHER FACTORY INC. | ACCOUNTS PAYABLE ATTN: LEASE ADMINISTRATION 1900 SE LOOP 820 FORT WORTH TX 76140 |
| VIETNAM MARKET/SON TRAN | SON TRAN 5360 WALZEM ROAD SAN ANTONIO TX 78218 |
| WELLMED MEDICAL MANAGEMENT, INC. | ATTN: MARK FEINBERG 19500 IH-10 WEST MAILSTOP 1-5030 SAN ANTONIO TX 78257 |
| WINGSTOP | ATTN: ACCOUNTS PAYABLE 510 PORTLAND RD. SAN ANTONIO TX 78216 |
| WINGSTOP – SEE 5410 | ATTN: WINGSTOP – SEE 5410 5405 WALZEM ROAD SAN ANTONIO TX 78218 |

**Total Creditor count  35**

**EXHIBIT F**

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| 4M BUILDING SOLUTIONS INC | info@4-m.com |
| ABERNATHY, ROEDER, BOYD & HULLET, P.C. | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ALL TEX ROOFING LLC | tony@alltexroofing |
| AMAYA CONSTRUCTION INC | eamaya@amayaconstructions.com |
| AMITY CONSTRUCTION COMPANY | bob@amityconstruction.net |
| AMTECH ELEVATOR SERVICES | nelson.bellesheim@amtechelevator.com |
| AVAIL SECURITY GROUP, LLC | info@availsg.com |
| BUSINESS FLOOR SOLUTIONS INC | info@bizfloor.biz |
| CFI MECHANICAL, INC. | chuckfell@cfimechanical.com |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC | info@caprockelectric.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| ENGIE RESOURCES LLC | engiena-sales1@engie.com |
| FERGUSON BRASWELL FRASER KUBASTA PC | rsmiley@fbfk.law |
| GOLDMAN SACHS | michael.dalton@gs.com; newyorkannchub@gs.com |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| IRON HORSE FLOORING LLC DBA PDL DESIGNS | careers@pdldesigns.com |
| KAJ CONSTRUCTION INC | saleskajconstruction@gmail.com |
| KAJ CONSTRUCTION INC | rkpapatna@gmail.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LONGHORN MECHANICAL LLC | info@longhornmech.net |
| MATTHEW MASHBURN | ADDRESS ON FILE |
| MIKES AC AND REFRIGERATION | michaelairhouston@gmail.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | solutions@reliant.com; powersupport@nrg.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | ryan.harwell@nrg.com |
| OFFICE OF THE UNITED STATES TRUSTEE | john.schanne@usdoj.gov |
| OGH SERVICE COMPANY INC | info@oghservices.com |
| OTIS ELEVATOR COMPANY | generalinquiry@otis.com; investorrelations@otis.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | emccain@pbfcm.com |
| PRECISION CONTRACTING | info@precisioncontracting.com |
| PRITCHARD INDUSTRIES SOUTHWEST, LLC | rashworth@pritchardindustries.com; psperduti@pritchardindustries.com |
| PROMISE TOTAL SERVICES OF HOUSTON INC | info@promisesvc.com |
| RL TEAM CONTRACTORS DBA TEAM CONTRACTORS | jessica@teamcontractorstx.com |
| ROBINSON & COLE LLP | jedmonson@rc.com; kdute@rc.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | commissionerlee@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| SERVICE FIRST JANITORIAL LLC | roberto@servicefirstjanitorial.com; eva@servicefirstjanitorial.com; jerry@servicefirstjanitorial.com |
| STI-GC, LLC | bids-sti-gc@southtexasinteriors.com |
| SUMMER ENERGY LLC | service@summerenergy.com |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |

Hartman SPE, LLC Case No. 23-11452 (MFW)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| TRUE VINES INC | team@truevines.com |
| VERSATEX COMMERCIAL SERVICES, LLC | leogomez@blackplanet.com |
| WEAVER AND TIDWELL LLP | brad.jay@weaver.com |

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - Banks

| Creditor Name | Email Address |
|---|---|
| EAST WEST BANK | Jia.li@eastwestbank.com |
| EAST WEST BANK | Maria.Isenhower@eastwestbank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | karen_marie_white@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | michael_a_tilden@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | teresa_sprinkle@keybank.com |
| TEXAS CAPITAL BANK | Scott.skrabanek@texascapitalbank.com |
| TEXAS CAPITAL BANK | missy.merric@texascapitalbank.com |
| WELLS FARGO BANK | cmscashmgt@wellsfargo.; CMSAccountServices@wellsfargo.com; EGSCashManagementMailbox@wellsfargo.com |

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - UCC Lienholders

| Creditor Name | Email Address |
| --- | --- |
| AMITY CONSTRUCTION COMPANY | bobellerd@amityconstruction.net |
| BLUE HAWK CONSTRUCTION LLC | info@bluehawkconstruction.com |
| CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | crawfordonline@crawfordelectricsupply.com |
| DYNAMIC MECHANICAL SOLUTIONS | info@dmsprofessionals.com |
| PERFECT SCENTS OF TEXAS | perfectscentscandles@live.com |
| PRECISION GENERAL CONTRACTING, LLC | info@PrecisionContracting.com |
| SWADLEY ROOF SYSTEMS, LLC | info@swadleyroofsystems.com |
| TAYLOR WATERPROOFING PLUS, INC. | info@taylorwaterproofing.com |
| TEXAS SECURITY BANK | info@TexasSecurityBank.com |

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - Taxing Authorities

| Creditor Name | Email Address |
|---|---|
| FORT BEND COUNTY TAX OFFICE | FBCTaxInfo@fortbendcountytx.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |

**EXHIBIT G**

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - Mason

| Name | Email |
| --- | --- |
| 3 Froggs LLC | zhangeric688@yahoo.com |
| Alsafa Imports, Inc. | Hittiny@att.net |
| Ask Revenue Solutions LLC | tshirtsetckaty@gmail.com |
| Astrotech Svcs | astrotechservices@hotmail.com |
| CFI Mechanicial | lauraalford@cfimechanical.com |
| Davica Arjoonsingh | ADDRESS ON FILE |
| EL Mene, Inc. dba Einsteins's Pub | krismegan1@gmail.com |
| Gran Colombia Restaurante Inc | lilianagonzalez2627@gmail.com |
| Granite Telecommunications | custserv@granitenet.com |
| H & S Southwest LLC | sophoanyem@gmail.com |
| Jennifer L. Mock | ADDRESS ON FILE |
| Kamran Khalid | ADDRESS ON FILE |
| Katy Savage LLC | karenthuynh09@gmail.com |
| Koldprezz Inc. | koldprezz@gmail.com |
| Lusvic Fashion Corp | lusvicfashion@gmail.com |
| Malak Aloum | ADDRESS ON FILE |
| Maria Briones | ADDRESS ON FILE |
| Mark Beecher | ADDRESS ON FILE |
| Miz, Inc | payment@lonestarfloors.com |
| NRG - Reliant | solutions@reliant.com |
| Proactive Lifestyle Fitness, LP (Suite 116) | donnie.b@proactivelifestyle.com |
| Regional Finance Corporation of Texas | azusmer1@regionalmanagement.com |
| Seung H. Yoo | ADDRESS ON FILE |
| Simon Nguyen | ADDRESS ON FILE |
| Taqueria & Tortilleria La Reyna LLC | javierdiaz7@me.com |
| TCD Enterprises dba Cellar Door | ron@cellardoorkaty.com |
| Texas Tactical Gear & Firearms, Inc. | said@gunsunlimitedusa.com |

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - Fondren

| Name | Email |
| --- | --- |
| Aline Tran & Amy Hoang | ADDRESS ON FILE |
| Amin Momin | ADDRESS ON FILE |
| Argelia Arzate | ADDRESS ON FILE |
| Astrotech Services | astrotechservices@hotmail.com |
| Ayvaz Pizza, LLC | rents@ayvazpizza.com |
| Chris Moore | ADDRESS ON FILE |
| Dollar Tree Stores, Inc. | tx_rents@dollartree.com |
| Emmaus Health Care, PLLC | cjemmaus@yahoo.com |
| Essential Service Mechanical LLC | csservices55@yahoo.com |
| Fitness & Life Corporation, LLC | jcmach10@hotmail.com |
| Ivette Matul | ADDRESS ON FILE |
| Jose S. Mendoza Cua | ADDRESS ON FILE |
| Jose S. Tello | ADDRESS ON FILE |
| Juan Martinez | ADDRESS ON FILE |
| Leonel Rodriguez | ADDRESS ON FILE |
| Medcare Rx Pharmacy, Inc. | Cristina@medcarerx.net |
| Monica E. Alfaro and Mario E. Alfaro | ADDRESS ON FILE |
| NKB Corporate Ventures Inc | management@nkbcricket.com |
| Samar LLC | saram@torotaxes.com |
| Shajumon Abraham Liquor Store | valudiscountliquor@gmail.com |
| Titan Fitness Texas, LLC | accountspayable@fitnessconnection.com |
| Tony To and Sandy To | ADDRESS ON FILE |
| Wells Fargo Bank, N.A. | PropertyAdmin@WellsFargo.com |
| Willie Savannah | ADDRESS ON FILE |

**EXHIBIT H**

Hartman SPE, LLC Case No. 23-11452 (MFW)

Electronic Mail Service List - Walzem

| Name | Email |
| --- | --- |
| 99 Cent Only Store | Matthew.Ferreira@99only.com |
| Ahas Foods Inc. | Alialsaedi0901@gmail.com |
| Casa De Vida Internacional | casadevida2019@gmail.com |
| Century Pest Control | office@centurypest.com |
| Christina Nguyen | ADDRESS ON FILE |
| Citi Trends, Inc. #345 | apexp@cititrends.com |
| City Gear, LLC | Kim.Nixon@hibbett.com |
| Dinglejerry Kingdom | Rebecca.Gamsby@HireQuestDirect.com |
| Dung Charlie Tran | ADDRESS ON FILE |
| Ern Mooney/ Red Wing Shoes | ADDRESS ON FILE |
| Foot Locker Retail Inc. (Store #7417) | NA_Rent@footlocker.com |
| Gamestop #808 | rentmail@gamestop.com |
| Granite Telecommunications | custserv@granitenet.com |
| Harbor Freight Tools | TBorn@harborfreight.com |
| Hello USA Beauty LLC | johnklee0891@gmail.com |
| Hong Hui Xue | ADDRESS ON FILE |
| Isabel C. Escue | ADDRESS ON FILE |
| JDC Healthcare Management, LLC | Rent@jdcweb.com |
| JP Morgan Chase Bank - ATM | lease.administration.research@jpmchase.com |
| KNV Investments, Inc./Johnny Keefer | ADDRESS ON FILE |
| Myung Lee | ADDRESS ON FILE |
| Sable Construction Inc. | jasmine.herrera@customsounds.com |
| South Texas Pizza, Inc. | Trevor.Braun@TeamMurph.net |
| Swadley Roof Systems | sdr@swadleyroofsystems.com |
| Tandy Leather Factory Inc. | leaseadmin@tandyleather.com |
| Texas Parking Lots | jennifer@texasparkinglots.com |
| Vietnam Market/Son Tran | ADDRESS ON FILE |
| Wellmed Medical Management, Inc. | wellmed.docs@cbre.com |
| Wingstop | ap@sa-wings.com |