| Information to Identify the Case: | |
|---|---|
| United States Bankruptcy Court for the District of Delaware | |
| Debtor(s): Hartman SPE, LLC | EIN: 30-1127400 |
| Case No.: 23-11452 (MFW) | Date Chapter 11 Case Filed: September 13, 2023 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                 10/20

**For the Debtor listed above, a case has been filed under Chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and Debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtor or the Debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtor. Creditors cannot demand repayment from the Debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a Chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (*See* line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The Staff of the Bankruptcy Clerk's Office Cannot Give Legal Advice.**

**Do not file this Notice with any proof of claim or other filing in the Case.**

| | | |
|---|---|---|
| 1. | **Debtor's Full Name (Jointly Administered Cases Listed Below):** | |

| DEBTOR | CASE NO. | EIN NO. |
|---|---|---|
| Hartman SPE, LLC | 23-11452 (MFW) | 30-1127400 |

| | | |
|---|---|---|
| 2. | **All Other Names Used in the Last Eight (8) Years:**  None. | |
| 3. | **Address:**  2909 Hillcroft, Suite 420, Houston, Texas 77057 | |
| 4. | **Debtor's Attorney**<br>Name and Address | William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br><br>John E. Mitchell (*Pro Hac Vice*)<br>Michaela C. Crocker (*Pro Hac Vice*)<br>Yelena E. Archiyan (*Pro Hac Vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201 | Telephone  (302) 295-0191<br>Email  chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br><br>Telephone  (214) 765-3600<br>Email  john.mitchell@katten.com<br>michaela.crocker@katten.com<br>yelena.archiyan@katten.com |

| | | | | |
|---|---|---|---|---|
| 5. | **Debtor's Claims Agent** | **EPIQ CORPORATE RESTRUCTURING, LLC**<br>Claims Processing Center<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br><br>or<br><br>P.O. Box 4421<br>Beaverton, Oregon 97076-4421 | | **Website:**<br>https://dm.epiq11.com/HartmanSPE<br><br>**Email:**<br>hartmanspe@epiqglobal.com |
| 6. | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | *United States Bankruptcy Court for the District of Delaware*<br>824 North Market Street, 3rd Floor<br>Wilmington, Delaware 19801 | Hours open<br><br>Contact phone | 8:00 a.m. to 4:00 p.m.<br><br>(302) 252-2900 |
| 7. | **Meeting of Creditors**<br><br>The Debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. | **October 18, 2023**  at  **10:00 a.m. (ET)**<br>Date                                              Time<br><br>**The meeting may be held continued or adjourned to a different date. If so, such information will appear on the debtors' case website** https://cases.creditorinfo.com/securedcomm **and/or the Court docket. You may also contact the Debtors' counsel for such information. For inquiries, please contact the claims agent at: Toll Free U.S.: 888-532-1261, Non U.S. Parties: 503-563-8209.** | Location: | **Telephonic Only**<br><br>**Dial In: 1 (866) 621-1355**<br>**Passcode: 7178157#** |
| 8. | **Proof of Claim Deadline** | **Deadline for Filing Proof of Claim:** | | Not yet set. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>▪ you file a proof of claim in a different amount; or<br>▪ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| 9. | **Exception to Discharge Deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:** | | **TBD** |
| 10. | **Creditors with a Foreign Address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 11. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | | |
| 12. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | | |