# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## PERIODIC REPORT PURSUANT TO BANKRUPTCY RULE 2015.3

Pursuant to Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Hartman SPE, LLC, as the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**"), submits this report (this "**Periodic Report**") on the value, operations, and profitability, as of August 31, 2023, of (a) Silver Star Mezzanine Borrower, LLC, which the Debtor directly holds 100% of interest; and (b) Silver Star CRE, LLC, which the Debtor indirectly holds 100% of interest (each a "**Controlled Non-Debtor Entity**" and collectively the "**Controlled Non-Debtor Entities**").  This Periodic Report has been prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure. This Period Report includes the two non-Debtor entities that are both directly and indirectly owned by the Debtor.

The following exhibits are attached hereto for the Controlled Non-Debtor Entities:

| | |
|---|---|
| **Exhibit A** | Financial Information for the Controlled Non-Debtor Entities as of August 31, 2023 |
| **Exhibit B** | Description of Operations of the Controlled Non-Debtor Entities |
| **Exhibit C** | Description of Claims Between the Controlled Non-Debtor Entities |
| **Exhibit D** | Description of How Taxes are Allocated Between the Controlled Non-Debtor Entities and the Debtor |
| **Exhibit E** | Description of Controlled Non-Debtor Entities' Payments of Administrative Expenses or Professional Fees Otherwise Payable by the Debtor |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

      The undersigned, having reviewed the attached exhibits and this Periodic Report, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that this Periodic Report is complete, accurate, and truthful to the best of his knowledge.

Dated:  September 29, 2023
        McKinney, Texas

                                        */s/ David Wheeler*
                                        David Wheeler
                                        President
                                        Hartman SPE Management, LLC

## General Notes

### Description of this Chapter 11 Case

On September 13, 2023 (the "**Petition Date**"), Hartman SPE, LLC (the "**Debtor**") commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor is authorized to continue operating its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1008 of the Bankruptcy Code. On September 22, 2023, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code. Additional information about this Chapter 11 Case, court filings, and claims information is available from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

### Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtor in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtor's rights with respect to this Chapter 11 Case, or its estate, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtor is reviewing the assets and liabilities of its affiliates on an ongoing basis, including without limitation with respect to any intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtor's or its affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

## Exhibit A

## Financial Information for Controlled Non-Debtor Entities as of August 31, 2023

Not Applicable. The Controlled Non-Debtor Entities are dormant entities with no operations. Please see **Exhibit B**.

00061101.2

**Exhibit B**

| Name of Entity | Description of Operations |
|---|---|
| Silver Star Mezzanine Borrower, LLC | Dormant entity with no operations |
| Silver Star CRE, LLC | Dormant entity with no operations |

## Exhibit C

### Description of Claims Between the Controlled Non-Debtor Entities

Not applicable.  The Controlled Non-Debtor Entities do not have any claims against each other.

00061101.2

**Exhibit D**

**Description of How Taxes are Allocated Between the
Controlled Non-Debtor Entities and the Debtor**

Not applicable. There is no allocation of taxes between or among the Controlled Non-Debtor Entities and the Debtor. There are no tax sharing or tax allocation agreements between the Controlled Non-Debtor Entities.

## Exhibit E

## Description of the Controlled Non-Debtor Entities' Payments of Administrative Expenses or Professional Fees Otherwise Payable by the Debtor

There are no known payments made, or obligations incurred (or claims purchased) by either Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtor.