# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

### DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING
### SCHEDULED FOR OCTOBER 5, 2023, AT 2:00 PM. (EASTERN TIME)

Hartman SPE, LLC, as debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**"), hereby files its *Witness and Exhibit List for Hearing Scheduled for October 5, 2023, at 2:00 p.m. (Eastern Time)* (the "**Hearing**") as follows:

### WITNESSES

The Debtor designates the following individuals who may be called as a witness:

a. David Wheeler, President of Hartman SPE Management, LLC;

b. Any witness listed by any other party;

c. Rebuttal witnesses as necessary; and

d. The Debtor reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

00061277.2

**EXHIBITS**

The Debtor designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | List of Properties [Dkt. No. 10, Ex. A] |
| 2. | Certificate of Service (Sale Procedures Motion) [Dkt. No. 103] |
| 3. | Redline Final Order (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief. |
| 4. | Purchase and Sale Agreement [Fondren] dated April 21, 2023 [Dkt. No. 59-2] |
| 5. | First Amendment to Purchase Agreement and Sale Agreement [Fondren] dated June 16, 2023 [Dkt. No. 59-2] |
| 6. | Second Amendment to Purchase Agreement and Sale Agreement [Fondren] dated July 21, 2023 [Dkt. No. 59-2] |
| 7. | List of Assigned Contracts [Fondren] [Dkt. No. 59-3, Ex. C] |
| 8. | Adequate Assurance Letter [Fondren] |
| 9. | Certificate of Service for Adequate Assurance Package [Fondren] [Dkt. No. 107] |
| 10. | Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property [Fondren and One Mason] [Dkt. No. 60] |
| 11. | Purchase and Sale Agreement [One Mason] dated April 21, 2023 [Dkt. No. 57-2] |
| 12. | First Amendment to Purchase and Sale Agreement [One Mason] dated June 16, 2023 [Dkt. No. 57-2] |
| 13. | Second Amendment to Purchase and Sale Agreement [One Mason] dated July 21, 2023 [Dkt. No. 57-2] |
| 14. | List of Assigned Contracts [One Mason] [Dkt. No. 57-3, Ex. C] |
| 15. | Adequate Assurance Letter [One Mason] |
| 16. | Certificate of Service for Adequate Assurance [Dkt. No 107] |
| 17. | Declaration of Philip Levey in Support of the Private Sale of Nonresidential Real Property [One Mason] [Dkt. No. 58] |
| 18. | Certificate of Service for Pleadings at Dkt. Nos. 68-71 [Dkt. No. 87] |
| 19. | Certificate of Service for Pleadings at Dkt. Nos. 57 - 61, 64-66 [Dkt. No. 89] |
| 20. | Declaration of David Wheeler in Support of Chapter 11 Petition and First Day Pleadings [Dkt. No. 3] |
| 21. | Any document or pleading filed in the above-captioned Chapter 11 Case |
| 22. | Any exhibit necessary for impeachment and/or rebuttal purposes |
| 23. | Any exhibit identified or offered by any other party |

## RESERVATION OF RIGHTS

The Debtor reserves the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: October 3, 2023
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
      olivere@chipmanbrown.com

- and -

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
      michaela.crocker@katten.com
      yelena.archiyan@katten.com

*Proposed Counsel to the Debtor and Debtor in Possession*