IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 5, 2023, AT 2:00 P.M. (EASTERN)

AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

I. MATTERS GOING FORWARD:

1. Debtor's Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief, filed on September 13, 2023 [Docket No. 10].

   Objection Deadline:    September 28, 2023, at 4:00 p.m. (Eastern)

   Responses Received:

   i. Informal comments from Office of the United States Trustee (the "**U.S. Trustee**").

   ii. Informal comments from the Official Committee of Unsecured Creditors (the "**Committee**").

   Related Pleadings:

   A. Notice of Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the (A) Sale of Real Estate

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Amended items are shown in **bold**.

00061372.1

       Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief, filed on September 15, 2023 [Docket No. 44].

    B.    Notice of Filing of *Final* Order (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief, filed on October 3, 2023 [Docket No. 115].

    C.    Debtor's Witness and Exhibit List for Hearing Scheduled for October 5, 2023, at 2:00 p.m. (Eastern Time), filed on October 3, 2023 [Docket No. 117].

    **D.**    **Certification of Counsel Regarding Final Order (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief, filed on October 4, 2023 [Docket No. 125].**

    **E.**    **Final Order (I) Establishing Procedures for the (A) Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (II) Granting Related Relief, entered on October 4, 2023 [Docket No. 128].**

    Status: **The order has been entered**.

2.    Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (811, 829 & 873 South Mason Road, Katy, Texas), filed on September 22, 2023 [Docket No. 57].

    Objection Deadline:    October 3, 2023, at 4:00 p.m. (Eastern).

    Responses Received:

        i.    Informal comments from the U.S. Trustee.

        ii.    Informal comments from the Committee.

        iii.    Informal comments from the Texas taxing authorities (the "**Taxing Authorities**).

Related Pleadings:

A. Declaration of Philip Levy in Support of the Private Sale of Nonresidential Real Property, filed on September 22, 2023 [Docket No. 58].

B. Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property, filed on September 22, 2023 [Docket No. 60].

C. Debtor's Motion to Shorten Notice Regarding Debtor's Motions for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (III) Granting Related Relief, filed on September 22, 2023 [Docket No. 61].

D. Order Granting Debtor's Motion to Shorten Notice Regarding Sale Motions and Granting Other Related Relief, entered on September 25, 2023 [Docket No. 68].

E. Notice of Motions and Hearing Regarding Debtor's Sale Motions, filed on September 25, 2023 [Docket No. 70].

F. Debtor's Witness and Exhibit List for Hearing Scheduled for October 5, 2023, at 2:00 p.m. (Eastern Time), filed on October 3, 2023 [Docket No. 117].

G. Notice of Filing of Revised Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (811, 829 & 873 South Mason Road, Katy, Texas), filed on October 3, 2023 [Docket No. 118].

H. **Certification of Counsel Regarding Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (811, 829 & 873 South Mason Road, Katy, Texas), filed on October 4, 2023 [Docket No. 126].**

I. **Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (811, 829 & 873 South**

       **Mason Road, Katy, Texas), entered on October 4, 2023 [Docket No. 131].**

Status: **The order has been entered**.

3. Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (7030 Bissonnet Street, Houston, Texas), filed on September 22, 2023 [Docket No. 59].

    Objection Deadline:    October 3, 2023, at 4:00 p.m. (Eastern).

    Responses Received:

    i.  Informal comments from the U.S. Trustee.

    ii. Informal comments from the Committee.

    iii. Informal comments from the Taxing Authorities.

    Related Pleadings:

    A.  Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property, filed on September 22, 2023 [Docket No. 60].

    B.  Debtor's Motion to Shorten Notice Regarding Debtor's Motions for Entry of an Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (III) Granting Related Relief, filed on September 22, 2023 [Docket No. 61].

    C.  Order Granting Debtor's Motion to Shorten Notice Regarding Sale Motions and Granting Other Related Relief, entered on September 25, 2023 [Docket No. 68].

    D.  Notice of Motions and Hearing Regarding Debtor's Sale Motions, filed on September 25, 2023 [Docket No. 70].

    E.  Debtor's Witness and Exhibit List for Hearing Scheduled for October 5, 2023, at 2:00 p.m. (Eastern Time), filed on October 3, 2023 [Docket No. 117].

    F.  Notice of Filing of Revised Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and

- 5 -

      Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (7030 Bissonnet Street, Houston, Texas), filed on October 3, 2023 [Docket No. 119].

G. **Certification of Counsel Regarding Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (7030 Bissonnet Street, Houston, Texas), filed on October 4, 2023 [Docket No. 127].**

H. **Order (I) Authorizing the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases of Nonresidential Real Property; and (III) Granting Related Relief (7030 Bissonnet Street, Houston, Texas), entered on October 4, 2023 [Docket No. 130].**

Status: **The order has been entered**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE TO FOLLOW]**

| | |
|---|---|
| Dated: October **4**, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>           olivere@chipmanbrown.com<br><br>           - and-<br><br>John E. Mitchell (Admitted *pro hac vice*)<br>Michaela C. Crocker (Admitted *pro hac vice*)<br>Yelena E. Archiyan (*pro hac vice* pending)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>Telephone: (214) 765-3600<br>Facsimile:  (214) 765-3602<br>Email: john.mitchell@katten.com<br>           michaela.crocker@katten.com<br>           yelena.archiyan@katten.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |