**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Hartman SPE, LLC, | ) Case No. 23-11452 (MFW) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

Hartman SPE, LLC, as debtor and debtor in possession (the "Debtor" or "Company") in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and together with the Schedules, the "Schedules and Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP''), nor are they intended to be fully reconciled with the financial statement of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor on an unconsolidated basis.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement.   Accordingly, the Debtor reserves all its rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary and appropriate.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The Debtor, its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized.  The Debtor, on behalf of itself, its officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statement and reserve all rights with respect thereto.

The Schedules and Statement have been signed by an authorized representative of the Debtor.  In reviewing and signing the Schedules and Statement, this representative relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1.     **Reservation of Rights**.  Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statement; however, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to: amend the Schedules and Statement with respect to a claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent" or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent" or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to the Debtor's Chapter 11 Case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.   Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this

paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The listing in the Schedules or Statement (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtor of any obligation between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtor reserves all rights with respect to such obligations.

2.    **Description of the Chapter 11 Case and "as of" Information Date**.    On September 13, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to  operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The assets and liabilities data provided herein, except as otherwise noted, represents the Debtor's information as of September 13, 2023.**

3.    **Net Book Value of Assets**.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all its assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of September 13, 2023, as recorded in the Debtor's books and records.    The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

4.    **Recharacterization**.    Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated or omitted certain items due to, among other things, the complexity of the Debtor's business.  Accordingly, the Debtor reserves all its rights to recharacterize, reclassify, recategorize, re-designate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.    **Vendor Contracts and Claims**.    Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to various executory contracts and unexpired leases.  While such Claims may be attributable to the Debtor, in many instances, one or more of the Debtor's affiliates (rather than the Debtor) may be the party to the executory contract or unexpired lease associated with such Claim.  As such, the Debtor has used reasonable best efforts to report such Claims on Schedule E/F Part 2 but has not listed executory contracts and/or unexpired leases that may be related to such Claims on Schedule G since it is not a party to such contracts and leases.

6.    **Excluded Assets and Liabilities**.   The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.    As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.   Accordingly, the Debtor reserves all its rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.   Accordingly, the Debtor reserves all its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statement.   The Debtor also has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.   In addition, certain immaterial assets and liabilities may have been excluded.

7.    **Insiders**.   Solely for purposes of the Schedules and Statement, the Debtor defines "insiders" to include the following: (a) directors; (b) equity holders holding in excess of 5% of the voting securities the Debtor; (c) Debtor/non-Debtor affiliates; and (d) relatives of any of the foregoing (to the extent known by the Debtor).

Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statement, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtor or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.    **Executory Contracts and Unexpired Leases**.   The Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

9.    **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or "unsecured," or (c) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

10.    **Claims Description**.   Schedule D and Schedule E/F permit the Debtor to designate a Claim as "disputed," contingent," and/or "unliquidated."   Any failure to designate a Claim on the Debtor's Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute

an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.    The Debtor reserves all rights to dispute or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statement on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.    **Causes of Action**.  Despite its reasonable best efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in the Schedules and Statement, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.   The Debtor reserves all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.    **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

(a)    Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(b)    Totals.  All totals that are included in the Schedules and Statement represent totals of all known amounts.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(c)    Liens. Property listed in the Schedules and Statement are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13.    **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.   Actual results could differ from those estimates, perhaps materially.  The Debtor reserves all its rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.    **Intercompany**.  The net balance of intercompany transactions between the Debtor and its non-Debtor affiliates is set forth on Schedule A/B or Schedule E/F, as applicable.

Intercompany transfers between the Debtor or non-Debtor affiliates are not captured on Statement 3.  The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtor reserves all rights with respect to such obligations.

16.    **Setoffs**.  The Debtor incurs certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, refunds, warranties, credits and other disputes between the Debtor and its service providers and/or tenants.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.

17.    **Addresses of Creditors**.  To protect the privacy of the Debtor's individual creditors, the Debtor has either redacted personal addresses or used the corporate address of the Debtor.   The Debtor and Epiq Corporate Restructuring, LLC. maintain a record of all addresses on file.   The Debtor has served and will continue to serve all necessary notices, including notice of the claims bar date, to the actual address of each of the Debtor's creditors.

18.    **Global Notes Control**.  In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtor's Schedules

**SCHEDULE A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of September 13, 2023, unless otherwise noted below.

**Schedule A/B3**. Cash values held in financial accounts are listed on Schedule A/B3 as of September 13, 2023.

**Schedule A/B7**.  Pursuant to the *Interim Order (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* [Docket No. 45] (the "Interim Order"), the Bankruptcy Court has authorized the Debtor to provide adequate assurance of payment for future utility services,

including a deposit in the amount of $445,000.00.[2]  Such deposit is not listed on Schedule A/B7, which was prepared as of the Petition Date.

**Schedule A/B11**.  Accounts receivable are presented net of allowance for doubtful accounts, but may not be reserved for all doubtful accounts.

**Schedule A/B15**.  Silver Star Mezzanine Borrower, LLC is a dormant entity with no operations. As such, its value is unknown.

**Schedule A/B55**.  The real property interests listed on Schedule A/B55 include the real properties the Debtor owned as of September 13, 2023.

**Schedule A/B58**.  While certain third parties have performed appraisals on the Debtor's properties listed in Part 9, those appraisals are not in the Debtor's possession or control.

**Schedule A/B75**.  The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers.  Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B75.

**Schedule D**.  Except as otherwise agreed, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled Claims of various creditors as secured Claims, the Debtor reserves all its rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Determining the relative priority of each materialman and mechanic lien (collectively, the "M&M Liens") would be prohibitively expensive and unduly burdensome.  Therefore, the M&M Liens listed on Schedule D are listed in no particular order and the Debtor takes no position regarding the validity or priority of the M&M Liens listed on Schedule D.

---

[2]  Since entry of the Interim Order, the Debtor has recalculated its obligations to Utility Companies, including the amount of the Adequate Assurance Deposit, as both capitalized terms are defined in the *Motion of the Debtor for the Entry of Interim and Final Orders (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief* [Docket No. 7]. The new amount of the Adequate Assurance Deposit will be in the amount of $115,000.00 and will be reflected in the *Final Order (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief*.

Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtor reserves all its rights to amend Schedule D to the extent that the Debtor determines that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe its Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts outstanding under the Debtor's prepetition secured credit facility reflects the approximate amounts as of the Petition Date.

**Schedule E/F Part 1**. The Bankruptcy Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.

The listing of any claim on Schedule E Part 1 does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves its right to dispute the priority status of any claim on any basis.

**Schedule E/F Part 2**. The Debtor has used reasonable best efforts to report all general unsecured Claims against the Debtor on Schedule EF Part 2 based upon the Debtor's existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each Claim listed on Schedule E/F Part 2.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statement.

The Debtor expressly incorporates by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F Part 2.

Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

As set forth above, Schedule G does not include executory contracts or unexpired leases to which the Debtor is not a party even though a Claim arising under such executory contract or unexpired lease is listed on Schedule E/F Part 2.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

The Debtor reserves all its rights, Claims, and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement, or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease.  The Debtor reserves all its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**.  The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financing, debt instruments and other such agreements.   The Debtor reserves all its rights to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its businesses, the Debtor may be involved in pending or threatened litigation.   These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.   Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtor's Statement

**Statements 3 and 4**.  As set forth in the *Declaration of David Wheeler in Support of Chapter 11 Petition and First Day Pleadings* [Docket No. 3] (the "First Day Declaration"), the majority of the Debtor's back-office and vendor-procurement services, including management and employees, are provided by one or more of the Debtor's affiliates.  These non-Debtor affiliates contract directly with vendors to procure services not only for the Debtor but also for other, non-Debtor entities within the corporate enterprise.  In some instances, the Debtor remits payment equal to its share of services received to vendors directly.  In other instances and in the ordinary course of business, the Debtor reimburses the non-Debtor affiliates for all reasonable and necessary expenses incurred or monies advanced in connection with their management and operation of the Debtor's properties. The foregoing transactions are scheduled in Statements 3 and 4.

**Statement 7**.  Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**Statement 26d**.  From time to time, the Debtor provides financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons.

Recipients may have included financial institutions, investment banks, vendors, debtholder, and their legal and financial advisors.  Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hartman SPE, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11452 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        
| $321,318,982.70 |
|---|

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
| $35,060,964.61 |
|---|

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
| $356,379,947.31 |
|---|

---

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
| $220,521,991.29 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .
| UNKNOWN |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .
| + $14,802,583.73 |
|---|

4. Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
| $235,324,575.02 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hartman SPE, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11452 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: CASH AND CASH EQUIVALENTS

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. EAST WEST BANK | CHECKING | 5344 | $2,005,038.97 |
| 3.2. KEYBANK | CASH MANAGEMENT | 6586 | $1,152,215.48 |
| 3.3. WELLS FARGO BANK | LOCKBOX | 1548(TX) | $29,255.05 |

**4. OTHER CASH EQUIVALENTS**

| | | | |
|---|---|---|---|
| 4.1. KEY BANK - RESTRICTED CASH - LOAN RESERVES/ESCROWS | | | $26,184,947.02 |
| 4.2. STEWART TITLE INDEMNITY ESCROW - PRESTONWOOD SALE | | | $1,217,366.88 |

| 5 | Total of Part 1.
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $30,588,823.40 |
|---|---|---|

## Part 2: DEPOSITS AND PREPAYMENTS

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | ARLINGTON UTILITIES | $7,575.00 |
| 7.2. | CITY OF DALLAS | $7,763.40 |
| 7.3. | CITY OF HOUSTON WATER | $12,061.00 |
| 7.4. | CITY OF IRVING | $765.00 |
| 7.5. | CITY OF RICHARDSON | $2,365.97 |
| 7.6. | CNP UD | $4,500.00 |
| 7.7. | CPS - SAN ANTONIO | $4,398.00 |
| 7.8. | HARRIS COUNTY MUD 185 | $1,383.84 |
| 7.9. | HARRIS COUNTY MUD 186 | $750.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | PREPAID INSURANCE - ARTHUR J GALLAGER - IPFS | $3,340,966.00 |
| 8.2. | PREPAID SERVICES - YARDI - ALLOCATION FROM REIT/PM CONSOL CONTRACT | $142,342.00 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $3,524,870.21 |

## Part 3:  ACCOUNTS RECEIVABLE

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | |
| | FACE AMOUNT - 90 DAYS OR LESS | $947,271.00 (face amount) - $0.00 (doubtful or uncollectable accounts) = → | $947,271.00 |
| | FACE AMOUNT - OVER 90 DAYS | $14,385,261.00 (face amount) - $14,385,261.00 (doubtful or uncollectable accounts) = → | $0.00 |
| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | $947,271.00 |

## Part 4:  INVESTMENTS

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1.    SILVER STAR MEZZANINE BORROWER, LLC | 100% | UNKNOWN |

**16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17** **Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| | UNDETERMINED |
|---|---|

---

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.** **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **RAW MATERIALS**

**20.** **WORK IN PROGRESS**

**21.** **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

**22.** **OTHER INVENTORY OR SUPPLIES**

**23** **Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

| | NOT APPLICABLE |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **CROPS—EITHER PLANTED OR HARVESTED**

**29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30.**  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.**  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| **32.**  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| | |
|---|---|
| **33**  Total of Part 6.<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34.**  Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.**  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.**  Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.**  Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 7:**    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38.**  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  OFFICE FURNITURE | | | |
| **40.**  OFFICE FIXTURES | | | |
| **41.**  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| **42.**  COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| | |
|---|---|
| **43**  Total of Part 7.<br>ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | NOT APPLICABLE |

**44.**  Is a depreciation schedule available for any of the property listed in Part 7?
☒ No
☐ Yes

**45.**  Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | LAND AND BUILDING - FLEX AND WAREHOUSE; PROP NAME: CPBC; ADDRESS: 1900 FIRMAN & 1901 GLENVILLE, RICHARDSON, TX 75081; LEGAL DESC: CENTRAL PARK BLK D LT 1 ACS 2.448, CENTRAL PARK PH 2 BLK D LOT 31 ACS 2.3501 | OWN | $3,072,153.37 | NET BOOK VALUE | $3,072,153.37 |
| 55.2. | LAND AND BUILDING - OFFICE ; PROP NAME: 11811 N. FREEWAY; ADDRESS: 11811 N. FREEWAY, H, TX 77060 #160; LEGAL DESC: RES A1 BLK 1 I E C | OWN | $3,025,910.66 | NET BOOK VALUE | $3,025,910.66 |
| 55.3. | LAND AND BUILDING - OFFICE ; PROP NAME: 3100 TIMMONS; ADDRESS: 3100 TIMMONS, HOUSTON, TX. 77027 #525; LEGAL DESC: TR 33 ABST 61 A C REYNOLDS | OWN | $14,114,316.60 | NET BOOK VALUE | $14,114,316.60 |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.4. | LAND AND BUILDING - OFFICE ; PROP NAME: 400 NORTH BELT; ADDRESS: 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060; LEGAL DESC: RES G5 GREENBRIAR NORTH SEC 1 | OWN | $6,175,353.60 | NET BOOK VALUE | $6,175,353.60 |
| 55.5. | LAND AND BUILDING - OFFICE ; PROP NAME: 601 SAWYER; ADDRESS: 601 SAWYER, HOUSTON, TX 77007; LEGAL DESC: LTS 1 THRU 12 & TRS 13 14 & 15 BLK 2 KING NSBB | OWN | $15,829,945.68 | NET BOOK VALUE | $15,829,945.68 |
| 55.6. | LAND AND BUILDING - OFFICE ; PROP NAME: 616 FM 1960; ADDRESS: 616 FM 1960, HOUSTON, TX 77090; LEGAL DESC: RES A4 CYPRESS STATION SEC 2 | OWN | $5,442,591.48 | NET BOOK VALUE | $5,442,591.48 |
| 55.7. | LAND AND BUILDING - OFFICE ; PROP NAME: ASHFORD CROSSING II; ADDRESS: 1880 S DAIRY ASHFORD, HOUSTON, TX 77077; LEGAL DESC: RES A WHITTINGTON PLACE | OWN | $6,974,390.69 | NET BOOK VALUE | $6,974,390.69 |
| 55.8. | LAND AND BUILDING - OFFICE ; PROP NAME: ATRIUM  I; ADDRESS: 15311 W. VANTAGE PKWY, H,TX 77032 #162; LEGAL DESC: RES A NORTH BELT BUSINESS PARK | OWN | $3,304,222.44 | NET BOOK VALUE | $3,304,222.44 |
| 55.9. | LAND AND BUILDING - OFFICE ; PROP NAME: COMMERCE PLAZA HILLCREST; ADDRESS: 12850 HILLCREST ROAD, F109, DALLAS, TX 75230; LEGAL DESC: HILLCREST 635 BLK A/7467 ACS 9.9969 @ LBJ | OWN | $8,461,880.53 | NET BOOK VALUE | $8,461,880.53 |
| 55.10. | LAND AND BUILDING - OFFICE ; PROP NAME: COPPERFIELD "CHASE BANK"; ADDRESS: 15840 FM 529, HOUSTON, TX 77095; LEGAL DESC: RES E COPPERFIELD PLACE SEC 1 | OWN | $1,463,569.21 | NET BOOK VALUE | $1,463,569.21 |
| 55.11. | LAND AND BUILDING - OFFICE ; PROP NAME: CORNERSTONE; ADDRESS: 3707 FM 1960 H, TX 77068; LEGAL DESC: RES B4-A CORNERSTONE VILLAGE NORTH | OWN | $2,617,800.20 | NET BOOK VALUE | $2,617,800.20 |
| 55.12. | LAND AND BUILDING - OFFICE ; PROP NAME: CORPORATE PARK PLACE; ADDRESS: 1333 CORPORATE DRIVE, IRVING, TX, 75038; LEGAL DESC: WALNUT HILL BUS PK 5TH INST ACS 6.075 | OWN | $7,360,094.90 | NET BOOK VALUE | $7,360,094.90 |

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.13. | LAND AND BUILDING - OFFICE ; PROP NAME: ENERGY PLAZA I & II; ADDRESS: 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217; LEGAL DESC: NCB 16044 BLK 1 LOT 5, NCB 16044 BLK 1 LOT 6 | OWN | $12,432,500.33 | NET BOOK VALUE | $12,432,500.33 |
| 55.14. | LAND AND BUILDING - OFFICE ; PROP NAME: GATEWAY TOWER; ADDRESS: 8111 LBJ FREEWAY, DALLAS, TX 75251 #130; LEGAL DESC: GATEWAY CENTRE BLK E/7756 LOT 9B ACS 4.138 | OWN | $15,148,461.85 | NET BOOK VALUE | $15,148,461.85 |
| 55.15. | LAND AND BUILDING - OFFICE ; PROP NAME: GULF PLAZA; ADDRESS: 16010 BARKERS POINT, H, TX 77079; LEGAL DESC: RES A1 & RES A2 BARKERS LANDING OFFICE PARK | OWN | $7,111,411.63 | NET BOOK VALUE | $7,111,411.63 |
| 55.16. | LAND AND BUILDING - OFFICE ; PROP NAME: NORTH CENTRAL PLAZA; ADDRESS: 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243 #722; LEGAL DESC: REGENCY CENTRAL PLAZA BLK 1/7754 LT 1 LESS ROW ACS 3.819 | OWN | $12,842,790.22 | NET BOOK VALUE | $12,842,790.22 |
| 55.17. | LAND AND BUILDING - OFFICE ; PROP NAME: NORTHCHASE; ADDRESS: 14550 TORREY CHASE H, TX 77014 #200; LEGAL DESC: RES B NORTHCHASE PARK SEC 3 | OWN | $6,326,202.00 | NET BOOK VALUE | $6,326,202.00 |
| 55.18. | LAND AND BUILDING - OFFICE ; PROP NAME: ONE TECHNOLOGY; ADDRESS: 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229; LEGAL DESC: NCB 17108 BLK 1 LOT NE IRR 266.79 FT OF 1 | OWN | $11,952,253.25 | NET BOOK VALUE | $11,952,253.25 |
| 55.19. | LAND AND BUILDING - OFFICE ; PROP NAME: PARKWAY PLAZA I & II; ADDRESS: 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254; LEGAL DESC: PARKWAY NORTH BLK B/7007 LOT 5 ACS 3.98 | OWN | $6,839,801.46 | NET BOOK VALUE | $6,839,801.46 |
| 55.20. | LAND AND BUILDING - OFFICE ; PROP NAME: PRESERVE; ADDRESS: 2040 NORTH LOOP WEST, H, TX 77018 #015; LEGAL DESC: TRS 1 1G 55 & 55A ABST 539 W P MORTON | OWN | $16,035,637.66 | NET BOOK VALUE | $16,035,637.66 |
| 55.21. | LAND AND BUILDING - OFFICE ; PROP NAME: REGENCY; ADDRESS: 7211 REGENCY SQUARE BLVD. H, TX 77036 #146; LEGAL DESC: RES E3 F & G BLK 1 REGENCY SQ OFFICE PARK SEC 3 | OWN | $1,991,650.22 | NET BOOK VALUE | $1,991,650.22 |

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.22. | LAND AND BUILDING - OFFICE ; PROP NAME: SKYMARK; ADDRESS: 1521 N COOPER STREET, ARLINGTON, TX 76011; LEGAL DESC: HENDERSON, J M ADDITION LOT 27AR2 | OWN | $6,957,739.03 | NET BOOK VALUE | $6,957,739.03 |
| 55.23. | LAND AND BUILDING - OFFICE ; PROP NAME: THREE FOREST PLAZA; ADDRESS: 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215; LEGAL DESC: FOREST PLAZA BLK B/7736 LT 2B ACS 3.8582 | OWN | $25,946,683.78 | NET BOOK VALUE | $25,946,683.78 |
| 55.24. | LAND AND BUILDING - OFFICE ; PROP NAME: TIMBERCREEK; ADDRESS: 5870 HIGHWAY 6 N., HOUSTON, TX 77084; LEGAL DESC: RES D TIMBER CREEK PLACE SEC 1 | OWN | $1,758,996.02 | NET BOOK VALUE | $1,758,996.02 |
| 55.25. | LAND AND BUILDING - OFFICE ; PROP NAME: TOWER PAVILION; ADDRESS: 2909 HILLCROFT, H, TX 77057 #420; LEGAL DESC: TR 2A ABST 997 GC&SFRR CO SEC 1 | OWN | $6,014,371.96 | NET BOOK VALUE | $6,014,371.96 |
| 55.26. | LAND AND BUILDING - OFFICE ; PROP NAME: WESTHEIMER; ADDRESS: 11200 WESTHEIMER ROAD SUITE 110, H, TX 77042; LEGAL DESC: TR 5F ABST 834 E WILLIAMS | OWN | $13,010,106.80 | NET BOOK VALUE | $13,010,106.80 |
| 55.27. | LAND AND BUILDING - OFFICE ; PROP NAME: WESTWAY ONE; ADDRESS: 1707 MARKET PLACE BLVD. IRVING, TX 75063; LEGAL DESC: OLYMPUS PARK BLK 1 LOT 1 ACS 10.295 | OWN | $15,278,372.91 | NET BOOK VALUE | $15,278,372.91 |
| 55.28. | LAND AND BUILDING - RETAIL ; PROP NAME: GARDEN OAKS; ADDRESS: 3800-4000 NORTH SHEPHERD, HOUSTON, TX 77018; LEGAL DESC: BLKS 1 & 2 LESS CUTBACK GARDEN OAKS SHOPPING CENTER 7, RES A BLK 1 GARDEN OAKS PAD SITE | OWN | $18,173,172.56 | NET BOOK VALUE | $18,173,172.56 |
| 55.29. | LAND AND BUILDING - RETAIL; PROP NAME: CHELSEA SQUARE; ADDRESS: 5020 FM 1960 WEST, H, TX 77069; LEGAL DESC: RES B3 BLK 3 HUNTWICK FOREST SEC 6 R/P | OWN | $5,417,509.32 | NET BOOK VALUE | $5,417,509.32 |
| 55.30. | LAND AND BUILDING - RETAIL; PROP NAME: FONDREN RD. PLAZA; ADDRESS: 7042-7098 BISSONNET ST, HOUSTON, TX 77074; LEGAL DESC: TRS B B2 C1 & C2 BONNIE BRAE ORANGE ORCHARD | OWN | $7,366,117.94 | NET BOOK VALUE | $7,366,117.94 |

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.31. LAND AND BUILDING - RETAIL; PROP NAME: MISSION CENTRE; ADDRESS: 8404 HIGHWAY 6 SOUTH, H, TX 77083; LEGAL DESC: RES A9 (HC* L 75% & I 52%) WEST BEECHNUT PLAZA, RES A3 WEST BEECHNUT PLAZA | OWN | $8,455,230.06 | NET BOOK VALUE | $8,455,230.06 |
| 55.32. LAND AND BUILDING - RETAIL; PROP NAME: NORTHEAST SQUARE; ADDRESS: 6-18 UVALDE, HOUSTON, TX 77015; LEGAL DESC: RES AF BLK 1 NORTHEAST SQUARE, RES AC BLK 1 NORTHEAST SQUARE | OWN | $4,215,449.18 | NET BOOK VALUE | $4,215,449.18 |
| 55.33. LAND AND BUILDING - RETAIL; PROP NAME: ONE MASON PLAZA; ADDRESS: 811, 829 & 873 SOUTH MASON ROAD, KATY, TX 77450; LEGAL DESC: TR 1G & RES A1 GRAND PARKWAY PLAZA PH 2 ABST 469 HT&BRR CO SEC 5 | OWN | $10,531,519.72 | NET BOOK VALUE | $10,531,519.72 |
| 55.34. LAND AND BUILDING - RETAIL; PROP NAME: PROMENADE SC; ADDRESS: 500, 670-980 N. COIT RD, RICHARDSON, TX 75080; LEGAL DESC: PROMENADE SHOPPING CENTER 1 BLK A LOT 1 ACS 12.0473, PROMENADE SHOPPING CENTER SEC 9 BLK 1 LT 3 ACS 1.16 | OWN | $16,891,479.70 | NET BOOK VALUE | $16,891,479.70 |
| 55.35. LAND AND BUILDING - RETAIL; PROP NAME: WALZEM PLAZA; ADDRESS: 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; LEGAL DESC: NCB 15786 BLK 16 LOT W IRR 579.67 FT OF E IRR 1244.67 FT OF N IRR 669.7 FT OF 25, NCB 15786 BLK 16 LOT NE IRR 440.64 FT OF 26 | OWN | $12,779,295.74 | NET BOOK VALUE | $12,779,295.74 |
| 55.36. PARKING LOT ; PROP NAME: 601 SAWYER; ADDRESS: 601 SAWYER, HOUSTON, TX 77007 | REAL PROPERTY LEASE | UNKNOWN | | UNKNOWN |

| 56 | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $321,318,982.70 |
|---|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 61. | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 62. | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 63. | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 64. | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 65. | **GOODWILL** | | | |
| 66 | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | NOT APPLICABLE |

| | |
|---|---|
| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)? <br> ☒ No <br> ☐ Yes |
| 68. | **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** <br> ☒ No <br> ☐ Yes |
| 69. | **Has any of the property listed in Part 10 been appraised by a professional within the last year?** <br> ☒ No <br> ☐ Yes |

| Part 11: | ALL OTHER ASSETS |
|---|---|

| | |
|---|---|
| 70. | **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?** <br> INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM. <br> ☒ No. Go to Part 12. <br> ☐ Yes. Fill in the information below. |

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **NOTES RECEIVABLE** <br> DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| 72. | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** <br> DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 73. | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 74. | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| 75. | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| 76. | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| 77. | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |

| 78 | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | | NOT APPLICABLE |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,588,823.40 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,524,870.21 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $947,271.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $321,318,982.70 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $35,060,964.61 | + 91b.   $321,318,982.70 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $356,379,947.31 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hartman SPE, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11452 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | | | $36,631.09 | UNKNOWN |
|---|---|---|---|---|

**Creditor's name**
ADVANCED TEMPERATURE CONTROL

**Creditor's mailing address**
P.O. BOX 1126
HELOTES, TX 78023

**Creditor's email address**

**Date or dates debt was incurred**
10/4/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, ADVANCED TEMPERATURE CONTROL, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN 20220238731

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Part 1: | Additional Page |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.2**

**Creditor's name**
ADVANCED TEMPERATURE CONTROL

**Creditor's mailing address**
P.O. BOX 1126
HELOTES, TX  78023

**Creditor's email address**

**Date or dates debt was incurred**
10/20/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , ADVANCED TEMPERATURE CONTROL, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229

**Describe the lien**
MATERIALS AND MECHANICS LIEN 20220238729.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$5,084.51          UNKNOWN

---

**2.3**

**Creditor's name**
ADVANCED TEMPERATURE CONTROL

**Creditor's mailing address**
P.O. BOX 1126
HELOTES, TX  78023

**Creditor's email address**

**Date or dates debt was incurred**
10/4/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SWADLEY ROOF SYSTEMS, LLC, ADVANCED TEMPERATURE CONTROL, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218

**Describe the lien**
MATERIALS AND MECHANICS LIEN 20220238730

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$1,539.25          UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.4 | **Creditor's name** <br> AFP ALARM & DETECTION, LP <br><br> **Creditor's mailing address** <br> 2003 MYKAWA <br> PEARLAND, TX 77581 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 1/12/2023 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>     Specify each creditor, including this creditor, and its relative priority. PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , AFP ALARM & DETECTION, LP, KEY BANK | **Describe debtor's property that is subject to a lien** <br> FURNISHED MATERIALS AND LABOR; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229 <br><br> **Describe the lien** <br> MATERIALS AND MECHANICS LIEN 20230006837 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $2,695.44 | UNKNOWN |
| 2.5 | **Creditor's name** <br> AFP ALARM & DETECTION, LP <br><br> **Creditor's mailing address** <br> 2003 MYKAWA <br> PEARLAND, TX 77581 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 1/13/2023 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>     Specify each creditor, including this creditor, and its relative priority. APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, AFP ALARM & DETECTION, LP, KEY BANK | **Describe debtor's property that is subject to a lien** <br> FURNISHED MATERIALS AND LABOR; PROPERTY: NORTHCHASE; 14550 TORREY CHASE HOUSTON, TX 77014 <br><br> **Describe the lien** <br> MATERIALS AND MECHANICS LIEN RP-2023-14104 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $1,493.85 | UNKNOWN |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.6 | **Creditor's name**<br>AGAVE PLUMBING, INC<br><br>**Creditor's mailing address**<br>2772 WEST COMMERCE STREET<br>DALLAS, TX 75212<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/2/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, AGAVE PLUMBING, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED LABOR, MATERIALS, SUPERVISION, AND EQUIPMENT FOR PLUMBING; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $6,190.82 | UNKNOWN |
| 2.7 | **Creditor's name**<br>AGAVE PLUMBING, INC<br><br>**Creditor's mailing address**<br>2772 WEST COMMERCE STREET<br>DALLAS, TX 75212<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/2/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, AGAVE PLUMBING, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED LABOR, MATERIALS, SUPERVISION, AND EQUIPMENT FOR PLUMBING; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $3,425.64 | UNKNOWN |

| Part 1: | Additional Page |

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.8 | **Creditor's name** AGAVE PLUMBING, INC | **Describe debtor's property that is subject to a lien** | $652.60 | UNKNOWN |

**Creditor's mailing address**
2772 WEST COMMERCE STREET
DALLAS, TX 75212

**Creditor's email address**

**Date or dates debt was incurred**
12/2/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, AGAVE PLUMBING, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR, MATERIALS, SUPERVISION, AND EQUIPMENT FOR PLUMBING; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| 2.9 | **Creditor's name** AMITY CONSTRUCTION | **Describe debtor's property that is subject to a lien** | $59,969.08 | UNKNOWN |

**Creditor's mailing address**
1404 BROOKSIDE DRIVE
CARROLLTON, TX 75007

**Creditor's email address**

**Date or dates debt was incurred**
10/26/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
IRON HORSE FLOORING DBA PDL DESIGNS, PROFESSIONAL SERVICE COMPANY, HAJOCA CORPORATION GM, DYNAMIC MECHANICAL SERVICES, AMITY CONSTRUCTION, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR & MATLS FOR CABINETS, CAP OFF PLUMBING; DEMOLITN, DRYWALL, CEILINGS, DOORS FRAMES, HARDWARE, MILLWORK, PAINT, WALL & FLOOR COVERINGS, HVAC, ELEC, FIRE ALARM, SPRINKLERS, CLEANUP, BLDNG PERMITS; PROPERTY: SKYMARK; 1521 N COOPER ST, ARLINGTON TX 76011

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.10 | **Creditor's name** AMITY CONSTRUCTION | **Describe debtor's property that is subject to a lien** | $10,038.37 | UNKNOWN |
| | **Creditor's mailing address** 1404 BROOKSIDE DRIVE CARROLLTON, TX 75007 | LABOR & MATLS FOR CABINETS, CAPOFF PLUMBING; DEMO, DRYWALL, CEILINGS, DOORS FRAMES, HARDWARE, MILLWORK, PAINT, WALL & FLOOR COVRNGS, HVAC, ELEC, FIRE ALARM, SPRINKLERS, CLEANUP, BLDNG PERMITS; PROPERTY: WESTWAY ONE; 1707 MARKET PL BLVD, IRVING TX 75063 | | |
| | **Creditor's email address** | | | |
| | **Date or dates debt was incurred** 10/26/2022 | | | |
| | **Last 4 digits of account number:** | **Describe the lien** MATERIALS AND MECHANICS LIEN | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Specify each creditor, including this creditor, and its relative priority. KELLEY'S GLASS & MIRROR INC, DYNAMIC MECHANICAL SERVICES, DYNAMIC MECHANICAL SOLUTIONS, TEAM CONTRACTORS INC, AMITY CONSTRUCTION, KEY BANK | **Is anyone else liable on this claim?** ☒ No ☐ Yes **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.11 | **Creditor's name** APS BUILDING SERVICES, INC | **Describe debtor's property that is subject to a lien** | $18,231.64 | UNKNOWN |
| | **Creditor's mailing address** 12750 MERIT DRIVE, SUITE 1450 DALLAS, TX 75251 | MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080 | | |
| | **Creditor's email address** | **Describe the lien** MATERIALS AND MECHANICS LIEN 202200042533 | | |
| | **Date or dates debt was incurred** 2/14/2022 | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | Specify each creditor, including this creditor, and its relative priority. APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, KEY BANK | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.12 | **Creditor's name**<br>ASHTON SAWING AND DRILLING<br><br>**Creditor's mailing address**<br>P.O. BOX 924768<br>HOUSTON, TX  77292<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/14/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    BELKNAP PLUMBING SYSTEMS, INC, ASHTON SAWING AND DRILLING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED AND INSTALLED MATERIALS FOR THE IMPROVEMENT OF REAL ESTATE CONSISTING GENERALLY OF CONSTRUCTION CONCRETE, SAWING, CORE DRILLING AND FLOORING; PROPERTY: GARDEN OAKS; 3800-4000 NORTH SHEPHERD, HOUSTON, TX 77018<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,605.81 | UNKNOWN |
| 2.13 | **Creditor's name**<br>ASHTON SAWING AND DRILLING<br><br>**Creditor's mailing address**<br>P.O. BOX 924768<br>HOUSTON, TX  77292<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/14/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    BELKNAP PLUMBING SYSTEMS, INC, ASHTON SAWING AND DRILLING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED AND INSTALLED MATERIALS FOR THE IMPROVEMENT OF REAL ESTATE CONSISTING GENERALLY OF CONSTRUCTION CONCRETE, SAWING, CORE DRILLING AND FLOORING; PROPERTY: GARDEN OAKS; 3800-4000 NORTH SHEPHERD, HOUSTON, TX 77018<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,605.81 | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.14 | **Creditor's name**<br>BELKNAP PLUMBING SYSTEMS INC<br><br>**Creditor's mailing address**<br>9030 SOLON ROAD<br>HOUSTON, TX  77064<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/14/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>      Specify each creditor, including this creditor, and its relative priority. CONVERGENTZ, ACTION GYPSUM SUPPLY LP, BELKNAP PLUMBING SYSTEMS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>LABOR DONE AND MATERIAL FURNISHED; PROPERTY: WESTHEIMER; 11200 WESTHEIMER ROAD SUITE 110, HOUSTON, TX 77042<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $6,081.65 | UNKNOWN |
| 2.15 | **Creditor's name**<br>BELKNAP PLUMBING SYSTEMS INC<br><br>**Creditor's mailing address**<br>9031 SOLON ROAD<br>HOUSTON, TX  77064<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/14/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>      Specify each creditor, including this creditor, and its relative priority. BUSINESS FLOOR SOLUTIONS, BELKNAP PLUMBING SYSTEMS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>LABOR DONE AND MATERIAL FURNISHED; PROPERTY: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,414.65 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.16**

**Creditor's name**
BELKNAP PLUMBING SYSTEMS INC

**Creditor's mailing address**
9032 SOLON ROAD
HOUSTON, TX  77064

**Creditor's email address**

**Date or dates debt was incurred**
10/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　ASHTON SAWING AND DRILLING LLC, BELKNAP PLUMBING SYSTEMS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR DONE AND MATERIAL FURNISHED; PROPERTY: GARDEN OAKS; 3800-4000 NORTH SHEPHERD, HOUSTON, TX 77018

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$6,733.88 | UNKNOWN

**2.17**

**Creditor's name**
BEYER PLUMBING CO.

**Creditor's mailing address**
17197 BEYER JOHN DRIVE
SELMA, TX  78154

**Creditor's email address**

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, BEYER PLUMBING CO., KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR PLUMBING REPAIRS; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,660.56 | UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.18 | **Creditor's name**<br>BLUE HAWK CONSTRUCTION<br><br>**Creditor's mailing address**<br>16775 ADDISON ROAD, SUITE 305<br>ADDISON, TX  75001<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/20/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>LABORS AND MATERIALS FURNISHED; PROPERTY: PRESTONWOOD; 6505 - 6509 WEST PARK BLVD PLANO, TX 75093<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $43,088.02 | UNKNOWN |

| 2.19 | **Creditor's name**<br>BUSINESS FLOOR SOLUTIONS INC<br><br>**Creditor's mailing address**<br>5131 STEADMONT DRIVE<br>HOUSTON, TX  77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　HAYDEN PAVING, INC, BUSINESS FLOOR SOLUTIONS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: ASHFORD CROSSING II; 1880 S DAIRY ASHFORD, HOUSTON, TX 77077<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $98,114.55 | UNKNOWN |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.20**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this creditor, and its relative priority.
　BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: PRESERVE; 2040 NORTH LOOP WEST, HOUSTON, TX 77018

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $62,100.02
Value of collateral: UNKNOWN

**2.21**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this creditor, and its relative priority.
　FRONTIER SERVICES GROUP, BUSINESS FLOOR SOLUTIONS INC, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLER CO, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $49,768.59
Value of collateral: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

| 2.22 | **Creditor's name**<br>BUSINESS FLOOR SOLUTIONS INC<br><br>**Creditor's mailing address**<br>5131 STEADMONT DRIVE<br>HOUSTON, TX  77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　OGH SERVICES, BUSINESS FLOOR SOLUTIONS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: WESTHEIMER CENTRAL PLAZA; 11200 WESTHEIMER ROAD SUITE 110, HOUSTON, TX 77042<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $37,816.43 | UNKNOWN |
| 2.23 | **Creditor's name**<br>BUSINESS FLOOR SOLUTIONS INC<br><br>**Creditor's mailing address**<br>5131 STEADMONT DRIVE<br>HOUSTON, TX  77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　PLATINUM SPRINKLER CO, LLC, BUSINESS FLOOR SOLUTIONS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: 616 FM 1960; 616 FM 1960, HOUSTON, TX 77090<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $23,505.70 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | **Column A** | **Column B** |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that** |
|  |  | Do not deduct the value of collateral. | **supports this claim** |

2.24

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. EARTHWORKS INC, CRAWFORD ELECTRIC SUPPLY COMPANY, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: 3100 TIMMONS; 3100 TIMMONS, HOUSTON, TX. 77027

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$23,054.21     UNKNOWN

2.25

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. CLASSIC PROTECTION SYSTEMS INC, , BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: GULF PLAZA; 16010 BARKERS POINT, HOUSTON, TX 77079

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$22,102.45     UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  |  | Column A | Column B |
|---|---|---|---|---|
|  |  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.26 | **Creditor's name**<br>BUSINESS FLOOR SOLUTIONS INC<br><br>**Creditor's mailing address**<br>5131 STEADMONT DRIVE<br>HOUSTON, TX 77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority. EVOLUTION BY DESIGN INC, WAY MECHANICAL, CFI MECHANICAL, BUSINESS FLOOR SOLUTIONS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: TOWER PAVILLION; 2909 HILLCROFT, HOUSTON, TX 77057<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $19,865.25 | UNKNOWN |
| 2.27 | **Creditor's name**<br>BUSINESS FLOOR SOLUTIONS INC<br><br>**Creditor's mailing address**<br>5131 STEADMONT DRIVE<br>HOUSTON, TX 77040<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority. BUSINESS FLOOR SOLUTIONS, AFP ALARM & DETCTION LP, POLK MECHANICAL COMPANY LLC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: NORTHCHASE; 14550 TORREY CHASE HOUSTON, TX 77014<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $19,004.34 | UNKNOWN |

| Part 1: | Additional Page |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.28**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   OGH SERVICES, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: ATRIUM I; 15311 W. VANTAGE PKWY, H,TX 77032

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$18,223.79   UNKNOWN

**2.29**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX  77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BELKNAP PLUMBING SYSTEMS, INC., BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$16,292.66   UNKNOWN

| Debtor | Hartman SPE, LLC |
|--------|------------------|
| | (Name) |

Case number (if known)

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A | Column B |
|--|----------|----------|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. | |

**2.30**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX 77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: COPPERFIELD "CHASE BANK"; 15840 FM 529, HOUSTON, TX 77095

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$10,748.98    UNKNOWN

---

**2.31**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX 77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    PLATINUM SPRINKLER CO, LLC, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: 11811 N. FREEWAY; 11811 N. FREEWAY, HOUSTON, TX 77060 #160

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$8,317.01    UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.32**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX 77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   VECTOR CONCEPTS, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: FONDREN ROAD PLAZA; 7042-7098 BISSONNET ST, HOUSTON, TX 77074

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $3,151.92

Column B: UNKNOWN

**2.33**

**Creditor's name**
BUSINESS FLOOR SOLUTIONS INC

**Creditor's mailing address**
5131 STEADMONT DRIVE
HOUSTON, TX 77040

**Creditor's email address**

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   PRECISION POWER SOLUTIONS, LLC, BUSINESS FLOOR SOLUTIONS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS, SERVICES, AND EQUIPMENT FURNISHED FOR FLOORING MAINTENANCE AND REPLACEMENT; PROPERTY: REGENCY SQUARE; 7211 REGENCY SQUARE BLVD. HOUSTON, TX 77036

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $1,061.93

Column B: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.34**

**Creditor's name**
CHP GENERAL CONTRACTING

**Creditor's mailing address**
2020 CORBEL LANE
FORT WORTH, TX  76177

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. LONESTAR ELECTRIC SUPPLY, TEAM CONTRACTORS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, FIRST LANDSCAPE SOLUTIONS, AGAVE PLUMBING INC, JJ CLEMENTS CONSTRUCTION INC, IRON HORSE FLOORING DBA PDL DESIGNS, DALLAS METAL SERVICES, DYNAMIC MECHANICAL SERVICES, CHP GENERAL CONTRACTING, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215

**Describe the lien**
 MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$59,713.07      UNKNOWN

---

**2.35**

**Creditor's name**
CHP GENERAL CONTRACTING

**Creditor's mailing address**
2021 CORBEL LANE
FORT WORTH, TX  76177

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. VECTOR CONCEPTS, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, CHP GENERAL CONTRACTING, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
 MATERIALS AND MECHANICS LIEN
202200104723

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$36,193.56      UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |

| | | | | |
|---|---|---|---|---|
| 2.36 | **Creditor's name**<br>CHP GENERAL CONTRACTING<br><br>**Creditor's mailing address**<br>2022 CORBEL LANE<br>FORT WORTH, TX 76177<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/13/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, CHP GENERAL CONTRACTING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN 202200105105<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $9,525.00 | UNKNOWN |
| 2.37 | **Creditor's name**<br>CHP GENERAL CONTRACTING<br><br>**Creditor's mailing address**<br>2023 CORBEL LANE<br>FORT WORTH, TX 76177<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/14/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   VECTOR CONCEPTS, JLS SPECIALTY, KNIGHT COMMERCIAL SERVICES, IRON HORSE FLOORING DBA PDL DESIGNS, DYNAMIC MECHANICAL SERVICES, CHP GENERAL CONTRACTING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN 202200136399<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,050.00 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.38**

**Creditor's name**
CLASSIC PROTECTION SYSTEMS INC

**Creditor's mailing address**
1648 WEST SAM HOUSTON PARKWAY,
NORTH
HOUSTON, TX  77043

**Creditor's email address**

**Date or dates debt was incurred**
12/22/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　　Specify each creditor, including this
　　creditor, and its relative priority.
　　BUSINESS FLOOR SOLUTIONS,
　　CLASSIC PROTECTION SYSTEMS INC,
　　KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR AND MATERIALS SPRINKLER
SERVICES, FIRE PUMP FLOW TEST AND
BACK-FLOW INSPECTIONS AND
REPORTING; PROPERTY: GULF PLAZA;
16010 BARKERS POINT, HOUSTON, TX
77079

**Describe the lien**
MATERIALS AND MECHANICS LIEN
RP2022600172

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,635.70     UNKNOWN

---

**2.39**

**Creditor's name**
CLEAN SCAPES

**Creditor's mailing address**
4011 SIERRA DRIVE
AUSTIN, TX  78731

**Creditor's email address**

**Date or dates debt was incurred**
12/8/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　　Specify each creditor, including this
　　creditor, and its relative priority.
　　APS BUILDING SERVICES INC, AGAVE
　　PLUMBING INC, KELLEY'S GLASS &
　　MIRROR INC, PROFESSIONAL SERVICE
　　COMPANY, DAN-MILLER AIR
　　CONDITIONING CO, NATIONS ROOF
　　CENTRAL LLC, DYNAMIC MECHANICAL
　　SERVICES, CLEAN SCAPES, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS
FOR LANDSCAPING, MAINTENCE AND
SERVICES; PROPERTY: PROMENADE
SC; 500, 670-980 N. COIT RD,
RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$16,068.44     UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.40**

**Creditor's name**
CONVERGENTZ

**Creditor's mailing address**
10555 WESTPARK DRIVE
HOUSTON, TX 77042

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    ACTION GYPCUM SUPPLY LP, BELKNAP PLUMBING SYSTEMS INC, OGH SERVICES, , CONVERGENTZ, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR FIRE INSPECTION AND TESTING, EQUIPMENT, SUPPLIES.; PROPERTY: WESTHEIMER; 11200 WESTHEIMER ROAD SUITE 110, HOUSTON, TX 77042

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

*Amount of claim:* $7,260.22      *Value of collateral:* UNKNOWN

---

**2.41**

**Creditor's name**
CRAWFORD ELECTRIC SUPPLY COMPANY, INC.

**Creditor's mailing address**
7701 WEST LITTLE YORK, SUITE 800
HOUSTON, TX 77040

**Creditor's email address**

**Date or dates debt was incurred**
8/15/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    BUSINESS FLOOR SOLUTIONS, EARTHWORKS INC, CRAWFORD ELECTRIC SUPPLY COMPANY, INC., KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED ELECTRICAL MATERIALS AND SUPPLIES INCLUDING BUT NOT LIMITED TO WIRE, CONDUIT, AND FIXTURES FOR REPAIR/REMODEL; PROPERTY: 3100 TIMMONS; 3100 TIMMONS, HOUSTON, TX. 77027

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

*Amount of claim:* $19,889.93      *Value of collateral:* UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.42** 

**Creditor's name**
DALLAS METAL SERVICE

**Creditor's mailing address**
13346 BEE STREET, SUITE 102
FARMERS BRANCH, TX  75234

**Creditor's email address**

**Date or dates debt was incurred**
4/11/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DALLAS METAL SERVICE, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300071712.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$6,266.13        UNKNOWN

---

**2.43**

**Creditor's name**
DALLAS METAL SERVICE

**Creditor's mailing address**
13346 BEE STREET, SUITE 102
FARMERS BRANCH, TX  75234

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DALLAS METAL SERVICE, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300069561

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$6,266.13        UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.44**

**Creditor's name**
DALLAS METAL SERVICE

**Creditor's mailing address**
13346 BEE STREET, SUITE 102
FARMERS BRANCH, TX  75234

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

> Specify each creditor, including this creditor, and its relative priority.
> APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DALLAS METAL SERVICE, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300069563

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,230.60

UNKNOWN

**2.45**

**Creditor's name**
DALLAS METAL SERVICE

**Creditor's mailing address**
13346 BEE STREET, SUITE 102
FARMERS BRANCH, TX  75234

**Creditor's email address**

**Date or dates debt was incurred**
4/11/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

> Specify each creditor, including this creditor, and its relative priority.
> APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DALLAS METAL SERVICE, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300071710

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,183.50

UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.46 | **Creditor's name**<br>DAN MILLER AIR-CONDITIONING CO., INC<br><br>**Creditor's mailing address**<br>10727 PLANO ROAD SUITE 300<br>DALLAS, TX 75238<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/15/2020<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DAN MILLER AIR-CONDITIONING CO., INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS AND LABOR; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN 202000125050<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $14,397.25 | UNKNOWN |
| 2.47 | **Creditor's name**<br>DM GENERAL CONSTRUCTION, LLC<br><br>**Creditor's mailing address**<br>2921 CHESTNUT AVE<br>FORT WORTH, TX 76106<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/15/21<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DM GENERAL CONSTRUCTION, LLC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215<br><br>**Describe the lien**<br>MATERIALS AND MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $14,000.00 | UNKNOWN |

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.48**

**Creditor's name**
DYNAMIC MECHANICAL SERVICES

**Creditor's mailing address**
P.O. BOX 222073
DALLAS, TX 75222

**Creditor's email address**

**Date or dates debt was incurred**
8/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$68,581.54      UNKNOWN

---

**2.49**

**Creditor's name**
DYNAMIC MECHANICAL SERVICES

**Creditor's mailing address**
P.O. BOX 222073
DALLAS, TX 75222

**Creditor's email address**

**Date or dates debt was incurred**
8/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$43,503.80      UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.50**

**Creditor's name**
DYNAMIC MECHANICAL SERVICES

**Creditor's mailing address**
P.O. BOX 222073
DALLAS, TX  75222

**Creditor's email address**

**Date or dates debt was incurred**
8/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐  No
☒  Yes
   Specify each creditor, including this creditor, and its relative priority.
DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, DYNAMIC MECHANICAL SOLUTIONS, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: WESTWAY ONE; 1707 MARKET PLACE BLVD. IRVING, TX 75063

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒  No
☐  Yes

**Is anyone else liable on this claim?**
☒  No
☐  Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒  Contingent
☒  Unliquidated
☒  Disputed

$29,208.24      UNKNOWN

**2.51**

**Creditor's name**
DYNAMIC MECHANICAL SERVICES

**Creditor's mailing address**
P.O. BOX 222073
DALLAS, TX  75222

**Creditor's email address**

**Date or dates debt was incurred**
8/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐  No
☒  Yes
   Specify each creditor, including this creditor, and its relative priority.
CHP GENERAL CONTRACTING, VECTOR CONCEPTS INC, KNIGHT COMMERCIAL SERVICES, JLS SPECIALTY, DYNAMIC MECHANICAL SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒  No
☐  Yes

**Is anyone else liable on this claim?**
☒  No
☐  Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒  Contingent
☒  Unliquidated
☒  Disputed

$27,381.48      UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.52 | **Creditor's name** <br> DYNAMIC MECHANICAL SERVICES <br><br> **Creditor's mailing address** <br> P.O. BOX 222073 <br> DALLAS, TX  75222 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 8/5/2022 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes <br>  Specify each creditor, including this creditor, and its relative priority. <br>  INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, DYNAMIC MECHANICAL SERVICES, KEY BANK | **Describe debtor's property that is subject to a lien** <br> FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: GATEWAY TOWER; 8111 LBJ FREEWAY, DALLAS, TX 75251 <br><br> **Describe the lien** <br> MATERIALS AND MECHANIC'S LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | $12,499.63 | UNKNOWN |
| 2.53 | **Creditor's name** <br> DYNAMIC MECHANICAL SERVICES <br><br> **Creditor's mailing address** <br> P.O. BOX 222073 <br> DALLAS, TX  75222 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 8/5/2022 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes <br>  Specify each creditor, including this creditor, and its relative priority. <br>  DYNAMIC MECHANICAL SERVICES, KEY BANK | **Describe debtor's property that is subject to a lien** <br> FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: SPRING VALLEY BUSINESS CENTER; 14110 & 14114 N DALLAS PKWY, DALLAS TX 75254 <br><br> **Describe the lien** <br> MATERIALS AND MECHANIC'S LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | $4,672.34 | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.54 | **Creditor's name**<br>DYNAMIC MECHANICAL SERVICES<br><br>**Creditor's mailing address**<br>P.O. BOX 222073<br>DALLAS, TX 75222<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/5/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority. AMITY CONSTRUCTION,IRON HORSE FLOORING DBA PDL DESIGNS, PROFESSIONAL SERVICE COMPANY, DYNAMIC MECHANICAL SERVICES, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038<br><br>**Describe the lien**<br>MATERIALS AND MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $4,496.91 | UNKNOWN |
| 2.55 | **Creditor's name**<br>DYNAMIC MECHANICAL SERVICES<br><br>**Creditor's mailing address**<br>P.O. BOX 222073<br>DALLAS, TX 75222<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/5/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority. APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243<br><br>**Describe the lien**<br>MATERIALS AND MECHANIC'S LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $2,518.57 | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

**2.56**

**Creditor's name**
DYNAMIC MECHANICAL SERVICES

**Creditor's mailing address**
P.O. BOX 222073
DALLAS, TX 75222

**Creditor's email address**

**Date or dates debt was incurred**
8/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, DYNAMIC MECHANICAL SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS, LABOR AND OR SERVICES TO INCREASE THE VALUE OF REAL PROPERTY; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$974.95          UNKNOWN

---

**2.57**

**Creditor's name**
DYNAMIC MECHANICAL SOLUTIONS

**Creditor's mailing address**
2023 E. SHADY GROVE RD., SUITE 5
IRVING, TX 75060

**Creditor's email address**
AP@DMSPROFESSIONALS.COM

**Date or dates debt was incurred**
10/11/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    AMITY CONSTRUCTION, KELLEY'S GLASS & MIRROR, INC., DYNAMIC MECHANICAL SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
SERVICES RENDERED ON THE PROPERTY; PROPERTY: WESTWAY ONE; 1707 MARKET PLACE BLVD. IRVING, TX 75063

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$34,166.94          UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.58 | **Creditor's name**<br>DYNAMIC MECHANICAL SOLUTIONS | **Describe debtor's property that is subject to a lien**<br>SERVICES RENDERED ON THE PROPERTY; PROPERTY: SKYMARK; 1521 N COOPER STREET, ARLINGTON, TX 76011 | $76,506.85 | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's name**
DYNAMIC MECHANICAL SOLUTIONS

**Creditor's mailing address**
2025 E. SHADY GROVE RD., SUITE 5
IRVING, TX  75060

**Creditor's email address**
AP@DMSPROFESSIONALS.COM

**Date or dates debt was incurred**
8/8/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    AMITY CONSTRUCTION,IRON HORSE FLOORING DBA PDL DESIGNS, PROFESSIONAL SERVICE COMPANY, HAJOCA COPORATION - GM, DYNAMIC MECHANICAL SOLUTIONS, KEY BANK

**Describe debtor's property that is subject to a lien**
SERVICES RENDERED ON THE PROPERTY; PROPERTY: SKYMARK; 1521 N COOPER STREET, ARLINGTON, TX 76011

**Describe the lien**
MATERIALS AND MECHANICS LIEN
202100304314

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.59 | **Creditor's name**<br>DYNAMIC MECHANICAL SOLUTIONS | **Describe debtor's property that is subject to a lien**<br>SERVICES RENDERED ON THE PROPERTY; PROPERTY: PRESTONWOOD; 6505 - 6509 WEST PARK BLVD PLANO, TX 75093 | $3,759.45 | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's name**
DYNAMIC MECHANICAL SOLUTIONS

**Creditor's mailing address**
2026 E. SHADY GROVE RD., SUITE 5
IRVING, TX  75060

**Creditor's email address**
AP@DMSPROFESSIONALS.COM

**Date or dates debt was incurred**
8/5/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    INTEGRIBUILT ROOFING, FIRST LANDSCAPE SOLUTIONS, BLUE HAWK CONSTRUCTION, DYNAMIC MECHANICAL SOLUTIONS, KEY BANK

**Describe debtor's property that is subject to a lien**
SERVICES RENDERED ON THE PROPERTY; PROPERTY: PRESTONWOOD; 6505 - 6509 WEST PARK BLVD PLANO, TX 75093

**Describe the lien**
MATERIALS AND MECHANICS LIEN
202100304314

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor  Hartman SPE, LLC

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| 2.60 | **Creditor's name**<br>EARTHWORKS INC<br><br>**Creditor's mailing address**<br>4965 PRESTON PARK BLVD, SUITE 320<br>PLANO, TX  75093<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/28/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　BUSINESS FLOOR SOLUTIONS, CRAWFORD ELECTRIC SUPPLY, EARTHWORKS INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR; PROPERTY: 3100 TIMMONS; 3100 TIMMONS, HOUSTON, TX. 77027<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $14,849.80 | UNKNOWN |
| 2.61 | **Creditor's name**<br>EVOLUTION BY DESIGN, INC<br><br>**Creditor's mailing address**<br>12999 MURPHY ROAD, SUITE M-14<br>STAFFORD, TX  77477<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/13/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this creditor, and its relative priority.<br>　CFI MECHANICAL INC, BUSINESS FLOOR SOLUTIONS, WAY MECHANICAL, EVOLUTION BY DESIGN, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS AND LABOR; PROPERTY: TOWER PAVILLION; 2909 HILLCROFT, HOUSTON, TX 77057<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN RP-2018-314927<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $16,082.16 | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.62 | **Creditor's name** FIRE SAFETY SOLUTIONS, INC | **Describe debtor's property that is subject to a lien** LABOR AND MATERIALS FURNISHED TO IMPROVE PROPERTY; FIRE ALARM MONITORING, FIRE ALARM REPAIR AND LABOR; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243 | $601.65 | UNKNOWN |

**Creditor's mailing address**
2348 LU FIELD ROAD
DALLAS, TX 75229

**Creditor's email address**

**Date or dates debt was incurred**
3/21/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, FIRE SAFETY SOLUTIONS, INC, KEY BANK

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.63 | **Creditor's name** FIRE SAFETY SOLUTIONS, INC | **Describe debtor's property that is subject to a lien** LABOR AND MATERIALS FURNISHED TO IMPROVE PROPERTY; FIRE ALARM MONITORING, FIRE ALARM REPAIR AND LABOR; PROPERTY: GATEWAY TOWER; 8111 LBJ FREEWAY, DALLAS, TX 75251 | $425.92 | UNKNOWN |

**Creditor's mailing address**
2348 LU FIELD ROAD
DALLAS, TX 75229

**Creditor's email address**

**Date or dates debt was incurred**
3/21/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, DYNAMIC MECHANICAL SERVICES, , FIRE SAFETY SOLUTIONS, INC, KEY BANK

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    Hartman SPE, LLC    Case number (if known)    23-11452

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.64 | **Creditor's name**<br>FRONTIER SERVICES GROUP<br><br>**Creditor's mailing address**<br>13735 FM 529 ROAD<br>HOUSTON, TX  77041<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/15/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>Specify each creditor, including this creditor, and its relative priority. GATEMAN INC, BUSINESS FLOOR SOLUTIONS INC, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLER CO, FRONTIER SERVICES GROUP, KEY BANK | **Describe debtor's property that is subject to a lien**<br>LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,100,295.87 | UNKNOWN |
| 2.65 | **Creditor's name**<br>GATEMAN, INC<br><br>**Creditor's mailing address**<br>5223 SCHULER STREET<br>HOUSTON, TX  75007<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/8/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>Specify each creditor, including this creditor, and its relative priority. FRONTIER SERVICES GROUP, BUSINESS FLOOR SOLUTIONS INC, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLER CO, GATEMAN, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED LABOR AND MATERIALS; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,535.65 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.66**

**Creditor's name**
HAJOCA CORPORATION - GM

**Creditor's mailing address**
200 WEST LOOP 336 NORTH
CONROE, TX  77301

**Creditor's email address**

**Date or dates debt was incurred**
4/9/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   AMITY CONSTRUCTION,IRON HORSE FLOORING DBA PDL DESIGNS, PROFESSIONAL SERVICE COMPANY, HAJOCA CORPORATION - GM, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS; PROPERTY: SKYMARK; 1521 N COOPER STREET, ARLINGTON, TX 76011

**Describe the lien**
MATERIALS AND MECHANICS LIEN
D221097974

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$4,064.17          UNKNOWN

**2.67**

**Creditor's name**
HAYDEN PAVING INC

**Creditor's mailing address**
4710 WINDSONG TRAIL DRIVE
HOUSTON, TX  77084

**Creditor's email address**

**Date or dates debt was incurred**
2/13/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BUSINESS FLOOR SOLUTIONS, HAYDEN PAVING INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: ASHFORD CROSSING II; 1880 S DAIRY ASHFORD, HOUSTON, TX 77077

**Describe the lien**
MATERIALS AND MECHANICS LIEN
RP-2020-69928

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$6,749.30          UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

| 2.68 | **Creditor's name**<br>HILL COUNTRY NURSERY AND LANDSCAPING<br><br>**Creditor's mailing address**<br>P.O. BOX 1935<br>BOERNE, TX  78006<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/11/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>     Specify each creditor, including this creditor, and its relative priority. DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC,  HILL COUNTRY NURSERY AND LANDSCAPING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS AND LABOR; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN 20180134588<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $489.63 | UNKNOWN |
| 2.69 | **Creditor's name**<br>HOGAN PROPERTIES COMPANY INC DBA HOMESPRING REALTY PARTNERS<br><br>**Creditor's mailing address**<br>1618 LOCKHILL SELMA ROAD<br>SAN ANTONIO, TX  78213<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/11/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>     Specify each creditor, including this creditor, and its relative priority. PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , HOGAN PROPERTIES COMPANY INC DBA HOMESPRING REALTY PARTNERS, KEY BANK | **Describe debtor's property that is subject to a lien**<br>COMMISSION ON REAL ESTATE DEAL; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229<br><br>**Describe the lien**<br>BROKERS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $32,847.36 | UNKNOWN |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| **2.70** | **Creditor's name**<br>INTEGRIBUILT ROOFING<br><br>**Creditor's mailing address**<br>8100 JETSTAR DRIVE, SUITE 100<br>IRVING, TX 75063<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/5/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this<br>　creditor, and its relative priority.<br>　WAY MECHANICAL, DYNAMIC ROOFING<br>　HOLDINGS, TEAM CONTRACTORS INC,<br>　FIRST LANDSCAPE SOLUTIONS, JJ<br>　CLEMENTS CONSTRUCTION INC,<br>　INTEGRIBUILT ROOFING, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MONTHLY SERVICES PROVIDED TO PROPERTY; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $5,714.21 | UNKNOWN |
| **2.71** | **Creditor's name**<br>INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS, INC<br><br>**Creditor's mailing address**<br>14241 DALLAS PARKWAY, SUITE 260<br>DALLAS, TX 75254<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/8/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>　Specify each creditor, including this<br>　creditor, and its relative priority.<br>　CHP GENERAL CONTRACTING, QUALITY<br>　FLOORS CONTRACT INC, JLS<br>　SPECIALTY, TEAM CONTRACTORS INC,<br>　KELLEY'S GLASS & MIRROR INC,<br>　INTERPRISE/SOUTHWEST INTERIOR &<br>　SPACE DESIGNS INC, PROFESSIONAL<br>　MECHANICAL SERVICES INC, DYNAMIC<br>　MECHANICAL SERVICES, VECTOR<br>　CONCEPTS INC,<br>　INTERPRISE/SOUTHWEST INTERIOR &<br>　SPACE DESIGNS, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>PROFESSIONAL SERVICES INCLUDING LABOR AND MATERIALS FURNISHED BY CLAIMANT GENERALLY DESCRIBED AS DESIGN SERVICES; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $9,197.33 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.72**

**Creditor's name**
INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS, INC

**Creditor's mailing address**
14241 DALLAS PARKWAY, SUITE 260
DALLAS, TX 75254

**Creditor's email address**

**Date or dates debt was incurred**
8/8/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority. INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, DYNAMIC MECHANICAL SERVICES, , INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
PROFESSIONAL SERVICES INCLUDING LABOR AND MATERIALS FURNISHED BY CLAIMANT GENERALLY DESCRIBED AS DESIGN SERVICES; PROPERTY: GATEWAY TOWER; 8111 LBJ FREEWAY, DALLAS, TX 75251

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$4,817.62      UNKNOWN

---

**2.73**

**Creditor's name**
INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS, INC

**Creditor's mailing address**
14241 DALLAS PARKWAY, SUITE 260
DALLAS, TX 75254

**Creditor's email address**

**Date or dates debt was incurred**
8/8/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority. APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
PROFESSIONAL SERVICES INCLUDING LABOR AND MATERIALS FURNISHED BY CLAIMANT GENERALLY DESCRIBED AS DESIGN SERVICES; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$4,730.00      UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.74**

**Creditor's name**
IRON HORSE FLOORING DBA PDL DESIGNS

**Creditor's mailing address**
2505 GOLDEN BEAR DRIVE
CARROLLTON, TX 75006

**Creditor's email address**

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
DALLAS METAL SERVICE, DYNAMIC MECHANICAL SERVICES, CHP GENERAL CONTRACTING, TEAM CONTRACTORS INC, FIRST LANDSCAPE SOLUTIONS, AGAVE PLUMBING INC, IRON HORSE FLOORING DBA PDL DESIGNS, KEY BANK

**Describe debtor's property that is subject to a lien**
LABORS AND MATERIALS FURNISHED; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300013458

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$9,319.36      UNKNOWN

**2.75**

**Creditor's name**
IRON HORSE FLOORING DBA PDL DESIGNS

**Creditor's mailing address**
2505 GOLDEN BEAR DRIVE
CARROLLTON, TX 75006

**Creditor's email address**

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, IRON HORSE FLOORING DBA PDL DESIGNS, KEY BANK

**Describe debtor's property that is subject to a lien**
LABORS AND MATERIALS FURNISHED; PROPERTY: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, DALLAS, TX 75243

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202300013456

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$8,052.64      UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|--|--|--|--|
| 2.76 | **Creditor's name**<br>IRON HORSE FLOORING DBA PDL DESIGNS<br><br>**Creditor's mailing address**<br>2505 GOLDEN BEAR DRIVE<br>CARROLLTON, TX  75006<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/23/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    CHP GENERAL CONTRACTING, VECTOR CONCEPTS INC, KNIGHT COMMERCIAL SERVICES, JLS SPECIALTY, DYNAMIC MECHANICAL SERVICES, IRON HORSE FLOORING DBA PDL DESIGNS, KEY BANK | **Describe debtor's property that is subject to a lien**<br>LABORS AND MATERIALS FURNISHED; PROPERTY: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN 202300013459<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $4,901.02 | UNKNOWN |
| 2.77 | **Creditor's name**<br>JJ CLEMENTS CONSTRUCTION, INC<br><br>**Creditor's mailing address**<br>300 N. COIT ROAD, SUITE 830<br>RICHARDSON, TX  75080<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/9/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, JJ CLEMENTS CONSTRUCTION, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR IMPROVEMENTS TO CONSTRUCTION PROJECT; PROPERTY: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150, DALLAS, TX 75215<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $173,063.71 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.78**

**Creditor's name**
JLS SPECIALTY

**Creditor's mailing address**
4445 INTERSTATE 30, SUITE 25
MEQUITE, TX  75150

**Creditor's email address**

**Date or dates debt was incurred**
3/30/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, QUALITY FLOOR ROOFING, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS INC, JLS SPECIALTY , KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR DONE AND MATERIAL FURNISHED; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202200091236

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$24,227.10    UNKNOWN

---

**2.79**

**Creditor's name**
JLS SPECIALTY

**Creditor's mailing address**
4446 INTERSTATE 30, SUITE 25
MEQUITE, TX  75150

**Creditor's email address**

**Date or dates debt was incurred**
3/30/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
    Specify each creditor, including this creditor, and its relative priority.
    CHP GENERAL CONTRACTING, VECTOR CONCEPTS INC, KNIGHT COMMERCIAL SERVICES, IRON HORSE FLOORING DBA PDL DESIGNS, DYNAMIC MECHANICAL SERVICES, JLS SPECIALTY , KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR DONE AND MATERIAL FURNISHED; PROPERTY: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202200091237

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$48,617.30    UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.80**

**Creditor's name**
KAJ CONSTRUCTION

**Creditor's mailing address**
P.O. BOX 211
HOUSTON, TX  77044

**Creditor's email address**

**Date or dates debt was incurred**
6/14/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, KAJ CONSTRUCTION, KEY BANK

**Describe debtor's property that is subject to a lien**
LABORS AND MATERIALS FURNISHED; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $250.00
Column B: UNKNOWN

---

**2.81**

**Creditor's name**
KELLEY'S GLASS & MIRROR, INC

**Creditor's mailing address**
1220 ROCK ISLAND ROAD
IRVING, TX  75060

**Creditor's email address**

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS & MIRROR, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS, INSTALLATION OF NEW WINDOWS AND WINDOW TINT; PROPERTY: WESTWAY ONE; 1707 MARKET PLACE BLVD. IRVING, TX 75063

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $5,520.75
Column B: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.82** **Creditor's name**
KELLEY'S GLASS & MIRROR, INC

**Creditor's mailing address**
1220 ROCK ISLAND ROAD
IRVING, TX  75060

**Creditor's email address**

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS INC, KELLEY'S GLASS & MIRROR, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS, INSTALLATION OF NEW WINDOWS AND WINDOW TINT; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,706.25        UNKNOWN

**2.83** **Creditor's name**
KELLEY'S GLASS & MIRROR, INC

**Creditor's mailing address**
1220 ROCK ISLAND ROAD
IRVING, TX  75060

**Creditor's email address**

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    APS BUILDING SERVICES INC, AGAVE PLUMBING INC, , CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, KELLEY'S GLASS & MIRROR, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS, INSTALLATION OF NEW WINDOWS AND WINDOW TINT; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$1,691.41        UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

### 2.84

**Creditor's name**
KELLEY'S GLASS & MIRROR, INC

**Creditor's mailing address**
1220 ROCK ISLAND ROAD
IRVING, TX  75060

**Creditor's email address**

**Date or dates debt was incurred**
1/20/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

   Specify each creditor, including this creditor, and its relative priority.
APS BUILDING SERVICES INC, AGAVE PLUMBING INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, KELLEY'S GLASS & MIRROR, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS, INSTALLATION OF NEW WINDOWS AND WINDOW TINT; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $963.43
Value of collateral: UNKNOWN

### 2.85

**Creditor's name**
KEYBANK NATIONAL ASSOCIATION, AS AUTHORIZED AGENT

**Creditor's mailing address**
11501 OUTLOOK STREET SUITE 300
SUITE 300
OVERLAND PARK, KS  66211

**Creditor's email address**
MICHAEL_A_TILDEN@KEYBANK.COM
CHRISTOPHER_T_NITTOLO@KEYBANK.COM
KAREN_MARIE_WHITE@KEYBANK.COM
TERESA_SPRINKLE@KEYBANK.COM

**Date or dates debt was incurred**
10/9/2018

**Last 4 digits of account number:** 5931

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

   Specify each creditor, including this creditor, and its relative priority.
SEE ALL CREDITORS LISTED IN SCH D (2.1 - 2.128)

**Describe debtor's property that is subject to a lien**
ALL REAL PROPERTY OF DEBTOR

**Describe the lien**
DEED OF TRUST

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $217,287,993.59
Value of collateral: $321,318,982.70

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.86** 

**Creditor's name**
NATIONS ROOF CENTRAL, LLC

**Creditor's mailing address**
2914 LAWING LANE
ROWLETT, TX  75088

**Creditor's email address**

**Date or dates debt was incurred**
9/13/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, NATIONS ROOF CENTRAL, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,692.50          UNKNOWN

**2.87**

**Creditor's name**
NATIONS ROOF CENTRAL, LLC

**Creditor's mailing address**
2914 LAWING LANE
ROWLETT, TX  75088

**Creditor's email address**

**Date or dates debt was incurred**
9/13/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, NATIONS ROOF CENTRAL, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANIC'S LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,431.61          UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.88**

**Creditor's name**
OGH SERVICES, INC

**Creditor's mailing address**
402 4TH STREET
SEALY, TX  77474

**Creditor's email address**

**Date or dates debt was incurred**
4/17/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BUSINESS FLOOR SOLUTIONS, OGH SERVICES, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABORS AND MATERIALS FURNISHED RELATING TO HVAC AJD PLUMBING INSTALLATION, PARTS AND REPAIRS; PROPERTY: ATRIUM I; 15311 W. VANTAGE PKWY, H,TX 77032

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$17,657.78        UNKNOWN

---

**2.89**

**Creditor's name**
OGH SERVICES, INC

**Creditor's mailing address**
402 4TH STREET
SEALY, TX  77474

**Creditor's email address**

**Date or dates debt was incurred**
7/3/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   BUSINESS FLOOR SOLUTIONS, TAYLOR WATER PROOFING PLUS INC, OGH SERVICES, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABORS AND MATERIALS FURNISHED RELATING TO HVAC AJD PLUMBING INSTALLATION, PARTS AND REPAIRS; PROPERTY: WESTHEIMER CENTRAL PLAZA; 11200 WESTHEIMER ROAD SUITE 110, HOUSTON, TX 77042

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$13,452.29        UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | Do not deduct the value of collateral. |  |

| 2.90 | **Creditor's name** OGH SERVICES, INC | **Describe debtor's property that is subject to a lien** | $8,886.98 | UNKNOWN |
| | **Creditor's mailing address** 402 4TH STREET SEALY, TX  77474 | LABORS AND MATERIALS FURNISHED RELATING TO HVAC AJD PLUMBING INSTALLATION, PARTS AND REPAIRS; PROPERTY: NORTHCHASE; 14550 TORREY CHASE HOUSTON, TX 77014 | | |
| | **Creditor's email address** | **Describe the lien** MATERIALS AND MECHANICS LIEN | | |
| | **Date or dates debt was incurred** 4/17/2023 | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | Specify each creditor, including this creditor, and its relative priority. BUSINESS FLOOR SOLUTIONS, AFP ALARM & DETCTION LP, POLK MECHANICAL COMPANY LLC, OGH SERVICES, INC, KEY BANK | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

| 2.91 | **Creditor's name** OGH SERVICES, INC | **Describe debtor's property that is subject to a lien** | $844.74 | UNKNOWN |
| | **Creditor's mailing address** 402 4TH STREET SEALY, TX  77474 | LABORS AND MATERIALS FURNISHED RELATING TO HVAC AJD PLUMBING INSTALLATION, PARTS AND REPAIRS; PROPERTY: ONE MASON PLAZA; 811, 829 & 873 SOUTH MASON ROAD, KATY, TX 77450 | | |
| | **Creditor's email address** | **Describe the lien** MATERIALS AND MECHANICS LIEN | | |
| | **Date or dates debt was incurred** 6/30/2023 | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | Specify each creditor, including this creditor, and its relative priority. OGH SERVICES, INC, KEY BANK | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.92**

**Creditor's name**
PERFECT SCENTS OF TEXAS

**Creditor's mailing address**
2313 LOCKHILL SELMA, SUITE 112
SAN ANTONIO, TX  78230

**Creditor's email address**

**Date or dates debt was incurred**
3/3/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

Specify each creditor, including this creditor, and its relative priority.
DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, PERFECT SCENTS OF TEXAS, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN
20230036267

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$1,238.40 — UNKNOWN

**2.93**

**Creditor's name**
PERFECT SCENTS OF TEXAS

**Creditor's mailing address**
2314 LOCKHILL SELMA, SUITE 112
SAN ANTONIO, TX  78230

**Creditor's email address**

**Date or dates debt was incurred**
3/9/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

Specify each creditor, including this creditor, and its relative priority.
PERFECT SCENTS OF TEXAS, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: 601 SAWYER; 601 SAWYER, HOUSTON, TX 77007

**Describe the lien**
MATERIALS AND MECHANICS LIEN
RP-2023-82773

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$1,247.04 — UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.94**

| | | | |
|---|---|---|---|
| **Creditor's name**<br>PERFECT SCENTS OF TEXAS | **Describe debtor's property that is subject to a lien** | $727.44 | UNKNOWN |

**Creditor's mailing address**
2315 LOCKHILL SELMA, SUITE 112
SAN ANTONIO, TX  78230

**Creditor's email address**

**Date or dates debt was incurred**
3/9/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. FRONTIER SERVICES GROUP, BUSINESS FLOOR SOLUTIONS INC, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLER CO, GATEMAN INC, PERFECT SCENTS OF TEXAS, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060

**Describe the lien**
MATERIALS AND MECHANICS LIEN RP-2023-82775

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.95**

| | | | |
|---|---|---|---|
| **Creditor's name**<br>PLATINUM SPRINKLE CO LLC | **Describe debtor's property that is subject to a lien** | $55,099.06 | UNKNOWN |

**Creditor's mailing address**
4307 CHANCE LN., UNITED 2 AND 3
ROSHARON, TX  77583

**Creditor's email address**

**Date or dates debt was incurred**
9/30/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. GATEMAN INC, FRONTIER SERVIES GROUP, BUSINESS FLOOR SOLUTIONS, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLE CO LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR REPAIR, INSPECTIION AND TESTING OF FIRE SPRINKLER SYSTEM; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060

**Describe the lien**
 MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that** |
|  |  | Do not deduct the value of collateral. | **supports this claim** |

| 2.96 | **Creditor's name**<br>PLATINUM SPRINKLE CO LLC | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR REPAIR, INSPECTIION AND TESTING OF FIRE SPRINKLER SYSTEM; PROPERTY: 616 FM 1960; 616 FM 1960, HOUSTON, TX 77090 | $31,171.18 | UNKNOWN |
|------|-----|-----|-----|-----|
| | **Creditor's mailing address**<br>4308 CHANCE LN., UNITED 2 AND 3 ROSHARON, TX  77583 | | | |
| | **Creditor's email address** | **Describe the lien**<br>MATERIALS AND MECHANICS LIEN | | |
| | **Date or dates debt was incurred**<br>9/30/2022 | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>BUSINESS FLOOR SOLUTIONS, PLATINUM SPRINKLE CO LLC, KEY BANK | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| 2.97 | **Creditor's name**<br>PLATINUM SPRINKLE CO LLC | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR REPAIR, INSPECTIION AND TESTING OF FIRE SPRINKLER SYSTEM; PROPERTY: 11811 N. FREEWAY; 11811 N. FREEWAY, HOUSTON, TX 77060 #160 | $14,046.32 | UNKNOWN |
|------|-----|-----|-----|-----|
| | **Creditor's mailing address**<br>4309 CHANCE LN., UNITED 2 AND 3 ROSHARON, TX  77583 | | | |
| | **Creditor's email address** | **Describe the lien**<br>MATERIALS AND MECHANICS LIEN | | |
| | **Date or dates debt was incurred**<br>9/30/2022 | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>BUSINESS FLOOR SOLUTIONS, PLATINUM SPRINKLE CO LLC, KEY BANK | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.98 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $21,545.00 | UNKNOWN |
|---|---|---|---|---|

**2.98**

**Creditor's name**
POLK MECHANICAL COMPANY, LLC

**Creditor's mailing address**
2425 DILLARD STREET
GRAND PRAIRIE, TX  75051

**Creditor's email address**

**Date or dates debt was incurred**
7/12/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　APS BUILDING SERVICES INC, KELLEY'S GLASS & MIRROR INC, CLEAN SPACES, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, POLK MECHANICAL COMPANY, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED LABOR AND MATERIALS FOR HVAC AND PLUMBING; PROPERTY: NORTHCHASE; 14550 TORREY CHASE HOUSTON, TX 77014

**Describe the lien**
MATERIALS AND MECHANICS LIEN RP2018312941

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$21,545.00    UNKNOWN

**2.99**

**Creditor's name**
PRECISION GENERAL CONTRACTING, LLC

**Creditor's mailing address**
931 BASSE ROAD
SAN ANTONIO, TX  78212

**Creditor's email address**

**Date or dates debt was incurred**
12/16/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this creditor, and its relative priority.
　DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, PRECISION GENERAL CONTRACTING, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$71,501.02    UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that** |
| | | *Do not deduct the value of collateral.* | **supports this claim** |

**2.100**

**Creditor's name**
PRECISION GENERAL CONTRACTING, LLC

**Creditor's mailing address**
931 BASSE ROAD
SAN ANTONIO, TX  78212

**Creditor's email address**

**Date or dates debt was incurred**
6/13/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　　Specify each creditor, including this creditor, and its relative priority. DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, PRECISION GENERAL CONTRACTING, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$71,237.71 | UNKNOWN

**2.101**

**Creditor's name**
PRECISION GENERAL CONTRACTING, LLC

**Creditor's mailing address**
931 BASSE ROAD
SAN ANTONIO, TX  78212

**Creditor's email address**

**Date or dates debt was incurred**
2/21/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　　Specify each creditor, including this creditor, and its relative priority. PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, STI-GC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , PRECISION GENERAL CONTRACTING, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$54,347.18 | UNKNOWN

(Name)    Case number (if known) 23-11452

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.102**

**Creditor's name**
PRECISION GENERAL CONTRACTING, LLC

**Creditor's mailing address**
931 BASSE ROAD
SAN ANTONIO, TX 78212

**Creditor's email address**

**Date or dates debt was incurred**
12/15/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS &, MIRROR INC, W.E. IMHOFF & COMPANY INC, PRECISION GENERAL CONTRACTING, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$13,788.07          UNKNOWN

**2.103**

**Creditor's name**
PRECISION POWER SOLUTIONS, LLC

**Creditor's mailing address**
12436 FARM TO MARKET 1960 ROAD WEST, USA #176
HOUSTON, TX 77065

**Creditor's email address**

**Date or dates debt was incurred**
6/23/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority. BUSINESS FLOOR SOLUTIONS, PRECISION POWER SOLUTIONS, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR TO MAKE REPAIRS TO BUILDING; PROPERTY: REGENCY SQUARE; 7211 REGENCY SQUARE BLVD, SUITE 146, HOUSTON, TX 77036

**Describe the lien**
MATERIALS AND MECHANICS LIEN
RP-2023-234998

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$18,505.02          UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.104**

**Creditor's name**
PRESTONWOOD LANDSCAPE SERVICES

**Creditor's mailing address**
631 N. WW WHITE ROAD
SAN ANTONIO, TX  78219

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    DYNAMIC MECHANICAL SERVICES, PROPERTY PAVING, TEAM CONTRACTS INC, CONSOLIDATED ELECTRICAL DISTRIBUTORS, AMITY CONSTRUCTION, KELLEY'S GLASS & MIRROR INC, W.E. IMHOFF & COMPANY INC, PRESTONWOOD LANDSCAPE SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR LANDSCAPING SERVICES, LANDSCAPING MATERIALS AND REPAIR SERVICES RELATING TP THE BUILDING AND GROUNDS; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$3,459.83      UNKNOWN

---

**2.105**

**Creditor's name**
PRESTONWOOD LANDSCAPE SERVICES

**Creditor's mailing address**
631 N. WW WHITE ROAD
SAN ANTONIO, TX  78220

**Creditor's email address**

**Date or dates debt was incurred**
9/23/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    EMPIRE ROOFING, SWADLEY ROOF SYSTEMS LLC, ADVANCED TEMPERATURE CONTROL, PRESTONWOOD LANDSCAPE SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR LANDSCAPING SERVICES, LANDSCAPING MATERIALS AND REPAIR SERVICES RELATING TP THE BUILDING AND GROUNDS; PROPERTY: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,354.43      UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.106**

**Creditor's name**
PRESTONWOOD LANDSCAPE SERVICES

**Creditor's mailing address**
631 N. WW WHITE ROAD
SAN ANTONIO, TX 78221

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
STI-GC LLC, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , PRESTONWOOD LANDSCAPE SERVICES, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR LANDSCAPING SERVICES, LANDSCAPING MATERIALS AND REPAIR SERVICES RELATING TP THE BUILDING AND GROUNDS; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,909.76      UNKNOWN

**2.107**

**Creditor's name**
PROFESSIONAL MECHANICAL SERVICES, INC.

**Creditor's mailing address**
1334 MARILYN AVENUE
DESOTO, TX 75115

**Creditor's email address**

**Date or dates debt was incurred**
8/22/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

    Specify each creditor, including this creditor, and its relative priority.
CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS INC, PROFESSIONAL MECHANICAL SERVICES, INC., KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN 201800225247

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$14,645.67      UNKNOWN

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.108**

**Creditor's name**
PROFESSIONAL MECHANICAL SERVICES, INC.

**Creditor's mailing address**
1335 MARILYN AVENUE
DESOTO, TX 75115

**Creditor's email address**

**Date or dates debt was incurred**
5/8/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this creditor, and its relative priority.
　CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS INC, PROFESSIONAL MECHANICAL SERVICES, INC., KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202000119014

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$698.43　　　UNKNOWN

**2.109**

**Creditor's name**
PROFESSIONAL SERVICE COMPANY

**Creditor's mailing address**
P.O. BOX 337
DESOTO, TX 75115

**Creditor's email address**

**Date or dates debt was incurred**
5/8/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
　Specify each creditor, including this creditor, and its relative priority.
　APS BUILDING SERVICES INC, AGAVE PLUMBING INC, KELLEY'S GLASS & MIRROR INC, PROFESSIONAL SERVICE COMPANY, DAN-MILLER AIR CONDITIONING CO, NATIONS ROOF CENTRAL LLC, DYNAMIC MECHANICAL SERVICES, PROFESSIONAL SERVICE COMPANY, KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: PROMENADE SC; 500, 670-980 N. COIT RD, RICHARDSON, TX 75080

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202000119015

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$4,442.19　　　UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.110**

**Creditor's name**
PROFESSIONAL SERVICE COMPANY

**Creditor's mailing address**
P.O. BOX 338
DESOTO, TX  75115

**Creditor's email address**

**Date or dates debt was incurred**
5/7/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  AMITY CONSTRUCTION,IRON HORSE FLOORING DBA PDL DESIGNS, PROFESSIONAL SERVICE COMPANY, HAJOCA COPORATION - GM,  KEY BANK

**Describe debtor's property that is subject to a lien**
FURNISHED MATERIALS AND LABOR; PROPERTY: SKYMARK; 1521 N COOPER STREET, ARLINGTON, TX 76011

**Describe the lien**
MATERIALS AND MECHANICS LIEN RP-2023-82777

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,085.87          UNKNOWN

---

**2.111**

**Creditor's name**
QUALITY FLOOR CONTRACT INC

**Creditor's mailing address**
3201 INTERSTATE 30, SUITE F
MEQUITE, TX  75150

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS INC, QUALITY FLOOR CONTRACT INC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR DONE AND MATERIAL FURNISHED; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202200137569

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$10,782.00          UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.112 | **Creditor's name** SAN ANTONIO BUILDING SERVICE | **Describe debtor's property that is subject to a lien** FURNISHED MATERIALS AND LABOR; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTONIO, TX 78229 | $635.25 | UNKNOWN |
| --- | --- | --- | --- | --- |
|  | **Creditor's mailing address** 2313 LOCKHILL SELMA, SUITE 112 SAN ANTONIO, TX 78230 |  |  |  |
|  | **Creditor's email address** |  |  |  |
|  | **Date or dates debt was incurred** 3/3/2023 | **Describe the lien** MATERIALS AND MECHANICS LIEN 20230036270 |  |  |
|  | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | ☒ No ☐ Yes |  |  |
|  | ☐ No ☒ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes |  |  |
|  | Specify each creditor, including this creditor, and its relative priority. PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , SAN ANTONIO BUILDING SERVICE, KEY BANK | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed |  |  |

| 2.113 | **Creditor's name** STI-GC, LLC | **Describe debtor's property that is subject to a lien** MATERIALS AND LABOR FOR INTERIOR DEMOLITION WORK, ACOUSTICAL CEILING, FRAMING AND DRYWALL WITH DOORS, FRAMES, HARDWARE, TAPE, FLOAT PAINT INTERIOR WALLS, INSTALL GLASS AND GLAZING + GLASS BLOCKS.; PROPERTY: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SAN ANTON | $19,019.53 | UNKNOWN |
| --- | --- | --- | --- | --- |
|  | **Creditor's mailing address** 931 BASSE ROAD SAN ANTONIO, TX 78221 |  |  |  |
|  | **Creditor's email address** |  |  |  |
|  | **Date or dates debt was incurred** 9/28/2022 | **Describe the lien** MATERIALS AND MECHANICS LIEN |  |  |
|  | **Last 4 digits of account number:** | **Is the creditor an insider or related party?** |  |  |
|  | **Do multiple creditors have an interest in the same property?** | ☒ No ☐ Yes |  |  |
|  | ☐ No ☒ Yes | **Is anyone else liable on this claim?** ☒ No ☐ Yes |  |  |
|  | Specify each creditor, including this creditor, and its relative priority. PRESTONWOOD LANDSCAPE SERVICES, EMPIRE ROOFING, ALLIED FIRE PROTECTION, PRECISION GENERAL CONTRACTING LLC, ADVANCED TEMPERATURE CONTROL, SAN ANTONIO BUILDING SERVICES, AFP ALARM & DETECTION LP, HOGAN PROPERTIES COMPANY INC , STI-GC, LLC, KEY BANK | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed |  |  |

| Debtor | Hartman SPE, LLC | | |
|---|---|---|---|
| | (Name) | Case number (if known) | 23-11452 |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.114**

**Creditor's name**
SWADLEY ROOF SYSTEMS, LLC

**Creditor's mailing address**
17413 FM 2920, SUITE O
TOMBALL, TX  77377

**Creditor's email address**

**Date or dates debt was incurred**
2/15/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  ADVANCED TEMPERATURE CONTROL, SWADLEY ROOF SYSTEMS, LLC, KEY BANK

**Describe debtor's property that is subject to a lien**
LABOR, MATERIALS AND WORK FURNISHED ; PROPERTY: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,762.16

UNKNOWN

---

**2.115**

**Creditor's name**
TAYLOR WATERPROOFING PLUS INC

**Creditor's mailing address**
P.O. BOX 16069
HOUSTON, TX  77222

**Creditor's email address**

**Date or dates debt was incurred**
8/14/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
  BUSINESS FLOOR SOLUTIONS, TAYLOR WATER PROOFING PLUS INC, TAYLOR WATERPROOFING PLUS INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FURNISHED FOR PARKING GARAGE REPAIRS; PROPERTY: WESTHEIMER CENTRAL PLAZA; 11200 WESTHEIMER ROAD SUITE 110, HOUSTON, TX 77042

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$9,373.37

UNKNOWN

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|--------|------------------|--|--------|----------|
| | (Name) | | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.116** | **Creditor's name**<br>VECTOR CONCEPTS, INC<br><br>**Creditor's mailing address**<br>9010 NORTH ROYAL LANE, SUITE 110<br>IRVING, TX  75063<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/15/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  CHP GENERAL CONTRACTING, JLS SPECIALTY, KNIGHT COMMERCIAL SERVICES, IRON HORSE FLOORING DBA PDL DESIGNS, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY, DALLAS, TX 75254<br><br>**Describe the lien**<br> MATERIALS AND MECHANICS LIEN 202200165863<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $14,592.35 | UNKNOWN |
| **2.117** | **Creditor's name**<br>VECTOR CONCEPTS, INC<br><br>**Creditor's mailing address**<br>9011 NORTH ROYAL LANE, SUITE 110<br>IRVING, TX  75063<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/10/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, VECTOR CONCEPTS, INC, KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $13,774.81 | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A** | **Column B** |
|--|--|--------------|--------------|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.118**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9012 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
4/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$8,170.00      UNKNOWN

---

**2.119**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9013 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
3/10/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$8,053.10      UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.120**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9014 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
3/11/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
CHP GENERAL CONTRACTING, QUALITY FLOORS CONTRACT INC, JLS SPECIALTY, TEAM CONTRACTORS INC, KELLEY'S GLASS & MIRROR INC, INTERPRISE/SOUTHWEST INTERIOR & SPACE DESIGNS INC, PROFESSIONAL MECHANICAL SERVICES INC, DYNAMIC MECHANICAL SERVICES, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE, IRVING, TX, 75038

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$8,053.10      UNKNOWN

**2.121**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9015 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230

**Describe the lien**
MATERIALS AND MECHANICS LIEN
202200069272

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,070.00      UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.122**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9016 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202200271903

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$2,165.00    UNKNOWN

**2.123**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9017 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
  Specify each creditor, including this creditor, and its relative priority.
BUSINESS FLOOR SOLUTIONS, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: FONDREN ROAD PLAZA; 7042-7098 BISSONNET ST, HOUSTON, TX 77074

**Describe the lien**
MATERIALS AND MECHANICS LIEN 202200271904

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$4,070.00    UNKNOWN

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.124**

**Creditor's name**
VECTOR CONCEPTS, INC

**Creditor's mailing address**
9018 NORTH ROYAL LANE, SUITE 110
IRVING, TX  75063

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
  Specify each creditor, including this creditor, and its relative priority.
  BUSINESS FLOOR SOLUTIONS, VECTOR CONCEPTS, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
MATERIALS AND LABOR FOR BUILDINGS; PROPERTY: FONDREN ROAD PLAZA; 7042-7098 BISSONNET ST, HOUSTON, TX 77074

**Describe the lien**
MATERIALS AND MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $2,165.00     Column B: UNKNOWN

**2.125**

**Creditor's name**
W.E. IMHOFF & COMPANY, INC

**Creditor's mailing address**
11827 TECH COM ROAD, SUITE 100
SAN ANTONIO, TX  78233

**Creditor's email address**

**Date or dates debt was incurred**
9/14/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
  Specify each creditor, including this creditor, and its relative priority.
  PRESTONWOOD LANDSCAPE SERVICES, ACTION GYPCUM SUPPLY LP, ALLIED FIRE PROTECTION, PRECISION GENERAK CONTRACTING LLC, BEYER PLUMBING CO, ADVANCED TEMPERATURE CONTROL, HILL COUNTRY NURSERY AND LANDSCAPING, PERFECT SCENTS OF TEXAS , W.E. IMHOFF & COMPANY, INC, KEY BANK

**Describe debtor's property that is subject to a lien**
CARPET AND RESILIENT FLOORING MATERIALS + INSTALLATION; PROPERTY: ENERGY PLAZA I & II; 8610 & 8620 NORTH NEW BRAUNFELS, SAN ANTONIO, TX 78217

**Describe the lien**
 MATERIALS AND MECHANICS LIEN
202100304314

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $12,143.49     Column B: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A<br><br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br><br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.126 | **Creditor's name**<br>WATER WORKS UTILITIES, INC.<br><br>**Creditor's mailing address**<br>2535 HALF HOLLOW CT<br>CONROE, TX  77304<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/14/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   FRONTIER SERVICES GROUP, BUSINESS FLOOR SOLUTIONS INC, PERFECT SCENTS OF TEXAS, WATER WORKS UTILITIES INC, PLATINUM SPRINKLER CO, GATEMAN INC, WATER WORKS UTILITIES, INC., KEY BANK | **Describe debtor's property that is subject to a lien**<br>FURNISHED MATERIALS AND LABOR; PROPERTY: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST STE 410, HOUSTON, TX 77060<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN RP-2023-13315<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $11,464.09 | UNKNOWN |
| 2.127 | **Creditor's name**<br>WAY MECHANICAL<br><br>**Creditor's mailing address**<br>8610 WALLISVILLE ROAD<br>HOUSTON, TX  77029<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/20/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   CFI MECHANICAL INC, BUSINESS FLOOR SOLUTIONS, EVOLUTION BY DESIGN INC, WAY MECHANICAL , KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, LABOR, AND EQUIPMENT INCLUDING, BUT NOT LIMITED TO MECHANICAL PLUMBING AND OR HVAC WORK; PROPERTY: TOWER PAVILLION; 2909 HILLCROFT, HOUSTON, TX 77057<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $12,990.00 | UNKNOWN |

| Part 1: | Additional Page |
|---------|------------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.128 | **Creditor's name**<br>WAY MECHANICAL<br><br>**Creditor's mailing address**<br>8612 WALLISVILLE ROAD<br>HOUSTON, TX  77029<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/20/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐  No<br>☑  Yes<br>    Specify each creditor, including this creditor, and its relative priority. FIRST LANDSCAPE SOLUTIONS, LEVER CONSTRUCTION LLC, KAJ CONSTRUCTION, DYNAMIC MECHANICAL SERVICES, WAY MECHANICAL, TEAM CONTRACTORS INC, WAY MECHANICAL , KEY BANK | **Describe debtor's property that is subject to a lien**<br>MATERIALS, LABOR, AND EQUIPMENT INCLUDING, BUT NOT LIMITED TO MECHANICAL PLUMBING AND OR HVAC WORK; PROPERTY: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F109, DALLAS, TX 75230<br><br>**Describe the lien**<br>MATERIALS AND MECHANICS LIEN<br><br>**Is the creditor an insider or related party?**<br>☑  No<br>☐  Yes<br><br>**Is anyone else liable on this claim?**<br>☑  No<br>☐  Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑  Contingent<br>☑  Unliquidated<br>☑  Disputed | $35,764.56 | UNKNOWN |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $220,521,991.29 |  |
|----|------|------|--|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hartman SPE, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11452 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ALAMO COMM. COLLEGE<br>2222 N. ALAMO ST.<br>SAN ANTONIO, TX  78215<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ALDINE ISD<br>14909 ALDINE WESTFIELD RD<br>HOUSTON, TX  77032<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ALIEF ISD<br>ALIEF SUPPORT FACILITY<br>14051 BELLAIRE BLVD 100<br>HOUSTON, TX  77083<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address**<br>ARLINGTON ISD<br>100 E. WEATHERFORD STREET<br>FORT WORTH, TX 76196<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.5 | **Priority creditor's name and mailing address**<br>BEXAR APPRAISAL DISTRICT<br>411 NORTH FRIO STREET<br>SAN ANTONIO, TX 78207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.6 | **Priority creditor's name and mailing address**<br>BEXAR CAD<br>411 NORTH FRIO STREET<br>SAN ANTONIO, TX 78207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address**<br>BEXAR CO RD & FLOOD<br>1948 PROBANDT ST<br>SAN ANTONIO, TX 78214<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address**<br>BEXAR CO. FLOOD FUND<br>1948 PROBANDT ST<br>SAN ANTONIO, TX 78214<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br><br>BEXAR CO. HOSP. DISTRICT<br>100 DOLOROSA<br>SAN ANTONIO, TX 78205<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address**<br><br>BEXAR CO. RD & FLOOD<br>1948 PROBANDT ST<br>SAN ANTONIO, TX 78214<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.11 | **Priority creditor's name and mailing address**<br><br>BEXAR COUNTY TAX OFFICE<br>PO BOX 839950<br>SAN ANTONIO, TX 78283<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address**<br><br>BEXAR COUNTY TAX OFFICE<br>VISTA VERDE PLAZA BUILDING<br>233 N. PECOS LA TRINIDAD<br>SAN ANTONIO, TX 78207<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address**<br><br>CARROLLTON-FARMERS BRANCH ISD<br>1445 NORTH PERRY ROAD<br>CARROLLTON, TX 75006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.14 | **Priority creditor's name and mailing address**<br>CARROLLTON-FB ISD<br>1445 NORTH PERRY ROAD<br>CARROLLTON, TX 75006<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.15 | **Priority creditor's name and mailing address**<br>CITY OF ARLINGTON<br>CITY OF ARLINGTON<br>ATTN TRINA FREEMAN<br>101 S. MESQUITE ST<br>ARLINGTON, TX 76010<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.16 | **Priority creditor's name and mailing address**<br>CITY OF DALLAS<br>500 ELM STREET, SUITE 3300<br>DALLAS, TX 75202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.17 | **Priority creditor's name and mailing address**<br>CITY OF FT WORTH<br>100 E. WEATHERFORD STREET<br>FORT WORTH, TX 76196<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.18 | **Priority creditor's name and mailing address**<br>CITY OF HOUSTON<br>CITY OF HOUSTON TAX<br>ASSESSOR-COLLECTOR<br>901 BAGBY ST.<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.19** **Priority creditor's name and mailing address**

CITY OF IRVING
825 W. IRVING BLVD.
IRVING, TX 75060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.20** **Priority creditor's name and mailing address**

CITY OF PLANO
1520 K AVENUE
SUITE 360
PLANO, TX 75074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.21** **Priority creditor's name and mailing address**

CITY OF RICHARDSON
COLLIN COUNTY TAX OFFICE ADDRESS
900 E. PARK BLVD, STE 100
PLANO, TX 75074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.22** **Priority creditor's name and mailing address**

CITY OF RICHARDSON
DALLAS COUNTY TAX OFFICE ADDRESS
6820 LBJ FREEWAY
DALLAS, TX 75240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.23** **Priority creditor's name and mailing address**

CITY OF SAN ANTONIO
VISTA VERDE PLAZA BUILDING
233 N. PECOS LA TRINIDAD
SAN ANTONIO, TX 78207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| **Part 1:** | **Additional Page** | | | |
| --- | --- | --- | --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.24 | **Priority creditor's name and mailing address**<br>CNP UD<br>B&A MUNICIPAL TAX SERVICES, LLC.<br>13333 NORTHWEST FWY, STE 620<br>HOUSTON, TX  77040<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>COLLIN COLLEGE<br>1520 K AVENUE<br>SUITE 360<br>PLANO, TX  75074<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>COLLIN COUNTY TAX OFFICE<br>900 E PARK BLVD STE 100<br>PLANO, TX  75074<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.27 | **Priority creditor's name and mailing address**<br>COLLIN COUNTY TAX OFFICE<br>PO BOX 8046<br>MCKINNEY, TX  75070<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.28 | **Priority creditor's name and mailing address**<br>CY-FAIR ISD<br>ISC-WEST<br>10494 JONES ROAD, STE. 106<br>HOUSTON, TX  77065<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Hartman SPE, LLC

(Name)    Case number (if known)    23-11452

| **Part 1:** | **Additional Page** |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.29 | **Priority creditor's name and mailing address**<br><br>CYPRESS-FAIRBANKS ISD<br>ISC-WEST<br>10494 JONES ROAD, STE. 106<br>HOUSTON, TX 77065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>DALLAS CITY<br>500 ELM STREET, SUITE 3300<br>DALLAS, TX 75202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>DALLAS CO. HOSP. DIST.<br>500 ELM STREET, SUITE 3300<br>DALLAS, TX 75202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>DALLAS COUNTY COLLEGE DIST.<br>500 ELM STREET, SUITE 3300<br>DALLAS, TX 75202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br><br>DALLAS COUNTY TAX OFFICE<br>500 ELM STREET<br>SUITE 3300<br>DALLAS, TX 75202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34**   **Priority creditor's name and mailing address**

DALLAS ISD
500 ELM STREET, SUITE 3300
DALLAS, TX 75202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.35**   **Priority creditor's name and mailing address**

DELAWARE DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON, DE 19801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.36**   **Priority creditor's name and mailing address**

DENTON COUNTY
1505 E MCKINNEY STREET
DENTON, TX 76209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.37**   **Priority creditor's name and mailing address**

EAGLMT/SAG ISD
1600 MUSTANG ROCK ROAD
FORT WORTH, TX 76179

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.38**   **Priority creditor's name and mailing address**

EMER. SVC. DIST 16 (FIRE)
2433 RIDGEPOINT DR
AUSTIN, TX 78754

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.39**    **Priority creditor's name and mailing address**

EMER. SVC. DIST 24 (FIRE)
1001 PRESTON ST
HOUSTON, TX 77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.40**    **Priority creditor's name and mailing address**

EMER. SVC. DIST. 1 (EMS)
2750 PREMIER STREET
FORT WORTH, TX 76111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.41**    **Priority creditor's name and mailing address**

EMER. SVC. DIST. 29 (FIRE)
12730 CHAMPION FOREST DRIVE
HOUSTON, TX 77066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.42**    **Priority creditor's name and mailing address**

EMER. SVC. DIST. 48-EMS/FIRE
21201 MORTON ROAD
KATY, TX 77449

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.43**    **Priority creditor's name and mailing address**

EMER. SVC. DIST. 9 (FIRE)
10710 TELGE RD
HOUSTON, TX 77095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | | | |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

2.44 **Priority creditor's name and mailing address**
EMER. SVCS. DIST. 06 (EMS)
COMAL COUNTY
EMERGENCY SERVICES DISTRICT NO. 6
23600 FM 3009
SAN ANTONIO, TX 78266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

2.45 **Priority creditor's name and mailing address**
EMER. SVCS. DIST. 100-EMS/FIRE
DAVID MANLEY
820 GESSNER
SUITE 1710
HOUSTON, TX 77024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

2.46 **Priority creditor's name and mailing address**
EMER. SVCS. DIST. 12 (FIRE)
11200 GREGG LANE
MANOR, TX 78653

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

2.47 **Priority creditor's name and mailing address**
EMERGENCY SERVICE DIST 11 (EMS)
1001 PRESTON ST
HOUSTON, TX 77002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

2.48 **Priority creditor's name and mailing address**
EMERGENCY SERVICE DIST 28 (FIRE)
17061 ROLLING CREEK DR.
HOUSTON, TX 77090

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49** **Priority creditor's name and mailing address**

FORT BEND COUNTY TAX OFFICE
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX 77469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50** **Priority creditor's name and mailing address**

FORT BEND COUNTY TAX OFFICE
301 JACKSON ST.
RICHMOND, TX 77469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.51** **Priority creditor's name and mailing address**

FT BEND CO DRAINAGE
1124 BLUME ROAD
ROSENBERG, TX 77471

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.52** **Priority creditor's name and mailing address**

FT BEND CO GEN FND
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX 77469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.53** **Priority creditor's name and mailing address**

FT BEND ESD 5
C/O COVELER & PEELER, P.C.
820 GESSNER
SUITE 1710
HOUSTON, TX 77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.54 | **Priority creditor's name and mailing address**<br><br>FT BEND ESD 5<br>NORTHEAST FORT BEND FIRE STATION 2<br>11000 CLODINE RD.<br>RICHMOND, TX  77409<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>FT. BEND ISD<br>1317 EUGENE HEIMANN CIRCLE<br>RICHMOND, TX  77469<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br><br>GALENA PARK ISD<br>14705 WOODFOREST BLVD<br>HOUSTON, TX  77015<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>GRAND PRAIRIE CITY<br>ECONOMIC DEVELOPMENT<br>300 W MAIN ST<br>GRAND PRAIRIE, TX  75050<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br><br>GRAND PRAIRIE ISD<br>2602 S. BELT LINE ROAD<br>GRAND PRAIRIE, TX  75052<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.59**

**Priority creditor's name and mailing address**

GREATER NORTHSIDE MANAGEMENT
DISTRICT
615 NORTH LOOP EAST STE. 104
HOUSTON, TX  77022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.60**

**Priority creditor's name and mailing address**

GREATER NORTHSIDE MANAGEMENT
DISTRICT
UTILITY TAX SERVICE, LLC
ATTN JOANN RAMOS
11500 NORTHWEST FREEWAY, SUITE 150
HOUSTON, TX  77092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.61**

**Priority creditor's name and mailing address**

HARRIS CO. DEPT. OF EDUCATION
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.62**

**Priority creditor's name and mailing address**

HARRIS CO. FLOOD CTL. DIST.
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.63**

**Priority creditor's name and mailing address**

HARRIS CO. FWSD 51
11111 KATY FREEWAY SUITE 725 (7TH
FLOOR)
HOUSTON, TX  77079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)  23-11452

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.64** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

HARRIS CO. HOSP. DIST.
1001 PRESTON ST
HOUSTON, TX  77002

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.65** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

HARRIS CO. WCID 116
5135 COBLES CORNER
HOUSTON, TX  77069

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.66** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

HARRIS COUNTY HOSP. DIST.
1001 PRESTON ST
HOUSTON, TX  77002

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.67** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

HARRIS COUNTY MUD 185
2002 WEST GRAND PARKWAY NORTH
KATY, TX  77449

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.68** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

HARRIS COUNTY MUD 186
11111 KATY FREEWAY SUITE 725 (7TH FLOOR)
HOUSTON, TX  77079

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.69 | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY MUD 81<br>805 HIDDEN CANYON<br>KATY, TX  77450<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY TAX OFFICE<br>1001 PRESTON ST<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY TAX OFFICE<br>PO BOX 4663<br>HOUSTON, TX  77210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY WCID 145<br>11111 KATY FREEWAY SUITE 725 (7TH FLOOR)<br>HOUSTON, TX  77079<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.73 | **Priority creditor's name and mailing address**<br><br>HARRIS-FT BEND ESD 100<br>DAVID MANLEY<br>820 GESSNER<br>SUITE 1710<br>HOUSTON, TX  77024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**
HC MUD  16
11111 KATY FREEWAY SUITE 725 (7TH FLOOR)
HOUSTON, TX  77079

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.75** | **Priority creditor's name and mailing address**
HILL COUNTRY HILL
126 S COVINGTON ST.
HILLSBORO, TX  76645

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.76** | **Priority creditor's name and mailing address**
HOUSTON COMM. COLLEGE SYSTEM
3100 MAIN STREET
HOUSTON, TX  77002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.77** | **Priority creditor's name and mailing address**
HOUSTON ISD
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.78** | **Priority creditor's name and mailing address**
IRVING CTY
825 W. IRVING BLVD.
IRVING, TX  75060

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

Debtor    Hartman SPE, LLC                                    Case number (if known)    23-11452

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

**2.79**  **Priority creditor's name and mailing address**

KATY ISD
FORT BEND CO TAX OFFICE
22333 GRAND CORNER DR., STE 101
KATY, TX  77494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.80**  **Priority creditor's name and mailing address**

KATY ISD
HARRIS CO TAX OFFICE
16715 CLAY ROAD
HOUSTON, TX  77084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.81**  **Priority creditor's name and mailing address**

KLEIN ISD
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.82**  **Priority creditor's name and mailing address**

LEWISVILLE ISD
100 E. WEATHERFORD STREET
FORT WORTH, TX  76196

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.83**  **Priority creditor's name and mailing address**

LONE STAR COLLEGE SYSTEM
LONE STAR COLLEGE
ATTN TREASURY
5000 RESEARCH FOREST DRIVE
THE WOODLANDS, TX  77381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

Debtor    Hartman SPE, LLC _____    Case number (if known) 23-11452

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.84** | **Priority creditor's name and mailing address**
MISSION BEND MUD 1
9826 WHITHORN DRIVE
HOUSTON, TX  77095

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.85** | **Priority creditor's name and mailing address**
N.W. HARRIS COUNTY MUD 21
11111 KATY FREEWAY SUITE 725 (7TH FLOOR)
HOUSTON, TX  77079

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.86** | **Priority creditor's name and mailing address**
NORTH BELT UD
2727 ALLEN PARKWAY, SUITE 1100
HOUSTON, TX  77019

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.87** | **Priority creditor's name and mailing address**
NORTH EAST ISD
8961 TESORO DRIVE
SAN ANTONIO, TX  78217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.88** | **Priority creditor's name and mailing address**
NORTH HOUSTON DISTRICT (FORMERLY GREENSPOINT)
UTILITY TAX SERVICE, LLC
ATTN JOANN RAMOS
11500 NORTHWEST FREEWAY, SUITE 150
HOUSTON, TX  77092

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.89 | **Priority creditor's name and mailing address**<br><br>NORTHSIDE ISD<br>5900 EVERS ROAD<br>SAN ANTONIO, TX  78238<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.90 | **Priority creditor's name and mailing address**<br><br>PLANO ISD<br>1520 K AVENUE<br>SUITE 360<br>PLANO, TX  75074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.91 | **Priority creditor's name and mailing address**<br><br>PORT OF HOUSTON<br>111 EAST LOOP NORTH<br>HOUSTON, TX  77029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.92 | **Priority creditor's name and mailing address**<br><br>RICHARDSON ISD<br>420 S. GREENVILLE AVE.<br>RICHARDSON, TX  75081<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.93 | **Priority creditor's name and mailing address**<br><br>SAN ANT. RIVER AUTHORITY<br>100 E. GUENTHER ST.<br>SAN ANTONIO, TX  78204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.94**

**Priority creditor's name and mailing address**

SAN JACINTO COLLEGE DISTRICT
4624 FAIRMONT PKWY
PASADENA, TX 77504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.95**

**Priority creditor's name and mailing address**

SCHOOL EQUALIZATION TAX
TEXAS EDUCATION AGENCY
1701 N. CONGRESS AVENUE
AUSTIN, TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.96**

**Priority creditor's name and mailing address**

SOUTHWEST MD/EQUI-TAX, INC
17111 ROLLING CREEK DR STE 200
HOUSTON, TX 77090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.97**

**Priority creditor's name and mailing address**

SPRING BRANCH ISD
955 CAMPBELL RD.
HOUSTON, TX 77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.98**

**Priority creditor's name and mailing address**

SPRING ISD- MARIANNE C. SMITH TAX
COLLECTOR
TAX OFFICE
420 LOCKHAVEN DR
HOUSTON, TX 77073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.99 | **Priority creditor's name and mailing address**<br><br>SW HOUSTON AREA TIRZ<br>CITY OF HOUSTON<br>901 BAGBY ST.<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.100 | **Priority creditor's name and mailing address**<br><br>TARRANT COUNTY COLLEGE<br>100 E. WEATHERFORD STREET<br>FORT WORTH, TX 76196<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.101 | **Priority creditor's name and mailing address**<br><br>TARRANT COUNTY HOSPITAL<br>100 E. WEATHERFORD STREET<br>FORT WORTH, TX 76196<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.102 | **Priority creditor's name and mailing address**<br><br>TARRANT COUNTY TAX OFFICE<br>100 E. WEATHERFORD STREET<br>FORT WORTH, TX 76196<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.103 | **Priority creditor's name and mailing address**<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B JOHNSON STATE OFFICE BLDG<br>111 E 17TH ST<br>AUSTIN, TX 78774<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.104**

**Priority creditor's name and mailing address**

THE COLONY CITY
6053 MAIN STREET
THE COLONY, TX  75056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.105**

**Priority creditor's name and mailing address**

U.S. DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.106**

**Priority creditor's name and mailing address**

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC  20220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.107**

**Priority creditor's name and mailing address**

UNIV HEALTH SYSTEM
4502 MEDICAL DRIVE
SAN ANTONIO, TX  78229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.108**

**Priority creditor's name and mailing address**

WESTCHASE DISTRICT
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.

☒ Yes.

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
2535 BABCOCK LLC
10410 DOHERTY SPRING
SAN ANTONIO, TX  78255

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$1,250.00

**3.2** Nonpriority creditor's name and mailing address
4D SIGNWORX
2022 PECH ROAD
HOUSTON, TX  77055

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$2,365.26

**3.3** Nonpriority creditor's name and mailing address
4M BUILDING SOLUTIONS INC
PO BOX 870784
KANSAS CITY, MO  64187-0784

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$234,273.61

**3.4** Nonpriority creditor's name and mailing address
A1 LOCKSMITH
3414 MIDCOURT RD, STE 108
CARROLLTON, TX  75006

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$63,253.89

**3.5** Nonpriority creditor's name and mailing address
AA TIGER STRIPE INC
303 BROOKWOOD FOREST DRIVE
SUNNYVALE, TX  75182

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☒ No
☐ Yes

$9,037.80

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>AAA AWNING CO INC<br>8810 MADIE DR, ATTN: RANDY DEATON<br>HOUSTON, TX  77022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,190.75 |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>ABATEMENT SPECIALISTS LLC<br>1330 SHERWOOD FOREST, SUITE 105<br>HOUSTON, TX  77043<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,970.00 |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>ABG CONTRACTING GROUP LLC<br>10223 BROADWAY SUITE P 351<br>PEARLAND, TX  77584<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,317.14 |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>ACME SAFE AND LOCK COMPANY<br>138 KENLEY PLACE<br>SAN ANTONIO, TX  78232<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,290.99 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>ADT COMMERCIAL LLC DBA THE ADT SECURITY CORPORATION<br>DBA THE ADT SECURITY CORPORATION<br>PO BOX 219044<br>KANSAS CITY, MO  64121-9044<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,379.63 |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known) 23-11452

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.11** **Nonpriority creditor's name and mailing address**

ADVANCED TEMPERATURE CONTROL LLC
PO BOX 1126
HELOTES, TX 78023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,623.27

---

**3.12** **Nonpriority creditor's name and mailing address**

ADVANTAGE WATER ENGINEERING LLC
9113 SOVEREIGN ROW
DALLAS, TX 75247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,305.92

---

**3.13** **Nonpriority creditor's name and mailing address**

AEI CONSULTANTS
2500 CAMINO DIABLO
WALNUT CREEK, CA 94597-3940

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,955.00

---

**3.14** **Nonpriority creditor's name and mailing address**

AETHERNET LLC
613 NW LOOP 410 STE 862
SAN ANTONIO, TX 78216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.95

---

**3.15** **Nonpriority creditor's name and mailing address**

AGAPE CLEANING ENTERPRISES INC
P.O. BOX 1535
HOUSTON, TX 77251-1535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,575.16

Debtor    Hartman SPE, LLC _____    Case number (if known) 23-11452
         (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address**<br>AGAVE PLUMBING, INC<br>ATTN: JULIO MEDINA<br>2772 WEST COMMERCE STREET<br>DALLAS, TX  75212 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $36,874.61 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>AIR TEXAS MECHANICAL, LLC<br>3724 ARAPAHO RD.<br>ADDISON, TX  75001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,540.96 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>AIRBORNE FLAG AND FLAGPOLE LLC<br>15122 CULEBRA RD<br>SAN ANTONIO, TX  78253-4614 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $244.65 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>ALL AMERICAN IRRIGATION SYSTEMS, LLC<br>239 SCHUMANNS BEACH RD.<br>NEW BRAUNFELS, TX  78130 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,607.75 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>ALL STAR PROPERTY SERVICES<br>DBA ALL STAR PROPERTY SERVICES<br>10706 S PIPELINE RD.<br>STE 150<br>HURST, TX  76053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,326.05 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

ALL TEX ROOFING LLC
5605 CREEKMONT DR
HOUSTON, TX  77091-4916

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,966.83

---

**3.22**

**Nonpriority creditor's name and mailing address**

ALL VENTURES INC DBA ALL ROOFS AND CONSTRUCTION
DBA ALL ROOFS AND CONSTRUCTION
2900 FM 2025 RD.
COLDSPRING, TX  77331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,001.15

---

**3.23**

**Nonpriority creditor's name and mailing address**

ALLEN R. HARTMAN
C/O LAW OFFICE OF
THOMAS N. LIGHTSEY III, P.C.
5151 SAN FELIPE, SUITE 400
HOUSTON, TX  77056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.24**

**Nonpriority creditor's name and mailing address**

ALLIED FIRE PROTECTION
2003 MYKAWA RD
ATTN: ALLIED FIRE PROTECTION
PEARLAND, TX  77581

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,716.51

---

**3.25**

**Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL SECURITY SERVICES
P.O. BOX 828854
PHILADELPHIA, PA  19182-8854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,561.92

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>ALPHA ELEVATOR INSPECTIONS LLC<br>P.O. BOX 6961<br>KINGWOOD, TX  77325-6961<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.00 |
|---|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>ALPHA GLASS AND MIRROR COMPANY, INC<br>8901 SOVEREIGN ROW<br>DALLAS, TX  75247<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,952.36 |
|---|---|---|---|

| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>ALPHA GLASS SOLUTIONS,LLC<br>1010 STEVES AVENUE<br>SAN ANTONIO, TX  78210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,817.41 |
|---|---|---|---|

| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>ALUMINUM MAINTENANCE SYSTEMS OF TEXAS LLC<br>7777 PARNELL ST.<br>HOUSTON, TX  77021<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,047.73 |
|---|---|---|---|

| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>ALWAYS IN SEASON INC<br>P.O.BOX 271502<br>HOUSTON, TX  77277-1502<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $690.64 |
|---|---|---|---|

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.31** **Nonpriority creditor's name and mailing address**

AMAYA CONSTRUCTION INC
9507 DEEP VALLEY DRIVE
HOUSTON, TX  77044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$204,844.45

---

**3.32** **Nonpriority creditor's name and mailing address**

AMERICAN ELEVATOR INSPECTIONS
PO BOX 2709
BAYTOWN, TX  77522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,006.50

---

**3.33** **Nonpriority creditor's name and mailing address**

AMERICAN HERMETICS-DALLAS
10222 BENT OAK DR
HOUSTON, TX  77040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,367.82

---

**3.34** **Nonpriority creditor's name and mailing address**

AMIEE HICKS
C/O PAUL SIMON, PASCHALL PLLC
5300 TOWN AND COUNTRY BLVD
SUITE 155
FRISCO, TX  75034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.35** **Nonpriority creditor's name and mailing address**

AMITY CONSTRUCTION COMPANY
1404 BROOKSIDE DRIVE
CARROLLTON, TX  75007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,011.35

---

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147,604.39 |
|---|---|---|

AMTECH ELEVATOR SERVICES
P.O. BOX 730437
DALLAS, TX  75373-0437

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,389.73 |
|---|---|---|

AMTECH LIGHTING SERVICES
FILE NO. 53124
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.38 |
|---|---|---|

AMX PCS, LLC DBA PREMIUM CLEANING SERVICES
2351 W NORTHWEST HWY SUITE 2305
DALLAS, TX  75220-4433

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,925.00 |
|---|---|---|

ANGEL TWC LLC DBA THE WATERPROOFING COMPANY
3047 E MEADOWS BLVD, SUITE A
MESQUITE, TX  75150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,509.62 |
|---|---|---|

ANYTIME BUILDING SERVICES, LLC
1121 N HWY 175
SEAGOVILLE, TX  75159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>AOS ENGINEERING<br>5020 TENNYSON PARKWAY<br>PLANO, TX  75024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,670.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>APPLIED BAS, LLC<br>PO BOX 1991<br>ROWLETT, TX  75030<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,446.87 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>APRIL BUILDING SVC INC<br>4865 GRETNA STREET<br>DALLAS, TX  75207<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,489.59 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>APS BUILDING SERVICES, INC<br>P.O BOX 40447<br>HOUSTON, TX  77240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,457.24 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>ARAMENDIA PLUMBING, HEATING AND AIR, A SERVICE EXPERTS COMPANY<br>A SERVICE EXPERTS COMPANY<br>17327 GREEN MOUNTAIN ROAD<br>SAN ANTONIO, TX  78247<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,867.14 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.46 Nonpriority creditor's name and mailing address**
ARGIMIRO ARENALES
13113 JOLIET
HOUSTON, TX 77015

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$779.40

---

**3.47 Nonpriority creditor's name and mailing address**
ARROW KEY SERVICE
4322 VANCE JACKSON
SAN ANTONIO, TX 78230

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,193.00

---

**3.48 Nonpriority creditor's name and mailing address**
ARTESIA SPRINGS LLC
8130 INTERCHANGE PKWY
SAN ANTONIO, TX 78218

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.21

---

**3.49 Nonpriority creditor's name and mailing address**
ASH AUTOMATED CONTROL SYSTEM LLC
PO BOX 1113
FULSHEAR, TX 77441

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,904.83

---

**3.50 Nonpriority creditor's name and mailing address**
ASTRO TECH SERVICES LLC
C/O RICHARD SIMMONS
15150 MIDDLEBROOK DR
HOUSTON, TX 77058

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address**
AVAIL SECURITY GROUP, LLC
11811 N FREEWAY SUITE 301
HOUSTON, TX  77060

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$118,504.72

---

**3.52** | **Nonpriority creditor's name and mailing address**
BAKERS SAFE & LOCK CO., INC
5612 FONDREN RD
HOUSTON, TX  77036

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.73

---

**3.53** | **Nonpriority creditor's name and mailing address**
BALCONES RECYCLING INC
P.O. BOX 679912
ATTN: ACCOUNTS RECEIVABLE
DALLAS, TX  75267-9912

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.87

---

**3.54** | **Nonpriority creditor's name and mailing address**
BALLOU FIRE SYSTEMS
11710 NORTH FRWY STE 100
HOUSTON, TX  77060

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,225.69

---

**3.55** | **Nonpriority creditor's name and mailing address**
BERKELEY OUTSIDE SERVICES INC
11276 COX ROAD
CONROE, TX  77385

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$790.22

---

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

BERNHARD MCC, LLC
1 GALLERIA BLVD, STE. 825
METAIRIE, LA 70001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,396.46

---

**3.57**

**Nonpriority creditor's name and mailing address**

BETSY ROSS FLAG GIRL, INC.
11005 GARLAND RD.
DALLAS, TX 75218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,520.95

---

**3.58**

**Nonpriority creditor's name and mailing address**

BEYER PLUMBING CO
ATTN: JAMES BEYER
17197 BEYER JOHN DR.
SELMA, TX 78154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,827.92

---

**3.59**

**Nonpriority creditor's name and mailing address**

BILLY D TIPPIT ARCHITECTS INC
11710 DERMOTT DR.
HOUSTON, TX 77065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$335.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

BINSWANGER GLASS
PO BOX 679331
DALLAS, TX 75267-9331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,794.37

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address**
BIZDOC INC
840 W. RHAPSODY
SAN ANTONIO, TX  78216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.25

---

**3.62** | **Nonpriority creditor's name and mailing address**
BJ GLASS COMPANY INC
PO BOX 369
CRANDALL, TX  75114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,152.16

---

**3.63** | **Nonpriority creditor's name and mailing address**
BK INDUSTRIAL SOLUTIONS, LLC DBA BK POWER
SYSTEMS, LLC
DBA BK POWER SYSTEMS, LLC
195 S 4TH STREET
BEAUMONT, TX  77701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,652.59

---

**3.64** | **Nonpriority creditor's name and mailing address**
BLACKSTONE SECURITY SERVICES, INC
DEPARTMENT  42239, P.O. BOX 650823
DALLAS, TX  75265-0823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,250.20

---

**3.65** | **Nonpriority creditor's name and mailing address**
BLANCO ELECTRIC LTD CO
915 LEHMAN ST
HOUSTON, TX  77018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,637.79

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address**<br>BOCK AND CLARK CORPORATION<br>3550 WEST MARKET STREET, STE 200<br>AKRON, OH 44333<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,500.00 |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>BONO CARE LLC DBA CORPORATE CARE<br>3530 WEST T.C.JESTER BLVD<br>HOUSTON, TX 77018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,576.70 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>BR KYM, ONC DBA WORTH HYDROCHEM OF HOUSTON<br>PO BOX 40116<br>HOUSTON, TX 77240<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $395.00 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>BRUCE JOHNSON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,957.85 |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>BUGTIME TERMITE AND PEST CONTROL LP<br>235 FM 1960 BYPASS ROAD EAST<br>HUMBLE, TX 77338<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,800.61 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $284,827.01

BUSINESS FLOOR SOLUTIONS INC
5805 CENTRALCREST
HOUSTON, TX  77092

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,398.91

C & F JANITORIAL BUILDING SERVICES LLC
6063 BEACONRIDGE DR
HOUSTON, TX  77053

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,060.85

C & P PUMP SERVICES, INC
P.O.BOX 530644
GRAND PRAIRIE, TX  75053

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,747.70

CAP5 TECHNOLOGY SOLUTIONS LLC DBA CMIT OF
HOUSTON - KATY
DBA CMIT OF HOUSTON - KATY
20300 FRANZ ROAD, STE 2-22
KATY, TX  77449

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $416.76

CART LEASING, INC
3727 TROUT STREET
HOUSTON, TX  77093

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,538.91
CDI DOUGLASS PYE
5065 WESTHEIMER, SUITE 1100
HOUSTON, TX  77056

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,487.95
CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL  60675-5723

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,788.75
CENTURY ENGINEERING INC
3030 SOUTH GESSNER, STE 100
HOUSTON, TX  77063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
CFI MECHANICAL & SCG MECHANICAL, LP D/B/A WAY
MECHANICAL
C/O WILLIAM B WESTCOTT
1885 SAINT JAMES PL
15TH FL
HOUSTON, TX  77056

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.80
CHARLIES PLUMBING INC
10114 THERMON ST.
HOUSTON, TX  77075

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.81** **Nonpriority creditor's name and mailing address**

CHEM AQUA INC
P.O.BOX 971269
DALLAS, TX  75397-1269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,874.01

---

**3.82** **Nonpriority creditor's name and mailing address**

CHEMSEARCH
PO BOX 971269
DALLAS, TX  75397-1269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,017.53

---

**3.83** **Nonpriority creditor's name and mailing address**

CIH INC C/O JAN KOEHN
8926 KIRBY DRIVE
HOUSTON, TX  77054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

**3.84** **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO 2
PO BOX 631025
CINCINNATI, OH  45263-1025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,092.11

---

**3.85** **Nonpriority creditor's name and mailing address**

CITY OF DALLAS
DALLAS WATER UTILITIES
CITY HALL 1AN
DALLAS, TX  75277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,759.01

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.86**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON
SIGN ADMINISTRATION DEPT, P.O. BOX 61167
HOUSTON, TX  77208-1167

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$361.82

---

**3.87**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON - OCCUPANCY
PERMIT DIVISION, 3300 S. MAIN
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.15

---

**3.88**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON FIRE PERMIT OFFICE
P.O. BOX 3625
HOUSTON, TX  77253

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$366.20

---

**3.89**

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON SIGN ADMINISTRATION
PO BOX 2688
HOUSTON, TX  77252-2688

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$764.36

---

**3.90**

**Nonpriority creditor's name and mailing address**

CITY OF PLANO UTILITIES
P.O. BOX 861990
PLANO, TX  75086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$344.64

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.91** | **Nonpriority creditor's name and mailing address**

CITYWIDE CPR, INC
21005 DIVISION ST  111
CREST HILL, IL  60403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.00

---

**3.92** | **Nonpriority creditor's name and mailing address**

CLEAN SCAPES - DALLAS, LLC DBA CLEAN SCAPES
LANDSCAPING
DBA CLEAN SCAPES LANDSCAPING
P O BOX 203070
AUSTIN, TX  78720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,543.54

---

**3.93** | **Nonpriority creditor's name and mailing address**

CLEAR LAKE CITY WATER AUTHORITY
900 BAY AREA BOULEVARD
HOUSTON, TX  77058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,564.00

---

**3.94** | **Nonpriority creditor's name and mailing address**

CLIENTS FIRST LANDSCAPE SOLUTIONS
118 NATIONAL DRIVE
ROCKWALL, TX  75032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,675.44

---

**3.95** | **Nonpriority creditor's name and mailing address**

CLIFFORD POWER SYSTEMS
DEPT 1754
TULSA, OK  74182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,960.00

| Debtor | Hartman SPE, LLC | | | | Case number (if known) 23-11452 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.96** | **Nonpriority creditor's name and mailing address**
CM PAINTING & DRYWALL
2906 SIERRA DR
CARROLLTON, TX 75007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,402.53

---

**3.97** | **Nonpriority creditor's name and mailing address**
CNP UD
PO BOX 3150
HOUSTON, TX 77253-3150

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,755.60

---

**3.98** | **Nonpriority creditor's name and mailing address**
COMBE GENERAL CONTRACTOR LLC
11152 WESTHEIMER ROAD SUITE 755
HOUSTON, TX 77042

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,955.10

---

**3.99** | **Nonpriority creditor's name and mailing address**
COMFORT AIR ENGINEERING INC
11403 JONES MALTSBERGER
SAN ANTONIO, TX 78216

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,278.56

---

**3.100** | **Nonpriority creditor's name and mailing address**
COMPASS GROUP USA INC DBA CANTEEN
2400 YORKMONT ROAD
CHARLOTTE, NC 28217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,970.16

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**

COMPETITION ROOFING, INC.
7310 FAIRVIEW STREET
HOUSTON, TX 77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,352.06

---

**3.102** | **Nonpriority creditor's name and mailing address**

COMPLETE SWEEP INC
PO BOX 48055
FORT WORTH, TX 76148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,405.55

---

**3.103** | **Nonpriority creditor's name and mailing address**

CONVERGENTZ BUILDING SYSTEMS, LLC DBA
CONVERGENTZ
DBA CONVERGENTZ
DEPT HOU1121, P O BOX 650998
DALLAS, TX 75265-0998

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,131.31

---

**3.104** | **Nonpriority creditor's name and mailing address**

COPPERFIELD PLACE PROP OWNERS ASSOCIATION
PO BOX 1118
COMMERCE, GA 30529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.105** | **Nonpriority creditor's name and mailing address**

CORPORATE FITNESS SOLUTIONS LLC
4950 KELLER SPRINGS ROAD
ADDISON, TX 75001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,720.72

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address**
COSS COMMUNICATIONS LLC
1505 FALLING LEAF DRIVE
FRIENDSWOOD, TX 77546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$514.19

**3.107** | **Nonpriority creditor's name and mailing address**
CPS ENERGY
PO BOX 2678
SAN ANTONIO, TX 78289

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$106,623.39

**3.108** | **Nonpriority creditor's name and mailing address**
CRANE COMMERCIAL SERVICES LLC
14011 DUBLIN SQUARE
SAN ANTONIO, TX 78217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,259.48

**3.109** | **Nonpriority creditor's name and mailing address**
CRE GROUP, LLC DBA CAPROCK ELECTRIC
900 HOGAN STREET
HOUSTON, TX 77009

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,162.37

**3.110** | **Nonpriority creditor's name and mailing address**
CUMMINS SOUTHERN PLAINS LLC
PO BOX 206039
DALLAS, TX 75320-6039

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,028.46

Debtor    Hartman SPE, LLC _____    Case number (if known) ___23-11452___

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

CYPRESS STATION AI
1330 ENCLAVE PKWY, STE 425
HOUSTON, TX  77077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,247.37 |

DAIKIN APPLIED
650 CENTURY PLAZA DR, STE D-130
HOUSTON, TX  77073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,786.84 |

DALLAS METAL SERVICE
13346 BEE STREET, SUITE 102, SUITE 102
FARMERS BRANCH, TX  75234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,980.80 |

DATAMAX INC
PO BOX 2235
ST. LOUIS, MO  63109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,596.37 |

DATAWATCH SYSTEMS INC
4401 EAST-WEST HIGHWAY, STE 500
BETHESDA, MD  20814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,323.80 |
|---|---|---|---|

3.116   **Nonpriority creditor's name and mailing address**

DEFINITY PEST SERVICES LLC
PO BOX 744253
DALLAS, TX  75374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,323.80

---

3.117   **Nonpriority creditor's name and mailing address**

DENISE MCCASKILL DBA TEENY WAHINI LLC
5910 GREEN TERRACE LANE
HOUSTON, TX  77088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,674.63

---

3.118   **Nonpriority creditor's name and mailing address**

DESIGN IT YOURSELF GIFT BASKETS
7999 HANSEN ROAD  204
HOUSTON, TX  77061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,842.88

---

3.119   **Nonpriority creditor's name and mailing address**

DEX IMAGING, LLC DBA STAPLES, INC.
P.O. BOX 17299
CLEARWATER, FL  33762-0299

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$541.25

---

3.120   **Nonpriority creditor's name and mailing address**

DFW BUILDING MAINTENANCE LLC
6401 EL DORADO PKWY, STE 84
MCKINNEY, TX  75070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,063.43

| Debtor | Hartman SPE, LLC | | | Case number (if known) | 23-11452 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>DIFFUSION MEDIA GROUP<br>21-23 CROYDON ROAD<br>CATERHAM<br>SURREY CR3 6PA<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $729.00 |

| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>DIVERSIFIED POWER SYSTEMS, INC.<br>PO BOX 662<br>MANSFIELD, TX 76063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,605.81 |

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>DONALD J. NICHOLS DBA ALLIANCE SAFETY<br>11024 A LANE STREET<br>HOUSTON, TX 77029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,081.05 |

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>DOOR CONTROL SERVICES INC<br>PO BOX 675067<br>DALLAS, TX 75267<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,430.21 |

| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>DOWNSHIFT 11 LLC DBA EXCALIBUR SIGNS<br>13250 BRANCH VIEW LANE<br>DALLAS, TX 75234<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $469.76 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address**
DPS DEVELOPMENTS LLC
2525 CORNELL DRIVE
FLOWER MOUND, TX 75022

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,933.78

---

**3.127** | **Nonpriority creditor's name and mailing address**
DSS FIRE
PO BOX 550940
DALLAS, TX 75355-0940

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,285.18

---

**3.128** | **Nonpriority creditor's name and mailing address**
EBE INC
P.O. BOX 79536
HOUSTON, TX 77279-9536

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$917.64

---

**3.129** | **Nonpriority creditor's name and mailing address**
ECD DESIGN/ACCESSIBILITY
6101 WOODVIEW AVE
AUSTIN, TX 78757

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.00

---

**3.130** | **Nonpriority creditor's name and mailing address**
ECOSYSTEMS ENVIRONMENTAL
C/O MICHAEL P. WORTHAM
CBS TELEVISION TOWER
12001 N. CENTRAL EXPY., STE. 650
DALLAS, TX 75243

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.131**

**Nonpriority creditor's name and mailing address**

ELECTRONIC DIRECTORY CORPORATION
PO BOX 8127
CHICAGO, IL  60680-8127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,727.00

---

**3.132**

**Nonpriority creditor's name and mailing address**

ELEVATOR TECHNICAL SERVICE
P.O.BOX 7429
HOUSTON, TX  77248-7429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.00

---

**3.133**

**Nonpriority creditor's name and mailing address**

ELITE WINDOW COVERINGS INC
870 SO. MASON ROAD SUITE 140
KATY, TX  77450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,499.27

---

**3.134**

**Nonpriority creditor's name and mailing address**

ELLIOTT ELECTRIC SUPPLY, INC
PO BOX 206524
DALLAS, TX  75320-6524

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.49

---

**3.135**

**Nonpriority creditor's name and mailing address**

EMPIRE ROOFING COMPANIES INC
16311 CENTRAL COMMERCE DR
PFLUGERVILLE, TX  78660-2034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,069.29

---

Debtor     Hartman SPE, LLC _____     Case number (if known) 23-11452
           (Name)

| Part 2: | Additional Page |

|  | Amount of claim |

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

ENGIE RESOURCES LLC
C/O SCOTT DAVENPORT
2009 LUBBOCK ST
HOUSTON, TX  77007

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,267.17

ENGRAVE TECH AND GRAPHICS
326 W NAKOMA
SAN ANTONIO, TX  78216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,996.91

ENTECH SALES AND SERVICE INC
3404 GARDEN BROOK DR
DALLAS, TX  75234

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,122.12

ENVIRONMENTAL COALITION INCORPORATED
PO BOX 1568
STAFFORD, TX  77497

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $595.38

ENVIROTEAM PEST CONTROL LLC
PO BOX 690966
HOUSTON, TX  77269

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address**<br><br>ESSENTIAL AIR MECHANICAL SERVICES<br>3813 ORLEANS WAY<br>HEARTLAND, TX  75126<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,797.08 |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br><br>EUFLORA INTERSCAPING INC<br>220 W. COWAN DR.<br>HOUSTON, TX  77007-5031<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,539.28 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br><br>EVAP SOLUTIONS<br>10912 GULF FREEWAY  44E<br>HOUSTON, TX  77034<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,105.46 |
| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>EWINDOWCOVERINGS LLC DBA BLINDSTER<br>400 N SAM HOUSTON PARKWAY E, STE. 1050<br>HOUSTON, TX  77060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,917.78 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br><br>F.W. WALTON SAN ANTONIO LLC<br>17321 BELL NORTH SUITE 1<br>SCHERTZ, TX  78154<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,598.00 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |

(Name)

| **Part 2:** | Additional Page | | | | Amount of claim |

---

**3.146** | **Nonpriority creditor's name and mailing address**
FACILITEC, INC
260 PEACHTREE STREET NW STE 1100
ATLANTA, GA  30303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,229.85

---

**3.147** | **Nonpriority creditor's name and mailing address**
FACILITIES MECHANICAL INC
12933 BRITTMORE PARK DR.
HOUSTON, TX  77041-7276

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,010.06

---

**3.148** | **Nonpriority creditor's name and mailing address**
FEDERAL MAINTENANCE SVC INC
10000 MULA ROAD
STAFFORD, TX  77477

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,871.25

---

**3.149** | **Nonpriority creditor's name and mailing address**
FERNANDO GONZALES JR DBA AFIT ELECTRICAL CONTR
SVC
DBA AFIT ELECTRICAL CONTR SVC
6711 SUNLIGHT DRIVE
SAN ANTONIO, TX  78238

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$608.00

---

**3.150** | **Nonpriority creditor's name and mailing address**
FIKES SERVICES INC
753 PORT AMERICA PL  205
GRAPEVINE, TX  76051

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,320.02

---

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.151 | **Nonpriority creditor's name and mailing address**<br><br>FILGO OIL COMPANY LTD<br>P.O. BOX 565421<br>DALLAS, TX 75356-5421<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $334.91 |

| 3.152 | **Nonpriority creditor's name and mailing address**<br><br>FILTER TECHNOLOGY CO INC<br>9018-B SCRANTON STREET<br>HOUSTON, TX 77075<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $548.96 |

| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>FIRE SAFE PROTECTION SERVICES LP<br>PO BOX 679873<br>DALLAS, TX 75267-9783<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $850.00 |

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>FIRE SAFETY SOLUTIONS INC<br>2348 LU FIELD RD.<br>DALLAS, TX 75229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,197.79 |

| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>FLUID METER SALES & SERVICE, INC.<br>10321 MONROE ROAD<br>HOUSTON, TX 77075<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,819.53 |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)   23-11452

| | Amount of claim |
|---|---|

**Part 2:**   Additional Page

---

**3.156**   **Nonpriority creditor's name and mailing address**    $28,267.99

FM WELDING REPAIRS AND MORE LLC
509 MAYFORD
HOUSTON, TX  77076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157**   **Nonpriority creditor's name and mailing address**    $42.50

FORTRESS SECURITY LLC DBA OMNI FIRE AND SECURITY SYSTEMS
DBA OMNI FIRE AND SECURITY SYSTEMS
P O BOX 200337
ARLINGTON, TX  76006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**    $850.00

FRANCO RIOS JACINTO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**    $5,017.00

FRANK MARTINEZ DBA COMFORT ZONE
6218 DEERSKIN ST
SAN ANTONIO, TX  78238-4304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**    $757.71

FUJITEC AMERICA INC
P.O. BOX 733297
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>FUSION LED, INC DBA SIGN-EXPRESS<br>1924 RANKIN STE 300<br>HOUSTON, TX 77073<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,758.31 |
|---|---|---|

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>GATEMAN INC<br>PO BOX 270160<br>HOUSTON, TX 77277<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,692.53 |

| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>GAWLIK ENTERPRISES LLC DBA XTREME CONSTRUCTION<br>AND SERVICES<br>DBA XTREME CONSTRUCTION AND SERVICES<br>PO BOX 2182<br>BOERNE, TX 78006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,620.00 |

| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>GFS INDUSTRIES, LLC<br>24165 IH 10 WEST SUITE 217<br>SAN ANTONIO, TX 78257<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $608.96 |

| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>GONZALEZ AND SCHNEEBERG ENGINEERS AND<br>SURVEYORS INC<br>SURVEYORS INC<br>2100 LAKESIDE BLVD. STE 200<br>RICHARDSON, TX 75082<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,641.88 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,437.49

GORDON SAFE & LOCK, INC
9206 CYPRESS CREEK PARKWAY
HOUSTON, TX  77070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | | $129.00

GRAINGER
DEPT 815818695, PO BOX 419267
KANSAS CITY, MO  64141-6267

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | | $460.06

GRAY PAINTING COMPANY INC
11034 SHADY TRAIL SUITE 124
DALLAS, TX  75229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | | $1,769.66

GROUNDS KEEPERS INC
PO BOX 572806
HOUSTON, TX  77257-2806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | | $3,897.00

GTE SOLUTIONS,INC
2100 WEST LOOP S, SUITE 800
HOUSTON, TX  77027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>GUARDTEXAS, INC.<br>PO BOX 850356<br>RICHARDSON, TX  75085-0356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,544.74 |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>HAR CON MECHANICAL CONTRACTORS LLC<br>9009 WEST LITTLE YORK ROAD<br>HOUSTON, TX  77040-4113<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,234.54 |
| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS CO FWSD 51<br>PO BOX 24338<br>HOUSTON, TX  77229-4338<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $284.34 |
| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS COUNTY MUD #16<br>P.O. BOX 12149<br>SPRING, TX  77391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,581.00 |
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS COUNTY MUD #81<br>P.O BOX 3150<br>HOUSTON, TX  77253-3150<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,541.45 |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.176** | **Nonpriority creditor's name and mailing address**

HARRIS COUNTY MUD 185
P.O. BOX 684000
HOUSTON, TX 77268-4000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,076.01

---

**3.177** | **Nonpriority creditor's name and mailing address**

HARRIS COUNTY MUD 186
PO BOX 842115
HOUSTON, TX 77284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$615.65

---

**3.178** | **Nonpriority creditor's name and mailing address**

HARRIS COUNTY WCID 116
P.O. BOX 173, DEP. 55037
HOUSTON, TX 77001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,266.10

---

**3.179** | **Nonpriority creditor's name and mailing address**

HARRIS- GALVESTON SUBSIDENCE DISTRICT
1660 WEST BAY AREA BLVD.
FRIENDSWOOD, TX 77546-2640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.180** | **Nonpriority creditor's name and mailing address**

HARTMAN VREIT XXI, INC.
C/O LAW OFFICE OF
THOMAS N. LIGHTSEY III, P.C.
5151 SAN FELIPE, SUITE 400
HOUSTON, TX 77056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

**3.181** **Nonpriority creditor's name and mailing address**

HAYDAY INC DBA CTWP
3730 FRANKLIN AVE
WACO, TX 76710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$667.45

---

**3.182** **Nonpriority creditor's name and mailing address**

HB MECHANICAL SERVICES, INC.
20410 OLD SORTERS ROAD
PORTER, TX 77365

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,081.42

---

**3.183** **Nonpriority creditor's name and mailing address**

HD SUPPLY FACILITIES MAINTENANCE LTD
P.O. BOX 509058
SAN DIEGO, CA 92150-9058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,296.09

---

**3.184** **Nonpriority creditor's name and mailing address**

HEIGHTS ARMATURE WORKS, INC.
12250 TAYLOR ROAD
HOUSTON, TX 77041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,093.52

---

**3.185** **Nonpriority creditor's name and mailing address**

HIGH PERFORMANCE SMARTEBUILDING LLC
520 CHITALPA STREET
LEANDER, TX 78641

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,944.46

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,922.75 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

HIGH RISE PRO CLEANERS LLC
6609 CATHCART DRIVE
HOUSTON, TX 77091

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**

HIJAZ FOUNDATION OF AMERICA INC
15001 BEECHNUT ST.
HOUSTON, TX 77083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,624.00

---

**3.188**

**Nonpriority creditor's name and mailing address**

HINOJOSA WATERPROOFING, LLC
6125 W GULF BANK RD.
HOUSTON, TX 77088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,847.36

---

**3.189**

**Nonpriority creditor's name and mailing address**

HOLTS MECHANICAL LTD
5522 RITTIMAN ROAD
SAN ANTONIO, TX 78218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,440.70

---

**3.190**

**Nonpriority creditor's name and mailing address**

HOME DEPOT CREDIT SERVICES
PO BOX 9001043
LOUISVILLE, KY 40290-1043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,358.31

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON ASPHALT & CONCRETE REPAIR, INC.<br>109 HOLMES RD.<br>HOUSTON, TX  77045<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,786.13 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON FIRE PROTECTION SERVICES<br>PO BOX 679783<br>DALLAS, TX  75267-9783<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,883.55 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON PAVING COMPANY<br>1251 CAUDLE DRIVE<br>HOUSTON, TX  77055<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,167.63 |
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>HOUSTON UNIFORM AND APPAREL CO<br>PO BOX 630336<br>HOUSTON, TX  77263-0336<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.55 |
| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>HTOWN BUILDING MAINTENANCE SUPPLIES<br>5106 CEDAR SPRING DR<br>MISSOURI CITY, TX  77459<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,963.79 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>HYDRO SOLUTIONS OF TEXAS LTD<br>3103 SE LOOP 410<br>SAN ANTONIO, TX 78222<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,827.14 |

| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>HYDRO SYSTEMS, INC<br>1501 N. 28TH ST.<br>HARLINGEN, TX 78550<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,066.76 |

| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>INCONTROL WATER SYSTEMS<br>410 INTERCHANGE ST.<br>MCKINNEY, TX 75071<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,309.83 |

| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>INNOVATIVE ROOFING AND RESTORATION<br>1778 WEST SAM HOUSTON PKWY NORTH<br>HOUSTON, TX 77043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,535.50 |

| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>INSIGHT GLASS SERVICES LLC<br>P O BOX 940803<br>PLANO, TX 75094<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,134.15 |

Debtor    Hartman SPE, LLC
_____    _____    _____
(Name)                            Case number (if known)    23-11452

| Part 2: | Additional Page |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>INTEGRIBUILT LLC<br>8100 JETSTAR DRIVE  100<br>IRVING, TX  75063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,009.34 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>INTERIORSCAPE SERVICE COMPANY<br>P.O. BOX 531542<br>GRAND PRAIRIE, TX  75053<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,388.67 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>INTERPRISE SOUTHWEST INC DBA INTERPRISE<br>P.O. BOX 3689, DEPT.  507<br>SUGAR LAND, TX  77487<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,737.95 |
| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>IRON HORSE FLOORING LLC DBA PDL DESIGNS<br>16200 ADDISON RD, STE 140<br>C/O TODD A HOODENPYLE<br>ADDISON, TX  75001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.205 | **Nonpriority creditor's name and mailing address**<br><br>JESSE CARDOZA DBA THE LAWN HELPERS LLC DBA<br>LANDSCAPE HORTICULTURE SERVICE<br>DBA THE LAWN HELPERS LLC<br>DBA LANDSCAPE HORTICULTURE SERVICE<br>2631 CHALK HILL RD<br>DALLAS, TX  75212<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,053.08 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.206**

**Nonpriority creditor's name and mailing address**

JF FILTRATION INC DBA JOE W FLY CO INC
PO BOX 678106
DALLAS, TX  75267-8106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,517.13

---

**3.207**

**Nonpriority creditor's name and mailing address**

JOHN R. ROSS COMPANY, INC.
6695 OLIVER CREEK RD.
JUSTIN, TX  76247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,188.48

---

**3.208**

**Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS
PO BOX 730068
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,866.54

---

**3.209**

**Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL  75081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,787.79

---

**3.210**

**Nonpriority creditor's name and mailing address**

JOSE BAUTISTA ZAVALA DBA ZAVALA PAINTING
3214 CHAMITA ST.
SAN ANTONIO, TX  78211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,059.42

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.211**

**Nonpriority creditor's name and mailing address**

JPM BUILDING SYSTEMS INC
1115 SHADY LANE
AUSTIN, TX  78721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.212**

**Nonpriority creditor's name and mailing address**

JUAN CARLOS MENDOZA DBA CARLOS MENDOZA
PAINTING & DRYWALL
DBA CARLOS MENDOZA PAINTING & DRYWALL
2906 SIERRA DR
CARROLLTON, TX  75007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,972.46

---

**3.213**

**Nonpriority creditor's name and mailing address**

JUNK KING LLC
13659 JUPITER ROAD SUITE 208
DALLAS, TX  75238

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,684.06

---

**3.214**

**Nonpriority creditor's name and mailing address**

JW DIELMANN INC
2431 BULVERDE RD
BULVERDE, TX  78163

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$405.00

---

**3.215**

**Nonpriority creditor's name and mailing address**

K AND R MECHANICAL SERVICES LLC
12634 HAYNES RD. STE B
HOUSTON, TX  77066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,021.67

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.216** | **Nonpriority creditor's name and mailing address**

KAJ CONSTRUCTION INC
14237 E. SAM HOUSTON PKWY N.
SUITE 200
PO BOX 211
HOUSTON, TX 77044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$414,109.25

---

**3.217** | **Nonpriority creditor's name and mailing address**

KASTLE SYSTEMS OF TEXAS LLC
PO BOX 75160
BALTIMORE, VA 21275-5160

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,112.09

---

**3.218** | **Nonpriority creditor's name and mailing address**

KB ODOR CONTROL SERVICES LLC
16635 SPRING CYPRESS NO. 2147
CYPRESS, TX 77410-2147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,122.16

---

**3.219** | **Nonpriority creditor's name and mailing address**

KINGS III OF AMERICA INC
751 CANYON DRIVE, STE 100
COPPELL, TX 75019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$846.13

---

**3.220** | **Nonpriority creditor's name and mailing address**

KIRKSEY ARCHITECHS, INC DBA KIRKSEY ARCHITECTURE
DBA KIRKSEY ARCHITECTURE
6909 PORTWEST DRIVE
HOUSTON, TX 77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,750.00

---

Debtor    Hartman SPE, LLC
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.221**  **Nonpriority creditor's name and mailing address**

KOETTER FIRE PROTECTION OF SAN ANTONIO, LLC
12079 STARCREST DRIVE
SAN ANTONIO, TX  78247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,554.84

---

**3.222**  **Nonpriority creditor's name and mailing address**

KRONBERG'S FLAGS AND FLAGPOLES
7106 MAPLERIDGE
HOUSTON, TX  77081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$745.52

---

**3.223**  **Nonpriority creditor's name and mailing address**

KW RECEIVABLE DBA CYREX GLASS AND MIRROR
P.O. BOX 62391
HOUSTON, TX  77205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,052.43

---

**3.224**  **Nonpriority creditor's name and mailing address**

LADELL L CRAVEN DBA CRAVEN CONTRACTING
ASSOCIATES
DBA CRAVEN CONTRACTING ASSOCIATES
5706 E. MOCKINGBIRD LN  115-117
DALLAS, TX  75206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,036.22

---

**3.225**  **Nonpriority creditor's name and mailing address**

LAKEVIEW GLASS AND MIRROR, INC.
8242 WARREN ROAD
HOUSTON, TX  77040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,386.59

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,550.58

LAS COLINAS ASSOCIATION
P.O.BOX 203264
DALLAS, TX  75320-3264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

LAS COLINAS ASSOCIATION
PO BOX 203264
DALLAS, TX  75320-3264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,006.61

LAWN MANAGEMENT COMPANY INC
PO BOX 55504
HOUSTON, TX  77255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.48

LEAF
PO BOX 742647
CINCINNATI, OH  45264-2647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,482.23

LED OF SAN ANTONIO LLC DBA LED ELECTRIC LIGHTING
DBA LED ELECTRIC LIGHTING
13119 LOOKOUT RIDGE
SAN ANTONIO, TX  78233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,843.88 |

**Nonpriority creditor's name and mailing address**

LIGHTNIN RODS ELECTRICAL SVC
10002 GLENKIRK
HOUSTON, TX  77089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,843.88

---

**3.232**

**Nonpriority creditor's name and mailing address**

LINGO COMMUNICATIONS LLC
5607 GLENRIDGE DRIVE NE STE 300
ATLANTA, GA  30342

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $390.11

---

**3.233**

**Nonpriority creditor's name and mailing address**

LOGICAL SOLUTIONS INC
407 INTERNATIONAL PARKWAY STE 406
RICHARDSON, TX  75081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $49,384.19

---

**3.234**

**Nonpriority creditor's name and mailing address**

LONGHORN MECHANICAL LLC
PO BOX 909
VAN ALSTYNE, TX  75495

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $82,506.37

---

**3.235**

**Nonpriority creditor's name and mailing address**

LUMEN LIGHTNING & ELECTRIC LLC
130 WHITNEY DRIVE
HICKORY CREEK, TX  75065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $250.00

Debtor    Hartman SPE, LLC                                      Case number (if known)    23-11452

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.236** | **Nonpriority creditor's name and mailing address**

MAKO HVAC SYSTEMS, LLC
12633 REED ROAD
SUGAR LAND, TX 77478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$17,744.14**

---

**3.237** | **Nonpriority creditor's name and mailing address**

MALLEY AND MALLEY LP DBA LONGHORN LOT
MAINTENANCE
DBA LONGHORN LOT MAINTENANCE
7113 SAN PEDRO AVE,  183
SAN ANTONIO, TX  78216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$14,305.93**

---

**3.238** | **Nonpriority creditor's name and mailing address**

MARK ROME INC DBA SMOOTHIES ON THE GO DBA  MAUI
WOWI HAWAIIAN
DBA SMOOTHIES ON THE GO
DBA  MAUI WOWI HAWAIIAN
38094 JOE LOGGINS ROAD
HEMPSTEAD, TX  77445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,039.20**

---

**3.239** | **Nonpriority creditor's name and mailing address**

MARKS PLUMBING PARTS
PO BOX 121554
FORT WORTH, TX 76121-1554

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$14,391.53**

---

**3.240** | **Nonpriority creditor's name and mailing address**

MATTHEW MASHBURN DBA DYNAMIC MECHANICAL
SOLUTIONS
C/O HARPER PITTS
ATWOOD & MCCALL PLLC
8150 N. CENTRAL EXPWY, STE 1100
DALLAS, TX  75206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**UNKNOWN**

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,962.07 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.241
MDAGA CONSTRUCTION LLC
2167 NE LOOP APT A19
SAN ANTONIO, TX  78217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,962.07

---

3.242
MERCHANTS AND INDUSTRIAL SECURITY INC
PO BOX 742553
DALLAS, TX  75374-2553

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,254.01

---

3.243
MICHAELS KEYS INC
206 W. BEDFORD EULESS RD.
HURST, TX  76053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,521.40

---

3.244
MID AMERICA SPECIALTY SERVICES DBA MAM LLC.
PO BOX 860
OZARK, MO  65721-0860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,883.61

---

3.245
MIKES AC AND REFRIGERATION
11015 BISSONNET
HOUSTON, TX  77099

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,929.28

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,933.53
Check all that apply.

MISSION BEND MUD #1
PO BOX 4824
HOUSTON, TX 77210-4824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,527.54
Check all that apply.

MISTER SWEEPER LP
P.O. BOX 560048
DALLAS, TX 75356-0048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $939.88
Check all that apply.

MITEC
2445 MEADOWBROOK PARKWAY
DULUTH, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,660.78
Check all that apply.

MOBILE TINT LLC DBA A1 GLASS
2029 PAT BOOKER ROAD
UNIVERSAL CITY, TX 78148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,010.71
Check all that apply.

MOFFITT HOLDINGS LLC DBA MOFFITT SERVICES
P.O. BOX 4820
HOUSTON, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>MOMAR INC DBA SUPERCO SPECIALTY PRODUCTS<br>1830 ELLSWORTH INDUSTRIAL DR NW<br>ATLANTA, GA 30318-3746<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $265.97 |
| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>MORIS MOREIRA DBA PREMIUM HVAC MECHANICAL<br>SERVICES LLC<br>DBA PREMIUM HVAC MECHANICAL SERVICES LLC<br>7935 SCENIC CANYON LANE<br>HOUSTON, TX 77095<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,210.82 |
| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>MUZAK LLC DBA MOOD MEDIA<br>PO BOX 71070<br>CHARLOTTE, NC 28272<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,780.33 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL COMPUTER COMPANY INC<br>1505 WALLACE DR 154<br>CARROLLTON, TX 75006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,155.93 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL ENVIRONMENTAL SERVICES LLC<br>P.O. BOX 1161<br>REDLANDS, CA 92373<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,103.90 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL LED<br>6807 PORTWEST DR<br>HOUSTON, TX  77024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,004.93 |
|---|---|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL SIGNS LLC<br>2611 EL CAMINO STREET<br>HOUSTON, TX  77054<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $840.00 |
|---|---|---|---|

| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>NATIONS ROOF LLC<br>P O BOX 669271<br>DALLAS, TX  75311-9271<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,943.12 |
|---|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>NATURA<br>6436 BABCOCK RD<br>SAN ANTONIO, TX  78249<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,028.71 |
|---|---|---|---|

| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>NORTH STAR UNIFORMS AND EMBROIDERY INC<br>202 EAST GOSHEN<br>CANTON, TX  75103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,455.10 |
|---|---|---|---|

| Debtor | Hartman SPE, LLC | | Case number (if known) 23-11452 |
|--------|------------------|--|--------------------------------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|----------------|

**3.261**

**Nonpriority creditor's name and mailing address**

NP SIGN SYSTEM
12717 SHILOH CHURCH ROAD, SUITE A
HOUSTON, TX 77066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,450.35

---

**3.262**

**Nonpriority creditor's name and mailing address**

NRG ENERGY INC DBA RELIANT RETAIL SERVICES LLC
DBA RELIANT RETAIL SERVICES LLC
P.O. BOX 650475
DALLAS, TX 75265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,131,230.87

---

**3.263**

**Nonpriority creditor's name and mailing address**

OGH SERVICE COMPANY INC
402 4TH ST.
SEALY, TX 77474

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,954.62

---

**3.264**

**Nonpriority creditor's name and mailing address**

OLD FAITHFUL FOUNTAINS INC
3529 ASSET STREET
GARLAND, TX 75042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,039.67

---

**3.265**

**Nonpriority creditor's name and mailing address**

OMNI FIRE AND SECURITY SYSTEMS
PO BOX 200337
ARLINGTON, TX 76006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.07

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>ORKIN LLC<br>3330 KELLER SPRINGS RD. STE 250<br>CARROLLTON, TX  75006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,582.11 |
|---|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>OSCAR ARREDONDO JR DBA FIRE DETECTION COMPANY<br>INC<br>DBA FIRE DETECTION COMPANY INC<br>10450 NORTON DRIVE<br>HOUSTON, TX  77043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $811.88 |
| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>OTIS ELEVATOR COMPANY<br>P.O. BOX 730400<br>DALLAS, TX  75373-0400<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,387.27 |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>PAINTING PROFESSIONALS INC<br>1511 BINGLE ROAD, STE. A-5<br>HOUSTON, TX  77055<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,185.29 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>PATRIOT SERVICES ELECTRIC, LLC<br>18640 FM 1488 SUITE A187<br>MAGNOLIA, TX  77354<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $400.50 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,542.25

PERFECT SCENTS OF TEXAS
2313 LOCKHILL SELMA RD, STE. 112
SAN ANTONIO, TX  78230

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,277.50

PERFECT TECH A/C AND HEATING
P.O BOX 200670
SAN ANTONIO, TX  78220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $811.88

PETRI ELECTRIC, INC.
907 NORTH BOWSER ROAD
RICHARDSON, TX  75081

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,284.65

PHILLIPS FIRE & LIFE SAFETY LLC
526 KINGWOOD DR.  416
KINGWOOD, TX  77339

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180.66

PITNEY BOWES GLOBAL FINANCIAL
SERVICES, LLC, P.O. BOX 981039
BOSTON, MA  02298-1039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.276** | **Nonpriority creditor's name and mailing address**
PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 981039
BOSTON, MA  02298-1039

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$235.60

---

**3.277** | **Nonpriority creditor's name and mailing address**
PITNEY BOWES INC
PO BOX 381039
BOSTON, MA  02298-1039

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$467.64

---

**3.278** | **Nonpriority creditor's name and mailing address**
PRECISION BUILDING CONTROLS, LLC
101 E PARK BLVD STE 757
PLANO, TX  75074

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,960.00

---

**3.279** | **Nonpriority creditor's name and mailing address**
PRECISION GENERAL CONTRACTING, LLC
C/O J. PHILIP COLLIER
8023 VANTAGE DRIVE, SUITE 590
SAN ANTONIO, TX  78230

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.280** | **Nonpriority creditor's name and mailing address**
PRECISION POWER SOLUTION, LLC
12436 FM 1960 RD W  176
HOUSTON, TX  77065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,023.38

Debtor    Hartman SPE, LLC                                    Case number (if known)    23-11452

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $424.77 |

PRECISION WATER TECHNOLOGIES INC
1225 CAPITAL DRIVE  180
CARROLLTON, TX  75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63,467.67 |

PREFERRED MECHANICAL GROUP, LLC
5729 LEBANON RD. 144239
FRISCO, TX  75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,319.60 |

PRESTO INTERIOR DESIGN
7522 CAMPBELL ROAD, STE 113-267
DALLAS, TX  75248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,533.01 |

PRESTONWOOD LANDSCAPE SERVICES LLC
PO BOX 542466
DALLAS, TX  75354

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,539.00 |

PRIMARY PLUMBING SERVICES LLC
2722 BROAD ST
HOUSTON, TX  77087-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | **Amount of claim** |
| --- | --- | --- |

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $601,068.51 |
| | | Check all that apply. | |
| | PRITCHARD INDUSTRIES SOUTHWEST, LLC | | |
| | 4040 DIRECTORS ROW | ☐ Contingent | |
| | HOUSTON, TX 77092 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $744.63 |
| | | Check all that apply. | |
| | PRODIGY HVAC, LLC | | |
| | 600 FOR WORTH DRIVE | ☐ Contingent | |
| | DENTON, TX 76201 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.36 |
| | | Check all that apply. | |
| | PROFESSIONAL SERVICE COMPANY | | |
| | P.O. BOX 337 | ☒ Contingent | |
| | DESOTO, TX 75123-0337 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,930.75 |
| | | Check all that apply. | |
| | PROGREEN LANDSCAPES INC | | |
| | PO BOX 1561 | ☐ Contingent | |
| | ALIEF, TX 77411 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $171,285.47 |
| | | Check all that apply. | |
| | PROMISE TOTAL SERVICES OF HOUSTON INC | | |
| | PO BOX 29789 | ☐ Contingent | |
| | DALLAS, TX 75229 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.291** | **Nonpriority creditor's name and mailing address**

PROSTAR SERVICES INC DBA PARKS COFFEE
P.O. BOX 110209
CARROLLTON, TX  75011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,840.62

---

**3.292** | **Nonpriority creditor's name and mailing address**

PURE AIR FILTER CO INC
4743 WHIRLWIND ST
SAN ANTONIO, TX  78217-3720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,419.72

---

**3.293** | **Nonpriority creditor's name and mailing address**

QUADIENT, INC
PO BOX 123689 DEPT 3689
DALLAS, TX  75312-3689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$828.66

---

**3.294** | **Nonpriority creditor's name and mailing address**

QUALITY 1 ENERGY SYSTEMS, INC
10874 PLANO ROAD SUITE D
DALLAS, TX  75238

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,470.16

---

**3.295** | **Nonpriority creditor's name and mailing address**

QUIDDITY ENGINEERING, LLC
P.O. BOX 664080
DALLAS, TX  75266-4080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,247.50

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>RAINBOW II JANITORIAL SERVICES INC<br>2220 COIT ROAD, STE 480-211<br>PLANO, TX  75075<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,654.76 |
|---|---|---|

| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>RAMA SERVICES DBA STARLIGHT CLEANING<br>P.O. BOX 224731<br>DALLAS, TX  75222-4731<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,665.97 |

| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>RAZI SIGNAGE & CONSULTING LLC DBA FASTSIGNS<br>GARLAND<br>DBA FASTSIGNS GARLAND<br>5255 N. PRESIDENT GEORGE BUSH HWY  300<br>GARLAND, TX  75040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,406.71 |

| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>RB ROOFING LLC<br>2601 WOOD DR.<br>GARLAND, TX  75041<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,932.02 |

| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>RDI MECHANICAL, INC.<br>7150 BREEN DR<br>HOUSTON, TX  77086<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,303.79 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.301** | **Nonpriority creditor's name and mailing address**

REGENCY SQUARE IMPROVEMENT ASSOC, INC.
P.O. BOX 30419
TAMPA, FL 33630-3419

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,460.12

---

**3.302** | **Nonpriority creditor's name and mailing address**

REGENCY SQUARE IMPROVEMENT ASSOCIATION
PO BOX 30419
TAMPA, FL 33630-3419

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.303** | **Nonpriority creditor's name and mailing address**

REILAND HOLDINGS INC DBA BUDGET SIGNS
2801 WEST AVENUE
SAN ANTONIO, TX 78201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,420.24

---

**3.304** | **Nonpriority creditor's name and mailing address**

RELIABLE PLANT MAINTENANCE INC
1323 MEADOWBROOK DRIVE
MCKINNEY, TX 75069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,489.63

---

**3.305** | **Nonpriority creditor's name and mailing address**

RELIANT ELEVATOR INSPECTION & CONSULTING
5020 RUNNING BROOK DRIVE
JOSHUA, TX 76058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,850.00

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $965.80 |
|---|---|---|---|

**3.306**

**Nonpriority creditor's name and mailing address**

REM TFL LLC (DBA) THE FLYING LOCKSMITHS OF HOUSTON
DBA THE FLYING LOCKSMITHS OF HOUSTON
3311 RICHMOND AVE., SUITE 150
HOUSTON, TX  77098

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$965.80

---

**3.307**

**Nonpriority creditor's name and mailing address**

RENEWED SOLUTIONS, LLC
11816 INWOOD RD, PO BOX 3110
DALLAS, TX  75244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,361.20

---

**3.308**

**Nonpriority creditor's name and mailing address**

RENTOKIL NORTH AMERICA DBA AMBIUS
P.O.BOX 14086
READING, PA  19612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,646.45

---

**3.309**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES 852
PO BOX 78829
PHOENIX, AZ  85062-8829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$728.06

---

**3.310**

**Nonpriority creditor's name and mailing address**

RICHARD DESIGN SERVICES, INC.
11200 WESTHEIMER SUITE 800
HOUSTON, TX  77042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor    Hartman SPE, LLC _____    Case number (if known) 23-11452

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.311**

**Nonpriority creditor's name and mailing address**

RL TEAM CONTRACTORS INC DBA TEAM CONTRACTORS
3201 INTERSTATE 30
STE F
MESQUITE, TX  75150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,103.93

---

**3.312**

**Nonpriority creditor's name and mailing address**

RODNEY BIVENS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,340.49

---

**3.313**

**Nonpriority creditor's name and mailing address**

ROGER GENE HOBBS DBA HOBBS SERVICES LLC
P.O. BOX 1202
HUFFMAN, TX  77336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,400.00

---

**3.314**

**Nonpriority creditor's name and mailing address**

ROYAL CATERING INC
800 S. CENTRAL EXPRESSWAY
RICHARDSON, TX  75080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,335.31

---

**3.315**

**Nonpriority creditor's name and mailing address**

SAN ANTONIO BUILDING SERVICES AND SUPPLIES LLC
2313 LOCKHILL SELMA RD, STE 112
SAN ANTONIO, TX  78230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.25

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,904.10

SAN ANTONIO WATER SYSTEM
PO BOX 2990
SAN ANTONIO, TX  78299-2990

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $388.40

SATCO SERVICES, INC.
4008 LOUETTA, SUITE 198
SPRING, TX  77388

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $824.04

SCENT SERVICE COMPANY DBA PERFECT SCENTS
10431 GULFDALE
SAN ANTONIO, TX  78216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,671.91

SCHNEIDER ELECTRIC BUILDINGS AMERICAS IN
P.O. BOX 841868
DALLAS, TX  75284-1868

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,052.84

SCOTT PARKER
ADDRESS REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address**<br><br>SEIBERT ENTERPRISES, LLC DBA FSR SERVICES<br>7018 BENDER RD.<br>HUMBLE, TX 77396<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $757.75 |
| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>SELECT MILLWORK, INC<br>300 UNION BOWER CT 310<br>IRVING, TX 75061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,594.50 |
| 3.323 | **Nonpriority creditor's name and mailing address**<br><br>SERVICE FIRST JANITORIAL LLC<br>C/O ROBERT KEMP<br>2815 VALLEY LN<br>DALLAS, TX 75234<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.324 | **Nonpriority creditor's name and mailing address**<br><br>SHERWOOD AND SHERWOOD INVESTMENTS INC DBA<br>LONE STAR FIRE AND FIRST AID<br>DBA LONE STAR FIRE AND FIRST AID<br>449 CULEBRA ROAD<br>SAN ANTONIO, TX 78201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.53 |
| 3.325 | **Nonpriority creditor's name and mailing address**<br><br>SIGNMART LTD D/B/A FASTSIGNS<br>C/O CHRISTOPHER CAMMACK<br>7324 SOUTHWEST FWY<br>STE 1446<br>HOUSTON, TX 77074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.326 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH TEXAS POWERWASH AND STRIPING INC DBA<br>TEXAS PARKING LOTS<br>DBA TEXAS PARKING LOTS<br>231 STATE HWY 46 WEST<br>BOERNE, TX  78006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,310.91 |
| 3.327 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH TEXAS SURVEYING ASSOC., INC.<br>11281 RICHMOND AVENUE<br>BLDG. J<br>SUITE 101<br>HOUSTON, TX  77082<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,031.00 |
| 3.328 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH TEXAS SWEEPERS INC<br>P.O. BOX 9519<br>WOODLANDS, TX  77387-9519<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,797.70 |
| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHSIDE ENVIRONMENTAL SERVICES, LLC<br>C/O MICHAEL WORTHAM<br>12001 N CENTRAL EXPWY<br>STE 650<br>DALLAS, TX  75243<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWEST ENGINEERS<br>P.O. BOX 2499<br>SLIDELL, LA  70459<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $920.10 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.331**

**Nonpriority creditor's name and mailing address**

SOUTHWEST EXTERMINATING
11023 SOUTHWEST FREEWAY
HOUSTON, TX 77074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.48

---

**3.332**

**Nonpriority creditor's name and mailing address**

SPEECHCARE, INC.
5220 SPRING VALLEY RD
STE 530
DALLAS, TX 75254

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.333**

**Nonpriority creditor's name and mailing address**

STANLEY RESTORATION LLC
1471 AMERICAN WAY
CEDAR HILL, TX 75104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,551.15

---

**3.334**

**Nonpriority creditor's name and mailing address**

STAPLES CONTRACT AND COMMERCIAL INC
PO BOX 660409
DALLAS, TX 75266-0409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,828.38

---

**3.335**

**Nonpriority creditor's name and mailing address**

STATE INDUSTRIAL PRODUCTS
PO BOX 844284
BOSTON, MA 02284-4284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,239.39

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.336** | **Nonpriority creditor's name and mailing address**

STATE OF TEXAS
ATTN:  TEXAS FACILITIES COMMISSION
P.O. BOX 13047
AUSTIN, TX  78711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.337** | **Nonpriority creditor's name and mailing address**

STI-GC, LLC
931 BASSE RD
SAN ANTONIO, TX  78212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,789.87

---

**3.338** | **Nonpriority creditor's name and mailing address**

STRATEGIC FILTRATION INC
2500 FAIRWAY PARK DR
HOUSTON, TX  77092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,498.67

---

**3.339** | **Nonpriority creditor's name and mailing address**

SUMMER ENERGY LLC
C/O PAUL DOBROWSKI
4601 WASHINGTON AVE
SUITE 300
HOUSTON, TX  77007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,759,790.70

---

**3.340** | **Nonpriority creditor's name and mailing address**

SUNDOWN COMMERCIAL SERVICES
P.O. BOX 1769
FORNEY, TX  75126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,193.85

---

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.341** **Nonpriority creditor's name and mailing address**
SUPERSTAR WINDOW CLEANING LLC
13250 LAGUNA RD  3
SAN ANTONIO, TX  78223

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,311.19

---

**3.342** **Nonpriority creditor's name and mailing address**
SWADLEY ROOF SYSTEMS LLC
17413 FM 2920, SUITE O
TOMBALL, TX  77377

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,762.16

---

**3.343** **Nonpriority creditor's name and mailing address**
SWING STAGE CORP
4758 GRETNA STREET
DALLAS, TX  75207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,186.97

---

**3.344** **Nonpriority creditor's name and mailing address**
TAYLOR ROOFING SOLUTIONS LLC
5102 BUENO DRIVE
GRANBURY, TX  76049

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,290.88

---

**3.345** **Nonpriority creditor's name and mailing address**
TAYLOR WATERPROOFING PLUS, INC.
P.O. BOX 16069
HOUSTON, TX  77222-6069

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,592.50

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>TEJAS ELEVATOR COMPANY HOUSTON INC<br>11811 EAST FREEWAY, SUITE 222<br>HOUSTON, TX  77029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,502.07 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>TEJAS GROUNDS MAINTENANCE<br>PO BOX 841288<br>HOUSTON, TX  77284<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,827.44 |
| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>TEMPERATURE CONTROL SYSTEMS INC<br>P.O.BOX 550249<br>DALLAS, TX  75355<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $277.50 |
| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP<br>P.O. BOX 802155<br>CHICAGO, IL  60680-2155<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,771.86 |
| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>TEXAS ELECTRONIC SYSTEM SPECIALIST INC<br>7492 REINDEER TRAIL<br>SAN ANTONIO, TX  78238<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360.76 |

| Debtor | Hartman SPE, LLC | | | |
|---|---|---|---|---|
| | (Name) | Case number (if known) | 23-11452 | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>TEXASWAY FIRE PROTECTION<br>4518 TARRY DRIVE<br>GARLAND, TX  75043<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.95 |
|---|---|---|---|
| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>THE FILTER MAN LLC<br>18924 E INDUSTRIAL PARKWAY<br>NEW CANEY, TX  77357<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,919.91 |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>THE PETROLEUM CLUB<br>8620 N. NEW BRAUNFELS  616<br>SAN ANTONIO, TX  78217<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,617.00 |
| 3.354 | **Nonpriority creditor's name and mailing address**<br><br>THE PLANT PLACE INC<br>10704 GOODNIGHT LANE<br>DALLAS, TX  75220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,318.36 |
| 3.355 | **Nonpriority creditor's name and mailing address**<br><br>THE URBAN FORESTERS<br>12703 A STAFFORD ROAD<br>STAFFORD, TX  77477<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,688.62 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.356 | **Nonpriority creditor's name and mailing address**<br><br>TIFFS TREATS RBD INC<br>819 W. ARAPAHO RD.<br>RICHARDSON, TX  75080<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $214.35 |

| 3.357 | **Nonpriority creditor's name and mailing address**<br><br>TIGER SANITATION<br>P.O. BOX 200143<br>SAN ANTONIO, TX  78220-0143<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,852.79 |

| 3.358 | **Nonpriority creditor's name and mailing address**<br><br>TOUCHSOURCE<br>TOUCHSOURCE LLC<br>1370 MINERS DRIVE STE 103<br>LAFAYETTE, CO  80026<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,958.67 |

| 3.359 | **Nonpriority creditor's name and mailing address**<br><br>TRIDENT MECHANICAL SERVICES DBA MER MECHANICAL LLC<br>DBA MER MECHANICAL LLC<br>PO BOX 2072<br>WILLIS, TX  77378<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $359.78 |

| 3.360 | **Nonpriority creditor's name and mailing address**<br><br>TRUE VINES INC<br>6140 HIGHWAY 6 SUITE 213<br>MISSOURI CITY, TX  77459<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111,488.18 |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$76,743.55**

TURNING POINT BUILDING SERVICES
15531 HICKORY DALE ST
CYPRESS, TX  77429

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$57,088.82**

TWIN CITY SECURITY, INC.
105 GARFIELD STREET SOUTH  100
CAMBRIDGE, MN  55008

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,961.97**

TWO SHORKIES LLC DBA FISH WINDOW CLEANING
1008 NE 12TH ST.
FORT WORTH, TX  76102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,315.00**

TX COMMISSION ON ENVIRONMENTAL QUALITY
P.O. BOX 13089
AUSTIN, TX  78711-3089

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$171.41**

ULINE
ATTN: ACCOUNTS RECEIVABLE, PO BOX 88741
CHICAGO, IL  60680-1741

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|--------|------------------|--|------------------------|----------|

(Name)

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $6,982.14 |
|-------|----|----|----|
| | ULTIMATE CLEANING SERVICES <br> P.O. BOX 591124 <br> SAN ANTONIO, TX  78259 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $47,237.27 |
|-------|----|----|----|
| | UNITED FIRE PROTECTION LLC <br> 2010 CENTURY CENTER BLVD, SUITE L <br> IRVING, TX  75062 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNKNOWN |
|-------|----|----|----|
| | UNITED PROTECTIVE SERVICES <br> C/O RICHARD MILLS <br> 204 N MAIN ST <br> STE 1001 <br> DUNCANVILLE, TX  75116 | ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | UNKNOWN |
|-------|----|----|----|
| | VECTOR CONCEPTS, INC <br> C/O EDWARD COX <br> 1300 NORWOOD DR <br> STE100 <br> BEDFORD, TX  76022 | ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $12,281.77 |
|-------|----|----|----|
| | VELOZ WINDOW CLEANING <br> 22014 WICKFIELD DR <br> KATY, TX  77450 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.371**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**    $439,303.09
*Check all that apply.*

VERSATEX COMMERCIAL SERVICES, LLC
827 BUTTERFLY GARDEN TRAIL
RICHMOND, TX  77406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.372**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**    $24,715.52
*Check all that apply.*

VOSS LIGHTING
P.O. BOX 22159
LINCOLN, NE  68542-2159

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**    $4,116.26
*Check all that apply.*

W. W. GRAINGER
DEPT 809708431, P.O. BOX 419267
KANSAS CITY, MO  64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**    $20,215.69
*Check all that apply.*

W.E. IMHOFF & CO. INC. DBA INTERTECH FLOORING
DBA INTERTECH FLOORING
8015 BURLESON RD, BLDG. 1, STE. 500
AUSTIN, TX  78744

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**    $18,363.54
*Check all that apply.*

WATERLOGIC INC
P.O. BOX 670680
DALLAS, TX  75267-0680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,692.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WEATHERPROOFING TECHNOLOGIES INC
3735 GREEN ROAD
BEACHWOOD, OH  44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,692.50

---

3.377 **Nonpriority creditor's name and mailing address**

WEISSER ENGINEERING COMPANY INC
PO BOX 219315
HOUSTON, TX  77218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,745.45

---

3.378 **Nonpriority creditor's name and mailing address**

WORLDWIDE PEST CONTROL
PO BOX 5746
SAN ANTONIO, TX  78201-0746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$346.73

---

3.379 **Nonpriority creditor's name and mailing address**

YELLOW PAGES UNITED
P.O. BOX 53282
ATLANTA, GA  30355

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.00

---

3.380 **Nonpriority creditor's name and mailing address**

YES ENERGY MANAGEMENT INC
P.O. BOX 82657
GOLETA, CA  93118-2657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,234.28

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,251.61 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

YOUNG ELECTRICAL SERVICES INC
PO BOX 924921
HOUSTON, TX  77292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,251.61

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 2545 GOLDEN BEAR DRIVE<br>2545 GOLDEN BEAR DRIVE<br>CARROLLTON, TX  75006 | Line 3.204 | |
| 4.2 | ALLEN R. HARTMAN<br>ADDRESS REDACTED | Line 3.23 | |
| 4.3 | ASTRO TECH SERVICES LLC<br>PO BOX 296<br>NEEDVILLE, TX  77461 | Line 3.50 | |
| 4.4 | CFI MECHANICAL & SCG MECHANICAL, LP D/B/A WAY MECHANICAL<br>6109 BRITTMOORE ROAD<br>HOUSTON, TX  77041 | Line 3.79 | |
| 4.5 | ENGIE RESOURCES LLC<br>1360 POST OAK BLVD, SUITE 400<br>HOUSTON, TX  77506 | Line 3.136 | |
| 4.6 | HARTMAN V REIT XXI, INC.<br>11211 KATY FREEWAY<br>SUITE 309<br>HOUSTON, TX  77079 | Line 3.180 | |
| 4.7 | MATTHEW MASHBURN<br>D/B/A DYNAMIC MECHANICAL SOLUTIONS<br>C/O ATWOOD & MCCALL, PLLC<br>8150 N. CENTRAL EXPWY, STE 1100<br>DALLAS, TX  75206 | Line 3.240 | |
| 4.8 | SERVICE FIRST JANITORIAL LLC<br>2418 CONVERSE ST.<br>DALLAS, TX  75207 | Line 3.323 | |
| 4.9 | SIGNMART LTD D/B/A FASTSIGNS<br>6115 WESTHEIMER<br>HOUSTON, TX  77057 | Line 3.325 | |
| 4.10 | SPEECHCARE, INC.<br>14900 LANDMARK BLVD, SUITE 360<br>DALLAS, TX  75254 | Line 3.332 | |
| 4.11 | SUMMER ENERGY LLC<br>5847 SAN FELIPE ST. 3700<br>HOUSTON, TX  77057 | Line 3.339 | |
| 4.12 | UNITED PROTECTIVE SERVICES<br>4455 SIGMA ROAD<br>DALLAS, TX  75244 | Line 3.368 | |
| 4.13 | VECTOR CONCEPTS, INC<br>9010 N. ROYAL LN, STE. 110<br>IRVING, TX  75063 | Line 3.369 | |

Debtor    Hartman SPE, LLC _____    Case number (if known)  23-11452
          (Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. + | $14,802,583.73 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $14,802,583.73 |

**Fill in this information to identify the case:**

Debtor        Hartman SPE, LLC

United States Bankruptcy Court for the:        Delaware

Case number        23-11452
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 103 | 2020 COMPANIES, INC 1333 CORPORATE DR SUITE 103 IRVING, TX  75038 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | 23 CONSULT AND SPEAK LLC ATTN: RICO TAV 2000 N. LOOP WEST HOUSTON, TX  77018 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 600 | 2M RESEARCH SERVICES, LLC ATTN: EDDILISA MARTIN 1305 GRAYHAWK DRIVE MANSFIELD, TX  76063 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | 3H ENGINEERING & CONSTRUCTION, INC 5207 SLEEPY CREEK DRIVE ATTN: JOSE ANGEL ROCHA HOUSTON, TX  77017 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | 3MG REALTY, LLC ATTN: MARLON JOHNSON 11200 WESTHEIMER SUITE 750 HOUSTON, TX 77042 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5464B | 99 CENT ONLY STORE ATTN: MATTHEW FERREIRA 4000 EAST UNION PACIFIC AVENUE ATTN: REAL ESTATE DEPARTMENT # 2848 COMMERCE, CA 90023 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | A WORLD FOR CHILDREN ATTN: ASHLEIGH R. WIKES 2007 SAM BASS ROAD, BLDG 2 ROUND ROCK, TX 78681 |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | A. LOPEZ LAW FIRM, P.C. ATTN: ATTN: HILDA PEREZ-LOPEZ 5306 FRENSHAM CIRCLE HOUSTON, TX 77041 |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60150 | A+ USA, LLC 2060 NORTH LOOP WEST, SUITE 1050 ATTN: ROBIN PHILIP HOUSTON, TX 77018 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | AARON CHRISTENSEN ADDRESS REDACTED |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-120 | AARON PENALOZA<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | ABB CARE TRANSPORT INC<br>ATTN: AMIN ABBASHER<br>101 BRANCHWOOD TRAIL<br>COPPELL, TX 75019 |
|---|---|---|---|
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1355 | ABDELHADI & ASSOCIATES, P.C.<br>ATTN: HUSSEIN ABDELHADI<br>519 TERESA LN<br>GRAND PRAIRIE, TX 75052 |
|---|---|---|---|
| | **State the term remaining** | 04/30/26 | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40380 | ABERDEEN BUILDING GROUP, LLC<br>ATTN: SCOTT MCNINCH 919 PRINCE STREET HOUSTON, TX 77008 |
|---|---|---|---|
| | **State the term remaining** | 11/30/27 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | ABOVE THE CURVE DESIGN CO<br>2325 ATASCOCITA ROAD ATTN: LESLIE SMITH HUMBLE, TX 77396 |
|---|---|---|---|
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 165 | ACACIA MORTGAGE FINANCE GROUP INC<br>4619 ST. MICHAELS COURT<br>ATTN: HERBERT ENGLISH<br>SUGAR LAND, TX 77479 |
|---|---|---|---|
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC                                                    Case number (if known) 23-11452

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | ACAPELLA DANCE FITNESS, LLC 2215 BRISTOL BEND LNE ATTN: TAHIRA OSAMA KATY, TX 77450 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0970 | ACME CAPITAL HOLDINGS INC 8111 LBJ FREEWAY SUITE 970 DALLAS, TX 75251 |
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1225 | ACME COMMUNITY SERVICES INC ATTN: PRINCE V. SAMUEL 9831 VICKIE LANE FRISCO, TX 75035 |
| | **State the term remaining** | 02/28/30 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1020 | ACRISURE, LLC 100 OTTAWA AVENUE, SW GRAND RAPIDS, MI 49503 |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | ACTUAL SEO MEDIA, INC. 1880 S DAIRY ASHFORD SUITE 682 HOUSTON, TX 77077 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 540 | ACUPUNCTURE THERAPEUTIC BEAUTY CENTER, CORP. ATTN: LING WANG 3100 TIMMONS SUITE 540 HOUSTON, TX 77027 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0715<br><br>02/28/30 | AD PERANTIE, LLC 12655 N CENTRAL EXPWY SUITE 715 DALLAS, TX  75243 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230<br><br>06/30/25 | ADOLESCENT HEALTH ASSOCIATES, P.A. ATTN:  ACCOUNTING 12800 HILLCREST ROAD SUITE A216 DALLAS, TX  75230 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060<br><br>11/30/25 | ADVANCED MATERNITY INNOVATIONS, LP ATTN: SUZANNE MCCRARY 400 NORTH SAM HOUSTON PARKWAY SUITE 1000 HOUSTON, TX  77060 |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): K113<br><br>05/31/25 | ADVANCED SPEECH & LANGUAGE THERAPY, LLC ATTN:  ACCOUNTING 12850 HILLCREST ROAD SUITE F102 DALLAS, TX  75230 |
| **2.27** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090<br><br>09/30/24 | ADVANTAGE FINANCE, LLC ATTN: ASIF DHARANI 5923 BRIAR HILL CT. SUGAR LAND, TX  77478 |
| **2.28** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 700<br><br>02/29/24 | ADVOCATE FINANCIAL PARTNERS LONESTAR, LLC 1521 N. COOPER STREET SUITE 700 ARLINGTON, TX  76011 |

Debtor    Hartman SPE, LLC
(Name)
Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 235<br><br>05/31/28 | AESTHETIC LINE BY IC, LLC ATTN: INGRID CHACON 1880 S DAIRY ASHFORD STE 660 HOUSTON, TX 77077 |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230<br><br>12/31/25 | AFFILIATED AIR, INC. ATTN: RANDALL AIKEN 10610 METRIC DRIVE # 110 DALLAS, TX 75243 |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 120<br><br>11/30/28 | AFFILIATES IN PHYSICAL THERAPY, INC. ATTN: LAURIE JOHNSON 3100 TIMMONS LANE SUITE 120 HOUSTON, TX 77027 |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027<br><br>05/02/29 | AFFILIATES PRIME, LLC 3100 TIMMONS LANE SUITE 115 HOUSTON, TX 77027 |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 240<br><br>07/31/24 | AFROVINE INC 11002 LOMBARDIA COURT ATTN: FRANCIS ELESIA RICHMOND, TX 77406 |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036<br><br>12/31/23 | AGA, INC. 7211 REGENCY SQUARE BLVD SUITE 209 HOUSTON, TX 77036 |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | AGRI SOLUTIONS INTERNATIONAL, LLC 13302 OVERGLEN SAN ANTONIO, TX 78231 |
| | State the term remaining | 07/31/25 | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5380 | AHAS FOODS INC. ATTN: ADIB NADER 5380 WALZEM ROAD SAN ANTONIO, TX 78218 |
| | State the term remaining | 08/31/26 | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | AHLERS FINANCIAL GROUP LLC 4110 N. SCOTTSDALE ROAD, SUITE 125 SCOTTSDALE, AZ 85251 |
| | State the term remaining | 10/31/29 | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | AIM ASSOCIATION INSURANCE MANAGEMENT, INC 12221 MERIT DR SUITE 1670 DALLAS, TX 75251 |
| | State the term remaining | 10/31/29 | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | ALARA1706, LLC 2030 NORTH LOOP WEST SUITE 103 HOUSTON, TX 77018 |
| | State the term remaining | 04/30/25 | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | ALBERT RESTAURANT GROUP, LLC ATTN: CARY ALBERT 14114 N DALLAS PARKWAY SUITE 670 DALLAS, TX 75254 |
| | State the term remaining | 04/30/27 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
              (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): PAD-A | ALDI (TEXAS) L.L.C. 777 HIGHWAY 90A W ROSENBERG, TX 77471 |
| | State the term remaining | 02/28/39 | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | ALI FAROOQI 20822 JADESTONE LANE ATTN: ALI FAROOQI SPRING, TX 77388 |
| | State the term remaining | 08/31/24 | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 415 | A-LINE LOGISTICS, INC. ATTN: LISA MCCONVILLE 616 FM 1960 SUITE 415 HOUSTON, TX 77090 |
| | State the term remaining | 01/31/25 | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7070 | ALINE TRAN & AMY HOANG 11423 SHARPCREST 7070 BISSONNET HOUSTON, TX 77074 |
| | State the term remaining | 09/30/24 | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | ALIYA MIRZA ADDRESS REDACTED |
| | State the term remaining | 02/28/27 | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | ALL IN ONE HEALTHCARE, INC 11200 WESTHEIMER RD STE 705 HOUSTON, TX 77042 |
| | State the term remaining | 02/28/27 | |
| | List the contract number of any government contract | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0103 | ALL SEASONS INTERNATIONAL TRAVEL MSD, INC 12655 N. CENTRAL EXPRESSWAY SUITE 103 DALLAS, TX  75243 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | ALL-AMERICAN LUMPING, LLC ATTN: CRYSTAL GARCIA 616 FM 1960 STE 200B HOUSTON, TX  77090 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | ALLIANCE RECRUITING RESOURCES, INC. ATTN: ROBYN POGUE 15311 W VANTAGE PARKWAY SUITE 305 HOUSTON, TX  77032 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | ALLURE ESSENCE MANAGEMENT COMPANY, LLC 2003 SILVER MOON DRIVE MISSOURI CITY, TX  77549 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | ALSAFA IMPORTS, INC. ATTN: NASSER HITTNEY 873 S. MASON RD. SUITE 304 KATY, TX  77450 |
| | **State the term remaining** | 05/31/29 | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-210 | ALTERNATIVE CLAIMS MANAGEMENT, LLC ATTN: MICHAEL LEWANDOWSKI 8610 N NEW BRAUNFELS SUITE 210 8610 N NEW BRAUNFELS SUITE 210 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)                                              Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | ALTLITE, LLC 12655 N CENTRAL EXPRESSWAY SUITE 1024 DALLAS, TX  75243 |
| | State the term remaining | 12/31/24 | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | ALTURA CONSULTING INC ATTN: ALEXANDRIA KENDRICK ATTN: ALEXANDRIA KENDRICK 14110 N. DALLAS PARKWAY SUITE 100 DALLAS, TX  75254 |
| | State the term remaining | 08/31/27 | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060; UNIT(S): 0100 | AMEGY BANK OF TEXAS ATTN: CORPORATE REAL ESTATE 1717 WEST LOOP SOUTH HOUSTON, TX  77027 |
| | State the term remaining | 12/31/27 | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | AMERICA LET'S TALK, LLC ATTN: GINA 7211 REGENCY SQUARE BLVD SUITE 148 HOUSTON, TX  77036 |
| | State the term remaining | 09/30/25 | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0350 | AMERICAN BEST CARE HOSPICE, INC. ATTN: REBECCA TELLEZ 12655 NORTH CENTRAL EXPRESSWAY STE 350 DALLAS, TX  75243 |
| | State the term remaining | 09/30/25 | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | AMERICAN FAMILY CONNECTIONS INC 14110 N. DALLAS PARKWAY SUITE 170 DALLAS, TX  75254 |
| | State the term remaining | 01/31/25 | |
| | List the contract number of any government contract | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.59** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 385 **State the term remaining** 02/29/24 **List the contract number of any government contract** | AMERICAN POSTAL WORKERS UNION ATTN: SECRETARY TREASURER 1300 L STREET, NW WASHINGTON, DC 20005 |
| **2.60** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 **State the term remaining** 08/31/27 **List the contract number of any government contract** | AMERICAN WESTERN STEEL, LLC 8111 LBJ FREEWAY SUITE 810 DALLAS, TX 75251 |
| **2.61** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 **State the term remaining** 01/31/26 **List the contract number of any government contract** | AMERICAN WESTERN STEEL, LLC ATTN: MICHAEL VIVIAN 400 N. SAM HOUSTON PARKWAY EAST HOUSTON, TX 77060 |
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 **State the term remaining** 01/31/28 **List the contract number of any government contract** | AMERICAN WOODMARK CORPORATION 561 SHADY ELM ROAD ATTN: PAUL JOACHIMCZYK WINCHESTER, VA 22602 |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 **State the term remaining** 10/31/26 **List the contract number of any government contract** | AMERILIFE OF TEXAS, LLC 1333 CORPORATE DR SUITE 310 IRVING, TX 75038 |
| **2.64** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-403 **State the term remaining** 12/31/27 **List the contract number of any government contract** | AMERIVET PARTNERS MANAGEMENT INC ATTN: TOM THILL 8620 N. NEW BRAUNFELS AVENUE STE 500 SAN ANTONIO, TX 78217 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | AMIN MOMIN ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | AMK FINANCIAL CORPORATION ATTN: ALIX KEE 3420 MORRISON ST. HOUSTON, TX  77009 |
|---|---|---|---|
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083; UNIT(S): 8410 | AMMI USA, INC. 21115 WINDING PATH WAY RICHMOND, TX  77406 |
|---|---|---|---|
| | **State the term remaining** | 10/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20135 | AMPT, LLC ATTN: MICHAEL FURTADO 2020 N. LOOP WEST SUITE 135 HOUSTON, TX  77018 |
|---|---|---|---|
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | ANA ROESCH ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 265 | ANCHOR HOSPICE, LLC ATTN: BRENNAN KRAUT 3100 TIMMONS SUITE 265 HOUSTON, TX  77027 |
|---|---|---|---|
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
_____    Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.71  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  07/31/24<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 320 | ANDREW SALEM, MD ATTN: ANDREW MARGARET 3100 TIMMONS SUITE 320 HOUSTON, TX  77027 |
| 2.72  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  03/31/24<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | ANGELS ON CALL HOME CARE, INC. 2027 WINNERS CIRCLE ATTN: VANESSA CARTER ROSENBERG, TX  77406 |
| 2.73  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  02/28/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0203 | ANGIE MONTELONGO ADDRESS REDACTED |
| 2.74  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  12/31/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | ANNIE PATTEN ADDRESS REDACTED |
| 2.75  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  01/31/24<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | ANTOINETTE MCGARRAHAN AND ANDREW MCGARRAHAN ADDRESS REDACTED |
| 2.76  **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  09/30/25<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | ANVETA, INC 1333 CORPORATE DRIVE SUITE 108 IRVING, TX  75038 |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.77** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 416 <br><br> **State the term remaining** <br> 05/31/25 <br><br> **List the contract number of any government contract** | APTIVE DIAGNOSTICS LLC 5745 BROOKFIELD CIRCLE ATTN: MICHAEL FRIED FT. LAUDERDALE, FL 33312 |
| **2.78** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 500 <br><br> **State the term remaining** <br> 01/31/30 <br><br> **List the contract number of any government contract** | AQUATIC CO. ATTN: CINDY FEATHERS 1521 N. COOPER STREET SUITE 500 ARLINGTON, TX 76011 |
| **2.79** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 <br><br> **State the term remaining** <br> 02/28/26 <br><br> **List the contract number of any government contract** | ARGELIA ARZATE ADDRESS REDACTED |
| **2.80** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 <br><br> **State the term remaining** <br> 07/31/25 <br><br> **List the contract number of any government contract** | ARIELLE ROBERTSON ADDRESS REDACTED |
| **2.81** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWY, SUITE 722 DALLAS, TX 75243 <br><br> **State the term remaining** <br> 02/28/30 <br><br> **List the contract number of any government contract** | ARMSTRONG-DOUGLASS PARTNERS,L.L.C 12655 N. CENTRAL EXPRESSWAY SUITE 720 DALLAS, TX 75243 |
| **2.82** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J217 <br><br> **State the term remaining** <br> 12/31/23 <br><br> **List the contract number of any government contract** | ARRINGTON OUTDOOR ADVERTISING, LP ATTN: MICHAEL WOLVERTON 12880 HILLCREST ROAD SUITE J217 DALLAS, TX 75230 |

| Debtor | Hartman SPE, LLC | Case number (if known) 23-11452 |
|--------|------------------|-------------------------------|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 410 | ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES ATTN: PATTY NOFTZ ATTN: AJ GALLAGHER CORPORATE REAL ESTATE FILE ID # 2264 39725 TREASURY CENTER CHICAGO, IL  60694-9700 |
|------|---|---|---|
| | State the term remaining | 04/30/24 | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): K109 | ASBY HEALTH LLC 12890 HILLCREST ROAD SUITE K109 DALLAS, TX  75230 |
| | State the term remaining | 06/30/25 | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | ASCENT BUSINESS SYSTEMS, INC. ATTN: MIKE HUTAR 1880 S. DAIRY ASHFORD SUITE 535 HOUSTON, TX  77077 |
| | State the term remaining | 12/31/23 | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | ASE COMMUNICATIONS LLC 4545 LOUETTA ROAD APT 2302 ATTN: SHAMSHUDDIM AJANI SPRING, TX  77388 |
| | State the term remaining | 06/30/28 | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 101 | ASHLEY ADDISON ADDRESS REDACTED |
| | State the term remaining | 02/29/28 | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-245 | ASHLEY KUEHNE AND CINDY L. SEAMANS ADDRESS REDACTED |
| | State the term remaining | 10/31/24 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)
Case number

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 120 <br><br> **State the term remaining** 04/30/24 <br><br> **List the contract number of any government contract** | ASHLEY PRICE <br> ADDRESS REDACTED |
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 <br><br> **State the term remaining** 11/30/27 <br><br> **List the contract number of any government contract** | ASHLEY SANFORD, PHD, PLLC <br> ATTN: ASHLEY SANFORD <br> 2000 NORTH LOOP WES, SUITE 206 <br> HOUSTON, TX  77018 |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 <br><br> **State the term remaining** 11/30/26 <br><br> **List the contract number of any government contract** | ASIM MUSHTAQ, CPA, PLLC <br> 18602 TWILIGHT ARBOR TRAIL <br> RICHMOND, TX  77407 |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 160 <br><br> **State the term remaining** 10/31/27 <br><br> **List the contract number of any government contract** | ASK REVENUE SOLUTIONS LLC <br> ATTN: SHAUKATALI KADIBHAI <br> 811 SOUTH MASON ROAD SUITE 160 <br> KATY, TX  77450 |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 104 <br><br> **State the term remaining** 01/31/25 <br><br> **List the contract number of any government contract** | ASSOCIATION & COMMUNITY MANAGING PROFESSIONALS, INC. <br> PROFESSIONALS, INC. <br> ATTN: THEODORA DALY <br> 15840 FM 529 SUITE 104 <br> HOUSTON, TX  77095 |
| **2.94** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1800 <br><br> **State the term remaining** 03/31/34 <br><br> **List the contract number of any government contract** | ASSURED BENEFITS ADMINISTRATORS, INC <br> 12221 MERIT DRIVE # 1800 <br> ATTN: PENNY HODGE <br> DALLAS, TX  75251 |

Debtor    Hartman SPE, LLC
(Name)
Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229 | AT&T MOBILITY TEXAS, LLC SITE # TX-SAN069C C/O ENGIE IMPACT P.O. BOX 2241 MS 7372 SPOKANE, WA  99210 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | AT&T NETWORK REAL ESTATE ATTN: SUE DAWIDOWICZ FA # 843692 5405 WINDWARD PARKWAY ALPHARETTA, GA  30004-3894 |
| | **State the term remaining** | 12/31/40 | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 310 | ATKINSON SOLUTIONS LLC 3707 FM 1960 SUITE 310 HOUSTON, TX  77014 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | AUDICLES, INC. 8610 N NEW BRAUNFELS SUITE 220 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | AVAIL SECURITY GROUP, LLC 11811 N. FREEWAY STE 301 HOUSTON, TX  77060 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 104 | AVJ SOLUTIONS INC 8906 MERCEDES AVNUE ATTN: POGOS TOFALYAN ARLETA, CA  91331 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40200 | AXIS PIPELINE CONSTRUCTION GROUP, INC. 2002 W. GRAND PARKWAY, STE. 304 ATTN: PAUL BYINGTON KATY, TX  77449 |
| | State the term remaining | 12/31/24 | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200I | AYLIN RODRIGUEZ ADDRESS REDACTED |
| | State the term remaining | 09/30/24 | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | AYVAZ PIZZA, LLC 17890 BLANCO RD. SUITE 401 SAN ANTONIO, TX  78232 |
| | State the term remaining | 10/31/28 | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2880 | B AND B FURNITURE CONSIGNMENT, INC. 980 N. COIT RD. SUITE 2880 RICHARDSON, TX  75080 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | B AND B FURNITURE CONSIGNMENT, INC. ATTN: HOWARD & GAYLYN LIPP 6905 FLINTCOVE DALLAS, TX  75248 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | B AND B RESALE BOUTIQUE, INC 980 N. COIT RD SUITE 2885 RICHARDSON, TX  75080 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | B&C SPA, LLC AND QI WANG ATTN: QI WANG 4224 BELLE PARK DR. HOUSTON, TX 77072 |
| | State the term remaining | 10/31/25 | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | B.I.E. INTERNATIONAL INC. ATTN: RALPH GRENVILLE 1880 SOUTH DAIRY ASHFORD SUITE 525 HOUSTON, TX 77077 |
| | State the term remaining | 02/28/27 | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 645 | BALBOAZ LLC ATTN: MONICA MARTINEZ 2909 HLLCROFT ST HOUSTON, TX 77057 |
| | State the term remaining | 03/31/24 | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | BAMBOO SECURITIES, LLC 12655 N. CENTRAL EXPRESSWAY SUITE 325 DALLAS, TX 75243 |
| | State the term remaining | 02/28/25 | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0100 | BANCORPSOUTH BANK CADENCE BANK ATTN: DIR OF CORP FACILITS 2100 3RD AVENUE NORTH, SUITE 1100 BIRMINGHAM, AL 35203 |
| | State the term remaining | 03/31/28 | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | BANK OF AMERICA, NA 100 N. TRYON STREET NC1-007-25-50 ATTN: PTXW645000 CHARLOTTE, NC 28255-0001 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)
Debtor: Hartman SPE, LLC

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0535 | BAOWIN STEEL, LLC 11200 WESTHEIMER ROAD SUITE 615 HOUSTON, TX  77042 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | BARBARA YONAN ADDRESS REDACTED |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | BARKER & COMPANY, PC. ATTN: ROB BARKER 8111 LBJ FREEWAY, SUITE 820 DALLAS, TX  75251 |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | BAYOU CITY WATERKEEPER, INC. ATTN: AYANNA JOLIVET MCCLOUD 2010 NORTH LOOP WEST SUITE 103 HOUSTON, TX  77018 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | BEACHEM LAW FIRM ATTN: JERMECIA BEACHEM 3100 TIMMONS SUITE 545 HOUSTON, TX  77027 |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1150 | BEACON ORAL SPECIALISTS MANAGEMENT LLC 12221 MERIT DR SUITE 1175 DALLAS, TX  75251 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.119** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    01/31/24<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | BEAIRD HARRIS, PLLC 12221 MERIT DRIVE SUITE 750 DALLAS, TX  75251 |
| **2.120** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    02/28/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 550 | BEAUTE CONNECTION DG, LLC. 6619 AMBERFIELD LANE ATTN: DORKA GARRIDO KATY, TX  77449 |
| **2.121** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    02/28/25<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | BEAUTY DERM LLC 2909 HILLCROFT STE 695 HOUSTON, TX  77057 |
| **2.122** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    09/30/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | BEEWARE STUDIOS, LLC 2525 ELM STREET, APT 807 ATTN: FRANKIE DAWKINS DALLAS, TX  75226 |
| **2.123** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    04/30/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | BELL GEOSPACE, INC. ATTN: ANGELIA GOZA 400 N. SAM HOUSTON PARKWAY EAST STE 325 HOUSTON, TX  77060 |
| **2.124** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    11/30/24<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 101 | BELLA GROUP INC. AND LAWRENCE W. ROHAL, CPA ATTN: ELAINE BORDIERI 2909 HILLCROFT SUITE 101 HOUSTON, TX  77057 |

Debtor    Hartman SPE, LLC
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | BELLAIRE WELLNESS CENTER, PLLC 400 N SAM HOUSTON PARKWAY E STE 230 HOUSTON, TX 77060 |
|  | **State the term remaining** | 12/31/26 | |
|  | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | BELLINGER & SUBERG, LLP ATTN: CELESTE CERDA 12221 MERIT DR SUITE 1750 DALLAS, TX 75251 |
|  | **State the term remaining** | 02/28/25 | |
|  | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 380 | BELOR HOME HEALTH, INC. ATTN: CAROLINE VOGT 1511 CHESTNUT RIDGE RD. KINGWOOD, TX 77339 |
|  | **State the term remaining** | 05/31/25 | |
|  | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0810 | BENEFITCORP, INC. ATTN: MELISSA FELLOWS 12655 N CENTRAL EXPRESSWAY SUITE 810 DALLAS, TX 75243-3717 |
|  | **State the term remaining** | 02/28/25 | |
|  | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | BERNARDO J. GARCIA ADDRESS REDACTED |
|  | **State the term remaining** | 03/31/24 | |
|  | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C107 | BEST CHOICE HOME CARE INC. ATTN: KATE KULBACHNA 12820 HILLCREST RD SUITE C107 DALLAS, TX 75230 |
|  | **State the term remaining** | 11/30/24 | |
|  | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1065 <br><br> 06/15/28 | BIEL FISETTE IACONO, LLP 8111 LBJ FREEWAY SUITE 1065 DALLAS, TX  75251 |
| **2.132** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 <br><br> 01/31/25 | BILINGUALEDUCATORS.COM, INC. 1880 S DAIRY ASHFORD SUITE 410 HOUSTON, TX  77077 |
| **2.133** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C203 <br><br> 12/31/24 | BILLY GRAMMER, LPC/LMFT/CST ATTN: BILLY GRAMMER 12820 HILLCREST ROAD SUITE C203 DALLAS, TX  75230 |
| **2.134** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 <br><br> 09/30/27 | BIOVANTAGE ENGINEERING LLC ATTN: BYRON WOLF 47623 STALLION TRAIL DRIVE HUMBLE, TX  77338 |
| **2.135** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 <br><br> 04/30/24 | BISHOP SHARP CPA, PLLC ATTN: RICK WYLIE 1521 N COOPER STREET SUITE 850 ARLINGTON, TX  76011 |
| **2.136** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 <br><br> 08/31/25 | BLACK, LLC 8620 N NEW BRAUNFELS SUITE 215 SAN ANTONIO, TX  78217 |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.137 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 102<br><br>04/30/25 | BLACKSTONE SECURITY SERVICES OF TEXAS, INC. 7211 REGENCY SQUARE BLVD. SUITE 209 HOUSTON, TX 77036 |
| 2.138 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042<br><br>04/30/25 | BLAKE YARBOROUGH ADDRESS REDACTED |
| 2.139 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 700<br><br>06/30/25 | BLUE STAR SECURITY, LLC 507 N. SAM HOUSTON PKWY, SUITE 100 ATTN: BRANDON TORRES HOUSTON, TX 77060 |
| 2.140 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254<br><br>12/31/23 | BLUU, INC. 14110 N. DALLAS PARKWAY SUITE 200 DALLAS, TX 75254 |
| 2.141 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229<br><br>02/28/25 | BM SERVICE CORPORATION SITE # TX-SAN069C C/O ENGIE IMPACT P.O. BOX 2241 MS 7372 SPOKANE, WA 99210 |
| 2.142 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0500<br><br>08/31/26 | BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM ATTN: LEIGH ANN KENSKY 201 W 7TH STREET SUITE 416 AUSTIN, TX 78701 |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 1000 | BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM ATTN: LEIGH ANN KENSKY 201 W 7TH STREET SUITE 416 AUSTIN, TX 78701 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 1050 | BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM ATTN: LEIGH ANN KENSKY 201 W 7TH STREET SUITE 416 AUSTIN, TX 78701 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 1100 | BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM ATTN: STEVEN BENNETT UTHEALTH HOUSTON 7000 FANNIN, UCT 830 HOUSTON, TX 77030 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B115 | BOLD ENTERPRISE, LLC. 12810 HILLCREST, SUITE B115 ATTN: LEESEAN BOLLING DALLAS, TX 75230 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 545 | BOLTERA LLC 1880 S. DAIRY ASHFORD SUITE 545 HOUSTON, TX 77077 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20106 | BOSSI PROPERTIES, LLC, A TEXAS LIMITED LIABILITY COMPANY A TEXAS LIMITED LIABILITY COMPANY 2020 NORTH LOOP WEST SUITE 20106 HOUSTON, TX 77018 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | BOYD LYLES, M.D., P.A., A TEXAS PROFESSIONAL ASSOCIATION A TEXAS PROFESSIONAL ASSOCIATION 7223 LAVENDALE CIRCLE DALLAS, TX 75230 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 100 | BRANDON WATSON AND ROB BLANCHARD ADDRESS REDACTED |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-702 | BRAND-TRUE, LLC ATTN: LISA MOBLEY 8610 N. NEW BRAUNFELS SUITE 702 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40335 | BREEAAN GULLO ADDRESS REDACTED |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | BRETT MORRIS ADDRESS REDACTED |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068 | BRIAN CELESTINE ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC                                                    Case number (if known) 23-11452

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.155** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 250 **State the term remaining** 04/30/24 **List the contract number of any government contract** | BRIDGESTONE RETAIL OPERATIONS LLC 3707 FM 1960 SUITE 250 HOUSTON, TX 77068 |
| **2.156** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 110 **State the term remaining** 09/30/25 **List the contract number of any government contract** | BRIGHTER DAYS FAMILY SERVICES LLC 22506 ROCKY GLEN COURT ATTN: BRANDON JONES SPRING, TX 77373 |
| **2.157** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 227 **State the term remaining** 06/30/24 **List the contract number of any government contract** | BROOKESIDE HEALTH LLC 136 N. MARTIN AVENUE ATTN: COLIN NICKERSON WAUKEGAN, IL 60085 |
| **2.158** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 **State the term remaining** 12/31/23 **List the contract number of any government contract** | BRUCE A WOLFSON AND ANTHONY R MAGDALENO, II ADDRESS REDACTED |
| **2.159** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-315 **State the term remaining** 08/31/25 **List the contract number of any government contract** | BRUINGTON ENGINEERING LTD. ATTN: STEVE BRUINGTON 8620 N. NEW BRAUNFELS SUITE N-315 SAN ANTONIO, TX 78217 |
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 **State the term remaining** 08/31/25 **List the contract number of any government contract** | BRUINGTON OPERATING II, LLC 8620 N. NEW BRAUNFELS, SUITE N-305 ATTN: STEVE BRUINGTON SAN ANTONIO, TX 78217 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 300 | BRYAN FAGAN ADDRESS REDACTED |
| | **State the term remaining** | 12/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | BWX TECHNOLOGIES, INC. 16010 BARKERS POINT LANE SUITE 530 HOUSTON, TX 77079 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | C.L. BOHANNON CPA PLLC 7110 BLENHEIM PALACE LANE HOUSTON, TX 77095 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-33 | CABE-LONG PROPERTIES, LTD 12830 HILLCREST ROAD SUITE D111-33 DALLAS, TX 75230 |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 201 | CAIR-TEXAS, INC. ATTN: WILLIAM WHITE 7211 REGENCY SQUARE BLVD. SUITE 201 HOUSTON, TX 77036 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | CALIBUR INTEGRATED SOLUTIONS INC ATTN: NIRANJAN REDDY SAMA 455 WILDWOOD FOREST DRIVE, APT 8306 SPRING, TX 77380 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)                                                    Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | CAMETRA CARETTI DBA THE BODY SNOBS AND THERAPY AESTHETICS SPA L.L.C. DBA THE BODY SNOBS & THERAPY AESTHETICS 1880 S. DAIRY ASHFORD, SUJITE 315 HOUSTON, TX 77077 |
| | State the term remaining | 05/31/25 | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | CANAAN CHRISTIAN CHURCH 2100 UNIVERSITY BLVD WEST SILVER SPRINGS, MD 20902-4426 |
| | State the term remaining | 04/30/27 | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | CAPITALONLINE DATA SERVICE INC 12655 N CENTRAL EXPRESSWAY SUITE 905 DALLAS, TX 75243 |
| | State the term remaining | 07/31/24 | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | CARDINAL FINANCIAL COMPANY ATTN: CARDINAL FINANCIAL COMPANY 3701 ARCO CORPORATE DRIVE SUITE 200 ATTN: LEGAL DEPT CHARLOTTE, NC 28273 |
| | State the term remaining | 04/30/24 | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0850 | CAREFIRST MEDICAL MANAGEMENT LLC 5982 KERRY DRIVE ATTN HARESH BOGHARA FRESNO, TX 75035 |
| | State the term remaining | 04/30/25 | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1030 | CAREY ASSET MANAGEMENT DALLAS LLC ATTN: JAMES CARDASIS 50 ROCKEFELLER PLAZA SECOND FLOOR NEW YORK, NY 10020 |
| | State the term remaining | 03/31/28 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.173** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 <br><br> 11/30/24 | CARGOPRO INC 2746 WOLLEMI PINE TRAIL KATY, TX 77493 |
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 <br><br> 07/31/27 | CARLTON JUNIOUS ADDRESS REDACTED |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 660 <br><br> 08/31/24 | CAROUSEL SPECIALTY PRODUCTS, INC. ATTN: CARL MITCHELL 616 FM 1960 WEST SUITE 660 HOUSTON, TX 77090 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081; UNIT(S): 702 <br><br> 08/31/25 | CARRIER CORPORATION C/O UT REALTY 9 FARM SPRINGS ROAD FARMINGTON, CT 06032 |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 210 <br><br> 05/31/25 | CARRIGAN & ANDERSON, PLLC ATTN: ROBIN JONES 3100 TIMMONS SUITE 210 HOUSTON, TX 77027 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5480 <br><br> 08/31/24 | CASA DE VIDA INTERNACIONAL ATTN: EDWIN MALAVE 5480 WALZEM ROAD SAN ANTONIO, TX 78218 |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.179** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>**State the term remaining**    03/31/26<br><br>**List the contract number of any government contract** | CASCADIA GLOBAL SECURITY INC ATTN: RORY O'FLAHERTY 600 OAKESDALE AVENUE, SW # 103 RENTON, WA  98057 |
| **2.180** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0795<br><br>**State the term remaining**    08/31/27<br><br>**List the contract number of any government contract** | CATEGORY ONE ENTERPRISES, LP 9224 OAK GROVE ROAD ATTN: STEVE JUBREY FORT WORTH, TX  76140 |
| **2.181** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>**State the term remaining**    06/30/24<br><br>**List the contract number of any government contract** | CATHODIC CONTROL SYSTEMS, INC. 2030 NORTH LOOP WEST SUITE 104 HOUSTON, TX  77018 |
| **2.182** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4110-125<br><br>**State the term remaining**    12/31/26<br><br>**List the contract number of any government contract** | CAVANESS INSURANCE AGENCY LLC 14110 DALLAS PARKWAY SUITE 125 DALLAS, TX  75254 |
| **2.183** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162<br><br>**State the term remaining**    05/31/24<br><br>**List the contract number of any government contract** | CDL PARTNERS, L.L.C. ATTN: VICTOR HARTEN 15311 W. VANTAGE PARKWAY, SUITE 190 HOUSTON, TX  77032 |
| **2.184** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063<br><br>**State the term remaining**    07/31/26<br><br>**List the contract number of any government contract** | CEC ENTERTAINMENT, INC. 1707 MARKET PLACE BLVD. SUITE 200 IRVING, TX  75063 |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)  23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | CEDAR HEALTH RESEARCH, LLC 12221 MERIT DRIVE SUITE 350 DALLAS, TX 75251 |
| | **State the term remaining** | 07/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | CEDRIC YOUNG/ STATE FARM INS ATTN: CEDRIC YOUNG 11200 WESTHEIMER STE 805 HOUSTON, TX 77042 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 255 | CELIA VILLANUEVA ADDRESS REDACTED |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 317 | CENA FITTINGS USA, LLC ATTN: CHARLES BARNETT 400 N. SAM HOUSTON PARKWAY EAST STE 412 HOUSTON, TX 77060 |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | CENTENNIAL CONTRACTORS ENTERPRISES, INC ATTN: JULIA RIVERA 1333 CORPORATE DR SUITE 202 IRVING, TX 75038 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | CENTER FOR HOLISTIC HEALING ATTN: JULIA SCHULENBURG 12870 HILLCREST ROAD SUITE H226 DALLAS, TX 75230 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | CENTER FOR SOCIAL SUCCESS, P.C. 12880 HILLCREST ROAD SUITE J105 DALLAS, TX 75230 |
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): K203 | CHAD SIMMONS, M.D. 12890 HILLCREST ROAD SUITE K203 DALLAS, TX 75230 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 454 | CHANDA PROSPER ADDRESS REDACTED |
| | **State the term remaining** | 11/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | CHAPPELL COUNSELING SERVICES LLC ATTN: NINA CHAPPELL 8613 TREASURE COVE ATTN: NINA CHAPPELL ROWLETT, TX 75089 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | CHARLES BEARE AND JONATHAN LEVULIS 2000 NORTH LOOP WEST, SUITE 210 HOUSTON, TX 77018 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | CHARLES JOHNSON ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | CHARLES MYERS ADDRESS REDACTED |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): ES-527 | CHARLES PARKER ADDRESS REDACTED |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | CHASNOFF, MUNGIA, PEPPING & STRIBLING LLP 1020 N.E. LOOP 410, # 150 ATTN: MATTHEW PEPPING SAN ANTONIO, TX 78209 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069; UNIT(S): A20 | CHATEAU DE PARIS LLC 7810 ROUND BANK DR ATTN: BLANCA SILVA HOUSTON, TX 77064 |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | CHAUDHRI TAX & BOOKKEEPING INC., A TEXAS CORPORATION ATTN: ANNE CHAUDHRI 1548 SILVER SPUR DR ALLEN, TX 75002 |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B120 | CHENAL FAMILY THERAPY, PLC 24 DUQUESNE DRIVE LITTLE ROCK, AR 72223 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.203** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 508 <br><br> 12/31/23 | CHERI HARMON ADDRESS REDACTED |
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 255 <br><br> 04/30/25 | CHEVELLE J. BROWN ADDRESS REDACTED |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1350 <br><br> 11/30/27 | CHOLLA PETROLEUM, INC. CHOLLA PETROLEUM, INC. PO BOX 12208 12221 MERIT DRIVE SUITE 1300 DALLAS, TX 75255 |
| **2.206** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 570 <br><br> 10/31/25 | CHRISTIAN OZBUN ADDRESS REDACTED |
| **2.207** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 <br><br> 12/31/23 | CHRISTIAN STRONG ADDRESS REDACTED |
| **2.208** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5374 <br><br> 09/30/24 | CHRISTINA NGUYEN ADDRESS REDACTED |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 470 | CHRYSALIS MSP, LLC ATTN: SUSAN MCCALL 18222 STILLWATER PLACE ATASCOCITA, TX  77346 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | CINDY TUYEN NGUYEN ADDRESS REDACTED |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 602 | CINGULAR ATTN:  ACCOUNTING AT&T MOBILITY C/O ENGIE INSIGHT P.O. BOX 2241 SPOKANE, WA  99210-2456 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10250 | CIRCLES OF CARE 5333 EVERHART ATTN: LISA EDWARDS CORPUS CHRISTI, TX  78411 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | CITI TRENDS, INC. #345 ATTN: ACCOUNTS PAYABLE DEPT. 104 COLEMAN BLVD. SAVANNAH, GA  31408-9565 |
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1550 | CITY GATE PROPERTY GROUP, LLC ATTN: G. PATRICK SMITS 8111 LBJ FREEWAY SUITE 1501 DALLAS, TX  75251 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1575 | CITY GATE PROPERTY GROUP, LLC ATTN: G. PATRICK SMITS 8111 LBJ FREEWAY SUITE 1501 DALLAS, TX  75251 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5438 | CITY GEAR, LLC 5438 WALZEM ROAD SAN ANTONIO, TX  78218 |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 | CITY OF HOUSTON, TEXAS ATTN: CHRIS FERONTI GENERAL SERVICES DEPARTMENT 900 BAGBY STREET 2ND FLOOR HOUSTON, TX  77002 |
| | **State the term remaining** | 10/01/30 | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | CITY ORIENTE, INC. 8620 N. NEW BRAUNFELS SUITE N-603 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | CLAY CONSULTING LLC 8207 CALLAGHAN RD. STE 320 SAN ANTONIO, TX  78230 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | CLEAR CONNECTION COMMUNICATIONS, LLC ATTN: BYRON HATTEN 12830 HILLCREST ROAD SUITE D111-3 AND 31 DALLAS, TX  75230 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) __23-11452__

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | CLINICA HISPANA NUEVO HORIZONTE, INC 505 WELLS FARGO DR. APT. 906 HOUSTON, TX 77076 |
| | **State the term remaining** | 06/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | CMYC LLC ATTN: SARA PERRY 2124 WELCH STREET HOUSTON, TX  77027 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 540 | CNE HOME HEALTH SERVICES, INC ATTN: JUN DOMINGO 1880 S DAIRY ASHFORD SUITE 537 HOUSTON, TX  77077 |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | CNE HOME HEALTH SERVICES, INC. ATTN: JUN DOMINGO 1880 S DAIRY ASHFORD SUITE 537 HOUSTON, TX  77077 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063 | COADVANTAGE CORPORATION 1707 MARKET PLACE BLVD SUITE 390 IRVING, TX  75063 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): ROOF-6 | COGENT COMMUNICATIONS 12221 MERIT DRIVE ROOF 6 DALLAS, TX  75251 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.227** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | COLLATERAL SPECIALISTS, INC. 15840 FM 529 SUITE 240 HOUSTON, TX 77095 |
| **State the term remaining** | 12/31/24 | |
| **List the contract number of any government contract** | | |
| **2.228** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-450 | COLWICK TRAVEL CORPORATION ATTN: GREGORY STEWART 14114 N DALLAS PARKWAY STE 450 DALLAS, TX 75240 |
| **State the term remaining** | 12/31/25 | |
| **List the contract number of any government contract** | | |
| **2.229** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | COMMERCIAL CONSULTING GROUP, LLC. 16507 CRYSTAL VIEW COURT ATTN: SYED A. RAZA HOUSTON, TX 77095 |
| **State the term remaining** | 08/31/25 | |
| **List the contract number of any government contract** | | |
| **2.230** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | COMPASSIONATE CARE HOSPICE ATTN: REAL ESTATE DEPARTMENT 3854 AMERICAN WAY SUITE A BATON ROUGE, LA 70816 |
| **State the term remaining** | 07/31/24 | |
| **List the contract number of any government contract** | | |
| **2.231** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | COMPLEX LEGAL SERVICES, INC ATTN: MARGARET GUEVARA 11811 N FREEWAY STE 518 HOUSTON, TX 77060 |
| **State the term remaining** | 12/31/23 | |
| **List the contract number of any government contract** | | |
| **2.232** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 355 | CONFIE ADMINISTRATIVE SERVICES, INC. ATTN: KENDRA CANTORAN 11511 LUNA ROAD, SUITE 500 FARMERS BRANCH, TX 75234 |
| **State the term remaining** | 09/30/23 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260<br>HOUSTON, TX 77090; UNIT(S): 528<br><br>01/31/25 | CONNECT HOME HEALTH LLC<br>7001 BOULEVARD 26, SUITE 501<br>ATTN: EZRA KUENZI<br>NORTH RICHLAND HILLS, TX  76180 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE<br>IRVING, TX, 75038; UNIT(S): 345<br><br>04/30/24 | CONNECTIX CORPORATION<br>ATTN: SATISH KOTAPATI<br>1333 CORPORATE DRIVE SUITE 345<br>IRVING, TX  75038 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960<br>HOUSTON, TX 77068; UNIT(S): 200Q<br><br>07/31/24 | CONQUERING THOUGHTS LLC<br>21655 FALVEL LAKE DRIVE<br>ATTN: LAKEISHA MCDONALD<br>SPRING, TX  77388 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N.<br>HOUSTON, TX 77084<br><br>01/31/26 | CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC<br>1920 WESTRIDGE DRIVE<br>ATTN: KEITH SCHINKEL<br>IRVING, TX  75038 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY<br>HOUSTON, TX 77060 #160<br><br>01/31/27 | CONSTRUCTION101FORWOMEN.COM<br>11811 N. FREEWAY STE 490<br>HOUSTON, TX  77060 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200<br>DALLAS, TX 75230<br><br>02/29/24 | CONVERGING HEALTH, LLC<br>12810 HILLCREST ROAD SUITE B221<br>DALLAS, TX  75230 |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | COOK FINANCIAL SERVICES ATTN: GARY COOK 12655 NORTH CENTRAL EXPRESSWAY STE 0812 DALLAS, TX  75243 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 360 | CORESOL LLC AND PRATHISTA INTERNATIONAL INC 1880 S. DAIRY ASHFORD, SUITE 360 ATTN: J.D. BHUSRI HOUSTON, TX  77077 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 | CORNERSTONE PREFERRED RESOURCES ATTN:  SHERYL 14550 TORREY CHASE BLVD. SUITE 650 HOUSTON, TX  77014 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | CORRERO & RHODES PLLC 2909 HILLCROFT AVE SUITE 305 HOUSTON, TX  77057 |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | CORYS, INC. ATTN: LAURIE RYAN 1880 S. DAIRY ASHFORD SUITE 685 HOUSTON, TX  77077 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1400 | CRAYON SOFTWARE EXPERTS, LLC ATTN: KENNETH PHARR 12221 MERIT DRIVE SUITE 800 DALLAS, TX  75251 |
| | **State the term remaining** | 08/31/30 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 550 | CREDIT APPROVE, LLC ATTN: QUINTEL SUMRALL 3902 NEWCOMEN DRIVE HOUSTON, TX 77066 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083; UNIT(S): 14639-B | CRICKET USA, LLC 8404 HIGHWAY 6 SOUTH SUITE 14639B HOUSTON, TX 77083 |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | CRISTINA M. BATTLE ADDRESS REDACTED |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | CROSSOVER LOGISTICS (USA) INC. ATTN: WANG YAZHOU 95 DULCET HOLLOW COURT THE WOODLANDS, TX 77382 |
| | **State the term remaining** | 04/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | CROSSPOINT ATRIUM HOLT LUNSFORD COMMERCIAL 8131 LBJ FREEWAY SUITE 106 DALLAS, TX 75251 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | CT KELLY & ASSOCIATES, INC. ATTN: CHRIS KELLY  2040 NORTH LOOP W SUITES 009 AND 012  HOUSTON,  TX  77018 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 112 | CTJ MAINTENANCE, INC. 1333 CORPORATE DRIVE SUITE 112 IRVING, TX  75038 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1200 | CTMI, LLC ATTN: MARK BOOZER 12221 MERIT DRIVE SUITE 1200 DALLAS, TX  75251 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | CTX CONSTRUCTION SYSTEMS, LLC 2014 BRIARCREST DRIVE HOUSTON, TX  77077 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 506 | CURTIS VAUGHN ADDRESS REDACTED |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 610 | CUSHMAN & WAKEFIELD ATTN: MARK MALONEY 1521 N COOPER STREET SUITE 610 ARLINGTON, TX  76011 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0404 | CUSTOM LOGISTICS OF TEXAS, LLC ATTN: CHRIS SOLILS 11200 WESTHEIMER ROAD SUITE 404 HOUSTON, TX  77042 |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10111 | CYNTHIA NAVA ADDRESS REDACTED |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B129 | CYNTHIA SWAYZE SMITH ADDRESS REDACTED |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): PKG | D2 ICE, LLC 7312 LOUETTA ROAD B118-609 SPRING, TX  77379 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063 | DACHSER USA AIR & SEA LOGISTICS INC. 1707 MARKET PLACE BLVD SUITE 340 IRVING, TX  75063 |
| | **State the term remaining** | 04/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 514 | DAMON P. COLEMAN ADDRESS REDACTED |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 | DANA MICHELLE PETTAWAY FAITHFUL SERVANT MINISTRIES SERVANT MINISTRIES ATTN: CURTIS PETTAWAY 2922 TWIN FOUNTAINS DRIVE HOUSTON, TX  77068 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 <br><br> **State the term remaining** 02/28/27 <br><br> **List the contract number of any government contract** | DANIEL HORTON, PHD ADDRESS REDACTED |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 <br><br> **State the term remaining** 06/30/24 <br><br> **List the contract number of any government contract** | DANIEL WRIGHT ADDRESS REDACTED |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1460 <br><br> **State the term remaining** 11/30/23 <br><br> **List the contract number of any government contract** | DARTEX HOLDINGS CORPORATION 8111 LBJ FREEWAY SUITE 1460 DALLAS, TX  75251 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 <br><br> **State the term remaining** 10/31/25 <br><br> **List the contract number of any government contract** | DARYL ALTON ZIPP ADDRESS REDACTED |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 <br><br> **State the term remaining** 01/31/24 <br><br> **List the contract number of any government contract** | DAVICA ARJOONSINGH ADDRESS REDACTED |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0930 <br><br> **State the term remaining** 10/31/24 <br><br> **List the contract number of any government contract** | DAVID MUNSON ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | DAVID N. WRIGHT & ASSOCIATES, LLC ATTN: ZHEN WU 525 ROUND ROCK WEST DRIVE SUITE A-145 ROUND ROCK, TX 78681 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | DAVID N. WRIGHT AND ASSOCIATES, LLC ATTN: ZHEN WU 525 ROUND ROCK WEST DRIVE SUITE A-145 ROUND ROCK, TX 78681 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | DAVID P. MATTHEWS, LLP DBA MATTHEWS & ASSOCIATES DBA MATTHEWS & ASSOCIATES ATTN: MONYA SCHWARTZ 2905 SACKETT ST HOUSTON, TX 77098 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 275 | DAVID RODRIGUEZ ADDRESS REDACTED |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C119 | DAVID TROSMAN ATTORNEYS AND COUNSELORS AT LAW PLLC 12820 HILLCREST ROAD SUITE C119 DALLAS, TX 75230 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | DAVID TU ADDRESS REDACTED |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | DAVIS, ERMIS & ROBERTS, P.C. 1521 N. COOPER STREET SUITE 860 ARLINGTON, TX 76011 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | DAYTON MACATEE ENGINEERING, LLC ATTN: DAYTON MACATEE 12655 N. CENTRAL EXPRESSWAY SUITE 420 DALLAS, TX 75243 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C218 | DEBRA PHELAN ADDRESS REDACTED |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | DEL CORONA & SCARDIGLI NORTH AMERICA, INC. ATTN: CAROLINE JOHNSON 616 FM 1960 ROAD WEST SUITE 650 HOUSTON, TX 77090 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | DEMETRIUS DE OLIVEIRA ADDRESS REDACTED |
| | **State the term remaining** | 11/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | DENESH SINGH ADDRESS REDACTED |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | DENNARD-LASCAR ASSOCIATES, LLC ATTN: RICK BLACK 1800 W. LOOP SOUTH # 200 HOUSTON, TX 77027 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | DENNIS ALVAREZ, PSY. D., LPC ATTN: DENNIS ALVAREZ 74 APRIL HILL DRIVE MONTGOMERY, TX 77356 |
| | **State the term remaining** | 10/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): E205 | DENTAL SURGICAL SOLUTIONS, LLC ATTN: TODD & LARA WHITEFIELD 3500 CENTENARY AVE DALLAS, TX 75225 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | DEPAOLI-CRIDDLE, PLLC 2020 NORTH LOOP WEST, SUITE 200 HOUSTON, TX 77018 |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | DERMAGENESIS SKIN AND BODY CARE LLC ATTN: ATTN: ROMY GODOY 11200 WESTHEIMER RD STE 200 HOUSTON, TX 77042 |
| | **State the term remaining** | 12/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015; UNIT(S): 14-C | DESHANDRA LEWIS ADDRESS REDACTED |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 630 | DFW PAIN & INJURY CENTERS, LLC 1521 N. COOPER ST SUITE 630 ARLINGTON, TX 76011 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | DGI-MENARD, INC. ATTN: KRISTA KEENER 2060 NORTH LOOP WEST SUITE 240 HOUSTON, TX  77018 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | DIGITALDESK, INC 1000 CENTRAL PARKWAY N, SUITE 223 ATTN: ROBERT G. GOMM SAN ANTONIO, TX  78232 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5476 | DINGLEJERRY KINGDOM ATTN: REBECCA GAMSBY 5121 CRESTWAY DRIVE # 505 WINDEREST, TX  78239 |
| | **State the term remaining** | 10/07/24 | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 325 | DIRECT AUTO FINANCING LLC ATTN: ALVARO QUINTANILLA 3450 FM 1960 ROAD W HUMBLE, TX  77338 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1220 | DIRECT HOLDINGS, LLC 12221 MERIT DR SUITE 1215 DALLAS, TX  75251 |
| | **State the term remaining** | 09/30/28 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10275 | DISTRICT 7 MAIN, LLC 2010 NORTH LOOP WEST SUITE 275 HOUSTON, TX  77018 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | DOLLAR GENERAL #9781 100 MISSION RIDGE ATTN: RENT ADMIN GOODLETTSVILLE, TN  37072 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3832 | DOLLAR TREE STORES, INC. 500 VOLVO PARKWAY ATTN: LEASE ACCTING DEPT.300 CHESAPEAKE, VA  23320 |
| | **State the term remaining** | 08/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7092 | DOLLAR TREE STORES, INC. ATTN: MARIBEL ALICEA ATTN: LEASE ACCOUNTING DEPT. 300 500 VOLVO PARKWAY CHESAPEAKE, VA  23320 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | DOMINIQUE LIU AND SERGIO JIMENEZ-GUDINO ADDRESS REDACTED |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A224 | DONALD E. LOOKADOO ADDRESS REDACTED |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | DONALD HAYS ADDRESS REDACTED |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | DOO YONG PARK DBA GOODY'S ATTN: DOO YONG PARK DBA GOODY'S 16-A UVALDE HOUSTON, TX 77015 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0612 | DORF KETAL CHEMICALS LLC DIRECTOR OF FINANCE 11200 WESTHEIMER SUITE 400 HOUSTON, TX 77042 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | DOUBLE T'S DONUTS ATTN: DOUBLE T'S DONUTS 18-C UVALDE HOUSTON, TX 77015 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-210 | DOUGLAS C. YOUNG ADDRESS REDACTED |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 40240 | DOUGLAS REUSCHEL ADDRESS REDACTED |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | DR. DANIEL BELTRAN ADDRESS REDACTED |
|---|---|---|---|
| | State the term remaining | 05/31/26 | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | DR. LAWRENCE WRIGHT ADDRESS REDACTED |
| | State the term remaining | 07/31/25 | |
| | List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | DR. QIONG BAI, OMD LAC ADDRESS REDACTED |
| | State the term remaining | 10/31/23 | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | DRC HEALTH SYSTEMS L.P. ATTN: JESSICA MAXWELL 15840 FM 529 SUITE 302 HOUSTON, TX  77095 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | DSG BENEFITS GROUP, LLC 12221 MERIT DRIVE SUITE 1015 DALLAS, TX  75251 |
| | State the term remaining | 01/31/24 | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | DUBCHARGE, LLC ATTN: AHSAN MADHANI 306 MCGOWEN STREET HOUSTON, TX  77066 |
| | State the term remaining | 04/30/24 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.311** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | DUNG CHARLIE TRAN ADDRESS REDACTED |
| **State the term remaining** | 03/31/29 | |
| **List the contract number of any government contract** | | |
| **2.312** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 320 | DUSTIN WILLIAMS ADDRESS REDACTED |
| **State the term remaining** | 02/28/25 | |
| **List the contract number of any government contract** | | |
| **2.313** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | DWIGHT KIERBOW HOMES, LLC 12830 HILLCREST ROAD SUITE D111-20 DALLAS, TX 75230 |
| **State the term remaining** | 02/29/24 | |
| **List the contract number of any government contract** | | |
| **2.314** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | DY PROPERTIES, INC. ATTN: BILL ROSE 12830 HILLCREST ROAD SUITE D111-5 DALLAS, TX 75230 |
| **State the term remaining** | 04/30/24 | |
| **List the contract number of any government contract** | | |
| **2.315** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D201 | DYAN TAREPE ADDRESS REDACTED |
| **State the term remaining** | 04/30/25 | |
| **List the contract number of any government contract** | | |
| **2.316** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | DYNAMIC ACCOUNTING SOLUTIONS, INC. ATTN: ARAF KHAN 7211 REGENCY SQUARE BLVD. SUITE 260 HOUSTON, TX 77036 |
| **State the term remaining** | 12/31/23 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.317** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014<br><br>**State the term remaining** 03/31/24<br><br>**List the contract number of any government contract** | DYNAMO TRUCKING, LLC 14550 TORREY CHASE, SUITE 256 HOUSTON, TX  77014 |
| **2.318** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038<br><br>**State the term remaining** 09/30/26<br><br>**List the contract number of any government contract** | E3 DIAGNOSTICS, INC. 1333 CORPORATE DR SUITE 105 IRVING, TX  75038 |
| **2.319** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230<br><br>**State the term remaining** 10/31/24<br><br>**List the contract number of any government contract** | EBS COLLECTION LLC ATTN: LEESA SMITH 4232 MCKINNEY # 110 DALLAS, TX  75205 |
| **2.320** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 620<br><br>**State the term remaining** 02/29/24<br><br>**List the contract number of any government contract** | EC, LLC ATTN: ELDA ADRIANA CALHOON 11811 NORTH FREEWAY SUITE 625 HOUSTON, TX  77060 |
| **2.321** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>**State the term remaining** 10/31/24<br><br>**List the contract number of any government contract** | EDDIE L. MOORE ADDRESS REDACTED |
| **2.322** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060; UNIT(S): 0700<br><br>**State the term remaining** 10/31/24<br><br>**List the contract number of any government contract** | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES MEDICAL GRADUATES ATTN: RICH ECKARD/THU DIEP 3624 MARKET ST. PHILADELPHIA, PA  19104 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015; UNIT(S): 14-A | EDVIN CUTZ ADDRESS REDACTED |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 450 | EDWARD CHAN ADDRESS REDACTED |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | EDWARD D JONES & CO, LP ATTN: TRACY PLACKMEIER 1521 N. COOPER STREET SUITE 130 ARLINGTON, TX 76011 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 211B | EDWARD D. JONES & CO., L.P. 15840 FM 529 ROAD SUITE 211B HOUSTON, TX 77095 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | EDWARD J. WILSON, M.ED., L.P.C., C.HT. ADDRESS REDACTED |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | EDWARD L. GOLUB ADDRESS REDACTED |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) _23-11452_
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.329** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0740<br><br>12/31/23 | EICHNER FAMILY, LP ATTN: SYLVIA SANCHEZ 11200 WESTHEIMER, SUITE 740 HOUSTON, TX 77042 |
| **2.330** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450<br><br>01/31/27 | EL MENE, INC. DBA EINSTEIN'S PUB 873 S. MASON RD. SUITE # 336 KATY, TX 77450 |
| **2.331** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450<br><br>01/31/27 | EL MENE, INC. DBA EINSTEIN'S PUB 873 S. MASON RD. SUITE # 360 KATY, TX 77450 |
| **2.332** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251<br><br>09/30/26 | ELAHI LAW & MEDIATION FIRM PLLC AND THE AHMED FIRM P.L.L.C AND THE AHMED FIRM P.L.L.C 8111 LBJ FREEWAY, SUITE 655 ATTN: SHAYAN ELAHI AND SAMEER AHMED DALLAS, TX 75251 |
| **2.333** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 223<br><br>08/31/25 | ELDA MANAGEMENT SERVICES, INC. ATTN: ELIAS CAMHI 7211 REGENCY SQUARE BLVD. SUITE 223 HOUSTON, TX 77036 |
| **2.334** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200N<br><br>02/29/24 | ELDRIDGE ROOFING & RESTORATION, INC. 5907 SPRING CYPRESS ROAD SPRING, TX 77379 |

Debtor    Hartman SPE, LLC
_____    _____
(Name)                                                    Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.335 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 **State the term remaining** 12/31/27 **List the contract number of any government contract** | ELEGANCE GALLERIA LLC ATTN: HUMU ZOMAH-MOHAMMED 20702 BARRINGTON MEADOW TRACE RICHMOND, TX 77057 |
| 2.336 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 **State the term remaining** 08/31/26 **List the contract number of any government contract** | ELEGANCE GALLERIA LLC ATTN: HUMU ZOMAH-MOHAMMED 20702 BARRINGTON MEADOW TRACE RICHMOND, TX 77057 |
| 2.337 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 233 **State the term remaining** 01/31/27 **List the contract number of any government contract** | ELIAS VIEZCA, CALVIN SAULNY AND HORACE SINCLAIR DBA PRIMERICA  SINCLAIR DBA PRIMERICA 1880 S. DAIRY ASHFORD ROAD, SUITE 211B HOUSTON, TX 77077 |
| 2.338 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2085 **State the term remaining** 11/30/24 **List the contract number of any government contract** | ELIK DIALYSIS HOME THERAPY - MEMORIAL INC. 500 NORTH COIT ROAD SUITE 2085 RICHARDSON, TX 75080 |
| 2.339 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 **State the term remaining** 11/30/24 **List the contract number of any government contract** | ELISHA BOWIE AND PERCY BOWIE, JR. ADDRESS REDACTED |
| 2.340 **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069; UNIT(S): A5-A **State the term remaining** 06/30/24 **List the contract number of any government contract** | ELIZABETH AKROFI ADDRESS REDACTED |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)  23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.341** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 **State the term remaining** 02/28/25 **List the contract number of any government contract** | EMMAUS HEALTH CARE, PLLC ATTN: CHERYL JONES 8603 BRETT FORK RICHMOND, TX 77406 |
| **2.342** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 **State the term remaining** 02/28/27 **List the contract number of any government contract** | EMPIRE CHIROPRACTIC AND REHAB, LLC 601 SAWYER STE 330 HOUSTON, TX 77007 |
| **2.343** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 **State the term remaining** 10/31/23 **List the contract number of any government contract** | EMR (USA HOLDINGS), LLC ATTN: ANDREW COOLEY 1521 N COOPER STREET SUITE 221 ARLINGTON, TX 76011 |
| **2.344** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 538 **State the term remaining** 09/30/24 **List the contract number of any government contract** | ENERG SCREEN LLC ATTN: HOWARD BONHOMME 14307 MOPAN SPRINGS LANE HOUSTON, TX 77044 |
| **2.345** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 **State the term remaining** 11/30/24 **List the contract number of any government contract** | ENERGY COGNITO LLC 1880 S DAIRY ASHFORD SUITE 580 HOUSTON, TX 77077 |
| **2.346** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 **State the term remaining** 06/30/24 **List the contract number of any government contract** | ENERGY ENGG. AMERICAS, LLC. 26410 OAK RIDGE DRIVE, SUITE 105 SPRING, TX 77380 |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | ENTOMOLOGY ASSOCIATES, INC. ATTN: JEFF TUCKER 2020 N. LOOP W SUITE # 115 HOUSTON, TX  77018 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 415 | ENVISION EMPOWERMENT PSYCHOTHERAPY AND CONSULTING AND CONSULTING 1880 S DAIRY ASHFORD SUITE 415 HOUSTON, TX  77077 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | EOS ACCOUNTANTS LLP 1880 S DAIRY ASHFORD SUITE 237 HOUSTON, TX  77077 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | EPB ASSOCIATES, INC. 14114 N DALLAS PARKWAY SUITE 472 DALLAS, TX  75254 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | EPN ENTERPRISES, INC 1333 CORPORATE DR SUITE 220 IRVING, TX  75038 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068 | ERIKA JONES ADDRESS REDACTED |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | ERN MOONEY/ RED WING SHOES ADDRESS REDACTED |
| | State the term remaining | 03/31/27 | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | EROX LLC ATTN: CINTHYA DUENAS 22726 GINOSA TRAIL KATY, TX 77449 |
| | State the term remaining | 09/30/26 | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | ESK GROUP, INC 1333 CORPORATE DR SUITE 116 IRVING, TX 75038 |
| | State the term remaining | 12/31/26 | |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | ESSENTIAL SERVICE MECHANICAL LLC 6605 STROUD DR HOUSTON, TX 77074 |
| | State the term remaining | 05/31/26 | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): B204 | ESTHER ODAIBO ADDRESS REDACTED |
| | State the term remaining | 07/31/24 | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | EUGENE C. STONER, JR. ADDRESS REDACTED |
| | State the term remaining | 11/30/25 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | EUROPA HOMES CORP 7324 SOUTHWEST FREEWAY, # 1464 ATTN: ISRAEL SIERRA HOUSTON, TX  77074 |
| | **State the term remaining** | 11/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | EVA SYMCOX AND BRIAN SYMCOX ADDRESS REDACTED |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 141 | EVANS AMOAKO ADDRESS REDACTED |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | EVARISTUS NKONGCHU ADDRESS REDACTED |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | EVERT CHUNG, ASHLEY PEREZ, GINA RODRIGUEZ ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 234 | EVO FLIGHT SERVICES LLC 16010 BARKERS POINT, SUITE 234 ATTN: CHRISTOPHER CARTWRIGHT HOUSTO, TX  77079 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.365 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>**State the term remaining** 07/31/24<br><br>**List the contract number of any government contract** | EXPLOREOVER INC. ATTN: BRETT MCDONALD 440 N. BARRCANCA AVENUE COVINA, CA  91723 |
| 2.366 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090<br><br>**State the term remaining** 03/31/24<br><br>**List the contract number of any government contract** | EXPRESS MULTISERVICES & TITLES ATTN: SYLVIA DIAZ 616 FM 1960 STE 200D HOUSTON, TX  77090 |
| 2.367 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 220<br><br>**State the term remaining** 08/31/25<br><br>**List the contract number of any government contract** | EYPM NORTH, INC. 1326 CARAVELLE COURT ATTN: MICHAEL RAMIREZ KATY, TX  77494 |
| 2.368 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042<br><br>**State the term remaining** 11/30/26<br><br>**List the contract number of any government contract** | F.T. PUBLICATIONS INC. 11200 WESTHEIMER RD STE 606 HOUSTON, TX  77042 |
| 2.369 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 316<br><br>**State the term remaining** 10/31/24<br><br>**List the contract number of any government contract** | FACEGAWDD STUDIO & CO LLC ATTN:  ACCOUNTS PAYBLE 804 AVENUE I ATTN: RAVEN TRAYLOR CONROE, TX  77301 |
| 2.370 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084<br><br>**State the term remaining** 05/31/26<br><br>**List the contract number of any government contract** | FADI 1952, INC 7353 FM 1960 ROAD E ATTN: CHAD OWAIDA HUMBLE, TX  77346 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | |
| :--- | :--- | :--- | :--- | :--- |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| :--- | :--- |

| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 203 | FAIRWAY INDEPENDENT MORTGAGE CORPORATION 1333 CORPORATE DR SUITE 203 IRVING, TX 75038 |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 50230 | FAMILIES EMPOWERED 2050 NORTH LOOP WEST, SUITE 230 ATTN: PATRICIA DIPPEL HOUSTON, TX 77018 |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 09/27/27 | |
| | **List the contract number of any government contract** | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3814 | FARMBOY BREW SHOP, LLC ATTN: LANDON WEIERSHAUSEN 1309 CHAMBOARD LANE HOUSTON, TX 77018 |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 20160 | FATHER AND SON HEALTHCARE HOLDINGS, INC. ATTN: JEREMY SULLIVAN 2020 NORTH LOOP WEST SUITE 160 HOUSTON, TX 77018 |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 245 | FELICIA A. TAYLOR ADDRESS REDACTED |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |

| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 270 | FELICIA EVANS ADDRESS REDACTED |
| :--- | :--- | :--- | :--- |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215<br><br>02/28/25 | FERGUSON FINANCIAL GROUP, LLC 12221 MERIT DRIVE SUITE 1925 DALLAS, TX  75251 |
| **2.378**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>02/29/28 | FIRMATEK, LLC 304 W. KIRKWOOD AVENUE, SUITE 100 ATTN: LAUREN ELMORE BLOOMINGTON, IN  47404 |
| **2.379**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>10/31/25 | FIROUZBAKHT LAW FIRM, PLLC 2040 NORTH LOOP WEST SUITE 102 HOUSTON, TX  77018 |
| **2.380**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>06/30/27 | FIRST CHOICE BROKERS LLC 20915 WILDERNESS OAK # 9206 SAN ANTONIO, TX  78258 |
| **2.381**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0786<br><br>06/30/27 | FIRST CONSULTING GROUP ATTN: TUAN VU 11200 WESTHEIMER RD SUITE 786 ATTN: TUAN VU FIRST CONSULTING GROUP HOUSTON, TX  77042 |
| **2.382**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>01/31/27 | FITCLINIC LLC, A TEXAS LIMITED LIABILITY COMPANY ATTN: JOHN VILLARREAL 6022 GREENMONT DR. HOUSTON, TX  77092 |

Debtor    Hartman SPE, LLC    Case number (if known) 23-11452

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | FITNESS & LIFE CORPORATION, LLC 12101 NORTHPOINTE BLVD APT 6203 TOMBALL, TX 77377 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): B205 | FIVE CARS SALE LLC 2800 ROLIDO DRIVE, APT 118 ATTN: MOHAMMED AIREFAI HOUSTON, TX 77063 |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3025 | FIVE STAR CAFE LLC ATTN: MITCH DANYALI 4212 BARNSLEY DR. PLANO, TX 75093 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0353 | FIVENGINEERING, LLC ATTN: KELLY HUMPHRIES 11200 WESTHEIMER ROAD SUITE 300 HOUSTON, TX 77042 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 300 | FLEETNURSE, INC. 1471 PEARL STREET, SUITE 2 ATTN: ISRAEL ANGELES LINDA SANANIXAY EUGENE, OR 97401 |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0365 | FLEXTEK RESOURCES, LLC 11200 WESTHEIMER RD STE 408 HOUSTON, TX 77042 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | FLORIS & FLORIS, PLLC ATTN: ACCOUNTING 15840 FM 529 SUITE 210 HOUSTON, TX 77095 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-330 | FLUME HOLDINGS, LLC 1020 NE LOOP 410, # 530 ATTN: BRADLEY FLUME SAN ANTONIO, TX 78209 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | FOOT LOCKER RETAIL INC. (STORE#7417) ATTN: FACILITIES PAYABLE P.O. BOX 2943 HARRISBURG, PA 17105 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 180 | FOREVER FINE LLC ATTN: FOREVER FINE BOUTIQUE AP 8213 BERTWOOD STREET ATTN: MONIQUE PAPPILLION HOUSTON, TX 77016 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | FOSTER CM GROUP, INC., A TEXAS CORPORATION 8610 N. NEW BRAUNFELS SUITE S-606 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-2 | FOSTER KIDS CHARITY 12830 HILLCREST ROAD SUITE D111-26 DALLAS, TX 75230 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | FRANCIS COLONIAL TITLE LLC 5112 GOLDEN LANE ATTN: DERICK TOWNSEND FORT WORTH, TX  76123 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | FRANK SALAZAR & CO., P.C. ATTN: FRANK SALAZAR 2010 NORTH LOOP WEST SUITE 200 HOUSTON, TX  77018 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 181 | FRED LOYA - ADMINISTRATION/RETAIL SALES ATTN:  ACCOUNTING 1800 LEE TREVINO SUITE 201 EL PASO, TX  79936 |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 700 | FRED LOYA - LEGAL/CLAIMS ATTN:  ACCOUNTING 1800 LEE TREVINO SUITE 201 EL PASO, TX  79936 |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 130 | FRED LOYA - TRAINING ATTN:  ACCOUNTING 1800 LEE TREVINO SUITE 201 EL PASO, TX  79936 |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | FRED LOYA INSURANCE AGENCY, INC. ATTN:  FRED LOYA INSURANCE AGENCY, INC. 1800 LEE TREVINO, SUITE 201 ATTN: LEASE ADMINISTRATION EL PASO, TX  79936 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4110-135 | FRED LOYA INSURANCE ANGENCY, INC. 1800 LEE TREVINO, SUITE 201 EL PASO, TX 79935 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | FREDRICK ROBERTSON ADDRESS REDACTED |
| | **State the term remaining** | 07/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 300 | FREEFLIGHT ACQUISTION CORPORATION 1333 CORPORATE DRIVE, SUITE 300 ATTN: MICHAEL MASON IRVING, TX 75038 |
| | **State the term remaining** | 10/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0530 | FRONT POINT HEALTH LLC 2702 N. OGDEN ROAD, # 102 ATTN: BRENT KORTE MESA, AZ 85215 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0540 | FRONT POINT HEALTH LLC ATTN: BRENT KORTE 2702 N. OGDEN ROAD, # 102 MESA, AZ 85215 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0555 | FRONT POINT HEALTH LLC ATTN: BRENT KORTE 2702 N. OGDEN ROAD, # 102 MESA, AZ 85215 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | |
|---|---|---|---|
| | (Name) | Case number (if known) | 23-11452 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 |
| | **State the term remaining** | 01/31/27 |
| | **List the contract number of any government contract** | |
| | | FST,LLC 1333 CORPORATE DR SUITE 330 IRVING, TX 75038 |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 255 |
| | **State the term remaining** | 08/31/24 |
| | **List the contract number of any government contract** | |
| | | FUSI AND CRAIG PLASTIC SURGERY, PA 3100 TIMMONS LANE SUITE 255 HOUSTON, TX 77027 |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A108 |
| | **State the term remaining** | 12/31/23 |
| | **List the contract number of any government contract** | |
| | | FX TRADING, LLC 12800 HILLCREST ROAD, STE. A108 DALLAS, TX 75230 |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 50101 |
| | **State the term remaining** | 05/31/25 |
| | **List the contract number of any government contract** | |
| | | G&B GROUP, LLC 2050 NORTH LOOP WEST SUITE 101 HOUSTON, TX 77018 |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 09/30/24 |
| | **List the contract number of any government contract** | |
| | | G.A. & ED LOWRANCE, INC. ATTN: RUTH Z. LOWRANCE 8620 N. NEW BRAUNFELS SUITE N-306 SAN ANTONIO, TX 78217 |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 |
| | **State the term remaining** | 11/30/24 |
| | **List the contract number of any government contract** | |
| | | G.B.C. FINANCE COMPANY, INC. ATTN: STEVE GULLO 601 SAWYER SUITE 100 HOUSTON, TX 77007 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.413** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | G.S. LABORATORIES OF AMERICA, INC. ATTN: SAM BARBUZZI 14114 N DALLAS PARKWAY SUITE 475 DALLAS, TX 75254 |

| **2.413** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | G.S. LABORATORIES OF AMERICA, INC. ATTN: SAM BARBUZZI 14114 N DALLAS PARKWAY SUITE 475 DALLAS, TX 75254 |
|---|---|---|---|
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| **2.414** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 330 | GABRIEL ALEMAN ADDRESS REDACTED |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| **2.415** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | GABRIELLE HENDERSON ADDRESS REDACTED |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| **2.416** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, 1225 SAN ANTONIO, TX 78229; UNIT(S): 0200 | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY 40245 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| **2.417** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0310 | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY 40245 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| **2.418** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0600 | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY 40245 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0650 |
| | | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY  40245 |
| | **State the term remaining** | 06/30/25 |
| | **List the contract number of any government contract** | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0800 |
| | | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY  40245 |
| | **State the term remaining** | 06/30/25 |
| | **List the contract number of any government contract** | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0900 |
| | | GALEN COLLEGE OF NURSING ATTN: KRISTIE BOSLER 3050 TERRA CROSSING BLVD LOUISVILLE, KY  40245 |
| | **State the term remaining** | 06/30/25 |
| | **List the contract number of any government contract** | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 |
| | | GALTWAY MARKETING, LLC 400 N. SAM HOUSTON PKWY EAST SUITE 650 HOUSTON, TX  77060 |
| | **State the term remaining** | 03/31/24 |
| | **List the contract number of any government contract** | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069; UNIT(S): A5 |
| | | GAME OVER VIDEOGAMES, INC. ATTN: DAVID KAELIN 911 W. ANDERSON LN SUITE 106 AUSTIN, TX  78757 |
| | **State the term remaining** | 09/30/24 |
| | **List the contract number of any government contract** | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 |
| | | GAMESTOP #808 625 WESTPORT PKWY ATTN PRPRTY ACCNTNG REFERENCE STORE 808 GRAPEVINE, TX  76051-6740 |
| | **State the term remaining** | 01/31/26 |
| | **List the contract number of any government contract** | |

Debtor    Hartman SPE, LLC
_____
(Name)

Case number (if known)    23-11452
_____

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.425 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251<br><br>12/31/50 | GATEWAY HEALTH CLUB ATTN:  GATEWAY HEALTH CLUB 8111 LBJ FREEWAY SUITE 150A DALLAS, TX  75251 |
| 2.426 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>07/31/24 | GATEWAY MORTGAGE GROUP 8610 NORTH NEW BRAUNFELS SUITE S-309 SAN ANTONIO, TX  78217 |
| 2.427 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162<br><br>11/30/27 | GCR LOGISTICS INC. ATTN: HAL GAGLIANO 15311 W. VANTAGE PKWY STE 134 HOUSTON, TX  77032 |
| 2.428 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014<br><br>10/31/24 | GEMINI ENTERPRISES, INC. ATTN:  GEMINI ENTERPRISES, INC. 14550 TORREY CHASE BLVD. SUITE 600 HOUSTON, TX  77014 |
| 2.429 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420<br><br>03/31/27 | GEMLAND TEXAS, INC. 2909 HILLCROFT SUITE 230 HOUSTON, TX  77057 |
| 2.430 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>01/31/27 | GENE B. REYNOLDS ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.431** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 300 | GENESYS WORKS 1880 SOUTH DAIRY ASHFORD ROAD SUITE 300 HOUSTON, TX 77077 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| **2.432** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3071 | GERALD BRUCE II ADDRESS REDACTED |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |
| **2.433** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | GERMAN MANRIQUE ADDRESS REDACTED |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| **2.434** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | GILBERT COMMERCIAL LP ATTN: JOHN GILBERT 12830 HILLCREST ROAD SUITE D122 DALLAS, TX 75230 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| **2.435** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | GINA W WATSON PLLC ATTN: GINA W WATSON PLLC 513 E. 11TH STREET ATTN: GINA W WATSON HOUSTON, TX 77008 |
| | **State the term remaining** | 09/30/26 | |
| | **List the contract number of any government contract** | | |
| **2.436** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3830 | GINGER MILLER ADDRESS REDACTED |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | |
|---|---|---|---|

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.437** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0775 **State the term remaining** 11/30/25 **List the contract number of any government contract** | GLENN C. ALBRIGHT ADDRESS REDACTED |
| **2.438** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 **State the term remaining** 04/30/28 **List the contract number of any government contract** | GLOBAL INSTRUMENTATION SERVICES, LLC ATTN: GAVIN LEWIS ATTN: GAVIN LEWIS 505 W. 17TH STREET HOUSTON, TX 77008 |
| **2.439** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 **State the term remaining** 12/31/24 **List the contract number of any government contract** | GMC CONSULTANTS, LLC 2060 NORTH LOOP WEST SUITE 110 HOUSTON, TX 77018 |
| **2.440** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3832-A **State the term remaining** 01/31/26 **List the contract number of any government contract** | GMET COMMUNICATIONS, LLC ATTN: JUAN IPARRAGUIRRE 1925 EL. BELT LINE ROAD, SUITE 404 CARROLLTON, TX 75006 |
| **2.441** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2330 **State the term remaining** 06/30/24 **List the contract number of any government contract** | GO BRANDS, INC. 670 N COIT ROAD SUITE 2330 RICHARDSON, TX 75080 |
| **2.442** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 213 **State the term remaining** 03/31/24 **List the contract number of any government contract** | GOLDEN ACCOUNTING SERVICES, LLC ATTN: VANESSA GOLDEN 7211 REGENCY SQUARE BLVD. SUITE 213 HOUSTON, TX 77036 |

Debtor    Hartman SPE, LLC
(Name)                                    Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.443** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 550 **State the term remaining** 05/31/24 **List the contract number of any government contract** | GOODRICH AMERICAS INC. ATTN: RAJ WALANJ 616 FM 1960 SUITE 550 HOUSTON, TX 77090 |
| **2.444** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 **State the term remaining** 02/28/27 **List the contract number of any government contract** | GRACE UNLIMITED GROUP LLC 8111 LBJ FREEWAY SUITE 720 DALLAS, TX 75251 |
| **2.445** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1325 **State the term remaining** 01/31/24 **List the contract number of any government contract** | GRAIL & TUCKER LEGAL PUBLISHING, LLC ATTN: JEFF TUCKER 8111 LBJ FREEWAY SUITE 1325 DALLAS, TX |
| **2.446** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 **State the term remaining** 04/30/27 **List the contract number of any government contract** | GRAN COLOMBIA RESTAURANTE INC 7706 SHADY PALMS DR ATTN: LILIANA P GONZALEZ HOUSTON, TX 77095 |
| **2.447** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 **State the term remaining** 03/31/25 **List the contract number of any government contract** | GRANT H. LAUGHLIN ADDRESS REDACTED |
| **2.448** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-706 **State the term remaining** 11/30/24 **List the contract number of any government contract** | GRAVITY LEADERSHIP & MANAGEMENT, LLC ATTN: FRANK LISENBEE 8610 N NEW BRAUNFELS SUITE 701 SAN ANTONIO, TX 78217 |

Debtor    Hartman SPE, LLC _____    Case number (if known) _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.449** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20215 <br><br> 05/31/27 | GREATER HEIGHTS AREA CHAMBER OF COMMERCE ATTN: JAMES MONTALBANO 2020 NORTH LOOP WEST SUITE 215 HOUSTON, TX  77018 |
| **2.450** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 <br><br> 05/31/28 | GREEN OAKS HOSPITAL SUBSIDIARY, L.P. 7808 CLODUS FIELDS DR DALLAS, TX  75251 |
| **2.451** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0450 <br><br> 03/31/25 | GREEN OAKS HOSPITAL SUBSIDIARY, LP 12221 MERIT DRIVE SUITE 450 DALLAS, TX  75251 |
| **2.452** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 <br><br> 04/30/26 | GREENWAY CHIROPRACTIC ATTN: TIM ZELLER 3100 TIMMONS SUITE 135 HOUSTON, TX  77027 |
| **2.453** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 205 <br><br> 09/30/23 | GREENWAY TECHNOLOGIES, INC. ATTN: RANSOM JONES 1521 N COOPER STREET SUITE 205 ARLINGTON, TX  76011 |
| **2.454** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 <br><br> 03/31/25 | GREENWAY TRANSPORTATION INC. ATTN: MERAJ ANSARI 577 VALLEY FORGE COURT FRANKLIN, OH  45005 |

Debtor     Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | GREMBOWIEC & ASSOC. 7211 REGENCY SQUARE BLVD SUITE 207 HOUSTON, TX  77036 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 750 | GREY PIERSON, A PROFESSIONAL CORPORATION ATTN:  KRISTEN BRANSCUM 1521 N COOPER ST SUITE 750 ARLINGTON, TX  76011 |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1475 | GREYHELLER LLC ATTN: PIYUSH PANDEY 8111 LBJ FREEWAY STE 1475 DALLAS, TX  75251 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 | GROPPE, LONG & LITTELL 601 SAWYER SUITE 620 HOUSTON, TX  77007 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | GS ENTERPRISES, LLC ATTN: WENDY POLO 4114 N DALLAS PARKWAY SUITE 400 DALLAS, TX  75254 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229 | GSA - VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 12/11/23 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0108 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 01/14/24 | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0110 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 01/14/24 | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0120 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0400 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 01/14/24 | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0700 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 01/14/24 | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 0750 | GSA-VETERANS ADMINISTRATION ATTN: NICOLE BEMISS 7400 MERTON MINTER BLVD SAN ANTONIO, TX  78229 |
| | **State the term remaining** | 01/14/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | GTE MOBILNET/VERIZON NETWORK REAL ESTATE NG76959 180 WASHINGTON VALLEY ROAD BEDMINSTER, NJ  07921 |
|---|---|---|---|
| | **State the term remaining** | 05/31/33 | |
| | **List the contract number of any government contract** | | |

| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | GUARDIAN ANGELS SECURITY, LLC 7211 REGENCY SQUARE BLVD. SUITE 105 HOUSTON, TX  77036 |
|---|---|---|---|
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | GUIDING LIGHT HOSPICE, INC ATTN: MONICA TRUST 3218 NACOGDOCHES ROAD SAN ANTONIO, TX  78218 |
|---|---|---|---|
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |

| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 105 | GULF INTERSTATE ENG. 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX  77079 |
|---|---|---|---|
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 150 | GULF INTERSTATE ENG. 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX  77079 |
|---|---|---|---|
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 175B | GULF INTERSTATE ENG. 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX  77079 |
|---|---|---|---|
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
     (Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.473** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 300<br><br>04/30/24 | GULF INTERSTATE ENG. 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX 77079 |
| **2.474** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 400<br><br>04/30/24 | GULF INTERSTATE ENG. 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX 77079 |
| **2.475** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 100<br><br>04/30/24 | GULF INTERSTATE ENGINEERING 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX 77079 |
| **2.476** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 120A<br><br>04/30/24 | GULF INTERSTATE ENGINEERING 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX 77079 |
| **2.477** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 120B<br><br>04/30/24 | GULF INTERSTATE ENGINEERING 16010 BARKERS POINT LANE SUITE 600 HOUSTON, TX 77079 |
| **2.478** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 600<br><br>04/30/24 | GULF INTERSTATE ENGINEERING 16010 BARKER'S POINT LANE SUITE 600 HOUSTON, TX 77079 |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.479 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0509 <br><br> 02/28/26 | G-WASA, INC ATTN:  ACCOUNTS PAYABLLE 11200 WESTHEIMER RD STE 509 HOUSTON, TX  77042 |
| 2.480 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 <br><br> 04/30/27 | H & S SOUTHWEST LLC 5138 AVENUE H ATTN: SOPHOAN YEM ROSENBERG, TX  77471 |
| 2.481 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 <br><br> 02/28/26 | H Q BUSINESS INC 14621 BEECHNUT ST STE D HOUSTON, TX  77083 |
| 2.482 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 <br><br> 12/31/23 | H.W.G. CONSULTING, LLC. 11200 WESTHEIMER RD STE 608 HOUSTON, TX  77042 |
| 2.483 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 <br><br> 12/31/28 | H2O CONSULTING - STORAGE 5870 HIGHWAY 6 NORTH SUITE 215 HOUSTON, TX  77084 |
| 2.484 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 <br><br> 12/31/23 | H2O CONSULTING, INC. 5870 HIGHWAY 6 NORTH SUITE 215 HOUSTON, TX  77084 |

Debtor    Hartman SPE, LLC
                                                              Case number (if known)    23-11452
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0510 | HADI KUSUMO ADDRESS REDACTED |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | HAINGE & ASSOCIATES, INC. 15840 FM 529 SUITE 304 HOUSTON, TX 77095 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | HAJI KABOB HOUSE LLC ATTN: ASIM ASLAM 5318 HICKORY HARVEST DRIVE RICHMOND, TX 77407 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | HAKIKAS TRANSPORTATION LLC 11200 WESTHEIMER RD STE 250 HOUSTON, TX 77042 |
| | **State the term remaining** | 03/31/32 | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0260 | HAKIKAS TRANSPORTATION LLC 11200 WESTHEIMER RD STE 250 HOUSTON, TX 77042 |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | HANSITECHNOLOGIES LLC ATTN: PRANITHA VANGALA 13201 PRAIRIE SKY LANE KRUM, TX 76249 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | HARBOR FREIGHT TOOLS ATTN: TONI BORN ATTN: LEASE ADMINISTRATION 26541 AGOURA ROAD CALABASAS, CA  91302 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | HARRIS COUNTY SHERIFF'S DEPT OFFICE ATTN: HABTE AMANET AUDIT DEPT: DONNA GODAIR 1001 PRESTON, SUITE 800 HOUSTON, TX  77002 |
| | **State the term remaining** | 01/31/30 | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | HAWRYLAK & ASSOCIATES, LLC ATTN: STEVE HAWRYLAK 1521 N. COOPER STREET SUITE 890 ARLINGTON, TX  76011 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | HAYAT'S FASHIONS 12113 DASHWOOD DR. HOUSTON, TX  77072 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | HBP MANAGEMENT SERVICES LLC ATTN: MARK W. SANDERSON 5931 BONNARD DRIVE DALLAS, TX  75230 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A106 | HBP MANAGEMENT SERVICES, LLC 5931 BONNARD ATTN: MARK W. SANDERSON DALLAS, TX  75230 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | HEALTHCARE TRAINING INSTITUTE, INC ATTN:  ACCOUNTS PAYBLE 11811 N FREEWAY STE 300 HOUSTON, TX  77060 |
|---|---|---|---|
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |

| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | HEALTHCOR CAPITAL LLC 8111 LBJ FREEWAY SUITE 1000 DALLAS, TX  75251 |
|---|---|---|---|
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |

| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081; UNIT(S): 501 | HEALTHLINE MEDICAL EQUIPMENT, LLC ATTN: KIRSTIN DEMMER 4709 LYDIA WICHITA FALLS, TX  76308 |
|---|---|---|---|
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |

| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0307 | HECTOR SALDANA INSURANCE AGENCY LLC 7214 PIEDMONT DRIVE ATTN: HECTOR CRUZ SALDANA DALLAS, TX  75227 |
|---|---|---|---|
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |

| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10120 | HEIGHTS INSURANCE & MULTISERVICES ATTN: LETICIA VALDEZ 18979 ROSEWOOD TERRACE DR NEW CANEY, TX  77357 |
|---|---|---|---|
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | HELLO USA BEAUTY LLC ATTN: JOHN K LEE 85 WILLOW STREET WHITLEY HEIGHT, NY  11798 |
|---|---|---|---|
| | **State the term remaining** | 01/24/26 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | HENRY Z ROOFING 970 N COIT RD. SUITE 3096 RICHARDSON, TX  75080 |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | HER SZN LASH BAR, LLC 2909 HILLCROFT STE 500 HOUSTON, TX  77057 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | HISTEEL PIPE & TUBE, INC. 11200 WESTHEIMER SUITE 210 HOUSTON, TX  77042 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 555 | HOGDEN INDUSTRIES, LLC ATTN: SARAH HOGDEN 3100 TIMMONS SUITE 555 HOUSTON, TX  77027 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 260 | HOLD TIGHT SOLUTIONS, INC. ATTN: REESE HAZEL P.O. BOX 27907 HOUSTON, TX  77227 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | HOLISTIC HOME CARE NURSING INC. ATTN: JEWELLEAN MANGAROO 2909 HILLCROFT SUITE 670 HOUSTON, TX  77057 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.509** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5456 **State the term remaining** 02/28/29 **List the contract number of any government contract** | HONG HUI XUE ATTN: CATHERINE WANG LEE 5456 WALZEM ROAD SAN ANTONIO, TX  78218 |
| **2.510** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 608 **State the term remaining** 01/31/25 **List the contract number of any government contract** | HOPE COUNSELING SERVICES, LLC ATTN: KELLY COFIELD 11811 NORTH FREEWAY SUITE 608 HOUSTON, TX  77060 |
| **2.511** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D218 **State the term remaining** 01/31/24 **List the contract number of any government contract** | HOTEL ASSOCIATION OF NORTH TEXAS ORGANIZATION ATTN: TRACI MAYER 12830 HILLCREST ROAD SUITE D218 DALLAS, TX  75230 |
| **2.512** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 **State the term remaining** 03/31/26 **List the contract number of any government contract** | HOTEL BROKERS OF AMERICA INC. ATTN: SUBHASH NAIL 12655 N. CENTRAL EXPRESSWAY, SUITE 550 DALLAS, TX  75243 |
| **2.513** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 230 **State the term remaining** 10/31/28 **List the contract number of any government contract** | HOUSTON CENTER OF HOMEOPATHY, INC. ATTN: CINDY GRIFFIN 1880 SOUTH DAIRY ASHFORD SUITE 216 HOUSTON, TX  77077 |
| **2.514** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 **State the term remaining** 07/31/27 **List the contract number of any government contract** | HOUSTON CUSTOM INSTALLERS INC. 12518 MILLVAN DRIVE ATTN: ENJOLI WOODS HOUSTON, TX  77070 |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)  23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.515** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 <br><br> **State the term remaining** 01/31/28 <br><br> **List the contract number of any government contract** | HOUSTON DIRECT LIMITED LIABILITY COMPANY ATTN: CLAUDIA RAMIREZ MYRNA VASQUEZ 6161 SAVOY, # 837 HOUSTON, TX 77036 |
| **2.516** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 565 <br><br> **State the term remaining** 09/30/24 <br><br> **List the contract number of any government contract** | HOUSTON NEUROPSYCHOLOGY ASSOCIATES, PLLC ATTN: ROBERT DAVIS 3100 TIMMONS LANE SUITE 565 HOUSTON, TX 77027 |
| **2.517** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 360 <br><br> **State the term remaining** 10/31/24 <br><br> **List the contract number of any government contract** | HOUSTON STRATEGIC FINANCIAL ADVISORS, LLC ATTN: DALE HEARN 14550 TORREY CHASE SUITE 360 HOUSTON, TX 77014 |
| **2.518** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 <br><br> **State the term remaining** 04/30/24 <br><br> **List the contract number of any government contract** | HR WALLINGFORD ATTN: RICHARD LEWIS  INTERNATIONAL OPERATIONS DIR HOWBRY PRK  WALLINGFORD  OX10 8BA UNITED KINGDOM |
| **2.519** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 239 <br><br> **State the term remaining** 11/30/26 <br><br> **List the contract number of any government contract** | HRTCS, LLC 2412 APPIAN WAY ATTN: RENEE HILL PEARLAND, TX 77584 |
| **2.520** **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 240 <br><br> **State the term remaining** 02/28/27 <br><br> **List the contract number of any government contract** | HRTCS, LLC 2412 APPIAN WAY ATTN: RENEE HILL PEARLAND, TX 77584 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 |
| | **State the term remaining** | 09/30/23 |
| | **List the contract number of any government contract** | |

HUNT & HUNT ENGINEERING CORP
7211 REGENCY SQUARE BLVD SUITE 200
HOUSTON, TX 77036

| | | |
|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 300 |
| | **State the term remaining** | 08/31/25 |
| | **List the contract number of any government contract** | |

HUSSAMADDIN AL-KHADOUR, M.D., P.A.
902 FROSTWOOD DRIVE, # 106
HOUSTON, TX 77024

| | | |
|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C129 |
| | **State the term remaining** | 09/30/25 |
| | **List the contract number of any government contract** | |

HV LASH&BROW STUDIO LLC
7905 WENDY LANE ATTN: HILDA VALBUENA
PLANO, TX 75025

| | | |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 585 |
| | **State the term remaining** | 02/28/25 |
| | **List the contract number of any government contract** | |

HYPE SPORTS MEDICINE, LLC
ATTN: CASEY HO
3100 TIMMONS LANE SUITE 585
HOUSTON, TX 77027

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0620 |
| | **State the term remaining** | 11/30/24 |
| | **List the contract number of any government contract** | |

HYPER LANE LOGISTICS CORPORATION
12655 N. CENTRAL EXPRESSWAY SUITE 620
DALLAS, TX 75243

| | | |
|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 |
| | **State the term remaining** | 06/30/27 |
| | **List the contract number of any government contract** | |

HYPERLINKS MEDIA, LLC
ATTN: MONET ST. JUSTE
2401 FOUNTAIN VIEW DRIVE, SUITE 312
HOUSTON, TX 77057

Debtor    Hartman SPE, LLC
_____
(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | HYUNAE KANG 12655 NORTH CENTRAL EXPRESSWAY SUITE 123 DALLAS, TX 75243 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | I.G.P. LOGISTICS LLC 11811 N FREEWAY STE 557 HOUSTON, TX 77060 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0625 | I-CARE RELIABILITY, INC. 11200 WESTHEIMER ROAD SUITE 625 ATTN: BEN DETOBER HOUSTON, TX 77042 |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | ICR USA LLC 16010 BARKERS POINT LANE SUITE 525 ATTN: MATT GASTGEB HOUSTON, TX 77079 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 580 | ICS HOLDING, LLC 121 LAKEHOUSE LANDING DRIVE ATTN: CORY BORCHARDT KATY, TX 77493 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 110 | IKON IT SOLUTIONS, INC ATTN: LAKSHMI SANAGALA 42615 WINDFLOWER DRIVE ASHBURN, VA 20148 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.533** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0430<br><br>07/31/26 | IMAGES LASER HAIR RESTORATION LLC ATTN: IMAGES LASER HAIR RESTORATION,LLC 12655 N. CENTRAL EXPRESSWAY SUITE 430 DALLAS, TX  75243 |
| **2.534** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027<br><br>05/31/24 | IMPARALI CUSTOM TAILORS, LLC ATTN: MANOJ HARPALANI 3100 TIMMONS SUITE 125 HOUSTON, TX  77027 |
| **2.535** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027<br><br>07/31/28 | IMPECCABLE ENTERPRISES, LLC ATTN: VANESSA PERRY 3100 TIMMONS LANE SUITE 145 HOUSTON, TX  77027 |
| **2.536** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077<br><br>11/30/24 | IMPERIUM ELITE, INC. 1880 S DAIRY ASHFORD SUITE 405 HOUSTON, TX  77077 |
| **2.537** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068<br><br>12/31/25 | IN AND OUT TAX & MORE LLC 20983 NEW PROPER DRIVE NEW CANEY, TX  77357 |
| **2.538** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 300<br><br>05/31/27 | INDAM INTERNATIONAL, INC. ATTN: KARAM DHILLON 15840 FM 529 SUITE 300 HOUSTON, TX  77095 |

Debtor    Hartman SPE, LLC
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-472 | INDEPENDENCE TX LLC 2931 ELKTON TRAIL ATTN: ANGEL DURRETT TYLER, TX 75703 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081 | INDEPENDENT DEALER GROUP 1900 FIRMAN SUITE 600 RICHARDSON, TX 75081 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1720 | INFOSOLVE, INC. 12221 MERIT DRIVE SUITE 1720 DALLAS, TX 75251 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | INGRID Y. CALZADO ADDRESS REDACTED |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | INNA GOLDBERG & RAITA DENILOV ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 540 | INNOVA PLEX INC 26 SAINT CHRISTOPHER COURT ATTN: BERNARD LEE SUGAR LAND, TX 77479 |
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.545 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007; UNIT(S): 205<br><br>09/30/24 | INNOWATTS, LLC ATTN: FRANCIS ORITO 601 SAWYER SUITE 205 HOUSTON, TX 77007 |
| 2.546 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420<br><br>08/31/30 | INSUREPOINTE OF TEXAS, INC. ATTN:  ACCOUNTING 2909 HILLCROFT, SUITE 200 HOUSTON, TX 77057 |
| 2.547 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251<br><br>09/30/24 | INTEGRA STAFFING INC 8111 LBJ FREEWAY SUITW 880 DALLAS, TX 75251 |
| 2.548 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243<br><br>12/31/25 | INTEGRATED TELECOM SOLUTIONS ATTN: DIANA SIEG 12655 NORTH CENTRAL EXPRESSWAY STE 0900 DALLAS, TX 75243 |
| 2.549 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): F100<br><br>04/30/27 | INTEGRATIVE PEDIATRIC THERAPY, INC. ATTN: SALLY FRYER 12850 HILLCREST ROAD SUITE F100 DALLAS, TX 75230 |
| 2.550 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215<br><br>08/26/24 | INTEGRITY MORTGAGE CORPORATION OF TEXAS 5 HORIZON COURT HEATH, TX 75032 |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.551 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20260 | INTELLIGEN BUSINESS SOLUTIONS INC. 8935 GREEN RAY DRIVE ATTN: GUISSEPPI GALVEZ HOUSTON, TX  77040 |
| **State the term remaining** | 07/31/27 | |
| **List the contract number of any government contract** | | |
| 2.552 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | INTERNATIONAL TRAVEL SOLUTIONS LLC DBA PASSPORT HEALTH DBA PASSPORT HEALTH ATTN:  ACCOUNTING 12810 HILLCREST ROAD SUITE B131 DALLAS, TX  75230 |
| **State the term remaining** | 11/30/24 | |
| **List the contract number of any government contract** | | |
| 2.553 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | INTERSICA, INC 16010 BARKERS POINT LN SUITE 560 ATTN: RYAN KING HOUSTON, TX  77079 |
| **State the term remaining** | 08/31/26 | |
| **List the contract number of any government contract** | | |
| 2.554 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007; UNIT(S): 240 | INTERVAL ANALYTICS LLC 601 SAWYER STE 240 HOUSTON, TX  77007 |
| **State the term remaining** | 11/30/24 | |
| **List the contract number of any government contract** | | |
| 2.555 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | INTERVENTIONAL PARTNERS, PLLC 12221 MERIT DR SUITE 280 DALLAS, TX  75251 |
| **State the term remaining** | 11/02/28 | |
| **List the contract number of any government contract** | | |
| 2.556 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-175 | INVESTORADE LLC 14114 N DALLAS PARKWAY SUITE 180 ATTN: BLAKE DE WITT DALLAS, TX  75254 |
| **State the term remaining** | 12/31/27 | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | INVITCUS THIRTY, INC ATTN: IRVING S MOSES JR 11811 N FREEWAY STE 556 HOUSTON, TX 77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 330 | IPCOS INC 1880 S. DAIRY ASHFORD, SUITE 330 ATTN: PETER VAN OVERSCHEE HOUSTON, TX 77077 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | IPFS CORPORATION ATTN: BRYAN J. ANDRES 1055 BROADWAY BLVD. 11TH FLOOR KANSAS CITY, MO 64105-2289 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 | IRIEJADE BEAUTY, LLC ATTN: JANICE AND DENISE WEDDERBURN 2909 HILLCROFT, SUITE 100C HOUSTON, TX 77057 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 5488 | ISABEL C. ESCUE ADDRESS REDACTED |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 390 | ISABELLA MIA SKIN CARE INC. ADDRESS REDACTED |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.563 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 <br><br> 07/31/27 | ISAIAS D. TORRES ADDRESS REDACTED |
| 2.564 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 <br><br> 09/30/26 | ISLAND PEAK GROUP, LLC 8111 LBJ FREEWAY, SUITE 1285 ATTN: NICHOLAS OLENEC DALLAS, TX  75251 |
| 2.565 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1285 <br><br> 03/31/24 | ISLAND PEAK GROUP, LLC ATTN: FNICHOLAS OLENEC 8111 LBJ FREEWAY SUITE 1285 DALLAS, TX  75251 |
| 2.566 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-610 <br><br> 06/30/25 | IT NETWORK PROFESSIONALS, L.L.C. 8610 NORTH NEW BRAUNFELS SUITE 610 SAN ANTONIO, TX  78217 |
| 2.567 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 <br><br> 12/31/24 | ITSCOUT INC 1333 CORPORATE DR SUITE 320 IRVING, TX  75038 |
| 2.568 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7080 <br><br> 10/31/27 | IVETTE MATUL 7080 BISSONNET ST HOUSTON, TX  77074 |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | IWC OIL & REFINERY, LLC 8610 N NEW BRAUNFELS SUITE S-301 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | J & J PLASTERING, INC. 5870 HIGHWAY 6 NORTH SUITE 206 HOUSTON, TX  77084 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084; UNIT(S): 208 | J & S HEALTH CARE NETWORK, INC. 5870 HIGHWAY 6 NORTH SUITE 208 HOUSTON, TX  77084 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 516 | J&H ACOUSTICAL CEILINGS AND CONSTRUCTION LLC C/O JONATHAN FLORES 4118 E CROSSTIMBERS ST HOUSTON, TX  77016 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | JAC INSURANCE SERVICES INC. 12830 HILLCREST ROAD SUITE D111-30 DALLAS, TX  75230 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | JACKELINE CARDONA ADDRESS REDACTED |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC                                              Case number (if known)   23-11452

        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.575** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0160 | JACKSON SPENCER LAW, PLLC ATTN: SPENCER SCOTT 12221 MERIT DRIVE SUITE 160 DALLAS, TX  75251 |
| **State the term remaining** | 02/29/24 | |
| **List the contract number of any government contract** | | |
| **2.576** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | JACQUELINE CRAWFORD ADDRESS REDACTED |
| **State the term remaining** | 11/30/23 | |
| **List the contract number of any government contract** | | |
| **2.577** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | JAG ENERGY HOLDINGS, LLC 3100 TIMMONS STE 270 HOUSTON, TX  77027 |
| **State the term remaining** | 01/31/25 | |
| **List the contract number of any government contract** | | |
| **2.578** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | JAG ROOFING & RESTORATION LLC 16906 CAIRNGALE STREET ATTN: HUMBERTO VALLEJO HOUSTON, TX  77084 |
| **State the term remaining** | 06/30/27 | |
| **List the contract number of any government contract** | | |
| **2.579** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | JAIME OJEDA AND MARJAM RASOULI ADDRESS REDACTED |
| **State the term remaining** | 09/30/26 | |
| **List the contract number of any government contract** | | |
| **2.580** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0195 | JAMES DORN & ASSOCIATES, LLC 12655 N CENTRAL EXPRESSWAY SUITE 195 DALLAS, TX  75243 |
| **State the term remaining** | 06/30/25 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.581** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 401 **State the term remaining** 11/30/25 **List the contract number of any government contract** | JAMES S. WALKER AND ERIC J. KIRKPATRICK ADDRESS REDACTED |
| **2.582** **State what the contract or lease is for and the nature of the debtor's interest** PARKING/GROUND LEASE AGREEMENT - 601 SAWYER; ADDRESS: 601 SAWYER, HOUSTON, TX 77007 **State the term remaining** 9/30/25 **List the contract number of any government contract** | JAMES SOBOTA ADDRESS REDACTED |
| **2.583** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-240 **State the term remaining** 03/31/24 **List the contract number of any government contract** | JAMP ENTERPRISES LLC ATTN: BRADY GIDDENS 14114 N DALLAS PARKWAY SUITE 240 DALLAS, TX 75254 |
| **2.584** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 170 **State the term remaining** 07/31/28 **List the contract number of any government contract** | JAPANESE EDUCATIONAL INSTITUTE HOUSTON ATTN: HIROKO KOBAYASHI 1880 S DAIRY ASHFORD STE 110 HOUSTON, TX 77056 |
| **2.585** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069; UNIT(S): A9 **State the term remaining** 02/28/27 **List the contract number of any government contract** | JAQUELIN MENDOZA ADDRESS REDACTED |
| **2.586** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 **State the term remaining** 10/31/28 **List the contract number of any government contract** | JARB PLLC ATTN: DR. RAVEN BRADLEY 3275 SUMMER STREET, APT. 1410 HOUSTON, TX 77007 |

Debtor    Hartman SPE, LLC
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 550 | JAVIER TAPIA INSURANCE AGENCY INC ATTN: JAVIER TAPIA 3038 VEEDER PASS LN KATY, TX 77494 |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | JAWHARAT ROKKAS TRADE, LLC ATTN: AHMED HUSSEIN 2909 HILLCROFT, SUITE 690 HOUSTON, TX 77057 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | JAYSHREE NOVAK, MD 100 N. COTTONWOOD # 105 RICHARDSON, TX 75080 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | JDC HEALTHCARE MANAGEMENT, LLC 3030 LYNDON B JOHNSON FRWY SUITE 1400 DALLAS, TX 75231 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | JDRF INTERNATIONAL 8610 N. NEW BRAUNFELS SUITE 700 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C224 | JEANNIE B. WHITMAN, PHD ADDRESS REDACTED |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 525 | JEFFERSON B. MCLEAN AND CATHLEEN H. MCLEAN ADDRESS REDACTED |
| | State the term remaining | 03/31/28 | |
| | List the contract number of any government contract | | |
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 200B | JENNIFER L. MOCK ADDRESS REDACTED |
| | State the term remaining | 02/29/24 | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | JENNY ANDRADE ADDRESS REDACTED |
| | State the term remaining | 05/31/24 | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 403 | JERMAINE PHILLIPS INSURANCE AGENCY, INC ATTN: JERMAINE PHILLIPS 1880 S. DAIRY ASHFORD SUITE 403 HOUSTON, TX 77077 |
| | State the term remaining | 09/30/28 | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10170 | JESSICA HEARD ADDRESS REDACTED |
| | State the term remaining | 09/30/23 | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | JESSICA MEREDITH STEIN ADDRESS REDACTED |
| | State the term remaining | 05/31/28 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | JESUS MENDOZA ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | JMA FIRM, PLLC 12655 N. CENTRAL EXPRESSWAY SUITE 275 DALLAS, TX  75243 |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 720 | JOBE ELITE MANAGEMENT LLC 31406 ASHLAND PARK LANE ATTN: FRANKIE JOBE SPRING, TX  77386 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | JOCELYN OYINKA BIOS ADDRESS REDACTED |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 50100 | JOEL MEDRANO ADDRESS REDACTED |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 450 | JOEL ORELLANA ADDRESS REDACTED |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.605** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>07/31/24 | JOHN C. CALHOUN, CPA<br>ADDRESS REDACTED |
| **2.606** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410<br>HOUSTON, TX 77060<br><br>03/31/24 | JOHN FEUCHT<br>ADDRESS REDACTED |
| **2.607** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130<br>DALLAS, TX 75251; UNIT(S): 0550<br><br>08/31/25 | JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br>8111 LBJ FREEWAY<br>SUITE 550<br>DALLAS, TX 75251 |
| **2.608** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST<br>HOUSTON, TX 77018  #015; UNIT(S): 40008<br><br>11/30/24 | JOHN R. BARTOS AND WILLIAM J. RICE<br>ADDRESS REDACTED |
| **2.609** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200<br>DALLAS, TX 75230; UNIT(S): J108<br><br>12/31/26 | JOHN S. WIGGANS, D.D.S., P.A.<br>ATTN: JOHN WIGGANS<br>12880 HILLCREST ROAD SUITE J108<br>DALLAS, TX 75230 |
| **2.610** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD<br>HOUSTON, TX 77077; UNIT(S): 520<br><br>12/31/26 | JOHNNY ROAF DBA TEXAS WEEKLY ONLINE<br>14226 GLASGOW PLACE<br>HOUSTON, TX 77077 |

| Debtor | Hartman SPE, LLC | | Case number (if known) 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | JOHNSON E. AYOZIE ADDRESS REDACTED |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 360 | JONES HASSETT, PC 1521 N. COOPER ST SUITE 360 ARLINGTON, TX 76011 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081 | JORDAN MEDIA, LLC 1901 N. GLENVILLE SUITE 401 RICHARDSON, TX 75081 |
| | **State the term remaining** | 03/31/33 | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081; UNIT(S): 750 | JORDAN MEDIA, LLC ATTN: KERA GONZALES 1901 GLENVILLE SUITE 451 RICHARDSON, TX 75081 |
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D172 | JORDAN TOWING, INC. ATTN: SHONDA JORDAN 7700 RONNIE DRIVE DALLAS, TX 75252 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200E | JORGE ALATORRE ADDRESS REDACTED |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)                                                    Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | JORGE DE LA PENA ADDRESS REDACTED |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | JOSE PASCUAL ADDRESS REDACTED |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7098A1 | JOSE S. MENDOZA CUA ADDRESS REDACTED |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7072 | JOSE S. TELLO ADDRESS REDACTED |
| | **State the term remaining** | 11/30/31 | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3912 | JOSE URIAS ADDRESS REDACTED |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | JOSHUA J. BEST ADDRESS REDACTED |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | JOSIE SIMON ADDRESS REDACTED |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | JOY ACKLIN, D.O., PLLC 3810 VITRUVIAN WAY # 310 ADDISON, TX  75001 |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 219 | JOYCELYN DURDEN ADDRESS REDACTED |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218; UNIT(S): 53325498 | JP MORGAN CHASE BANK - ATM ATTN:  LEASE ADMINISTRATION MANAGER JP MORGAN CHASE LEASE ADMINISTRATION 1111 POLARIS PARKWAY MAIL CODE OH1-0241 COLUMBUS, OH  43240 |
| | **State the term remaining** | 02/05/28 | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-150 | JP MORGAN CHASE BANK 1111 POLARIS PRKWY OH OH1- 0241 SUITE 1E COLUMBUS, OH  43240 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | JP MORGAN CHASE LEASE ADMINISTRATION ATTN: SONIA QUEVARA 1111 POLARIS PKWY, SUITE 1E MAIL CODE OH1-0241 COLUMBUS, OH  43240 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3095 | JUAN L LOPEZ AND ROCELENNY GONZALEZ ADDRESS REDACTED |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 340 | JUAN M GARCIA, JR/RAUL RAMIRES ADDRESS REDACTED |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | JUAN M. ALDAPE, ATTORNEY AT LAW ATTN: JUAN ALDAPE 11811 NORTH FREEWAY SUITE 618 HOUSTON, TX 77060 |
| | **State the term remaining** | 11/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | JUAN MARTIN CURIMAN ADDRESS REDACTED |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7060 | JUAN MARTINEZ ADDRESS REDACTED |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 100A | JUDI DENTAL, PLLC ATTN: AHMED AL-WAZZAN & OMEED ALKHALIDI 10617 CENTRE GREEN WAY HOUSTON, TX 77043 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)                                    Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | JUDIANN L. QUE ADDRESS REDACTED |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | K. RENEE SALON 3100 TIMMONS LANE STE # 130 HOUSTON, TX  77027 |
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60203 | K.M. DREAM BIG FITNESS, INC. 2060 NORTH LOOOP WEST FWY, STE 203 ATTN: KRISTINA MCDANIEL HOUSTON, TX  77018 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | KAI DAVIS ADDRESS REDACTED |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | KAMRAN KHALID ADDRESS REDACTED |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | KANSAL EYE, PLLC ATTN: DR. RISHAV KANSAL 770 N. COIT ROAD SUITE 2486 RICHARDSON, TX  75080 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | KAREN CALDERON TRIVINO ADDRESS REDACTED |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 525 | KARINA MCKINNEY ADDRESS REDACTED |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 224 | KATY SAVAGE LLC 4335 MILLERS CREEK LNE ATTN: KAREN HUYNH MANVEL, TX 77578 |
| | **State the term remaining** | 01/31/32 | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | KEITH LAKIN ADDRESS REDACTED |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J110 | KELLY GALEY ADDRESS REDACTED |
| | **State the term remaining** | 11/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | KENDRA LEE-MARTIN ADDRESS REDACTED |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.647** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-7 **State the term remaining** 07/31/26 **List the contract number of any government contract** | KENNETH R. CULBERTSON ADDRESS REDACTED |
| **2.648** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 **State the term remaining** 03/31/25 **List the contract number of any government contract** | KERRY PROJECT LOGISTICS (US) LLC ATTN: ALBERTO PITTALUGA & PAUL MCGRATH 14550 TORREY CHASE, SUITE 265 HOUSTON, TX 77067 |
| **2.649** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 **State the term remaining** 11/30/24 **List the contract number of any government contract** | KGI HOLDINGS LLC 2040 NORTH LOOP WEST, SUITE 020 ATTN: ZACHARY RAND HOUSTON, TX 77018 |
| **2.650** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 **State the term remaining** 02/29/28 **List the contract number of any government contract** | KHAN AMERICAN, LLC ATTN: ALTAF KHAN 2909 HILLCROFT SUITE 100E HOUSTON, TX 77057 |
| **2.651** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 100E **State the term remaining** 12/31/28 **List the contract number of any government contract** | KHAN AMERICAN, LLC ATTN: ALTAF KHAN 2909 HILLCROFT SUITE 100E HOUSTON, TX 77057 |
| **2.652** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 00130 **State the term remaining** 06/30/24 **List the contract number of any government contract** | KIDZ 2 KIDZ CHILD PLACING AGENCY ATTN: TAMARA JOHNSON 2000 NORTH LOOP WEST SUITE 130 HOUSTON, TX 77018 |

Debtor    Hartman SPE, LLC
_____    Case number (if known) _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.653 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027<br><br>12/31/24 | KIM M. CRAMER ADDRESS REDACTED |
| 2.654 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1630<br><br>07/31/27 | KING & FISHER LAW GROUP, PLLC 1221 MERIT DR SUITE 1630 DALLAS, TX 75251 |
| 2.655 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 552<br><br>03/31/26 | KING CAPITAL ADVISORS, INC 12000 WESTHEIMER, SUITE 225 ATTN: JEFF VAN WART HOUSTON, TX 77077 |
| 2.656 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>04/30/26 | KINGSBURY INSURANCE AGENCY ATTN: JACKIE KINGSBURY 2050 NORTH LOOP WEST SUITE 110 HOUSTON, TX 77018 |
| 2.657 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014<br><br>03/31/24 | KINKA KIKAI CO. LTD. 14550 TORREY CHASE BLVD SUITE 460 HOUSTON, TX 77014 |
| 2.658 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0614<br><br>03/31/28 | KLOTHOUSE LLC 1020 BRAND LAND # 18206 ATTN: VICTORIA OBAYEMI STAFFORD, TX 77477 |

Debtor    Hartman SPE, LLC
         (Name)                                                    Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | KNEADED INNERGY THERAPEUTIC HEALING LLC ATTN: BRITTANY DUNCAN 2136 W. 34TH ST. # 1215 HOUSTON, TX  77018 |
| | **State the term remaining** | 10/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | KNOWLES WELLNESS SOLUTIONS, LLC ATTN: KRISTEN KNOWLES 3100 TIMMONS SUITE 351 HOUSTON, TX  77027 |
| | **State the term remaining** | 02/28/29 | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | KNV INVESTMENTS, INC./JOHNNY KEEFER ATTN: JOHNNY KEEFER 5494 WALZEM ROAD SAN ANTONIO, TX  78218 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 250 | KOLDPREZZ INC. 829 SOUTH MASON ROAD SUITE 250 KATY, TX  77450 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 30280 | KRAIG L. RUSHING, INC 2030 NORTH LOOP WEST SUITE 207 HOUSTON, TX  77018 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0710 | KRG MANAGEMENT, LLC 12655 N. CENTRAL EXPRESSWAY SUITE 710 DALLAS, TX  75243 |
| | **State the term remaining** | 04/27/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.665 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00203 | KRISTEN JUUL ADDRESS REDACTED |
| **State the term remaining** | 09/30/28 | |
| **List the contract number of any government contract** | | |
| 2.666 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | KRUEGER LAW GROUP, LLP ATTN: VERNON KRUEGER 1400 WESTERN HILLS DRIVE SHERMAN, TX  75082 |
| **State the term remaining** | 12/31/25 | |
| **List the contract number of any government contract** | | |
| 2.667 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 214 | KRYPTOS TECHNOLOGIES, INC. 12221 MERIT DR SUITE 800 ATTN GOKULNATH CHANDRASEKARAN DALLAS, TX  75271 |
| **State the term remaining** | 02/29/24 | |
| **List the contract number of any government contract** | | |
| 2.668 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 550 | LACOMELAW, P.C. ATTN: JOSEPH LACOME 4040 CIVIC CENTER DRIVE, SUITE 200 SAN RAFAEL, CA  94903 |
| **State the term remaining** | 09/30/23 | |
| **List the contract number of any government contract** | | |
| 2.669 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3832-B | LAMINATE COUNTERTOPS, INC. ATTN: ANITA LUGO 3832-B NORTH SHEPHERD HOUSTON, TX  77018 |
| **State the term remaining** | 01/31/27 | |
| **List the contract number of any government contract** | | |
| 2.670 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 | LAPEZE & JOHNS, P.L.L.C. ATTN: TAYLOR SHIPMAN 601 SAWYER SUITE 650 HOUSTON, TX  77007 |
| **State the term remaining** | 03/31/25 | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.671** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 206<br><br>08/31/24 | LARGO CONCRETE, INC.<br>ATTN: SHAWN ZATO<br>1333 CORPORATE DRIVE SUITE 206<br>IRVING, TX  75038 |
| **2.672** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-350<br><br>06/30/25 | LASH RX SPA'S, LLC<br>14114 N DALLAS PARKWAY SUITE 350<br>DALLAS, TX  75254 |
| **2.673** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160<br><br>05/31/26 | LATIN MANAGEMENT<br>11811 N FREEWAY STE 105<br>HOUSTON, TX  77060 |
| **2.674** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 50227<br><br>09/30/26 | LATISCHIA A. BANKS<br>ADDRESS REDACTED |
| **2.675** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230<br><br>07/31/24 | LAURA K. JOHNSON AND MOLLIE D. KILLOUGH<br>ADDRESS REDACTED |
| **2.676** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0818<br><br>09/30/25 | LAUREN JORDAN, LCSW, CST<br>ADDRESS REDACTED |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.677 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200<br>DALLAS, TX 75230; UNIT(S): K207<br><br>**State the term remaining**   10/31/23<br><br>**List the contract number of any government contract** | LAVANYA KALAM<br>ADDRESS REDACTED |
| 2.678 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110<br>HOUSTON, TX 77042<br><br>**State the term remaining**   11/30/26<br><br>**List the contract number of any government contract** | LAW OFFICE OF BALDO GARZA PLLC<br>11200 WESTHEIMER STE 710<br>HOUSTON, TX  77042 |
| 2.679 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130<br>DALLAS, TX 75251; UNIT(S): 0750<br><br>**State the term remaining**   03/31/26<br><br>**List the contract number of any government contract** | LAW OFFICE OF JAN HOLEYWELL-SMITH & LAW OFFICE OF NANCY NALL THOMPSON<br>& LAW OFFICE OF NANCY NALL THOMPSON<br>ATTN: NANCY THOMPSON<br>8111 LBJ FREEWAY SUITE 750<br>DALLAS, TX  75251 |
| 2.680 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>**State the term remaining**   08/31/24<br><br>**List the contract number of any government contract** | LAW OFFICE OF JAVIER N. MALDONADO, P.C.<br>8610 NORTH NEW BRAUNFELS SUITE N-605<br>SAN ANTONIO, TX  78217 |
| 2.681 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130<br>DALLAS, TX 75251<br><br>**State the term remaining**   11/30/24<br><br>**List the contract number of any government contract** | LAW OFFICE OF KENNA GARNER & RODERICK, L.L.P<br>8111 LBJ FREEWAY SUITE 155<br>DALLAS, TX  75251 |
| 2.682 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST<br>HOUSTON, TX 77018  #015<br><br>**State the term remaining**   04/30/25<br><br>**List the contract number of any government contract** | LAW OFFICE OF MATTHEW H. AMMERMAN, P.C.<br>ATTN: MATTHEW AMMERMAN<br>2040 NORTH LOOP WEST SUITE 390<br>HOUSTON, TX  77018 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | LAW OFFICES OF CHAUNTE STERLING, PLLC 11811 N. FREEWAY STE 218 HOUSTON, TX 77060 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | LAW OFFICES OF GEORGE FORD ATTN: GEORGE FORD 11811 N FREEWAY STE 533 HOUSTON, TX 77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | LAW OFFICES OF NAOMI L. GARCIA & ASSOC., PLLC ATTN: NAOMI GARCIA 11811 NORTH FREEWAY STE 503 HOUSTON, TX 77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | LAWANDA KAY HOWARD ADDRESS REDACTED |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2355 | LAWRIE FRIEDMAN, MD ADDRESS REDACTED |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200C | LAZA LOGISTICS LLC 13319 ELLA RIDGE LNE ATTN: ALICIA WILSON HOUSTON, TX 77067 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 320 | LEAD CLICKZ LLC 616 FM 1960 W., STE. 320 ATTN: TIFFANY LOPEZ HOUSTON, TX 77090 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 115 | LEASECURE CORPORATION ATTN: DIANA JORDAN 3415 CANDLEOAK DR. SPRING, TX 77388 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | LEIBOWITZ AMC, INC. ATTN: LYNN LEIBOWITZ 11811 N FREEWAY STE 558 HOUSTON, TX 77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | LENIN TORRES ADDRESS REDACTED |
| | **State the term remaining** | 11/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063; UNIT(S): 100 | LENNAR HOMES OF TEXAS 1707 MARKET PLACE BLVD. SUITE 100 IRVING, TX 75063 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063; UNIT(S): 120 | LENNAR HOMES OF TEXAS 1707 MARKET PLACE BLVD. SUITE 120 IRVING, TX 75063 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 635 | LEO & DUTTON PLLC ATTN: JOSEPH LEO 616 FM 1960 WEST SUITE 635 HOUSTON, TX  77090 |
| | **State the term remaining** | 04/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | LEONARD P. KASOWSKI ADDRESS REDACTED |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7062 | LEONEL RODRIGUEZ ADDRESS REDACTED |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 154 | LESI NLEKO ADDRESS REDACTED |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3804 | LESLIE'S POOLMART, INC. ATTN:  REAL ESTATE DEPARTMENT 2005 E. INDIAN SCHOOL ROAD PHOENIX, AZ  85016 |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | LEVEL 3 COMMUNICATIONS, LLC 12221 MERIT DRIVE ROOF 1 DALLAS, TX  75251 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060; UNIT(S): ANTENNA4 | LEVEL 3 COMMUNICATIONS, LLC ATTN:  ACCOUNTING DEPARTMENT 1025 EL DORADO BLVD BROOMFIELD, CO  80021 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | LGC ASSOCIATES, LLC 8200 HAVERSTICK ROAD, SUITE 102 ATTN: SHAWNDA TROUT CONTROLLER INDIANAPOLIS, IN  46240 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | LGC ASSOCIATES, LLC 8620 NORTH NEW BRAUNFELS SUITE N610 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068 | LIEM THANG NGUYEN ADDRESS REDACTED |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3820-A | LIFE SAVERS EMERGENCY ROOM II, LLC ATTN: ORSEER IKYAATOR 3820-A N SHEPHERD HOUSTON, TX  77018 |
| | **State the term remaining** | 05/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B123 | LIFEPOINTE HOSPICE DALLAS METROPLEX, LLC ATTN:  ACCOUNTING 1900 NORTH LOOP WEST SUITE 150 HOUSTON, TX  77016 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.707** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | LIFESTYLES UNLIMITED, INC. ATTN: LIFESTYLES UNLIMITED 11200 WESTHEIMER SUITE 1000 HOUSTON, TX 77042 |

| **2.707** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | LIFESTYLES UNLIMITED, INC. ATTN: LIFESTYLES UNLIMITED 11200 WESTHEIMER SUITE 1000 HOUSTON, TX 77042 |
|---|---|---|---|
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |
| **2.708** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60115 | LISA ZEBACK ADDRESS REDACTED |
| | **State the term remaining** | 04/30/28 | |
| | **List the contract number of any government contract** | | |
| **2.709** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | LITTLE EINSTEIN'S LEARNING ACADEMY ATTN:  SAMINA 11203 EARLY SPRING CIRCLE HOUSTON, TX  77064 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| **2.710** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 150 | LIVE MOBILE TECHNOLOGY INC ATTN: CHARLES TRAN 10401 S. MASON ROAD, UNIT A105 RICHMOND, TX  77406 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| **2.711** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | LIVING STREAM, INC. 2431 W. LA PALMA AVENUE ATTN: RAYMOND J. GRAVER ANAHEIM, CA  92801 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| **2.712** | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | LIZ TRANSPORT & LOGISTICS, LLC 616 FM 1960 SUITE 265 HOUSTON, TX  77090 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.713 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 549<br><br>04/30/24 | LOFTY TRANSPORTATION SERVICES, LLC ATTN: ASHRAF ALY 696 PINELOCH DR APT816 ATTN: ASHRAF ALY WEBSTER, TX 77598 |
| 2.714 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090<br><br>02/28/25 | LOGIX COMMUNICATIONS, L.P. 2950 N. LOOP W., SUITE 800 HOUSTON, TX 77092 |
| 2.715 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D235<br><br>09/30/24 | LOKAHI LIFE CENTER, PLLC ATTN: NICOLE KEEHN 12830 HILLCREST ROAD SUITE D235 DALLAS, TX 75230 |
| 2.716 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251<br><br>03/31/26 | LONDON & LONDON, PLLC 8111 LBJ FREEWAY SUITE 1502 DALLAS, TX 75251 |
| 2.717 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200F<br><br>05/31/24 | LORRAINE DAY BEAUTY EMPORIUM LLC. 12607 MIILLVAN DRIVE ATTN: JENINE JUDE HOUSTON, TX 77070 |
| 2.718 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068<br><br>02/28/26 | LOUIS MENDOZA ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 222 | LOURIANO MENDES ADDRESS REDACTED |
| | **State the term remaining** 03/31/27 | | |
| | **List the contract number of any government contract** | | |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | LOVESOHNA DESIGNS, INC. ATTN: MOMODOULAMIN KINTEH 1721 GREENHOUSE ROAD, # 6310 HOUSTON, TX 77084 |
| | **State the term remaining** 08/31/26 | | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | LOZANI INSURANCE AGENCY, LLC 24014 CLOVER RANCH DRIVE ATTN: RAFAEL LOZADA KATY, TX 77494 |
| | **State the term remaining** 12/31/24 | | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 219 | LSCG CONTRACTORS LLC 1521 N. COOPER ST SUITE 309 ARLINGTON, TX 76011 |
| | **State the term remaining** 09/30/23 | | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 280 | LUCKY TAX AND NOTARY LLC 14300 CORNERSTONE VLLGE DR, STE. 419-E ATTN: LASHANNA LUCKY HOUSTON, TX 77014 |
| | **State the term remaining** 02/28/25 | | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 340 | LUIS VELASQUEZ DBA LV BRANDING 1755 CRESCENT PLAZA DRIVE ATTN: LUIS VELASQUEZ HOUSTON, TX 77007 |
| | **State the term remaining** 02/29/28 | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450<br><br>03/31/26 | LUSVIC FASHION CORP ATTN: LUSVIC AVALO 3106 AYLESWORTH COURT ATTN: LUSVIC AVAB KATY, TX 77494 |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-600<br><br>12/31/26 | M&L FINANCIAL AND HEADSTART WARRANTY GROUP LLC 14114 N. DALLAS PKWY SUITE 600 DALLAS, TX 75254 |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011<br><br>05/31/24 | MACLIN FAMILY MEDICINE, PLLC 1521 N. COOPER ST SUITE 213 ARLINGTON, TX 76011 |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015<br><br>08/31/26 | MAHOGANY SERVICES, LLC ATTN: REINEL SOLANO 6035 YALE STREET HOUSTON, TX 77076 |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042<br><br>03/31/24 | MAIDELIS SAEZ ADDRESS REDACTED |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 272<br><br>06/30/25 | MAIN LANE INDUSTRIES LTD. ATTN: DAVID COX 14115 LUTHE ROAD HOUSTON, TX 77039 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.731** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0330 | MAIN LANE INDUSTRIES LTD. ATTN: DAVID COX 14115 LUTHE ROAD HOUSTON, TX 77039 |
| **State the term remaining** | 06/30/25 | |
| **List the contract number of any government contract** | | |
| **2.732** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 900-004 | MAJD FALAH ADDRESS REDACTED |
| **State the term remaining** | 09/30/24 | |
| **List the contract number of any government contract** | | |
| **2.733** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 250 | MAKKA INTERNATIONAL INC. AND AHMED AHMALLAWANY ATTN: AHMED AHMALLAWANY 2909 HILLCROFT SUITE 250 HOUSTON, TX 77057 |
| **State the term remaining** | 12/31/24 | |
| **List the contract number of any government contract** | | |
| **2.734** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | MAK-SHUR DIAGNOSTICS, INC., A TEXAS CORPORATION 2040 N. LOOP W. SUITE 103 HOUSTON, TX 77018 |
| **State the term remaining** | 11/30/24 | |
| **List the contract number of any government contract** | | |
| **2.735** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 148 | MALAK ALOUM ADDRESS REDACTED |
| **State the term remaining** | 12/31/26 | |
| **List the contract number of any government contract** | | |
| **2.736** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1425 | MALONEY STRATEGIC COMMUNICATIONS, INC. ATTN: JOHN MALONEY 8111 LYNDON B JOHNSON FRWY SUITE 1425 DALLAS, TX 75251 |
| **State the term remaining** | 06/30/27 | |
| **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.737** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MANDY GOLDMAN'S EDUCATIONAL SOLUTIONS, LLC ATTN: ACCOUNTING 12810 HILLCREST ROAD SUITE B129 DALLAS, TX 75230 |
| **State the term remaining** | 12/31/26 | |
| **List the contract number of any government contract** | | |
| **2.738** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | MANON TREYBIG ADDRESS REDACTED |
| **State the term remaining** | 12/31/29 | |
| **List the contract number of any government contract** | | |
| **2.739** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | MAP FREEDOM SOLUTIONS LLC ATTN: PAULA SUGGS 7211 REGENCY SQUARE SUITE 170 HOUSTON, TX 77036 |
| **State the term remaining** | 02/28/25 | |
| **List the contract number of any government contract** | | |
| **2.740** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-12 | MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW, LTD LLP ATTN: MARC WHITEHEAD 403 HEIGHTS BOULEVARD HOUSTON, TX 77007 |
| **State the term remaining** | 01/31/24 | |
| **List the contract number of any government contract** | | |
| **2.741** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084; UNIT(S): 310 | MARCEL GAMBOA ADDRESS REDACTED |
| **State the term remaining** | 02/28/27 | |
| **List the contract number of any government contract** | | |
| **2.742** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200P | MARIA BALDERAS ADDRESS REDACTED |
| **State the term remaining** | 02/29/24 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | MARIA BRIONES ADDRESS REDACTED |
| | **State the term remaining** | 08/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C110 | MARIA DEL MAR RIVERO CELORIO ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | MARITZA GONGORA ADDRESS REDACTED |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 200A | MARK BEECHER ADDRESS REDACTED |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | MARK DENNY, DDS ADDRESS REDACTED |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060; UNIT(S): 0321 | MARK KAHIL ADDRESS REDACTED |
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | MARK KISLINGBURY ACADEMY OF COURT REPORTING, INC. REPORTING, INC. ATTN: MARK KISLINGBURY 7810 LEGEND COVE CT HOUSTON, TX  77095 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3073 | MARSHALL FITNESS, LLC 970 N. COIT ROAD SUITE 3073 RICHARDSON, TX  75080 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MARTHA MARIN ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MARTHA WILLIAMS, ED.D. AND JAMES WALTER WILLIAMS ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | MARTIN A. ARGUELLO ADDRESS REDACTED |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MARTIN D. MCREYNOLDS ADDRESS REDACTED |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MARY ELLEN BLUNTZER ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-19 | MARYSE RUBERU, PHD ADDRESS REDACTED |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007; UNIT(S): 225 | MASSEY LAW FIRM PLLC AND THE ARNSWORTH LAW FIRM PLLC AND THE ARNSWORTH LAW FIRM PLLC ATTN: DWAINE MASSEY 601 SAWYER ST SUITE 225 HOUSTON, TX 77007 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | MASTERPIECE INTERNATIONAL LIMITED 400 N. SAM HOUSTON PRKWY EAST STE 1025 HOUSTON, TX 77060 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MATTHEW FELTER AND ANDREW LAKE ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 220 | MAVEN POWER, LLC ATTN: DAVID OEHL 3707 CYPRESS CREEK PARKWAY SUITE 220 HOUSTON, TX 77379 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40022 | MAX SHIPPING, INC. 2040 NORTH LOOP WEST SUITE 22 HOUSTON, TX  77018 |
| | **State the term remaining** | 04/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00126 | MCCANNE & CURRIN, P.C. ATTN: MARY CURRIN 13710 KING CIRCLE CYPRESS, TX  77429 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60104 | MCCREARY LAW OFFICE, PLLC 2060 NORTH LOOP WEST, SUITE 104 ATTN: JANA MCCREARY HOUSTON, TX  77018 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MCNEEL LAW PLLC ATTN: JAMES M. MCNEEL 120 LILAC LANE SAN ANTONIO, TX  78209 |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | MDH FINANCIAL GROUP, LLC 12221 MERIT DRIVE SUITE 1900 DALLAS, TX  75251 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | MEDCARE RX PHARMACY, INC. 7052 BISSONET ST. HOUSTON, TX  77074 |
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0330 | MEDIFY HEALTH, LLC 6125 LUTHER LANE, SUITE 313 ATTN: BRENT WISE DALLAS, TX  75225 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MEMORIAL MRI & DIAGNOSTIC MSO, LLC ATTN:  CHIEF FINANCIAL OFFICER 9434 KATY FREEWAY SUITE 408 HOUSTON, TX  77055 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): E100 | MEMORIAL MRI & DIAGNOSTIC MSO, LLC ATTN: SAMANTHA CALERO REGIONAL OPS MNGR 9434 KATY FREEWAY SUITE 408 HOUSTON, TX  77055 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MENDING HEARTS, LLC 8620 NORTH NEW BRAUNFELS SUITE 130 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 710 | MENESES LAW, PLLC ATTN: F. CHRISTINE MENESES 2190 NORTH LOOP WEST, SUITE 300 HOUSTON, TX  77018 |
| | **State the term remaining** | 04/30/28 | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | MERCER CAPITAL MANAGEMENT INC. 12221 MERIT DRIVE SUITE 975 DALLAS, TX  75251 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.773 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 201<br><br>07/31/24 | MERCURY CHAMBER ORCHESTRA INC. ATTN: BRIAN RITTER 3100 TIMMONS LANE SUITE 201 HOUSTON, TX  77027 |
| 2.774 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0470<br><br>04/30/28 | MERIT MODERN DENTAL, PLLC ATTN: LAN CHI LE 120 E FM 544, SUITE 72 PMB 358 MURPHY, TX  75094 |
| 2.775 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2550B<br><br>07/31/24 | MG DINING TEXAS, INC. ATTN: TAKASHI SEGAWA 5030 SOUTH DECATUR BLVD. SUITE F LAS VEGAS, NV  89118 |
| 2.776 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215<br><br>05/31/25 | MICHAEL A. MILLER & ASSOCIATES, PC 12221 MERIT DRIVE SUITE 1210 DALLAS, TX  75251 |
| 2.777 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>01/31/24 | MICHAEL D. PAUL, PLLC 8610 NORTH NEW BRAUNSFELS SUITE S-320 SAN ANTONIO, TX  78217 |
| 2.778 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014<br><br>06/30/24 | MICHAEL ERDIN ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
_____
(Name)

Case number (if known) _____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MICHAEL HAMILTON AND CHRISTINA VINCENT ADDRESS REDACTED |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 335 | MICHAEL R. DUKE ADDRESS REDACTED |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | MICHAEL REA ADDRESS REDACTED |
| | **State the term remaining** | 10/31/29 | |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D233 | MICHAEL S. MCLANE, PSY.D ADDRESS REDACTED |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | MICHAEL SOFIA ADDRESS REDACTED |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | MICHAEL W. DORMAN, CPA, P.C. ADDRESS REDACTED |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MICHAEL W. JACKSON ADDRESS REDACTED |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0540 | MICHELLE COSETTE LLC 11200 WESTHEIMER RD STE 540 HOUSTON, TX 77042 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | MICHELLE HILL MURRAY, LLC 12880 HILLCREST SUITE J107 DALLAS, TX 75230 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 100F | MICROBLADING-LASH, LLC ATTN: AMY NGUYEN 2909 HILLCROFT SUITE 100F HOUSTON, TX 77057 |
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | MILENIO REAL ESTATE, INCORPORATED 1115 E. PIONEER PARKWAY, SUITE 145 ATTN: ROSA M. HERRERA ARLINGTON, TX 76010 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3080 | MILLENNIUM AGE GAMING ENTERTAINMENT LLC ATTN: KYLE WAPLE 3542 ROCKCREST DRIVE GARLAND, TX 75044 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MILLER MAYS & ASSOCIATES, LLC ATTN:  JEFF 8620 N. NEW BRAUNFELS SUITE N-216 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0200 | MINCEY-CARTER PC ATTN: CHERYL CHASE 12221 MERIT DRIVE SUITE 200 DALLAS, TX  75251 |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | MINOR TO MAJOR LLC ATTN: JEREMY RANKINS 11811 N FREEWAY STE 549 HOUSTON, TX  77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 600 | MINT DENTISTRY, PLLC 11811 NORTH FREEWAY SUITE 600 HOUSTON, TX  77060 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 221 | MITCHUM PROPERTIES LLC 1521 N. COOPER ST SUITE 221 ARLINGTON, TX  76011 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063 | MITSUI BUSSAN LOGISTICS, INC 1707 MARKET PLACE BLVD SUITE 330 IRVING, TX  75063 |
| | **State the term remaining** | 10/31/28 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | MIZ, INC 10009 HWY 6 SOUTH SUGARLAND, TX 77478 |
| | **State the term remaining** | 10/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | MJCM, LLC ATTN: VERONICA GARCIA 15840 FM 529 SUITE 102 HOUSTON, TX 77095 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 414 | MMK GROUP OF TEXAS, LLC 21510 HALES HUNT COURT ATTN: MACK MONTGOMERY SPRING, TX 77388 |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | MOHAMMAD KAUSAR ALI ADDRESS REDACTED |
| | **State the term remaining** | 03/31/30 | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | MOHAMMAD SALEHIBARMI ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7044 | MONICA E. ALFARO AND MARIO E. ALFARO ADDRESS REDACTED |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | |
|---|---|---|---|
| | (Name) | Case number (if known) | 23-11452 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 | MORRIS STRATEGIC INVESTMENTS, LLC 601 SAWYER STE 660 HOUSTON, TX 77007 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0925 | MOVE IT MANAGEMENT LLC ATTN: A. STARKE TAYLOR 12655 N CENTRAL EXPRESSWAY SUITE 925 DALLAS, TX 75243 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 | MP WEALTH MANAGEMENT GROUP, LLC 14550 TORREY CHASE SUITE 300 HOUSTON, TX 77014 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | MS PEZESHKI, LLC 14114 N DALLAS PARKWAY SUITE 100 DALLAS, TX 75254 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-23 | MUHAMMET ALP YARADANAKUL ADDRESS REDACTED |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | MUNROE, PARK, AND JOHNSON INC 8610 N NEW BRAUNFELS STE S707 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.809 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254<br><br>12/31/23 | MUSLOW+AGNEW GROUP, LLC<br>14114 N. DALLAS PARKWAY SUITE 250<br>DALLAS, TX 75254 |
| 2.810 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217<br><br>03/31/24 | MV HOME SERVICES LLC<br>ATTN: MARIA MIRELES<br>5630 WOOD CLIMB STREET<br>SAN ANTONIO, TX 78233 |
| 2.811 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20220<br><br>02/28/26 | MVR PUBLISHING, LLC<br>2020 NORTH LOOP WEST SUITE 220<br>HOUSTON, TX 77018 |
| 2.812 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083<br><br>03/31/25 | MW FURNITURE OUTLET LLC<br>8404 HIGHWAY 6 SOUTH SUITE 14639A<br>HOUSTON, TX 77083 |
| 2.813 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C212<br><br>06/30/27 | MYPATHCOUNSELING, PLLC<br>ATTN: CHRISTIANE ROEHRBORN<br>7307 INGLECLIFF DRIVE<br>DALLAS, TX 75230 |
| 2.814 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218<br><br>07/31/26 | MYUNG LEE<br>ADDRESS REDACTED |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B222 | NANCY BROOKS ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 102 | NARVEE TECH INC 1333 CORPORATE DRIVE SUITE 102 IRVING, TX 75038 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60210 | NATALIE VONGSENGDEUANE ADDRESS REDACTED |
| | **State the term remaining** | 10/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-16 | NATHANIEL S. ROPER ADDRESS REDACTED |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014 | NATIONAL CAPITAL FUNDING, LLC ATTN: TRAVIS MCKNIGHT 14550 TORREY CHASE BLVD. SUITE 465 HOUSTON, TX 77014 |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | NATIONAL LIBERTY GROUP LLC ATTN: MARIA PAPI 6331 APPLEWOOD FOREST DRIVE ATTN: MARIA PAPI KATY, TX 77494 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.821 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1950<br><br>07/31/29 | NATIONAL OVARIAN CANCER COALITION, INC.<br>ATTN: BRUNO DUJMOVOIC<br>12221 MERIT DRIVE SUITE 1950<br>DALLAS, TX  75251 |
| 2.822 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 270<br><br>09/30/24 | NATIONAL PROPERTY VALUATION ADVISORS, INC.<br>ATTN: KELLY TATRO<br>1880 SOUTH DAIRY ASHFORD RD SUITE 270<br>HOUSTON, TX  77077 |
| 2.823 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015<br><br>11/30/24 | NATIONAL STRUCTURAL ENGINEERING, INC.<br>ATTN: MICHAEL SKOLLER<br>2020 NORTH LOOP WEST SUITE 230<br>HOUSTON, TX  77018 |
| 2.824 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160<br><br>06/30/25 | NATIONWIDE TRAILERS, LLC<br>11811 NORTH FREEWAY SUITE 210<br>HOUSTON, TX  77060 |
| 2.825 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 245<br><br>02/29/24 | NAV FREIGHT INC<br>1408 S. FRIENDSWOOD DRIVE # 205<br>FRIENDSWOOD, TX  77546 |
| 2.826 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1725<br><br>03/31/26 | NELOFER AZAD, M.D., PA<br>ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | NEO MONITORS CORPORATION ATTN: PAULA JOHNSON 11200 WESTHEIMER STE 500 HOUSTON, TX 77042 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-270 | NEUGENT & HELBING, INC. ATTN: ROSS HELBING 14110 DALLAS PARKWAY SUITE 202 DALLAS, TX 75254 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): H201 | NEUROTHERAPY CENTER OF DALLAS ATTN: ACCOUNTING 12870 HILLCREST ROAD SUITE H201 DALLAS, TX 75230 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | NEW CINGULAR WIRELESS PCS, LLC SITE # 10037216 C/O ENGIE INSIGHT MS 7372 P.O. BOX 2241 SPOKANE, WA 99210-2241 |
| | **State the term remaining** | 05/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | NEXGEN WATER SOLUTIONS LIMITED LIABILITY COMPANY ATTN: ATTN: JON CRITTENDEN 951 COUNTY ROAD 160 KENEDY, TX 78119 |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 220 | NGUYEN LAW GROUP, PLLC ATTN: DON NGUYEN 7211 REGENCY SQUARE BLVD SUITE 220 HOUSTON, TX 77036 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | NICHOLAS ATUMAH ADDRESS REDACTED |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): ES-522 | NICOLASA SANDOVAL RODRIGUEZ ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | NIKI NGUYEN ADDRESS REDACTED |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | NINA DELEE ADDRESS REDACTED |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | NKB CORPORATE VENTURES INC 10814 WEST BELLFORT AVENUE HOUSTON, TX 77099 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | NORD-SUD SHIPPING ATTN: COLE GAUTREAU 1940 JEFFERSON HWY. LUTCHER, LA 70071 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): ES-546 | NORMA GARCIA ADDRESS REDACTED |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B220 | NORMA MELAMED AND JEFFREY GLASS ADDRESS REDACTED |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 410 | NORMAN L. STRAUB AND DAVID K. MESTEMAKER ADDRESS REDACTED |
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3904-C | NORTH HOUSTON BIRTH CENTER, L.L.C. 3800 N. SHEPHERD SUITE 3904-C AND 3910 HOUSTON, TX 77018 |
| | **State the term remaining** | 02/28/37 | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0900 | NORTH TEXAS BEHAVIORAL HEALTH AUTHORITY 8111 LBJ FREEWAY SUITE 900 DALLAS, TX 75251 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0360 | NOVETUS ENGINEERING LLC P.O. BOX 940455 HOUSTON, TX 77094 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0150 | NP ROSS ADVISORS, LLC 11200 WESTHEIMER SUITE 150 HOUSTON, TX 77042 |
| | State the term remaining | 06/30/26 | |
| | List the contract number of any government contract | | |
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | NTX BRAZILIAN JIU-JITSU, LLC ATTN: MISTY VERSCHOOR 2109 HOBKIRKS HILL MCKINNEY, TX 75070 |
| | State the term remaining | 12/31/31 | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | NUCLEUS HEALTHCARE GROUP, LLC ATTN: SHANNA KADANE 14114 N DALLAS PARKWAY SUITE 200 DALLAS, TX 75254 |
| | State the term remaining | 04/30/24 | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 650 | NUWAY REALTY GROUP, LLC 8226 MIDDLEBURY LANE ATTN: ILIANA SANCHEZ HOUSTON, TX 77070 |
| | State the term remaining | 10/31/25 | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 10260 | OBGYN CARE, PA ATTN: SHARON A SMITH 2010 NORTH LOOP WEST SUITE 260 HOUSTON, TX 77018 |
| | State the term remaining | 02/28/27 | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-300 | O-FILE, LLC ATTN: JANIE MONARES 14114 DALLAS PARKWAY SUITE 300 DALLAS, TX 75254 |
| | State the term remaining | 11/30/27 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC    Case number (if known) 23-11452
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0335 | OGUERI & ASSOCIATES, P.C. 12655 N CENTRAL EXPRESSWAY SUITE 335 DALLAS, TX 75243 |
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | OHLENFORST THERAPY DALLAS ATTN: KRISTEN OHLENFORST 12800 HILLCREST ROAD SUITE A124 DALLAS, TX 75230 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | OLGA TOSCANO ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | OMNIA HEALTHCARE HOLDINGS, LLC ATTN: SEUN KIBIRIGE 11811 N FREEWAY STE 507 HOUSTON, TX 77060 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | ON SITE PERSONNEL OF MARYLAND, LLC. ATTN: PAUL NGUYEN 11200 WESTHEIMER STE 403 HOUSTON, TX 77042 |
| | **State the term remaining** | 08/31/31 | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | ONYX NEURODIAGNOSTICS, LLC ATTN: LOUIS CANO 2000 NORTH LOOP WES, SUITE 110 HOUSTON, TX 77018 |
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | OPERATING SYSTEMS, INC. ATTN: NANCY SMITH 616 FM 1960 WEST SUITE 316 HOUSTON, TX  77090 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | OPTIMA LOGISTICS LLC ATTN: STEPHEN NYAGUTHIL 17701 108TH AVENUE SE, # 543 RENTON, WA  98055 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | OPTIMAL BODY BRAIN, LLC ATTN: PAMELA BELL 12850 HILLCREST ROAD SUITE C225 DALLAS, TX  75251 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): H212 | ORIGINS COUNSELING, LLC 12870 HILLCREST ROAD SUITE H226 ATTN: JARED FUSON DALLAS, TX  75230 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | ORLANDO ESCOBAR DIAZ ADDRESS REDACTED |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): F204 | OSMAN CENTINKAYA ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.863** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 **State the term remaining** 03/31/27 **List the contract number of any government contract** | OWSLEY LAW FIRM, PLLC 601 SAWYER STE 200 HOUSTON, TX 77007 |
| **2.864** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 **State the term remaining** 12/31/24 **List the contract number of any government contract** | PALKER LAW FIRM, PLLC 2909 HILLCROFT STE 620 HOUSTON, TX 77057 |
| **2.865** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 **State the term remaining** 08/31/24 **List the contract number of any government contract** | PAPA MURPHY'S ATTN: JENN ADAMSON JOHN DE MATTIA 2214 SHANNON LN. RICHARDSON, TX 75082 |
| **2.866** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 **State the term remaining** 01/31/25 **List the contract number of any government contract** | PARIS BLAKE ADDRESS REDACTED |
| **2.867** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-460 **State the term remaining** 03/31/26 **List the contract number of any government contract** | PARK CITIES HEALTH SERVICES LLC 14114 DALLAS PARKWAY SUITE 460 DALLAS, TX 75254 |
| **2.868** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 350 **State the term remaining** 08/31/25 **List the contract number of any government contract** | PARRY AMERICA, INC. 1521 N. COOPER STREET SUITE 350 ARLINGTON, TX 76011 |

Debtor    Hartman SPE, LLC
              (Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0204 | PASONA N.A., INC. ATTN: ACCOUNTING DEPT. 21512 HAWTHORNE BLVD. SUITE 1100 TORRANCE, CA 90503 |
| | State the term remaining | 06/30/24 | |
| | List the contract number of any government contract | | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | PATRICIA ALCARAZ ADDRESS REDACTED |
| | State the term remaining | 09/30/25 | |
| | List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10175 | PATRICIA F. BUSHMAN, P.C. ADDRESS REDACTED |
| | State the term remaining | 07/31/27 | |
| | List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | PATRICIA MCGRAW ADDRESS REDACTED |
| | State the term remaining | 06/30/24 | |
| | List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 260 | PATRICK J. O'HARA ADDRESS REDACTED |
| | State the term remaining | 05/31/25 | |
| | List the contract number of any government contract | | |
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3027 | PAUL ALLEN ADDRESS REDACTED |
| | State the term remaining | 07/31/27 | |
| | List the contract number of any government contract | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 | PAULINE RAYMOND MARTIMBEAU ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 40103A | PE HEALTH CHOICE REHABILITATION CENTER ATTN: NICOLE SHUTKO 2040 NORTH LOOP WEST SUITE 103A HOUSTON, TX 77018 |
|---|---|---|---|
| | **State the term remaining** | 07/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | PEAK TECHNICAL SERVICES INC 583 EPSILON DR ATTN: MICHELLE GOLIAN PITTSBURGH, PA 15238 |
|---|---|---|---|
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |

| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0625 | PECOS CONSTRUCTION, LLC ATTN: MITZI GREEN 8111 LBJ FREEWAY SUITE 625 DALLAS, TX 75251 |
|---|---|---|---|
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | PEDIATRIX MEDICAL SERVICES, INC. PEDIATRIX MED GRP ATTN: FAC MGT 1301 CONCORD TERRACE SUNRISE, FL 33323 |
|---|---|---|---|
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | PEDISON USA, INC. ATTN: DICKSON EWEMADE 8111 LBJ FREEWAY SUITE 678 DALLAS, TX 75251 |
|---|---|---|---|
| | **State the term remaining** | 02/28/30 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.881 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 <br><br> **State the term remaining** 04/30/26 <br><br> **List the contract number of any government contract** | PEGGY A. MATTHEWS ADDRESS REDACTED |
| 2.882 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTWAY; 1707 MARKET PLACE BLVD IRVING, TX 75063; UNIT(S): 300A <br><br> **State the term remaining** 10/31/27 <br><br> **List the contract number of any government contract** | PEI WEI ASIAN DINER, LLC 1707 MARKET PLACE BLVD ATTN: LORNE GOLDBERG IRVING, TX 75063 |
| 2.883 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 <br><br> **State the term remaining** 06/30/24 <br><br> **List the contract number of any government contract** | PENGUIN COMPUTING, INC. 15840 FM 529 SUITE 312 HOUSTON, TX 77095 |
| 2.884 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 <br><br> **State the term remaining** 11/11/27 <br><br> **List the contract number of any government contract** | PENNCOMP, LLC ATTN: SCOTT YOUNG P.O. BOX 10570 HOUSTON, TX 77206 |
| 2.885 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 <br><br> **State the term remaining** 07/31/27 <br><br> **List the contract number of any government contract** | PERC ENGINEERING, LLC ATTN: CHRISTINE DO 1880 S. DAIRY ASHFORD SUITE 606 HOUSTON, TX 77077 |
| 2.886 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX, 77090 <br><br> **State the term remaining** 04/30/24 <br><br> **List the contract number of any government contract** | PERCHES LAND SERVICES, INC. ATTN: LUIS PERCHES 616 FM 1960 SUITE 200 HOUSTON, TX 77090 |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.887 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1660 | PERRYMAN FINANCIAL ADVISORY 12221 MERIT DRIVE SUITE 1660 DALLAS, TX  75251 |
| **State the term remaining** | 08/31/24 | |
| **List the contract number of any government contract** | | |
| 2.888 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3936 | PFH GARDEN OAKS, LLC 3355 W. ALABAMA STE 825 HOUSTON, TX  77098 |
| **State the term remaining** | 01/31/32 | |
| **List the contract number of any government contract** | | |
| 2.889 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | PHANTASTIC FAMILY DENTAL CARE, P.A. ATTN: MINH PHAN 16-F UVALDE HOUSTON, TX  77015 |
| **State the term remaining** | 04/30/25 | |
| **List the contract number of any government contract** | | |
| 2.890 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 30260 | PHUC K. HUYNH ADDRESS REDACTED |
| **State the term remaining** | 06/30/25 | |
| **List the contract number of any government contract** | | |
| 2.891 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | PHYSICIAN'S CAPITAL INVESTMENTS, LLC 8117 PRESTON RD. SUITE 400 DALLAS, TX  75225 |
| **State the term remaining** | 07/31/25 | |
| **List the contract number of any government contract** | | |
| 2.892 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | PINNACLE BANK ATTN: REBA LOZANO 1521 N. COOPER STREET SUITE 140 ARLINGTON, TX  76011 |
| **State the term remaining** | 08/31/25 | |
| **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.893** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 145 <br><br> 08/31/25 | PINNACLE BANK ATTN: REBA LOZANO 1521 N. COOPER STREET SUITE 140 ARLINGTON, TX 76011 |
| **2.894** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 103 <br><br> 10/31/24 | PITS GLOBAL LLC ATTN: ZEYDULLA KHUDAVERDIYEV 2424 OCEAN AVENUE, UNIT 1A BROOKLYN, NY 11229 |
| **2.895** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 <br><br> 02/29/28 | PIXELWORKS CORPORATION ATTN: ATTN: J. MICHAEL GAFFNEY PIXELWORKS CORPORATION 8603 BOTTS LANE SAN ANTONIO, TX 78217 |
| **2.896** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 <br><br> 01/31/24 | PIXENTIA CORPORATION ATTN: SATISH KOYA 1333 CORPORATE DRIVE SUITE 212 IRVING, TX 75038 |
| **2.897** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420; UNIT(S): 575 <br><br> 07/31/27 | PLEZIA, P.C. ATTN: RICK PLEZIA 2909 HILLCROFT SUITE 575 HOUSTON, TX 77057 |
| **2.898** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 600 <br><br> 02/29/24 | POLARIS LOGISTICS GROUP, INC ATTN: RAY GILL 1880 S. DAIRY ASHFORD SUITE 600 HOUSTON, TX 77077 |

| Debtor | Hartman SPE, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | POLARIS ULTRASOUND LLC ATTN: ATTN: YENIER FERNANDEZ ESTRADA 2825 WILCREST DRIVE SUITE 259 HOUSTON, TX 77042 |
| | **State the term remaining** | 04/30/28 | |
| | **List the contract number of any government contract** | | |

| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 330 | PREMIER ACCESS, INC. 1521 N. COOPER STREET SUITE 330 ARLINGTON, TX 76011 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |

| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 320 | PRIME FACILTIY SERVICES GROUP, INC. 6240 RICHMOND, SUITE 260 ATTN: PATTY PEREZ HOUSTON, TX 77057 |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |

| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 410 | PRIME ITS, INC. A TEXAS CORPORATION 616 FM 1960 WEST SUITE 410 HOUSTON, TX 77090 |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40250 | PRIORITY-1, INC 1800 EAST ROOSEVELT ROAD ATTN: NATHANIEL HASTINGS LITTLE ROCK, AR 72206 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 121 | PRITNA, INC, A DELAWARE CORPORATION ATTN: PRITNA INC 1333 CORPORATE DR STE 121 IRVING, TX 75038 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | PROACTIVE LEADERSHIP GROUP, LLC ATTN: MICHAEL MIRAU 12655 N CENTRAL EXPRESSWAY SUITE 950 DALLAS, TX  75243 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | PROACTIVE LIFESTYLE FITNESS, LP ATTN: DON BORGAL 3710 LAKE VARANO CIRCLE KATY, TX  77493 |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 116 | PROACTIVE LIFESTYLE FITNESS, LP ATTN: DON BORGAL 3710 LAKE VARANO CIRCLE KATY, TX  77493 |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 220 | PROCESS TECHNICAL SERVICES INC. ATTN: HEATHER ROBINSON 14550 TORREY CHASE BLVD. SUITE 220 HOUSTON, TX  77014 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | PRODAPT NORTH AMERICA, INC. ATTN: BHASKAR MADARI 10260 SW GREENBURG ROAD SUITE 630 PORTLAND, OR  97223 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | PROPERTY TAX AFFILIATES, INC. ATTN: DAVID CLEVELAND 5926 BALCONES AUSTIN, TX  78731 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.911** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 725 <br><br> 11/30/27 | PROPLANT INC 6111 W. BALSAM FIR CIRCLE ATTN TOWFIQUE HABIB & MICHAEL ANTONY SPRING, TX  77386 |
| **2.912** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 <br><br> 04/30/27 | PROSAL FINANCIAL SERVICES 11200 WESTHEIMER RD STE 604 HOUSTON, TX  77042 |
| **2.913** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 680 <br><br> 10/31/27 | PROSPERITY & ASSOCIATES BUSINESS CONSUTING SERVICES LLC CONSULTING SERVICES LLC ATTN: ROBERTO REYES  5100 WESTHEIMER, SUITE 420 HOUSTON, TX  77056 |
| **2.914** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 <br><br> 11/30/23 | PROTECT, LLC 2060 NORTH LOOP WEST SUITE 135 HOUSTON, TX  77018 |
| **2.915** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-100 <br><br> 01/31/27 | PROTECTION DEVELOPMENT, INC. ATTN: MISTY EMLER 8620 N. NEW BRAUNFELS SUITE N-100 SAN ANTONIO, TX  78217 |
| **2.916** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069; UNIT(S): A7 <br><br> 04/30/24 | PRV ENTERPRISES, LLC 5020 FM 1960 RD W SUITE A7 HOUSTON, TX  77069-4520 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | PSI PREMIER SPECIALTIES, INC ATTN: STEPHEN SNYDER 3100 TIMMONS STE 101 HOUSTON, TX  77027 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00100 | PURSUIT OF HAPPINESS BEHAVIORAL HEALTH, LLC ATTN: ASMA REHMAN 2000 NORTH LOOP WEST SUITE 100 HOUSTON, TX  77018 |
| | **State the term remaining** | 09/30/29 | |
| | **List the contract number of any government contract** | | |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1610 | QRX MEDICAL MANAGEMENT, LLC 12221 MERIT DRIVE SUITE 1610 DALLAS, TX  75251 |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 110 | QUALITY LIFE PHYSICAL THERAPY, LLC 4123 COUNTRY PARK DRIVE ATTN: MARGARET CORNELSSEN SPRING, TX  77388 |
| | **State the term remaining** | 11/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 365 | R3 YES! REAL ESTATE, LLC 1722 WOODLAND PARK DRIVE ATTN: MARIO ROMERO HOUSTON, TX  77077 |
| | **State the term remaining** | 09/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 60140 | RA PHIPPS INC DBA PHIPPS LAW FIRM 11919 SWORDS CREEK ROAD ATTN: ROSHUN A. PHIPPS HOUSTON, TX  77067 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.923** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0665 | RAFI LAW GROUP, PLLC 8111 LBJ FREEWAY, SUITE 665 ATTN: AYESHA RAFI DALLAS, TX  75251 |
| **State the term remaining** | 01/31/28 | |
| **List the contract number of any government contract** | | |
| **2.924** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1700 | RAINBOW DAYS, INC ATTN: TIFFANY BEAUDINE 12221 MERIT DRIVE SUITE 1700 DALLAS, TX  75251 |
| **State the term remaining** | 02/25/29 | |
| **List the contract number of any government contract** | | |
| **2.925** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | RAJIB RAJBHAT ADDRESS REDACTED |
| **State the term remaining** | 04/30/25 | |
| **List the contract number of any government contract** | | |
| **2.926** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | RAM PAT CORPORATION ATTN: REBECA PATINO 1880 S. DAIRY ASHFORD, SUITE 407 HOUSTON, TX  77077 |
| **State the term remaining** | 05/31/26 | |
| **List the contract number of any government contract** | | |
| **2.927** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | RAMMELL NWAOKAI ADDRESS REDACTED |
| **State the term remaining** | 04/30/25 | |
| **List the contract number of any government contract** | | |
| **2.928** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10110 | RANDALL M. THOMPSON ADDRESS REDACTED |
| **State the term remaining** | 03/31/26 | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | RANGER GUARD INTERNATIONAL, LLC ATTN: TEBA HINI 3419 CARTWRIGHT CLIFF LANE FULSHEAR, TX 77441 |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1760 | RANKIN FINANCIAL NETWORK, L.L.C. 12221 MERIT DRIVE SUITE 1900 DALLAS, TX 75251 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2350 | RAVEN LYONS AND JACOBY BEASLEY 650 N COIT ROAD SUITE 2350 RICHARDSON, TX 75080 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-406 | RAYES, INC. ATTN: PATRICK O. RAYES P.O. BOX 195429 DALLAS, TX 75219-8607 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | REACH HEALTHCARE ALLIED SERVICES, LLC 8404 HIGHWAY 6 SOUTH SUITE 14617-A HOUSTON, TX 77083 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | RECOVER AMERICA NOW 15311 W. VANTAGE PKWY STE 315 HOUSTON, TX 77032 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | REFLECT THERAPY, PLLC ATTN: LAUREN WEINER, REBECCA SELF & SHARI BINGHAM 1860 WHITE OAK DR. # 316 HOUSTON, TX  77009 |
| | **State the term remaining** | 01/31/29 | |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | REFLEXIONES BILINGUAL FAMILY SERVICES ATTN: FABIOLA WILLIAMS 11811 N FREEWAY STE 526 HOUSTON, TX  77060 |
| | **State the term remaining** | 11/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200H | REGINALD JONES ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | REGIONAL FINANCE CORPORATION OF TEXAS ATTN: ANA ZUSMER 979 BATESVILLE RD, SUITE B GREER, SC  29651 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3924 | REGIONAL FINANCE CORPORATION OF TEXAS ATTN: ANA ZUSMER 979 BATESVILLE RD. SUITE B GREER, SC  29651 |
| | **State the term remaining** | 08/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0235 | REHAB WITHOUT WALLS, INC. ATTN:  ACCOUNTING 9901 LINN STATION ROAD LOUISVILLE, KY  40223 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | RELATIONAL THERAPY COLLECTIVE, PLLC ATTN: DEBORAH HOLT 12221 MERIT DRIVE, SUITE 1360 DALLAS, TX  75215 |
| | **State the term remaining** | 05/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40385 | RENEW INSURANCE AND FINANCIAL SERVICES, LLC 2040 NORTH LOOP WEST, SUITE 385 ATTN: SCOTT FAULK HOUSTON, TX  77018 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 225 | RENOVA HEALTHCARE MANAGEMENT, LLC ATTN: MARK NAGHAVI 3100 TIMMONS LANE SUITE 225 HOUSTON, TX  77027 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060; UNIT(S): 0105 | REPUBLIC CENTRAL REALTY, INC. 400 N. SAM HOUSTON PARKWAY EAST SUITE 105 ATTN: JON ALTIC HOUSTON, TX  77060 |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | REPUBLIC FINANCE, LLC 7031 COMMERCE CIRCLE BATON ROUGE, LA  70809 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 340 | RESIRENE USA, INC ATTN: JULIO REYES 14550 TORREY CHASE SUITE 340 HOUSTON, TX  77014 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor   Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | RESNICK & LOUIS, P.C. 8620 NORTH NEW BRAUNFELS SUITE N416 SAN ANTONIO, TX 78217 |
| | State the term remaining | 10/31/23 | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 211 | RESOLVITY, INC. 1333 CORPORATE DRIVE, STE. 211 ATTN: ARUN SANTHEBENNUR IRVING, TX 75038 |
| | State the term remaining | 08/31/25 | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2850 | REVERIE BAKESHOP ATTN: NANCY CASTILLO 980 N. COIT RD SUITE 2850 RICHARDSON, TX 75080 |
| | State the term remaining | 12/31/30 | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | REVIVE HOUSE BUYERS LLC 3100 TIMMONS LANE SUITE 445 HOUSTON, TX 77027 |
| | State the term remaining | 01/31/24 | |
| | List the contract number of any government contract | | |
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 40104 | RG TAYLOR II, PC ATTN: TREY TAYLOR 2040 NORTH LOOP WEST SUITE 104 HOUSTON, TX 77018 |
| | State the term remaining | 02/29/24 | |
| | List the contract number of any government contract | | |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | RH SHIPPING & CHARTERING (USA), LLC ATTN: RUDOLF HESS 400 N. BELT HOUSTON SUITE 1010 HOUSTON, TX 77060 |
| | State the term remaining | 01/31/29 | |
| | List the contract number of any government contract | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | RHENUS PROJECT LOGISTICS, INC. ATTN: NATALIE GOLSAZ 299 BROADWAY SUITE 1815 NEW YORK, NY 10007 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | RHEONIK AMERICANS INC. ATTN: ROBERTO WALLIS 16010 BARKERS POINT, SUITE 235 HOUSTON, TX 77079 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 455 | RICARDO NUNEZ ADDRESS REDACTED |
| | **State the term remaining** | 11/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0800 | RICHARD DESIGN SERVICES, INC. 11200 WESTHEIMER SUITE 800 HOUSTON, TX 77042 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | RICHARD F. HOWE ADDRESS REDACTED |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090 | RICHARD GEORGE HAEHNER DBA R.H. HAEHNER ADDRESS REDACTED |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | RICHARD HOWE ADDRESS REDACTED |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | RICHARD RAMIREZ ADDRESS REDACTED |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | RICHARDSON CHILDREN'S THEATRE - STORAGE 770 N COIT ROAD SUITE 2405 RICHARDSON, TX  75080 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 3000A | RICHARDSON CHILDREN'S THEATRE - STORAGE 770 N COIT ROAD SUITE 3000A RICHARDSON, TX  75080 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | RICHARDSON'S CHILDREN THEATRE, INC. 770 N COIT RD SUITE 2320 RICHARDSON, TX  75080 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | RICHEN MEDTECH LLC ATTN: JINCHEG TAO 14114 N. DALLAS PARKWAY, SUITE 160 DALLAS, TX  75254 |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.965 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0655 <br><br> **State the term remaining** 12/31/24 <br><br> **List the contract number of any government contract** | RIGHT PRICE TAX & BUSINESS SERVICES LLC 8111 LBJ FREEWAY, SUITE 655 DALLAS, TX 75251 |
| 2.966 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-102 <br><br> **State the term remaining** 09/30/27 <br><br> **List the contract number of any government contract** | RIVERSIDE SECURITIES ATTN: BRAD BATES 8620 NORTH NEW BRAUNFELS AVE. N-102 SAN ANTONIO, TX 78217 |
| 2.967 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 <br><br> **State the term remaining** 09/30/23 <br><br> **List the contract number of any government contract** | ROBERT ANSIAUX ADDRESS REDACTED |
| 2.968 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 <br><br> **State the term remaining** 04/30/24 <br><br> **List the contract number of any government contract** | ROBERT ANTHONY COUNSELING, PLLC ATTN: ROBERT ANTHONY 4160 GRIDIRON ROAD FRISCO, TX 75240 |
| 2.969 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 530 <br><br> **State the term remaining** 12/31/23 <br><br> **List the contract number of any government contract** | ROBERT GREEN, CPA ADDRESS REDACTED |
| 2.970 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 <br><br> **State the term remaining** 04/30/27 <br><br> **List the contract number of any government contract** | ROBERT L. HERBAGE ADDRESS REDACTED |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.971 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | ROBERT SANTOS, JR. ADDRESS REDACTED |
| **State the term remaining** 10/31/24 | | |
| **List the contract number of any government contract** | | |
| 2.972 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0325 | ROBERTS & CROW INC. ATTN:  ACCOUNTING 12221 MERIT DRIVE SUITE 300 DALLAS, TX  75251 |
| **State the term remaining** 06/30/25 | | |
| **List the contract number of any government contract** | | |
| 2.973 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | ROGER GODDARD, CPA, P.C. ATTN: ROGER GODDARD 3100 TIMMONS LANE STE 440 HOUSTON, TX  77027 |
| **State the term remaining** 05/31/25 | | |
| **List the contract number of any government contract** | | |
| 2.974 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | ROGERS' CLINIC OF CHIROPRACTIC REHABILITATION, P.L.L.C. ATTN: CHRISTOPHER ROGERS 2203 CREEKVIEW CARROLLTON, TX  75006 |
| **State the term remaining** 05/31/28 | | |
| **List the contract number of any government contract** | | |
| 2.975 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | ROLAND ECHAVARRIA, P.C. 8620 NORTH NEW BRAUNFELS AVENUE SUITE N-410 SAN ANTONIO, TX  78217 |
| **State the term remaining** 03/31/26 | | |
| **List the contract number of any government contract** | | |
| 2.976 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | ROMERO & PARTNERS LLC 11200 WESTHEIMER STE 555 HOUSTON, TX  77042 |
| **State the term remaining** 09/30/26 | | |
| **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) | 23-11452 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.977** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 05/31/26 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 0140 | ROOSHNA INVESTMENTS 12221 MERIT DRIVE SUITE 140 DALLAS, TX 75251 |
| **2.978** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 03/31/24 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | ROSA E. LOPES AVILES ADDRESS REDACTED |
| **2.979** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 02/28/25 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | ROSS JETER ADDRESS REDACTED |
| **2.980** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 04/30/26 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | ROYAL CONTRACTING LLC ATTN: EDWIN CHACON 17706 TOWER BLUFF LANE CYPRESS, TX 77433 |
| **2.981** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 06/30/24 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162; UNIT(S): 165 | ROYAL GUNITE LLC 3126 BURTON RIDGE DRIVE SPRING, TX 77386 |
| **2.982** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 09/30/26 <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 697 | ROYALTY SELECT GROUP, LLC 1880 S. DAIRY ASHFORD SUITE 697 ATTN: SANDRA BARRAZA ATTN: SANDRA BARRAZA HOUSTON, TX 77077 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | RP TRADEWINDS MARKETING NETWORK, INC. 13831 SANDOVER DRIVE HOUSTON, TX  77014 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2650 | RVTODANCE LLC ATTN: VERONIKA CHERNYAVSKA 870 NORTH COIT ROAD SUITE 2650 RICHARDSON, TX  75080 |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | RWW HOME AND COMMUNITY REHAB SERVICES, INC 1333 CORPORATE DR SUITE 245 IRVING, TX  75038 |
| | **State the term remaining** | 10/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | S & S THERAPY, L.P. ATTN: JEFF FIERO 3100 TIMMONS LANE SUITE 450 HOUSTON, TX  77027 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 108 | S SIGNATURE BEAUTY BAR LLC 7211 REGENCY SQUARE # 108 ATTN: SHAMONICA RHODES HOUSTON, TX  77036 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | SABLE CONSTRUCTION INC. ATTN: JASMINE HERRERA 7320 N. MOPAC STE 404 ATTN: JASMIN AUSTIN, TX  78731 |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | SADOVSKY & ELLIS PLLC ATTN: JON ELLIS 8620 NORTH NEW BRAUNFELS STE 110 SAN ANTONIO, TX  78217 |
| | State the term remaining | 05/31/28 | |
| | List the contract number of any government contract | | |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3808 | SALEEM FARAHSHAH/STAN CLEANERS ATTN: SALEEM FARAHSHA 3808 NORTH SHEPHERD HOUSTON, TX  77018 |
| | State the term remaining | 04/30/30 | |
| | List the contract number of any government contract | | |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7050 | SAMAR LLC ATTN: SARA MARTINEZ 5921 BELLAIRE BOULEVARD STE C HOUSTON, TX  77081 |
| | State the term remaining | 12/31/27 | |
| | List the contract number of any government contract | | |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | SAMRISE YIM ADDRESS REDACTED |
| | State the term remaining | 01/31/25 | |
| | List the contract number of any government contract | | |
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-616 | SAN ANTONIO PETROLEUM CLUB ATTN: BARBARA ADAM 8620 N. NEW BRAUNFELS SUITE N-616 SAN ANTONIO, TX  78217 |
| | State the term remaining | 08/31/24 | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-700 | SAN ANTONIO PETROLEUM CLUB, INC. ATTN: BARBARA ADAM 8620 N. NEW BRAUNFELS SUITE N-616 SAN ANTONIO, TX  78217 |
| | State the term remaining | 08/31/24 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) 23-11452 _____

    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2402 | SAN JOSE BEAUTY SALON 650 N. COIT RD. SUITE 2350 RICHARDSON, TX 75080 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J102 | SANDRA BUTTINE ADDRESS REDACTED |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | SANG JOO ADDRESS REDACTED |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 280 | SANTA FE GROUP AMERICAS, INC 1880 S. DAIRY ASHFORD SUITE 280 HOUSTON, TX 77077 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): D111-11 | SARAH OWEN ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | SATX HEAVY DUTY TRUCK PARTS LLC 5505 TPC PARKWAY, # 1104 ATTN: JORGE MARROQUIN SAN ANTONIO, TX 78261 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC                                          Case number (if known)   23-11452
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1001 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 215<br><br>06/30/24 | SCOTT WARD<br>ADDRESS REDACTED |
| 2.1002 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162<br><br>04/30/25 | SEBERT SHIPPING INC.<br>ATTN: LUIS CARRANZA<br>15311 W VANTAGE PARKWAY SUITE 197<br>HOUSTON, TX 77032 |
| 2.1003 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162<br><br>07/31/25 | SELECT PHYSICAL THERAPY HOLDINGS, INC.<br>15311 VANTAGE PARKWAY WEST SUITE 103<br>HOUSTON, TX 77032 |
| 2.1004 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162<br><br>06/30/26 | SELECT PHYSICAL THERAPY<br>15311 VANTAGE PARKWAY WEST SUITE 103<br>HOUSTON, TX 77032 |
| 2.1005 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243<br><br>01/31/25 | SENKO ADVANCED COMPONENTS, INC.<br>12655 N CENTRAL EXPRESSWAY SUITE 190<br>DALLAS, TX 75243 |
| 2.1006 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060<br><br>04/30/28 | SEQUOIA MEDICAL PRACTICE PLLC<br>ATTN: RONAN PATANKAR<br>400 NORTH SAM HOUSTON PRKWY EAST STE 301<br>HOUSTON, TX 77060 |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | SEUNG H. YOO ADDRESS REDACTED |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | SHAJUMON ABRAHAM LIQUOR STORE ATTN: JOE KURIAKOSE 3311 SELENE DRIVE MISSOURI CITY, TX 77459 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): K212 | SHAPES INC. ATTN: BONNIE KIRBY 12890 HILLCREST ROAD SUITE K212 DALLAS, TX 75230 |
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C213 | SHARON RAZO ADDRESS REDACTED |
| | **State the term remaining** | 10/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | SHARP DPH, INC. ATTN: SHARP DPH, INC. 14103 QUEENSBURY LN. HOUSTON, TX 77079 |
| | **State the term remaining** | 02/29/28 | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 320 | SHARP REFLECTIONS INC. ATTN: FRANT MACRAE 1880 S DAIRY ASHFORD SUITE 320 HOUSTON, TX 77077 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1013** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER<br>HOUSTON, TX 77007<br><br>02/28/25 | SHELLIST, PEEBLES, MCALISTER, LLP<br>601 SAWYER SUITE 750<br>HOUSTON, TX 77007 |
| **2.1014** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130<br>DALLAS, TX 75251; UNIT(S): 1330<br><br>03/31/27 | SHELTER HOSPICE INC.<br>8111 LBJ FREEWAY SUITE 1340<br>DALLAS, TX 75251 |
| **2.1015** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110<br>HOUSTON, TX 77042; UNIT(S): 0415<br><br>05/31/26 | SHIPFLORA<br>11200 WESTHEIMER RD STE 415<br>HOUSTON, TX 77042 |
| **2.1016** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200<br>DALLAS, TX 75230<br><br>08/31/24 | SHOSID, PRYZANT, EMERY AND DOOLEY<br>ATTN: MICHELLE BELL<br>12880 HILLCREST ROAD SUITE J104<br>DALLAS, TX 75230 |
| **2.1017** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 14550 TORREY CHASE, SUITE 200<br>HOUSTON, TX 77014; UNIT(S): 602<br><br>10/31/23 | SIGNATURE PARTNERS, LLC<br>ATTN: SCOTT BURGMEIER<br>14550 TORREY CHASE BLVD STE 602<br>HOUSTON, TX 77014 |
| **2.1018** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200<br>HOUSTON, TX 77014; UNIT(S): 345<br><br>04/30/24 | SILVERADO HOSPICE OF HOUSTON, INC<br>14550 TORREY CHASE SUITE 345<br>HOUSTON, TX 77014 |

Debtor    Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1019** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | SIMIN BEHESHTI ADDRESS REDACTED |
| **State the term remaining**    06/30/24 | |
| **List the contract number of any government contract** | |
| **2.1020** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | SIMON NGUYEN ADDRESS REDACTED |
| **State the term remaining**    08/31/27 | |
| **List the contract number of any government contract** | |
| **2.1021** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 50135 | SKILLED PAIN CARE CLINIC, PA ATTN: SYED NASIR 2050 NORTH LOOP WEST SUITE 135 HOUSTON, TX  77018 |
| **State the term remaining**    11/30/24 | |
| **List the contract number of any government contract** | |
| **2.1022** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | SKY BIRD TRAVEL & TOURS OF TEXAS, INC. 1880 DAIRY ASHFORD SUITE 414 HOUSTON, TX  77077 |
| **State the term remaining**    06/30/24 | |
| **List the contract number of any government contract** | |
| **2.1023** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 131 | SLFMADE713 LLC ATTN: MARCUS EDWARDS 3304 FLAGSTONE DR MANVEL, TX  77578 |
| **State the term remaining**    06/30/24 | |
| **List the contract number of any government contract** | |
| **2.1024** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 315 | SMARTWATT ENERGY, INC. ATTN: CINDI DIVIRGILIO 1333 CORPORATE DRIVE SUITE 315 IRVING, TX  75038 |
| **State the term remaining**    05/31/24 | |
| **List the contract number of any government contract** | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1025** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 **State the term remaining** 03/31/28 **List the contract number of any government contract** | SMILE BRANDS OF TEXAS, LP ATTN: SHAY GIVENS ATTN: REAL ESTATE DEPARTMENT 100 SPECTRUM CENTER DRIVE SUITE 1500 IRVINE, CA 92618 |
| **2.1026** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3800 **State the term remaining** 12/31/30 **List the contract number of any government contract** | SMILE SQUAD OF HOUSTON SHEPHERD PLLC ATTN: MATTHEW STREPKA 2410 RUTLAND STREET HOUSTON, TX 77008 |
| **2.1027** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 **State the term remaining** 07/31/26 **List the contract number of any government contract** | SMITH PROTECTIVE MANAGEMENT, INC 4440 BELTWAY DRIVE ATTN: AARON L. SMITH ADDISON, TX 75001 |
| **2.1028** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 **State the term remaining** 09/30/24 **List the contract number of any government contract** | SMITH PROTECTIVE MANAGEMENT, INC. 2909 HILLCROFT STE 600 HOUSTON, TX 77057 |
| **2.1029** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 260 **State the term remaining** 08/31/24 **List the contract number of any government contract** | SOLAR WARRIOR LLC 455 HCR 1256 ATTN: DIANA CONCEPCION WHITNEY, TX 76692 |
| **2.1030** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 **State the term remaining** 10/31/25 **List the contract number of any government contract** | SORC, LLC 11811 NORTH FREEWAY STE 100 HOUSTON, TX 77060 |

Debtor    Hartman SPE, LLC
          (Name)

Case number (if known) 23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1031** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218<br><br>01/31/28 | SOUTH TEXAS PIZZA, INC. ATTN: TREVOR BRAUN ATTN: TJ CLEMENS 1277 NE LOOP 410 SAN ANTONIO, TX  78209 |
| **2.1032** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 575<br><br>09/30/24 | SOUTHERN LEGACY HOSPICE LLC 23 WILD COLT PLACE ATTN: SAJID SIDDIQUI SPRING, TX  77382 |
| **2.1033** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254<br><br>09/30/27 | SOUTHWEST AUTOMATED SECURITY INC. 2545 MERRELL ROAD ATTN: JEFF GOODWIN DALLAS, TX  75229 |
| **2.1034** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4110-110<br><br>06/30/25 | SOUTH-WEST PUBLIC RELATIONS, INC. 13610 MIDWAY ROAD, SUITE 243 ATTN: RAMONA ZADUKS DALLAS, TX  75244 |
| **2.1035** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084<br><br>04/30/24 | SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC, AN OHIO CORPORATION AN OHIO CORPORATION ATTN: ASHLEY BECHTOLD 7755 MONTGOMERY ROAD, STE. 400 CINCINNATI, OH  45246 |
| **2.1036** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090<br><br>08/31/26 | SPARTAN STEEL PRODUCTS, INC. DBA SPARTAN ENERGY TUBULARS AND PIONEER STEEL & TUBE CORP. DBA PIONEER PIPE CORP DBA SPARTAN ENERGY TUBULARS & PIONEER  STEEL & TUBE CORP DBA PIONEER PIPE CRP 616 FM 1960 SUITE 290 HOUSTON, TX  77090 |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1037** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 4000 <br><br> **State the term remaining** 05/31/27 <br><br> **List the contract number of any government contract** | SPECTRASITE COMM., INC. #310214 ATTN: CLARK LENDSTROM ATTN: LAND MANAGEMENT 10 PRESIDENTAL WAY WOBURN, MA 01801 |
| **2.1038** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 <br><br> **State the term remaining** 06/30/26 <br><br> **List the contract number of any government contract** | SPECTRUM SOLUTIONS, LLC 1070 CURTIN STREET ATTN: JUSTIN ABBOTT HOUSTON, TX 77018 |
| **2.1039** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: CENTRAL PARK; 1900 FIRMAN & 1901 GLENVILLE RICHARDSON, TX 75081 <br><br> **State the term remaining** 03/31/25 <br><br> **List the contract number of any government contract** | SPEECH PRIVACY SYSTEMS, LLC PO BOX 41 ALLEN, TX 75013 |
| **2.1040** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C105 <br><br> **State the term remaining** 03/31/28 <br><br> **List the contract number of any government contract** | SPEED WIRED, INC. ATTN: DARREN ANDREWS 6310 LBJ FREEWAY SUITE 120 DALLAS, TX 75240 |
| **2.1041** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 60120 <br><br> **State the term remaining** 01/31/24 <br><br> **List the contract number of any government contract** | SPINE & JOINT PRO MEDICAL CENTERS, PLLC ATTN: BART KEY 2060 NORTH LOOP WEST HOUSTON, TX 77018 |
| **2.1042** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 675 <br><br> **State the term remaining** 07/31/25 <br><br> **List the contract number of any government contract** | SPRINTCOM, INC. ATTN: SPRINT PROPERTY SERVICES 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0475 | SQFT CONSTRUCTION INC 8111 LBJ FREEWAY SUITE 475 DALLAS, TX 75251 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0505 | SREEVEE AMERICAS INC. 11200 WESTHEIMER RD STE 505 HOUSTON, TX 77042 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | SSE GROUP LLC 15311 W. VANTAGE PARKWAY STE 250 HOUSTON, TX 77032 |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | SSE OFFSHORE AMERICA INC. ATTN: JOAO MARCOS BOTELHO LUZ 14526 OLD KATY ROAD, # 204 HOUSTON, TX 77079 |
| | **State the term remaining** | 07/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 217 | STAR PERSONNEL II LLC 4606 FM 1960 ROAD WEST, SUITE 310 ATTN: MARIN HENSON HOUSTON, TX 77069 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | STATE OF TEXAS ATTN: TEXAS FACILITIES COMMISSION P.O. BOX 13047 AUSTIN, TX 78711 |
| | **State the term remaining** | 10/31/28 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | STATE OFFICE OF ADMIN HEARING ATTN: KEVIN MALONE HEARINGS ATTN P. O. BOX 13025 AUSTIN, TX  78711-3025 |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1050 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-701 | STEED BARKER, PLLC 8610 NORTH NEW BRAUNFELS SUITE 701 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1051 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 640 | STEPHANY GAVIRIA 24623 LAKECREST TOWN DRIVE KATY, TX  77493 |
| | **State the term remaining** | 01/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1052 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0315 | STEVEN BELL ADDRESS REDACTED |
| | **State the term remaining** | 11/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1053 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 280 | STEVEN TOUCHY ADDRESS REDACTED |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.1054 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 407 | STONCEPT LLC 30685 FM 2978., APT. 138 ATTN: FELIX CORONEL MAGNOLIA, TX  77354 |
| | **State the term remaining** | 03/31/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | STREET INSURANCE AGENCY LLC ATTN: NESTA STREET 5547 SERRANO AVENUE DALLAS, TX 75240 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |

| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | STRIDE HEALTHCARE MANAGEMENT LLC 12221 MERIT DR SUITE 620 DALLAS, TX 75251 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |

| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | STRING AND THREAD LLC 16902 KILGARTH DRIVE ATTN: TAHA AHMED RICHMOND, TX 77407 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007 | STRUCTURE TONE SOUTHWEST, LLC 601 SAWYER SUITE 310 HOUSTON, TX 77007 |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |

| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3806 | SUBWAY RESTAURANT ATTN: GRA ALKIRE 325 SUB WAY MILFORD, CT 06461 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B100 | SUGGS PEDIATRIC OUTPATIENT THERAPY ATTN: JENNIFER SUGGS 639 SWORD BRIDGE DR. LEWISVILLE, TX 75056 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | SUJEETH DRAKSHARAM ADDRESS REDACTED |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | SUKHDEEP KAUR ADDRESS REDACTED |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1060 | SULE FACIAL PLASTIC SURGERY 12221 MERIT DRIVE SUITE 1060 DALLAS, TX 75251 |
| | **State the term remaining** | 07/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 | SULEIMAN ALKHATIB AND AKRAM ALKHATIB ATTN: SULEIMAN ALKHATIB 2909 HILLCROFT SUITE 100D HOUSTON, TX 77057 |
| | **State the term remaining** | 09/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 | SULEIMAN ALKHATIB AND AKRAM ALKHATIB ATTN: SULEIMAN ALKHATIB 2909 HILLCROFT SUITE 100D HOUSTON, TX 77057 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | SUNBELT MERCHANT GROUP CONSULTING, INC 400 N SAM HOUSTON PARKWAY E STE 601 HOUSTON, TX 77060 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)    Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1067** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 200I | SUNIGA LAW FIRM, PLLC 616 FM 1960, SUITE 200-1 ATTN: NOEL A SUNIGA HOUSTON, TX 77090 |
| **State the term remaining**  09/30/23 | | |
| **List the contract number of any government contract** | | |
| **2.1068** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | SUPREME APPLIANCES LLC ATTN: SANTIAGO ROSALES 13657 JUPITER ROAD STE 103 DALLAS, TX 75238 |
| **State the term remaining**  06/30/27 | | |
| **List the contract number of any government contract** | | |
| **2.1069** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | SUSAN J. ATEN, DDS 500 COIT RD. SUITE 2094 RICHARDSON, TX 75080 |
| **State the term remaining**  01/31/25 | | |
| **List the contract number of any government contract** | | |
| **2.1070** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | SYED A. KAZMI ADDRESS REDACTED |
| **State the term remaining**  12/31/26 | | |
| **List the contract number of any government contract** | | |
| **2.1071** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | SYED WASTY AND RUBINA WASTY ADDRESS REDACTED |
| **State the term remaining**  06/30/24 | | |
| **List the contract number of any government contract** | | |
| **2.1072** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068 | SYNTHETIC OILS AND LUBRICANTS OF TEXAS, INC. ATTN: DOTTIE BREWER SOLTEX INC 4 WATERWAY SQUARE PL, STE 275 THE WOODLANDS, TX 77380 |
| **State the term remaining**  08/31/25 | | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1073** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | TACIT GROWTH STRATEGIES LLC ATTN LA JUANA CHAMBERS LAWSON 8620 N NEW BRAUNFELS AVE SUITE ES-521 SAN ANTONIO, TX 78217 |
| **State the term remaining** | 04/30/24 | |
| **List the contract number of any government contract** | | |
| **2.1074** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0480 | TAILIM SONG ADDRESS REDACTED |
| **State the term remaining** | 11/30/24 | |
| **List the contract number of any government contract** | | |
| **2.1075** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 245 | TALBOT FINANCIAL LLC ATTN: TRISHA TALBOT 16602 VICTORIA FALLS SPRING, TX 77379 |
| **State the term remaining** | 01/31/25 | |
| **List the contract number of any government contract** | | |
| **2.1076** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | TAMEKIA WATKINS ADDRESS REDACTED |
| **State the term remaining** | 04/30/27 | |
| **List the contract number of any government contract** | | |
| **2.1077** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | TAMMY FOOD SERVICES, LLC ATTN:  TAMMY & PAUL NGUYEN 2040 N LOOP WEST SUITE 190 HOUSTON, TX 77018 |
| **State the term remaining** | 03/31/25 | |
| **List the contract number of any government contract** | | |
| **2.1078** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | TANDY LEATHER FACTORY INC. ATTN: LEASE ADMINISTRATION 1900 SE LOOP 820 FORT WORTH, TX 76140 |
| **State the term remaining** | 11/30/26 | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 155 | TAQUERIA & TORTILLERIA LA REYNA LLC 5710 FONDREN ROAD, SUITE B ATTN: JAVIER DIAZ HOUSTON, TX 77036 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): 2377 | TAREK S. ITANI ADDRESS REDACTED |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | TATIANA JORDAN ADDRESS REDACTED |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | TAX TO YOU LLC 11200 WESTHEIMER RD STE 222 HOUSTON, TX 77042 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | TAYLOR ROBERTS 7211 REGENCY SQ BLVD SUITE 117 HOUSTON, TX 77036 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | TC BOBA, LLC 10627 SUNSWEPT FIELDS LANE ATTN: TAI NGUYEN HOUSTON, TX 77064 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1085 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | TC LENORMAND JR. 2909 HILLCROFT SUITE 515 HOUSTON, TX  77057 |
| **State the term remaining** | 09/30/25 | |
| **List the contract number of any government contract** | | |
| 2.1086 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450 | TCD ENTERPRISES DBA CELLAR DOOR 829 S. MASON RD. SUITE 280 KATY, TX  77450 |
| **State the term remaining** | 11/30/25 | |
| **List the contract number of any government contract** | | |
| 2.1087 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00200 | TCMG, LP 2000 NORTH LOOP WEST SUITE 200 HOUSTON, TX  77018 |
| **State the term remaining** | 10/31/24 | |
| **List the contract number of any government contract** | | |
| 2.1088 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 103 | TECH-LANCE SOLUTIONS, INC. ATTN: REDDY DAYAKAR 15514 LYNFORD CREST DR. HOUSTON, TX  77083 |
| **State the term remaining** | 09/30/23 | |
| **List the contract number of any government contract** | | |
| 2.1089 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | TEN BEST PROMOTIONAL ITEMS LLC DBA PROMOPRINT GROUP DBA PROMOPRINT GROUP ATTN: STEVEN ENRIGHT 2020 NORTH LOOP W STE 205 HOUSTON, TX  77018 |
| **State the term remaining** | 04/30/27 | |
| **List the contract number of any government contract** | | |
| 2.1090 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10116 | TERE CARRILLO TERAPEUTA LLC ATTN: TERE CARRILLO TERAPEUTA LLC 795 CIRCLE WAY ATTN: TERESA CARRILLO JARRELL, TX  76537 |
| **State the term remaining** | 06/30/25 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known) _____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 400 NORTH BELT; 400 NORTH SAM HOUSTON PARKWAY EAST, STE 410 HOUSTON, TX 77060 | TERESA BREWER ADDRESS REDACTED |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162; UNIT(S): 198 | TERESA YBANEZ ADDRESS REDACTED |
| | **State the term remaining** | 10/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 236 | TEST CENTER USA INC. 12651 BRIAR FOREST DRIVE, SUITE 225 ATTN: ZIA QURESHI HOUSTON, TX 77077 |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J103 | TEXAS HAND REHABILITATION AND OCCUPATIONAL THERAPY 12880 HILLCREST ROAD SUITE J103 DALLAS, TX 75230 |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4114-225 | TEXAS PRIDE LENDING, LLC ATTN: SARAH MONTES 14114 N DALLAS PARKWAY SUITE 160 DALLAS, TX 75254 |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | TEXAS RESTAURANT HOLDINGS, LLC 6160 SAVOY DR SUITE 111 HOUSTON, TX 77036 |
| | **State the term remaining** | 12/31/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC                                    Case number (if known)    23-11452

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1097** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE MASON; 811, 829 & 873 SOUTH MASON ROAD KATY, TX 77450; UNIT(S): 210 | TEXAS TACTICAL GEAR & FIREARMS, INC. ATTN: SAID MABOUMERHI 829 SOUTH MASON ROAD SUITE 210 KATY, TX  77450 |
| **State the term remaining** | 01/31/28 | |
| **List the contract number of any government contract** | | |
| **2.1098** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 555 | TEXASURE LLC ATTN: KINGSLEY OBASEKI 4235 COOK ROAD HOUSTON, TX  77072 |
| **State the term remaining** | 01/31/28 | |
| **List the contract number of any government contract** | | |
| **2.1099** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 340 | TEXKED LLC ATTN: RUZBEH GONDA 2114 LANDERDS DRIVE ATTN: RUZBEH GONDA SUGAR LAND, TX  77063 |
| **State the term remaining** | 01/31/24 | |
| **List the contract number of any government contract** | | |
| **2.1100** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0678 | TEXTURE DESIGN STUDIO, PLLC ATTN: JUSTIN DRABEK 13812 WATERFALL WAY DALLAS, TX  75240 |
| **State the term remaining** | 01/31/26 | |
| **List the contract number of any government contract** | | |
| **2.1101** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | THE CORE BODY LAB LLC ATTN: VERONICA TRIPLETT 2000 NORTH LOOP WEST, SUITE 260 HOUSTON, TX  77018 |
| **State the term remaining** | 02/28/26 | |
| **List the contract number of any government contract** | | |
| **2.1102** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | THE CRUSH GROUP, LLC ATTN: JOHANN RESTITUYO 19403 ALTON SPRINGS DR. CYPRESS, TX  77433 |
| **State the term remaining** | 11/30/23 | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1103** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 <br> HOUSTON, TX 77095; UNIT(S): 303 <br><br> 01/31/28 | THE EAGLES TEAM LLC <br> ATTN: RAMON CORTORREAL <br> 12827 AUBURN GROVE LANE <br> ATTN: RAMON CORTORREAL <br> HOUSTON, TX 77041 |
| **2.1104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. <br> HOUSTON, TX 77084 <br><br> 08/31/24 | THE ELITE WELLNESS GROUP, LLC <br> 505 N. SAM HOUSTON PARKWAY, STE. 505 <br> ATTN: DEANDREA WADE <br> HOUSTON, TX 77060 |
| **2.1105** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET <br> ARLINGTON, TX 76011; UNIT(S): 250 <br><br> 12/31/27 | THE GRAND LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINIST AND AEROSPACE WORKERS <br> OF MACHINIST AND AEROSPACE WORKERS <br> 1521 N. COOPER ST SUITE 250 <br> ARLINGTON, TX 76011 |
| **2.1106** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 <br> HOUSTON, TX. 77027 <br><br> 08/31/26 | THE GUESS GROUP, INC. <br> 3100 TIMMONS SUITE 200 <br> HOUSTON, TX 77027 |
| **2.1107** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 <br> DALLAS, TX 75230; UNIT(S): A100 <br><br> 10/31/30 | THE HELM ABA LLC <br> 12880 HILLCREST ROAD SUITE J210 <br> DALLAS, TX 75230 |
| **2.1108** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 <br> HOUSTON, TX 77036 <br><br> 12/31/27 | THE INJURY CLINICS OF TEXAS INC. <br> 6201 BONHOMME ROAD, SUITE 304N <br> HOUSTON, TX |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1109** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): 1018 | THE INSTITUTE FOR LUXURY HOME MARKETING, LP P.O. BOX 1447 MARYLAND HEIGHTS, MO  63043 |
| State the term remaining | 08/31/24 | |
| List the contract number of any government contract | | |
| **2.1110** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | THE JEALOUS MERMAID, INC. 12830 HILLCREST ROAD SUITE D111-7 DALLAS, TX  75230 |
| State the term remaining | 12/31/24 | |
| List the contract number of any government contract | | |
| **2.1111** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | THE K FORD GROUP, P.C. 8620 N. NEW BRAUNFELS SUITE N-300 SAN ANTONIO, TX  78217 |
| State the term remaining | 01/31/25 | |
| List the contract number of any government contract | | |
| **2.1112** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | THE L CUMMINGS GROUP, INC. ATTN: LANCE CUMMINGS 2030 N. LOOP WEST SUITE 115 HOUSTON, TX  77018 |
| State the term remaining | 11/30/25 | |
| List the contract number of any government contract | | |
| **2.1113** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420; UNIT(S): 580 | THE LASH DESIGNER, LLC ATTN: EDNA OLGUIN 2909 HILLCROFT SUITE 580 HOUSTON, TX  77057 |
| State the term remaining | 03/31/24 | |
| List the contract number of any government contract | | |
| **2.1114** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00133 | THE LAW OFFICE OF JACKLYN VARELA, PC ATTN: JACKLYN VARELA 2000 NORTH LOOP WEST, SUITE 133 HOUSTON, TX  77018 |
| State the term remaining | 04/30/28 | |
| List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): 1510 | THE LAW OFFICE OF MARIBEL CRUZ, P.C., AND H. GARZA LAW GROUP PLLC AND H. GARZA LAW GROUP PLLC 7411 JOHN SMITH 1510 SAN ANTONIO, TX  78229 |
| | State the term remaining | 12/31/27 | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | THE LAW OFFICE OF MICHAEL F. PEZZULLI, PLLC 12655 N CENTRAL EXPRESSWAY SUITE 920 DALLAS, TX  75243 |
| | State the term remaining | 06/30/25 | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 800 | THE LAW OFFICES OF MARY PANZU, PLLC ATTN: ROXANA GARCIA 1521 N. COOPER STREET SUITE 214 ARLINGTON, TX  76011 |
| | State the term remaining | 05/31/28 | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | THE LEUKEMIA & LYMPHOMA SOCIETY ATTN: SHAUN ANDERSON 8111 LBJ FREEWAY SUITE 425 DALLAS, TX  75251 |
| | State the term remaining | 10/31/25 | |
| | List the contract number of any government contract | | |
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095; UNIT(S): 310 | THE LOTUS CIRCLE COUNSELING, PLLC ATTN: JACKELINE HURTADO 12242 QUEENSTON BLVD HOUSTON, TX  77095 |
| | State the term remaining | 10/31/27 | |
| | List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40244 | THE MORA LAW FIRM, PLLC 2040 NORTH LOOP WEST, SUITE 244 ATTN: MAYRA MORA HOUSTON, TX  77018 |
| | State the term remaining | 07/31/24 | |
| | List the contract number of any government contract | | |

Debtor    Hartman SPE, LLC
_____
(Name)

Case number (if known)  23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | THE SERENITY RETREAT FOR HEALING AND SPIRITUAL RENEWAL, INC. SPIRITUAL RENEWAL, INC. 2060 NORTH LOOP W, STE 200 ATTN: CECIE TURLINGTON HOUSTON, TX  77018 |
| | State the term remaining | 08/31/26 | |
| | List the contract number of any government contract | | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 475 | THE SUAREZ LAW FIRM, PLLC 616 FM 1960 STE 522 HOUSTON, TX  77090 |
| | State the term remaining | 09/30/25 | |
| | List the contract number of any government contract | | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 | THE TEXAS STATE SENATE 16010 BARKERS POINT, SUITE 265 HOUSTON, TX  77079 |
| | State the term remaining | 01/31/25 | |
| | List the contract number of any government contract | | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 800 | THE UNITED STATES OF AMERICA P O BOX 9001 WINCHESTER, VA  22604 |
| | State the term remaining | 05/31/27 | |
| | List the contract number of any government contract | | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0250 | THE VERMILLION LAW FIRM, LLC ATTN: JOHN VERMILLION 6335 NORTHWEST HIGHWAY SUITE 716 DALLAS, TX  75225-3533 |
| | State the term remaining | 02/28/27 | |
| | List the contract number of any government contract | | |
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 00220 | THERESA R HARRING ADDRESS REDACTED |
| | State the term remaining | 03/31/28 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | THOMAS A GRUGLE, MD ADDRESS REDACTED |
| | **State the term remaining** | 12/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A208 | THOMAS L ENGLAND III ADDRESS REDACTED |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | THOMAS R. WARD ADDRESS REDACTED |
| | **State the term remaining** | 06/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1130 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | THOMAS RANGEL ADDRESS REDACTED |
| | **State the term remaining** | 07/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1131 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | THOMPSON LAW LLP 1521 N. COOPER ST ARLINGTON, TX 76011 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | THOUGHT FOCUS, INC. 14110 N DALLAS PARKWAY SUITE 250 DALLAS, TX 75254 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)   23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1133  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-425 | THREE RIVERS ENERGY, LTD 4801 BROADWAY SAN ANTONIO, TX  78209 |
| **State the term remaining** | 01/31/25 | |
| **List the contract number of any government contract** | | |
| 2.1134  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | TIARA STEWART ADDRESS REDACTED |
| **State the term remaining** | 12/31/23 | |
| **List the contract number of any government contract** | | |
| 2.1135  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | TIENDA RIO LEMPA ATTN: VICTOR TORRES 973 FEDERAL RD. SUITE A HOUSTON, TX  77015 |
| **State the term remaining** | 01/31/26 | |
| **List the contract number of any government contract** | | |
| 2.1136  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200G | TIFFANY POCHE ADDRESS REDACTED |
| **State the term remaining** | 11/30/26 | |
| **List the contract number of any government contract** | | |
| 2.1137  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215; UNIT(S): ROOF-5 | TIME WARNER CABLE 12221 MERIT DRIVE ROOF 5 DALLAS, TX  75251 |
| **State the term remaining** | 02/28/26 | |
| **List the contract number of any government contract** | | |
| 2.1138  **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | TIMOTHY JASON HILSHER ADDRESS REDACTED |
| **State the term remaining** | 12/31/25 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | TITAN FITNESS TEXAS, LLC 2517 MIDWAY ROAD CARROLLTON, TX 75006 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | TITLE RESOURCES GUARANTY CO. 8111 LBJ FREEWAY SUITE 1200 DALLAS, TX 75251 |
| | **State the term remaining** | 07/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007; UNIT(S): ROOF | T-MOBILE USA, INC. ATTN: LEASE COMPLIANCE / A3E0003A T-MOBILE USA, INC. ATTN LEASE CMPLNCE SITE NO A3E0003A BELLEVUE, WA 98006 |
| | **State the term remaining** | 12/31/52 | |
| | **List the contract number of any government contract** | | |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 114-ROOF | T-MOBILE WEST CORPORATION ATTN: THOMAS E. LEDDO P.O. BOX 1090 MANDAN, ND 58554 |
| | **State the term remaining** | 05/31/35 | |
| | **List the contract number of any government contract** | | |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 412 | TOBY INSURANCE SERVICES LLC ATTN: JENNIFER AGUILUZ 24624 I-45N, SUITE 200 SPRING, TX 77386 |
| | **State the term remaining** | 08/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015; UNIT(S): 10150 | TOLULOPE KUTEYI ADDRESS REDACTED |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): 7046 | TONY TO AND SANDY TO ADDRESS REDACTED |
| | **State the term remaining** | 02/28/25 | |
| | **List the contract number of any government contract** | | |

| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | TOTAL CARE ORTHOTICS AND PROSTHETICS ATTN:  ACCOUNTING 12890 HILLCREST ROAD SUITE K201 DALLAS, TX  75230 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |

| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | TOYIN AYOOLA ADDRESS REDACTED |
| | **State the term remaining** | 03/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | TPS SYSTEMS, INC. 8610 NORTH NEW BRAUNFELS SUITE S615 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | TRADITION MEDIA GROUP, LLC ATTN: FRED WINCHAR 1309 E. CAPTAIN DREYFUS AVE PHOENIX, AZ  85022 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |

| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1335 | TRANS WORLD TRADING, INC 8111 LBJ FREEWAY SUITE 1335 DALLAS, TX  75251 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0630 | TRANSITIONAL HEALTHCARE SERVICES LLC 12655 N. CENTRAL EXPRESSWAY SUITE 330 DALLAS, TX  75243 |
|---|---|---|---|
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | TRANSPORT WORKERS UNION OF AMERICA 501 3RD ST. NW, 9TH FLOOR WASHINGTON, DC  20001 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | TREVINO CONSULTING GROUP, LLC ATTN: ILEANA TREVINO 5334 BORDLEY DRIVE HOUSTON, TX  77056 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | TRIMBLE, INC ATTN: ANGELA WILLIAMS 15840 FM 529 SUITE 316 HOUSTON, TX  77095 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-612 | TRINIDAD RESOURCES, LLC 8610 NORTH NEW BRAUNFELS SUITE 612 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | TRISTAN TAYLOR ADDRESS REDACTED |
| | **State the term remaining** | 03/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1157 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 105 | TRITON CONSTRUCTION COMPANY, INC. 616 FM 1960 SUITE 105 HOUSTON, TX 77090 |
| **State the term remaining** | 03/31/26 | |
| **List the contract number of any government contract** | | |
| 2.1158 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0500 | TRITON NETWORKS, LLC 12655 N CENTRAL EXPRESSWAY SUITE 500 DALLAS, TX 75243 |
| **State the term remaining** | 04/30/25 | |
| **List the contract number of any government contract** | | |
| 2.1159 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0780 | TRUE COMMODITIES, LLC 8111 LBJ FREEWAY SUITE 780 DALLAS, TX 75251 |
| **State the term remaining** | 12/31/24 | |
| **List the contract number of any government contract** | | |
| 2.1160 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 213 | TRUEXCELLENCEGROUP, LLC ATTN: EDILSA WOOD 1333 CORPORATE DRIVE SUITE 213 IRVING, TX 75038 |
| **State the term remaining** | 06/30/24 | |
| **List the contract number of any government contract** | | |
| 2.1161 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 255 | TWFG INSURANCE SERVICES LLC ATTN: DAPHNE TRAVIS 14550 TORREY CHASE BLVD STE 255 HOUSTON, TX 77014 |
| **State the term remaining** | 09/30/23 | |
| **List the contract number of any government contract** | | |
| 2.1162 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 0130 | TWIN CITY SECURITY, INC 8111 LBJ FREEWAY SUITE 130 DALLAS, TX 75251 |
| **State the term remaining** | 05/08/24 | |
| **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | Case number (if known) |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011 | TYNET USA HOLDINGS CO 1521 N. COOPER ST SUITE 212 ARLINGTON, TX 76011 |
|---|---|---|---|
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | TYRONE JONES ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251; UNIT(S): 1350 | U.S. COMMITTEE FOR REFUGEES AND IMMIGRANTS ATTN: ESKINDER NEGASH 2231 CRYSTAL DRIVE, SUITE 350 ARLINGTON, VA 22202 |
|---|---|---|---|
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |

| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: SKYMARK TOWER; 1521 N COOPER STREET ARLINGTON, TX 76011; UNIT(S): 400 | U.S. ENERGY DEVELOPMENT CORPORATION 1521 N. COOPER STREET SUITE 400 ARLINGTON, TX 76011 |
|---|---|---|---|
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018; UNIT(S): 3816 | U.S. POSTAL SERVICE ATTN: FELICIA WARNER PO BOX 5527 DENVER, CO 80217-5527 |
|---|---|---|---|
| | **State the term remaining** | 06/30/26 | |
| | **List the contract number of any government contract** | | |

| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 180 | UAS INTERNATIONAL TRIP SUPPORT ATTN: ACCOUNTING DEPT. 1880 S. DAIRY ASHFORD SUITE 180 HOUSTON, TX 77077 |
|---|---|---|---|
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor   Hartman SPE, LLC
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 | UMG ADVERTISING, LLC ATTN: PATRICIA ASHMORE 12655 N. CENTRAL EXPRESSWAY, SUITE 305 DALLAS, TX 75243 |
| | **State the term remaining** | 03/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COPPERFIELD; 15840 FM 529 HOUSTON, TX 77095 | UNITED METAL SOLUTIONS GROUP, INC. ATTN: KULBIR SINGH 15840 FM 529 SUITE 301 HOUSTON, TX 77095 |
| | **State the term remaining** | 11/30/23 | |
| | **List the contract number of any government contract** | | |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | UNITED TEXAN PHARMACY LLC 10039 BISSONNET STREET SUITE 321 HOUSTON, TX 77036 |
| | **State the term remaining** | 01/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | UNIVERSAL HOME SOLUTIONS LLC 12122 PINELANDS PARK LANE HUMBLE, TX 77346 |
| | **State the term remaining** | 09/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A103 | UNIVERSITY PARK COUNSELING & TESTING CENTER, PLLC ATTN: TWILA FARRAR 12800 HILLCREST ROAD SUITE A103 DALLAS, TX 75230 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): B221 | UPSIDE TO YOUTH DEVELOPMENT L.L.C. ATTN: RODNEY BLACKSTOCK 9401 COURTHOUSE ROAD CHESTERFIELD, VA 23832 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: THREE FOREST PLAZA; 12221 MERIT DRIVE, SUITE 150 DALLAS, TX 75215 | US ONCOLOGY, INC. C/O CBRE, INC. PORTFOLIO SERVICES ATTN: U.S ONCOLOGY LEASE ID # TX1030-E01 6055 PRIMACY PRKWY, BLDG II, # 300 MEMPHIS, TN  38119 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 424 | USHA HOUSTON, LLC AND ROBERT CAMPBELL 1880 S DAIRY ASHFORD SUITE 424 HOUSTON, TX  77077 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 10270 | VADA COUNSELING, PLLC 5405 VIKING DRIVE ATTN: CANDICE HOLLOWAY HOUSTON, TX  77092 |
| | **State the term remaining** | 08/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217 | VALERIE G. RIVAS ADDRESS REDACTED |
| | **State the term remaining** | 05/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-703 | VALOR EXPLORATION, LLC ATTN: ARMANDO MEDINA 8610 NEW BRAUNFELS SUITE S-703 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 216 | VALOUR USA INC., ASTER INC.,  SFORCE CORP 1333 CORPORATE DRIVE SUITE 216 IRVING, TX  75038 |
| | **State the term remaining** | 10/31/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC
(Name)

Case number (if known)  23-11452

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | VALUE GROWTH VENTURES LLC 1333 CORPORATE DR SUITE 270 IRVING, TX 75038 |
| | **State the term remaining** | 04/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | VANESSA ROPER ADDRESS REDACTED |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): S-400 | VANTAGE OPERATING, LLC ATTN: CLARE EASTLAND-VILLARREAL 8610 NORTH NEW BRAUNFELS SUITE 400 SAN ANTONIO, TX 78217 |
| | **State the term remaining** | 12/31/23 | |
| | **List the contract number of any government contract** | | |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 402 | VARCO HOSPICE, LLC 9898 BISSONNET, # 364 ATTN: KASHIF MAHMOOD HOUSTON, TX 77036 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 40330 | VASQUEZ LAW GROUP, PLLC 16522 WILLIAMTOWN DRIVE ATTN: REGINA VASQUEZ HOUSTON, TX 77084 |
| | **State the term remaining** | 04/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TIMBERCREEK; 5870 HIGHWAY 6 N. HOUSTON, TX 77084 | VDV GROUP, LLC ATTN: ADRIANA CAPUTO DE MARTINEZ 5870 HIGHWAY 6 NORTH SUITE 202 HOUSTON, TX 77084 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 250 | VELOCITY UNIFIED COMMUNICATIONS, INC. ATTN: JAMAL THOMPSON 616 FM 1960 W SUITE 330 HOUSTON, TX 77090 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | VERIZON WIRELESS CELLULAR SALES MANAGEMENT GROUP 9040 EXECUTIVE PARK DRIVE 3RD FLOOR KNOXVILLE, TN 37923-4607 |
| | **State the term remaining** | 03/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160 | VERIZON ATTN: LEE HEINSOHN 180 WASHINGTON VALLEY RD. ATTN: NETWORK REAL ESTATE BEDMINSTER, NJ 07921 |
| | **State the term remaining** | 05/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036 | VETERANS STAND TOGETHER 19401 S VERMONT AVE SUITE D202 ATTN: MARK TRESTON TORRANCE, CA 90502 |
| | **State the term remaining** | 02/28/27 | |
| | **List the contract number of any government contract** | | |
| 2.1191 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0317 | VICKI REDDEN ADDRESS REDACTED |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1192 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST HOUSTON, TX 77069 | VICTOR DOMINGUEZ ADDRESS REDACTED |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1193** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 270 | VICTORIA A. LANE AND RAGIB KOBILJAR ADDRESS REDACTED |
| **State the term remaining** | 11/30/24 | |
| **List the contract number of any government contract** | | |
| **2.1194** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20210 | VICTORIA MENDOZA ADDRESS REDACTED |
| **State the term remaining** | 03/31/25 | |
| **List the contract number of any government contract** | | |
| **2.1195** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 601 SAWYER; 601 SAWYER HOUSTON, TX 77007; UNIT(S): 320 | VIETBINO, LLC 601 SAWYER STE 320 HOUSTON, TX  77007 |
| **State the term remaining** | 07/31/24 | |
| **List the contract number of any government contract** | | |
| **2.1196** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | VIETNAM MARKET/SON TRAN ATTN: SON TRAN 5360 WALZEM ROAD SAN ANTONIO, TX  78218 |
| **State the term remaining** | 11/30/27 | |
| **List the contract number of any government contract** | | |
| **2.1197** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015 | VIETNAMESE NOODLE HOUSE ATTN: JOHN T. NGUYEN 18-A UVALDE HOUSTON, TX  77015 |
| **State the term remaining** | 01/31/31 | |
| **List the contract number of any government contract** | | |
| **2.1198** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J106 | VIJAY SIMHA REDDY KAMBHAM 2535 TURNBERRY COURT IRVING, TX  75063 |
| **State the term remaining** | 05/31/24 | |
| **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1199 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042; UNIT(S): 0120 | VIRGEN ORTIZ ADDRESS REDACTED |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1200 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | VIRGINIA CORTES ARAIZA, MD, PLLC 2040 NORTH LOOP WEST SUITE 300 HOUSTON, TX  77018 |
| | **State the term remaining** | 06/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.1201 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | VISUAL TECHNOLOGIES ATTN: MARYAM ZAHID 1333 CORPORATE DRIVE, SUITE 264 IRVING, TX  75038 |
| | **State the term remaining** | 07/31/28 | |
| | **List the contract number of any government contract** | | |
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038 | VIVA HOME HEALTH SERVICES, LLC ELARA CARING ATTN: AP DEPT 3010 LBJ FREEWAY, STE # 1100 DALLAS, TX  75234 |
| | **State the term remaining** | 04/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 616 FM 1960; 616 FM 1960, SUITE 260 HOUSTON, TX 77090; UNIT(S): 101 | VK CONSULTANT GROUP LLC 13100 WORTHAM CENTER DR STE 300 ATTN: VALERIE CARTER HOUSTON, TX  77065 |
| | **State the term remaining** | 08/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027; UNIT(S): 330 | VLADIMIR REDKO, MD 41 STILLFOREST ST HOUSTON, TX  77024 |
| | **State the term remaining** | 12/31/25 | |
| | **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1205**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST <br> HOUSTON, TX 77018  #015; UNIT(S): 00120 <br><br> **State the term remaining**   05/31/24 <br><br> **List the contract number of any government contract** | VOLLEY BOAST, LLC <br> ATTN: PETE WEIDLER <br> 2000 NORTH LOOP WEST SUITE 120 <br> HOUSTON, TX  77018 |
| **2.1206**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 <br> HOUSTON, TX 77042; UNIT(S): 0401 <br><br> **State the term remaining**   10/31/23 <br><br> **List the contract number of any government contract** | VONG LAW FIRM PLLC <br> ATTN: JOHN VONG <br> 11200 WESTHEIMER SUITE 403 <br> HOUSTON, TX  77042 |
| **2.1207**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST <br> HOUSTON, TX 77018  #015 <br><br> **State the term remaining**   01/31/25 <br><br> **List the contract number of any government contract** | VONNE JONES <br> ADDRESS REDACTED |
| **2.1208**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 <br> HOUSTON, TX 77042 <br><br> **State the term remaining**   06/30/27 <br><br> **List the contract number of any government contract** | VRC TECHNOLOGIES, INC. <br> 11200 WESTHEIMER RD SUITE 508 <br> HOUSTON, TX  77042 |
| **2.1209**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: CHELSEA SQUARE; 5020 FM 1960 WEST <br> HOUSTON, TX 77069; UNIT(S): A10 <br><br> **State the term remaining**   10/31/23 <br><br> **List the contract number of any government contract** | VYBE CREATIVE, LLC <br> ATTN: MWEMBU LUPIYA <br> 9844 CYPRESSWOOD DRIVE <br> HOUSTON, TX  77070 |
| **2.1210**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY <br> HOUSTON, TX 77060 #160; UNIT(S): 510 <br><br> **State the term remaining**   01/31/24 <br><br> **List the contract number of any government contract** | W. BALDWIN INC. <br> 11811 N. FREEWAY STE 510 <br> HOUSTON, TX  77060 |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1211**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: 11811 NORTH FREEWAY; 11811 N. FREEWAY HOUSTON, TX 77060 #160; UNIT(S): 515 <br> **State the term remaining**   09/30/23 <br> **List the contract number of any government contract** | WADE RATHKE ATTN: LES SALMERON 3333 FANNIN SUITE 115 HOUSTON, TX  77004 |
| **2.1212**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079; UNIT(S): 240 <br> **State the term remaining**   09/30/25 <br> **List the contract number of any government contract** | WANHUA PETROCHEMICAL US LLC ATTN: KEITH BLINCOE 16010 BARKERS POINT  SUITE 240 HOUSTON, TX  77079 |
| **2.1213**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: CORNERSTONE; 3707 FM 1960 HOUSTON, TX 77068; UNIT(S): 200M <br> **State the term remaining**   07/31/24 <br> **List the contract number of any government contract** | WATT INDUSTRIES LLC 17811 WOODLODE LANE ATTN: WESSEL WATT SPRING, TX  77379 |
| **2.1214**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 <br> **State the term remaining**   09/30/24 <br> **List the contract number of any government contract** | WAYNE R. KIRKHAM, M.D., & ASSOCIATES ATTN: WAYNE KIRKHAM 12820 HILLCREST RD. SUITE C125 DALLAS, TX  75230 |
| **2.1215**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): A110 <br> **State the term remaining**   09/30/24 <br> **List the contract number of any government contract** | WAYNE R. KIRKHAM, M.D., & ASSOCIATES ATTN: WAYNE R. KIRKHAM, M..D 12800 HILLCREST RD. SUITE A110 DALLAS, TX  75230 |
| **2.1216**   **State what the contract or lease is for and the nature of the debtor's interest** <br> COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 <br> **State the term remaining**   09/30/25 <br> **List the contract number of any government contract** | WELLMED MEDICAL MANAGEMENT, INC. ATTN: MARK FEINBERG 19500 IH-10 WEST MAILSTOP 1-5030 SAN ANTONIO, TX  78257 |

Debtor    Hartman SPE, LLC
(Name)                                                    Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1217 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074; UNIT(S): PAD<br><br>09/30/26 | WELLS FARGO BANK, N.A. ATTN:  WELLS FARGO CPG ATTN: MAC D1116-L10 (BE # 109023)  1525 WEST W.T. HARRIS BLVD. CHARLOTTE, NC  28262 |
| 2.1218 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375; UNIT(S): ATM<br><br>03/31/26 | WELLS FARGO BANK,N.A. ATTN:  ATTN:PROPERTY ADMIN (BE#111483) 1525 WEST W.T. HARRIS BLVD MAC D1116-L10 CHARLOTTE, NC  28262 |
| 2.1219 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 0650<br><br>09/30/28 | WELLSPINE, P.A. 12655 N. CENTRAL EXPRESSWAY SUITE 650 DALLAS, TX  75243 |
| 2.1220 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ENERGY PLAZA; 8610 & 8620 NORTH NEW BRAUNFELS BLDG 8610, SUITE 415 SAN ANTONIO, TX 78217; UNIT(S): N-115<br><br>07/31/25 | WEST AND SWOPE RANCHES, LLC ATTN: GEORGE WEST 8620 N. NEW BRAUNFELS SUITE 115 SAN ANTONIO, TX  78217 |
| 2.1221 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): C226<br><br>02/28/25 | WHITNEY E. DYER ADDRESS REDACTED |
| 2.1222 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHCHASE; 14550 TORREY CHASE, SUITE 200 HOUSTON, TX 77014; UNIT(S): 330<br><br>09/30/25 | WILLARD KIMBRELL ADDRESS REDACTED |

Debtor    Hartman SPE, LLC                                          Case number (if known)    23-11452

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1223 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077 | WILLIAM DURAN DBA DERMOSSA 16000 BAKERS POINT LN, SUITE 570 ATTN: WILLIAM DURAN HOUSTON, TX 77079 |
| | **State the term remaining** | 04/30/26 | |
| | **List the contract number of any government contract** | | |
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: FONDREN; 7042-7098 BISSONNET ST. HOUSTON, TX 77074 | WILLIE SAVANNAH ADDRESS REDACTED |
| | **State the term remaining** | 08/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162; UNIT(S): 170 | WILLOWBEND ENTERPRISES, L.L.C. 15311 W. VANTAGE PARKWAY, # 170 ATTN: MUSTAFA SHANINI HOUSTON, TX 77032 |
| | **State the term remaining** | 04/30/25 | |
| | **List the contract number of any government contract** | | |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: 3100 TIMMONS; 3100 TIMMONS, SUITE 525 HOUSTON, TX. 77027 | WIND HOLDINGS LLC ATTN: RYAN WIND 3100 TIMMONS LANE SUITE 100 HOUSTON, TX 77027 |
| | **State the term remaining** | 05/31/24 | |
| | **List the contract number of any government contract** | | |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ONE TECHNOLOGY; 7411 JOHN SMITH DRIVE, SUITE 1225 SAN ANTONIO, TX 78229; UNIT(S): ROOF5 | WINDSTREAM SERVICES, LLC 7411 JOHN SMITH DR. SAN ANTONIO, TX 78229 |
| | **State the term remaining** | 12/31/27 | |
| | **List the contract number of any government contract** | | |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018 #015 | WINGS FOR LEARNING 2040 NORTH LOOP WEST, SUITE 234 ATTN: JESSICA BROOK HOUSTON, TX 77018 |
| | **State the term remaining** | 11/30/26 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1229 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | WINGSTOP - SEE 5410 ATTN:  WINGSTOP - SEE 5410 5405 WALZEM ROAD SAN ANTONIO, TX  78218 |
| **State the term remaining** | 05/31/26 | |
| **List the contract number of any government contract** | | |
| 2.1230 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | WINGSTOP RESTAURANT ATTN: JENNY LONG 5501 LBJ FREEWAY 5TH FLOOR DALLAS, TX  75240 |
| **State the term remaining** | 11/30/28 | |
| **List the contract number of any government contract** | | |
| 2.1231 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WALZEM PLAZA; 5332 - 5498 WALZEM ROAD SAN ANTONIO, TX 78218 | WINGSTOP 510 PORTLAND RD. SAN ANTONIO, TX  78216 |
| **State the term remaining** | 05/31/26 | |
| **List the contract number of any government contract** | | |
| 2.1232 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | WINZOR AUTOMOTIVE LLC ATTN: AHMED JASEM 28411 BOBCAT BAYOU DR. KATY, TX  77494 |
| **State the term remaining** | 12/31/25 | |
| **List the contract number of any government contract** | | |
| 2.1233 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015 | WIX, PROPERTY TAX SPECIALIST ATTN: DEAN WIX 2010 NORTH LOOP WEST SUITE 105 HOUSTON, TX  77018 |
| **State the term remaining** | 04/30/26 | |
| **List the contract number of any government contract** | | |
| 2.1234 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | WORLD FOOD WAREHOUSE 14625 BEECHNUT HOUSTON, TX  77083 |
| **State the term remaining** | 11/24/59 | |
| **List the contract number of any government contract** | | |

| Debtor | Hartman SPE, LLC | | Case number (if known) | 23-11452 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1235** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 01/26/25<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254 | WYNNE TRANSPORTATION HOLDINGS, LLC 14110 N. DALLAS PARKWAY SUITE 240 DALLAS, TX 75254 |
| **2.1236** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 01/31/25<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018 | XL WIRELESS, INC 7433 BISSONNET STREET # B HOUSTON, TX 77074-5726 |
| **2.1237** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 05/31/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PRESERVE; 2040 NORTH LOOP WEST HOUSTON, TX 77018  #015; UNIT(S): 20270 | XPRESSGUARDS LLC 2208 SW 59TH AVENUE ATTN: MOISE LOUISSAINT WEST PARK, FL 33023 |
| **2.1238** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 07/31/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: WESTHEIMER; 11200 WESTHEIMER ROAD, SUITE 110 HOUSTON, TX 77042 | YAISBEL D. RAMONES REYES ADDRESS REDACTED |
| **2.1239** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 02/28/27<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: GATEWAY; 8111 LBJ FREEWAY, SUITE 130 DALLAS, TX 75251 | YANDO TAX & FINANCIAL SERVICES, INC. ATTN: ANTHONY ADEYEMO 702 VALIANT CIRCLE GARLAND, TX 75043 |
| **2.1240** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 07/31/25<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT - PROP NAME: REGENCY; 7211 REGENCY SQUARE BLVD, SUITE 146 HOUSTON, TX 77036; UNIT(S): 250 | YATIN PATEL ADDRESS REDACTED |

Debtor    Hartman SPE, LLC

(Name)

Case number (if known)    23-11452

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1241** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: PARKWAY PLAZA I & II; 14110 & 14114 N. DALLAS PARKWAY DALLAS, TX 75254; UNIT(S): 4110-280 **State the term remaining** 02/29/24 **List the contract number of any government contract** | YELLOWFIRST EXPERIENCE, LLC 337 MEADOWVIEW LANE ATTN SHUKLA KARNAKUMAR LEWISVILLE, TX 75056 |
| **2.1242** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GARDEN OAKS; 3800-4000 NORTH SHEPHERD HOUSTON, TX 77018 **State the term remaining** 09/30/25 **List the contract number of any government contract** | YINGJIE ZHANG 9201 CLAREWOOD DRIVE, # 15 HOUSTON, TX 77036 |
| **2.1243** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243 **State the term remaining** 09/30/25 **List the contract number of any government contract** | YOGESH T. PATEL D.D.S., P.A. ENDODONTIC PRACTICE PARTNERS, LLC 105 CONTINENTAL PLACE, SUITE 300 BRENTWOOD, TN 37027 |
| **2.1244** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTH CENTRAL PLAZA; 12655 N. CENTRAL EXPWAY, SUITE 722 DALLAS, TX 75243; UNIT(S): 1020 **State the term remaining** 09/30/25 **List the contract number of any government contract** | YOGESH T. PATEL D.D.S., P.A. ENDODONTIC PRACTICE PARTNERS, LLC 105 CONTINENTAL PLACE, SUITE 300 BRENTWOOD, TN 37027 |
| **2.1245** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 **State the term remaining** 07/31/27 **List the contract number of any government contract** | YOSSI SAIDA ADDRESS REDACTED |
| **2.1246** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL LEASE AGREEMENT - PROP NAME: GULF PLAZA; 16010 BARKERS POINT HOUSTON, TX 77079 **State the term remaining** 04/30/24 **List the contract number of any government contract** | YUN JA PARK & HEUNG SIK PARK ADDRESS REDACTED |

Debtor    Hartman SPE, LLC _____    Case number (if known) _____

_____(Name)_____

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1247 **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057 #420 | YUPPIE'S HOT CHICKEN LLC ATTN: AHMAD ZAID 2909 HILLCROFT, SUITE 315 HOUSTON, TX 77057 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: TOWER; 2909 HILLCROFT HOUSTON, TX 77057  #420 | YUPPIE'S HOT CHICKEN LLC ATTN: AHMAD ZAID 2909 HILLCROFT, SUITE 315 HOUSTON, TX 77057 |
| | **State the term remaining** | 02/28/26 | |
| | **List the contract number of any government contract** | | |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: MISSION CENTRE; 8404 HIGHWAY 6 SOUTH HOUSTON, TX 77083 | ZAKI INC, 15046 SUGAR SWEET DR SUGARLAND, TX 77498 |
| | **State the term remaining** | 01/31/26 | |
| | **List the contract number of any government contract** | | |
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ATRIUM I; 15311 W. VANTAGE PKWY HOUSTON, TX 77032 #162 | ZANDER HOMES, LLC ATTN: JUSTIN HENRY 15311 W VANTAGE PARKWAY SUITE 317 HOUSTON, TX 77032 |
| | **State the term remaining** | 05/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: ASHFORD CROSSING; 1880 S DAIRY ASHFORD HOUSTON, TX 77077; UNIT(S): 356 | ZAPHIRO HOME HEALTH, LLC ATTN: DEYVIS COMEJO BUSTO 1880 S DAIRY ASHFORD, SUITE 356 HOUSTON, TX 77077 |
| | **State the term remaining** | 10/31/25 | |
| | **List the contract number of any government contract** | | |
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: NORTHEAST SQUARE; 6-18 UVALDE HOUSTON, TX 77015; UNIT(S): 6-C | ZARINABANU N. HAMID AND RENA 9 LLC 10350 LANDS END DRIVE, # 1105 HOUSTON, TX 77099 |
| | **State the term remaining** | 06/30/27 | |
| | **List the contract number of any government contract** | | |
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230 | ZEN ORTHOPEDICS, LLC ATTN: LORENZO GONZALEZ 9718 HIGHLAND VIEW DRIVE DALLAS, TX 75238 |
| | **State the term remaining** | 11/30/24 | |
| | **List the contract number of any government contract** | | |

Debtor    Hartman SPE, LLC _____    Case number (if known) _____

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: COMMERCE PLAZA HILLCREST; 12850 HILLCREST ROAD, F200 DALLAS, TX 75230; UNIT(S): J109 | ZENTECH CONSULTING INC. ATTN: PAVAN KOTHAPALLI 12955 TIMBER CROSSING DRIVE FRISCO, TX  75033 |
| | **State the term remaining** | 02/29/24 | |
| | **List the contract number of any government contract** | | |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: PROMENADE; 500, 670-980 N. COIT RD. RICHARDSON, TX 75080 #2375 | ZM HOLDING CORP 770 N. COIT RD. SUITE 2403 RICHARDSON, TX  75080 |
| | **State the term remaining** | 09/30/24 | |
| | **List the contract number of any government contract** | | |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT - PROP NAME: CORPORATE PARK PLACE; 1333 CORPORATE DRIVE IRVING, TX, 75038; UNIT(S): 240 | ZTHERNET LLC 1333 CORPORATE DR SUITE 240 IRVING, TX  75038 |
| | **State the term remaining** | 09/30/29 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    Hartman SPE, LLC

United States Bankruptcy Court for the:    Delaware

Case number    23-11452
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  DEWU GROUP INC, DBA NINJA GRILL | ACCOUNTS PAYABLE 17903 MEADOWCHASE WAY ATTN: LIN CHENG DONG DALLAS, TX  75287 | BLUE HAWK CONSTRUCTION | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  SILVER STAR PROPERTIES REIT, INC. | 2909 HILLCROFT ST, SUITE 420 HOUSTON, TX  77057 | KEYBANK NATIONAL ASSOCIATION, AS AUTHORIZED AGENT | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor    Hartman SPE, LLC

United States Bankruptcy Court for the:    Delaware

Case number    23-11452
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

| | |
|---|---|
| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/10/2023      ✘ /s/ Lou Fox
     MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                          Lou Fox
                                          Printed name

                                          Chief Financial Officer
                                          Position or relationship to debtor