**<u>Exhibit 1</u>**

**Form of Bar Date Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: **Hartman SPE, LLC,** Debtor.[1] | Chapter 11 Case No. 23-11452 (MFW) |

## NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

**TO ALL KNOWN CREDITORS OF THE DEBTOR:**

On September 13, 2023 (the "**Petition Date**"), the debtor and debtor in possession in the above-captioned case (the "**Debtor**"), filed a voluntary petition for relief (the "**Chapter 11 Case**") under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

On October [●], 2023, the Court entered an order (the "**Bar Date Order**") establishing certain claims bar dates for those who wish to assert claims against the Debtor.  ***Please read this notice carefully***.[2]

## THE BAR DATES

The Bar Date Order establishes the following bar dates for filing claims in this Chapter 11 Case (collectively, the "Bar Dates"):

The General Bar Date.  Pursuant to the Bar Date Order, except as described below, all creditors holding claims, whether secured, priority (including Section 503(b)(9) Claims), or unsecured, against the Debtor that arose prior to the Petition Date must file proofs of claim by the General Bar Date which is **November 13, 2023 at 5:00 p.m. Eastern Time**.

The Governmental Bar Date.  Pursuant to the Bar Date Order, except as described below, all governmental units holding claims against the Debtor (whether secured, priority, or unsecured) that arose before the Petition Date must file proofs of claim by the Governmental Bar Date which is **March 11, 2024 at 5:00 p.m. Eastern Time**.

The Rejection Bar Date.  Any creditor whose claims arise from the rejection of an executory contract or unexpired lease pursuant to a Court order (any such order, a "**Rejection

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2.] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

**Order**") or by operation of Section 365(d)(4) of the Bankruptcy Code, including secured claims, priority claims, and unsecured claims that arose or are deemed to have arisen prior to the Petition Date (collectively, the "**Rejection Damages Claims**"), must file a proof of claim on or before the later of (a) the General Bar Date, or (b) 5:00 p.m. Eastern Time on the date that is twenty-one (21) days following service of an order approving rejection of any executory contract or unexpired lease of the Debtor (the "**Rejection Bar Date**").

The Amended Schedules Bar Date.  If the Debtor amends its schedules of assets and liabilities (the "**Schedules**") to reduce the undisputed, non-contingent, and liquidated amount of a claim against the Debtor, to change the nature or classification of a claim against the Debtor, or to add a new claim to the Schedules, any affected entities that dispute such changes must file a proof of claim or amend any previously filed proof of claim with regard to the amended scheduled claim on or before the later of (a) the General Bar Date, or (b) 5:00 p.m. Eastern Time on the date that is twenty-one (21) days from the date that the Debtor provides written notice to the affected creditor that the Schedules have been amended (the "**Amended Schedules Bar Date**").

For purposes of this notice, the term "claim" as to or against the Debtor means: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## FILING CLAIMS

**1.    WHO MUST FILE A CLAIM**

Subject to the terms of the Bar Date Order, the following creditors must file proofs of claim on or before the General Bar Date:

(a)    any creditor: (i) whose prepetition claim against the Debtor is not listed in the Debtor's Schedules or is listed as disputed, contingent, or unliquidated; and (ii) that desires to share in any distributions in this Chapter 11 Case;

(b)    any creditor believing that its prepetition claim is improperly classified in the Debtor's Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount different from the classification or amount identified in the Debtor's Schedules; and

(c)    any creditor asserting an Administrative Claim (other than governmental units) covered by Section 503(b)(9) of the Bankruptcy Code).

**2.     WHAT TO FILE**

### Prepetition Claims

Creditors asserting claims against the Debtor that arose before the Petition Date must use the copy of the proof of claim form (the "**Proof of Claim Form**") included with this notice, or Official Form B410. Additional copies of the Proof of Claim Forms may be obtained on Epiq's website at https://dm.epiq11.com/HartmanSPE.

**3.     WHEN AND WHERE TO FILE**

Creditors must deliver the Proof of Claim Form in person or by courier service, hand delivery, or mail so it is received on or before the applicable Bar Date at the following address:

| If by First-Class Mail: | If by Hand Delivery of Overnight Mail: |
|---|---|
| Hartman SPE, LLC<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421 | Hartman SPE, LLC<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

Additionally, creditors submitting a Proof of Claim may deliver it electronically using the interface available on Epiq's website at https://dm.epiq11.com/HartmanSPE.

Forms will be deemed filed when actually received by Epiq, the Debtor's claims agent. ***Forms may not be delivered via facsimile or electronic mail transmission***. Any facsimile or electronic mail submissions **will not** be accepted by Epiq.

Forms will be collected, docketed, and maintained by Epiq. If you want to receive acknowledgement of Epiq's receipt of a form, you must submit by the applicable Bar Date, with your original form: (i) a copy of the original form; and (ii) a self-addressed, postage prepaid return envelope. If you submit a Proof of Claim Form through Epiq's website interface, you will receive an email confirmation of your submission.

All forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. The form must be written in English, be denominated in United States currency, and conform substantially with the Proof of Claim Form. The Proof of Claim Form, or Official Form B410, must set forth with specificity the legal and factual basis for the alleged claim. You must attach to your completed form, any documents on which your claim is based, or, a summary if such documents are too voluminous to attach, or an explanation as to why the documents are not available.

4. **CREDITORS NOT REQUIRED TO FILE A CLAIM**

The Bar Date Order further provides that the following entities, whose claims otherwise would be subject to the General Bar Date or the Governmental Bar Date, need ***not*** file Proof of Claim Forms:

(a)   any creditor that already has filed a signed proof of claim against the Debtor in a form substantially similar to Official Form B410 with: (i) the Clerk of the Bankruptcy Court for the District of Delaware; or (ii) the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq");

(b)   any creditor: (i) whose claim is not listed as disputed, contingent, or unliquidated in the Debtor's Schedules; and (ii) that agrees with the nature, classification, and amount of its claim as identified in the Schedules;

(c)   any creditor whose claim against the Debtor has been previously allowed by an order of this Court;

(d)   any holder of a claim that has been paid or otherwise satisfied in full by the Debtor or any other party;

(e)   the Debtor or any of its non-debtor affiliates (as such term is defined in Section 101(2) of the Bankruptcy Code); and any officer, director, or employee of the Debtor who held such position as of the Petition Date and has a claim against the Debtor for indemnification, contribution, or reimbursement; *provided*, however, that any of the foregoing parties that wishes to assert a claim other than a claim arising from or relating to indemnification, contribution, or reimbursement will be required to file a proof of claim by the General Bar Date, unless another exception identified in this Section 4 applies; and

(a)   fees of the Office of the United States Trustee arising under 28 U.S.C. § 1930.

**NO REQUIREMENTS FOR INTEREST HOLDERS TO FILE PROOFS OF INTEREST**

Any creditor holding an interest in the Debtor (an "**Interest Holder**"), which interest is based exclusively upon the ownership of: (i) a membership interest in a limited liability company; (ii) common or preferred stock in a corporation; or (iii) warrants or rights to purchase, sell, or subscribe to such a security or interest (any such security or interest being referred to herein as an "**Interest**"), need not file a proof of interest on or before the General Bar Date; *provided*, however, that Interest Holders who want to assert claims against the Debtor that arise out of or relate to the ownership or purchase of an Interest, including claims arising out of or relating to the Sale, issuance, or distribution of the Interest, **must file a claim by the General Bar Date**, unless another exception applies.

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

As described above, any creditor that wishes to assert a Rejection Damages Claim must file a proof of claim for any prepetition damages caused by such rejection, or any other prepetition

claims of any kind or nature whatsoever relating to the rejected agreement **by the Rejection Bar Date**.

### CONSEQUENCES OF FAILURE TO FILE A CLAIM

***Creditors that fail to properly file a claim by the applicable Bar Date shall be forever barred, estopped, and enjoined from: (i) asserting any such claim against the Debtor or its estate or property that (a) is in an amount that exceeds the amount, if any, that is identified in the Debtor's Schedules on behalf of such creditor as undisputed, non-contingent, and liquidated, or (b) is of a different nature, classification, or priority than any claim identified in the Debtor's Schedules on behalf of such creditor; or (ii) voting upon any chapter 11 plan in the Chapter 11 Case, or receiving any distributions in the Chapter 11 Case.***

### ADDITIONAL INFORMATION

If you require additional information, you may contact Epiq at (877) 563-3907 or by submitting an inquiry on Epiq's website at https://dm.epiq11.com/HartmanSPE. Copies of the Bar Date Order and other information regarding the Debtor's Chapter 11 Case are available for inspection free of charge on Epiq's website at https://dm.epiq11.com/HartmanSPE.

**ANY HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING MATTERS NOT COVERED BY THIS NOTICE, INCLUDING WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM FORM.**

[*Remainder of page left blank intentionally*]

| | |
|---|---|
| Dated: [•], 2023<br>    Wilmington, Delaware | */s/ DRAFT*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile:  (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>       olivere@chipmanbrown.com<br><br>- and-<br><br>John E. Mitchell (admitted *pro hac vice*)<br>Michaela C. Crocker (admitted *pro hac vice*)<br>Yelena E. Archiyan (admitted *pro hac vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>Telephone: (214) 765-3600<br>Facsimile:  (214) 765-3602<br>Email: john.mitchell@katten.com<br>       michaela.crocker@katten.com<br>       yelena.archiyan@katten.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |