**Exhibit 3**

**Form of Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

## NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

On September 13, 2023 (the "**Petition Date**"), the debtor and debtor in possession in the above-captioned case (the "**Debtor**"), filed a voluntary petition for relief (the "**Chapter 11 Case**") under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

On October [●], 2023, the Court entered an order (the "**Bar Date Order**") establishing certain claims bar dates for those who wish to assert claims against the Debtor. ***Please read this notice carefully***.[2]

## THE BAR DATES

The Bar Date Order establishes the following bar dates for filing claims in this Chapter 11 Case (collectively, the "**Bar Dates**"):

The General Bar Date. Pursuant to the Bar Date Order, except as described below, all creditors holding claims, whether secured, priority (including Section 503(b)(9) Claims), or unsecured, against the Debtor that arose prior to the Petition Date must file proofs of claim by the General Bar Date which is **November 13, 2023 at 5:00 p.m. Eastern Time**.

The Governmental Bar Date. Pursuant to the Bar Date Order, except as described below, all governmental units holding claims against the Debtor (whether secured, priority, or unsecured) that arose before the Petition Date must file proofs of claim by the Governmental Bar Date, which is **March 11, 2024 at 5:00 p.m. Eastern Time**.

The Rejection Bar Date. Any creditor whose claims arise from the rejection of an executory contract or unexpired lease pursuant to a Court order (any such order, a "**Rejection Order**") or by operation of Section 365(d)(4) of the Bankruptcy Code, including secured claims, priority claims,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2.] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order.

and unsecured claims that arose or are deemed to have arisen prior to the Petition Date (collectively, the "**Rejection Damages Claims**"), must file a proof of claim on or before the later of (a) the General Bar Date, or (b) 5:00 p.m. Eastern Time on the date that is twenty-one (21) days following service of an order approving rejection of any executory contract or unexpired lease of the Debtor (the "**Rejection Bar Date**").

The Amended Schedules Bar Date. If the Debtor amends its schedules of assets and liabilities (the "**Schedules**") to reduce the undisputed, non-contingent, and liquidated amount of a claim against the Debtor, to change the nature or classification of a claim against the Debtor, or to add a new claim to the Schedules, any affected entities that dispute such changes must file a proof of claim or amend any previously filed proof of claim with regard to the amended scheduled claim on or before the later of (a) the General Bar Date, or (b) 5:00 p.m. Eastern Time on the date that is twenty-one (21) days from the date that the Debtor provides written notice to the affected creditor that the Schedules have been amended (the "**Amended Schedules Bar Date**").

1. **WHO MUST FILE A CLAIM**

    Subject to the terms of the Bar Date Order, the following creditors must file proofs of claim, on or before the General Bar Date:

    (d) any creditor: (i) whose prepetition claim against the Debtor is not listed in the Debtor's Schedules or is listed as disputed, contingent, or unliquidated; and (ii) that desires to participate in the Chapter 11 Case or share in any distributions in the Chapter 11 Case; and

    (e) any creditor that believes that its prepetition claim is improperly classified in the Debtor's Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount different from the classification or amount identified in the Schedules.

2. **WHAT TO FILE**

    **Prepetition Claims**

    Creditors asserting claims against the Debtor that arose before the Petition Date must use the copy of the proof of claim form (the "**Proof of Claim Form**") or Official Form B410. Additional copies of the Proof of Claim Forms may be obtained on Epiq's website at https://dm.epiq11.com/HartmanSPE.

3. **WHEN AND WHERE TO FILE**

    Creditors must deliver the Proof of Claim Form in person or by courier service, hand delivery, or mail so it is received on or before the applicable Bar Date at the following address:

- 3 -

| **If by First-Class Mail:** | **If by Hand Delivery of Overnight Mail:** |
|---|---|
| Hartman SPE, LLC<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421 | Hartman SPE, LLC<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

**Creditors that fail to properly file a claim by the applicable Bar Date shall be forever barred, estopped, and enjoined from: (i) asserting any such claim against the Debtor or its estate or property that (a) is in an amount that exceeds the amount, if any, that is identified in the Debtor's Schedules on behalf of such creditor as undisputed, non-contingent, and liquidated, or (b) is of a different nature, classification, or priority than any claim identified in the Debtor's Schedules on behalf of such creditor; or (ii) voting upon any chapter 11 plan in the Chapter 11 Case, or receiving any distributions in the Chapter 11 Case.**

If you require additional information, you may contact Epiq at (877) 563-3907 or by submitting an inquiry on Epiq's website at https://dm.epiq11.com/HartmanSPE. Copies of the Bar Date Order and other information regarding the Debtor's Case are available for inspection free of charge on Epiq's website at https://dm.epiq11.com/HartmanSPE.

- 3 -