IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>Related to D.I. 134 |

**SUPPLEMENTAL DECLARATION
OF JESSE M. HARRIS IN SUPPORT OF APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF
FOX ROTHSCHILD LLP AS COUNSEL, EFFECTIVE AS OF SEPTEMBER 25, 2023**

By the request of the Office of the United States Trustee, Jesse M. Harris submits this supplemental declaration (the "Supplemental Declaration") pursuant to 28 U.S.C. § 1746, and states:

1.    I am an associate at the law firm of Fox Rothschild LLP ("Fox Rothschild"). I am an attorney at law, duly admitted and a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey

2.    On October 5, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of the above-captioned Debtor (the "Debtor") submitted the application (the "Application")[2] for entry of an order authorizing and approving the Committee's employment and retention of Fox Rothschild as counsel to the Committee, effective as of September 25, 2023 [D.I. 134]. A declaration in support of the Application (the "Declaration") was signed by me and attached to the Declaration as an exhibit.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3.      This Supplemental Declaration is made for the purpose of supplementing the disclosures made in the Declaration regarding KeyBank National Association ("KeyBank"), U.S. Bank National Association ("U.S. Bank"),[3] and Goldman Sachs & Co. LLC ("Goldman").

4.      The facts set forth in this Amended Declaration are based upon my personal knowledge, discussions with other Fox Rothschild attorneys, and the firm's client/matter records that were reviewed by me or by other Fox Rothschild attorneys acting under my direction.

5.      In this case, KeyBank acts as Master Servicer and Special Servicer for US Bank, solely in its capacity as Trustee for the benefit of the Holders of the GS Mortgage Securities Trust 2018-HART, Commercial Mortgage Pass-Through Certificates, Series 2018-HART and the RR Interest Owner.

6.      Fox Rothschild has in the past represented Goldman on matters wholly unrelated to the Debtor. Fox Rothschild's representation of Goldman ceased in 2017. Therefore, I believe Fox Rothschild may be adverse to Goldman in this case.

7.      Fox Rothschild represents KeyBank on matters wholly unrelated to the Debtor. The scope of Fox Rothschild's representation does not include representation of KeyBank in any fiduciary capacity, including servicer. Therefore, I believe Fox Rothschild may be adverse to KeyBank in this case.

8.      Fox Rothschild represents U.S. Bank on matters wholly unrelated to the Debtor. The scope of Fox Rothschild's representation includes only one active matter in a fiduciary capacity, with U.S. Bank serving as a trustee of an individual trust wholly unrelated to the Debtor. U.S. Bank has generated revenue for Fox Rothschild in an amount equal to approximately .011% of Fox Rothschild's gross revenue over the last year. To the extent there is a conflict that arises

---

[3] As of this Supplemental Declaration, U.S. Bank has not entered an appearance in this case and is not otherwise active in this case.

with U.S. Bank, the Committee will retain conflicts counsel to represent the Committee in such matter out of an abundance of caution.

9. Based on the conflicts searches conducted to date and described herein and the Declaration, to the best of my knowledge and insofar as I have been able to ascertain, (i) Fox Rothschild is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtor's estate and (ii) Fox Rothschild has no connection to the Debtor, its creditors, or other parties in interest, except as may be disclosed herein

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 16, 2023    /s/ Jesse M. Harris
Jesse M. Harris, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103