# EXHIBIT A

BUDGET

| | End 9/16 Week 0 Actual | End 9/23 Week 1 Actual | End 9/30 Week 2 Actual | End 10/7 Week 3 Actual | End 10/14 Week 4 Budget | End 10/21 Week 5 Budget | End 10/28 Week 6 Budget | End 11/4 Week 7 Budget | End 11/11 Week 8 Budget | End 11/18 Week 9 Budget | End 11/25 Week 10 Budget | End 12/2 Week 11 Budget | End 12/9 Week 12 Budget | End 12/16 Week 13 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| check | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **RESTRICTED CASH FLOW** | | | | | | | | | | | | | | |
| **Beg Cash Balance (Restricted)** | 6,497,285 | 6,497,285 | 8,269,265 | 10,811,923 | 8,565,009 | 21,335,484 | 47,087,119 | 48,521,714 | 44,503,991 | 44,870,692 | 45,475,327 | 46,344,029 | 42,464,396 | 43,486,026 |
| **Cash Inflow - CM Account** | | | | | | | | | | | | | | |
| Tenant Receipts (Restricted) | 180,711 | - | 1,771,980 | 2,542,658 | 1,123,503 | 366,702 | 944,634 | 2,484,596 | 1,276,311 | 366,702 | 944,634 | 1,318,702 | 1,420,574 | 1,021,630 |
| **Cash Inflow (Outflow) - Excess CF Reserve** | | | | | | | | | | | | | | |
| **Cash Inflow - Sales Proceeds** | | | | | | | | | | | | | | |
| Sales Proceeds Holdback | - | - | - | - | 14,564,000 | 14,564,000 | 25,437,000 | - | - | - | - | - | - | - |
| Keybank Cash Management | 1,013,503 | 1,194,215 | 1,194,215 | 2,966,195 | 5,508,853 | 3,261,938 | 1,718,414 | 2,663,048 | 5,147,644 | 1,129,921 | 1,496,622 | 2,441,256 | 3,759,958 | (119,674) |
| Excess Cash Flow Reserve | 5,303,070 | 5,303,070 | 5,303,070 | 5,303,070 | 5,303,070 | 5,303,070 | 5,053,070 | 4,423,070 | 3,373,070 | 3,373,070 | 3,373,070 | 3,033,070 | 2,583,070 | 2,583,070 |
| **Total** | 6,316,573 | 6,497,285 | 8,269,265 | 10,811,923 | 14,564,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 | 40,001,000 |
| **Cash Outflow - CM Account** | | | | | | | | | | | | | | |
| Estimated Debt Service (Interest Only, Defau | - | - | - | - | (3,255,417) | (1,910,226) | (630,000) | (1,050,000) | (2,194,035) | - | (340,000) | (450,000) | (2,200,207) | (5,300,207) |
| Budgeted Operating Expenses | - | - | - | - | (115,000) | - | - | - | (3,100,000) | - | - | - | (3,100,000) | - |
| Current utility payments due and deposit | - | - | - | - | (3,370,417) | (1,910,226) | - | - | (5,294,035) | - | - | - | (5,300,207) | - |
| **Ending Cash Balance (Restricted)** | 6,497,285 | 6,497,285 | 8,269,265 | 10,811,923 | 8,565,009 | 21,335,484 | 47,087,119 | 48,521,714 | 44,503,991 | 44,870,692 | 45,475,327 | 46,344,029 | 42,464,396 | 43,486,026 |
| | | | | | | | | | | | | | | |
| **UNRESTRICTED CASH FLOW** | | | | | | | | | | | | | | |
| **Beg Cash Balance (Unrestricted)** | 2,005,004 | 2,005,004 | 1,996,775 | 1,153,885 | 781,920 | 2,148,286 | 589,225 | 590,310 | 738,463 | 1,655,325 | 1,276,810 | 1,174,240 | 1,169,615 | 2,487,385 |
| **Cash Inflow** | | | | | | | | | | | | | | |
| Cash Management Disbursement (Unrestricte | - | - | - | - | 3,370,417 | 639,308 | 630,000 | 1,050,000 | 3,100,000 | - | 340,000 | 450,000 | 3,100,000 | - |
| **Property Operating Expenses** | | | | | | | | | | | | | | |
| Utility Deposit | - | - | - | - | (115,000) | - | - | - | - | - | - | - | - | - |
| Utilities (Pre-petition services) | - | (8,229) | (780,009) | (156,724) | (612,853) | (261,209) | (52,242) | (584,445) | (97,407) | (243,519) | (48,704) | (292,222) | (389,630) | (221,192) |
| Utilities (Post-petition services) | - | - | (62,300) | (47,414) | (115,663) | (77,770) | (151,574) | (37,893) | (75,787) | (37,893) | (151,574) | (37,893) | (75,787) | (37,893) |
| Janitorial | - | - | (26,830) | (76,551) | (44,609) | (22,305) | (89,218) | (22,305) | (44,609) | (22,305) | (89,218) | (22,305) | (44,609) | (22,305) |
| Security | - | - | - | - | (71,856) | (71,856) | (71,856) | (16,810) | (16,810) | (16,810) | (16,810) | (16,810) | (16,810) | (16,810) |
| Fire / elevator / life safety | - | - | - | (87,600) | (58,104) | (75,915) | (52,167) | (71,242) | (11,874) | (29,684) | (5,937) | (71,242) | (11,874) | (29,684) |
| Heating, ventilation, and air conditioning | - | - | - | - | (39,711) | (19,855) | (79,422) | (19,855) | (19,855) | (19,855) | (59,566) | (19,855) | (19,855) | - |
| Landscaping | - | - | (216) | (3,678) | (146,588) | (89,979) | (132,436) | (14,152) | (169,827) | (28,304) | (70,761) | (14,152) | (169,827) | (28,304) |
| Other Opex | - | - | 26,466 | - | - | (389,308) | - | - | - | - | - | - | - | - |
| Insurance Loss Disbursement (400 N Belt - R | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tenant Deposit (incorrect account) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Property Manager Fees & Reimbursements* | | | | | | | | | | | | | | |
| Property Management Fee (1) | - | - | - | - | (286,889) | (204,172) | - | - | (204,172) | - | - | - | (204,172) | - |
| 3rd Party Salary and Reimbursement | - | - | - | - | (166,197) | - | - | - | (336,889) | - | - | - | (336,889) | - |
| Related Party Salary and Reimbursement | - | - | - | - | (346,580) | - | - | - | (166,197) | - | - | - | (166,197) | - |
| Monthly Insurance Installment | - | - | - | - | - | - | - | - | (346,580) | - | - | - | (346,580) | - |
| **Total Property Operating Expenses** | - | (8,229) | (842,890) | (371,966) | (2,004,051) | (1,212,368) | (628,915) | (746,847) | (1,490,007) | (378,515) | (442,570) | (454,625) | (1,782,230) | (356,188) |
| **Other Expenses** | | | | | | | | | | | | | | |
| Texas franchise taxes | - | - | - | - | - | (411,000) | - | - | - | - | - | - | - | - |
| *Bankruptcy and professional fees* | | | | | | | | | | | | | | |
| Katten | - | - | - | - | - | - | - | - | (312,000) | - | - | - | - | (622,000) |
| Chipman Brown | - | - | - | - | - | - | - | - | (125,000) | - | - | - | - | (250,000) |
| Hirsch | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Epiq | - | - | - | - | - | (140,000) | - | - | (160,000) | - | - | - | - | (145,000) |
| Committee Prof. | - | - | - | - | - | - | - | - | (26,000) | - | - | - | - | (140,000) |
| US Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - | (250,000) |
| Lender's Counsel | - | - | - | - | (155,000) | (155,000) | - | (155,000) | - | - | - | - | - | (155,000) |
| Lender Appraisals | - | - | - | - | (280,000) | - | - | - | - | - | - | - | - | - |
| Lender Inspection Costs | - | - | - | - | - | - | - | - | (8,750) | - | - | - | - | - |
| Lender Special Servicing Fees | - | - | - | - | - | - | - | - | (61,380) | - | - | - | - | - |
| Liquidation Fee (TBD) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other Expenses** | - | - | - | - | - | (986,000) | - | (155,000) | (693,130) | - | - | - | - | (1,562,000) |
| **Change in Net Operating Cash Flow (Unrestrict** | - | (8,229) | (842,890) | (371,966) | 1,366,366 | (1,559,061) | 1,085 | 148,153 | 916,862 | (378,515) | (102,570) | (4,625) | 1,317,770 | (1,918,188) |
| **Ending Cash Balance (Unrestricted)** | 2,005,004 | 1,996,775 | 1,153,885 | 781,920 | 2,148,286 | 589,225 | 590,310 | 738,463 | 1,655,325 | 1,276,810 | 1,174,240 | 1,169,615 | 2,487,385 | 569,197 |
| **Other Cash Reserves (Beg)** | | | | | | | | | | | | | | |
| Loan Reserve Accounts (2) | 20,881,877 | 20,881,877 | 20,881,877 | 20,881,877 | 20,881,877 | 20,881,877 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 |
| **Change in Other Cash Reserves** | | | | | | | | | | | | | | |
| Loan Reserve Accounts | - | - | - | - | - | (389,308) | - | - | - | - | - | - | - | - |
| **Ending Other Cash Reserves** | 20,881,877 | 20,881,877 | 20,881,877 | 20,881,877 | 20,881,877 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 | 20,492,569 |
| **Cumulative Cash Liquidity** | 29,384,166 | 29,375,937 | 30,305,027 | 32,475,719 | 31,595,171 | 42,417,278 | 68,169,998 | 69,752,746 | 66,651,885 | 66,640,071 | 67,142,136 | 68,006,213 | 65,444,351 | 64,547,793 |

(1) Subject to further order of the Court