**Hartman SPE, LLC - Case No. 23-11452**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Michael | Tomback | Interested Party | |
| Jeff | Kaplan | BCAS | BCAS |
| Stephanie | Ward | Creditors' Committee | Fox Rothschild LLP |
| Jesse | Harris | Creditors' Committee | Fox Rothschild LLP |
| John | Schanne (USTP) | United States Trustee | DOJ |
| Lee | Hart | Benefit Street Partners | Nelson Mullins |
| David | Ferguson | KeyBank National Association | Polsinelli PC |
| Christopher | Ward | KeyBank National Association | Polsinelli PC |
| Michaela | Crocker | Hartman SPE,  LLC (the Debtor) | Katten Muchin Rosenman LLP |
| John | Mitchell | Hartman SPE,  LLC (Debtor) | Katten Muchin Rosenman LLP |
| David | Wheeler | Hartman SPE,  LLC | |
| Michael | Busenkell | RS Greater Heights Holding LLC | Gellert Scali Busenkell & Brown,  LLC |
| Rachael | Smiley | Summer Energy LLC | Ferguson Braswell Fraser Kubasta PC |
| Scott | Flaherty | Debtwire/press | |
| William | Chipman | Debtor | Chipman Brown Cicero & Cole,  LLP |
| Mark | Olivere | Debtor | Chipman Brown Cicero & Cole,  LLP |
| Michelle | Dero | Debtor | Chipman Brown Cicero & Cole,  LLP |
| Yelena | Archiyan | Debtors | Katten Muchin Rosenman LLP |
| Robert | Feuille | AP Growth Properties,  LP | ScottHulse,  PC |
| Joseph | Balsiger | AP Growth Properties,  LP | AP Growth Properties,  LP |
| Scott | Walker | AP Growth Properties,  LP | AP Growth Properties,  LP |
| Richard | Rotwein | AP Growth Properties,  LP | AP Growth Properties,  LP |
| Candace | Carlisle | Media | CoStar News |