**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hartman SPE, LLC, ) | Case No. 23-11452 (MFW) |
| ) | |
| Debtor. ) | |

**NOTICE OF PERFECTION
OF SECURITY INTEREST AND LIEN PURSUANT TO 11 U.S.C. § 546 (b)**

CRE Group, LLC d/b/a Caprock Electric, ("Caprock") by and through its undersigned counsel, hereby files its Notice of Perfection of Security Interest and Lien (the "Notice of Perfection"), and in support thereof states as follows:

1. Caprock is a provider of electrical services, parts and materials within the State of Texas and elsewhere.

2. Pursuant to certain contracts (the "Contracts") entered by and between Caprock and debtor Hartman SPE, LLC (the "Debtor"), Caprock serviced, supplied and installed electrical components, and provided certain other parts and labor on the properties known as 2909 Hillcroft, Suite 420, Houston, TX 77057 and 3100 Timmons, Houston TX, 77027 (together, the "Properties"). The Debtor is the record owner of the Properties.

3. Pursuant to the Contracts, the amount of $92,262.20 remains unpaid and is due and owing to Caprock.

4. As a result of the Debtor's failure to make payment in full on account of the Contracts, pursuant to the provisions of Article 16, section 37 of the Texas

Constitution, Caprock is entitled to and in fact holds a valid, perfected, priority lien on the Properties and improvements thereto.

5.     Caprock files this Notice of Perfection to further perfect, to the extent necessary, its interest in the Debtor's Properties and improvements thereto and to provide notice of such interest. Attached hereto as Exhibit A are true and correct copies of Caprock's Verified Lien Affidavits for the Properties and supporting documentation.

Dated: October 16, 2023.

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 388-1944
E-mail: mjoyce@mjlawoffices.com

*Counsel to CRE Group, LLC d/b/a Caprock Electric*