# EXHIBIT A

# AFFIDAVIT OF CLAIM FOR LIEN

STATE OF TEXAS             §
                           §
COUNTY OF HARRIS           §

BEFORE ME, the undersigned authority, on this day personally appeared Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric and, upon oath, after first being duly sworn, deposed and stated:

"My name is Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, ("Claimant"). I have personal knowledge of the facts set forth below. I am over 18 years of age, and am competent and authorized to make this affidavit. Claimant's business and mailing address is 900 Hogan Street, Houston, Texas 77009.

Claimant furnished labor and materials for improvements to the real property described herein under a contract by and between Claimant and the owner of the property, Hartman SPE LLC ("Owner"). Owner's last known address is 2909 Hillcroft, Suite 420, Houston, Texas 77057.

The property sought to be charged with a lien by Claimant is the real property located at 2909 Hillcroft, Houston, Texas 77057 (the "Property"). The owner or reputed owner of the Property is Hartman SPE LLC, whose last known address is 2909 Hillcroft, Suite 420, Houston, Texas 77057.

The labor and materials furnished by Claimant are generally described as electrical work performed at the Property. Claimant is the original contractor for the improvements for which a lien is claimed, which includes removables and retainage, if any.

After allowing all just and lawful credits, offsets and payments, the amount of **Two Thousand and Forty-Nine Dollars and 81/100 Dollars ($2,049.81)** remains unpaid and is due and owing to Claimant under Claimant's contract with Owner. Claimant claims a constitutional lien on the Property pursuant to the provisions of Article 16, Section 37 of the Texas Constitution."

Further, Affiant sayeth naught

_____
Jimmy Lovoi
Manager, CRE Group, LLC dba Caprock Electric

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME the undersigned authority on this the <u>16</u> day of October 2023, personally appeared Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, who stated that he is an authorized representative of CRE Group, LLC dba Caprock Electric, and that the information contained herein is within his knowledge and is true and correct.

 [seal]  

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was SUBSCRIBED AND SWORN TO before me on this the <u>16</u> day of October 2023, by Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, a Texas Limited Liability Company, on behalf of said entity, to certify which witness my hand and seal of office.

 [seal] 

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**After Recording Please Return to:**

Clayton C. Cannon
Cannon Law Firm PLLC
4265 San Felipe Street, Suite 1100
Houston, Texas 77027

RP-2023-396205

RP-2023-396205

# Pages 3

10/16/2023 11:52 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees $22.00

RP-2023-396205

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS

# AFFIDAVIT OF CLAIM FOR LIEN

STATE OF TEXAS             §
                           §
COUNTY OF HARRIS           §

BEFORE ME, the undersigned authority, on this day personally appeared Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric and, upon oath, after first being duly sworn, deposed and stated:

"My name is Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, ("Claimant"). I have personal knowledge of the facts set forth below. I am over 18 years of age, and am competent and authorized to make this affidavit. Claimant's business and mailing address is 900 Hogan Street, Houston, Texas 77009.

Claimant furnished labor and materials for improvements to the real property described herein under a contract by and between Claimant and the owner of the property, Hartman SPE LLC ("Owner"). Owner's last known address is 2909 Hillcroft, Suite 420, Houston, Texas 77057.

The property sought to be charged with a lien by Claimant is the real property located at 3100 Timmons Lane, Houston, Texas 77027 (the "Property"). The owner or reputed owner of the Property is Hartman SPE LLC, whose last known address is 2909 Hillcroft, Suite 420, Houston, Texas 77057.

The labor and materials furnished by Claimant are generally described as underground electrical service repairs performed at the Property. Claimant is the original contractor for the improvements for which a lien is claimed, which includes removables and retainage, if any.

After allowing all just and lawful credits, offsets and payments, the amount of **Ninety Thousand Two Hundred and Twelve Dollars and 39/100 Dollars ($90,212.39)** remains unpaid and is due and owing to Claimant under Claimant's contract with Owner. Claimant claims a constitutional lien on the Property pursuant to the provisions of Article 16, Section 37 of the Texas Constitution."

Further, Affiant sayeth naught

_____
Jimmy Lovoi
Manager, CRE Group, LLC dba Caprock Electric

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME the undersigned authority on this the _16_ day of October 2023, personally appeared Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, who stated that he is an authorized representative of CRE Group, LLC dba Caprock Electric, and that the information contained herein is within his knowledge and is true and correct.

[seal]    
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

This instrument was SUBSCRIBED AND SWORN TO before me on this the _16_ day of October 2023, by Jimmy Lovoi, Member of CRE Group, LLC dba Caprock Electric, a Texas Limited Liability Company, on behalf of said entity, to certify which witness my hand and seal of office.

[seal]    
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**After Recording Please Return to:**

Clayton C. Cannon
Cannon Law Firm PLLC
4265 San Felipe Street, Suite 1100
Houston, Texas 77027

RP-2023-396210

RP-2023-396210
# Pages 3
10/16/2023 11:54 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees   $22.00

RP-2023-396210

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS



# STATEMENT

Statement Date: 08/30/2023

900 Hogan Street
Houston TX 77009
713 225-0553

License: TECL 19731

**TO:** Hartman SPE, LLC
2909 Hillcroft St, Suite 420
Houston TX 77057

**Past Due:** **$93,162.37**

| Invoice# | Inv Date | Due Date | Description | Job/Work Order | Amount | Paid/Credit | Balance |
|---|---|---|---|---|---|---|---|
| 226838 | 04/18/22 | 04/28/22 | Temp Power for | 226838 - 2909 HILL | 1,001.31 | | 1,001.31 |
| 226878-2 | 09/13/22 | 09/23/22 | Progress Billin | 226878 - 2909 HILL | 1,948.50 | | 1,948.50 |
| 237803-01 | 04/04/23 | 04/14/23 | Service Damage | 237803 - 3100 TIMM | 6,446.89 | | 6,446.89 |
| 237803-02 | 04/04/23 | 04/14/23 | Replace Buildin | 237803 - 3100 TIMM | 66,924.47 | | 66,924.47 |
| 237803-03 | 04/04/23 | 04/14/23 | Breaker Replace | 237803 - 3100 TIMM | 16,841.20 | | 16,841.20 |
| | | | | **Totals:** | **93,162.37** | | **93,162.37** |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91 + Days | Retention |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 93,162.37 | 0.00 |

*Please Pay This Amount* | 93,162.37 |

*Thank you for your prompt payment!*



08/30/2023

Hartman SPE, LLC
2909 Hillcroft St, Suite 420
Houston TX 77057

Enclosed please find a statement of your account as of 08/30/2023

Statements are normally printed once a month and will reflect all invoices and payments received to date. If you have already sent payment on any of the listed invoices, please feel free to contact our office to verify that we have received your payment.

We consider current and accurate information on your account part of the service we provide. Please call if you have any questions regarding this statement or any of the listed invoices. We appreciate your prompt payment. It allows us to provide better service, and obtain the highest quality materials and subcontract services for your project.

Please let us know how we can serve you better!