## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I caused a true and correct copy of the foregoing *Notice of Perfection of Security Interest and Lien Pursuant to 11 U.S.C. § 546(b)* to be electronically filed the with the Clerk of Court in Case No. 23-11452 (MFW) and served on the parties on below via CM/ECF and first-class mail.

Dated: October 16, 2023

                                            */s/ Michael Joyce*
                                            Michael J. Joyce

**Yelena Archiyan**
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: yelena.archiyan@katten.com

**William E. Chipman, Jr.**
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0193
Fax : 302-295-0199
Email: chipman@chipmanbrown.com

**Jesse M. Harris**
Fox Rothschild LLP
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103-3232
215-299-2000
Fax : 215-299-2150
Email: jesseharris@foxrothschild.com