## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No. 173** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceeding:

- December 5, 2023, at 10:30 a.m. (*prevailing* Eastern Time)

- January 9, 2024, at 10:30 a.m. (*prevailing* Eastern Time)

**Dated: October 18th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**