**Exhibit A**
**(Proposed Order)**

## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC,[1] | Case No. 23-11452 (MFW) |
| Debtor. | **Related to D.I. ____** |

## ORDER AUTHORIZING THE EMPLOYMENT AND
## RETENTION OF PHOENIX MANAGEMENT SERVICES, LLC AS
## FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 2, 2023

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of the above-captioned debtor and debtor in possession (collectively, the "Debtor"), for entry of an order pursuant to sections 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of Phoenix Management Services, LLC, a wholly owned subsidiary of J.S. Held, LLC, together with employees of its affiliates and independent contractors (collectively, "Phoenix"), as financial advisor to the Committee, effective as of October 2, 2023; and upon the Jacoby Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Phoenix does not represent any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; it is hereby

ORDERED that:

---

1 The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

2 Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

1.      The Application is approved as set forth therein.

2.      In accordance with Bankruptcy Code sections 328 and 1103, the Committee shall employ and retain Phoenix effective as of October 2, 2023, as its financial advisor on the terms set forth in the Application without the need for any further action on the part of Phoenix or the Committee to document such retention.

3.      The terms of Phoenix's engagement, as set forth in the Application, including, without limitation, the compensation provisions, are reasonable terms and conditions of employment and are hereby approved.

4.      To the extent it uses any employee of J.S. Held, Phoenix shall (i) charge the same rates that J.S. Held charges; (ii) seek reimbursement for actual costs only; and (iii) ensure that J.S. Held is subject to the same conflicts checks as required for Phoenix.

5.      Phoenix shall file applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in Bankruptcy Code sections 330 and 331, such Bankruptcy Rules as may then be applicable, and any applicable orders and procedures of this Court.

6.      To the extent that there may be any inconsistency between the terms of the Application and this Order, the terms of this Order shall govern.

7.      The Committee is authorized to take all actions it deems necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order or Phoenix's services for the Committee.