# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Hearing Date: December 5, 2023 at 10:30 a.m. (et)**<br>**Objections Due: November 3, 2023 at 4:00 p.m. (et)** |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PHOENIX MANAGEMENT SERVICES, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF OCTOBER 2, 2023

**PLEASE TAKE NOTICE** that, on October 20, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Hartman SPE, LLC (the "Debtor"), filed the attached *Application for Entry of an Order Approving the Employment and Retention of Phoenix Management Services, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of October 2, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application shall conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Court and be served upon the undersigned so as to be received no later than **November 3, 2023 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Application will be considered at a hearing on **December 5, 2023 at 10:30 a.m. (ET)**, or as soon thereafter as counsel may be heard,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801.

Dated: October 20, 2023 **FOX ROTHSCHILD LLP**

/s/ *Stephanie Slater Ward*
Stephanie Slater Ward (No. 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
sward@foxrothschild.com

-and-

Michael G. Menkowitz (admitted *pro hac vice*)
Jesse M. Harris (admitted *pro hac vice*)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*