# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Objection Deadline: December 13, 2023 at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>OCTOBER 2, 2023 THROUGH OCTOBER 29, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Phoenix Management Services, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 8, 2023 effective as of October 2, 2023 |
| Period for Which Compensation and Reimbursement sought: | October 2, 2023 through October 29, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $22,594.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| This is a(n):   <u> X </u> Monthly      __ Interim      __ Final Application<br><br>This is Phoenix's first monthly application.<br><br>The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Application Period. | |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Objection Deadline: December 13, 2023, at 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 2, 2023 THROUGH OCTOBER 29, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Phoenix Management Services, LLC ("**Phoenix**"), Financial Advisor to the Official Committee of Unsecured Creditors (the "**Committee**"), hereby submits its first monthly application (the "**Application**") for compensation and reimbursement of expenses for the period from October 2, 2023 through and including October 29, 2023 (the "**Application Period**"). By this Application, Phoenix seeks a monthly interim allowance of compensation in the amount of $22,594.50 and actual expenses in the amount of $0.00, for an aggregate total of $22,594.50 in accordance with the *Order Granting Motion of Debtor for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (II) Granting*

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

2

*Related Relief* [Docket No. 161] entered October 16, 2023 (the "**Interim Compensation Order**"). Phoenix hereby seeks payment of $18,075.60 (80% of the allowed fees) and reimbursement of $0.00 (100% of allowed expenses), for an aggregate total payment of $18,075.60 for the Application Period upon the filing of a certificate of no objection. In support thereof, Phoenix respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Debtor, its estates, and this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. § 1408.

3. Pursuant to Local Rule 9013-1(f), Phoenix consents to the entry of a final order by the Court in connection with this Application, to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.    GENERAL BACKGROUND.**

5. On September 13, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), thereby commencing this case (the "**Chapter 11 Case**").

3

6. The Debtor is authorized to continue to operate its business and manage its properties as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. On October 16, 2023, the Court signed the Interim Compensation Order, authorizing certain professionals ("**Professionals**") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtor is authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

**B.    THE RETENTION OF PHOENIX MANAGEMENT SERVICES, LLC.**

8. On October 20, 2023, the Committee filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment and Retention of Phoenix Management Services, LLC as Financial Advisor, Effective as of October 2, 2023* [Docket No. 192] (the "**Retention Application**").

9. On November 8, 2023, the Court entered the *Order Authorizing the Employment and Retention of Phoenix Management Services, LLC as Financial Advisor Effective as of October 2, 2023* [Docket No. 244] (the "**Retention Order**").

**RELIEF REQUESTED**

10. Subject to Court approval, Phoenix seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Phoenix during the Application Period. The rates charged by Phoenix in this Chapter 11 Case do not differ from the rates charged to Phoenix's non-bankruptcy clients.

11. This Application is the first monthly fee application filed by Phoenix in this Chapter 11 Case. In connection with the professional services described below, by this Application Phoenix seeks allowance of compensation in the amount of $22,594.50 and reimbursement of actual and necessary expenses in the amount of $0.00 for the Application Period.

A. **COMPENSATION REQUESTED.**

12. A summary of the hours spent, the names of each professional rendering services to the Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the Phoenix professionals rendering services to the Committee is attached hereto as **Exhibit A**.

13. A copy of the computer-generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**Guidelines**"), is attached hereto as **Exhibit B.**

B. **EXPENSE REIMBURSEMENT.**

14. Phoenix did not incur out-of-pocket expenses during the Application Period. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules.[1]

**RESPONSES TO FEE GUIDELINES QUESTIONNAIRE**

| QUESTION | RESPONSE | EXPLANATION |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No | N/A |

---

[1] Phoenix has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, Phoenix has chosen to comply with such Local Rule. Phoenix will supplement this Application with additional detail or information upon request.

| | | |
|---|---|---|
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | N/A |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | No | N/A |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | N/A |
| If the fee application includes any rate increases since retention: | N/A | N/A |
|     i. Did your client review and approve those rate increases in advance?<br><br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | | |

## LEGAL STANDARD

15. Section 330(a)(l) of the Bankruptcy Code allows the payment of:

   (A) Reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

   (B) Reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1). Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts. *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir. 1994). Thus, the "baseline rule is for firms to receive their customary rates."

*Zolfo Cooper*, 50 F.3d at 259.

16. In accordance with its practices in non-bankruptcy matters, Phoenix has calculated its compensation requested in this Application by applying its standard hourly rates. Phoenix's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases. Accordingly, Phoenix's rates should be determined to be reasonable under section 330 of the Bankruptcy Code.

17. Phoenix's fees during the Application Period are also reasonable under the prevailing standard and should be allowed. The amount of these fees is not unusual given the complexity, accelerated deadlines, and size of the Debtor's Chapter 11 Case. Phoenix's fees are commensurate with fees that other professionals of comparable experience and expertise have charged and been awarded in similar chapter 11 cases. Accordingly, Phoenix's fees are reasonable pursuant to section 330 of the Bankruptcy Code.

18. Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses. Phoenix's services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the Debtor's estate. Phoenix properly requested reimbursement of only actual, necessary and appropriate expenses.

19. Except as permitted by Bankruptcy Rule 2016, no agreement or understanding exists between Phoenix and/or any third person for the sharing or division of compensation. All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the Committee.

20. Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, Phoenix submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time

spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

21. The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which Phoenix actually rendered these services. The considerable challenges of this case have been attended to and managed by Phoenix at all levels, promptly, expertly, and often to the exclusion of the other matters in Phoenix's office. Phoenix submits, therefore, that its fees and expenses were actual, necessary, reasonable, and justified, and should be allowed in full.

## RESERVATION OF RIGHTS

22. To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Application Period but were not processed prior to the preparation of this Application, or Phoenix has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Application Period, Phoenix reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## CERTIFICATE OF COMPLIANCE AND WAIVER

23. The undersigned representative of Phoenix certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Phoenix believes that such deviations are not material and respectfully requests that any such requirements be waived.

## CONCLUSION

WHEREFORE, Phoenix respectfully requests (a) that it be allowed compensation in the amount of $18,075.60 for professional services rendered (80% or $22,594.50) of which is to be paid upon the filing of a certificate of no objection), and reimbursement of expenses in the amount

of $0.00 (100% of which is to be paid upon the filing of a certificate of no objection) for the Application Period; and (b) that the Court authorize and direct the Debtor to pay Phoenix the amounts due and owing hereunder in accordance with the Interim Compensation Order.

Dated: November 22, 2023

Respectfully submitted,

*/s/ Michael Jacoby*

Michael Jacoby
**PHOENIX MANAGEMENT SERVICES, LLC**
110 Commons Court
Chadds Ford, PA 19317
Telephone: 610.358.4700
Facsimile:  610.358.9377
Email: mjacoby@phoenixmanagement.com

*Financial Advisor for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW) |

## VERIFICATION

STATE OF DELAWARE        )
                                        )    SS
COUNTY OF NEW CASTLE  )

I, Michael E. Jacoby, being duly sworn according to law, deposes and says:

1. I am a senior managing director in the firm of Phoenix Management Services, LLC, Financial Advisor to the Official Committee of Unsecured Creditors in the Hartman SPE, LLC bankruptcy matter.

2. I have read the foregoing Application of Phoenix Management Services, LLC for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: November 22, 2023

                                                                           */s/ Michael E. Jacoby*
                                                                           Michael E. Jacoby

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

# **EXHIBIT A**

**(Summary of Professionals/Hours)**

# Exhibit A

**COMPENSATION BY PROFESSIONAL FOR THE PERIOD**
**OCTOBER 2, 2023 TO OCTOBER 29, 2023**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael Jacoby | Sr. Managing Director | $ 795.00 | 23.90 | $7,887.00 |
| Austin Singer | Associate Director | $ 330.00 | 18.50 | $14,707.50 |
| | Totals | | 42.40 | $22,594.50 |

# EXHIBIT B

**(Time Detail by Project Category)**

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---:|---:|
| Asset Sales | 5.4 | $ 2,200.50 |
| Cash Management | 13.0 | $ 6,057.00 |
| Communications | 1.8 | $ 1,012.50 |
| DIP and Exit Financing | 1.6 | $ 1,272.00 |
| Financial Analysis | 3.0 | $ 1,455.00 |
| Interface with Debtors and Debtors Counsel | 6.7 | $ 4,117.50 |
| MOR | 1.3 | $ 1,033.50 |
| Retention | 0.6 | $ 477.00 |
| Review Motions and Orders | 5.6 | $ 2,685.00 |
| Status Meetings | 3.4 | $ 2,284.50 |
| **Totals** | **42.4** | **$ 22,594.50** |

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023  
Page 1 of 6

**Filters Used:**
- Time Entry Date:        10/2/2023  to  10/29/2023
- Project ID:           Unsecured Creditors Committee - Hartman SPE I BK:  to  Unsecured Creditors Committee - Hartman SPE I BK:

*✱ 📄 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◆ = Non-Billable, ✘ = Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| **Asset Sales** | | | | | | | |
| *A Singer* | | | | | | | |
| Tues | 10/3/2023 | A Singer | Asset Sales | 0.50 | 0.50 | $165.00 | 📄 |
| | | | Reviewed Sales agreements. | | | | |
| Wed | 10/18/2023 | A Singer | Asset Sales | 1.50 | 1.50 | $495.00 | 📄 |
| | | | Prepared financial analyses of Debtor's pending asset sales. | | | | |
| Wed | 10/18/2023 | A Singer | Asset Sales | 2.50 | 2.50 | $825.00 | 📄 |
| | | | Prepared financial analyses of Debtor's pending asset sales. | | | | |
| | | | **A Singer Total:** | **4.50** | **4.50** | **$1,485.00** | |
| *M Jacoby* | | | | | | | |
| Tues | 10/3/2023 | M Jacoby | Asset Sales | 0.50 | 0.50 | $397.50 | 📄 |
| | | | Review Agreements of Sales | | | | |
| Wed | 10/18/2023 | M Jacoby | Asset Sales | 0.20 | 0.20 | $159.00 | 📄 |
| | | | Review info on 2 properties | | | | |
| Fri | 10/20/2023 | M Jacoby | Asset Sales | 0.20 | 0.20 | $159.00 | 📄 |
| | | | Review motions for sale of Garden Oaks and Regency | | | | |
| | | | **M Jacoby Total:** | **0.90** | **0.90** | **$715.50** | |
| | | | **Asset Sales Total:** | **5.40** | **5.40** | **$2,200.50** | |
| **Cash Management** | | | | | | | |
| *A Singer* | | | | | | | |
| Tues | 10/3/2023 | A Singer | Cash Management | 0.50 | 0.50 | $165.00 | 📄 |
| | | | Reviewed cash collateral budget. | | | | |
| Wed | 10/11/2023 | A Singer | Cash Management | 0.50 | 0.50 | $165.00 | 📄 |
| | | | Discussion with M Jacoby re Budget | | | | |
| Wed | 10/11/2023 | A Singer | Cash Management | 1.20 | 1.20 | $396.00 | 📄 |
| | | | Reviewed revised cash collateral budget. | | | | |
| Thur | 10/12/2023 | A Singer | Cash Management | 0.50 | 0.50 | $165.00 | 📄 |
| | | | Reviewed underlying support for cash collateral budget. | | | | |
| Fri | 10/20/2023 | A Singer | Cash Management | 2.20 | 2.20 | $726.00 | 📄 |
| | | | Reviewed Debtor's schedules and statement of financial affairs. | | | | |
| Tues | 10/24/2023 | A Singer | Cash Management | 0.50 | 0.50 | $165.00 | 📄 |
| | | | Reviewed Debtor's schedules and statement of financial affairs. | | | | |
| Tues | 10/24/2023 | A Singer | Cash Management | 1.00 | 1.00 | $330.00 | 📄 |
| | | | Reviewed Debtor's Monthly Operating report and prepared questions. | | | | |
| Wed | 10/25/2023 | A Singer | Cash Management | 0.80 | 0.80 | $264.00 | 📄 |
| | | | Prepared summary of pending legal actions. | | | | |
| Thur | 10/26/2023 | A Singer | Cash Management | 2.00 | 2.00 | $660.00 | 📄 |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023
Page 2 of 6

**Filters Used:**
- Time Entry Date:      10/2/2023 to 10/29/2023
- Project ID:      Unsecured Creditors Committee - Hartman SPE I BK:  to  Unsecured Creditors Committee - Hartman SPE I BK:

*\* 📄 = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Cash Management* | | | | | | | |
| | | | Reviewed Debtor's responses and analysis regarding Monthly Operating Report. | | | | |
| | | | A Singer **Total:** | 9.20 | 9.20 | $3,036.00 | |
| *M Jacoby* | | | | | | | |
| Tues | 10/3/2023 | M Jacoby | Cash Management | 0.30 | 0.30 | $238.50 | |
| | | | Review budget | | | | |
| Wed | 10/11/2023 | M Jacoby | Cash Management | 0.50 | 0.50 | $397.50 | |
| | | | Discussion with A. Singer re: Budget | | | | |
| Wed | 10/11/2023 | M Jacoby | Cash Management | 0.40 | 0.40 | $318.00 | |
| | | | Finalize questions re; Budget for Debtor | | | | |
| Wed | 10/11/2023 | M Jacoby | Cash Management | 0.10 | 0.10 | $79.50 | |
| | | | Emails to/from debtor re: Budget | | | | |
| Wed | 10/11/2023 | M Jacoby | Cash Management | 0.20 | 0.20 | $159.00 | |
| | | | Discussion with J. Harris re Budget | | | | |
| Wed | 10/11/2023 | M Jacoby | Cash Management | 0.60 | 0.60 | $477.00 | |
| | | | Begin review of budget | | | | |
| Thur | 10/12/2023 | M Jacoby | Cash Management | 0.20 | 0.20 | $159.00 | |
| | | | Review emails from Debtor re: Budget | | | | |
| Thur | 10/12/2023 | M Jacoby | Cash Management | 0.10 | 0.10 | $79.50 | |
| | | | Call with J. Harris re finalizing budget | | | | |
| Thur | 10/12/2023 | M Jacoby | Cash Management | 0.20 | 0.20 | $159.00 | |
| | | | Review emails and files from Alex and Lou | | | | |
| Thur | 10/12/2023 | M Jacoby | Cash Management | 0.10 | 0.10 | $79.50 | |
| | | | Follow-up call with J. Harris re; Budget | | | | |
| Thur | 10/12/2023 | M Jacoby | Cash Management | 0.20 | 0.20 | $159.00 | |
| | | | F/U email to Debtor re: Budget | | | | |
| Sun | 10/15/2023 | M Jacoby | Cash Management | 0.10 | 0.10 | $79.50 | |
| | | | H. Harris re: Budget | | | | |
| Mon | 10/16/2023 | M Jacoby | Cash Management | 0.40 | 0.40 | $318.00 | |
| | | | Review v8 budget | | | | |
| Thur | 10/19/2023 | M Jacoby | Cash Management | 0.40 | 0.40 | $318.00 | |
| | | | Review week 4 actuals and format permitted variances | | | | |
| | | | M Jacoby **Total:** | 3.80 | 3.80 | $3,021.00 | |
| | | | Cash Management **Total:** | 13.00 | 13.00 | $6,057.00 | |
| *Communications* | | | | | | | |
| *A Singer* | | | | | | | |
| Tues | 10/3/2023 | A Singer | Communications | 0.70 | 0.70 | $231.00 | |
| | | | Planning and update call with M Jacoby | | | | |
| Wed | 10/4/2023 | A Singer | Communications | 0.20 | 0.20 | $66.00 | |
| | | | Pre- UCC Call with M Jacoby | | | | |
| | | | A Singer **Total:** | 0.90 | 0.90 | $297.00 | |

BillQuick Standard Report Copyright © BQE Software, Inc.

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023  
Page 3 of 6

**Filters Used:**
- Time Entry Date:       10/2/2023  to  10/29/2023
- Project ID:       Unsecured Creditors Committee - Hartman SPE I BK:  to  Unsecured Creditors Committee - Hartman SPE I BK:

*☐ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◆ = Non-Billable, ✗ = Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Communications* | | | | | | | |
| *M Jacoby* | | | | | | | |
| Tues | 10/3/2023 | M Jacoby | Communications<br>Planning and update call with A. Singer | 0.70 | 0.70 | $556.50 | ☐ |
| Wed | 10/4/2023 | M Jacoby | Communications<br>Pre- UCC Call with Austin | 0.20 | 0.20 | $159.00 | ☐ |
| | | | **M Jacoby Total:** | 0.90 | 0.90 | $715.50 | |
| | | | **Communications Total:** | 1.80 | 1.80 | $1,012.50 | |
| *DIP and Exit Financing* | | | | | | | |
| *M Jacoby* | | | | | | | |
| Fri | 10/6/2023 | M Jacoby | DIP and Exit Financing<br>Email to Phoenix team re: potential exit financing (0.1)<br>Discussion with D. Helmes of Pathlight re: potential exit financing (0.2)<br>Emails to potential exit financing sources (0.1) | 0.40 | 0.40 | $318.00 | ☐ |
| Tues | 10/10/2023 | M Jacoby | DIP and Exit Financing<br>ID and reach out to potential lenders | 0.60 | 0.60 | $477.00 | ☐ |
| Wed | 10/11/2023 | M Jacoby | DIP and Exit Financing<br>Discussion with Jamie Barrett from Acrewood re potential exit financing | 0.30 | 0.30 | $238.50 | ☐ |
| Tues | 10/24/2023 | M Jacoby | DIP and Exit Financing<br>Review Benefit Street Term Sheet | 0.30 | 0.30 | $238.50 | ☐ |
| | | | **M Jacoby Total:** | 1.60 | 1.60 | $1,272.00 | |
| | | | **DIP and Exit Financing Total:** | 1.60 | 1.60 | $1,272.00 | |
| *Financial Analysis* | | | | | | | |
| *A Singer* | | | | | | | |
| Tues | 10/3/2023 | A Singer | Financial Analysis<br>Prepared financial analyses made at the request of various constituencies. | 2.00 | 2.00 | $660.00 | ☐ |
| | | | **A Singer Total:** | 2.00 | 2.00 | $660.00 | |
| *M Jacoby* | | | | | | | |
| Fri | 10/27/2023 | M Jacoby | Financial Analysis<br>Review Week #5 Scorecard | 0.40 | 0.40 | $318.00 | ☐ |
| Fri | 10/27/2023 | M Jacoby | Financial Analysis<br>Review Debtor's responses to Budget questions | 0.60 | 0.60 | $477.00 | ☐ |
| | | | **M Jacoby Total:** | 1.00 | 1.00 | $795.00 | |
| | | | **Financial Analysis Total:** | 3.00 | 3.00 | $1,455.00 | |
| *Interface with Debtors and Debtors Counsel* | | | | | | | |
| *A Singer* | | | | | | | |
| Wed | 10/4/2023 | A Singer | Interface with Debtors and Debtors Counsel<br>Status call with UCC and M Jacoby | 0.40 | 0.40 | $132.00 | ☐ |

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023  
Page 4 of 6

**Filters Used:**
- Time Entry Date:        10/2/2023 to 10/29/2023
- Project ID:        Unsecured Creditors Committee - Hartman SPE I BK:  to  Unsecured Creditors Committee - Hartman SPE I BK:

\* 📄 = *Invoiced (mouse over for #),* ✏️ = *Marked as Billed,* ♦ = *Non-Billable,* ✖ = *Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Interface with Debtors and Debtors Counsel* | | | | | | | |
| Thur | 10/5/2023 | A Singer | Interface with Debtors and Debtors Counsel<br>Status update call with Debtor's Counsel and M Jacoby. | 1.00 | 1.00 | $330.00 | 📄 |
| Thur | 10/12/2023 | A Singer | Interface with Debtors and Debtors Counsel<br>Noon ET Call with Debtor and Counsel re Budget (Partial) | 1.20 | 1.20 | $396.00 | 📄 |
| | | | **A Singer Total:** | **2.60** | **2.60** | **$858.00** | |
| *M Jacoby* | | | | | | | |
| Tues | 10/3/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Update with J. Harris (0.1)<br>Status call with J. Harris (0.1) | 0.20 | 0.20 | $159.00 | 📄 |
| Wed | 10/4/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Status call with UCC and A Singer | 0.40 | 0.40 | $318.00 | 📄 |
| Wed | 10/4/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Post UCC call with J. Harris | 0.20 | 0.20 | $159.00 | 📄 |
| Thur | 10/5/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Status update call with Debtor's Counsel and A Singer | 1.00 | 1.00 | $795.00 | 📄 |
| Thur | 10/12/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Noon ET Call with Debtor and Counsel re Budget | 1.70 | 1.70 | $1,351.50 | 📄 |
| Tues | 10/17/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>F/U call with J. Harris after call with Debtor's counsel | 0.30 | 0.30 | $238.50 | 📄 |
| Tues | 10/17/2023 | M Jacoby | Interface with Debtors and Debtors Counsel<br>Call with Debtor's Counsel re; Case Update | 0.30 | 0.30 | $238.50 | 📄 |
| | | | **M Jacoby Total:** | **4.10** | **4.10** | **$3,259.50** | |
| | | | **Interface with Debtors and Debtors Counsel Total:** | **6.70** | **6.70** | **$4,117.50** | |
| *MOR* | | | | | | | |
| *M Jacoby* | | | | | | | |
| Mon | 10/23/2023 | M Jacoby | MOR<br>Review MOR | 0.90 | 0.90 | $715.50 | 📄 |
| Wed | 10/25/2023 | M Jacoby | MOR<br>Complete review of Sept MOR and send email to Debtor | 0.40 | 0.40 | $318.00 | 📄 |
| | | | **M Jacoby Total:** | **1.30** | **1.30** | **$1,033.50** | |
| | | | **MOR Total:** | **1.30** | **1.30** | **$1,033.50** | |
| *Retention* | | | | | | | |
| *M Jacoby* | | | | | | | |
| Sat | 10/14/2023 | M Jacoby | Retention<br>Review Retention Application. | 0.30 | 0.30 | $238.50 | 📄 |
| Mon | 10/16/2023 | M Jacoby | Retention<br>Discuss Phoenix retention app with J. Harris | 0.20 | 0.20 | $159.00 | 📄 |

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023  
Page 5 of 6

**Filters Used:**
- Time Entry Date:          10/2/2023  to  10/29/2023
- Project ID:           Unsecured Creditors Committee - Hartman SPE I BK:  to  Unsecured Creditors Committee - Hartman SPE I BK:

*\* 📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable,  ✕ = Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Retention* | | | | | | | |
| Tues | 10/17/2023 | M Jacoby | Retention<br>Review updated Retention Application | 0.10 | 0.10 | $79.50 | 📄 |
| | | | **M Jacoby Total:** | **0.60** | **0.60** | **$477.00** | |
| | | | **Retention Total:** | **0.60** | **0.60** | **$477.00** | |
| *Review Motions and Orders* | | | | | | | |
| *A Singer* | | | | | | | |
| Tues | 10/3/2023 | A Singer | Review Motions and Orders<br>Reviewed 1st Day Declaration, First Day Motions and Cash Collateral Motion/Order. | 1.00 | 1.00 | $330.00 | 📄 |
| Thur | 10/12/2023 | A Singer | Review Motions and Orders<br>Reviewed and downloaded all new filings for week of 10/9/23. | 1.10 | 1.10 | $363.00 | 📄 |
| Fri | 10/20/2023 | A Singer | Review Motions and Orders<br>Reviewed and downloaded all new filings for week of 10/16/23. | 0.70 | 0.70 | $231.00 | 📄 |
| Fri | 10/27/2023 | A Singer | Review Motions and Orders<br>Reviewed and downloaded all new filings for week of 10/24/23. | 1.00 | 1.00 | $330.00 | 📄 |
| | | | **A Singer Total:** | **3.80** | **3.80** | **$1,254.00** | |
| *M Jacoby* | | | | | | | |
| Tues | 10/3/2023 | M Jacoby | Review Motions and Orders<br>Review 1st Day Declaration, First Day Motions and Cash Collateral Motion/Order | 1.20 | 1.20 | $954.00 | 📄 |
| Mon | 10/9/2023 | M Jacoby | Review Motions and Orders<br>Review redlines to Cash Collateral Order | 0.20 | 0.20 | $159.00 | 📄 |
| Fri | 10/27/2023 | M Jacoby | Review Motions and Orders<br>Docket review for the week | 0.40 | 0.40 | $318.00 | 📄 |
| | | | **M Jacoby Total:** | **1.80** | **1.80** | **$1,431.00** | |
| | | | **Review Motions and Orders Total:** | **5.60** | **5.60** | **$2,685.00** | |
| *Status Meetings* | | | | | | | |
| *A Singer* | | | | | | | |
| Wed | 10/4/2023 | A Singer | Status Meetings<br>Prepared for status call with the Creditor's Committee. | 0.20 | 0.20 | $66.00 | 📄 |
| Thur | 10/19/2023 | A Singer | Status Meetings<br>Discuss property sales with M Jacoby | 0.20 | 0.20 | $66.00 | 📄 |
| Tues | 10/24/2023 | A Singer | Status Meetings<br>Discuss MOR with M Jacoby | 0.50 | 0.50 | $165.00 | 📄 |
| | | | **A Singer Total:** | **0.90** | **0.90** | **$297.00** | |
| *M Jacoby* | | | | | | | |
| Wed | 10/18/2023 | M Jacoby | Status Meetings | 0.40 | 0.40 | $318.00 | 📄 |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/1/2023  
Page 6 of 6

**Filters Used:**
- Time Entry Date: 10/2/2023 to 10/29/2023
- Project ID: Unsecured Creditors Committee - Hartman SPE I BK: to Unsecured Creditors Committee - Hartman SPE I BK:

*✱ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Unsecured Creditors Committee - Hartman SPE I BK: -** *Unsecured Creditors Committee - Hartman SPE I BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Status Meetings* | | | | | | | |
| Thur | 10/19/2023 | M Jacoby | Call with Committee and Counsel<br>Status Meetings | 0.20 | 0.20 | $159.00 | 📄 |
| Tues | 10/24/2023 | M Jacoby | Discuss property sales with A. Singer<br>Status Meetings | 0.70 | 0.70 | $556.50 | 📄 |
| Tues | 10/24/2023 | M Jacoby | Call with Debtor and Committee<br>Status Meetings | 0.50 | 0.50 | $397.50 | 📄 |
| Wed | 10/25/2023 | M Jacoby | Discuss MOR with A. Singer<br>Status Meetings | 0.20 | 0.20 | $159.00 | 📄 |
| Wed | 10/25/2023 | M Jacoby | Review NDA for Committee and Professionals<br>Status Meetings<br>Weekly call with Committee and Counsel | 0.50 | 0.50 | $397.50 | 📄 |
| | | | **M Jacoby Total:** | **2.50** | **2.50** | **$1,987.50** | |
| | | | **Status Meetings Total:** | **3.40** | **3.40** | **$2,284.50** | |
| | | **Project Unsecured Creditors Committee - Hartman SPE I BK: Total:** | | **42.40** | **42.40** | **$22,594.50** | |
| | | | **Grand Total:** | **42.40** | **42.40** | **$22,594.50** | |