IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[2]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Objection Deadline: December 13, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF FIRST MONTHLY APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
OCTOBER 2, 2023 THROUGH AND INCLUDING OCTOBER 29, 2023**

      **PLEASE TAKE NOTICE** that on November 22, 2023, the Official Committee of Unsecured Creditors filed the *First Monthly Application of Phoenix Management Services, LLC, for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 2, 2023 Through and Including October 29, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application, must be filed on or before December 13, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline: (a) DEBTOR, 2909 Hillcroft, Suite 420, Houston, Texas 77057 (Attn: David Wheeler (dwheeler@hi-reit.com)); (b) COUNSEL TO THE DEBTOR, (i) Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201 (Attn: John E. Mitchell, Michaela C. Crocker, and Yelena E. Archiyan (john.mitchell@katten.com, michaela.crocker@kattention.com, and yelena.archiyan@katten.com)) and (ii) Chipman Brown Cicero & Cole LLP, 1313 North Market Street, Suite 5400 Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Kristi J. Doughty, and Mark D. Olivere (chipman@chipmanbrown.com, doughty@chipmanbrown.com, and olivere@chipmanbrown.com); (c) COUNSEL TO THE PREPETITION LENDER, (i) Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, Missouri 64112 (Attn: David D. Ferguson (dferguson@polsinelli.com) and (ii) 222 Delaware Avenue, Suite 1101, Wilmington,

---

[2]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Delaware 19801 (Attn: Christopher A. Ward (cward@polsinelli.com); (d) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania 19103 (Attn: Michael Menkowitz,, Jesse Harris, and Stephanie Ward. (mmenkowitz@foxrothschild.com, jesseharris@foxrothschild.com, sward@foxrothschild.com)); and (e) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: John Schanne (john.schanne@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, Phoenix may file a certificate of no objection (a "**CNO**") with the Court with respect to the fees and expenses requested in the Application. Upon filing of a CNO, the Debtor will be authorized and directed to pay Phoenix, without need for further order of the Court, an amount equal to the lesser of (i) eighty percent (80%) of the fees and one hundred percent (100%) of expenses requested in the Application or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application that are not subject to an objection.

Dated:  November 22, 2023                **FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (No. 6922)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
Email: sward@foxrothschild.com

-and-

Michael G. Menkowitz (admitted *pro hac vice*)
Jesse M. Harris (admitted *pro hac vice*)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone:  (215) 299-2000
Facsimile:  (215) 299-2150
Email: mmenkowitz@foxrothschild.com
Email: jesseharris@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*