IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hartman SPE, LLC, [1] | ) | Case No. 23-11452 (MFW) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBERS 52 AND 53 FILED BY RS GREATER HEIGHTS HOLDINGS, LLC AND 7211 REGENCY SQUARE MANAGEMENT, LLC**

**PLEASE TAKE NOTICE** that RS Greater Heights Holdings, LLC and 7211 Regency Square Management, LLC, claimants of the Debtor in this bankruptcy case, hereby withdraw their claims filed against Debtor in this case bearing claim numbers 52 and 53 filed with Epiq Corporate Restructuring, LLC on November 9, 2023.

Date: December 1, 2023                    GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

*Counsel for Claimants*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.