## **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esq., hereby certify that on December 1, 2023, a true and correct copy of the foregoing *Notice of Withdrawal of Proof of Claim Numbers 52 and 53 Filed by RS Greater Heights Holdings, LlC and 7211 Regency Square Management, LLC* was filed and served via this court's ECF filing system upon the parties registered to receive such electronic notifications and additionally served via electronic mail upon the parties listed below.

Date: December 1, 2023                                      */s/ Michael Busenkell*
                                                                              Michael Busenkell (DE 3933)

**Via Electronic Mail**

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
chipman@chipmanbrown.com
olivere@chipmanbrown.com

KATTEN MUCHIN ROSENMAN LLP
John E. Mitchell, Esq.
Michaela C. Crocker, Esq.
Yelena E. Archiyan, Esq.
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com

OFFICE OF UNITED STATES TRUSTEE
John Henry Schanne, II, Esq.
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
john.schanne@usdoj.gov

Epiq Corporate Restructuring, LLC
Sid Garbato
777 Third Avenue, 12th Floor
New York, NY 10017
sgarabato@epiqglobal.com

FOX ROTHSCHILD LLP
Jesse M. Harris, Esq.
Michael G. Menkowitz, Esq.
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103-3232
jesseharris@foxrothschild.com
mmenkowitz@foxrothschild.com

FOX ROTHSCHILD LLP
Stephanie Slater Ward, Esq.
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
sslater@foxrothschild.com