## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **Hartman SPE, LLC,** [1] | **Case No. 23-11452 (MFW)** |
| **Debtor.** | **Ref. Docket Nos. 278-281, & 283** |

## CERTIFICATE OF SERVICE

I, NADIA ALAZRI, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2023, I caused to be served the:

    a. "Notice of Proposed Sale of Real Estate" dated November 17, 2023 [Docket No. 278], (the "Sale Notice"),

    b. "Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts," dated November 17, 2023 [Docket No. 279], (the "Assumption Notice"),

    c. "Declaration of David Wheeler in Support of the Private Sale of Nonresidential Real Property," dated November 9, 2023 [Docket No. 280], (the "Wheeler Declaration"),

    d. "Declaration of Brad Mills with Respect to the Private Sale of Nonresidential Real Property," dated November 9, 2023 [Docket No. 281], (the "Mills Declaration"),

    e. "Motion of Debtor for an Order Authorizing Payment of Sale Proceeds to the Lender," dated November 17, 2023 [Docket No. 283], (the "Sale Motion") and

    f. *Letter* "Evidence of Adequate Assurance of Future Performance," a copy of which is annexed hereto as Exhibit A, (the "Letter"),

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

by causing true and correct copies of the:

   i.   Sale Notice, Assumption Notice, Wheeler Declaration, Mills Declaration, and Letter to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   ii.  Sale Notice, Assumption Notice, Wheeler Declaration, Mills Declaration, and Sale Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

   iii. Sale Notice, Assumption Notice, Wheeler Declaration, and Mills Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D and to one party whose name and address are confidential and therefore not included,

   iv.  Sale Notice, Assumption Notice, Wheeler Declaration, Mills Declaration, and Sale Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

   v.   Sale Notice, Assumption Notice, Wheeler Declaration, Mills Declaration, Sale Motion, and Letter to be delivered via electronic mail to those parties listed on the annexed Exhibit F, and

   vi.  Sale Notice, Assumption Notice, Wheeler Declaration, and Mills Declaration to be delivered via electronic mail to: *tom@lightsey.legal* and *awhite@weglaw.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Nadia Alazri*
Nadia Alazri

**EXHIBIT A**

*In re Hartman SPE, LLC*
*Case No. 23-11452 (MFW)*
*Evidence of Adequate Assurance of Future Performance*

Subject to receiving Court approval, Shukri Ganim, ("Buyer") will be purchasing the real property located at 2909 Hillcroft, Houston, Texas 77057 located in Harris County ("The Property") and currently intends to take assignment of the executory contracts and unexpired leases of nonresidential real property listed on **Exhibit A** attached hereto (the "Assigned Contracts").

Mr. Ganim will form a new Texas Limited Liability Company for the purpose of acquiring this property.  He is a local owner/operator and has decades of commercial real estate ownership and management experience in Texas.  He is a founder and partner of Regional Properties Texas, a property management and leasing company he formed in 2012 after seeing a need for a larger in-house management company to better accommodate the family's expanding commercial real estate portfolio.  Today, that portfolio boasts approximately four million square feet of leasable area with over 1,200 tenants across Texas.  Tenants vary from local to regional and national tenants such as Fiesta, Dollar Tree, 99 Cent Only, Citi Trends, Little Caeser's, Fred Loya Shipley's Donuts, Family Dollar, Dollar General, Food Town Grocery Store World Finance just to name a few. Of the 150 commercial properties the company currently manages, 50 properties are owned and operated by Mr. Ganim.

Many of his properties are financed by local banks and credit unions with which he has tenured relationships with. His portfolio continually averages well above 90% occupancy, and he keeps his portfolio lower-leveraged.  As such, we expect to place 50% of the purchase price with a local bank, with the remaining equity coming from cash reserves.

It is anticipated Mr. Ganim will move his operations to the Tower Pavilion as this is one of the reasons for purchasing the asset, this in addition to a unique retail component Tower Pavilion enjoys and which he is very familiar with.

If you have any questions regarding this information, please contact:

Dahlia Ganim

Law Office of Dahlia Ganim

3334 Richmond, Suite 215

Houston, TX 77098

T: 832-804-6031

F: 832-649-5646

C: 832-997-7480

E: Diganimlaw@gmail.com

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BALBOAZ LLC | MONICA MARTINEZ 2909 HLLCROFT ST HOUSTON TX 77057 |
| BEAUTY DERM LLC | 2909 HILLCROFT STE 695 HOUSTON TX 77057 |
| BELLA GROUP INC. AND | LAWRENCE W. ROHAL, CPA, ELAINE BORDIERI 2909 HILLCROFT SUITE 101 HOUSTON TX 77057 |
| CELIA VILLANUEVA | ADDRESS ON FILE |
| CORRERO & RHODES PLLC | 2909 HILLCROFT AVE SUITE 305 HOUSTON TX 77057 |
| CRISTINA M. BATTLE | ADDRESS ON FILE |
| DEMETRIUS DE OLIVEIRA | ADDRESS ON FILE |
| GEMLAND TEXAS, INC. | 2909 HILLCROFT SUITE 230 HOUSTON TX 77057 |
| GTE MOBILNET/VERIZON | NETWORK REAL ESTATE – NG76959 180 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| HER SZN LASH BAR, LLC | 2909 HILLCROFT STE 500 HOUSTON TX 77057 |
| HOLISTIC HOME CARE NURSING INC. | JEWELLEAN MANGAROO 2909 HILLCROFT SUITE 670 HOUSTON TX 77057 |
| INSUREPOINTE OF TEXAS, INC. | ACCOUNTING 2909 HILLCROFT, SUITE 200 HOUSTON TX 77057 |
| IRIEJADE BEAUTY, LLC | JANICE AND DENISE WEDDERBURN 2909 HILLCROFT, SUITE 100C HOUSTON TX 77057 |
| JAWHARAT ROKKAS TRADE, LLC | ATTN: AHMED HUSSEIN 2909 HILLCROFT, SUITE 690 HOUSTON TX 77057 |
| JUDI DENTAL, PLLC | ATTN: AHMED AL-WAZZAN & OMEED ALKHALIDI 10617 CENTRE GREEN WAY HOUSTON TX 77043 |
| KHAN AMERICAN, LLC | ALTAF KHAN 2909 HILLCROFT SUITE 100E HOUSTON TX 77057 |
| MAKKA INTERNATIONAL INC. AND | ADDRESS ON FILE |
| MICROBLADING-LASH, LLC | AMY NGUYEN 2909 HILLCROFT SUITE 100F HOUSTON TX 77057 |
| NUWAY REALTY GROUP, LLC | 2909 HILLCROFT SUITE 515 HOUSTON TX 77057 |
| NUWAY REALTY GROUP, LLC | ATTN: ILIANA SANCHEZ 8226 MIDDLEBURY LANE HOUSTON TX 77070 |
| PALKER LAW FIRM, PLLC | 2909 HILLCROFT STE 620 HOUSTON TX 77057 |
| PAULINE RAYMOND MARTIMBEAU | ADDRESS ON FILE |
| PLEZIA, P.C. | RICK PLEZIA 2909 HILLCROFT SUITE 575 HOUSTON TX 77057 |
| PRIME FACILTIY SERVICES GROUP, INC. | ATTN: PATTY PEREZ 6240 RICHMOND, SUITE 260 HOUSTON TX 77057 |
| PROSPERITY & ASSOCIATES BUSINESS | CONSUTING SERVICES LLC, ATTN: ROBERTO REYES 5100 WESTHEIMER, SUITE 420 HOUSTON TX 77056 |
| SMITH PROTECTIVE MANAGEMENT, INC. | 2909 HILLCROFT STE 600 HOUSTON TX 77057 |
| SULEIMAN ALKHATIB AND | ADDRESS ON FILE |
| TECH-LANCE SOLUTIONS, INC. | REDDY DAYAKAR 15514 LYNFORD CREST DR. HOUSTON TX 77083 |
| TEXKED LLC | ATTN: RUZBEH GONDA 2114 LANDERDS DRIVE SUGAR LAND TX 77063 |
| THE LASH DESIGNER, LLC | EDNA OLGUIN 2909 HILLCROFT SUITE 580 HOUSTON TX 77057 |
| UNITED TEXAN PHARMACY LLC | 10039 BISSONNET STREET SUITE 321 HOUSTON TX 77036 |
| WINZOR AUTOMOTIVE LLC | ATTN: AHMED JASEM 28411 BOBCAT BAYOU DR. KATY TX 77494 |
| YUPPIE'S HOT CHICKEN LLC | ATTN: AHMAD ZAID 2909 HILLCROFT, SUITE 315 HOUSTON TX 77057 |

**Total Creditor count  33**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| FOX ROTHSCHILD LLP | (COUNSEL TO THE UCC) ATTN STEPHANIE J. SLATER 919 N. MARKET ST. SUITE 300 WILMINGTON DE 19899-2323 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OTIS ELEVATOR COMPANY | JUDY MARKS 1444 N. CROCKWELL HILL RD. STE. 102 DALLAS TX 75211 |
| OTIS ELEVATOR COMPANY | JUDY MARKS P.O. BOX 730400 DALLAS TX 75373-0400 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL 2418 CONVERSE ST. DALLAS TX 75207 |
| SERVICE FIRST JANITORIAL LLC | COUNSEL PO BOX 600550 DALLAS TX 75360 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS P.O. BOX 1769 FORNEY TX 75126 |
| SUNDOWN COMMERCIAL SERVICES | JACK RYERS 14802 VALLEY VIEW FORNEY TX 75126-5830 |
| VERSATEX COMMERCIAL SERVICES, LLC | LEO GOMEZ, MANAGER 827 BUTTERFLY GARDEN TRAIL RICHMOND TX 77406 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count  13**

Hartman SPE, LLC
Case No. 23-11452 (MFW)
First Class Mail Additional Service List

BUSINESS FLOOR SOLUTIONS INC
ATTN: MATTHEW MARTINEZ
5805 CENTRALCREST ST.
HOUSTON, TX 77092

CRE GROUP, LLC DBA CAPROCK ELECTRIC
ATTN: TRACY LOVOI
900 HOGAN STREET
HOUSTON, TX 77009

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AFP ALARM & DETECTION, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AGAVE PLUMBING, INC | ATTN: JULIO MEDINA 2772 WEST COMMERCE STREET DALLAS TX 75212 |
| ALLEN R. HARTMAN | C/O LAW OFFICE OF THOMAS N. LIGHTSEY III, P.C. 5151 SAN FELIPE, SUITE 400 HOUSTON TX 77056 |
| ALLIED FIRE PROTECTION-SA, LP | ATTN: MICHAEL BILSKI 2003 MYKAWA PEARLAND TX 77581 |
| AMITY CONSTRUCTION COMPANY | ATTN: BOB ELLERD 1404 BROOKSIDE CAROLLTON TX 75007 |
| AMITY CONSTRUCTION COMPANY | C/O M. DREW SIEGEL 17330 PRESTON RD., STE 11 OB DALLAS TX 75252 |
| BEYER PLUMBING CO. | ATTN: JAMES BEYER 17197 BEYER JOHN DR. SELMA TX 78514 |
| BLUE HAWK CONSTRUCTION LLC | ATTN: BRYAN BENSON 6775 ADDISON ROAD, SUITE 305 ADDISON TX 75001 |
| CFI MECHANICAL AND SCG MECHANICAL , LP | DBA WAY MECHANICAL C/O WILLIAM B. WESTCOTT 1885 SAINT JAMES PLACE, 15TH FL HOUSTON TX 77056 |
| CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | ATTN: ERIC HOLLY 7701 WEST LITTLE YORK, SUITE 800 HOUSTON TX 77040 |
| DYNAMIC MECHANICAL SOLUTIONS | ATTN: MATTHEW MASHBURN 2023 E. SHADY GROVE ROAD SUITE 5 IRVING TX 75060 |
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN JIA LI, AVP HOUSTON TX 77024 |
| EAST WEST BANK | 9090 KATY FWY. 3RD FL. ATTN MARIA ISENHOWER HOUSTON TX 77024 |
| ECOSYSTEMS ENVIRONMENTAL | C/O MICHAEL P. WORTHAM CBS TELEVISION TOWER 12001 N. CENTRAL EXPY., STE. 650 DALLAS TX 75243 |
| FAT STRAWS, INC. | 6509 WEST PARK BOULEVARD 425 PLANO TX 75093 |
| GOLDMAN SACHS | 200 WEST STREET ATTN: DAVID SOLOMON NEW YORK NY 10282 |
| HARTMAN INCOME REIT | PROPERTY HOLDINGS, LLC 2909 HILLCROFT, SUITE 420 HOUSTON TX 77057 |
| HARTMAN INCOME REIT, INC. | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| HARTMAN RETAIL I, DST | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| HARTMAN V REIT XXI, INC. | C/O LAW OFFICE OF THOMAS N. LIGHTSEY III, P.C. 5151 SAN FELIPE, SUITE 400 HOUSTON TX 77056 |
| HARTMAN XXI ADVISORS, LLC | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| JEANICE TOLLIVER | ADDRESS ON FILE |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | KAREN WHITE, PORTFOLIO MANAGER 11501 OUTLOOK STREET SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | MICHAEL A TILDEN, SR MANAGER 11501 OUTLOOK STREET SUITE 300 OVERLAND PARK KS 66211 |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | TERESA SPRINKLE, SENIOR ACCOUNT MANAGER 11501 OUTLOOK STREET SUITE 300 OVERLAND PARK KS 66211 |
| MATTHEW MASHBURN | ADDRESS ON FILE |
| PERFECT SCENTS OF TEXAS | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| PRECISION GENERAL CONTRACTING, LLC | ATTN: JOE DUBBELS 931 BASSE ROAD SAN ANTONIO TX 78212 |
| PRECISION GENERAL CONTRACTING, LLC | C/O J. PHILIP COLLIER 8023 VANTAGE DRIVE, SUITE 590 SAN ANTONIO TX 78230 |
| PRESTONWOOD LANDSCAPE SERVICES-SA, LLC | 1366 ROUND TABLE DRIVE DALLAS TX 75247 |
| RUBI LERMA | C/O BRUCE H. NEYLAND 14350 NORTHBROOK DR., STE 150 SAN ANTONIO TX 78232 |
| SAN ANTONIO BUILDING SERVICES | 2313 LOCKHILL SELMA, STE. 112 SAN ANTONIO TX 78230 |
| SILVER STAR PROPERTIES REIT, INC. | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| SILVER STAR PROPERTY MANAGEMENT, INC. | 2909 HILLCROFT SUITE 420 HOUSTON TX 77057 |
| STI-GC, LLC | C/O J. PHILIP COLLIER 8023 VANTAGE DRIVE, SUITE 590 SAN ANTONIO TX 78230 |
| SWADLEY ROOF SYSTEMS, LLC | ATTN: MICHAEL SWADLEY 17413 FM 2920 SUITE O TOMBALL TX 77377 |
| TAYLOR WATERPROOFING PLUS, INC. | ATTN: MICHAEL J. MATTHEWS 122 BERRY ROAD HOUSTON TX 77022 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN SCOTT E SKRABANEK HOUSTON TX 77056 |
| TEXAS CAPITAL BANK | 1330 POST OAK BLVD. STE 1700 ATTN MISSY MERIC, AVP HOUSTON TX 77056 |
| TEXAS PARKING LOTS | 231 HWY 46 W BOERNE TX 78006 |
| TEXAS SECURITY BANK | 1212 TURTLE CREEK BOULEVARD DALLAS TX 75207 |
| US BANK NATIONAL ASSCN, AS TTEE FOR | HLDRS OF GS MRTG SECS CORP TR 2018-HART PSSTHRU CERTS 2018HART & THE RR INT OWNR 190 S LASALLE ST 7TH FL,MLCODE MK-IL-SL7 CHICAGO IL 60603 |

HARTMAN SPE, LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK | 1901 HARRISON ST 2ND FL ATTN JILL SELDEN, VP OAKLAND CA 94612 |

**Total Creditor count  43**

| Claim Name | Address Information |
|---|---|
| CFI MECHANICAL & SCG MECHANICAL, LP | D/B/A WAY MECHANICAL C/O WILLIAM B WESTCOTT 1885 SAINT JAMES PL; 15TH FL HOUSTON TX 77056 |
| CITY OF HOUSTON | WATER DIVISION PO BOX 1560 HOUSTON TX 77251 |
| EVOLUTION BY DESIGN, INC | 12999 MURPHY ROAD, SUITE M-14 STAFFORD TX 77477 |
| HARRIS CO. DEPT. OF EDUCATION | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS CO. FLOOD CTL. DIST. | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS CO. HOSP. DIST. | 1001 PRESTON ST HOUSTON TX 77002 |
| HARRIS COUNTY TAX OFFICE | 1001 PRESTON ST HOUSTON TX 77002 |
| HOUSTON COMM. COLLEGE SYSTEM | 3100 MAIN STREET HOUSTON TX 77002 |
| HOUSTON ISD | 1001 PRESTON ST HOUSTON TX 77002 |
| OGH SERVICES INC | C/O WEYCER KAPLAN PULASKI ZUBER PC ATTN JEFF CARRUTH 2608 HIBERNIA ST, STE 104 DALLAS TX 75204 |
| OGH SERVICES, INC | 402 4TH STREET SEALY TX 77474 |
| PORT OF HOUSTON | 111 EAST LOOP NORTH HOUSTON TX 77029 |

**Total Creditor count  12**

**EXHIBIT E**

Hartman SPE, LLC, Case No. 23-11452 (MFW)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| 4M BUILDING SOLUTIONS INC | info@4-m.com |
| ABERNATHY, ROEDER, BOYD & HULLET, P.C. | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ALL TEX ROOFING LLC | tony@alltexroofing.com |
| AMAYA CONSTRUCTION INC | eamaya@amayaconstructions.com |
| AMITY CONSTRUCTION COMPANY | bob@amityconstruction.net |
| AMTECH ELEVATOR SERVICES | nelson.bellesheim@amtechelevator.com |
| ASHBY & GEDDES | gtaylor@ashbygeddes.com; bkeenan@ashbygeddes.com |
| ASTRO TECH SERVICES, LLC | kbartley@ws-law.com |
| AVAIL SECURITY GROUP, LLC | info@availsg.com |
| BUSINESS FLOOR SOLUTIONS INC | info@bizfloor.biz |
| CFI MECHANICAL, INC. | chuckfell@cfimechanical.com |
| CRE GROUP, LLC DBA CAPROCK ELECTRIC | info@caprockelectric.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| ENGIE RESOURCES LLC | engiena-sales1@engie.com |
| FERGUSON BRASWELL FRASER KUBASTA PC | rsmiley@fbfk.law |
| FOX ROTHSCHILD LLP | jesseharris@foxrothschild.com; sslater@foxrothschild.com; mmenkowitz@foxrothschild.com |
| GOLDMAN SACHS | michael.dalton@gs.com; NewYorkAnncHub@gs.com |
| HARRIS COUNTY ATTORNEY'S OFFICE | taxbankruptcy.cao@harriscountytx.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| IRON HORSE FLOORING LLC DBA PDL DESIGNS | careers@pdldesigns.com |
| JACK SHRUM, P.A. | jshrum@jshrumlaw.com |
| KAJ CONSTRUCTION INC | saleskajconstruction@gmail.com |
| KAJ CONSTRUCTION INC | rkpapatna@gmail.com |
| KASEN & KASEN, P.C. | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LONGHORN MECHANICAL LLC | info@longhornmech.net |
| MATTHEW MASHBURN | EMAIL ADDRESS ON FILE |
| MIKES AC AND REFRIGERATION | michaelairhouston@gmail.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | solutions@reliant.com; PowerSupport@nrg.com |
| NRG ENERGY INC DBA RELIANT RETAIL SVCS | ryan.harwell@nrg.com |

Hartman SPE, LLC, Case No. 23-11452 (MFW)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | John.Schanne@usdoj.gov |
| OGH SERVICE COMPANY INC | info@oghservices.com |
| OTIS ELEVATOR COMPANY | generalinquiry@otis.com; investorrelations@otis.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | emccain@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | mvaldez@pbfcm.com |
| PRECISION CONTRACTING | info@precisioncontracting.com |
| PRITCHARD INDUSTRIES SOUTHWEST, LLC | rashworth@pritchardindustries.com; psperduti@pritchardindustries.com |
| PROMISE TOTAL SERVICES OF HOUSTON INC | info@promisesvc.com |
| RL TEAM CONTRACTORS DBA TEAM CONTRACTORS | jessica@teamcontractorstx.com |
| ROBINSON & COLE LLP | jedmonson@rc.com; kdute@rc.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| SERVICE FIRST JANITORIAL LLC | roberto@servicefirstjanitorial.com; eva@servicefirstjanitorial.com; Jerry@servicefirstjanitorial.com |
| STI-GC, LLC | BIDS-STI-GC@southtexasinteriors.com |
| SUMMER ENERGY LLC | service@summerenergy.com |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |
| TRUE VINES INC | team@truevines.com |
| VERSATEX COMMERCIAL SERVICES, LLC | leogomez@blackplanet.com |
| WEAVER AND TIDWELL LLP | hope.everett@weaver.com |

**EXHIBIT F**

Hartman SPE, LLC, Case No. 23-11452 (MFW)

Electronic Mail Counterparties Service List

| Contract Counterparty | Email Address |
|---|---|
| BALBOAZ LLC | monica282@me.com |
| BEAUTY DERM LLC | beautydermllc@gmail.com |
| BELLA GROUP INC. and LAWRENCE W. ROHAL, CPA | amazing@airmail.net |
| CELIA VILLANUEVA | EMAIL ADDRESS ON FILE |
| CORRERO & RHODES PLLC | jen@jcbrlaw.com |
| CRISTINA M. BATTLE | EMAIL ADDRESS ON FILE |
| DEMETRIUS DE OLIVEIRA | EMAIL ADDRESS ON FILE |
| GEMLAND TEXAS, INC. | tosh@skdiamonds.com |
| GTE MOBILNET/VERIZON | CENRE.Property.Management.Mail@Verizon.com |
| HER SZN LASH BAR, LLC | info@hersznlashbar.com |
| HOLISTIC HOME CARE NURSING INC. | Hhcn@sbcglobal.net |
| INSUREPOINTE OF TEXAS, INC. | accounting@insurepointe.com |
| IRIEJADE BEAUTY, LLC | iriejademakeup@yahoo.com |
| JAWHARAT ROKKAS TRADE, LLC | aljalmooda@gmail.com |
| JUDI DENTAL, PLLC | ahmedlayth.alwazzan@gmail.com |
| KHAN AMERICAN, LLC | khandrivingacademy.us@gmail.com |
| MAKKA INTERNATIONAL INC. and AHMED AHMALLAWANY | EMAIL ADDRESS ON FILE |
| MICROBLADING-LASH, LLC | microbladinglash@yahoo.com |
| NUWAY REALTY GROUP, LLC | ilianarealestate@gmail.com |
| PALKER LAW FIRM, PLLC | claudia.carreon@palkerlaw.com |
| PAULINE RAYMOND MARTIMBEAU | EMAIL ADDRESS ON FILE |
| PLEZIA, P.C. | rick@rplezialaw.com |
| PRIME FACILTIY SERVICES GROUP, INC. | pattyp@primefacilityservicesgroup.com |
| PROSPERITY & ASSOCIATES BUSINESS CONSUTING SERVICES LLC | robert.a.reyes@sbcglobal.net |
| SMITH PROTECTIVE MANAGEMENT, INC. | melliott@smithprotective.com |
| SULEIMAN ALKHATIB and AKRAM ALKHATIB | EMAIL ADDRESS ON FILE |
| NUWAY REALTY GROUP, LLC | tlenor9175@aol.com |
| TECH-LANCE SOLUTIONS, INC. | dayakar@techlancesolutions.com |
| TEXKED LLC | tosh@skdiamonds.com |
| THE LASH DESIGNER, LLC | ednatx74@yahoo.com |
| UNITED TEXAN PHARMACY LLC | info@unitedtexanpharmacy.com |
| WINZOR AUTOMOTIVE LLC | winzorautomotive@gmail.com |
| YUPPIE'S HOT CHICKEN LLC | corporate@clutchcitycluckers.com |

**EXHIBIT G**

Hartman SPE, LLC, Case No. 23-11452 (MFW)
Electronic Mail Banks Service List

| Creditor Name | Email Address |
|---|---|
| EAST WEST BANK | Jia.li@eastwestbank.com |
| EAST WEST BANK | Maria.Isenhower@eastwestbank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | karen_marie_white@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | michael_a_tilden@keybank.com |
| KEYBANK NATIONAL ASSOCIATION (AGENT) | teresa_sprinkle@keybank.com |
| TEXAS CAPITAL BANK | Scott.skrabanek@texascapitalbank.com |
| TEXAS CAPITAL BANK | missy.merric@texascapitalbank.com |
| WELLS FARGO BANK | cmscashmgt@wellsfargo.; CMSAccountServices@wellsfargo.com; EGSCashManagementMailbox@wellsfargo.com |

Hartman SPE, LLC, Case No. 23-11452 (MFW)
Electronic Mail UCC Lien Parties Service List

| Creditor Name | Email Address |
| --- | --- |
| AMITY CONSTRUCTION COMPANY | bobellerd@amityconstruction.net |
| BLUE HAWK CONSTRUCTION LLC | info@bluehawkconstruction.com |
| CRAWFORD ELECTRIC SUPPLY COMPANY, INC. | crawfordonline@crawfordelectricsupply.com |
| DYNAMIC MECHANICAL SOLUTIONS | info@dmsprofessionals.com |
| PERFECT SCENTS OF TEXAS | PERFECTSCENTSCANDLES@LIVE.COM |
| PRECISION GENERAL CONTRACTING, LLC | info@PrecisionContracting.com |
| SWADLEY ROOF SYSTEMS, LLC | info@swadleyroofsystems.com |
| TAYLOR WATERPROOFING PLUS, INC. | info@taylorwaterproofing.com |
| TEXAS SECURITY BANK | info@TexasSecurityBank.com |