**United States Bankruptcy Court**
**District of Delaware**
-------------------------------------------------------------------X
In re:

        Hartman SPE, LLC                   : Chapter 11
                                       : Case No. 23-11452
                                       :

                  Debtor
-------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #10167

### FILED BY Crane Commercial Services LLC

Fair Harbor Capital, LLC, as Assignee of Crane Commercial Services LLC, hereby withdraws proof of claim 10167 in the amount of unliquidated in the above referenced case.

**This Proof of Claim is being withdrawn without prejudice to the survival of the claim as indicated on the Schedule F of the Debtor's Schedule of Liabilities and identified by the Claims Agent as schedule # 452004180 for $8,259.48.**

DATED:  January 4, 2024                           /s/   *Fredric Glass*
                                                                   Fredric Glass
                                                                   Fair Harbor Capital, LLC
                                                                   1841 Broadway Suite 1007
                                                                   New York, NY 10023

                                                                   (212) 967-4035