IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 9, 2024, AT 10:30 A.M. (EASTERN TIME)**

**To attend a hearing remotely, please register using the eCourtAppearance tool
([available here](#)) or on the court's website at [www.deb.uscourts.gov](#)**

**\*The deadline to register for remote attendance is 4:00 p.m. (*prevailing* Eastern
Time) the business day before the hearing unless otherwise noticed.\***

I. RESOLVED MATTER(S):

1. Motion of Debtor for an Order Authorizing Payment of Sale Proceeds to the Lender, filed on November 17, 2023 [Docket No. 283].

    Objection Deadline:    January 2, 2024, at 4:00 p.m. (Eastern Time), extended to January 4, 2024 at 4:00 p.m. (Eastern Time) for the United States Trustee.

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection, filed on January 4, 2024 [Docket No. 407].

    B.    **Order Authorizing Payment of Sale Proceeds to the Lender, entered on January 5, 2024 [Docket No. 411].**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware [www.deb.uscourts.gov](#) or from the Debtor's Claim Agent's website [https://dm.epiq11.com/HartmanSPE](#).

[2] Amended items will appear in **bold**.

Status:    **An order has been entered.  No hearing is necessary.**

2. Debtor's Motion for Entry of an Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief, filed on November 28, 2023 [Docket No. 297].

    Objection Deadline:    January 2, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.  Certificate of No Objection, filed on January 3, 2024 [Docket No. 403].

    B.  Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief, entered on January 4, 2024 [Docket No. 405].

    Status:    An order has been entered.  No hearing is necessary.

3. Debtor's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings, filed on November 28, 2023 [Docket No. 298].

    Objection Deadline:    January 2, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.  Certificate of No Objection, filed on January 3, 2024 [Docket No. 402].

    B.  Order Extending the Time for the Debtor to File Notices of Removal of Related Proceedings Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), entered on January 4, 2024 [Docket No. 406].

    Status:    An order has been entered.  No hearing is necessary.

**II.  MATTER GOING FORWARD:**

4. Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on December 29, 2023 [Docket No. 373].

    Objection Deadline:    January 9, 2024, at 10:30 a.m. (Eastern Time).

Responses Received:   None as of the filing of this Agenda.

Related Pleadings:

- A. Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on December 29, 2023 [Docket No. 372].

- B. Order Granting Debtor's Motion to Shorten Notice Regarding Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, entered on January 2, 2024 [Docket No. 376].

- C. Notice of Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on January 2, 2024 [Docket No. 377].

- **D. Notice of Filing of Revised Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on January 8, 2024 [Docket No. 429].**

- **E. Notice of Filing of Revised Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on January 8, 2024 [Docket No. 430].**

- **F. Revised Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on January 8, 2024 [Docket No. 431].**

Status:   This matter is going forward.

4867-5000-4891, v. 1

Dated: January **8**, 2024  
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

- and-

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*