# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## NOTICE OF INCREASE OF HOURLY RATES FOR
## CHIPMAN BROWN CICERO & COLE, LLP

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP, serving as counsel to the Debtor in this Chapter 11 Case, has adjusted its hourly rates, effective as of January 1, 2024, in accordance with the attached **Exhibit A**.

Dated: January 10, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

# EXHIBIT A

**(2024 Rate Chart)**

**2024 RATE INCREASE**

| PROFESSIONAL | PREVIOUS HOURLY RATE [*SEE* DOCKET NO. 73] | HOURLY RATE AS OF JANUARY 1, 2024 |
|---|---|---|
| William E. Chipman, Jr., Partner | $775.00 | $850.00 |
| Mark D. Olivere, Partner | $525.00 | $550.00 |
| Michelle M. Dero, Paralegal | $275.00 | $300.00 |
| Renae Fusco, Paralegal | $275.00 | $300.00 |