2 OF 2

VIA USPS EXPRESS MAIL # EI 431 980 238 US

RECEIVED

2024 JAN 31  AM 10: 09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EI 431 980 241 US

EI 431 980 255 US

EI 431 980 290 US

EI 431 980 309 US

EI 431 980 312 US

January 27, 2024

United States Bankruptcy Court for the District of Delaware
Chapter 11
Case No. 23-11452(MFW)

To the Notice Parties;

On behalf of Mrs. Pamela A. Boyd Roberts, an IRA investor, this statement registers her objection to the confirmation of the Chapter 11 Plan of Reorganization of Hartman SPE, LLC. Mrs. Roberts further wishes to state that she has been hounded and harassed continually by the staff of Okapi, LLC who are seeking to convince her to give her consent to the plan. Mrs. Roberts did not give permission for her personal information to be shared with the staff of Gerald Haddock or Okapi LLC.

If the Plan is confirmed, Mrs. Roberts believes it should have stringent performance benchmarks and deadlines, including a concrete end date when the company is liquidated and the money is returned to the investors. Mrs. Roberts objects to the exorbitant salaries and expenses and wants to see audited financial statements.

Mrs. Pamela A. Boyd Roberts
212 Ironbark Drive
Arlington, Texas  76018

Submitted with permission by Melissa Crockett, IS Capital Management LLC
14455 Preston Rd. # 409
Dallas, Texas  75254