## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC,[1] | Case No. 23-11452 (MFW) |
| Debtor. | **Related to Docket No. 478** |

## CERTIFICATION OF COUNSEL REGARDING THE
## FIRST INTERIM FEE APPLICATION OF FOX ROTHSCHILD LLP
## FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## SEPTEMBER 25, 2023 THROUGH NOVEMBER 30, 2023

I, Stephanie Slater Ward, an attorney with Fox Rothschild LLP, hereby certify the following:

1. On January 16, 2024, Fox Rothschild LLP filed the *First Interim Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from September 25, 2023 through November 30, 2023* (the "Application")[2] [D.I. 478].

2. Responses to the Application were due by no later than January 30, 2024 at 4:00 p.m. (et). I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

3. It is respectfully requested that the Order attached hereto as **Exhibit "A"** and uploaded to the Court's website be entered at the earliest convenience of the Court.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 4789 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Dated: February 5, 2024
      Wilmington, Delaware         **FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Howard A. Cohen (DE 4082)
Stephanie Slater Ward (DE 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: hcohen@foxrothschild.com
Email: sward@foxrothschild.com

-and-

Michael G. Menkowitz (admitted *pro hac vice*)
Jesse M. Harris (admitted *pro hac vice*)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
Email: mmenkowitz@foxrothschild.com
Email: jesseharris@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*

# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hartman SPE, LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related to Docket No. 478** |

**ORDER ALLOWING AND AWARDING FOX ROTHSCHILD LLP
FIRST INTERIM COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD
SEPTEMBER 25, 2023 THROUGH NOVEMBER 30, 2023**

Fox Rothschild LLP ("Fox"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor, having filed the *First Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "Application")[2] for an order allowing first interim compensation and reimbursement for actual and necessary expenses incurred for the period from September 25, 2023 through November 30, 2023 (the "First Compensation Period"); and the Court having thoroughly reviewed the Application; and the Court finding that, after notice and a hearing: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application, and any hearing on the Application, was proper and adequate under the circumstances; and (c) all persons with standing have been afforded the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 4789 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms used but not defined in this Order shall have the meanings given to them in the Application.

opportunity to be heard on the Application; and after due deliberation and sufficient cause appearing therefor:

It is hereby ordered that:

1. The Application is GRANTED, as set forth in this Order.

2. Fox Rothschild is allowed, on an interim basis, compensation for services rendered and expenses incurred during the First Compensation Period in the amount of $197,611.50 (the "First Inteirm Compensation Amount") together with reimbursement of its actual and necessary expenses in the amount of $272.80 (the "First Interim Expense Amount") for a total of $197,884.30 (the "Allowed Compensation").

3. The Debtor shall pay the Allowed Compensation, less any amounts already paid.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.