# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>Hearing Date: February 23, 2024, at 2:00 p.m. (*prevailing* Eastern Time) |

### NOTICE OF (I) RESCHEDULED HEARING ON FINAL APPROVAL AND CONFIRMATION OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION OF HARTMAN SPE, LLC; AND (II) RELATED DEADLINES

> **THE PROPOSED COMBINED DISCLOSURE STATEMENT AND PLAN PROVIDES FOR 100% PAYMENT ON ACCOUNT OF ALLOWED CLAIMS**

**PLEASE TAKE NOTICE THAT**, on September 13, 2023, Hartman SPE, LLC, the above-captioned debtor and debtor in possession (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE FURTHER TAKE NOTICE THAT**, on December 29, 2023, the Debtor filed the *Combined Disclosure Statement and Chapter 11 of Reorganization of Hartman SPE, LLC* [Docket No. 372] (as amended by Docket Nos. 431 and 451, and as may be further amended, the "**Combined Disclosure Statement and Plan**"). The Combined Disclosure Statement and Plan proposes to leave the Holders of Allowed Claims fully unimpaired. Accordingly, the Debtor will not be soliciting votes in connection with confirmation of the Combined Disclosure Statement and Plan.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to an Order dated January 29, 2024 [Docket No. 436] (the "**Confirmation Procedures Order**"), a hearing to consider final approval and confirmation of the Combined Disclosure Statement and Plan (the "**Confirmation Hearing**") was scheduled to be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Court Room 4, Wilmington, Delaware 19801, on February 7, 2024, at 11:30 p.m. (*prevailing* Eastern Time) or as soon thereafter as counsel may be heard.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**PLEASE FURTHER TAKE NOTICE THAT** the Confirmation Hearing has been rescheduled to commence on **February 23, 2024, at 2:00 p.m. (*prevailing* Eastern Time).** The Confirmation Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Confirmation Hearing.

## IMPORTANT DATES

| DESCRIPTION | DEADLINE |
|---|---|
| Deadline for Debtor to File Plan Supplement | February 15, 2024 |
| Deadline to File Objections to Combined Disclosure Statement and Plan Based on Information Contained in the Plan Supplement | February 19, 2024 |
| Deadline for Debtor to File (i) Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan and (ii) Consolidated Reply | February 21, 2024 |
| Confirmation Hearing | February 23, 2024, at 2:00 p.m. (*prevailing* Eastern Time) |

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE AND THE CONFIRMATION PROCEDURSE ORDER, IT MAY NOT BE CONSIDERED BY THE COURT.**

Dated: February 6, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
      olivere@chipmanbrown.com

-and-

John E. Mitchell (admitted *pro hac vice*)
Michaela C. Crocker (admitted *pro hac vice*)
Yelena E. Archiyan (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email:  john.mitchell@katten.com
        michaela.crocker@katten.com
        yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*