# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 7, 2024, AT 11:30 A.M. (EASTERN TIME)

> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV**
>
> *\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (PREVAILING EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.\**

**I.  CONTINUED MATTER(S):**

1. Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on December 29, 2023 [Docket No. 373].

    Objection Deadline:    January 31, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:

    i.   Informal comments from the Texas Commission on Environmental Quality (the "**TCEQ**").

    ii.  Informal comments from various Texas *Ad Valorem* Taxing Authorities (the "**Authorities**").

    iii. Informal comments from the Office of the United States Attorney ("**U.S. Attorney**").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] All amended items will appear in **bold.**

  iv.  Informal comments from Cholla Petroleum, Inc. ("**Cholla**").

Related Pleadings:

- A. Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on December 29, 2023 [Docket No. 372].

- B. Order Granting Debtor's Motion to Shorten Notice Regarding Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, entered on January 2, 2024 [Docket No. 376].

- C. Notice of Motion of Debtor for an Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on January 2, 2024 [Docket No. 377].

- D. Notice of Filing of Revised Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on January 8, 2024 [Docket No. 429].

- E. Notice of Filing of Revised Order (I) Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions; and (V) Granting Related Relief, filed on January 8, 2024 [Docket No. 430].

- F. Revised Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on January 8, 2024 [Docket No. 431].

- G. Order (I) Conditionally Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving Notice Provisions; and (V) Granting Related Relief, entered on January 9, 2024 [Docket No. 436].

H. Solicitation Version of Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on January 11, 2024 [Docket No. 451].

I. Notice of Confirmation Hearing and Deadline for Filing Objections, filed on January 16, 2024 [Docket No. 475].

J. **Certification of Counsel Regarding Order (I) Rescheduling Hearing on Final Approval and Confirmation of the Combined Disclosure Statement and Plan of Reorganization of Hartman SPE, LLC and (II) Resetting Related Deadlines, filed on February 6, 2024 [Docket No. 576].**

K. **Order (I) Rescheduling Hearing on Final Approval and Confirmation of the Combined Disclosure Statement and Plan of Reorganization of Hartman SPE, LLC and (II) Resetting Related Deadlines, entered on February 6, 2024 [Docket No. 578].**

L. **Notice of (I) Rescheduled Hearing on Final Approval and Confirmation of the Combined Disclosure Statement and Plan of Reorganization of Hartman SPE, LLC and (II) Resetting Related Deadlines, entered on February 6, 2024 [Docket No. 580].**

Status: This matter has been continued to **the hearing scheduled for February 23, 2024, at 2:00 p.m. (Eastern Time)**.

II. **MATTER(S) FILED UNDER CERTIFICATE OF NO OBJECTION:**

2. Application of Hartman SPE, LLC for Entry of an Order Authorizing the Appointment and Retention of Hirsch & Westheimer, P.C. as Special Finance Counsel Effective as of January 4, 2024, filed on January 16, 2024 [Docket No. 474].

   Objection Deadline:    January 31, 2024, at 4:00 p.m. (Eastern Time).

   Responses Received:    None.

   Related Pleadings:

   A. Certificate of No Objection, filed on February 2, 2024 [Docket No. 566].

   B. **Order Authorizing the Appointment and Retention of Hirsch & Westheimer, P.C. as Special Finance Counsel Effective as of January 4, 2024, entered on February 5, 2024 [Docket No. 570].**

   Status: **The order has been entered.**

**III.    MATTER(S) GOING FORWARD:**

3. Application of the Debtor for Entry of an Order, Pursuant to Sections 327(a) And 328(a) of the Bankruptcy Code: (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc. as Investment Banker for the Debtor; (II) Waiving Certain Information and Timekeeping Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief, filed on January 2, 2024 [Docket No. 385].

    Objection Deadline:    January 31, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:

    i.   Informal comments from the Office of the United States Trustee (the "**U.S. Trustee**").

    ii.  **Informal comments from the Official Committee of Unsecured Creditors (the "Committee").**

    Related Pleadings:

    A.   **Certification of Counsel Regarding Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc. as Investment Banker for the Debtor; (II) Waiving Certain Information and Timekeeping Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief, filed on February 5, 2024 [Docket No. 575].**

    B.   **Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc. as Investment Banker for the Debtor; (II) Waiving Certain Information and Timekeeping Requirements Imposed by Local Rule 2016-2; and (III) Granting Related Relief, entered on February 6, 2024 [Docket No. 579].**

    Status: **The order has been entered.**

**III.    INTERIM FEE APPLICATIONS.**

4. First Interim Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 13, 2023 Through and Including November 30, 2023, filed on January 2, 2024 [Docket No. 383].

    Objection Deadline:    January 23, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.   Certificate of No Objection, filed on January 31, 2024 [Docket No. 545].

- 5 -

        **B.**     **Order Granting First Interim Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 13, 2023 Through and Including November 30, 2023, entered on February 5, 2024 [Docket No. 574].**

Status: **The order has been entered.**

5.    First Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors Committee for the Period September 25, 2023 through November 30, 2023, filed on January 16, 2024 [Docket No. 478].

    Objection Deadline:     January 30, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        **A.**     **Certification of Counsel Regarding the First Interim Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors Committee for the Period September 25, 2023 through November 30, 2023, filed on February 5, 2024 [Docket No. 569].**

Status: **A form of order has been submitted under certification of counsel. Therefore, no hearing is necessary unless otherwise requested by the Court.**

*[THE REMAINDER OF PAGE WAS INTENTIONALLY LEFT BLANK]*

Dated: February **7**, 2024  
       Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*