IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,** [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW) |

### NOTICE OF FILING PLAN SUPPLEMENT TO COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION OF HARTMAN SPE, LLC

**PLEASE TAKE NOTICE** that, on September 13, 2023 (the "**Petition Date**"), Hartman SPE, LLC (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that, on December 29, 2024, the Debtor filed its *Combined Disclosure Statement and Plan of Reorganization of Hartman SPE, LLC* [Docket No. 372] (as may be revised or amended, the "**Combined Disclosure Statement and Plan**").[2] The Combined Disclosure Statement and Plan contemplates the submission of certain documents (or forms thereof) (the "**Plan Supplement**") in advance of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on January 9, 2024, the Bankruptcy Court entered the *Order Motion of Debtor for an Order (I) Conditionally Approving the Adequacy of the Disclosures in the Combined Disclosure Statement and Plan on an Interim Basis, (II) Scheduling*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] The solicitation version of the Combined Disclosure Statement and Plan may be found at Docket No. 451 and has been supplemented by Docket Nos. 595 and 601.

*the Confirmation Hearing and Deadline for Filing Objections, (III) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Approving the Notice Provisions, and (V) Granting Related Relief* [Docket No. 436] (the "**Confirmation Procedures Motion**"), which established January 29, 2024 as the deadline for the Debtor to file the Plan Supplement.  The deadline to file the Plan Supplement was later extended to February 15, 2024 [Docket No. 578].

**PLEASE TAKE FURHTER NOTICE** that, in accordance with the Confirmation Procedures Motion, the Debtor files the following documents that comprise the Plan Supplement:

| **Exhibit** | **Document** |
|---|---|
| A | Exit Facility Documents[3] |
|  | A-1: Promissory Note |
|  | A-2: Loan Agreement |
|  | A-3: Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing |
|  | A-4:  Assignment of Leases and Rents |
|  | A-5:  Environmental Indemnity Agreement |
|  | A-6:  Cash Management Agreement |
|  | A-7:  Deposit Account Control Agreement (Hard Agreement) |
|  | A-8:  Assignment of Management Agreement and Subordination of Management Fees |
|  | A-9:  Collateral Assignment of Interest Rate Cap Agreement |
|  | A-10:  Guaranty of Recourse Obligations |
|  | A-11:  Borrower's Certification |
|  | A-12:  Mezzanine Promissory Note |
|  | A-13:  Mezzanine Loan Agreement |
|  | A-14:  Mezzanine Pledge and Security Agreement |

---

[3]  The Exit Facility Documents are non-binding and remain subject to ongoing review and revision.  The Debtor and Exit Lender each reserve their respective right to modify any and all terms of the Exit Facility Documents up and until the Effective Date of the Plan.

| Exhibit | Document |
|---|---|
|  | A-15: Mezzanine Acknowledgement and Consent |
|  | A-16: Mezzanine Guaranty of Recourse Obligations |
|  | A-17: Mezzanine Environmental Indemnity Agreement |
|  | A-18: Mezzanine Collateral Assignment of Interest Rate Cap Agreement |
|  | A-19: Mezzanine Borrower's Certification |
| B | New Organization Documents |
| C | Rejected Executory Contracts and Unexpired Leases Schedule |
| D | Financial Projections |

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this Plan Supplement are integral to, and considered part of, the Combined Disclosure Statement and Plan. If the Combined Disclosure Statement and Plan is confirmed, the documents contained in the Plan Supplement, as may be amended or supplemented, will be approved by the Bankruptcy Court pursuant to the order confirming the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that Debtor reserves the right to alter, amend, modify, or supplement any document of, or add any document to, the Plan Supplement subject to the terms and conditions of the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the adequacy of disclosures in, and confirmation of, the Combined Disclosure Statement and Plan (the "**Confirmation Hearing**") will be held on **February 23, 2024 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, DE 19801, and may be continued from time to time without further notice other than the announcement by the Debtor of the adjourned date(s) at the Confirmation Hearing or any

continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.

| | |
|---|---|
| Dated: February 15, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br>- and-<br><br>John E. Mitchell (admitted *pro hac vice*)<br>Michaela C. Crocker (admitted *pro hac vice*)<br>Yelena E. Archiyan (admitted *pro hac vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 N. Pearl St., Suite 1100<br>Dallas, TX 75201<br>Telephone: (214) 765-3600<br>Facsimile: (214) 765-3602<br>Email: john.mitchell@katten.com<br>michaela.crocker@katten.com<br>yelena.archiyan@katten.com<br><br>*Counsel to the Debtor and Debtor in Possession* |