# **<u>EXHIBIT B</u>**

**New Organization Documents**

None

300465264v2