# __EXHIBIT C__

**Rejected Executory Contracts and Unexpired Leases Schedule**

None

300465264v2