# EXHIBIT D

Financial Projections

**Disclaimer**

**I.      Disclaimer**

THE FINANCIAL PROJECTIONS, INCLUDING THE UNDERLYING ASSUMPTIONS, SHOULD BE CAREFULLY REVIEWED IN EVALUATING THE COMBINED DISCLOSURE STATEMENT AND PLAN. WHILE THE DEBTOR BELIEVES THE ASSUMPTIONS UNDERLYING THE FINANCIAL PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRENT CIRCUMSTANCES AND EXPECTATIONS, NO ASSURANCE CAN BE GIVEN THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED. THE DEBTOR MAKES NO REPRESENTATION OR WARRANTY AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS.  THE FINANCIAL PROJECTIONS SHOULD BE READ IN CONJUNCTION WITH THE COMBINED DISCLOSURE STATEMENT AND PLAN AND ARE SUBJECT TO ALL ASSUMPTIONS, LIMITATIONS, AND DISCLAIMERS CONTAINED THEREIN.

Holders of Claims against and Interests in the Debtor are advised that the Financial Projections were not prepared with a view toward compliance with the published guidelines of the American Institute of Certified Public Accountants or any other regulatory or professional agency or body or generally accepted accounting principles. FURTHERMORE, AN INDEPENDENT CERTIFIED PUBLIC ACCOUNTANT HAS NOT COMPILED, EXAMINED OR PERFORMED ANY OTHER PROCEDURES WITH RESPECT TO THE FINANCIAL PROJECTIONS.

The Debtor makes no representation as to its ability or that of Silver Star Borrower to achieve the projected results. Many of the assumptions on which the projections are based are inherently subject to significant economic and competitive uncertainties and contingencies beyond the Debtor's or Silver Star Borrower's control. Inevitably, some assumptions will not materialize and unanticipated events and circumstances may affect the actual financial results. Therefore, the actual results achieved throughout the three-year period of the Financial Projections may vary from the projected results, and the variations may be material.

In addition to the assumptions contained herein, the Financial Projections also assume, among other things, that (i) the Combined Disclosure Statement and Plan will be confirmed and consummated in accordance with its terms, (ii) there will be no material adverse change in legislation or regulations, or the administration thereof, that will have an unexpected effect on the operations of the Reorganized Debtor or Silver Star Borrower, (iii) there will be no change in United States generally accepted accounting principles that will have a material effect on the reported financial results of the Reorganized Debtor or Silver Star Borrower, and (iv) there will be no material contingent or unliquidated litigation or indemnity claims applicable to the Reorganized Debtor or Silver Star Borrower.

no material contingent or unliquidated litigation or indemnity claims applicable to the Reorganized Debtor or Silver Star Borrower.

The Debtor does not intend to update or otherwise revise the Financial Projections, including any revisions to reflect events or circumstances existing or arising after the date of this Plan Supplement or to reflect the occurrence of unanticipated events, even if any or all the underlying assumptions do not come to fruition. Furthermore, the Debtor does not intend to update or revise the Financial Projections to reflect changes in general economic or industry conditions.

The Financial Projections assume the occurrence of the Effective Date on or before March 31, 2024. Although the Debtor will likely seek to cause the Effective Date to occur as soon as practicable, there can be no assurance as to when, or whether, the Effective Date will actually occur.

**II.     General Assumptions Underlying Plan Projections**

i) Silver Star Borrower will sell properties at the following approximate rates: 1Q24 - $31.5 million; 2Q24 - $32.1 million; 3Q24 - $57.3 million; and 4Q24 - $21.4 million.

ii) Where available, Silver Star Borrower applied contracted sales prices and closing schedules. For Properties not under contract, Silver Star Borrower utilized information obtained through the marketing of the Properties and/or discounted cash flow models.

iii) The Exit Facility will be repaid on or about November 31, 2024 from the net proceeds of Property sales.

iv) 6% interest rate and capitalization rate related to the acquisition of self-storage properties.

v) Silver Star Borrower will incur interest on the Exit Facility at a rate of SOFR + 10%. Silver Star Borrower applied SOFR forward rates to determine Interest Cost in future periods.

vi) Total Property revenues include estimated future market income amounts subsequent to the expiration of current lease agreements.

| Legacy Properties | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 |
|---|---:|---:|---:|---:|---:|
| **Beginning Cash Balance** | | | | | |
| *Operating Account - Cash* | $ 2,272,988 | $ 3,438,253 | $ 3,532,177 | $ 3,582,871 | $ 3,695,608 |
| Total Property Revenue | $ 5,682,608 | $ 4,824,635 | $ 4,562,569 | $ 4,331,555 | $ 3,518,154 |
| Property Operating Expenses | $ (3,113,222) | $ (2,939,309) | $ (2,904,842) | $ (2,875,208) | $ (2,483,473) |
| **NOI** | $ 2,569,387 | $ 1,885,326 | $ 1,657,727 | $ 1,456,347 | $ 1,034,680 |
| Interest Cost | $ (1,404,121) | $ (1,791,403) | $ (1,607,033) | $ (1,343,610) | $ (1,331,856) |
| **FFO** | $ 1,165,266 | $ 93,924 | $ 50,694 | $ 112,737 | $ (297,176) |
| Capex/TI/LC | $ (846,781) | $ (597,773) | $ (548,250) | $ (698,558) | $ (553,124) |
| TI/LC Reserve Draws | $ 846,781 | $ 597,773 | $ 548,250 | $ 698,558 | $ 553,124 |
| G&A | $ (554,247) | $ (692,849) | $ (814,724) | $ (796,977) | $ (563,877) |
| G&A Reserve Draw | $ 554,247 | $ 692,849 | $ 814,724 | $ 796,977 | $ 563,877 |
| **Minimum Interest and Fee Payoff** | | | | | |
| **Net Cash Flow** | $ 1,165,266 | $ 93,924 | $ 50,694 | $ 112,737 | $ (297,176) |
| **Ending Cash Balance - Borrower** | $ 3,438,253 | $ 3,532,177 | $ 3,582,871 | $ 3,695,608 | $ 3,398,433 |

| Self Storage Properties | | | | | |
|---|---:|---:|---:|---:|---:|
| New Acqusition NOI | $ - | $ - | $ - | $ - | $ - |
| **Total NOI** | $ - | $ - | $ - | $ - | $ - |
| Interest Cost | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| CAPEX Reserve | $ - | $ - | $ - | $ - | $ - |
| G&A | | | | | |
| Net Cash Flow From Self Storage Pivot | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) |
| Final Net Cash On Hand | $ 3,438,253 | $ 3,532,177 | $ 3,582,871 | $ 3,695,607 | $ 3,398,432 |

| Legacy Properties | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | |
| *Operating Account - Cash* | $ 3,398,433 | $ 3,154,466 | $ 3,403,480 | $ 4,022,125 | $ 4,939,034 | $ 7,199,891 |
| Total Property Revenue | $ 3,335,160 | $ 2,944,813 | $ 2,639,926 | $ 2,576,786 | $ 2,406,598 | $ 1,943,924 |
| Property Operating Expenses | $ (2,406,589) | $ (2,157,565) | $ (1,729,884) | $ (1,573,098) | $ (1,477,141) | $ (1,145,793) |
| **NOI** | $ 928,571 | $ 787,249 | $ 910,042 | $ 1,003,688 | $ 929,457 | $ 798,131 |
| Interest Cost | $ (1,172,538) | $ (538,234) | $ (291,398) | $ (86,779) | $ - | $ - |
| **FFO** | $ (243,967) | $ 249,014 | $ 618,645 | $ 916,909 | $ 929,457 | $ 798,131 |
| Capex/TI/LC | $ (866,845) | $ (508,821) | $ (552,723) | $ (509,142) | $ (386,486) | $ (1,176,228) |
| TI/LC Reserve Draws | $ 866,845 | $ 508,821 | $ 552,723 | $ 509,142 | $ 1,513,163 | |
| G&A | $ (638,837) | $ (1,503,917) | $ (766,817) | $ (497,917) | $ (497,335) | $ (628,717) |
| G&A Reserve Draw | $ 638,837 | $ 1,503,917 | $ 766,817 | $ 497,917 | $ 1,640,888 | |
| **Minimum Interest and Fee Payoff** | | | | | $ (938,830) | |
| **Net Cash Flow** | $ (243,967) | $ 249,014 | $ 618,645 | $ 916,909 | $ 3,199,688 | $ (1,006,813) |
| **Ending Cash Balance - Borrower** | $ 3,154,466 | $ 3,403,480 | $ 4,022,125 | $ 4,939,034 | $ 7,199,891 | $ 6,193,078 |
| **Self Storage Properties** | | | | | | |
| New Acqusition NOI | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total NOI** | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Cost | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| CAPEX Reserve | $ - | $ - | $ - | $ - | $ - | $ - |
| G&A | | | | | | |
| Net Cash Flow From Self Storage Pivot | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) |
| **Final Net Cash On Hand** | $ 3,154,464 | $ 3,403,478 | $ 4,022,123 | $ 4,939,031 | $ 8,138,719 | $ 7,131,905 |

| Legacy Properties | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | |
| *Operating Account - Cash* | $ 6,193,078 | $ 6,066,443 | $ 5,911,538 | $ 5,570,994 | $ 4,985,377 | $ 4,736,959 |
| Total Property Revenue | $ 1,757,283 | $ 1,538,952 | $ 1,030,432 | $ 883,152 | $ 458,081 | $ 283,894 |
| Property Operating Expenses | $ (1,041,982) | $ (876,626) | $ (561,644) | $ (469,134) | $ (255,043) | $ (159,036) |
| **NOI** | $ 715,300 | $ 662,326 | $ 468,788 | $ 414,018 | $ 203,039 | $ 124,858 |
| Interest Cost | $ - | $ - | $ - | $ - | $ - | $ - |
| **FFO** | $ 715,300 | $ 662,326 | $ 468,788 | $ 414,018 | $ 203,039 | $ 124,858 |
| Capex/TI/LC | $ (327,098) | $ (433,020) | $ (425,122) | $ (615,424) | $ (67,246) | $ (142,728) |
| TI/LC Reserve Draws | | | | | | |
| G&A | $ (514,837) | $ (384,210) | $ (384,210) | $ (384,210) | $ (384,210) | $ (384,210) |
| G&A Reserve Draw | | | | | | |
| **Minimum Interest and Fee Payoff** | | | | | | |
| **Net Cash Flow** | $ (126,635) | $ (154,905) | $ (340,544) | $ (585,617) | $ (248,418) | $ (402,080) |
| **Ending Cash Balance - Borrower** | $ 6,066,443 | $ 5,911,538 | $ 5,570,994 | $ 4,985,377 | $ 4,736,959 | $ 4,334,879 |
| **Self Storage Properties** | | | | | | |
| New Acqusition NOI | $ 33,388 | $ 138,470 | $ 249,228 | $ 330,283 | $ 424,487 | $ 793,490 |
| **Total NOI** | $ 33,388 | $ 138,470 | $ 249,228 | $ 330,283 | $ 424,487 | $ 793,490 |
| Interest Cost | $ 17,028 | $ 70,450 | $ 126,402 | $ 167,180 | $ 214,817 | $ 402,532 |
| CAPEX Reserve | $ (1,948) | $ (8,077) | $ (14,538) | $ (19,266) | $ (24,762) | $ (46,287) |
| G&A | | | | | | |
| Net Cash Flow From Self Storage Pivot | $ 14,412 | $ 59,943 | $ 108,288 | $ 143,836 | $ 184,908 | $ 344,671 |
| Final Net Cash On Hand | $ 7,019,682 | $ 6,924,720 | $ 6,692,464 | $ 6,250,683 | $ 6,187,173 | $ 6,129,763 |

| Legacy Properties | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | |
| *Operating Account - Cash* | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |
| Total Property Revenue | $ - | $ - | $ - | $ - | $ - | $ - |
| Property Operating Expenses | $ - | $ - | $ - | $ - | $ - | $ - |
| **NOI** | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Cost | $ - | $ - | $ - | $ - | $ - | $ - |
| **FFO** | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex/TI/LC | $ - | $ - | $ - | $ - | $ - | $ - |
| TI/LC Reserve Draws | | | | | | |
| G&A | $ - | $ - | $ - | $ - | $ - | $ - |
| G&A Reserve Draw | | | | | | |
| **Minimum Interest and Fee Payoff** | | | | | | |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Ending Cash Balance - Borrower** | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |
| **Self Storage Properties** | | | | | | |
| New Acqusition NOI | $ 909,328 | $ 1,096,791 | $ 1,232,242 | $ 1,376,069 | $ 1,377,494 | $ 1,377,494 |
| **Total NOI** | $ 909,328 | $ 1,096,791 | $ 1,232,242 | $ 1,376,069 | $ 1,377,494 | $ 1,377,494 |
| Interest Cost | $ 459,732 | $ 554,766 | $ 622,896 | $ 695,566 | $ 695,566 | $ 695,566 |
| CAPEX Reserve | $ (53,044) | $ (63,979) | $ (71,881) | $ (80,271) | $ (80,354) | $ (80,354) |
| G&A | (384,210) $ | (384,210) $ | (384,210) $ | (384,210) $ | (384,210) $ | (384,210) |
| Net Cash Flow From Self Storage Pivot | $ 12,341 | $ 93,835 | $ 153,255 | $ 216,021 | $ 217,363 | $ 217,363 |
| Final Net Cash On Hand | $ 6,142,104 | $ 6,235,939 | $ 6,389,193 | $ 6,605,214 | $ 6,822,577 | $ 7,039,940 |

| Legacy Properties | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 |
|---|---:|---:|---:|---:|---:|---:|
| **Beginning Cash Balance** | | | | | | |
| *Operating Account - Cash* | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |
| Total Property Revenue | $ - | $ - | $ - | $ - | $ - | $ - |
| Property Operating Expenses | $ - | $ - | $ - | $ - | $ - | $ - |
| **NOI** | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Cost | $ - | $ - | $ - | $ - | $ - | $ - |
| **FFO** | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex/TI/LC | $ - | $ - | $ - | $ - | $ - | $ - |
| TI/LC Reserve Draws | | | | | | |
| G&A | $ - | $ - | $ - | $ - | $ - | $ - |
| G&A Reserve Draw | | | | | | |
| **Minimum Interest and Fee Payoff** | | | | | | |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Ending Cash Balance - Borrower** | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |
| **Self Storage Properties** | | | | | | |
| New Acqusition NOI | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 |
| **Total NOI** | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 |
| Interest Cost | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 |
| CAPEX Reserve | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) |
| G&A | $ (384,210) | $ (352,863) | $ (352,863) | $ (352,863) | $ (352,863) | $ (352,863) |
| Net Cash Flow From Self Storage Pivot | $ 258,688 | $ 290,035 | $ 290,035 | $ 290,035 | $ 290,035 | $ 290,035 |
| Final Net Cash On Hand | $ 7,298,628 | $ 7,588,663 | $ 7,878,698 | $ 8,168,733 | $ 8,458,767 | $ 8,748,802 |

| Legacy Properties | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | |
| *Operating Account - Cash* | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |
| Total Property Revenue | $ - | $ - | $ - | $ - | $ - | $ - |
| Property Operating Expenses | $ - | $ - | $ - | $ - | $ - | $ - |
| **NOI** | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Cost | $ - | $ - | $ - | $ - | $ - | $ - |
| **FFO** | $ - | $ - | $ - | $ - | $ - | $ - |
| Capex/TI/LC | $ - | $ - | $ - | $ - | $ - | $ - |
| TI/LC Reserve Draws | | | | | | |
| G&A | $ - | $ - | $ - | $ - | $ - | $ - |
| G&A Reserve Draw | | | | | | |
| **Minimum Interest and Fee Payoff** | | | | | | |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Ending Cash Balance - Borrower** | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 | $ 4,334,879 |

| Self Storage Properties | | | | | | |
|---|---|---|---|---|---|---|
| New Acqusition NOI | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 |
| **Total NOI** | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 | $ 1,418,818 |
| Interest Cost | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 | $ 695,566 |
| CAPEX Reserve | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) | $ (80,354) |
| G&A | $ (352,863) | $ (352,863) | $ (352,863) | $ (352,863) | $ (352,863) | $ (352,863) |
| Net Cash Flow From Self Storage Pivot | $ 290,035 | $ 290,035 | $ 290,035 | $ 290,035 | $ 290,035 | $ 290,035 |
| Final Net Cash On Hand | $ 9,038,837 | $ 9,328,872 | $ 9,618,907 | $ 9,908,942 | $ 10,198,977 | $ 10,489,011 |

| Legacy Properties | | Feb-27 |
|---|---|---:|
| **Beginning Cash Balance** | | |
| *Operating Account - Cash* | $ | 4,334,879 |
| Total Property Revenue | $ | - |
| Property Operating Expenses | $ | - |
| **NOI** | $ | - |
| Interest Cost | $ | - |
| **FFO** | $ | - |
| Capex/TI/LC | $ | - |
| TI/LC Reserve Draws | | |
| G&A | $ | - |
| G&A Reserve Draw | | |
| **Minimum Interest and Fee Payoff** | | |
| **Net Cash Flow** | $ | - |
| **Ending Cash Balance - Borrower** | $ | 4,334,879 |

| Self Storage Properties | | |
|---|---|---:|
| New Acqusition NOI | $ | 1,418,818 |
| **Total NOI** | $ | 1,418,818 |
| Interest Cost | $ | 695,566 |
| CAPEX Reserve | $ | (80,354) |
| G&A | $ | (352,863) |
| Net Cash Flow From Self Storage Pivot | $ | 290,035 |
| Final Net Cash On Hand | $ | 10,779,046 |