IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 21, 2024, AT 10:30 A.M. (EASTERN TIME)**

> **THIS WILL BE A REMOTE HEARING CONDUCTED VIA ZOOM. ANY PARTY CAN ATTEND AND PARTICIPATE VIA ZOOM, INCLUDING WITNESSES, AND OTHER PARTIES MAKING ARGUMENTS.**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (PREVAILING EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.\***
>
> **AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

**I.    MATTER(S) GOING FORWARD.**

1. Debtor's Emergency Motion for an Order (I) Determining Allowed Amount of the Prepetition Lender Secured Claim and (II) Compelling Compliance with Confirmation Order by KeyBank National Association, filed on March 15, 2024 [Docket No. 707].

    Objection Deadline:     At the hearing.

    Responses Received:     None.

    Related Pleadings:

    A.  Motion to Shorten Notice Regarding Debtor's Emergency Motion for an Order (I) Determining Allowed Amount of the Prepetition Lender Secured Claim and (II) Compelling Compliance with Confirmation Order by KeyBank National Association, filed on March 15, 2024 [Docket No. 708].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

B.        Order Granting Motion to Shorten Notice Regarding Debtor's Emergency Motion for an Order (I) Determining Allowed Amount of the Prepetition Lender Secured Claim and (II) Compelling Compliance with Confirmation Order by KeyBank National Association, entered on March 18, 2024 [Docket No. 713].

C.        Notice of Debtor's Emergency Motion for an Order (I) Determining Allowed Amount of the Prepetition Lender Secured Claim and (II) Compelling Compliance with Confirmation Order by KeyBank National Association, filed on March 18, 2024 [Docket No. 714].

Status: This matter will go forward.

Dated: March 19, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*