# EXHIBIT A

## (*Proposed* Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Related Docket No.** |

**ORDER GRANTING DEBTOR'S FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

This matter having come before the Court upon consideration of the *Debtor's First (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, And Local Rule 3007-1* (the "**First Omnibus Objection**");[2] notice of the First Omnibus Objection having been properly and timely served upon: (i) the claimants listed on **Schedules 1, 2, 3, 4 and 5** at the addresses set forth on each claimant's respective proof of claim, (ii) the U.S. Trustee, and (iii) parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002; upon the record of the hearing to consider the relief requested in the First Omnibus Objection; and, after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A.      The Court has jurisdiction over this case under 28 U.S.C. § 1334(b).

B.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

1       The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

2       Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Omnibus Objection.

C.      Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D.      The Court has reviewed the First Omnibus Objection and has considered the representations of counsel regarding the relief requested therein.

E.      The relief requested in the First Omnibus Objection is necessary and in the best interests of the Debtor and its estate.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The First Omnibus Objection is GRANTED, as set forth in this Order.

2.      The claims listed on **<u>Schedules 1, 2, 3, 4 and 5</u>** attached hereto are hereby disallowed in their entirety as set forth on Schedules 1, 2, 3, 4 and 5 with respect to each Disputed Claim.

3.      The Debtor's claims agent shall amend the claims register maintained in the Debtor's Chapter 11 Case to conform to this Order.

4.      The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      Any and all rights of the Debtor to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims, and defenses of the Debtor with respect to any and all of the Disputed Claims shall

4876-2876-6383, v. 1

be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtor with respect to the Disputed Claims.

6.      This Order shall be a final order with respect to each of the Proofs of Claim identified on Schedules 1, 2, 3, 4 and 5 annexed hereto, as if each such Proof of Claim had been individually objected to.

7.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry by the Court.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

4876-2876-6383, v. 1

# Schedule 1

**Schedule 1 - Amended/Superseded Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| BLANCO ELECTRIC LTD CO ATTN MALISSA LOPEZ 13333 NORTHWEST FWY, STE 200 HOUSTON, TX  77040 | 10093 | 10087 | $6,701.41 | Claim 10087 was amended by claim 10093 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| BRADFORD CAPITAL HOLDINGS, LP C/O BRADFORD CAPITAL MANAGEMENT LLC TRANSFEROR: ALL TEX ROOFING LLC | 10079 | 10077 | $100,395.41 | Claim 10077 was amended by claim 10079 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| CINTAS CORPORATION ATTN ANN DEAN, LITIGATION PARALEGAL 6800 CINTAS BLVD. MASON, OH  45040 | 10176 | 10083 | $2,835.61 | Claim 10083 was amended by claim 10176 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| CITY OF HOUSTON C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253-3064 | 134 | 11 | $616,183.66 | Claim 11 was amended by claim 134 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| CRG FINANCIAL LLC TRANSFEROR: MOREIRA, MORIS 84 HERBERT AVE, BUILDING B, STE 202 CLOSTER, NJ  07624 | 10070 | 10069 | $90,798.67 | Claim 10069 was amended by claim 10070 and, therefore, no longer represents a valid claim against the Debtor's estate. |

**Schedule 1 - Amended/Superseded Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| CYPRESS-FAIRBANKS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253-3064 | 132 | 7 | $63,887.65 | Claim 7 was amended by claim 132 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN JOHN KENDRICK TURNER 2777 N STEMMONS FWY, STE 1000 DALLAS, TX  75207 | 10023 | 10000 | $2,170,042.61 | Claim 10000 was amended by claim 10023 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| DYNAMIC MECHANICAL SOLUTIONS PO BOX 222073 DALLAS, TX  75222 | 10020 | 10007 | $203,191.85 | Claim 10007 was amended by claim 10020 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| ENGIE RESOURCES LLC ATTN GENERAL COUNSEL 1360 POST OAK BLVD, STE 400 HOUSTON, TX  77056 | 10231 | 10003 | $1,138,783.92 | Claim 10003 was amended by claim 10231 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| ENVIROTECH WATER TREATMENT LLC 7600 JEFFERSON CIRCLE COLLEYVILLE, TX  76034 | 10221 | 10194 | $2,738.74 | Claim 10194 was amended by claim 10221 and, therefore, no longer represents a valid claim against the Debtor's estate. |

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| FEDERAL MAINTENANCE SVC INC. 10000 MULA RD STAFFORD, TX  77477 | 10076 | 50 10075 | $13,314.76 | Claim  10075 was amended by claim 10076 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CNTY MUNICIPAL UTILITY DIST #186 ATTN CARL O SANDIN 1235 NORTH LOOP W, STE 600 HOUSTON, TX  77008 | 10151 | 10152 | $1,497.46 | Claim 10152 was amended by claim 10153 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CO ESD #09 C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON,  TX  77253-3064 | 144 | 17 | $2,621.46 | Claim 17 was amended by claim 144 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CO ESD #11 C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON,  TX  77253-3064 | 146 | 16 | $5,172.28 | Claim 16 was amended by claim 146 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CO ESD #12 C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON,  TX  77253-3064 | 148 | 15 | $384.96 | Claim 15 was amended by claim 148 and, therefore, no longer represents a valid claim against the Debtor's estate. |

## Schedule 1 - Amended/Superseded Claims

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| HARRIS CO ESD #16<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON,  77253-3064 | 150 | 14 | $3,262.33 | Claim 14 was amended by claim 150 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CO ESD #28<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | 152 | 13 | $6,255.95 | Claim 13 was amended by claim 152 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HARRIS CO ESD #29<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | 154 | 6 | $3,240.62 | Claim 6 was amended by claim 154 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HOUSTON COMM COLL SYSTEM<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | 136 | 10 | $89,531.97 | Claim 10 was amended by claim 136 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| HOUSTON ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>PO BOX 3064<br>HOUSTON,  77253-3064 | 138 | 9 | $842,890.35 | Claim 9 was amended by claim 138 and, therefore, no longer represents a valid claim against the Debtor's estate. |

**Schedule 1 - Amended/Superseded Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| HYPERLINKS MEDIA LLC ATTN MONET ST JUSTE 2401 FOUNTAIN VIEW DR, STE 312 HOUSTON, TX  77057 | 10224 | 10223 | $2,304.55 | Claim 10223 was amended by claim 10224 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| IT NETWORK PROFESSIONALS, L.L.C. (ADDRESS REDACTED) | 10173 | 10171 | $2,280.00 | Claim 10171 was amended by claim 10173 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| KATY ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON,  TX 77253-3064 | 140 | 8 | $116,532.48 | Claim 8 was amended by claim 140 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| LONE STAR COLLEGE SYSTEM C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP PO BOX 3064 HOUSTON,  TX 77253-3064 | 142 | 5 | $36,851.20 | Claim 5 was amended by claim 142 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| NATIONS ROOF HOUSTON LLC ATTN DAVID GERSH 851 E I-65 SERVICE RD S, STE 300 MOBILE, AL  36606 | 10096 | 10094 | $17,283.77 | Claim 10094 was amended by claim 10096 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| NORTH STAR UNIFORMS AND EMBROIDERY INC. 202 E GOSHEN ST CANTON, TX  75103 | 10073 | 10072 | $1,455.10 | Claim 10072 was amended by claim 10073 and, therefore, no longer represents a valid claim against the Debtor's estate. |

**Schedule 1 - Amended/Superseded Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| POPP HUTCHESON PLLC<br>C/O FRITZ BYRNE PLLC<br>ATTN LISA C FANCHER<br>402 W SEVENTH ST<br>AUSTIN, TX  78703 | 160 | 10135 | $81,719.65 | Claim 160 was amended by claim 10135 and, Claim 10135 was amended by claim 10227 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| PRESTONWOOD PARK SHOPPING CENTER LLC<br>2540 K AVE, STE 388<br>PLANO, TX  75074 | 124 | 122 | $173,587.04 | Claim 122 was amended by claim 124 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| PRITCHARD INDUSTRIES<br>1111 S SHERMAN ST, STE 101<br>RICHARDSON, TX  75081 | 10211 | 10123 | $701,027.23 | Claim 10123 was amended by claim 12011 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| PROMISE TOTAL SERVICES INC<br>C/O JAMES MCCOWN, ESQ<br>15851 DALLAS PKWY, STE 525<br>ADDISON, TX  75001 | 10005 | 10004 | $209,129.19 | Claim 10004 was amended by claim 10005 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN JOHN KENDRICK TURNER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | 10024 | 10001 | $254,384.01 | Claim 10001 was amended by claim 10024 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| TORRES, ISAIAS D.<br>(ADDRESS REDACTED) | 10193 | 106 | $4,172.00 | Claim 106 was amended by claim 10193 and, therefore, no longer represents a valid claim against the Debtor's estate. |

**Schedule 1 - Amended/Superseded Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| TRC MASTER FUND, LLC<br>TRANSFEROR: JOE EAST<br>ENTERPRISES INC<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY  11598 | 10206 | 10116 | $68,868.68 | Claim 10116 was amended by claim 10206 and, therefore, no longer represents a valid claim against the Debtor's estate. |
| WEIMHOFF & CO INC.<br>D/B/A INTERTECH FLOORING<br>ATTN KIMBERLY COE<br>11827 TECH COM RD, STE 100<br>SAN ANTONIO, TX  78233 | 10029 | 10028 | $46,511.78 | Claim 10028 was amended by claim 10029 and, therefore, no longer represents a valid claim against the Debtor's estate. |

## Schedule 2

**Schedule 2 - Duplicate Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| AA TIGER STRIPE INC.<br>303 BROOKWOOD FOREST DR.<br>SUNNYVALE, TX  75182 | 10114 | 65 | $9,037.80 | Claim 65 is a duplicate of 10114, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| AMITY CONSTRUCTION CO<br>1404 BROOKSIDE DRIVE<br>CARROLTON, TX  75007 | 10061 | 58 | $132,185.09 | Claim 58 is a duplicate of 10061, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| BRUNBALOW, KAY L<br>(ADDRESS REDACTED) | 64 | 10138 | $18,132.08 | Claim 10138 is a duplicate of 64, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| FEDERAL MAINTENANCE SERVICES INC.<br>10000 MULA RD<br>STAFFORD, TX  77477 | 10076 | 50 | $13,314.76 | Claim 50 is a duplicate of 10076, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| IT NETWORK PROFESSIONALS, L.L.C.<br>(ADDRESS REDACTED) | 10171 | 10173 | $2,280.00 | Claim 10173 is a duplicate of 10171, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

### Schedule 2 - Duplicate Claims

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| MASSEY LAW FIRM PLLC ATTN: DWAINE MASSEY 601 SAWYER ST, STE 225 HOUSTON, TX  77007-7562 | 31 | 10054 | $3,282.50 | Claim 10054 is a duplicate of 31, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| PAMELA A BOYD ROBERTS IRA (ADDRESS REDACTED) | 63 | 10134 | $63,443.61 | Claim 10134 is a duplicate of 63, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| POPP HUTCHESON PLLC C/O FRITZ BYRNE PLLC ATTN LISA C FANCHER 402 W SEVENTH ST AUSTIN, TX  78703 | 160 | 10227 | $81,719.65 | Claim 10134 is a duplicate of 63, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| SHARIFF, AWARA (ADDRESS REDACTED) | 10156 | 10034 | $13,734.76 | Claim 10156 is a duplicate of 10034, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| TORRES, ISAIAS D. (ADDRESS REDACTED) | 10193 | 106 | $4,172.00 | Claim 106 is a duplicate of 10193, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

# Schedule 3

**Schedule 3 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| APTIVE DIAGNOSTICS LLC<br>ATTN: MICHAEL FRIED<br>5745 BROOKFIELD CIR.<br>FORT LAUDERDALE, FL  33312 | 12/29/2023 | 10208 | $903.50 | Claim was filed after the applicable November 13, 2023, bar date |
| ARGO PARTNERS<br>TRANSFEROR: STANLEY<br>RESTORATION LLC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY  10018 | 11/16/2023 | 73 | $1,737.27 | Claim was filed after the applicable November 13, 2023, bar date |
| ASM CAPITAL X LLC<br>TRANSFEROR: C&F JANITORIAL<br>BUILDING SERV<br>ATTN: ADAM MOSKOWITZ<br>100 JERICHO QUADRANGLE, STE 230<br>JERICHO, NY  11753 | 11/20/2023 | 74 | $7,398.91 | Claim was filed after the applicable November 13, 2023, bar date |
| BROOKS, SUSAN<br>(ADDRESS REDACTED) | 12/6/2023 | 93 | $345.04 | Claim was filed after the applicable November 13, 2023, bar date |

### Schedule 3 - Late Filed Claims
### Bar Date:  November 13, 2023
### Governmental Bar Date:  March 11, 2024

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| CHAPPELL COUNSELING SERVICE LLC<br>ATTN: NINA CHAPPELL<br>8613 TREASURY CV.<br>ROWLETT, TX  75089 | 12/11/2023 | 104 | $270.83 | Claim was filed after the applicable November 13, 2023, bar date |
| CHAUDHRI TAX & BOOKKEEPING INC A TX CORP<br>ATTN: ANNE CHAUDHRI<br>1548 SILVER SPUR DR<br>ALLEN, TX  75002 | 12/19/2023 | 10201 | $2,830.50 | Claim was filed after the applicable November 13, 2023, bar date |
| CHEMAQUA<br>ATTN: CREDIT DEPT.<br>2727 CHEMSEARCH BLVD.<br>IRVING, TX  75062 | 2/13/2024 | 159 | $2,007.55 | Claim was filed after the applicable November 13, 2023, bar date |
| CHEMSEARCHFE<br>ATTN: CREDIT DEPT.<br>2727 CHEMSEARCH BLVD.<br>IRVING, TX  75062 | 2/13/2024 | 158 | $3,989.01 | Claim was filed after the applicable November 13, 2023, bar date |
| COMFORT ZONE<br>6218 DEERSKIN ST.<br>SAN ANTONIO, TX  78238 | 1/17/2024 | 10215 | $5,017.00 | Claim was filed after the applicable November 13, 2023, bar date |

### Schedule 3 - Late Filed Claims
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| CONSTRUCTION101FORWOMEN.COM LLC<br>11811 NORTH FWY., STE. 490<br>HOUSTON, TX  77060 | 12/11/2023 | 102 | $2,236.00 | Claim was filed after the applicable November 13, 2023, bar date |
| CORNERSTONE COMMUNITY ASSOCIATION INC.<br>4635 SOUTHWEST FWY, STE 580<br>HOUSTON, TX  77027 | 1/10/2024 | 10213 | $11,430.30 | Claim was filed after the applicable November 13, 2023, bar date |
| DATAWATCH SYSTEMS INC.<br>4520 EAST WEST HWY, STE 200<br>BETHESDA, MD  20814 | 1/10/2024 | 10214 | $101,178.22 | Claim was filed after the applicable November 13, 2023, bar date |
| DAVID N WRIGHT & ASSOCIATES LLC<br>ATTN: ZHEN WU<br>525 ROUND ROCK W, STE A-145<br>ROUND ROCK, TX  78681 | 12/11/2023 | 108 | $2,643.96 | Claim was filed after the applicable November 13, 2023, bar date |
| DAVID N WRIGHT & ASSOCIATES LLC<br>ATTN: ZHEN WU<br>525 ROUND ROCK W, STE A-145<br>ROUND ROCK, TX  78681 | 12/11/2023 | 109 | $3,997.50 | Claim was filed after the applicable November 13, 2023, bar date |
| EMMAUS HEALTH CARE PLLC<br>ATTN: CHERYL JONES<br>8603 BRETT FORK<br>RICHMOND, TX  77406 | 12/20/2023 | 10202 | $2,678.01 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 3 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| ENGLAND, THOMAS L, III (ADDRESS REDACTED) | 1/22/2024 | 129 | $733.83 | Claim was filed after the applicable November 13, 2023, bar date |
| ENTOMOLOGY ASSOCIATES INC. PO BOX 70375 HOUSTON, TX  77270 | 12/12/2023 | 110 | $1,230.00 | Claim was filed after the applicable November 13, 2023, bar date |
| ENVIROTECH WATER TREATMENT LLC 7600 JEFFERSON CIRCLE COLLEYVILLE, TX  76034 | 12/7/2023 | 10194 | $2,738.74 | Claim was filed after the applicable November 13, 2023, bar date |
| ESE PARTNERS LLC 2002 W GRAND PKWY N, STE 140 KATY, TX  77449 | 12/26/2023 | 115 | $4,854.27 | Claim was filed after the applicable November 13, 2023, bar date |
| FCH OPCO 1 LLC D/B/A HIGHTECH SIGNS DFW 1878 W MOCKINGBIRD LN. DALLAS, TX  75235 | 2/21/2024 | 10230 | $1,536.13 | Claim was filed after the applicable November 13, 2023, bar date |

# Schedule 4

**Schedule 4**
**Tenant Deposits - Properties Sold During Case**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| BEST, JOSHUA J. (ADDRESS REDACTED) | 10186 | $1,162.17 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease. |
| EMMAUS HEALTH CARE PLLC ATTN: CHERYL JONES 8603 BRETT FORK RICHMOND, TX  77406 | 10202 | $2,678.01 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease.<br><br>**ALSO LATE FILED CLAIM** |
| GAMBOA, MARCEL (ADDRESS REDACTED) | 113 | $761.75 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease. |
| ITANI, TAREK S (ADDRESS REDACTED) | 10166 | $1,141.74 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease. |
| K. RENEE SALON 3100 TIMMONS LANE, STE #130 HOUSTON, TX 77027 | 10225 | $14,134.82 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease.<br><br>**ALSO LATE FILED CLAIM** |

**Schedule 4**
**Tenant Deposits - Properties Sold During Case**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| REACH HEALTHCARE ALLIED SERVICES LLC<br>14617 BEECHNUT ST, STE A<br>HOUSTON, TX  77083 | 114 | $3,696.69 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease.<br><br>**ALSO LATE FILED CLAIM** |
| REDDEN, VICKI THORNTON<br>(ADDRESS REDACTED) | 85 | $1,397.50 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease.e.<br><br>**ALSO LATE FILED CLAIM** |
| TOUCHY, STEPHEN H.<br>(ADDRESS REDACTED) | 40 | $1,472.50 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease. |
| XUE, HONG HUI<br>C/O LILY FOOD SERVICE LLC<br>5456 WALZEM RD.<br>SAN ANTONIO, TX 78218 | 86 | $2,665.00 | Security deposits associated with properties sold by the Debtor during the bankruptcy case transferred to the buyer and will be addressed pursuant to the terms of the underlying lease.<br><br>**ALSO LATE FILED CLAIM** |

# Schedule 5

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| AFFILIATES IN PHYSICAL THERAPY INC.<br>C/O DIAMOND MCCARTHY LLP<br>ATTN CHRISTOPHER JOHNSON<br>909 FANNIN ST, STE 3700<br>HOUSTON, TX 77010 | 10089 | $12,062.25 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| AFFILIATES PRIME LLC<br>C/O DIAMOND MCCARTHY LLP<br>ATTN CHRISTOPHER JOHNSON<br>909 FANNIN ST, STE 3700<br>HOUSTON, TX 77010 | 10090 | $3,906.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| AHLERS FINANCIAL GROUP LLC<br>4110 N. SCOTTSDALE ROAD, SUITE 125<br>SCOTTSDALE, AZ  85251 | 10179 | $0.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| ALBRIGHT, GLENN C.<br>(ADDRESS REDACTED) | 10106 | $2,125.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| APTIVE DIAGNOSTICS LLC<br>ATTN MICHAEL FRIED<br>5745 BROOKFIELD CIR.<br>FORT LAUDERDALE, FL  33312 | 10208 | $903.50 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| BEST, JOSHUA J.<br>(ADDRESS REDACTED) | 10186 | $1,162.17 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| BROOKS, SUSAN<br>(ADDRESS REDACTED) | 93 | $345.04 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| CARDINAL FINANCIAL COMPANY<br>ATTN ACCOUNTING<br>3530 TORINGDON WAY STE 200<br>CHARLOTTE, NC 28277-3436 | 10141 | $656.25 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| CHAPPELL COUNSELING SERVICE LLC<br>ATTN NINA CHAPPELL<br>8613 TREASURY CV.<br>ROWLETT, TX  75089 | 104 | $270.83 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| CHAUDHRI TAX & BOOKKEEPING INC A TX CORP.<br>ATTN ANNE CHAUDHRI<br>1548 SILVER SPUR DR.<br>ALLEN, TX 75002 | 10201 | $2,830.50 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| COLWICK TRAVEL CORPORATION<br>ATTN: GREGORY STEWART<br>14114 N DALLAS PARKWAY STE 450<br>DALLAS, TX  75240 | 10170 | $4,733.75 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| CONNECT HOME HEALTH LLC<br>7001 BOULEVARD 26, SUITE 501<br>ATTN: EZRA KUENZI<br>NORTH RICHLAND HILLS, TX  76180 | 10191 | $1,875.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| CONSTRUCTION101FORWOMEN.COM LLC<br>11811 NORTH FWY, STE 490<br>HOUSTON, TX  77060 | 102 | $2,236.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| DAVID N WRIGHT & ASSOCIATES LLC<br>ATTN ZHEN WU<br>525 ROUND ROCK W, STE A-145<br>ROUND ROCK, TX  78681 | 108 | $2,643.96 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| DAVID N WRIGHT & ASSOCIATES LLC<br>ATTN ZHEN WU<br>525 ROUND ROCK W, STE A-145<br>ROUND ROCK, TX  78681 | 109 | $3,997.50 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| EICHNER FAMILY LP<br>11200 WESTHEIMER RD, STE. 740<br>HOUSTON, TX  77042 | 10101 | $5,620.37 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease. |

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| EMMAUS HEALTH CARE PLLC<br>ATTN CHERYL JONES<br>8603 BRETT FORK<br>RICHMOND, TX  77406 | 10202 | $2,678.01 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| ENGLAND, THOMAS L, III<br>(ADDRESS REDACTED) | 129 | $733.83 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| ENTOMOLOGY ASSOCIATES INC.<br>PO BOX 70375<br>HOUSTON, TX 77270 | 110 | $1,230.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |
| FIRMATEK LLC<br>304 W KIRKWOOD AVE, APT 100<br>BLOOMINGTON, IL 47404-5130 | 130 | $4,022.20 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |

**Schedule 5 -**

**Tenant Deposits - Properties  Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| FST, LLC<br>ATTN: KYLE C. MANN<br>PO BOX 471459<br>FORT WORTH, TX  76147 | 10198 | $6,806.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease |