# EXHIBIT A

***(Proposed* Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No.** |

### ORDER GRANTING DEBTOR'S SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

This matter having come before the Court upon consideration of the *Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, And Local Rule 3007-1* (the "**Second Omnibus Objection**");[2] notice of the Second Omnibus Objection having been properly and timely served upon: (i) the claimants listed on **Schedule 1** at the addresses set forth on each claimant's respective proof of claim, (ii) the U.S. Trustee, and (iii) parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002; upon the record of the hearing to consider the relief requested in the Second Omnibus Objection; and, after due deliberation and sufficient cause appearing therefor,

THE COURT FINDS AND CONCLUDES THAT:

A. The Court has jurisdiction over this case under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Omnibus Objection.

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. The Court has reviewed the Second Omnibus Objection and has considered the representations of counsel regarding the relief requested therein.

E. The relief requested in the Second Omnibus Objection is necessary and in the best interests of the Debtor and its estate.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Second Omnibus Objection is GRANTED, as set forth in this Order.

2. The claims listed on **Schedule 1** attached hereto are hereby disallowed in their entirety as set forth on Schedule 1 with respect to each Disputed Claim.

3. The Debtor's claims agent shall amend the claims register maintained in the Debtor's Chapter 11 Case to conform to this Order.

4. The Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. Any and all rights of the Debtor to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims, and defenses of the Debtor with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed

- 3 -

to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtor with respect to the Disputed Claims.

6. This Order shall be a final order with respect to each of the Proofs of Claim identified on Schedule 1 annexed hereto, as if each such Proof of Claim had been individually objected to.

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry by the Court.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# **Schedule 1**

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| FIRMATEK LLC<br>304 W KIRKWOOD AVE, APT. 100<br>BLOOMINGTON, IN  47404-5130 | 1/24/2024 | 130 | $4,022.20 | Claim was filed after the applicable November 13, 2023, bar date |
| FST, LLC<br>ATTN: KYLE C. MANN<br>PO BOX 471459<br>FORT WORTH, TX  76147 | 12/15/2023 | 10198 | $6,806.00 | Claim was filed after the applicable November 13, 2023, bar date |
| FUSI AND CRAIG PLASTIC SURGERY PA<br>3244 BAMMEL LN.<br>HOUSTON, TX  77098 | 1/22/2024 | 10220 | $11,155.20 | Claim was filed after the applicable November 13, 2023, bar date |
| FX TRADING LLC<br>ATTN CADE HAVARD<br>12800 HILLCREST RD, STE A108<br>DALLAS, TX  75230 | 11/27/2023 | 77 | $792.00 | Claim was filed after the applicable November 13, 2023, bar date |
| GAMBLE, SHIRELLA<br>(ADDRESS REDACTED) | 12/14/2023 | 10197 | $708.75 | Claim was filed after the applicable November 13, 2023, bar date |
| GAMBOA, MARCEL<br>(ADDRESS REDACTED) | 12/19/2023 | 113 | $761.75 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date: November 13, 2023**
**Governmental Bar Date: March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| GOPRIME MORTGAGE INC.<br>ATTN: MARGO BILLS<br>320 N. SALEM ST, #300<br>APEX, NC  27502 | 12/4/2023 | 87 | $1,698.13 | Claim was filed after the applicable November 13, 2023, bar date |
| GRAMMER, WILLIAM A.<br>(ADDRESS REDACTED) | 1/18/2024 | 128 | $1,638.38 | Claim was filed after the applicable November 13, 2023, bar date |
| GRAY PAINTING CO INC.<br>11034 SHADY TRAIL, #124<br>DALLAS, TX  75229 | 11/22/2023 | 76 | $460.06 | Claim was filed after the applicable November 13, 2023, bar date |
| GREEN, ROBERT, CPA<br>(ADDRESS REDACTED) | 11/28/2023 | 80 | $2,213.75 | Claim was filed after the applicable November 13, 2023, bar date |
| HOLTS MECHANICAL LTD<br>5522 RITTIMAN ROAD<br>SAN ANTONIO, TX  78218 | 11/22/2023 | 10165 | $51,154.18 | Claim was filed after the applicable November 13, 2023, bar date |
| HOUSTON ASHPHALT & CONCRETE REPAIR INC.<br>109 HOLMES RD.<br>HOUSTON, TX  77045 | 11/15/2023 | 69 | $1,716.00 | Claim was filed after the applicable November 13, 2023, bar date |
| HOUSTON STRATEGIC FINANCIAL ADVISORS<br>14550 TORREY CHASE BLVD, STE. 360<br>HOUSTON, TX  77014 | 11/28/2023 | 81 | $5,510.67 | Claim was filed after the applicable November 13, 2023, bar date |

<u>Schedule 1 - Late Filed Claims</u>
Bar Date: **November 13, 2023**
Governmental Bar Date: **March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| HYPERLINKS MEDIA LLC<br>ATTN: MONET ST JUSTE<br>2401 FOUNTAIN VIEW DR, STE 312<br>HOUSTON, TX  77057 | 1/31/2024 | 10223 | $2,304.55 | Claim was filed after the applicable November 13, 2023, bar date<br><br>**ALSO AMENDED BY CLAIM #10224** |
| HYPERLINKS MEDIA LLC<br>ATTN: MONET ST JUSTE<br>2401 FOUNTAIN VIEW DR, STE 312<br>HOUSTON, TX  77057 | 1/31/2024 | 10224 | $2,304.55 | Claim was filed after the applicable November 13, 2023, bar date |
| INDEPENDENT DEALER GROUP<br>1901 SIXTH AVENUE NORTH<br>SUITE 1700<br>BIRMINGHAM, AL  35203 | 11/29/2023 | 10177 | $17,673.17 | Claim was filed after the applicable November 13, 2023, bar date |
| INNOVA PLEX INC.<br>ATTN: BERNARD LEE<br>26 SAINT CHRISTOPHER CT.<br>SUGAR LAND, TX  77479 | 12/26/2023 | 10205 | $2,625.71 | Claim was filed after the applicable November 13, 2023, bar date |
| IT NETWORK PROFESSIONALS, L.L.C.<br>(ADDRESS REDACTED) | 11/28/2023 | 10171 | $2,280.00 | Claim was filed after the applicable November 13, 2023, bar date |
| IT NETWORK PROFESSIONALS, L.L.C.<br>(ADDRESS REDACTED) | 11/28/2023 | 10173 | $2,280.00 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
Bar Date:  November 13, 2023
Governmental Bar Date:  March 11, 2024

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| JM INVESTMENT TRUST<br>6800 PARAGON PL, STE 202<br>RICHMOND, VA  23230 | 1/26/2024 | 10221 | $2,738.74 | Claim was filed after the applicable November 13, 2023, bar date |
| JM INVESTMENT TRUST<br>TRANSFEROR: DESIGN IT YOURSELF GIFT BASK<br>6800 PARAGON PLACE, STE. 202<br>RICHMOND, VA  23230 | 11/27/2023 | 78 | $2,220.47 | Claim was filed after the applicable November 13, 2023, bar date |
| K FORD GROUP, THE<br>8620 N BRAUNFELS, STE 300<br>SAN ANTONIO, TX  78217 | 11/20/2023 | 75 | $5,445.00 | Claim was filed after the applicable November 13, 2023, bar date |
| K RENEE SALON<br>3100 TIMMONS LN, STE 130<br>HOUSTON, TX  77027 | 2/6/2024 | 10225 | $14,134.82 | Claim was filed after the applicable November 13, 2023, bar date |
| KAHIL, MARK<br>(ADDRESS REDACTED) | 12/6/2023 | 96 | $2,138.75 | Claim was filed after the applicable November 13, 2023, bar date |
| KAI DAVIS PROSTHETICS LLC<br>ATTN: KAI DAVIS<br>500 N CAIT RD, #2078<br>RICHARDSON, TX  75080 | 12/11/2023 | 101 | $1,693.65 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| KANG, HYUNAE (ADDRESS REDACTED) | 12/4/2023 | 88 | $1,267.75 | Claim was filed after the applicable November 13, 2023, bar date |
| KINGSBURY INSURANCE AGENCY INC. 2050 N LOOP W, #110 HOUSTON, TX  77018 | 12/6/2023 | 95 | $1,994.00 | Claim was filed after the applicable November 13, 2023, bar date |
| KOETTER FIRE PROTECTION OF SAN ANTONIO 12079 STARCREST DR. SAN ANTONIO, TX  78247 | 1/22/2024 | 10219 | $4,394.90 | Claim was filed after the applicable November 13, 2023, bar date |
| LAW OFFICE OF MARIBEL CRUZ 7411 JOHNSMITH DR, STE. 1510 SAN ANTONIO, TX  78229 | 12/7/2023 | 98 | $3,856.71 | Claim was filed after the applicable November 13, 2023, bar date |
| LEASECURE CORPORATION ATTN: DIANA JORDAN 14550 TORREY CHASE BLVD, STE. 115 HOUSTON, TX  77014 | 2/13/2024 | 10226 | $1,450.93 | Claim was filed after the applicable November 13, 2023, bar date |
| LEE, MYUNG (ADDRESS REDACTED) | 12/7/2023 | 10190 | $2,977.38 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| LIFEHOUSE OF HOUSTON INC. PO BOX 27127 HOUSTON, TX  77277 | 1/22/2024 | 10218 | $1,641.00 | Claim was filed after the applicable November 13, 2023, bar date |
| LOGIX C/O LOGIX FIBER NETWORKS ATTN: BILLING | 12/22/2023 | 10203 | $748.47 | Claim was filed after the applicable November 13, 2023, bar date |
| LOOKADOO, DONALD E. (ADDRESS REDACTED) | 12/4/2023 | 84 | $912.25 | Claim was filed after the applicable November 13, 2023, bar date |
| MANRIQUE, GERMAN (ADDRESS REDACTED) | 11/27/2023 | 10168 | $601.33 | Claim was filed after the applicable November 13, 2023, bar date |
| MARTINEZ, FRANK D/B/A COMFORT ZONE (ADDRESS REDACTED) | 12/7/2023 | 100 | $4,867.00 | Claim was filed after the applicable November 13, 2023, bar date |
| MAVEN POWER LLC ATTN: DAVID OEHL 3707 CYPRESS CREEK PKWY., #220 HOUSTON, TX | 12/7/2023 | 97 | $735.00 | Claim was filed after the applicable November 13, 2023, bar date |
| MERCER CAPITAL MANAGEMENT INC. ATTN: LISA DOBLE 5100 POPLAR AVE, STE. 2600 MEMPHIS, TN  38137 | 12/13/2023 | 111 | $6,351.46 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date: November 13, 2023**
**Governmental Bar Date: March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| MERCURY CHAMBER ORCHESTRA INC.<br>ATTN: BRIAN RITTER<br>3100 TIMMONS LANE SUITE 201<br>HOUSTON, TX 77027 | 11/29/2023 | 10178 | $5,029.17 | Claim was filed after the applicable November 13, 2023, bar date. No amount stated on claim form. |
| MISTER SWEEPER LP<br>PO BOX 560048<br>DALLAS, TX 75356-0048 | 2/14/2024 | 10228 | $2,783.67 | Claim was filed after the applicable November 13, 2023, bar date |
| MROZ, MARJORIE<br>(ADDRESS REDACTED) | 1/19/2024 | 10217 | $0.00 | Claim was filed after the applicable November 13, 2023, bar date. No amount stated on claim form. |
| NGUYEN, CHRISTINA<br>(ADDRESS REDACTED) | 12/7/2023 | 99 | $4,768.41 | Claim was filed after the applicable November 13, 2023, bar date |
| OGH SERVICES INC.<br>C/O WEYCER KAPLAN PULASKI ZUBER PC<br>ATTN: JEFF CARRUTH<br>2608 HIBERNIA ST, STE 104<br>DALLAS, TX 75204 | 11/14/2023 | 10149 | $40,841.79 | Claim was filed after the applicable November 13, 2023, bar date |
| OLIVEIRA, DEMETRIUS DE<br>(ADDRESS REDACTED) | 11/28/2023 | 10172 | $606.25 | Claim was filed after the applicable November 13, 2023, bar date |
| ORTIZ, VIRGEN<br>(ADDRESS REDACTED) | 1/18/2024 | 126 | $1,624.44 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date: November 13, 2023**
**Governmental Bar Date: March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| PARRY AMERICA INC.<br>1521 N COOPER ST, STE. 350<br>ARLINGTON, TX  76011 | 12/27/2023 | 117 | $1,759.88 | Claim was filed after the applicable November 13, 2023, bar date |
| PIXELWORKS CORPORATION<br>ATTN: J. MICHAEL GAFFNEY<br>8620 N. NEW BRAUNFELS, SUITE 205<br>SAN ANTONIO, TX  78217 | 12/16/2023 | 10199 | $2,102.50 | Claim was filed after the applicable November 13, 2023, bar date |
| PRIME FACILTIY SERVICES GROUP INC.<br>ATTN: PATTY PEREZ<br>2909 HILLCROFT ST, STE 320<br>HOUSTON, TX  77057 | 12/22/2023 | 10204 | $40,000.00 | Claim was filed after the applicable November 13, 2023, bar date |
| PRIME MINERALS N/K/A VIBRANT MINERALS<br>C/O VIBRANTZ INTERNATIONAL CORP.<br>ATTN: MARK WHITNEY<br>16945 NORTHCHASE DR, STE 2000<br>HOUSTON, TX  77060 | 11/29/2023 | 82 | $17,265.21 | Claim was filed after the applicable November 13, 2023, bar date |
| PROTECTION DEVELOPMENT, INC.<br>ATTN: MISTY EMLER<br>8620 N. NEW BRAUNFELS SUITE N-100<br>SAN ANTONIO, TX  78217 | 12/13/2023 | 10196 | $8,884.46 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| QUAIL TOOLS LP<br>PO BOX 10739<br>NEW IBERIA, LA  70562 | 12/6/2023 | 94 | $465.00 | Claim was filed after the applicable November 13, 2023, bar date |
| RAMIREZ, RICHARD<br>(ADDRESS REDACTED) | 11/30/2023 | 10180 | $2,784.25 | Claim was filed after the applicable November 13, 2023, bar date |
| RAYES INC.<br>ATTN: PAT RAYES<br>PO BOX 195429<br>DALLAS, TX  75219 | 12/5/2023 | 89 | $6,179.25 | Claim was filed after the applicable November 13, 2023, bar date |
| RDI MECHANICAL INC.<br>7150 BREEN DR.<br>HOUSTON, TX  77086 | 11/14/2023 | 67 | $45,960.20 | Claim was filed after the applicable November 13, 2023, bar date |
| REACH HEALTHCARE ALLIED SERVICES LLC<br>14617 BEECHNUT ST, STE. A<br>HOUSTON, TX  77083 | 12/21/2023 | 114 | $3,696.69 | Claim was filed after the applicable November 13, 2023, bar date |
| REATA COMMERCIAL REALTY INC.<br>2108 MERKSEM CT.<br>PLANO, TX  75025 | 11/16/2023 | 92 | $13,115.25 | Claim was filed after the applicable November 13, 2023, bar date |
| REDDEN, VICKI THORNTON<br>(ADDRESS REDACTED) | 12/4/2023 | 85 | $1,397.50 | Claim was filed after the applicable November 13, 2023, bar date |

Schedule 1 - Late Filed Claims
Bar Date: November 13, 2023
Governmental Bar Date: March 11, 2024

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| RELIANT ELEVATOR INSPECTION & CONSULTING<br>ATTN: SHARYN FRICKE<br>5020 RUNNING BROOK DR.<br>JOSHUA, TX 76058 | 11/15/2023 | 70 | $5,850.00 | Claim was filed after the applicable November 13, 2023, bar date |
| REPUBLIC CENTRAL REALTY INC.<br>400 N. SAM HOUSTON PKWY., E. STE. 105<br>HOUSTON, TX 77060 | 12/11/2023 | 107 | $2,466.75 | Claim was filed after the applicable November 13, 2023, bar date |
| RICHARDSON CHILDRENS THEATRE<br>770 N COIT RD, #2405<br>RICHARDSON, TX 75080 | 12/29/2023 | 120 | $2,207.61 | Claim was filed after the applicable November 13, 2023, bar date |
| RICHARDSON CHILDRENS THEATRE<br>770 N COIT RD, #2405<br>RICHARDSON, TX 75080 | 12/29/2023 | 121 | $6,116.67 | Claim was filed after the applicable November 13, 2023, bar date |
| RODNEY BIVENS<br>D/B/A ABBCO ELECTRIC<br>(ADDRESS REDACTED) | 11/15/2023 | 72 | $15,964.24 | Claim was filed after the applicable November 13, 2023, bar date |
| ROESCH, ANA<br>(ADDRESS REDACTED) | 12/18/2023 | 10200 | $350.00 | Claim was filed after the applicable November 13, 2023, bar date |
| RUTCHIK, RIKKI, ATTORNEY AT LAW<br>(ADDRESS REDACTED) | 1/11/2024 | 125 | $441.00 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date: November 13, 2023**
**Governmental Bar Date: March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| S & S THERAPY LP<br>ATTN: JEFF FIERO<br>3100 TIMMONS LN, STE 450<br>HOUSTON, TX  77027 | 12/28/2023 | 10207 | $4,836.25 | Claim was filed after the applicable November 13, 2023, bar date |
| SHAPES INC.<br>ATTN: ALAN LOEWINSOHN<br>300 CRESCENT CT.<br>DALLAS, TX  75201 | 12/13/2023 | 112 | $3,060.00 | Claim was filed after the applicable November 13, 2023, bar date. |
| SHARIFF, AWARA<br>(ADDRESS REDACTED) | 11/20/2023 | 10156 | $13,734.76 | Claim was filed after the applicable November 13, 2023, bar date |
| SHONDAS SHAVE ICE<br>3524 CAMDEN DR.<br>MELISSA, TX  75454 | 1/17/2024 | 10216 | $0.00 | Claim was filed after the applicable November 13, 2023, bar date.  No amount stated on claim form. |
| SMILE SQUAD OF HOUSTON SHEPHERD PLLC<br>ATTN: MATTHEW STREPKA<br>2410 RUTLAND STREET<br>HOUSTON, TX  77008 | 12/7/2023 | 10189 | $25,389.61 | Claim was filed after the applicable November 13, 2023, bar date |
| SOUTH TEXAS SWEEPERS INC.<br>592 JUBAL EARLY LN.<br>CONROE, TX  77302 | 12/27/2023 | 118 | $4,797.70 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| SPEECHCARE INC.<br>ATTN: WILLIAM P LEGROW<br>5013 SILVER LAKE DR.<br>PLANO, TX  75093 | 12/11/2023 | 105 | $2,792.71 | Claim was filed after the applicable November 13, 2023, bar date |
| SUCCESS REAL ESTATE COMPANY LTD<br>5719 VELASCO<br>DALLAS, TX  75206 | 1/8/2024 | 10212 | $5,919,709.00 | Claim was filed after the applicable November 13, 2023, bar date |
| TORRES, ISAIAS D.<br>(ADDRESS REDACTED) | 12/7/2023 | 106 | $4,172.00 | Claim was filed after the applicable November 13, 2023, bar date |
| TORRES, ISAIAS D.<br>(ADDRESS REDACTED) | 12/11/2023 | 10193 | $4,172.00 | Claim was filed after the applicable November 13, 2023, bar date |
| TRC MASTER FUND LLC<br>TRANSFEROR: VOSS ELECTRIC<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY  11598 | 11/15/2023 | 71 | $24,732.41 | Claim was filed after the applicable November 13, 2023, bar date |
| TRC MASTER FUND, LLC<br>TRANSFEROR: COMPASS GROUP USA<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY  11598 | 12/4/2023 | 83 | $78,207.75 | Claim was filed after the applicable November 13, 2023, bar date |

**Schedule 1 - Late Filed Claims**
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| TRU CHEM SOLUTIONS<br>1010 PEBBLE SPRINGS PL.<br>DUNCANVILLE, TX  75137 | 12/27/2023 | 116 | $0.00 | Claim was filed after the applicable November 13, 2023, bar date. No amount stated on claim form. |
| UNITED FIRE PROTECTION LLC<br>2030 CENTURY CENTER BLVD, STE 3<br>IRVING, TX  75062 | 1/29/2024 | 10222 | $186,929.20 | Claim was filed after the applicable November 13, 2023, bar date |
| UPRIGHT DIGITAL LLC<br>400 N. SAM HOUSTON PKWY., #650<br>HOUSTON, TX  77060 | 12/5/2023 | 90 | $5,372.71 | Claim was filed after the applicable November 13, 2023, bar date |
| VANTAGE OPERATING LLC<br>8610 N NEW BRAUNFELS, STE. 400<br>SAN ANTONIO, TX  78217 | 12/28/2023 | 119 | $0.00 | Claim was filed after the applicable November 13, 2023, bar date.  No amount stated on claim form. |
| VELOCITY UNIFIED COMMUNICATIONS INC.<br>ATTN: JAMAL THOMPSON<br>616 FM 1960 W, STE 250<br>HOUSTON, TX  77090 | 2/15/2024 | 10229 | $1,190.00 | Claim was filed after the applicable November 13, 2023, bar date |
| VIETBINO LLC<br>601 SAWYER ST, STE 320<br>HOUSTON, TX  77007 | 12/29/2023 | 10209 | $4,157.56 | Claim was filed after the applicable November 13, 2023, bar date |

<u>**Schedule 1 - Late Filed Claims**</u>
**Bar Date:  November 13, 2023**
**Governmental Bar Date:  March 11, 2024**

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| WASTY, RUBINA<br>(ADDRESS REDACTED) | 12/11/2023 | 103 | $900.00 | Claim was filed after the applicable November 13, 2023, bar date |
| WIND HOLDINGS LLC<br>ATTN: RYAN WIND<br>3100 TIMMONS LANE SUITE 100<br>HOUSTON, TX  77027 | 12/11/2023 | 10195 | $4,570.00 | Claim was filed after the applicable November 13, 2023, bar date |
| XUE, HONG HUI<br>(ADDRESS REDACTED) | 12/4/2023 | 86 | $2,665.00 | Claim was filed after the applicable November 13, 2023, bar date |
| YONAN, BARBARA<br>(ADDRESS REDACTED) | 1/18/2024 | 127 | $395.00 | Claim was filed after the applicable November 13, 2023, bar date |
| YOUNG ELECTRICAL SERVICES INC.<br>12906 FRY RD, STE G<br>CYPRESS, TX  77433 | 11/27/2023 | 79 | $2,251.61 | Claim was filed after the applicable November 13, 2023, bar date |
| ZION OIL & GAS, INC.<br>ATTN:  MICHAEL B CROSWELL JR.<br>12655 N CENTRAL EXPRESSWAY<br>SUITE 1000<br>DALLAS, TX  75243 | 11/30/2023 | 10183 | $9,095.00 | Claim was filed after the applicable November 13, 2023, bar date |