**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND ORDER APPROVING ON A FINAL BASIS AND
CONFIRMING THE SECOND AMENDED COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION OF
HARTMAN SPE, LLC AND (II) EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Second Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC* [Docket No. 639] (including all exhibits and supplements thereto and as the same may be amended, modified, or supplemented from time to time, the "**Combined Disclosure Statement and Plan**") was entered on February 26, 2024 [Docket No. 645].

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to effectiveness pursuant to Article XII of the Combined Disclosure Statement and Plan have been satisfied or waived. Therefore, March 27, 2024, is the Effective Date of the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Disclosure Statement and Plan and its provisions are binding on, among others, the Debtor, all Holders of Claims and Interests (irrespective of whether the Holders of such Claims or Interests have voted to accept or reject the Combined Disclosure Statement and Plan), and all non-Debtor parties to executory contracts and unexpired leases with the Debtor, as provided in the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than April 26, 2024 (*i.e.*, thirty (30) days after the Effective Date). The procedures for processing Final Fee Applications are set forth in the Combined Disclosure Statement and Plan. If a Professional does not timely submit a Final

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtor, the Reorganized Debtor, or the Estate.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Expense Claims (other than Professional Fee Claims) against the Debtor that arose, accrued or otherwise became due and payable at any time on or after September 13, 2023, but on or before the Effective Date (the **"Administrative Expense Period"**) must be filed with the Bankruptcy Court and served on the Debtor or the Reorganized Debtor, as applicable, no later than April 26, 2024 (*i.e.*, thirty (30) days after the Effective Date) (the **"Administrative Expense Bar Date"**). Holders of Administrative Expense Claims that arose in the ordinary course during the Administrative Expense Period need not file a request for allowance and payment and will be paid in the ordinary course of business. All other requests for payment of Administrative Expense Claims (other than Professional Fee Claims and Claims that arose in the ordinary course during the Administrative Expense Period) that do not file requests for the allowance and payment thereof on or before the Administrative Expense Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtor or the Reorganized Debtor, as applicable. Unless the Debtor, the Reorganized Debtor, or any other party in interest objects to an Administrative Expense Claim, such Administrative Expense Claim shall be deemed Allowed in the amount requested. In the event that the Debtor, the Reorganized Debtor, or any other party in interest objects to an Administrative Expense Claim, and the Administrative Expense Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Article IX of the Combined Disclosure Statement and Plan, all Executory Contracts or Unexpired Leases not otherwise rejected will be deemed assumed by the Debtor and assigned to Silver Star Borrower in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that are: (1) identified on the Rejected Executory Contracts and Unexpired Leases Schedule filed with the Plan Supplement; (2) previously expired or terminated pursuant to their own terms; (3) have been previously assumed and assigned by the Debtor pursuant to a Final Order; (4) are the subject of a motion to reject that is pending on the Effective Date; or (5) have an ordered or requested effective date of rejection that is after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor's rejection of an Executory Contract or Unexpired Leases pursuant to the Combined Disclosure Statement and Plan gives rise to a Claim, a Proof of Claim must be filed (a) if by first class mail, with Hartman SPE, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421; (b) if by hand delivery or overnight mail, with Hartman SPE, LLC, Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; or (c) if electronically, through the online Proof of Claim Form available at https://dm.epiq11.com/HartmanSPE, so as to be received no later than April 26, 2024 (*i.e.*, thirty (30) days after the Effective Date). Any Proofs of claim not filed and served within such time periods will be forever barred from assertion against the Debtor, the Reorganized Debtor or the Estate.

4863-5671-0578, v. 2

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 2002, after the Effective Date, to continue to receive notices pursuant to Bankruptcy Rule 2002 all Creditors and other parties in interest must file a renewed notice of appearance with the Bankruptcy Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Disclosure Statement and Plan are available for review without charge at the website maintained by the Epiq, the Claims and Noticing Agent, https://dm.epiq11.com/HartmanSPE or by calling 877-563-3907 (Toll Free).

Dated: March 28, 2024
      Wilmington, Delaware

/s/ *William E. Chipman*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email: chipman@chipmanbrown.com
      olivere@chipmanbrown.com

- and -

John E. Mitchell (admitted *pro hac vice*)
Michaela C. Crocker (admitted *pro hac vice*)
Yelena E. Archiyan (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Suite 1100
Dallas, Texas 75201
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602
Email: john.mitchell@katten.com
     michaela.crocker@katten.com
     yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*