# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC,[1] | Case No. 23-11452 (MFW) |
| Debtor. | Ref. Docket No. 748 |

## CERTIFICATE OF SERVICE

I, NADIA ALAZRI, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2024, I caused to be served the "Order (I) Authorizing and Approving the Private Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases of Non-Residential Real Property; and (III) Granting Related Relief," dated March 27, 2024 [Docket No. 748], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to: *dwhite@popehardwicke.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Nadia Alazri
Nadia Alazri

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| FARRIMOND CASTILLO & BRESNAHAN, PC | (COUNSEL TO SAN ANTONIO PETROLEUM CLUB, INC) ATTN: JOHN M. CASTILLO & SCOTT A. FARRIMOND 130 E TRAVIS ST STE 350 SAN ANTONIO TX 78205 |
| FOX ROTHSCHILD LLP | (COUNSEL TO THE UCC) ATTN STEPHANIE J. SLATER 919 N. MARKET ST. SUITE 300 WILMINGTON DE 19899-2323 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | COUNSEL TO RICHARDSON ISD C/O EBONY COBB 500 E. BORDER ST., STE. 640 ARLINGTON TX 76010 |
| SAN ANTONIO PETROLEUM CLUB, INC | ATTN: BARBARA ADAM 8620 N NEW BRAUNFELS STE N-616 SAN ANTONIO TX 78217 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count  10**

# HARTMAN SPE, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVOCATE FINANCIAL PARTNERS LONESTAR, LLC | 1521 N. COOPER STREET, SUITE 700 ARLINGTON TX 76011 |
| AQUATIC CO. | 1521 N. COOPER STREET, SUITE 500 ARLINGTON TX 76011 |
| BISHOP SHARP CPA, PLLC | 1521 N COOPER STREET, SUITE 850 ARLINGTON TX 76011 |
| BROOKESIDE HEALTH LLC | 136 N. MARTIN AVENUE, ATTN: COLIN NICKERSON WAUKEGAN IL 60085 |
| CUSHMAN & WAKEFIELD | 1521 N COOPER STREET, SUITE 610 ARLINGTON TX 76011 |
| DANIEL WRIGHT | 1521 N. COOPER ST SUITE 550 ARLINGTON TX 76011 |
| DAVIS, ERMIS & ROBERTS, P.C. | 1521 N. COOPER STREET, SUITE 860 ARLINGTON TX 76011 |
| DENESH SINGH | 1521 N. COOPER ST SUITE 220 ARLINGTON TX 76011 |
| DFWPAIN & INJURY CENTERS, LLC | 1521 N. COOPER ST SUITE 630 ARLINGTON TX 76011 |
| EDWARDO JONES & CO, LP | 1521 N. COOPER STREET SUITE 130 ARLINGTON TX 76011 |
| EMR (USA HOLDINGS), LLC | 1521 N COOPER STREET, SUITE 221 ARLINGTON TX 76011 |
| GREENWAY TECHNOLOGIES, INC. | 1521 N COOPER STREET, SUITE 205 ARLINGTON TX 76011 |
| HAWRYLAK & ASSOCIATES, LLC | 1521 N. COOPER STREET, SUITE 890 ARLINGTON TX 76011 |
| JEFFERSON B. MCLEAN AND CATHLEEN H. MCLEAN | 1521 N COOPER STREET, SUITE 525 ARLINGTON TX 76011 |
| JONES HASSETT, PC | 1521 N. COOPER ST SUITE 360 ARLINGTON TX 76011 |
| KRYPTOS TECHNOLOGIES, INC. | 12221 MERIT DR, SUITE 800 ATTN GOKULNA TH CHANDRASEKARAN DALLAS TX 75271 |
| LSCG CONTRACTORS LLC | 1521 N. COOPER ST SUITE 309 ARLINGTON TX 76011 |
| MACLIN FAMILY MEDICINE, PLLC | 1521 N. COOPER ST SUITE 213 ARLINGTON TX 76011 |
| MENESES LAW, PLLC | ATTN: F. CHRISTINE MENESES 2190 NORTH LOOP WEST, SUITE 300 HOUSTON TX 77018 |
| MICHAEL R. DUKE | 1521 N COOPER STREET, SUITE 335 ARLINGTON TX 76011 |
| MICHAEL RAMOS | 1521 N. COOPER STREET SUITE 204 ARLINGTON TX 76011 |
| MILENIO REAL ESTATE, INCORPORATED | 1115 E. PIONEER PARKWAY, SUITE 145 ATTN: ROSA M. HERRERA ARLINGTON TX 76010 |
| MITCHUM PROPERTIES LLC | 1521 N. COOPER ST SUITE 221 ARLINGTON TX 76011 |
| PARIS BLAKE | 1521 N. COOPER ST, SUITE 08 ARLINGTON TX 76011 |
| PARRY AMERICA, INC. | 1521 N. COOPER STREET, SUITE 350 ARLINGTON TX 76011 |
| PINNACLE BANK | 1521 N. COOPER STREET, SUITE 140 ARLINGTON TX 76011 |
| PREMIER ACCESS, INC. | 1521 N. COOPER STREET, SUITE 330 ARLINGTON TX 76011 |
| ROBERT GREEN, CPA | 1521 N COOPER STREET, SUITE 530 ARLINGTON TX 76011 |
| ROSS JETER | 1521 N. COOPER STREET, SUITE 725 ARLINGTON TX 76011 |
| SCOTT WARD | 1521 N. COOPER ST SUITE 215 ARLINGTON TX 76011 |
| STAR PERSONNEL II LLC | 4606 FM 1960 ROAD WEST, SUITE 310 ATTN: MARIN HENSON HOUSTON TX 77069 |
| THE GRAND LODGE OF THE INTERNATIONAL ASSOCIATION | OF MACHINIST AND AEROSPACE WORKERS 1521 N. COOPER ST, SUITE 250 ARLINGTON TX 76011 |
| THE LAW OFFICES OF MARYPANZU, PLLC | 1521 N. COOPER STREET, SUITE 214 ARLINGTON TX 76011 |
| THOMPSON LAW LLP | 1521 N. COOPER ST ARLINGTON TX 76011 |
| U.S.ENERGY DEVELOPMENT CORPORATION | 1521 N. COOPER STREET, SUITE 400 ARLINGTON TX 76011 |
| WHELAN SECURITY CO | 1521 N. COOPER ST SUITE 210 ARLINGTON TX 76011 |

**Total Creditor count  36**

# HARTMAN SPE, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMITY CONSTRUCTION COMPANY | ATTN: BOB ELLERD 1404 BROOKSIDE CAROLLTON TX 75007 |
| AMITY CONSTRUCTION COMPANY | 1404 BROOKSIDE DRIVE CARROLLTON TX 75007 |
| AMITY CONSTRUCTION COMPANY | C/O M. DREW SIEGEL 17330 PRESTON RD., STE 11 OB DALLAS TX 75252 |
| BRIDGES ELECTRIC INC | PMB 132 1029 NORTHWEST HWY GARLAND TX 75041-5831 |
| DYNAMIC MECHANICAL SOLUTIONS | ATTN: MATTHEW MASHBURN 2023 E. SHADY GROVE ROAD SUITE 5 IRVING TX 75060 |
| HAJOCA CORPORATION | GM HAYDEN PAVING, INC HILL COUNTRY NURSERY & LANDSCAPING 200 WEST LOOP 336 NORTH CONROE TX 77301 |
| PROFESSIONAL SERVICE COMPANY | 1334 MARILYN AVENUE DESOTO TX 75115 |
| PROFESSIONAL SERVICE COMPANY | P.O. BOX 337 DESOTO TX 75123-0337 |

**Total Creditor count  8**

**EXHIBIT B**

Hartman SPE, LLC, Case No. 23-11452 (MFW)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| ABERNATHY, ROEDER, BOYD & HULLET, P.C. | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | bnkatty@aldineisd.org |
| ASTRO TECH SERVICES, LLC | kbartley@ws-law.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | jordan.w.seemans@delaware.gov |
| FERGUSON BRASWELL FRASER KUBASTA PC | rsmiley@fbfk.law |
| FOX ROTHSCHILD LLP | jesseharris@foxrothschild.com; sslater@foxrothschild.com; mmenkowitz@foxrothschild.com |
| HARRIS COUNTY ATTORNEY'S OFFICE | taxbankruptcy.cao@harriscountytx.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| JACK SHRUM, P.A. | jshrum@jshrumlaw.com |
| KASEN & KASEN, P.C. | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| OFFICE OF THE UNITED STATES TRUSTEE | John.Schanne@usdoj.gov |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | emccain@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | mvaldez@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | lreece@pbfcm.com |
| ROBINSON & COLE LLP | jedmonson@rc.com; kdute@rc.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| STI-GC, LLC | mjoyce@mjlawoffices.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | jamie.kirk@oag.texas.gov |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |
| WEAVER AND TIDWELL LLP | hope.everett@weaver.com |
|  | dferguson@polsinelli.com |
|  | cward@polsinelli.com |

Hartman SPE, LLC, Case No. 23-11452 (MFW)
Electronic Mail Contract Counterparties Service List

| Contract Counterparty | Email Address |
|---|---|
| ADVOCATE FINANCIAL PARTNERS LONESTAR, LLC | aspain@asbtex.com |
| AQUATIC CO. | aquaticapinvoice@aquaticbath.com |
| BISHOP SHARP CPA, PLLC | rick.wylie@bishopsharpcpa.com |
| BROOKESIDE HEALTHLLC | colinnickerson3@gmail.com |
| CUSHMAN & WAKEFIELD | CWCorpReAdmin@cushwake.com |
| DANIEL WRIGHT | EMAIL ADDRESS ON FILE |
| DAVIS, ERMIS & ROBERTS, P.C. | davisdavisandroberts@yahoo.com |
| DENESH SINGH | EMAIL ADDRESS ON FILE |
| DFWPAIN& INJURY CENTERS, LLC | rhonda@txpainandinjury.com |
| EDWARDO JONES & CO, LP | edjleaseadmin@cushwake.com |
| EMR(USA HOLDINGS), LLC | usaap@emrgroup.com |
| GREENWAY TECHNOLOGIES, INC. | ransom.jones@gwtechinc.com |
| HAWRYLAK & ASSOCIATES, LLC | steveh@hawkandassociates.com |
| JEFFERSON B. MCLEAN and CATHLEEN H. MCLEAN | EMAIL ADDRESS ON FILE |
| JONES HASSETT, PC | kbiggs@harrisonsteck.com |
| KRYPTOS TECHNOLOGIES, INC. | gokul@kryptostech.com |
| LSCG CONTRACTORS LLC | lscgroofs@gmail.com |
| MACLIN FAMILY MEDICINE, PLLC | info@maclinfamilymedicine.com |
| MENESES LAW, PLLC | manager@meneses.law |
| MICHAELR. DUKE | EMAIL ADDRESS ON FILE |
| MILENIO REAL ESTATE, INCORPORA TED | milenioealestate@gmail.com |
| MITCHUM PROPERTIES LLC | sandramitchum@hotmail.com |
| PARIS BLAKE | EMAIL ADDRESS ON FILE |
| PARRY AMERICA, INC. | jhask@coromandel.murugappa.com |
| PINNACLE BANK | reba.lozano@pinnbank.com |
| PREMIER ACCESS, INC. | bduly@accessppo.com |
| ROBERT GREEN, CPA | greenrcpa@gmaiI.com |
| ROSS JETER | EMAIL ADDRESS ON FILE |
| SCOTT WARD | EMAIL ADDRESS ON FILE |
| STAR PERSONNEL  II LLC | accounting@starpersonnel.net |
| THE GRAND LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINIST AND AEROSPACE WORKERS | lfisher@iamaw.org |
| THE LAW OFFICES OF MARYPANZU, PLLC | roxanagarcia@lawyer.com |
| THOMPSON LAW LLP | nread@triallawyers.com |
| U.S.ENERGY DEVELOPMENT CORPORATION | acctpayable@usedc.com |
| WHELAN SECURITY CO | Paul.Bents@garda.com |
| MICHAEL RAMOS | EMAIL ADDRESS ON FILE |