# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC | Case No. 23-11452 (MFW) |
| Reorganized Debtor. | |

## NOTICE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 4th day of April 2024, a true and correct copy of claimant Hartman V REIT XXI's *First Set of Interrogatories and Requests for Production Directed to Debtor* were served on the parties on the attached service list via electronic mail.

Dated: April 4, 2024

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Hartman V REIT XXI*

# SERVICE LIST

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com


John E. Mitchell
Michaela C. Crocker
Yelena E. Archiyan
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Email: john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com