mfw

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE

RECEIVED
2024 APR -3 AM 11:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Hartman SPE, LLC | § § § § § § § | CASE NO.   23-11452 |
| | | CHAPTER 11 |
| DEBTOR | | |

## WITHDRAWAL OF ALDINE INDEPENDENT SCHOOL DISTRICT'S PROOF OF CLAIM

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Aldine Independent School District (hereinafter referred to as "Aldine"), a party-in-interest in the above referenced Chapter 11 case, and files this Withdrawal of its Proof of Claim #23-11452, and in support thereof, would show the Court as follows:

1. The claim has been paid.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

Annette Ramirez
Texas State Bar No. 24029781
Admissions No. 431155
Kanika W. Middleton
Texas State Bar No. 24043265
Admissions No. 765047
2520 W.W. Thorne Drive
Houston, Texas 77073
(281) 985-6319; FAX (281) 985-6321
EMAIL: bnkatty@aldineisd.org
Attorneys for Aldine Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM was served upon counsel for the Debtor(s), William E. Chipman, Jr., and the Chapter 11 Trustee, John Henry Schanne, II, on March 28, 2024.

Kanika W. Middleton

RECEIVED 2024 APR -3 AM 11:30 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE



2520 W.W. Thorne Blvd.  
Houston, TX 77073

281.449.1011  
info@aldineisd.org

aldineisd.org

March 28, 2024

Bankruptcy Court  
District of Delaware  
824 Market Street N., 3rd Floor  
Wilmington, DE 19801

Re: Hartman SPE, LLC  
    Case No. 23-11452  
    Chapter 11 Delaware

Dear Clerk:

Enclosed please file the original Withdraw of Proof of Claim and a copy into the record and return a file stamped copy to me in the enclosed self-addressed, stamped envelope.

Thank you for your prompt attention to this matter.

Sincerely,

Kanika W. Middleton  
Attorney at Law