**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>　　　　　　Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>Hearing Date: June 20, 2024, at 2:00 p.m. (ET)<br>Objection Deadline: May 13, 2024, at 4:00 p.m. (ET) |

## NOTICE OF *AMENDED* OBJECTION

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession (the "**Debtor**"), has filed the *Amended Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc. (Substantive)* (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of an order approving the Objection (each a "**Response**") must be filed on or before **May 13, 2024, at 4:00 p.m. (*prevailing* Eastern Time)** (the "**Response Deadline**") with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served so actually to be received by the Objection Deadline upon (a) Counsel to the Debtor, (i) Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com)), and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); and (ii) Katten Muchin Rosenmen LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201 (Attn: John E. Mitchell, Esquire (john.mitchell@katten.com), Michaela C. Crocker, Esquire (michaela.crocker@katten.com), and

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

Yelena E. Archiyan, Esquire (yelena.archiyan@katten.com)); (b) counsel to the Official Committee of Unsecured Creditors, Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801, (Attn: Michael G. Menkowitz, Esquire (mmenkowitz@foxrothschild.com) and Jesse M. Harris, Esquire (jesseharris@foxrothschild.com)), and, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, Pennsylvania 19103 (Attn: Stephanie Slater Ward, Esquire sslater@foxrothschild.com)); and (c) the United States Trustee, 844 King Street, Suite 2007, Wilmington, Delaware 19801 (Attn: John Schanne, Esquire (john.schanne@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Objection will be held on **June 20, 2024, at 2:00 p.m. (*prevailing* Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 North Market, Street, 5th Floor, Wilmington, Delaware 19801.  Only those Responses made in writing and timely filed and served by the Response Deadline will be considered by the Bankruptcy Court at any such hearing.  The Debtor reserves the right to adjourn the hearing with respect to a specific objection set forth herein and any Response thereto.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: April 12, 2024
      Wilmington, Delaware

                            **CHIPMAN BROWN CICERO & COLE, LLP**

                            */s/ William E. Chipman, Jr.*
                            William E. Chipman, Jr. (No. 3818)
                            Mark D. Olivere (No. 4291)
                            Hercules Plaza
                            1313 North Market Street, Suite 5400
                            Wilmington, Delaware 19801
                            Telephone:   (302) 295-0191
                            Facsimile:    (302) 295-0199
                            Email:   chipman@chipmanbrown.com
                                          olivere@chipmanbrown.com

                                      —and—

                            **KATTEN MUCHIN ROSENMAN LLP**
                            John E. Mitchell (TX Bar No. 00797095)
                            Michaela C. Crocker (TX Bar No. 24031985)
                            Yelena E. Archiyan (TX Bar No. 24119035)
                            2121 N. Pearl St., Suite 1100
                            Dallas, TX 75201
                            Telephone:   (214) 765-3600
                            Facsimile:    (214) 765-3602
                            Email:  john.mitchell@katten.com
                                       michaela.crocker@katten.com
                                       yelena.archiyan@katten.com

                            *Co-Counsel to the Debtor and Debtor-in-Possession*