# EXHIBIT A

**(*Proposed* Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Related Docket No.** |

**ORDER SUSTAINING *AMENDED* OBJECTION OF THE DEBTOR TO**
**PROOF OF CLAIM NO. 10155 FILED BY HARTMAN V REIT XXI, INC.**

Upon consideration of the *Amended Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc.* (the "**Objection**"), and any responses and opposition thereto; and any opposition to the Objection having been overruled, resolved, or withdrawn; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b); and (c) notice of the Objection was due and proper under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is sustained, and the relief requested therein is granted.

2.      Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc. is disallowed in its entirety and is hereby expunged from the claims register.

3.      Notwithstanding any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules, this Order shall be effective immediately upon its entry.

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

4.      The Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5.      Nothing in this Order shall affect, impair or modify the rights, claims and defenses of the Debtor in that certain District Court of Harris County case (District Court of Harris County, 295th Judicial District, *Hartman et al., v. Silver Star Properties REIT, Inc. (f/k/a/ Hartman Short Term Income Properties XX, Inc.), et al.*, Cause No. 2023-17944).

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

4854-7074-3222, v. 1