IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 APR 15  AM 10: 31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: HARTMAN SPE, LLC. DEBTOR

CHAPTER 11

DOC 721

CASE NO 23-11452 (MFW)

OBJECTION TO CLAIM

IN RE: DISPUTED CLAIM:

REASON: MY COMPANY RECEIVED THE FIRST DATE FOR FILING ON THE DAY IT WAS DUE. I CALLED TO LET THEM KNOW AND THEY SAID GO AHEAD AND SUBMIT THE INFORMATION.

NOW I HAVE RECEIVED ANOTHER LETTER TO FILE WITH THIS COURT AND TO BE DONE BEFORE APRIL 17, 2024.

THE SECOND NOTICED WAS SENT FROM:

EQIP CORPORATE RESTRUCTURING LLC AND THEY TOLD ME TO SEND EVERYTHING TO THEM.

JUST SPOKE WITH YOUR OFFICE AND THEY TOLD ME THAT I HAD TO SEND A RESPONSE BEFORE THE DEADLINE OF APRIL 17, 2024.

I DON'T AGREE WITH THE OBJECTIVE BY DEBTOR FOR THE REASON OF UNTIMELY FILING. MY COMPANY KEPT RENDERING SERVICES EVEN THOUGH THEY KNEW THEY WOULD NOT BE PAID.

**TAKING THE EASY WAY OUT WITH THIS FILING IS UNACCEPTABLE TO MY COMPANY. WE MORE THAN GENEROUS WAITING TO BE PAID AFTER A LETTER FROM MR. HARTMAN SAID THAT WE WOULD BE PAID WITH A FEW MONTHS. THEN WE NEVER COULD REACH ANYONE AND VOICEMAILS AND EMAILS WENT UNANSWERED.**

**I FEEL THE LEAST HARTMAN CAN DO IS HONOR OUR CLAIM.**


**THANK YOU,**

**NIKA SAENZ**

**SOUTH TEXAS SWEEPER'S, INC.**

**P.O. BOX 9519**

**THE WOODLANDS, TX  77387**

**281-635-0533  CELL**

**936-321-0588 HOME**

**NAS@CONSOLIDATED.NET**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 APR 15  AM 11:24
CLERK
U.S. BANKRUPTCY COURT

**DEBTOR: HARTMAN SPE, LLC.**

**CASE NO. 23-11452 (MFW)**

**DEBTOR'S SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

**CLAIMANT NAME:** SOUTH TEXAS SWEEPER'S, INC.

592 JUBAL EARLY LN.

CONROE, TX 77302

**CLAIM NO 118**

**CLAIM AMOUNT $4,797.70**

WE SERVICED SEVERAL PROPERTIES ON JULY AND AUGUST FOR PARKING LOT SWEEPING SERVICES ON THE FOLLOWING PROPERTIES.

11811 N. FREEWAY, CHELSEA SQUARE @ 5020 FM 1960, NORTHCHASE CENTER @ 14450 TORREY CHASE, 616 FM 1960 WEST AND NORTHBELT ATRIUM @15355 W. VANTAGE PARKWAY ALL IN HOUSTON.

CLAIM WAS FILED AFTER THE APPLICABLE NOVEMBER 13, 2023, BAR DATE.

NOTE: RECEIVED PAPERWORK ON THE DATE OF BAR DATE. CALLED AND WAS TOLD TO GO AHEAD A SUBMIT INFORMATION.

ENCLOSED I HAVE A LETTER FROM HARTMAN REIT LETTING ME KNOW THAT THEY WILL PAY AND REASON FOR THEM BEING LATE. WE WERE PUT ON SUSPENDED SERVICES UNTIL WE WERE PAID. INVOICES FOR JULY AND AUGUST.

AFTER THAT WE WERE NEVER ABLE TO CONTACT ANYONE IN THAT OFFICE. PHONE CALL AND EMAILS WENT UNANSWERED.

CONTACT:  NINFA SAENZ

        592 JUBAL EARLY LANE

        CONROE, TX  77302

CELL:     281-635-0533

HOME:    936-321-0588

EMAIL:    NAS@CONSOLIDATED.NET

## Letter of Explanation on Late Payment

From: Hartman Income REIT <marketing@hi-reit.com>
Date: 09/29/2022 17:11
To: nas@consolidated.net



September 29, 2022

At the outset, please accept my apologies for the delay of payment from Hartman to your company for supplies and services.

Over the past couple of months, Hartman was in the process of refinancing a portion of its portfolio to aid the company in lower interest rates. Unfortunately, the refinance did not materialize. In turn, this has caused some financial distress for our organization (and yours) which we are trying to navigate daily.

The company decided to stop distributions to its investors, which increased the amount of "cash" available each month. In addition, our lender is no longer withholding $600,000.00 per month of our capital as part of the terms of the refinance. They have also allowed us access to the monies that they have held in a reserve account for seven months. I share this information with you, so you know how the company plans to recover, and how we will bring our account with you current over the months ahead.

The company has formed a committee that includes me, the CFO, the VP of Property Management, and the VP of Asset Management. We meet twice a week to review payables and release checks on most Wednesdays and Fridays. If you have questions as to when your payments will be released, your property manager is still your best point of contact.

We are committed to paying our past-due balance with your company in full. The company's goal is to start making regular monthly payments to you within the next 30 - 60 days. However, it may be 6 months before all invoices older than 60 days are paid in full. Moving into 2023, the company strives to honor a commitment of NET 60 days for all supplies and services provided.

Please let me assure you that we are fully dedicated to making payment as soon as we can do so. Until then, our team will keep in close contact with you to share the progress of payables. We sincerely appreciate your understanding and your service to us over the years.

Sincerely,

*Al Hartman*

Al Hartman
President & Chief Executive Officer
Hartman Income REIT Management, Inc.

Facebook   LinkedIn   Twitter   Instagram

The Hartman Companies, 2909 Hillcroft, Suite 420, Houston, TX 77057, USA
Unsubscribe Manage preferences