IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § | CASE NO. 23-11452 |
| HARTMAN SPE, LLC | § § § | (CHAPTER 11) |
| DEBTOR | § § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(A), (B), AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 301(A) AND 9007

CORNERSTONE COMMUNITY ASSOCIATION, INC., a creditor herein, requests that all notices given or required to be given in this case together with all papers served or required to be served in this case be sent to the undersigned attorney.

Included in this request are all pleadings, notices, documents or other items described in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including without limitation, notices of motions, orders, petitions, complaints, pleadings or any other item brought before this Court. This request includes notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditor's committee.

Date: April 17, 2024

                                                            Respectfully submitted,

                                                            BARSALOU & ASSOCIATES, P.L.L.C.

*/s/ W. Austin Barsalou*
W. AUSTIN BARSALOU
Texas Bar No. 01835900
abarsalou@barsalou.com
4635 Southwest Freeway, Suite 580
Houston, TX 77027
Telephone   713-652-5044
Fax 713-650-8745

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2024, a true and correct copy of the foregoing was served by U.S. First Class mail or via electronic transmission on the parties listed below or on the attached list.

**Debtor**
HARTMAN SPE, LLC

**Debtor's Attorney**
Yelena Archiyan
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: yelena.archiyan@katten.com

William E. Chipman, Jr.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0193
Fax : 302-295-0199
Email: chipman@chipmanbrown.com

Michaela C. Crocker
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: michaela.crocker@katten.com

Kristi JoLynn Doughty
Chipman Brown Cicero & Cole, LLP
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0191
Email: doughty@chipmanbrown.com

John E Mitchell
Katten Muchin Rosenman LLP
2121 N. Pearl St.
Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: john.mitchell@katten.com

Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0195
Fax : 302-295-0199
Email: olivere@chipmanbrown.com

**United States Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302)-573-6491

**Claims Agent**
Epiq Corporate Restructuring, LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017
646-282-2500

**Transcriber**
Reliable Companies
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801
302-654-8080

**Creditor Committee**
**Official Committee of Unsecured Creditors of Hartman SPE, LLC**

Jesse M. Harris
Fox Rothschild LLP
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103-3232
215-299-2000
Fax : 215-299-2150
Email: jesseharris@foxrothschild.com

Michael G. Menkowitz
Fox Rothschild LLP
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103-3222
215-299-2756
Fax : 215-299-2150
Email: mmenkowitz@foxrothschild.com

Stephanie Slater Ward
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
302-622-4261
Email: sslater@foxrothschild.com

                                    */s/ W. Austin Barsalou*
                                     W. AUSTIN BARSALOU

7326.0010/MF/jb