IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: HARTMAN SPE, LLC | § | Case No. 23-11452 |
| | § | |
| DEBTOR | § | |

## CORNERSTONE COMMUNITY ASSOCIATION, INC.'S RESPONSE TO CLAIM OBJECTION FILED BY HARTMAN SPE, LLC

**COMES NOW** Cornerstone Community Association, Inc. (the "Association"), through its undersigned counsel, and for its response to the Debtor's First (Non-Substantive) Omnibus Objection to Claims (the "Objection") (Docket No. 720) respectfully states as follows:

1. The Association filed its Proof of Claim on January 10, 2024 (claim number 10213) (the "Claim").

2. The Debtor failed to include the Association as a creditor and to provide the Association with notice of the bankruptcy filing and the proof of claim filing bar date. The Association was not listed on the Matrix for Noticing (see Exhibit "A").

3. The Claim was filed in time to permit the payment of its Claim, U.S.C. § 726(2)(c)(ii).

4. Debtor is the owner of the property located at 3707 FM 1960 Road West, Houston, Texas 77068, and more particularly described by the metes and bounds in Exhibit "B" (the "Property").

5. The Debtor's Property is within the Cornerstone Village North commercial development ("Cornerstone") and is subject to the Restrictions and Protective Covenants for Cornerstone Northwest recorded on February 16, 1979, under Clerk's File No. F970338, in the Official Public Records of Real Property of Harris County, Texas. This instrument is attached to this response as Exhibit "C" and incorporated herein as the "Declaration."

6. The Declaration provides that an annual maintenance fund charge shall be imposed to all of the land in Cornerstone.  Declaration, ¶ 26

7. All past due maintenance fund charges shall bear interest from their due date until paid at the highest legal interest rate per annum allowed in the State of Texas at that time.  Such charges are a covenant running with the land and to secure the payment thereof, a lien is established by the Declaration upon the Property subject to such charge.  Declaration, ¶ 29

8. The Association has the right to maintain its Claim until the Association is paid in full.

9. The Association requests that the Court allow the Association's Claim to remain.

10. The Association requests the Court deny the relief requested by the Debtor in the Objection.

## **CONCLUSION**

WHEREFORE, for the above foregoing reasons, the Association prays that the Court enter an Order overruling the claims objection by the Debtor and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

BARSALOU & ASSOCIATES PLLC.

/s/ *W. Austin Barsalou*
W. AUSTIN BARSALOU
Texas Bar No. 01835900
abarsalou@barsalou.com
4635 Southwest Freeway, Suite 580
Houston, Texas 77027
Telephone (713) 652-5044
Fax (713) 650-8745
ATTORNEYS FOR CORNERSTONE
COMMUNITY ASSOCIATION, INC.
(Secured Creditor)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2024, a true and correct copy of the foregoing was served by U.S. First Class mail or via electronic transmission to the parties listed below or on the attached list.

**Debtor**

HARTMAN SPE, LLC

**Debtor's Attorney**

Yelena Archiyan
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: yelena.archiyan@katten.com

William E. Chipman, Jr.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0193
Fax : 302-295-0199
Email: chipman@chipmanbrown.com


Michaela C. Crocker
Katten Muchin Rosenman LLP
2121 North Pearl St., Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: michaela.crocker@katten.com

Kristi JoLynn Doughty
Chipman Brown Cicero & Cole, LLP
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0191
Email: doughty@chipmanbrown.com

John E Mitchell
Katten Muchin Rosenman LLP
2121 N. Pearl St.
Suite 1100
Dallas, TX 75201
214-765-3600
Fax : 214-765-3602
Email: john.mitchell@katten.com

Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
302-295-0195
Fax : 302-295-0199
Email: olivere@chipmanbrown.com

United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302)-573-6491

**Claims Agent**

Epiq Corporate Restructuring, LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017
646-282-2500

**Transcriber**

Reliable Companies
Attn: Gene Matthews
1007 North Orange Street, Suite 110
Wilmington, DE 19801
302-654-8080

4

**Creditor Committee**
**Official Committee of Unsecured Creditors of Hartman SPE, LLC**

Jesse M. Harris
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3232
215-299-2000
Fax: 215-299-2150
Email: jesseharris@foxrothschild.com

Michael G. Menkowitz
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
215-299-2756
Fax: 215-299-2150
Email: mmenkowitz@foxrothschild.com

Stephanie Slater Ward
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
302-622-4261
Email: sslater@foxrothschild.com

/s/ W. Austin Barsalou
W. AUSTIN BARSALOU

7326.0010