| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 23-11452-MFW<br>District of Delaware<br>Delaware<br>Wed Dec 20 14:00:52 EST 2023 | ASM Capital X LLC<br>100 Jericho Quadrangle, Suite 230<br>Jericho, NY 11753-2710 | Astro Tech Services, LLC<br>c/o Kimberly A Bartley<br>Waldron & Schneider, PLLC<br>15150 Mid<br>Houston, TX 77058 United States |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Business Floor Solutions, Inc.<br>5131 Steadmont Dr.<br>Houston, TX 77040-6525 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullet, P.C.<br>1700 Redbud Blvd.<br>Suite 300<br>McKinney, TX 75069-3276 |
| City of Houston<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Cypress-Fairbanks ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 |
| Epiq Corporate Restructuring, LLC<br>www.epiqsystems.com<br>777 Third Avenue, 12th Floor<br>New York, NY 10017-1302 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Harris County ESD #09<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Harris County ESD #11<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #12<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #16<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Harris County ESD #28<br>Linebarger Goggan Blair & Sampson LLP<br>Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #29<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #48<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Hartman SPE, LLC<br>2909 Hillcroft, Suite 420<br>Houston, TX 77057-5815 | Houston Community College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>Linebarger Goggan Blair & Sampson LLP<br>Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Katy ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Lone Star College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Nguyen Law Group, PLLC<br>Nguyen Law Group PLLC<br>7211 Regency Square Blvd.<br>Suite 220<br>Houston, TX 77036-3193 |
| Reliable Companies<br>Attn: Gene Matthews<br>1007 North Orange Street<br>Suite 110<br>Wilmington, DE 19801-1256 | Richardson ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | San Antonio Petroleum Club<br>8620 N. New Braunfels<br>San Antonio, TX 78217-6394 |
| Summer Energy, LLC<br>c/o Jamie L. Edmonson<br>ROBINSON & COLE LLP<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801-1163 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Texas Comptroller of Public Accounts, Revenu<br>Jamie Kirk<br>PO Box 12548<br>Austin, TX 78711-2548 |

Exhibit"A"

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801-3024 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, Texas 75069-3276 | Carrollton-Farmers Branch ISD, Plano ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins & Mott<br>1919 S. Shiloh Rd, Suite 640, LB40<br>Garland, TX 75042-8234 |
| DPS Developments LLC<br>2525 Cornell Drive<br>Flower Mound, TX 75022-4879 | Hobbs Services LLC<br>28760 Huff-Cleve Rd<br>Huffman, TX 77336-3808 | U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| John E Mitchell<br>Katten Muchin Rosenman LLP<br>2121 N. Pearl St.<br>Suite 1100<br>Dallas, TX 75201-2591 | Kristi JoLynn Doughty<br>Chipman Brown Cicero & Cole, LLP<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801-6114 | Mark D. Olivere<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801-6114 |
| Michaela C. Crocker<br>Katten Muchin Rosenman LLP<br>2121 North Pearl St., Suite 1100<br>Dallas, TX 75201-2591 | William E. Chipman Jr.<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801-6114 | Yelena Archiyan<br>Katten Muchin Rosenman LLP<br>2121 North Pearl St., Suite 1100<br>Dallas, TX 75201-2591 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bexar County<br>Linebarger Goggan Blair & Sampson<br>c/o Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | HARRIS COUNTY<br>Harris County Attorney's Office<br>Property Tax Division<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)7211 Regency Square Management, LLC | (u)ALIEF INDEPENDENT SCHOOL DISTRICT, et al | (u)Agave Plumbing, Inc. |
| (u)Amity Construction Co. | (u)CRE Group, LLC d/b/a Caprock Electric | (u)Carrollton Farmers Branch ISD, Plano ISD |
| (u)Engie Resources, LLC | (u)HFP Garden Oaks, LLC, d/b/a Planet Fitness | (u)KeyBank National Association |

| | | |
|---|---|---|
| (u)Official Committee of Unsecured Creditors | (u)Precision General Contracting, LLC | (u)Pritchard Industries Southwest, LLC |
| (u)RS Greater Heights Holdings, LLC | (u)SCG Mechanical, LP d/b/a Way Mechanical an | (u)STI-GC, LLC |
| (u)Summer Energy LLC | (u)Sundown Commercial Services | (d)ASM Capital X, LLC<br>100 Jericho Quadrangle, Suite 230<br>Jericho, NY 11753-2710 |
| (d)Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients    19<br>Total                  60 | |