NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

### Special Warranty Deed

**Effective Date:** October 1, 2018

**Grantor:** Hartman 1960 Properties, LLC, a Texas limited liability company

**Grantor's Mailing Address:** 2909 Hillcroft Suite 420, Houston TX 77057

**Grantee:** Hartman SPE, LLC, a Delaware limited liability company

**Grantee's Mailing Address:** 2909 Hillcroft Suite 420, Houston TX 77057

**Consideration:** Cash and a note of even date herewith executed by Grantee, payable to the order of Goldman Sachs Mortgage Company in the aggregate amount of $259,000,000. The note is secured by a deed of trust of even date from Grantee to Bruce Caldwell, trustee (collectively, the " Lien").

**Property (including any improvements):**

The real property located in Harris County Texas described in **Exhibit A**, attached hereto and made a part hereof, (the "**Land**") together with (i) all buildings, improvements, fixtures and related amenities located thereon (the "Improvements"), (ii) all of Grantor's right, title and interest, reversionary or otherwise, in and to (a) any land lying in the bed of any street, alley, strips, gores, passageway, road, right-of-way, or access way, opened or proposed, in front of, at a side of, adjacent to, adjoining or used in connection with the Land or Improvements to the centerline thereof, (b) all easements, rights-of-way, rights of ingress or egress, privileges, servitudes and licenses in, under, above, upon, benefiting and/or appertaining to the Land; (c) any oil, gas and other minerals in, on and under and that may be produced from the land, as well as all development rights and land use entitlements appurtenant to the land; (d) all other rights, benefits, privileges, tenements, hereditaments and appurtenances thereon or in anywise appertaining to the Land or owned by Grantor and held in connection with the Land (hereinafter collectively called the "**Property**").

**Commonly known as:** 3707 FM 1960 Houston, TX 77068

**Reservations from Conveyance:** None

**Exceptions to Conveyance and Warranty:** Liens described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for the current year, which Grantor assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against



**Exhibit "B"**

every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

As a material part of the Consideration for this deed, Grantor and Grantee agree that Grantee is taking the Property "AS IS" with any and all latent and patent defects and that there is no warranty by Grantor that the Property has a particular financial value or is fit for a particular purpose. Grantee acknowledges and stipulates that Grantee is not relying on any representation, statement, or other assertion with respect to the Property condition but is relying on Grantee's examination of the Property. Grantee takes the Property with the express understanding and stipulation that there are no express or implied warranties except for limited warranties of title set forth in this deed.

When the context requires, singular nouns and pronouns include the plural.

[SIGNATURE PAGE TO FOLLOW]



Hartman 1960 Properties, LLC By: its manager, Allen R. Hartman

By: Allen R. Hartman

STATE OF TEXAS )

COUNTY OF HARRIS )

Before me, a Notary Public, on this day personally appeared Allen R. Hartman as the Manager of Hartman 1960 Properties, LLC proved to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 27th day of September, 2018.

Notary Public, State of Texas
My commission expires:



MARK TOROK
NOTARY PUBLIC-STATE OF TEXAS
COMM. EXP. 02-18-2019
NOTARY ID 125964535

After recording, please return to :

Hartman SPE, LLC
2909 Hillcroft suite 420
Houston, TX 77057
Attn: Mark T. Torok, General Counsel

RP-2018-451211



Exhibit A

Legal Description

Tract One-Fee:
A METES AND BOUNDS description of a 3.386 acre (147,477 square feet) tract of land situated in the Joseph Farwell Survey, Abstract No. 262, Harris County, Texas: being out of Restricted Reserve "B-1" of Cornerstone Village North, plat of which is recorded in Volume 326, Page 97, of the Harris County Map Records; and being more particularly described as follows:
COMMENCING at a 5/8-inch iron rod found marking the northwesterly end of a 35-foot radius cutback curve located at the intersection of the southwesterly right-of-way line of Walters Road (80-feet wide) and the southeasterly right-ofway line of F.M. 1960 (100-feet wide);
THENCE, South 58° 23' 45" West, 158.02 feet along said southeasterly right-of-way line of F.M. 1960 to a 5/8-inch iron rod found at the POINT OF BEGINNING of the herein described tract;
THENCE, South 32° 05' 10" East, 153.00 feet to a 5/8-inch iron rod found at an angle point;
THENCE, South 60° 10' 29" East, 67.98 feet to a 5/8-inch iron rod found to an angle point;
THENCE, South 32° 05' 10" East, 52.75 feet to a 5/8-inch iron rod found at an angle point;
THENCE, South 12° 54' 50" West, 44.55 feet to a 5/8-inch iron rod found at an angle point;
THENCE, South 32° 05' 10" East, 322.00 feet to a 5/8-inch iron rod found for corner in the northwesterly right-of-way line of Bammel North Houston Road (80-feet wide);
THENCE, South 57° 53' 21" West, 232.92 feet along said northwesterly right-of-way line to a 5/8-inch iron rod found marking the southern-most corner of said Restricted Reserve "B-1"
THENCE, North 32° 05' 10" West, 621.28 feet along the southwesterly line of said Restricted Reserve "B-1" to a 5/8-inch iron rod found for corner in the aforementioned Southeasterly right-of-way line of F.M. 1960;
THENCE, North 58° 23' 45" East, 232.42 feet along said southeasterly right-of-way line to the POINT OF BEGINNING, CONTAINING 3.386 acres of land, more or less, in Harris County, Texas as shown on Drawing No. 1329 in the offices of Cotton Surveying Company, Houston, Texas.

Tract Two-Easement:
That certain ten (10) foot drainage easement over 0.0380 acres established in Drainage Easement Agreement executed by and between WILMA SOUTH-WEST, INC., a Georgia corporation and METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, recorded under Clerk's File No. J762681 of the Real Property Records of Harris County, Texas.

Tract Three-Easement:
That certain five (5) foot drainage easement over 0.0080 acres established in Drainage Easement Agreement executed by and between WILMA SOUTH-WEST, INC., a Georgia corporation and METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, recorded under Clerk's File No. J762681 of the Real Property Records of Harris County, Texas.

RP-2018-451211

Page 4 of 5  Wednesday, April 17, 2024  County Clerk Harris County, Texas



RP-2018-451211
# Pages 5
10/02/2018 11:06 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees  $28.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS





I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This April 17, 2024

*Teneshia Hudspeth*

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.