United States Bankruptcy Court for the District of Delaware

**RECEIVED**
APR 16 2024
**LEGAL SERVICES**

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Hartnam SPE, LLC, No. 23-11452 |
|---|---|
| Creditor Name and Address: | Stream Realty Partners-Central Texas, L.P.<br>Attn: Carolyn Hinchey Shaw<br>100 NE Loop 410 Suite 102<br>San Antonio, TX 78216 |
| Court Claim Number (if known): | 10071 |
| Date Claim Filed: | November 7, 2023 |
| Total Amount of Claim Filed: | 78,780.04 |

Filed: USBC - District of Delaware
Hartman SPE, LLC
23-11452 (MFW)    (COR)
HSZ
0000000014

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 10, 2024

Print Name: Carolyn Hinchey Shaw
Title (if applicable): Attorney-In-Fact

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

**STREAM**

100 NE Loop 410, Suite 102
San Antonio, TX 78216

7019 1120 0000 4658 4684

RDC 99

Retail

97076

U.S. POSTAGE PAID
FCM LETTER
SAN ANTONIO, TX 78246
APR 10, 2024

**$8.73**

R2305K134919-55

Hartman SPE, LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

RECEIVED
APR 16 2024
LEGAL SERVICES

9707630421 B900

Case 23-11452-MF

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE