# **Balance Sheet**

# HARTMAN SPE, LLC

|  | 29-Feb-24 |
|---|---|
| **ASSETS** | Unaudited |
| Real estate assets, at cost | 379,089,109 |
| Accumulated depreciation and amortization | (147,489,214) |
| Real estate assets, net | 231,599,895 |
|  |  |
| Cash and cash equivalents | 3,022,330 |
| Restricted cash | 48,058,357 |
| Accounts receivable, net | 985,598 |
| Accrued rent | 7,144,401 |
| Deferred leasing commission costs, net | 11,739,607 |
| Prepaid expenses and other assets | 1,646,212 |
| Total assets | **304,196,399** |

## LIABILITIES AND EQUITY

| | |
|---|---|
| Liabilities: | |
| Postpetition Payables (excluding taxes) | 3,915,819 |
| Postpetition Payables past due (excluding taxes) | - |
| Postpetition taxes payable | 1,292,372 |
| Postpetition taxes past due | - |
|  |  |
| Prepetition secured debt - Term Debt | 136,707,281 |
| Prepetition secured debt - Liens | 3,233,998 |
|  | 139,941,278 |
|  |  |
|  |  |
| Prepetition unsecured debt | 16,832,481 |
| Prepetition property taxes debt | - |
| Prepetition franchise tax debt | - |
| Prepetition unsecured debt - Security Deposits | 2,994,532 |
|  | 19,827,013 |
|  |  |
| Total Liabilities | 164,976,482 |
|  |  |
|  |  |
| Stockholders' equity: | 139,219,917 |

# **Cash Receipts**

| RESTRICTED CASH FLOW | |
|---|---|
| | **Feb-24** |
| | |
| **Beg Cash Balance (Restricted)** | |
| Excess Cash Flow Reserve | 8,582,066 |
| Keybank Cash Management | 2,329,501 |
| Sales Proceeds Holdback | - |
| **Total** | 10,911,567 |
| | |
| **Cash Inflow (Outflow) - Excess CF Reserve** | |
| Transfer from Sales Proceeds Reserve | - |
| Sales Proceeds | 26,202,532 |
| Payment of Principal | (4,972,678) |
| Transfer to CM Acct - Debt Service | 225,550 |
| Liquidation Fee | |
| Funding Request - Professional Fees | (834,938) |
| | |
| **Cash Inflow - CM Account** | |
| Tenant Receipts (Restricted) | 4,941,850 |
| Transfer from Excess CF Reserve | |
| | |
| **Cash Inflow - Sales Proceeds** | |
| Transfer to Excess CF Reserve | - |
| | |
| **Cash Outflow - CM Account** | |
| Debt Service (Interest Only, Default Rate) | (1,513,466) |
| Budgeted Operating Expenses | (2,220,476) |
| Special Servicing Fee | (30,498) |
| Property Tax Reserve | (858,059) |
| Replacement Reserve | (126,020) |
| Excess Cash Reserve Sweep | (225,550) |
| | (4,974,068) |
| | |
| **Ending Cash Balance (Restricted)** | **31,499,815** |

| UNRESTRICTED CASH FLOW | |
|---|---|
| | **Feb-24** |
| | *Actual* |
| **Beg Cash Balance (Unrestricted)** | 675,521 |
| | |
| **Cash Inflow** | |
| Cash Management Disbursement (Unrestricted) | 3,055,414 |
| Property Tax Refund - Protests | |
| Buyer Settlements - Sold Properties | |
| | |
| **Property Operating Expenses** | |
| Utility Deposit | |
| Utilities (Pre-petition services) | |
| Utilities (Post-petition services) | (804,479) |
| Janitorial | (260,787) |
| Security | (102,564) |
| Fire / elevator / life safety | (189,571) |
| Heating, ventilation, and air conditioning | (204,810) |
| Landscaping | (34,795) |
| Other Opex | (212,674) |
| Insurance Loss Disbursement (400 N Belt - Reserve) | (11,636) |
| Tenanat Deposit (incorrect account) | 26,466 |
| Tenanat Receipts - Sold Property | (67,768) |
| Total Property Operating Expenses | (1,862,619) |
| | |
| Property Manager Fees & Reimbursements | (594,755) |
| Total Property Management Fees & Reimbursement | (594,755) |
| | |
| **Total Property Operating Expenses** | **(2,457,374)** |
| | |
| **Other Expenses** | |
| Texas franchise taxes | (38,885) |
| | |
| *Bankruptcy and professional fees* | |
| Katten | (218,742) |
| Chipman Brown | (49,652) |
| Hirsch | |
| Epiq | |
| Committee Prof. | (88,024) |
| US Trustee | (153,212) |
| Lender's Counsel | |
| Lender Appraisals | |
| Lender Inspection Costs | |
| Lender Special Servicing Fees | |
| Liquidation Fee (TBD) | |
| | |
| **Total Other Expenses** | **(548,514)** |
| | |
| **Change in Net Operating Cash Flow (Unrestricted** | 49,526 |
| | |
| **Ending Cash Balance (Unrestricted)** | **725,047** |
| | |
| | |
| **Other Cash Reserves (Beg)** | |
| Loan Reserve Accounts (2) | 16,912,023 |
| | |
| **Change in Other Cash Reserves** | |
| Loan Reserve Accounts | 984,079 |
| Property Tax Payments | - |
| Utility Deposit | |
| **Ending Other Cash Reserves** | **17,896,102** |
| | |
| **Cumulative Cash Liquidity** | **50,120,964** |

# Income Statement

**HARTMAN SPE, LLC**

|  |  | Feb-24 |
|---|---|---|
| **Revenues** | | |
| Rental revenues | $ | 4,878,884 |
| **Total revenues** | | 4,878,884 |
| | | |
| **Expenses (income)** | | |
| Property operating expenses | | 2,240,822 |
| Insurance | | 315,036 |
| Real estate property taxes | | 530,262 |
| Texas franchise taxes | | 197 |
| Depreciation and amortization | | 1,156,292 |
| General and administrative | | 156,705 |
| Interest expense | | 1,379,409 |
| **Total expenses, net** | | 5,778,723 |
| | | |
| **Reorganization Items** | | |
| Gain on disposed property | | 8,515,314 |
| Professional Fees | | (513,043) |
| | | |
| Profit (loss) income | | 7,102,432 |

# Part 7a

| Payee / Counterparty | Amount | Description |
|---|---|---|
| KeyBank | 4,972,678 | Debtor made a Principal Payment on senior secured mortgage using sales proceeds of real estate assets sold to date during the bankruptcy period. Payment approved by the court. |

# Bank Statements



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 29, 2024**
**page 1 of 3**

███████ 6586

T   968 00000 R EM T1

HARTMAN SPE, LLC DEBTOR IN POSSESSION
CMA FBO US BANK, NA AS TRUSTEE OF HOLDER
GS MORTGAGE SECURITIES TRUST 2018-HART
AND THE RR INTEREST OWNER; CASE 23-11452
11501 OUTLOOK STREET STE 300
OVERLAND PARK KS 66211-1807

*Questions or comments?*
*Call  1-800-821-2829*

Commercial Control Transaction   ██████ 6586
HARTMAN SPE, LLC DEBTOR IN POSSESSION
CMA FBO US BANK, NA AS TRUSTEE OF HOLDER
GS MORTGAGE SECURITIES TRUST 2018-HART

| | |
|---|---:|
| Beginning balance 1-31-24 | $2,329,051.22 |
| 20 Additions | +4,941,849.83 |
| 15 Subtractions | -4,974,068.20 |
| Net fees and charges | -450.00 |
| **Ending balance 2-29-24** | **$2,296,382.85** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 2-1 | 189452 | Wire Deposit | Hartman Spe, Llc 1548 | $328,246.24 |
| | 2-2 | 210492 | Wire Deposit | Hartman Spe, Llc 1548 | 706,017.12 |
| | 2-5 | 233501 | Wire Deposit | Hartman Spe, Llc 1548 | 442,050.27 |
| | 2-6 | 248701 | Wire Deposit | Hartman Spe, Llc 1548 | 778,775.22 |
| | 2-7 | 263389 | Wire Deposit | Hartman Spe, Llc 1548 | 277,652.63 |
| | 2-8 | 279725 | Wire Deposit | Hartman Spe, Llc 1548 | 117,725.49 |
| | 2-9 | 294880 | Wire Deposit | Hartman Spe, Llc 1548 | 157,403.24 |
| | 2-12 | 315493 | Wire Deposit | Hartman Spe, Llc 1548 | 114,420.02 |
| | 2-13 | 329850 | Wire Deposit | Hartman Spe, Llc 1548 | 337,292.94 |
| | 2-14 | 349421 | Wire Deposit | Hartman Spe, Llc 1548 | 106,678.81 |
| | 2-15 | 366088 | Wire Deposit | Hartman Spe, Llc 1548 | 75,468.63 |
| | 2-16 | 382097 | Wire Deposit | Hartman Spe, Llc 1548 | 75,383.02 |
| | 2-20 | 406739 | Wire Deposit | Hartman Spe, Llc 1548 | 24,149.77 |
| | 2-21 | 424199 | Wire Deposit | Hartman Spe, Llc 1548 | 204,953.46 |
| | 2-22 | 439523 | Wire Deposit | Hartman Spe, Llc 1548 | 192,689.81 |
| | 2-23 | 455240 | Wire Deposit | Hartman Spe, Llc 1548 | 64,810.97 |
| | 2-26 | 475965 | Wire Deposit | Hartman Spe, Llc 1548 | 90,855.14 |
| | 2-27 | 490801 | Wire Deposit | Hartman Spe, Llc 1548 | 370,750.27 |
| | 2-28 | 509617 | Wire Deposit | Hartman Spe, Llc 1548 | 114,211.86 |
| | 2-29 | 529650 | Wire Deposit | Hartman Spe, Llc 1548 | 362,314.92 |
| | | | **Total additions** | | **$4,941,849.83** |

**Corporate Banking Statement**
**February 29, 2024**
**page 2 of 3**

6586

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 2-12 | 82072942 | Ji 10195932 Default Int Bd Feb 9 Per Ss | $94,271.93 |
| | 2-12 | 82072941 | Ji 10195052 Default Int Bd Feb 9 Per Ss | 76,756.10 |
| | 2-12 | 82072940 | Ji 10195935 Feb Pmt Bd Feb 9 Per Ss | 39,991.62 |
| | 2-12 | 82072939 | Ji 10195052 Misc Adv 828 Seq 009 Bd Feb | 30,498.15 |
| | 2-12 | 82072938 | Ji 10195934 Feb Pmt Bd Feb 9 Per Ss | 264,842.34 |
| | 2-12 | 82072937 | Ji 10195052 Res 001 Per Ss | 225,549.84 |
| | 2-12 | 82072936 | Operating To Brwr Per Ss | 2,220,476.00 |
| | 2-12 | 82072935 | Ji 10195935 Default Int Bd Feb 9 Per Ss | 20,793.86 |
| | 2-12 | 82072934 | Ji 10195933 Feb Pmt Bd Feb 9 Per Ss | 187,634.48 |
| | 2-12 | 82072933 | Ji 10195931 Feb Pmt Bd Feb 9 Per Ss | 180,565.24 |
| | 2-12 | 82072932 | Ji 10195934 Default Int Bd Feb 9 Per Ss | 157,122.81 |
| | 2-12 | 82072931 | Ji 10195932 Feb Pmt Bd Feb 9 Per Ss | 143,215.50 |
| | 2-12 | 82072930 | Ji 10195931 Default Int Bd Feb 9 Per Ss | 125,697.37 |
| | 2-12 | 82072929 | Ji 10195933 Default Int Bd Feb 9 Per Ss | 115,644.74 |
| | 2-12 | 82072928 | Ji 10195052 Feb Pmt Bd 2/9 Per Ss | 1,091,008.22 |
| | | | **Total subtractions** | **$4,974,068.20** |

## Fees and charges

| | Date | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| | 2-8-24 | Jan Analysis Service Chg | 1 | 450.00 | -$450.00 |
| | | **Fees and charges  assessed this period** | | | **-$450.00** |

*See your Account Analysis statement for details.*



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. | |
|---|---|
| $ | |

| ❼ Add 5 and 6 and enter total here. | |
|---|---|
| | |

| ❽ Enter total from 4. | |
|---|---|
| $ | |

| ❾ Subtract 8 from 7 and enter difference here. | |
|---|---|
| $ | |

This amount should agree with your check register balance.

| TOTAL ➜ | $ |
|---|---|

6586 - 03290

4805

# EAST WEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page   1   of   24
STARTING DATE: February 01, 2024
ENDING DATE: February 29, 2024
Total days in statement period: 29
████████5344
( 195)

HARTMAN SPE, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #23-11452
2909 HILLCROFT ST SUITE 420
HOUSTON TX 77057-5815

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████5344 | Beginning balance | $675,521.41 |
| Enclosures | 195 | Total additions ( 17) | 3,174,119.42 |
| Low balance | $227,647.26 | Total subtractions ( 295) | 3,124,593.74 |
| Average balance | $1,300,809.83 | Ending balance | $725,047.09 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| 46444 | 01 31 | Return Item | Auto Return CHECK 46444 | 974.25 |
| 46407 | 01 31 | Return Item | Auto Return CHECK 46407 | 2,228.77 |
| 46408 | 01 31 | Return Item | Auto Return CHECK 46408 | 2,690.28 |
| 46406 | 01 31 | Return Item | Auto Return CHECK 46406 | 37,295.68 |
| | 02 06 | Deposit Bridge | | 86.37 |
| | 02 06 | Deposit Bridge | | 514.19 |
| | 02 12 | Wire Trans-IN | KEYBANK N.A. | 2,220,476.00 |
| | 02 15 | Wire Trans-IN | KEYCORP REAL ESTAT E CAPITAL MKTS IN | 834,938.00 |
| | 02 15 | Pre-Auth Credit | FEMA TREAS 310 MISC PAY RMR*IV*2024-691-80 | 26,465.79 |
| | | | 0 JAN**00000002646 579 | |
| 46466 | 02 15 | Return Item | ReferMaker CHECK 46466 | 16,230.53 |
| 46467 | 02 15 | Return Item | ReferMaker CHECK 46467 | 17,254.06 |
| 46483 | 02 20 | Return Item | Auto Return CHECK 46483 | 37.60 |
| 46375 | 02 20 | Return Item | Auto Return CHECK 46375 | 236.92 |
| 46640 | 02 21 | Return Item | Auto Return CHECK 46640 | 6,474.29 |
| 46642 | 02 22 | Return Item | Auto Return CHECK 46642 | 1,200.00 |
| 46626 | 02 26 | Return Item | ReferMaker CHECK 46626 | 240.16 |
| 46663 | 02 28 | Return Item | Auto Return CHECK 46663 | 6,776.53 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 46117 | 02 01 | 4,437.75 | 46285 * | 02 02 | 1,883.40 |
| 46127 * | 02 27 | 11,635.65 | 46294 * | 02 02 | 129.67 |
| 46209 * | 02 02 | 20.18 | 46365 * | 02 02 | 920.00 |
| 46210 | 02 02 | 2.45 | 46375 * | 02 20 | 236.92 |
| 46211 | 02 02 | 919.53 | 46396 * | 02 06 | 9,755.80 |
| 46267 * | 02 08 | 21,968.35 | 46397 | 02 06 | 16,692.74 |

3409    rev 05-16

# EAST WEST BANK  *Your financial bridge®*

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

████████5344

HARTMAN SPE, LLC

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 46411 * | 02-05 | 7,652.61 | 46488 | 02-12 | 20,572.15 |
| 46413 * | 02-01 | 479.00 | 46489 | 02-12 | 4,666.58 |
| 46414 | 02-05 | 3,079.13 | 46490 | 02-12 | 26,015.51 |
| 46415 | 02-14 | 31,068.78 | 46491 | 02-05 | 880.51 |
| 46416 | 02-05 | 839.52 | 46492 | 02-14 | 2,998.48 |
| 46417 | 02-05 | 1,147.04 | 46493 | 02-05 | 20,352.59 |
| 46418 | 02-05 | 1,845.39 | 46494 | 02-06 | 22,819.70 |
| 46419 | 02-05 | 2,051.07 | 46496 * | 02-06 | 14,339.34 |
| 46420 | 02-05 | 84.00 | 46498 * | 02-05 | 1,769.89 |
| 46422 * | 02-01 | 3,576.00 | 46499 | 02-05 | 6,359.91 |
| 46423 | 02-15 | 100.27 | 46500 | 02-05 | 11,540.38 |
| 46424 | 02-01 | 917.96 | 46501 | 02-05 | 3,242.69 |
| 46426 * | 02-27 | 16,817.19 | 46502 | 02-05 | 9,594.34 |
| 46428 * | 02-09 | 235.70 | 46503 | 02-05 | 10,262.55 |
| 46429 | 02-09 | 235.70 | 46504 | 02-07 | 390.21 |
| 46430 | 02-09 | 235.70 | 46506 * | 02-13 | 1,825.48 |
| 46431 | 02-09 | 235.70 | 46507 | 02-16 | 770.49 |
| 46432 | 02-09 | 235.70 | 46508 | 02-13 | 460.96 |
| 46434 * | 02-05 | 828.53 | 46509 | 02-14 | 3,453.18 |
| 46435 | 02-14 | 49.60 | 46510 | 02-14 | 11,418.90 |
| 46436 | 02-14 | 4,551.36 | 46511 | 02-16 | 22,785.37 |
| 46447 * | 02-01 | 2,070.30 | 46512 | 02-14 | 156.96 |
| 46448 | 02-02 | 6,529.90 | 46513 | 02-15 | 848.72 |
| 46449 | 02-01 | 111.50 | 46514 | 02-27 | 4,951.37 |
| 46450 | 02-01 | 63.87 | 46516 * | 02-13 | 120,789.65 |
| 46451 | 02-01 | 124.49 | 46519 * | 02-22 | 15,785.77 |
| 46452 | 02-09 | 763.70 | 46520 | 02-22 | 22,883.79 |
| 46455 * | 02-13 | 4,670.80 | 46521 | 02-20 | 455.94 |
| 46461 * | 02-05 | 2,206.61 | 46522 | 02-15 | 868.87 |
| 46465 * | 02-15 | 34,936.08 | 46523 | 02-13 | 395.91 |
| 46466 | 02-15 | 16,230.53 | 46524 | 02-13 | 1,945.66 |
| 46467 | 02-15 | 17,254.06 | 46525 | 02-13 | 249.99 |
| 46469 * | 02-05 | 692.34 | 46526 | 02-15 | 30.53 |
| 46472 * | 02-01 | 6,860.63 | 46527 | 02-14 | 424.77 |
| 46473 | 02-02 | 34,936.08 | 46528 | 02-13 | 581.85 |
| 46474 | 02-02 | 16,230.53 | 46530 * | 02-13 | 982.88 |
| 46475 | 02-02 | 17,254.06 | 46531 | 02-14 | 2,085.00 |
| 46476 | 02-09 | 34,041.81 | 46532 | 02-21 | 590.00 |
| 46477 | 02-05 | 5,856.16 | 46533 | 02-28 | 2,251.60 |
| 46478 | 02-12 | 21,725.28 | 46534 | 02-15 | 448.83 |
| 46479 | 02-12 | 25,848.16 | 46535 | 02-15 | 418.67 |
| 46480 | 02-12 | 32,515.64 | 46536 | 02-15 | 149.52 |
| 46481 | 02-12 | 29,596.63 | 46537 | 02-15 | 137.46 |
| 46482 | 02-12 | 39,918.03 | 46538 | 02-15 | 284.57 |
| 46483 | 02-20 | 37.60 | 46539 | 02-16 | 806.47 |
| 46484 | 02-20 | 170.33 | 46540 | 02-20 | 153.61 |
| 46485 | 02-20 | 262.05 | 46541 | 02-21 | 206.89 |
| 46486 | 02-07 | 899.40 | 46542 | 02-15 | 2,899.41 |
| 46487 | 02-07 | 4,307.95 | 46544 * | 02-16 | 3,225.85 |

# EAST WEST BANK  Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

▮▮▮▮5344

HARTMAN SPE, LLC

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 46545 | 02-14 | 2,143.35 | 46616 * | 02-21 | 416.76 |
| 46546 | 02-14 | 7,361.00 | 46617 | 02-23 | 192.99 |
| 46547 | 02-16 | 1,983.79 | 46618 | 02-21 | 8,109.82 |
| 46548 | 02-15 | 14,631.28 | 46620 * | 02-26 | 2,647.99 |
| 46549 | 02-15 | 1,359.91 | 46621 | 02-21 | 1,135.68 |
| 46550 | 02-15 | 11,923.21 | 46622 | 02-20 | 18,402.50 |
| 46551 | 02-15 | 8,426.78 | 46623 | 02-26 | 236.92 |
| 46552 | 02-15 | 8,856.47 | 46624 | 02-26 | 132.43 |
| 46555 * | 02-13 | 253.27 | 46625 | 02-26 | 137.46 |
| 46556 | 02-14 | 7,975.34 | 46626 | 02-26 | 240.16 |
| 46557 | 02-14 | 669.50 | 46627 | 02-20 | 4,232.19 |
| 46558 | 02-13 | 1,339.00 | 46628 | 02-22 | 15,445.10 |
| 46559 | 02-21 | 4,095.16 | 46629 | 02-21 | 18,811.49 |
| 46560 | 02-23 | 19,425.70 | 46630 | 02-21 | 20,669.30 |
| 46561 | 02-14 | 1,188.52 | 46631 | 02-21 | 19,453.23 |
| 46562 | 02-13 | 14,188.87 | 46632 | 02-21 | 6,576.07 |
| 46563 | 02-13 | 3,561.43 | 46633 | 02-21 | 6,169.07 |
| 46564 | 02-14 | 1,334.34 | 46634 | 02-21 | 3,851.55 |
| 46566 * | 02-14 | 3,270.25 | 46637 * | 02-27 | 1,766.83 |
| 46567 | 02-14 | 844.68 | 46640 * | 02-21 | 6,474.29 |
| 46569 * | 02-16 | 45,616.56 | 46641 | 02-26 | 53,303.81 |
| 46570 | 02-16 | 28,820.48 | 46642 | 02-22 | 1,200.00 |
| 46571 | 02-13 | 20,066.00 | 46644 * | 02-27 | 685.14 |
| 46572 | 02-14 | 3,415.00 | 46645 | 02-29 | 160.82 |
| 46573 | 02-27 | 12,714.77 | 46646 | 02-28 | 23,343.88 |
| 46574 | 02-15 | 711.55 | 46647 | 02-28 | 56,192.61 |
| 46575 | 02-22 | 130.14 | 46648 | 02-28 | 33,349.54 |
| 46576 | 02-27 | 14,928.25 | 46649 | 02-29 | 876.00 |
| 46577 | 02-27 | 20,395.93 | 46653 * | 02-28 | 12,700.01 |
| 46578 | 02-27 | 23,305.30 | 46654 | 02-29 | 2,737.64 |
| 46580 * | 02-26 | 2,222.47 | 46655 | 02-29 | 3,712.97 |
| 46581 | 02-27 | 3,026.19 | 46657 * | 02-28 | 1,900.00 |
| 46585 * | 02-22 | 172.30 | 46663 * | 02-28 | 6,776.53 |
| 46594 * | 02-23 | 146,272.30 | 46668 * | 02-28 | 1,082.50 |
| 46595 | 02-23 | 2,754.31 | 46669 | 02-28 | 982.88 |
| 46596 | 02-23 | 1,615.20 | 46673 * | 02-27 | 1,277.36 |
| 46597 | 02-23 | 34.50 | 46676 * | 02-29 | 254.39 |
| 46599 * | 02-21 | 5,596.27 | 46677 | 02-29 | 2,814.50 |
| 46600 | 02-26 | 1,447.69 | 46679 * | 02-28 | 17,437.95 |
| 46601 | 02-27 | 1,420.45 | 46681 * | 02-27 | 18,687.79 |
| 46602 | 02-22 | 990.51 | 46682 | 02-29 | 20,035.07 |
| 46603 | 02-29 | 1,170.00 | 46683 | 02-29 | 16,918.49 |
| 46604 | 02-23 | 2,911.90 | 46684 | 02-27 | 270.63 |
| 46605 | 02-22 | 97.00 | 46686 * | 02-27 | 15,445.10 |
| 46606 | 02-21 | 398.14 | 46687 | 02-29 | 2,922.75 |
| 46607 | 02-26 | 1,447.69 | 46690 * | 02-28 | 4,349.74 |
| 46608 | 02-21 | 1,360.54 | 46691 | 02-27 | 6,711.50 |
| 46609 | 02-29 | 119.40 | 49334 * | 02-01 | 1,540.00 |
| 46614 * | 02-27 | 317.44 | * Skip in check sequence | | |

EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HARTMAN SPE, LLC

ACCOUNT STATEMENT
Page   4   of   24
STARTING DATE: February 01, 2024
ENDING DATE: February 29, 2024
████████5344

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|-------------------------|---|--------------|
| 02 01 | Preauth Debit | CITY OF HOUSTON WATER BILL 240201 | 2,902.97 |
| 02 02 | Preauth Debit | HarrisCoMUD185 W ECHK000102 240202 | 638.87 |
| 02 05 | Preauth Debit | WATER EPAYS REOC DWU WEB 240202 | 556.14 |
| 02 05 | Preauth Debit | CITY OF RICHARDS UT BILL 240205 | 1,168.03 |
| 02 05 | Preauth Debit | CITY OF RICHARDS UT BILL 240205 | 1,334.43 |
| 02 06 | Outgoing Wire | JAMES SOBOTA | 4,000.00 |
| 02 06 | Preauth Debit | WATER EPAYS REOC DWU WEB 240205 | 1,337.56 |
| 02 06 | Preauth Debit | WATER EPAYS REOC DWU WEB 240205 | 1,892.82 |
| 02 06 | Preauth Debit | Hartman Spe, LLC Vendor Pmt 240206 | 42,214.73 |
| 02 06 | Preauth Debit | Hartman Spe, LLC Rent 240206 | 67,768.39 |
| 02 07 | Preauth Debit | North Belt UD P ECHK004488 240207 | 25.62 |
| 02 07 | Preauth Debit | North Belt UD P ECHK004488 240207 | 163.51 |
| 02 07 | Preauth Debit | WATER EPAYS REOC DWU WEB 240206 | 262.61 |
| 02 07 | Preauth Debit | WATER EPAYS REOC DWU WEB 240206 | 1,705.03 |
| 02 07 | Preauth Debit | WEBFILE TAX PYMT DD 240207 902/74784293 | 38,884.71 |
| 02 08 | Preauth Debit | CITY OF HOUSTON WATER BILL 240208 | 178.73 |
| 02 08 | Preauth Debit | CITY OF HOUSTON WATER BILL 240208 | 1,054.81 |
| 02 08 | Preauth Debit | CITY OF HOUSTON WATER BILL 240208 | 1,270.59 |
| 02 08 | Preauth Debit | WATER EPAYS REOC DWU WEB 240207 | 2,171.97 |
| 02 08 | Preauth Debit | WATER EPAYS REOC DWU WEB 240207 | 2,198.15 |
| 02 08 | Preauth Debit | CITY OF HOUSTON WATER BILL 240208 | 3,483.96 |
| 02 12 | Preauth Debit | WATER EPAYS REOC DWU WEB 240209 | 404.89 |
| 02 12 | Preauth Debit | ATT Payment 240210 | 619.30 |
| 02 13 | Outgoing Wire | HARTMAN INCOME REIT MANAGEMENT INC | 273,698.83 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 11.90 |
| 02 13 | Preauth Debit | CITY OF ARLINGTO WATER BILL 240213 | 16.73 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 112.39 |
| 02 13 | Preauth Debit | CITY OF ARLINGTO WATER BILL 240213 | 140.90 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 315.41 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 328.51 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 803.56 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 825.89 |
| 02 13 | Preauth Debit | CITY OF IRVING BILLPAY 240213 | 1,213.75 |
| 02 13 | Preauth Debit | CITY OF ARLINGTO WATER BILL 240213 | 2,599.98 |
| 02 14 | Preauth Debit | CITY OF HOUSTON WATER BILL 240214 | 22.34 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 23.43 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 39.44 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 47.35 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 114.82 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 237.00 |
| 02 14 | Preauth Debit | CITY OF HOUSTON WATER BILL 240214 | 383.56 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 409.25 |
| 02 14 | Preauth Debit | COMCAST CABLE 240214 | 497.88 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 607.54 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 650.24 |
| 02 14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 814.04 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HARTMAN SPE, LLC

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 967.82 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 986.50 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 1,008.72 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 1,138.84 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 1,165.61 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 1,176.75 |
| 02-14 | Preauth Debit | WASTE MANAGEMENT INTERNET 240214 | 1,411.00 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 1,445.31 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 2,286.81 |
| 02-14 | Preauth Debit | GFL ENV. FIRSTECH 240214 | 13,444.11 |
| 02-15 | Preauth Debit | WEBFILE TAX PYMT DD 240215 902/74839412 | 87.91 |
| 02-15 | Preauth Debit | WEBFILE TAX PYMT DD 240215 902/74838189 | 298.05 |
| 02-15 | Preauth Debit | COMCAST 8777702 111389503 240215 | 416.92 |
| 02-16 | Preauth Debit | REPUBLICSERVICES RSIBILLPAY 240216 | 86.47 |
| 02-16 | Preauth Debit | REPUBLICSERVICES RSIBILLPAY 240216 | 182.21 |
| 02-16 | Preauth Debit | FRONTIER COMMUNI BILL PAY 240216 19479864841 | 523.48 |
| 02-16 | Preauth Debit | REPUBLICSERVICES RSIBILLPAY 240216 | 1,227.68 |
| 02-16 | Preauth Debit | REPUBLICSERVICES RSIBILLPAY 240216 | 1,243.19 |
| 02-20 | Preauth Debit | NWHarris MUD21 P ECHK012603 240220 | 427.20 |
| 02-21 | Analysis Servic | ANALYSIS ACTIVITY FOR 01/24 | 1,785.62 |
| 02-21 | Preauth Debit | QUARTERLY FEE PAYMENT 240221 0000 | 153,212.00 |
| 02-22 | Preauth Debit | COMCAST CABLE 240222 | 236.92 |
| 02-22 | Preauth Debit | COMCAST CABLE 240222 | 240.16 |
| 02-22 | Preauth Debit | CPENERGY ENTEX ENT ACH DR 240222 | 507.80 |
| 02-22 | Preauth Debit | CPENERGY ENTEX ENT ACH DR 240222 | 799.61 |
| 02-22 | Preauth Debit | CPENERGY ENTEX ENT ACH DR 240222 | 982.20 |
| 02-22 | Preauth Debit | CPENERGY ENTEX ENT ACH DR 240222 | 1,065.19 |
| 02-22 | Preauth Debit | CPENERGY ENTEX ENT ACH DR 240222 | 2,457.87 |
| 02-23 | Outgoing Wire | HARTMAN INCOME REI T MANAGEMENT INC | 321,055.87 |
| 02-23 | Preauth Debit | CITY OF HOUSTON WATER BILL 240223 | 277.53 |
| 02-23 | Preauth Debit | CITY OF HOUSTON WATER BILL 240223 | 923.67 |
| 02-23 | Preauth Debit | CITY PUBLIC SRV CPS BILL 240223 003005492662 | 10,661.03 |
| 02-26 | Preauth Debit | CITY OF HOUSTON WATER BILL 240226 | 15.48 |
| 02-26 | Preauth Debit | CITY OF RICHARDS UT BILL 240226 000855980064601 | 16.00 |
| 02-27 | Preauth Debit | WELLS FARGO BANK LOAN LEASE 240227 000000015081405 | 215.97 |
| 02-28 | Preauth Debit | COMCAST CABLE 240228 | 134.19 |
| 02-28 | Preauth Debit | COMCAST CABLE 240228 | 137.46 |
| 02-28 | Preauth Debit | SPECTRUM SPECTRUM 240228 | 180.14 |
| 02-29 | Outgoing Wire | Phoenix Management Services, LLC | 11,522.00 |
| 02-29 | Outgoing Wire | Chipman Brown Cice ro & Cole, LLP Ru | 49,651.76 |
| 02-29 | Outgoing Wire | KATTEN MUCHIN ROSE NMAN LLP | 218,741.50 |
| 02-29 | Preauth Debit | Hartman Spe, LLC Legal Fees 240229 | 76,502.41 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 01-31 | 718,710.39 | 02-05 | 522,817.39 | 02-08 | 263,631.27 |
| 02-01 | 695,625.92 | 02-06 | 342,596.87 | 02-09 | 227,647.26 |
| 02-02 | 616,161.25 | 02-07 | 295,957.83 | 02-12 | 2,246,241.09 |

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

███████5344

HARTMAN SPE, LLC

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-13 | 1,794,861.49 | 02-20 | 2,323,767.04 | 02-26 | 1,441,802.15 |
| 02-14 | 1,681,574.12 | 02-21 | 2,071,329.45 | 02-27 | 1,287,229.29 |
| 02-15 | 2,455,142.90 | 02-22 | 2,009,535.09 | 02-28 | 1,133,186.79 |
| 02-16 | 2,347,870.86 | 02-23 | 1,503,410.09 | 02-29 | 725,047.09 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



| 02/01/2024 | 46117 | $4,437.75 |
|---|---|---|



| 02/02/2024 | 46285 | $1,883.40 |
|---|---|---|

| 02/27/2024 | 46127 | $11,635.65 |
|---|---|---|



| 02/02/2024 | 46294 | $129.67 |
|---|---|---|

| 02/02/2024 | 46209 | $20.18 |
|---|---|---|



| 02/02/2024 | 46365 | $920.00 |
|---|---|---|

| 02/02/2024 | 46210 | $2.45 |
|---|---|---|



| 02/20/2024 | 46375 | $236.92 |
|---|---|---|

| 02/02/2024 | 46211 | $919.53 |
|---|---|---|



| 02/06/2024 | 46396 | $9,755.80 |
|---|---|---|

| 02/08/2024 | 46267 | $21,968.35 |
|---|---|---|



| 02/06/2024 | 46397 | $16,692.74 |
|---|---|---|

| | |
|---|---|
| 46411 — SEVEN THOUSAND SIX HUNDRED FIFTY TWO AND 61/100 DOLLARS — THE LANDSCAPE PARTNERS, LLC, P.O. BOX 936640, ATLANTA, GA 31193 — 01/26/2024 — $7,652.61 | 46418 — ONE THOUSAND EIGHT HUNDRED FORTY FIVE AND 39/100 DOLLARS — CITY OF HOUSTON WATER DIVISION, P.O. BOX 1560, HOUSTON, TX — 01/26/2024 — $1,845.39 |
| 02/05/2024  46411  $7,652.61 | 02/05/2024  46418  $1,845.39 |
| 46413 — FOUR HUNDRED SEVENTY NINE AND 00/100 DOLLARS — DBA C&M LOCKSMITH & RIMFIRE SECURITY CM SECURITY SOLUTIONS, LLC, 12702 MAYHILL DR. SUITE 101, SAN ANTONIO, TX 78249 — 01/26/2024 — $479.00 | 46419 — TWO THOUSAND FIFTY ONE AND 07/100 DOLLARS — CITY OF HOUSTON WATER DIVISION, P.O. BOX 1560, HOUSTON, TX — 01/26/2024 — $2,051.07 |
| 02/01/2024  46413  $479.00 | 02/05/2024  46419  $2,051.07 |
| 46414 — THREE THOUSAND SEVENTY NINE AND 13/100 DOLLARS — CHP GD, P.O. BOX 3150, HOUSTON, TX 77253-3150 — 01/26/2024 — $3,079.13 | 46420 — EIGHTY FOUR AND 00/100 DOLLARS — TXU ENERGY, P.O. BOX 650638, DALLAS, TX 75265-0638 — 01/26/2024 — $84.00 |
| 02/05/2024  46414  $3,079.13 | 02/05/2024  46420  $84.00 |
| 46415 — THIRTY ONE THOUSAND SIXTY EIGHT AND 78/100 DOLLARS — CPS ENERGY, PO BOX 2678, SAN ANTONIO, TX 78289 — 01/26/2024 — $31,068.78 | 46422 — THREE THOUSAND FIVE HUNDRED SEVENTY SIX AND 00/100 DOLLARS — APS Building Services, Inc, HOUSTON, TX 77240 — 01/26/2024 — $3,576.00 |
| 02/14/2024  46415  $31,068.78 | 02/01/2024  46422  $3,576.00 |
| 46416 — EIGHT HUNDRED THIRTY NINE AND 52/100 DOLLARS — HARRIS COUNTY MUD 186, PO BOX 842115, HOUSTON, TX 77284 — 01/26/2024 — $839.52 | 46423 — ONE HUNDRED AND 27/100 DOLLARS — ANN HARRIS BENNETT HARRIS CNTY TAX ASSESSOR, HOUSTON, TX 77210-4622 — 01/26/2024 — $100.27 |
| 02/05/2024  46416  $839.52 | 02/15/2024  46423  $100.27 |
| 46417 — ONE THOUSAND ONE HUNDRED FORTY SEVEN AND 04/100 DOLLARS — REPUBLIC SERVICES 852, PO BOX 78829, PHOENIX, AZ 85062-8829 — 01/26/2024 — $1,147.04 | 46424 — NINE HUNDRED SEVENTEEN AND 96/100 DOLLARS — Allied Universal Security Services, P.O. BOX 828854, Philadelphia, PA 19182-8854 — 01/26/2024 — $917.96 |
| 02/05/2024  46417  $1,147.04 | 02/01/2024  46424  $917.96 |





02/27/2024    46426    $16,817.19



02/09/2024    46428    $235.70



02/09/2024    46429    $235.70



02/09/2024    46430    $235.70



02/09/2024    46431    $235.70



02/09/2024    46432    $235.70



02/05/2024    46434    $828.53



02/14/2024    46435    $49.60



02/14/2024    46436    $4,551.36



02/01/2024    46447    $2,070.30



02/02/2024    46448    $6,529.90



02/01/2024    46449    $111.50

| Date | Check # | Amount |
|------|---------|--------|
| 02/01/2024 | 46450 | $63.87 |
| 02/01/2024 | 46451 | $124.49 |
| 02/09/2024 | 46452 | $763.70 |
| 02/13/2024 | 46455 | $4,670.80 |
| 02/05/2024 | 46461 | $2,206.61 |
| 02/15/2024 | 46465 | $34,936.08 |
| 02/15/2024 | 46466 | $16,230.53 |
| 02/15/2024 | 46467 | $17,254.06 |
| 02/05/2024 | 46469 | $692.34 |
| 02/01/2024 | 46472 | $6,860.63 |
| 02/02/2024 | 46473 | $34,936.08 |
| 02/02/2024 | 46474 | $16,230.53 |





02/02/2024    46475    $17,254.06



02/12/2024    46481    $29,596.63

02/09/2024    46476    $34,041.81



02/12/2024    46482    $39,918.03

02/05/2024    46477    $5,856.16



02/20/2024    46483    $37.60

02/12/2024    46478    $21,725.28



02/20/2024    46484    $170.33

02/12/2024    46479    $25,848.16



02/20/2024    46485    $262.05



02/12/2024    46480    $32,515.64



02/07/2024    46486    $899.40



| | | |
|---|---|---|
| 02/07/2024 | 46487 | $4,307.95 |



| | | |
|---|---|---|
| 02/05/2024 | 46493 | $20,352.59 |



| | | |
|---|---|---|
| 02/12/2024 | 46488 | $20,572.15 |



| | | |
|---|---|---|
| 02/06/2024 | 46494 | $22,819.70 |



| | | |
|---|---|---|
| 02/12/2024 | 46489 | $4,666.58 |



| | | |
|---|---|---|
| 02/06/2024 | 46496 | $14,339.34 |



| | | |
|---|---|---|
| 02/12/2024 | 46490 | $26,015.51 |



| | | |
|---|---|---|
| 02/05/2024 | 46498 | $1,769.89 |



| | | |
|---|---|---|
| 02/05/2024 | 46491 | $880.51 |



| | | |
|---|---|---|
| 02/05/2024 | 46499 | $6,359.91 |



| | | |
|---|---|---|
| 02/14/2024 | 46492 | $2,998.48 |

| | | |
|---|---|---|
| 02/05/2024 | 46500 | $11,540.38 |



02/05/2024    46501    $3,242.69



02/13/2024    46508    $460.96



02/05/2024    46502    $9,594.34



02/14/2024    46509    $3,453.18



02/05/2024    46503    $10,262.55



02/14/2024    46510    $11,418.90



02/07/2024    46504    $390.21



02/16/2024    46511    $22,785.37



02/13/2024    46506    $1,825.48



02/14/2024    46512    $156.96



02/16/2024    46507    $770.49



02/15/2024    46513    $848.72



02/27/2024    46514    $4,951.37



02/13/2024    46523    $395.91



02/13/2024    46516    $120,789.65



02/13/2024    46524    $1,945.66



02/22/2024    46519    $15,785.77



02/13/2024    46525    $249.99



02/22/2024    46520    $22,883.79



02/15/2024    46526    $30.53



02/20/2024    46521    $455.94



02/14/2024    46527    $424.77



02/15/2024    46522    $868.87



02/13/2024    46528    $581.85



02/13/2024     46530          $982.88



02/15/2024     46536          $149.52



02/14/2024     46531        $2,085.00



02/15/2024     46537          $137.46



02/21/2024     46532          $590.00



02/15/2024     46538          $284.57



02/28/2024     46533        $2,251.60



02/16/2024     46539          $806.47



02/15/2024     46534          $448.83



02/20/2024     46540          $153.61



02/15/2024     46535          $418.67



02/21/2024     46541          $206.89





02/15/2024    46542    $2,899.41



02/15/2024    46549    $1,359.91



02/16/2024    46544    $3,225.85



02/15/2024    46550    $11,923.21



02/14/2024    46545    $2,143.35



02/15/2024    46551    $8,426.78



02/14/2024    46546    $7,361.00



02/15/2024    46552    $8,856.47



02/16/2024    46547    $1,983.79



02/13/2024    46555    $253.27

02/15/2024    46548    $14,631.28

02/14/2024    46556    $7,975.34



02/14/2024    46557    $669.50



02/13/2024    46563    $3,561.43



02/13/2024    46558    $1,339.00



02/14/2024    46564    $1,334.34



02/21/2024    46559    $4,095.16



02/14/2024    46566    $3,270.25



02/23/2024    46560    $19,425.70



02/14/2024    46567    $844.68



02/14/2024    46561    $1,188.52



02/16/2024    46569    $45,616.56



02/13/2024    46562    $14,188.87



02/16/2024    46570    $28,820.48

| Date | Check # | Amount |
|------|---------|--------|
| 02/13/2024 | 46571 | $20,066.00 |
| 02/14/2024 | 46572 | $3,415.00 |
| 02/27/2024 | 46573 | $12,714.77 |
| 02/15/2024 | 46574 | $711.55 |
| 02/22/2024 | 46575 | $130.14 |
| 02/27/2024 | 46576 | $14,928.25 |
| 02/27/2024 | 46577 | $20,395.93 |
| 02/27/2024 | 46578 | $23,305.30 |
| 02/26/2 | 46580 | $2,222.47 |
| 02/27/2024 | 46581 | $3,026.19 |
| 02/22/2024 | 46585 | $172.30 |
| 02/23/2024 | 46594 | $146,272.30 |






02/23/2024    46595    $2,754.31



02/22/2024    46602    $990.51



02/23/2024    46596    $1,615.20



02/29/2024    46603    $1,170.00



02/23/2024    46597    $34.50



02/23/2024    46604    $2,911.90



02/21/2024    46599    $5,596.27



02/22/2024    46605    $97.00



02/26/2024    46600    $1,447.69



02/21/2024    46606    $398.14



02/27/2024    46601    $1,420.45



02/26/2024    46607    $1,447.69



02/21/2024    46608    $1,360.54



02/26/2024    46620    $2,647.99



02/29/2024    46609    $119.40



02/21/2024    46621    $1,135.68



02/27/2024    46614    $317.44



02/20/2024    46622    $18,402.50



02/21/2024    46616    $416.76



02/26/2024    46623    $236.92



02/23/2024    46617    $192.99



02/26/2024    46624    $132.43



02/26/2024    46625    $137.46

02/21/2024    46618    $8,109.82



02/26/2024    46626    $240.16



02/21/2024    46632    $6,576.07



02/20/2024    46627    $4,232.19



02/21/2024    46633    $6,169.07



02/22/2024    46628    $15,445.10



02/21/2024    46634    $3,851.55



02/21/2024    46629    $18,811.49



02/27/2024    46637    $1,766.83



02/21/2024    46630    $20,669.30



02/21/2024    46640    $6,474.29



02/26/2024    46641    $53,303.81



02/22/2024    46642    $1,200.00



02/29/2024    46649    $876.00



02/27/2024    46644    $685.14



02/28/2024    46653    $12,700.01



02/29/2024    46645    $160.82



02/23/2024    46654    $2,737.64



02/28/2024    46646    $23,343.88



02/29/2024    46655    $3,712.97



02/28/2024    46647    $56,192.61



02/28/2024    46657    $1,900.00

02/28/2024    46648    $33,349.54



02/28/2024    46663    $6,776.53



02/28/2024    46668    $1,082.50



02/27/2024    46681    $18,687.79



02/28/2024    46669    $982.88



02/29/2024    46682    $20,035.07



02/27/2024    46673    $1,277.36



02/29/2024    46683    $16,918.49



02/29/2024    46676    $254.39



02/27/2024    46684    $270.63



02/29/2024    46677    $2,814.50



02/27/2024    46686    $15,445.10



02/28/2024    46679    $17,437.95



02/29/2024    46687    $2,922.75



02/28/2024     46690     $4,349.74



02/27/2024     46691     $6,711.50

02/01/2024     49334     $1,540.00

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement                      $_____
                                      _____

**Subtract** any service
charges, finance or
any other charges………………… $_____

Sub Total……… $_____

**Subtract** Checks Issued
but not on Statement

Sub Total ………… $_____

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                    _____
                                    _____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……..…...........................** $_____

**Balance**……...................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)