# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## NOTICE OF DEPOSITION OF SUCCESS REAL ESTATE COMPANY, LTD. PURSUANT TO FED. R. CIV. P. 30(b)6)

**TO:**  Success Real Estate Company, Ltd.  
c/o Jeffery R. Waxman, Esquire  
Morris James LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, Delaware 19801  
Email: jwaxman@morrisjames.com  

Phillip Allen  
Success Real Estate Company, Ltd.  
5719 Velasco  
Dallas, Texas 75206  
Email: pallen70@hotmail.com  

**PLEASE TAKE NOTICE** that, pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Hartman SPE, LLC (the "**Debtor**" and, as reorganized, the "**Reorganized Debtor**"), by and through its undersigned counsel, will take the deposition upon oral examination of the corporate representative(s) of Success Real Estate Company, Ltd. ("**Success**" or "**SRE**"), on the topics listed below.

The deposition will commence at the offices of Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201 on May 13, 2024, at 10:00 a.m. (*prevailing Eastern Time*), or at such other time and place as agreed upon by counsel and will be conducted

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

before an officer authorized by law to take testimony and administer oaths and recorded by stenographic means. The deposition will be videotaped.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), SRE must designate one or more of its officers, directors, managing agents, or other persons to testify on behalf of SRE with regard to all matters known or reasonably available to SRE on the topics set forth on the attached **Exhibit A**. Testimony will be taken for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: May 10, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:   chipman@chipmanbrown.com
             olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (TX Bar No. 00797095)
Michaela C. Crocker (TX Bar No. 24031985)
Yelena E. Archiyan (TX Bar No. 24119035)
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602
Email:   john.mitchell@katten.com
             michaela.crocker@katten.com
             yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*

# **EXHIBIT A**

## **DEFINITIONS**

As used herein, the following terms shall have the meanings indicated below:

1. "And" and "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed as beyond its scope.

2. "Any" and "all" mean "each and every."

3. "Bankruptcy Case" means the above-captioned bankruptcy case of Debtor in the United States Bankruptcy Court for the District of Delaware.

4. "Bankruptcy Court" means the U.S. Bankruptcy Court for the District of Delaware.

5. The term "Success" or "SRE" means Success Real Estate Company, Ltd.

6. The term "Disputed Claim" or "Claim" means Proof of Claim No. 10212 Filed January 8 2024.

7. "Debtor" and "Reorganized Debtor" means "Hartman SPE, LLC."

8. "Epiq" means Epiq Corporate Restructuring, LLC.

9. The term "Response" means "*Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request That Claim Be Deemed Timely Filed*" [Docket No. 801].

10. The term "document" means any and all paper records, files, and/or other tangible media in which information is maintained, preserved, or stored. The term "document" includes, but is not limited to, all written or graphic material of every kind and description, however produced or reproduced, whether draft or final, original or reproduction, including, but not

i

limited to, communications, correspondence, letters, facsimiles, e-mails, memoranda, notes, contracts, agreements, releases, statements, reports, spreadsheets, data compilations, writings, photographs, drawings, graphs, charts, films, printouts, transcripts, calendars, appointment books, diaries, licenses, telegrams, books, newspapers, magazines, advertisements, periodicals, bulletins, maps, brochures, circulars, notices, pamphlets, rules, regulations, directives, teletype messages, voice messages, instant messages, meeting minutes, interoffice communications, financial statements, ledgers, books of account, proposals, software, hardware, prospectuses, offers, orders, receipts, working papers, time sheets, logs, movies, audio or video tapes and recordings, CD-ROMs, DVD-ROMS, microfilm, or any other materials similar to any of the foregoing, however denominated. The term "document" includes any and all non-identical copies of a document, which contain additional writing, underlining, notes, deletions, or any other markings or notations, or which otherwise are not identical copies of the original document. The term "document" includes any and all attachments and enclosures to any and all documents containing information responsive to the Discovery Requests. In addition, any "document" Concerning only in part of the subjects of the Discovery Requests is covered in its entirety by this definition.

11.     The term "including" shall mean including, but not limited to.

12.     The terms "related to" or "referring to" means concerning, constituting, defining, evidencing, mentioning, containing, describing, discussing, embodying, reflecting, analyzing, stating, referring to, dealing with, or in any way pertaining to the subject matter.

13.     The terms "you" and "your," "Success," "SRE" or any variant thereof, means Success Real Estate Company, Ltd.

## FEDERAL RULE 30(B)(6) DEPOSITION TOPICS

14. All facts and allegations set forth in the Response and the basis thereof.

15. All statements set forth in the *Declaration of Phillip Allen in Support of Response in Opposition to Debtor's Second (Non-Substantive) Omnibus Objection to Claims* [Docket No 801-1] and the basis thereof.

16. SRE's efforts to file the Disputed Claims.

17. SRE's attempts to determine the status of the Disputed Claim prior to January 8, 2024.