**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Hartman SPE, LLC,[1] | § | Case No. 23-11452 (MFW) |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 10084

PLEASE TAKE NOTICE that Summer Energy LLC hereby withdraws its Claim No. 10084 with prejudice to refiling.

Dated: May 10, 2024

Respectfully submitted:

By:  /s/ *Rachael L. Smiley*

Rachael L. Smiley (admitted *pro hac vice*)
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Pkwy
Plano, Texas 75093
Telephone: 972.378.9111
Facsimile:  972.378.9115
rsmiley@fbfk.law

*Counsel to Summer Energy LLC*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.