## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HARTMAN SPE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 12th day of May, 2024, Success Real Estate

Company, Ltd., by and through its undersigned counsel, served a true and correct copy of the

*Responses and Objections to Notice of Deposition of Success Real Estate Company, Ltd. Pursuant*

*to Fed. R. Civ. P. 30(b)(6)* on the parties listed below via electronic mail.

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
          olivere@chipmanbrown.com

*Co-Counsel to the Reorganized Debtor*

KATTEN MUCHIN ROSENMAN LLP
John E. Mitchell, Esq.
Michaela C. Crocker, Esq.
Yelena E. Archiyan, Esq.
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Email: john.mitchell@katten.com
          michaela.crocker@katten.com
          yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*

Dated:  May 13, 2024
          Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrouh*
Jeffrey R. Waxman (DE Bar No. 4159)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
          tpakrouh@morrisjames.com

*Counsel to Success Real Estate Company, Ltd.*

16715760/1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2024, I caused to be served a true and correct copy of the *Notice of Service* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service via electronic mail upon the parties listed below.

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

*Co-Counsel to the Reorganized Debtor*

KATTEN MUCHIN ROSENMAN LLP
John E. Mitchell, Esq.
Michaela C. Crocker, Esq.
Yelena E. Archiyan, Esq.
2121 N. Pearl St., Suite 1100
Dallas, Texas 75201
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

2

16715760/1