# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARTMAN SPE, LLC | ) | Case No. 23-11452 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Upon the motion (the "Seal Motion") of Hartman V REIT XXI ("Hartman XXI") for entry of an order pursuant to Bankruptcy Code sections 105 and 107, Bankruptcy Rule 9018, and Local Rule 9018-1 authorizing Hartman XXI to file certain portions of the Response[1] and Exhibits B and C thereto under seal, the Court finds that: (i) it has jurisdiction over the matters raised in the Seal Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Seal Motion is in the best interest of all parties; and (iv) proper and adequate notice of the Seal Motion has been given and no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause to grant the relief in the Seal Motion,

**IT IS HEREBY ORDERED, ADJUDGED , AND DECREED THAT:**

    1.    The Seal Motion is GRANTED.

    2.    Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, Hartman XXI is authorized to file the confidential infoamtion contained in the Response and Exhibits B and C thereto under seal.

    3.    The Clerk of the Court is directed to file and maintain the unredacted Response and

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Response.

- 2 -

unredacted Exhibits B and C to the Response under seal and shall not make them publicly available. The unredacted Response and unredacted Exhibits B and C to the Response shall not be unsealed unless and until permitted by further order of this Court.

4. Hartman XXI is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.