**CERTIFICATE OF SERVICE**

      I, Michael J. Joyce, hereby certify that on May 14, 2024, I caused to be served the foregoing *Motion to Seal* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties on the attached service list.

Dated May 14, 2024

                                                */s/ Michael J. Joyce*
                                                Michael J. Joyce

# **SERVICE LIST**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

John E. Mitchell
Michaela C. Crocker
Yelena E. Archiyan
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Email: john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com

John Henry Schanne, II
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: john.schanne@usdoj.gov