IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No. 785** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO DEBTOR FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Sixth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of February 1, 2024 through February 29, 2024* [Docket No. 785] (the "**Application**"), filed on April 22, 2024.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than May 13, 2024, at 4:00 p.m. (Eastern Time).

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals; and (II) Granting Related Relief* [Docket No. 161] (the "**Interim Compensation Order**"), the Debtor is authorized and directed to pay Katten Muchin Rosenman LLP $186,880.32 (the sum of $186,597.20, which represents eighty percent

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

(80%) of the fees for the period of February 1, 2024 through February 29, 2024 and the sum of $283.12, which represents one hundred percent (100%) of the expenses requested in the Fee Application for the same period), upon the filing of this certification and without the need of a court order.

Dated: May 15, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*