IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hartman SPE, LLC, | ) | Case No. 23-11452 (MFW) |
| | ) | |
| Debtor.¹ | ) | |
| | ) | |

**SUPPLEMENT TO SEVENTH MONTHLY AND FINAL FEE STATEMENT
OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO
DEBTOR FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD
OF MARCH 1, 2024 THROUGH MARCH 27, 2024 AND THE FINAL PERIOD
FROM SEPTEMBER 13, 2023 THROUGH AND INCLUDING MARCH 27, 2024**

  **PLEASE TAKE NOTICE** that on April 25, 2024, Katten Muchin Rosenman ("**Katten**") filed its *Seventh Monthly and Final Fee Statement of Katten Muchin Rosenman LLP as Counsel to Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Monthly Period of March 1, 2023 through March 27, 2024 and the Final Period from September 13, 2023 Through and Including March 27, 2024* [Docket No. 803] (the "**Fee Statement**").²

  **PLEASE TAKE FURTHER NOTICE** that as set forth in the Fee Statement, the total time expended in connection with the preparation of the Fee Statement was not included therein as such time was expended after the Final Fee Period.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to Footnote 3 of the Fee Statement, Katten files this supplement to the Fee Statement (the "**Supplement**") to seek approval and payment of its fees and expenses incurred in connection with the preparation and submission of the Fee Statement.

  **PLEASE TAKE FURTHER NOTICE** that approximately three (3) days prior to the occurrence of the Effective Date of the *Second Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC* [Docket No. 639], Katten underwent a complete accounting system conversion, whereby all accounting software used to track time and hours for all Katten matters was replaced with a new accounting system. As a result, Katten's timekeepers spent time reconciling all time billed in this Chapter 11 Case since the Petition Date to prepare the Fee Statement. Katten recognizes the reconciliation of this time was an

---

¹  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

²  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Fee Statement.

administrative function that Katten's timekeepers would not have had to perform but for the accounting system conversion. As a result, Katten has agreed to write off $30,000 of the total amount billed and by this Supplement, seeks approval and payment of $21,877.50 instead of the total amount actually incurred ($51,877.50).

**PLEASE TAKE FURTHER NOTICE** that appended hereto as **Exhibit A** are details of Katten's fees related to the preparation and submission of the Fee Statement.

| | |
|---|---|
| Dated: May 15, 2024<br>Wilmington, Delaware | */s/ William E. Chipman*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>olivere@chipmanbrown.com |

- and-

John E. Mitchell (admitted *pro hac vice*)
Michaela C. Crocker (admitted *pro hac vice*)
Yelena E. Archiyan (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
2ichaela.crocker@katten.com
yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*

# Exhibit A

# Katten

Direct Billing Inquiries to:
**Deanna Alvarez**
deanna.alvarez@katten.com

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

April 23, 2024

Hartman SPE, LLC

Invoice No. 40201812
Client No. 399990
Matter No. 00019

Re: **Retention and Fee Applications**  (399990.00019)
For legal services rendered through March 31, 2024 .......................................................... $12,648.00

**CURRENT INVOICE TOTAL:**     $12,648.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 399990 – Hartman SPE, LLC

Invoice No. 40201812
Invoice Date: April 23, 2024

## PROFESSIONAL SERVICES
Matter 00019: Retention and Fee Applications

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 28 Mar 24 | Mitchell, John E. | Start prep on final fee application. | 0.40 |
| 28 Mar 24 | Archiyan, Yelena E. | Work on Katten's March fee application, including review of draft bills (4.1); review February bills in connection with Katten's February fee application (1.10); call with B. Chipman regarding same (.10). | 5.30 |
| 28 Mar 24 | Brooks-Patton, Janice E. | Review draft invoices (.60); attention to email exchange regarding revisions to draft invoices (.30). | 0.90 |
| 29 Mar 24 | Mitchell, John E. | Assist with finalizing fee application. | 0.30 |
| 29 Mar 24 | Archiyan, Yelena E. | Continue to work on Katten's combined March and final fee application. | 1.80 |
| 29 Mar 24 | Archiyan, Yelena E. | Continue working on Katten's February monthly fee application (1.9); work on Katten's combined March monthly fee application and final fee application (1.6). | 3.50 |
| 29 Mar 24 | Brooks-Patton, Janice E. | Attention to email exchange regarding revisions to invoices (.20); review timekeeper summaries (.40). | 0.60 |
| 29 Mar 24 | Brooks-Patton, Janice E. | Attention to email exchange regarding further revisions to invoices (.20); communications with Y. Archiyan regarding redactions to final invoices (.10). | 0.30 |
| | | **TOTALS:** | **13.10** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00019: Retention and Fee Applications

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 45750 | Archiyan, Yelena E. | 10.60 | 1,030.00 | $10,918.00 |
| 45770 | Brooks-Patton, Janice E. | 1.80 | 475.00 | $855.00 |
| 45743 | Mitchell, John E. | 0.70 | 1,250.00 | $875.00 |
| | **TOTAL:** | **13.10** | | **$12,648.00** |

# Katten

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| **Attorney:** | 44839 - Hoffman, Joseph A. | **Invoice No.:** | 40201812 |
|---|---|---|---|
| **Client:** | 399990 - Hartman SPE, LLC | **Invoice Date:** | 23 Apr 24 |
| **Matter:** | 00019 - Retention and Fee Applications | | |

**Current Invoice Charges:** $12,648.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 31 Oct 23 | 20157480 | 00019 | 25,132.50 | 4,523.85 |
| 21 Nov 23 | 20161398 | 00019 | 36,771.50 | 7,354.30 |
| 19 Dec 23 | 20167002 | 00019 | 20,466.00 | 4,093.20 |
| 16 Jan 24 | 20171714 | 00019 | 10,727.00 | 2,145.40 |
| 13 Feb 24 | 20176784 | 00019 | 16,324.00 | 16,324.00 |
| 28 Mar 24 | 20184964 | 00019 | 24,719.50 | 24,719.50 |
| 29 Mar 24 | 20185757 | 00019 | 14,726.00 | 14,726.00 |
| 23 Apr 24 | 40201812 | 00019 | 12,648.00 | 12,648.00 |

**TOTAL OUTSTANDING BALANCE :** $86,534.25

**TOTAL BALANCE DUE:** $99,182.25

**Wire Instructions:**





Please direct any billing inquiries to Deanna Alvarez at deanna.alvarez@katten.com.

# Katten

Direct Billing Inquiries to:
**Deanna Alvarez**
deanna.alvarez@katten.com

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

May 14, 2024

Hartman SPE, LLC

Invoice No. 40206196
Client No. 399990
Matter No. 00019

Re: **Retention and Fee Applications**  (399990.00019)

| | |
|---|---:|
| For legal services rendered through May 14, 2024 | $39,229.50 |
| Less Discount | (30,000.00) |
| Sub-Total Fees: | $9,229.50 |

**CURRENT INVOICE TOTAL:** $9,229.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 399990 – Hartman SPE, LLC  
Invoice No. 40206196  
Invoice Date: May 14, 2024

## PROFESSIONAL SERVICES
Matter 00019: Retention and Fee Applications

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Apr 24 | Archiyan, Yelena E. | Continue to work on Katten's combined March and final fee application. | 3.60 |
| 02 Apr 24 | Archiyan, Yelena E. | Continue working on Katten's fee application and multiple email exchanges with D. Alvarez re same. | 3.60 |
| 02 Apr 24 | Brooks-Patton, Janice E. | Attention to email exchange between Y. Archiyan and D. Alvarez regarding final fee application (.20); respond to email from Y. Archiyan regarding fee applications (.10); collect, compile and forward past fee statements to D. Alvarez and Y. Archiyan (.20). | 0.50 |
| 03 Apr 24 | Archiyan, Yelena E. | Continue working on Katten's combined March and final fee application. | 0.60 |
| 03 Apr 24 | Brooks-Patton, Janice E. | Attention to email exchange between Y. Archiyan and D. Alvarez regarding final fee application (.20); review time totals spreadsheets (.20). | 0.40 |
| 04 Apr 24 | Archiyan, Yelena E. | Continue working on Katten's combined March and final fee application. | 3.30 |
| 05 Apr 24 | Archiyan, Yelena E. | Continue to work on Katten's final fee application (2.70), including call with J. Brooks Patton (.10); call with D. Alvarez (.20). | 3.00 |
| 05 Apr 24 | Brooks-Patton, Janice E. | Call with Y. Archiyan regarding final fee application (.10); respond to email from Y. Archiyan regarding final fee application hearing (.10). | 0.20 |
| 10 Apr 24 | Archiyan, Yelena E. | Attend to Katten's combined fee application, including meeting with J. Mitchell. | 2.10 |
| 11 Apr 24 | Mitchell, John E. | Katten final fee application. | 0.70 |
| 11 Apr 24 | Archiyan, Yelena E. | Schedule call with D. Alvarez (.10); meeting with D. Alvarez and J. Mitchell (.50); meeting with J. Mitchell (.10). | 0.70 |
| 17 Apr 24 | Mitchell, John E. | Fee application meeting with Y. Archiyan regarding fee application. | 2.30 |
| 17 Apr 24 | Archiyan, Yelena E. | Attend to Katten's combined fee statement and meeting with J. Mitchell re same. | 3.50 |
| 17 Apr 24 | Brooks-Patton, Janice E. | Attention to and respond to email regarding January and February fee applications. | 0.10 |
| 18 Apr 24 | Mitchell, John E. | Attend to fee application. | 0.70 |
| 18 Apr 24 | Brooks-Patton, Janice E. | Work with and prepare exhibits to January and February 2024 fee applications (1.3); prepare and email J. Mitchell and Y. Archiyan regarding exhibit to February fee application, circulating copy of same (.10). | 1.40 |
| 19 Apr 24 | Brooks-Patton, Janice E. | Call with J. Mitchell regarding exhibit to January and February fee applications (.10); prepare and email J. Mitchell redacted invoices exhibit to January and February fee applications (.10). | 0.20 |
| 22 Apr 24 | Mitchell, John E. | Katten final fee application (1.4). | 1.40 |
| 22 Apr 24 | Archiyan, Yelena E. | Review redacted invoices for March (.20); work on combined fee application and meeting with J. Mitchell re same (2.70). | 2.90 |
| 22 Apr 24 | Brooks-Patton, Janice | Attention to/respond to email from D. Jackson | 0.60 |

Client: 399990 – Hartman SPE, LLC  Invoice No. 40206196
Invoice Date: May 14, 2024

## PROFESSIONAL SERVICES

Matter 00019: Retention and Fee Applications

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | E. | regarding March invoices (.10); review certain March invoices (.40); email D. Alvarez and Y. Archiyan regarding revisions and comments regarding certain March invoices (.10). | |
| 23 Apr 24 | Mitchell, John E. | Attend to final fee application. | 1.30 |
| 23 Apr 24 | Archiyan, Yelena E. | Attend to Katten's combined fee application and meeting with J. Mitchell re same. | 3.00 |
| 23 Apr 24 | Brooks-Patton, Janice E. | Review draft March invoices and mark comments (.50); prepare blackline of comments and circulate to Y. Archiyan (.10); review of revised draft invoices and mark additional comments (.20); circulate additional comments (.10); attention to email exchange regarding revisions to invoices (.10). | 1.00 |
| 24 Apr 24 | Mitchell, John E. | Attend to Katten final fee application (.5). | 0.50 |
| 24 Apr 24 | Archiyan, Yelena E. | Attend to finalizing Katten fee application and March invoices. | 0.60 |
| 24 Apr 24 | Brooks-Patton, Janice E. | Email exchange with Y. Archiyan regarding March fee application and invoices (.10); discuss March invoices with Y. Archiyan (.10); attention to Y. Archiyan email to CBCC regarding filing of March fee application (.10); prepare March invoices for filing, redact financial information from invoices (.40); email Y. Archiyan regarding same (.10); prepare and email CBCC regarding redacted March invoices, forwarding copy of same (.10). | 0.90 |
| 25 Apr 24 | Brooks-Patton, Janice E. | Attention to Email exchange regarding Epiq final fee application (.10); review Epiq fee application (.20). | 0.30 |
| | | **TOTALS:** | **39.40** |

# Katten

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** | 44839 - Hoffman, Joseph A. | **Invoice No.:** 40206196 |
| **Client:** | 399990 - Hartman SPE, LLC | **Invoice Date:** 14 May 24 |
| **Matter:** | 00019 - Retention and Fee Applications | |

**Current Invoice Charges:** $9,229.50

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 31 Oct 23 | 20157480 | 00019 | 25,132.50 | 4,523.85 |
| 21 Nov 23 | 20161398 | 00019 | 36,771.50 | 7,354.30 |
| 19 Dec 23 | 20167002 | 00019 | 20,466.00 | 4,093.20 |
| 16 Jan 24 | 20171714 | 00019 | 10,727.00 | 2,145.40 |
| 13 Feb 24 | 20176784 | 00019 | 16,324.00 | 16,324.00 |
| 28 Mar 24 | 20184964 | 00019 | 24,719.50 | 24,719.50 |
| 29 Mar 24 | 20185757 | 00019 | 14,726.00 | 14,726.00 |
| 23 Apr 24 | 40201812 | 00019 | 12,648.00 | 12,648.00 |

**TOTAL OUTSTANDING BALANCE:** $86,534.25

**TOTAL BALANCE DUE:** $95,763.75

**Wire Instructions:**



Please direct any billing inquiries to Deanna Alvarez at deanna.alvarez@katten.com.