# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | Related Docket No. 720 |

## NOTICE OF PARTIAL WITHDRAWAL OF THE REORGANIZED DEBTOR'S FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE ALLOWANCE OF CERTAIN PROOFS OF CLAIMS

**PLEASE TAKE NOTICE** that the above-captioned debtor, as reorganized (the "**Reorganized Debtor**"), hereby withdraws, in part, the *Debtor's First (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 720] (the "**First Omnibus Objection**") with respect to the proofs of claims listed on **Exhibit A** hereto. This withdrawal does not affect any other claims included in the First Omnibus Objection

*Remainder of page intentionally left blank.*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Dated: May 17, 2024
Wilmington, Delaware

        **CHIPMAN BROWN CICERO & COLE, LLP**

        */s/ Mark D. Olivere*
        William E. Chipman, Jr. (No. 3818)
        Mark D. Olivere (No. 4291)
        1313 North Market Street, Suite 5400
        Wilmington, Delaware 19801
        Telephone:   (302) 295-0191
        Facsimile:   (302) 295-0199
        Email:  chipman@chipmanbrown.com
                olivere@chipmanbrown.com

        -and-

        **KATTEN MUCHIN ROSENMAN LLP**
        John E. Mitchell (TX Bar No. 00797095)
        Michaela C. Crocker (TX Bar No. 24031985)
        Yelena E. Archiyan (TX Bar No. 24119035)
        2121 N. Pearl St., Suite 1100
        Dallas, TX 75201
        Telephone:   (214) 765-3600
        Facsimile:   (214) 765-3602
        Email:  john.mitchell@katten.com
                michaela.crocker@katten.com
                yelena.archiyan@katten.com

        *Co-Counsel to the Reorganized Debtor*

# **<u>EXHIBIT A</u>**

# CLAIMS LISTED ALPHABETICALLY
**(Epiq claim numbers unless otherwise noted)**

| CLAIMANT | CLAIM NO. |
|---|---|
| ARGO PARTNERS<br>TRANSFEROR: STANLEY RESTORATION LLC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | 73 |
| CORNERSTONE COMMUNITY ASSOCIATION INC.<br>4635 SOUTHWEST FWY, STE 580<br>HOUSTON, TX 77027 | 10213 |