# EXHIBIT A

*Revised* Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>Related Docket No. 782 |

**ORDER GRANTING REORGANIZED DEBTOR'S FOURTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTC RULE 3007, AND LOCAL RULE 3007-1**

This matter having come before the Court upon consideration of the *Reorganized Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, And Local Rule 3007-1* (the "**Fourth Omnibus Objection**");[2] notice of the Fourth Omnibus Objection having been properly and timely served upon: (i) the claimants listed on **Schedules 1-3** at the addresses set forth on each claimant's respective proof of claim or, if no claim was filed, in the Reorganized Debtor's Books and Records, (ii) the U.S. Trustee, and (iii) parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002; upon the record of the hearing to consider the relief requested in the Fourth Omnibus Objection; and, after due deliberation and sufficient cause appearing therefor,

THE COURT FINDS AND CONCLUDES THAT:

    A.    The Court has jurisdiction over this case under 28 U.S.C. § 1334(b).

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Omnibus Objection.

C.  Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D.  The Court has reviewed the Fourth Omnibus Objection and has considered the representations of counsel regarding the relief requested therein.

E.  The relief requested in the Fourth Omnibus Objection is necessary and in the best interests of the Reorganized Debtor, claimants, and interest holders.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Fourth Omnibus Objection is SUSTAINED, as set forth in this Order.

2.  The claims listed on **Schedules 1-3** attached hereto are hereby disallowed as set forth on Schedules 1-3 with respect to each Disputed Claim.

3.  The Reorganized Debtor's claims agent shall amend the claims register maintained in the Chapter 11 Case to conform to this Order.

4.  The Reorganized Debtor's objection to each Disputed Claim addressed in the Fourth Omnibus Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.  Any and all rights of the Reorganized Debtor to amend, supplement, or otherwise modify the Fourth Omnibus Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims, and defenses of the Reorganized Debtor with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the

- 3 -

Fourth Omnibus Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Reorganized Debtor with respect to the Disputed Claims.

6. This Order shall be a final order with respect to each of the Proofs of Claim identified on **Schedules 1-3** annexed hereto, as if each such Proof of Claim had been individually objected to.

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry by the Court.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Schedule 1 - Books and Records Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| ADVANTAGE WATER ENGINEERING LLC<br>9113 SOVEREIGN ROW<br>DALLAS, TX 75247 | 10130 | $31,128.90 | $27,440.77 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| ARGO PARTNERS<br>TRANSFEROR: EUFLORA INTERSCAPING INC<br>12 WEST 37TH STREET, 9TH FLOOR<br>NEW YORK, NY 10018 | 57 | $19,957.34 | $15,244.44 | Does Not Match Debtor's Books and Records | Does Not Match Debtor's Books and Records |
| ARTESIA SPRINGS LLC<br>8130 INTERCHANGE PKWY<br>SAN ANTONIO, TX 78218 | 10086 | $509.12 | $434.21 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| BECKER PROPERTIES LLC<br>4462 LOCKHILL-SELMA RD, #101<br>SAN ANTONIO, TX 78249 | 22 | $6,588.25 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| BRADFORD CAPITAL HOLDINGS, LP<br>TRANSFEROR: PROGREEN LANDSCAPES<br>C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER<br>PO BOX 4353<br>CLIFTON, NJ 07012 | 10050 | $86,905.13 | $61,930.75 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

1

**Schedule 1 - Books and Records Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| CENTURY PEST CONTROL INC<br>ATTN PAT ANGELINI<br>1335 BASSE RD<br>SAN ANTONIO, TX 78212 | 10066 | $476.85 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| COMPETITION ROOFING INC<br>ATTN K. BORCHARDT<br>7310 FAIRVIEW ST<br>HOUSTON, TX 77041 | 10119 | $13,034.97 | $6,352.06 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FACILITY SOLUTIONS GROUP INC<br>4401 WESTGATE BLVD, STE 310<br>AUSTIN, TX 78745 | 10011 | $8,441.04 | $1,091.04 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FEDERAL MAINTENANCE SVC INC<br>10000 MULA RD<br>STAFFORD, TX 77477 | 10075<br>10076 | $13,314.76 | $7,550.44 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FLIPPEN GROUP LLC, THE<br>1199 HAYWOOD DR<br>COLLEGE STATION, TX 77845 | 42 | $10,230.00 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |

**Schedule 1 - Books and Records Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| FM WELDING REPAIR AND MORE LLC<br>509 MAYFORD ST<br>HOUSTON, TX 77076 | 10145 | $86,929.06 | $32,630.47 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FW WALTON SAN ANTONIO LLC<br>8350 MOSLEY RD<br>HOUSTON, TX 77075 | 10056 | $4,121.08 | $2,598.00 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| HADDAD, ALBERT<br>[ADDRESS REDACTED] | 10085 | $225,250.00 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| INSITE ARCHITECTS INC<br>C/O INSITE DESIGN & PLANNING<br>1633 BROADWAY<br>SAN ANTONIO, TX 78215 | 61 | $28,591.75 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| JM INVESTMENT TRUST<br>TRANSFEROR: BAKERS SAFE & LOCK CO INC<br>6800 PARAGON PLACE, STE 202<br>RICHMOND, VA  23230 | 10124 | $9,619.11 | $8,610.38 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

**Schedule 1 - Books and Records Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| LACEY CANNON PROPERTIES LLC<br>510 RANCHO BAUER DR<br>HOUSTON, TX 77079 | 10099 | $5,077.80 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| MARKS PLUMBING PARTS<br>3312 RAMONA DR<br>PO BOX 121554<br>FORT WORTH, TX 76121 | 10030 | $20,167.04 | $19,158.31 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| MID AMERICA SPECIALTY SERVICES<br>D/B/A MAM LLC<br>PO BOX 860<br>OZARK, MO 65721-0860 | 10111 | $13,698.91 | $2,883.61 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| NATURA<br>6436 BABCOCK RD<br>SAN ANTONIO, TX 78249 | 45 | $115,399.69 | $30,028.71 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| OLD FAITHFUL FOUNTAINS INC<br>3529 ASSET ST<br>GARLAND, TX 75042 | 10017 | $19,569.57 | $3,039.67 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

**Schedule 1 - Books and Records Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY<br>C/O DAY PITNEY LLP<br>ATTN JOSHUA W COHEN<br>195 CHURCH ST, 15TH FL<br>NEW HAVEN, CT 06510 | 10137 | $347,877.41 | $123,817.93 | Does Not Match Debtor's Books and Records | Does Not Match Debtor's Books and Records |
| REGENT SERVICES<br>101 ST LOUIS AVE<br>FORT WORTH, TX 76104 | 10091 | $19,485.00 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| STAPLES INC<br>ATTN TOM RIGGLEMAN<br>7 TECHNOLOGY CIR<br>COLUMBIA, SC 29203 | 66 | $33,311.76 | $23,916.74 | Does Not Match Debtor's Books and Records | Does Not Match Debtor's Books and Records |
| TEJAS GROUNDS MAINTENANCE<br>PO BOX 841288<br>HOUSTON, TX 77284 | 10128 | $43,072.76 | $36,034.30 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| TRC MASTER FUND, LLC<br>TRANSFEROR: JOE EAST ENTERPRISES INC<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY 11598 | 10116 | $68,868.68 | $63,253.89 | Does Not Match Debtor's Books and Records | Includes services related to non-debtor properties |

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| 2535 BABCOCK LLC<br>10410 DOHERTY SPRING<br>SAN ANTONIO, TX 78255 | 10113 | | $75,000.00 | Paid in Full (Contract Assumed) |
| ADT COMMERCIAL LLC DBA THE ADT SECURITY<br>CORPORATION<br>DBA THE ADT SECURITY CORPORATION<br>PO BOX 219044<br>KANSAS CITY, MO 64121-9044 | Scheduled Claim | 452000350 | $2,379.63 | Paid in Full |
| CNP UD<br>PO BOX 3150<br>HOUSTON, TX 77253-3150 | Scheduled Claim | 452003840 | $1,755.60 | Paid in Full |
| FORTRESS SECURITY LLC DBA OMNI FIRE AND<br>SECURITY SYSTEMS<br>DBA OMNI FIRE AND SECURITY SYSTEMS<br>P O BOX 200337<br>ARLINGTON, TX 76006 | Scheduled Claim | 452006620 | $42.50 | Paid in Full |

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| FRONTIER SERVICES GROUP LLC<br>13735 FM 529 RD<br>HOUSTON, TX 77041 | 10144 | | $211,686.27 | Paid in Full |
| GONZALEZ AND SCHNEEBERG ENGINEERS AND<br>SURVEYORS INC<br>SURVEYORS INC<br>2100 LAKESIDE BLVD. STE 200<br>RICHARDSON, TX 75082 | Scheduled Claim | 452007290 | $3,641.88 | Paid in Full |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001043<br>LOUISVILLE, KY 40290-1043 | Scheduled Claim | 452008420 | $4,358.31 | Paid in Full |
| IPFS CORPORATION<br>30 MONTGOMERY ST, STE 501<br>JERSEY CITY, NJ 07302 | 10133 | | $1,210,618.38 | Paid in Full |
| MITEC<br>2445 MEADOWBROOK PARKWAY<br>DULUTH, GA 30096 | Scheduled Claim | 452012120 | $939.88 | Paid in Full |

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| NRG ENERGY INC DBA RELIANT RETAIL SERVICES LLC<br>DBA RELIANT RETAIL SERVICES LLC<br>P.O. BOX 650475<br>DALLAS, TX 75265 | Scheduled Claim | 452012830 | $1,131,230.87 | Paid in Full |
| STREAM REALTY PARTNERS-CENTRAL TEXAS LP<br>C/O MUNSCH HARDT KOPF & HARR PC<br>ATTN JULIAN VASEK<br>500 N AKARD ST, STE 4000<br>DALLAS, TX 75201 | 10071 | | $78,780.04 | Paid in Full |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711 | 91 | | $399,645.12 | Paid in Full |
| VITAL RECORDS CONTROL<br>5384 POPLAR AVE, STE 500<br>MEMPHIS, TN 38119 | 10048 | | $1,915.92 | Paid in Full |

**Schedule 3 - No Liability Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| BECKER PROPERTIES LLC<br>4462 LOCKHILL-SELMA RD, #101<br>SAN ANTONIO, TX 78249 | 22 | $6,588.25 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| BRUMBALOW, KAY L IRA<br>[ADDRESS REDACTED] | 64 | $18,132.08 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| BRUNBALOW, KAY L<br>[ADDRESS REDACTED] | 10138 | $18,132.08 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| CENTURY PEST CONTROL INC<br>ATTN PAT ANGELINI<br>1335 BASSE RD<br>SAN ANTONIO, TX 78212 | 10066 | $476.85 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |

## Schedule 3 - No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| FLIPPEN GROUP LLC, THE<br>1199 HAYWOOD DR<br>COLLEGE STATION, TX 77845 | 42 | $10,230.00 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| HADDAD, ALBERT<br>[ADDRESS REDACTED] | 10085 | $225,250.00 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| INSITE ARCHITECTS INC<br>C/O INSITE DESIGN & PLANNING<br>1633 BROADWAY<br>SAN ANTONIO, TX 78215 | 61 | $28,591.75 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| LACEY CANNON PROPERTIES LLC<br>510 RANCHO BAUER DR<br>HOUSTON, TX 77079 | 10099 | $5,077.80 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |

**Schedule 3 - No Liability Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| PAMELA A BOYD ROBERTS IRA [ADDRESS REDACTED] | 63 | $63,443.61 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| PAMELA A BOYD ROBERTS IRA [ADDRESS REDACTED] | 10134 | $63,443.61 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| REGENT SERVICES 101 ST LOUIS AVE FORT WORTH, TX 76104 | 10091 | $19,485.00 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |