# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 21, 2024, AT 10:30 A.M. (EASTERN TIME)

> **THIS WILL BE A REMOTE HEARING CONDUCTED VIA ZOOM. ANY PARTY CAN ATTEND AND PARTICIPATE VIA ZOOM, INCLUDING WITNESSES, AND OTHER PARTIES MAKING ARGUMENTS.**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (*PREVAILING* EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.\***
>
> **AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

**I.  CONTINUED MATTER(S).**

1. *Amended* Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on April 12, 2024 [Docket No. 774].

    Objection Deadline:    May 13, 2024, at 4:00 P.M. (Eastern Time). Hartman VREIT XXI, Inc. was given an extension to respond to May 14, 2024.

    Responses Received:

    A.    [**SEALED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

        Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 819].

      B.    [**PROPOSED REDACTED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 821].

Related Pleadings:

    i.    Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on March 13, 2024 [Docket No. 704].

    ii.    Motion to File Under Seal, filed on May 14, 2024 [Docket No. 820].

Status: This matter has been continued to the hearing scheduled for June 20, 2024, at 2:00 p.m. (Eastern Time).

## II. RESOLVED MATTER(S).

2.    First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, filed on April 9, 2024 [Docket No. 771].

    Objection Deadline:    April 30, 2024, at 4:00 P.M. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

      A.    Certification of Counsel Regarding First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, filed on May 2, 2024 [Docket No. 810].

      B.    Order Granting First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, entered on May 16, 2024 [Docket No. 826].

Status: The order has been entered.

## III. MATTER(S) FILED UNDER CERTIFICATION.

3.    Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 19, 2024 [Docket No. 782].

    Objection Deadline:    May 14, 2024, at 4:00 P.M. (Eastern Time).

Responses Received:

    i. Informal comments received from Starlight Cleaning Services /RAMA Services ("**Starlight**") (Claim No. 10143).

    ii. Informal comments received from Amity Construction Co. ("**Amity**") (Claim No. 10061).

Related Pleadings:    None.

A. Notice of Submission of Proofs of Claim, filed on May 8, 2024 [Docket No. 813].

B. Notice of Partial Withdrawal of the Reorganized Debtor's Fourth (Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 833].

C. Certification of Counsel Regarding Reorganized Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 17, 2024 [Docket No. 834].

Status: The Reorganized Debtor has resolved the informal objections by the removal of the respective claims and has submitted a revised form of order approving the Fourth Omnibus Objection under Certification of Counsel.

## IV. MATTER(S) GOING FORWARD.

4. Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 19, 2024 [Docket No. 721].

    Objection Deadline: April 17, 2024, at 4:00 P.M. (Eastern Time). An extension was given to Success Real Estate Company, Ltd. ("**SRE**") to April 24, 2024.

    Responses Received:

        i. Informal comments received from Independent Dealer Group ("**IDG**").

        ii. Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on April 24, 2024 [Docket No. 801].

    Related Pleadings:

    A. Notice of Filing of *Revised* Schedule 1 to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502,

      Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 20, 2024 [Docket No. 729].

  B. Order Granting Debtor's First (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 24, 2024 [Docket No. 795].

  C. Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 828].

  D. Declaration of David Wheeler in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 829].

  E. Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 830].

  F. Notice of Partial Withdrawal of the Reorganized Debtor's First (Non-Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 831].

 **Status**: The Reorganized Debtor has filed a notice withdrawing the objection as to the IDG claim. This matter will go forward as to SRE.

## V. PROFESSIONALS FINAL FEE APPLICATIONS.

5. Final Fee Applications, filed on April 22, 2024, April 25, 2024, and April 26, 2024 [Docket Nos. 790, 803, 804, 805, and 806].

  Objection Deadline:  May 14, 2024, at 4:00 P.M. (Eastern Time).

  Responses Received:  None.

  Related Pleadings:

   A. Certification of Counsel, filed on May 17, 2024 [Docket No. TBD].

 **Status**: The final fee applications of professionals listed on **Exhibit A** attached hereto will go forward.

Dated: May 17, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*

# EXHIBIT A

## Final Fee Index

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,**[2] | Case No. 23-11452 (MFW) |
| Debtor. | **Related Docket Nos. 771, 790, 803, 804, 805, and 806** |

**INDEX REGARDING FINAL FEE APPLICATION HEARING SCHEDULED
FOR MAY 21, 2024, AT 10:30 A.M. (*PREVAILING* EASTERN TIME)**

**I.    DEBTOR'S PROFESSIONAL(S):**

A.    **Chipman Brown Cicero & Cole, LLP**[3]

1. Seventh Monthly and Final Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Monthly Period from March 1, 2024 Through and Including March 27, 2024 and the Final Period from September 13, 2023 Through and Including March 27, 2024, filed on April 22, 2024 [Docket No. 790].

    (a)    Fourth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period from December 1, 2023 Through and Including December 31, 2023, filed on January 11, 2024 [Docket No. 454].

    (b)    Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period from January 1, 2024 Through and Including January 31, 2024, filed on February 14, 2024 [Docket No. 604].

    (c)    Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period from February 1, 2024 Through and Including February 29, 2024, filed on March 11, 2024 [Docket No. 699].

---

[2]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[3]    On March 4, 2024, the Court entered the *Order Granting First Interim Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period from September 13, 2023 Through and Including November 30, 2023* [Docket No. 670]. Therefore, the monthly applications for the interim period are not included in the binder.

i

B.    **Katten Muchin Rosenman LLP**

2. Seventh Monthly and Final Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Monthly Period of March 1, 2024 through March 27, 2024 and the Final Period from September 13, 2023 Through and Including March 27, 2024, filed on April 25, 2024 [Docket No. 803].

(a) [FILED UNDER SEAL] First Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of September 13, 2023 through September 30, 2023, filed on November 1, 2023 [Docket No. 224].

(b) Second Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of October 1, 2023 through October 31, 2023, filed on December 7, 2023 [Docket No. 327].

(c) Third Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2023 through November 30, 2023, filed on December 29, 2023 [Docket No. 371].

(d) Fourth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of December 1, 2023 through December 31, 2023, filed on January 23, 2024 [Docket No. 507].

(e) Fifth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 1, 2024 through January 31, 2024, filed on April 22, 2024 [Docket No. 784].

(f) Sixth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Period of February 1, 2024 through February 29, 2024, filed on April 22, 2024 [Docket No. 785].

(g) Supplement to Seventh Monthly and Final Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Monthly Period of March 1, 2024 through March 27, 2024 and the Final Period from September 13, 2023 Through and Including March 27, 2024, filed on May 15, 2024 [Docket No. 824].

4895-2692-6271, v. 2

C.  **Epiq Corporate Restructuring, LLC**[4]

   3.  Second and Final Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 13, 2023 Through and Including March 27, 2024, filed on April 26, 2024 [Docket No. 804].

II.  **COMMITTEE PROFESSIONAL(S):**

A.  **Fox Rothschild LLP**[5]

   5.  Second Interim and Final Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Second Interim Period of December 1, 2023 Through March 27, 2024 and the Final Period from September 25, 2023 Through March 27, 2024, filed on April 26, 2024 [Docket No. 805].

     (a)  Third Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of December 1, 2023 through December 31, 2023, filed on January 25, 2024 [Docket No. 521].

     (b)  Fourth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of January 1, 2024 through January 31, 2024, filed on February 28, 2024 [Docket No. 654].

     (c)  Fifth Monthly Fee Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of February 1, 2024 through February 29, 2024, filed on March 22, 2024 [Docket No. 739].

     (d)  Supplement to Second Interim and Final Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Second Interim Period of December 1, 2023 Through March 27, 2024 and the Final Period from September 25, 2023 Through March 27, 2024, filed on May 16, 2024 [Docket No. 827].

---

[4] On February 5, 2024, the Court entered the *Order Granting First Interim Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 13, 2023 Through and Including November 30, 2023* [Docket No. 574]. Therefore, the application for the interim period is not included in the binder.

[5] On February 8, 2024, the Court entered the *Order Allowing and Awarding Fox Rothschild LLP First Interim Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period September 25, 2023 Through November 30, 2023* [Docket No. 586]. Therefore, the monthly applications for the interim period are not included in the binder.

B. **J.S. Held, LLC (f/k/a) Phoenix Management Services, LLC**

6. First and Final Application of J.S. Held, LLC (f/k/a) Phoenix Management Services, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period October 2, 2023 Through March 27, 2024, filed on April 26, 2024 [Docket No. 806].

   (a) First Monthly Fee Application of Phoenix Management Services, LLC, for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 2, 2023 Through October 29, 2023, filed on November 22, 2023 [Docket No. 291].

   (b) Second Monthly Fee Application of Phoenix Management Services, LLC, for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 30, 2023 Through December 3, 2023, filed on December 28, 2023 [Docket No. 364].

   (c) Third Monthly Fee Application of Phoenix Management Services, LLC, for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 4, 2023 Through December 31, 2023, filed on January 25, 2024 [Docket No. 522].

   (d) Fourth Monthly Fee Application of J.S. Held, LLC (f/k/a Phoenix Management Services, LLC) for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2024 Through February 4, 2024, filed on February 28, 2024 [Docket No. 655].

   (e) Fifth Monthly Application of J.S. Held, LLC (f/k/a) Phoenix Management Services, LLC, for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 5, 2024 Through March 3, 2024, filed on March 22, 2024 [Docket No. 740].