# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HARTMAN SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Deposition of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Civ. P. 30(b)6)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

## Service List

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr., Esq.
Mark D. Olivere, Esq.
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Email: chipman@chipmanbrown.com
        olivere@chipmanbrown.com

*Co-Counsel to the Reorganized Debtor*


FOX ROTHSCHILD LLP
Stephanie J. Slater, Esq.
1201 N. Market Street
Suite 1200
Wilmington, DE 19801
Email: sward@foxrothschild.com

-and-

Michael G. Menkowitz, Esq.
Jesse M. Harris, Esq.
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Email: mmenkowitz@foxrothschild.com
        jesseharris@foxrothschild.com

*Counsel to the Official Committee of
Unsecured Creditors*


KATTEN MUCHIN ROSENMAN LLP
John E. Mitchell, Esq.
Michaela C. Crocker, Esq.
Yelena E. Archiyan, Esq.
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Email: john.mitchell@katten.com
        michaela.crocker@katten.com
        yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*

Office of the United States Trustee
for the District of Delaware
Attn: John Schanne, Esq.
J. Caleb Boggs Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE19801
Email: john.schanne@usdoj.gov

*United States Trustee*