# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No. 782** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 19, 2024, copies of the *Responses and Objections to Notice of Deposition of Hartman SPE, LLC Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served *via* electronic mail on the parties listed below.

>Jeffrey R. Waxman, Esquire
>Tara C. Pakrouh, Esquire
>*Morris James LLP*
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19801
>Email: jwaxman@morrisjames.com
>         tpakrouh@morrisjames.com

**[SIGNATURE PAGE TO FOLLOW]**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

<table>
<tr><td>Dated: May 19, 2024<br>Wilmington, Delaware</td><td>**CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:  chipman@chipmanbrown.com<br>           olivere@chipmanbrown.com<br><br>—and—<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>John E. Mitchell (TX Bar No. 00797095)<br>Michaela C. Crocker (TX Bar No. 24031985)<br>Yelena E. Archiyan (TX Bar No. 24119035)<br>2121 N. Pearl St., Suite 1100<br>Dallas, TX 75201<br>Telephone:    (214) 765-3600<br>Facsimile:    (214) 765-3602<br>Email:  john.mitchell@katten.com<br>           michaela.crocker@katten.com<br>           yelena.archiyan@katten.com<br><br>*Co-Counsel to the Reorganized Debtor*</td></tr>
</table>

- 2 -

4884-0357-2672, v. 1