IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> **Related Docket Nos. 790, 803, 804, 805, 806, 824, and 827** |

## OMNIBUS ORDER GRANTING FINAL FEE APPLICATIONS

Upon consideration of the final applications for compensation and reimbursement of expenses (collectively, the "**Fee Applications**") of the professionals employed in the Chapter 11 Case of debtor and debtor in possession Hartman SPE, LLC (the "**Debtor**") listed on **Exhibit A** attached hereto (each a "**Professional**"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Fee Applications in this district are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Professionals having provided appropriate notice of the Fee Applications; and the Court having reviewed the Fee Applications; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**IT IS HEREBY ORDERED THAT:**

1. The Fee Applications are APPROVED in the amounts set forth on **Exhibit A**.

2. The Professionals are granted, on a final basis, allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A**.

3. The Debtor is authorized and directed, as provided herein, to remit, or cause to be remitted, payment in the amounts set forth on **Exhibit A**, less any and all amounts previously paid on account of such fees and expenses.

4. This Order shall be deemed a separate order for each Professional, and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: May 20th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

4874-1709-2030, v. 2