# **EXHIBIT A**

**FINAL FEE CHART**

# HARTMAN SPE, LLC

## FINAL FEE APPLICATIONS

| PROFESSIONAL AND ROLE | DOCKET NO. | FINAL PERIOD COVERED | FINAL FEES REQUESTED | FINAL EXPENSES REQUESTED | TOTAL |
|---|---|---|---|---|---|
| **DEBTOR'S PROFESSIONALS:** | | | | | |
| Katten Muchin Rosenman LLP<br>Counsel for the Debtor | 803, 824 | 09.13.2023 — 03.27.2024 | $1,732,721.00 | $2,318.28 | $1,735,039.28 |
| Chipman Brown Cicero & Cole, LLP<br>Delaware Counsel for the Debtor | 790 | 09.13.2023 — 03.27.2024 | $368,372.50 | $6,041.64 | $374,414.14 |
| Epiq Corporate Restructuring, LLC<br>Claims Agent for the Debtor | 804 | 09.13.2023 — 03.27.2024 | $20,612.10 | $0.00 | $20,612.10 |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (THE "COMMITTEE") PROFESSIONALS:** | | | | | |
| Fox Rothschild LLP<br>Counsel for the Committee | 805, 827 | 09.25.2023 — 03.27.2024 | $350,893.00 | $10,965.50 | $361,858.50 |
| J.S. Held, LLC (f/k/a Phoenix Management Services, LLC)<br>Financial Advisor for the Committee | 806 | 10.02.2023 – 03.27.2024 | $87,832.00 | $0.00 | $87,832.00 |