## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC,[1] | Case No. 23-11452 (MFW) |
| Debtor. | Ref. Docket Nos. 826 - 830 |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2024, I caused to be served the:

   a. "Order Granting First and Final Fee Application of Raymond James & Associates, Inc., as Investment Banker to the Debtor," dated May 16, 2024 [Docket No. 826], (the "Order"),

   b. "Supplement to Second Interim and Final Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Second Interim Period of December 1, 2023 Through March 27, 2024 and the Final Period from September 25, 2023 Through March 27, 2024," dated May 16, 2024 [Docket No. 827], (the "Supplement"),

   c. "Reply to Response of Success Real Estate Company, Ltd. To Debtor's Second (Non-Substantive) Omnibus Objection to Claims; and Objection to Request that Claim be Deemed Timely Filed," dated May 16, 2024 [Docket No. 828], (the "Reply"),

   d. "Declaration of Dabid Wheeler in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims; and Objection to Request that Claim be Deemed Timely Filed," dated May 16, 2024 [Docket No. 829], (the "Wheeler Declaration"),

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

    e. "Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims; and Objection to Request that Claim be Deemed Timely Filed," dated May 16, 2024 [Docket No. 830], (the "Jacoby Declaration"),

by causing true and correct copies of the:

    i. Order, Supplement, Reply, Wheeler Declaration, and Jacoby Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. Reply, Wheeler Declaration and Jacoby Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B,</u>

    iii. Order, Supplement, Reply, Wheeler Declaration and Jacoby Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv. Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v. Reply, Wheeler Declaration and Jacoby Declaration to be delivered via electronic mail to: *jwaxman@morrisjames.com* and *tpakrouh@morrisjames.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         */s/ Benjamin Johnson*
                                                                         Benjamin Johnson

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| FARRIMOND CASTILLO & BRESNAHAN, PC | (COUNSEL TO SAN ANTONIO PETROLEUM CLUB, INC) ATTN: JOHN M. CASTILLO & SCOTT A. FARRIMOND 130 E TRAVIS ST STE 350 SAN ANTONIO TX 78205 |
| FOX ROTHSCHILD LLP | (COUNSEL TO THE UCC) ATTN STEPHANIE J. SLATER 919 N. MARKET ST. SUITE 300 WILMINGTON DE 19899-2323 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | COUNSEL TO RICHARDSON ISD C/O EBONY COBB 500 E. BORDER ST., STE. 640 ARLINGTON TX 76010 |
| SAN ANTONIO PETROLEUM CLUB, INC | ATTN: BARBARA ADAM 8620 N NEW BRAUNFELS STE N-616 SAN ANTONIO TX 78217 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count: 10**

**EXHIBIT B**

Hartman SPE, LLC,
Case No. 23-11452
Overnight Mail Recipients

| | |
|---|---|
| SUCCESS REAL ESTATE COMPANY LTD<br>5719 VELASCO<br>DALLAS, TX 75206 | MORRIS JAMES LLP<br>(COUNSEL TO SUCCESS REAL ESTATE COMPANY LTD)<br>ATTN JEFFREY R. WAXMAN, TARA C. PAKROUH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 |

# EXHIBIT C

Hartman SPE, LLC,
Case No. 23-11452
Electronic Service List

| Name | Email Address |
| --- | --- |
| ABERNATHY, ROEDER, BOYD & HULLET, P.C. | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | bnkatty@aldineisd.org |
| ASTRO TECH SERVICES, LLC | kbartley@ws-law.com |
| BARSALOU & ASSOCIATES, P.L.L.C. | abarsalo@barsalou.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | jordan.w.seemans@delaware.gov |
| FERGUSON BRASWELL FRASER KUBASTA PC | rsmiley@fbfk.law |
| FOX ROTHSCHILD LLP | jesseharris@foxrothschild.com; sslater@foxrothschild.com; mmenkowitz@foxrothschild.com |
| HARRIS COUNTY ATTORNEY'S OFFICE | taxbankruptcy.cao@harriscountytx.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| JACK SHRUM, P.A. | jshrum@jshrumlaw.com |
| KASEN & KASEN, P.C. | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| OFFICE OF THE UNITED STATES TRUSTEE | John.Schanne@usdoj.gov |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | emccain@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | mvaldez@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | lreece@pbfcm.com |
| ROBINSON & COLE LLP | jedmonson@rc.com; kdute@rc.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| STI-GC, LLC | mjoyce@mjlawoffices.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | jamie.kirk@oag.texas.gov |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |
| WEAVER AND TIDWELL LLP | hope.everett@weaver.com |
| POLSINELLI | dferguson@polsinelli.com |
| POLSINELLI | cward@polsinelli.com |

# EXHIBIT D

Hartman SPE, LLC,
Case No. 23-11452
Electronic Service List

| Name | Email |
| --- | --- |
| Hartman SPE, LLC | dwheeler@hi-reit.com |
| Katten Muchin Rosenman LLP | john.mitchell@katten.com; michaela.crocker@katten.com yelena.archiyan@katten.com |
| Chipman Brown Cicero & Cole LLP | chipman@chipmanbrown.com; doughty@chipmanbrown.com; olivere@chipmanbrown.com |
| Polsinelli, PC | dferguson@polsinelli.com; cward@polsinelli.com |
| Fox Rothschild, LLP | mmenkowitz@foxrothschild.com; jesseharris@foxrothschild.com; sward@foxrothschild.com |
| Office of the United States Trustee | john.schanne@usdoj.gov |