# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | Related Docket No. 782 |

## CUSTODIAN OF RECORDS DECLARATION FOR EPIQ CORPORATE RESTRUCTURING LLC

I, Tice O'Sullivan, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. My name is Tice O'Sullivan, I am over eighteen (18) years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are based on my personal knowledge and are true and correct.

2. I am the Disbursements Consultant for Epiq Corporate Restructuring LLC and am familiar with the manner in which it creates and maintains records by virtue of my duties and responsibilities. Epiq Corporate Restructuring LLC serves as Hartman SPE, LLC's escrow agent pursuant to an Escrow Agreement entered into on or around March 27, 2024.

3. Attached to this Declaration are 5 pages of records, which are true and correct copies of Epiq Corporate Restructuring LLC's business records. These documents are exact duplicates of the original records.

4. It is the regular practice of Epiq Corporate Restructuring LLC to make this type of record at or near the time of each act, event, condition, or opinion that was recorded by, or from information transmitted by, persons with knowledge of the matters set forth in the record.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

301007237v1

5.     The record was kept in the course of a regularly conducted business activity of Epiq Corporate Restructuring LLC.

6.     It is the regular practice of Epiq Corporate Restructuring LLC business activity to make the records.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5/20/2024.

                                                                                        *Tice O'Sullivan* (Digitally signed by Tice O'Sullivan, DN: cn=Tice O'Sullivan, o=Epiq, ou=Class Action, email=tosullivan@epiqglobal.com, c=US, Date: 2024.05.20 13:09:15 -07'00')

TICE O'SULLIVAN



US747 | BR558 | 17
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement

Page 1 of 3

Beginning April 01, 2024
through April 30, 2024

### Questions? Contact us today:

EPIQ CORPORATE RESTRUCTURING LLC
602 W OFFICE CENTER DR STE 100
FORT WASHINGTON PA  19034-3251



**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Your new Citizens Debit Mastercard® is accepted at over 14 million locations in the US, including Costco, restaurants, hotels, and gas stations.** Plus, it can be used to automatically pay monthly bills and subscriptions. Purchases at some locations may require a PIN.

Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

EPIQ CORPORATE RESTRUCTURING LLC
AS AGT FOR HARTMAN SPE LLC
CLASS IV ACCOUNT
Commercial Checking
XXXXXX-558-9

## Commercial Checking for XXXXXX-558-9

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 20,691,000.00 |
| Checks | - | .00 |
| Debits | - | 5,799,632.95 |
| Deposits & Credit | + | .00 |
| **Current Balance** | = | 14,891,367.05 |

Your next statement period will end on May 31, 2024.

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

**Commercial Checking for XXXXXX-558-9 Continued**

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 558-9

**Debits ***
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---:|---|
| *Other Debits* | | |
| 04/08 | 21,944.24 | LIST POST TOTAL (3) |
| 04/08 | 1,000,000.00 | OUTGOING WIRE TRANSFER (MTS NO.240408009597) |
| 04/09 | 814,460.24 | LIST POST TOTAL (22) |
| 04/10 | 637,528.61 | LIST POST TOTAL (55) |
| 04/11 | 446,502.35 | LIST POST TOTAL (20) |
| 04/12 | 857,736.02 | LIST POST TOTAL (13) |
| 04/15 | 90,481.92 | LIST POST TOTAL (10) |
| 04/16 | 88,500.43 | LIST POST TOTAL (5) |
| 04/17 | 18,719.32 | LIST POST TOTAL (5) |
| 04/18 | 74,209.37 | LIST POST TOTAL (7) |
| 04/19 | 10,899.23 | LIST POST TOTAL (4) |
| 04/19 | 42,743.49 | OUTGOING WIRE TRANSFER (MTS NO.240419010136) |
| 04/22 | 262,623.74 | LIST POST TOTAL (4) |
| 04/23 | 857,031.31 | LIST POST TOTAL (35) |
| 04/24 | 421,193.66 | LIST POST TOTAL (12) |
| 04/25 | 98,942.06 | LIST POST TOTAL (10) |
| 04/26 | 29,212.47 | LIST POST TOTAL (4) |
| 04/29 | 2,189.42 | LIST POST TOTAL (1) |
| 04/30 | 24,715.07 | LIST POST TOTAL (5) |

**Previous Balance**
20,691,000.00

**Total Debits**
- 5,799,632.95

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 04/08 | 19,669,055.76 | 04/16 | 16,733,846.19 | 04/24 | 15,046,426.07 |
| 04/09 | 18,854,595.52 | 04/17 | 16,715,126.87 | 04/25 | 14,947,484.01 |
| 04/10 | 18,217,066.91 | 04/18 | 16,640,917.50 | 04/26 | 14,918,271.54 |
| 04/11 | 17,770,564.56 | 04/19 | 16,587,274.78 | 04/29 | 14,916,082.12 |
| 04/12 | 16,912,828.54 | 04/22 | 16,324,651.04 | 04/30 | 14,891,367.05 |
| 04/15 | 16,822,346.62 | 04/23 | 15,467,619.73 | | |

**Current Balance**
= 14,891,367.05

**✳ Citizens**™

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

> Citizens
> Customer Service Center
> P.O. Box 42001
> Providence, RI 02940-2001

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

# Account Summary



Epiq Bankruptcy Solutions LLC - NYEPIQBA

| SUMMARY TOTALS (1 ACCOUNTS) | | | | 05/01/2024 - 05/17/2024 |
|---|---|---|---|---|
| Currency | Opening Ledger | Total Credits | Total Debits | Current Ledger |
| USD (1) | 14,891,367.05 | 0.00 (0) | 7,995,601.05 (24) | 6,895,766.00 |

**ACCOUNT:** ▮▮▮▮5589 Hartman Spe Class IV USD                                **BANK ID:** ▮▮▮▮▮▮▮▮

| Opening Ledger | Total Credits (0) | Total Debits (24) | Current Ledger |
|---|---|---|---|
| 14,891,367.05 | 0.00 | 7,995,601.05 | |

| | FIRST DAY (05/01/2024) | LAST DAY (05/17/2024) |
|---|---|---|
| Opening Ledger | 14,891,367.05 | - |
| Opening Available | 14,841,908.98 | - |
| One Day Float | 0.00 | - |
| Two or more Days Float | 0.00 | - |
| Total Credits | 0.00 | 0.00 |
| Total Debits | 49,458.07 | 0.00 |
| Total ACH Credits | 0.00 | 0.00 |
| Total Money Transfer Credits | 0.00 | 0.00 |
| Total Lockbox Deposits | 0.00 | 0.00 |
| Total ZBA and Disbursing Credits | 0.00 | 0.00 |
| Total ACH Debits | 0.00 | 0.00 |
| Total Money Transfer Debits | 40,155.89 | 0.00 |
| Total Deposited Items Returned | 0.00 | 0.00 |
| Total ZBA and Disbursing Debits | 0.00 | 0.00 |
| Sweep to Line Balance | 0.00 | 0.00 |
| Sweep to Investment Balance | 0.00 | 0.00 |
| Total Float | 0.00 | 0.00 |
| Grand Total Cr Less Grand Total Db | -49,458.07 | -58,726.20 |
| Total Debits Less Wire Transfer and Charge Backs | 9,302.18 | 58,726.20 |
| Total Debits Less Returned Items | 49,458.07 | 58,726.20 |
| Total Checks Paid | 9,302.18 | 58,726.20 |
| Total Real Time Payment Credits | 0.00 | 0.00 |
| Total Real Time Payment Debits | 0.00 | 0.00 |
| Current Available | - | 6,895,766.00 |

**TRANSACTIONS:** ▮▮▮▮5589 Hartman Spe Class IV USD                                              05/01/2024 - 05/17/2024

| Posted | Transaction Description / Customer Reference | Status / Debit/Credit | Bank Reference | Transaction Type / Detail | Amount |
|---|---|---|---|---|---|
| 05/01/2024 | CHECK PAID 200002 | Cleared Debit | ▮▮▮▮ | CHECKS PAID CHECK | -9,302.18 |
| 05/01/2024 | OUTGOING MONEY TRANSFER | Cleared Debit | | MONEY TRANSFER ▮▮▮▮▮▮▮▮ | -40,155.89 |
| 05/02/2024 | CHECK PAID 200284 | Cleared Debit | ▮▮▮▮ | CHECKS PAID CHECK | -65,273.34 |
| 05/02/2024 | CHECK PAID 200281 | Cleared Debit | ▮▮▮▮ | CHECKS PAID CHECK | -63,588.62 |
| 05/03/2024 | CHECK PAID 200242 | Cleared Debit | ▮▮▮▮ | CHECKS PAID CHECK | -65,294.89 |
| 05/03/2024 | CHECK PAID 200008 | Cleared Debit | ▮▮▮▮ | CHECKS PAID CHECK | -18,089.29 |

Continued

**TRANSACTIONS:** ▮▮▮▮5589 Hartman Spe Class IV USD                                                         05/01/2024 - 05/17/2024

| Posted | Transaction Description / Customer Reference | Status / Debit/Credit | Bank Reference | Transaction Type / Detail | Amount |
|---|---|---|---|---|---|
| 05/03/2024 | CHECK PAID / 200256 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -6,915.89 |
| 05/03/2024 | CHECK PAID / 200267 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -1,501.56 |
| 05/06/2024 | CHECK PAID / 200195 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -852.90 |
| 05/06/2024 | CHECK PAID / 200098 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -540.36 |
| 05/07/2024 | CHECK PAID / 200206 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -2,670.40 |
| 05/08/2024 | CHECK PAID / 200246 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -58,911.44 |
| 05/08/2024 | CHECK PAID / 200283 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -6,148.91 |
| 05/08/2024 | CHECK PAID / 200219 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -1,664.30 |
| 05/08/2024 | CHECK PAID / 200026 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -802.20 |
| 05/08/2024 | CHECK PAID / 200221 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -220.62 |
| 05/08/2024 | OUTGOING MONEY TRANSFER | Cleared / Debit | | MONEY TRANSFER | -7,530,645.00 |
| 05/09/2024 | CHECK PAID / 200078 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -2,475.92 |
| 05/10/2024 | CHECK PAID / 200237 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -15,731.13 |
| 05/13/2024 | CHECK PAID / 200099 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -4,865.28 |
| 05/14/2024 | CHECK PAID / 200263 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -29,648.34 |
| 05/14/2024 | OUTGOING MONEY TRANSFER | Cleared / Debit | | MONEY TRANSFER | -11,576.39 |
| 05/16/2024 | CHECK PAID / 200259 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -58,196.97 |
| 05/16/2024 | CHECK PAID / 200079 | Cleared / Debit | ▮ | CHECKS PAID / CHECK | -529.23 |