**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

*AMENDED*[2] **JOINT COMBINED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MAY 21, 2024, AT 10:30 A.M. (EASTERN TIME)**

Hartman SPE, LLC, as reorganized debtor (the "**Reorganized Debtor**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Case**") and Success Real Estate Company Ltd. ("**SRE**" and together with the Reorganized Debtor, the "**Parties**"), hereby file this Joint Combined Witness and Exhibit List for Hearing scheduled for May 21, 2024, at 10:30 a.m. (Eastern Time) (the "**Hearing**") on *Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 721] as follows:

**WITNESSES**

The Reorganized Debtor designates the following individuals who may be called as a witness:

(a) David Wheeler, President and Co-Chief Executive Officers of Hartman SPE Management, LLC;

(b) Michael Jacoby, Financial Advisor to the Official Committee of Unsecured Creditors;

(c) Any witness listed by any other party;

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Amended items will appear in **bold**.

(d) Rebuttal witnesses as necessary; and

(e) The Debtor reserves the right to cross-examine any witness called by any other party.

SRE designates the following individuals who may be called as a witness:

(a) Phillip Allen, Manager of the General Partner of SRE;

(b) Any witness listed by any other party;

(c) Rebuttal witnesses as necessary; and

(d) SRE reserves the right to cross-examine any witness called by any other party.

## JOINT EXHIBITS

The Parties designate the following exhibits that may be admitted:

| EXHIBIT NO. | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 1 | 211 | Certificate of Service (Notice of Chapter 11 Bankruptcy Case), filed on October 25, 2023 |
| 2 | 162 | Order Granting Motion of Debtor for an Order (I) Establishing Bar Dates for Filing Proofs of Claim, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief, entered on October 16, 2023 |
| 3 | 240 | Certificate of Service (Bar Date Notice, Proof of Claim Form, and Proof of Claim Instructions), filed on November 7, 2023 |
| 4 | 342 | Certificate of Service (Customized Proof of Claim (Official Form 410), Official Form 410-Instructions for Poof of Claim, Notice of Bar Dates for Filing Proofs of Claim, dated October 17, 2023), filed on December 19, 2023 |
| 5 | 639 | Second Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, filed on February 23, 2024 |
| 6 | 645 | Findings of Fact, Conclusions of Law, and Order Approving on a Final Basis and Confirming the Second Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC, entered on February 26, 2024 |
| 7 | 752 | Notice of (I) Entry of Findings of Fact, Conclusions of Law, and Order Approving on a Final Basis and Confirming the Second Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Hartman SPE, LLC and (II) Effective Date, filed on March 28, 2024 |

4863-2190-2016, v. 1

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 8 | 770 | Certificate of Service (Notice of Effective Date), filed on April 8, 2024 |
| 9 | 721 | Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 19, 2024 |
| 10 | 828 | Debtor's Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 16, 2024 |
| 11 | 829 | Declaration of David Wheeler in Support of Debtor's Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 16, 2024 |
| 12 | 830 | Declaration of Michael Jacoby in Support of Debtor's Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 16, 2024 |
| 13 | | Claim No. 10212, filed by Success Real Estate Company Ltd. |
| 14 | 141 | Summary of Assets and Liabilities for Non-Individuals, filed on October 20, 2023 |
| 15 | 271 | Amended Summary of Assets and Liabilities for Non-Individuals, filed on November 13, 2023 |
| 16 | 481 | Amended Summary of Assets and Liabilities for Non-Individuals, filed on January 16, 2024 |
| 17 | 784 | Fifth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the period of January 1, 2024 to January 31, 2024, filed on April 22, 2024 |
| 18 | 785 | Sixth Monthly Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the period of February 1, 2024 to February 29, 2024, filed on April 22, 2024 |
| 19 | 801 | Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request That Claim Be Deemed Timely Filed, filed on April 24, 2024 |
| 20 | 803 | Seventh Monthly and Final Fee Statement of Katten Muchin Rosenman LLP as Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses for the Monthly Period of March 1, 2024 through March 27, 2024 and the Final Period from September 13, 2023 Through and Including March 27, 2024, filed on April 25, 2024 |

| Exhibit No. | Docket No. | Description |
|---|---|---|
| 21 | 815 | Notice of Deposition of Success Real Estate Company, Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6), filed on May 10, 2024 |
| 22 | 837 | Notice of Deposition of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Civ. P. 30(b)(6), filed on May 18, 2024 |
| 23 | 838 | Notice of Deposition of Hartman SPE, LLC Pursuant to Fed. R. Civ. P. 30(b)(6), filed on May 18, 2024 |
| 24 | 806 | Final Application for Compensation and Reimbursement of Expenses of J.S. Held, LLC (f/k/a Phoenix Management Services, LLC) as Financial Advisor to the Official Committee of Unsecured Creditors for the period October 2, 2023 to March 27, 2024, filed on April 26, 2024 |
| 25 | 842 | ***Amended* Declaration of Michael Jacoby in Support of Debtor's Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 20, 2024** |
| 26 | 845 | **Custodian of Records Declaration for Epiq Corporate Restructuring LLC, filed on May 20, 2024** |

## RESERVATION OF RIGHTS

The Parties reserve the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserve the right to jointly supplement this list prior to the Hearing.

**[Remainder Of Page Intentionally Left Blank; Signature Will Follow]**

4863-2190-2016, v. 1

- 5 -

| | |
|---|---|
| Dated: May 20, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>          olivere@chipmanbrown.com<br><br>- and-<br><br>John E. Mitchell (Admitted *pro hac vice*)<br>Michaela C. Crocker (Admitted *pro hac vice*)<br>Yelena E. Archiyan (Admitted *pro hac vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>Telephone: (214) 765-3600<br>Facsimile:  (214) 765-3602<br>Email: john.mitchell@katten.com<br>          michaela.crocker@katten.com<br>          yelena.archiyan@katten.com<br><br>*Counsel to the Reorganized Debtor* |