# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 21, 2024, AT 10:30 A.M. (EASTERN TIME)

> **THIS WILL BE A REMOTE HEARING CONDUCTED VIA ZOOM. ANY PARTY CAN ATTEND AND PARTICIPATE VIA ZOOM, INCLUDING WITNESSES, AND OTHER PARTIES MAKING ARGUMENTS.**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (*PREVAILING* EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.\***
>
> **AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

**I.   CONTINUED MATTER(S).**

1.  *Amended* Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on April 12, 2024 [Docket No. 774].

    Objection Deadline:   May 13, 2024, at 4:00 P.M. (Eastern Time). Hartman VREIT XXI, Inc. was given an extension to respond to May 14, 2024.

    Responses Received:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Amended items will appear in **bold**.

    A.    [**SEALED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 819].

    B.    [***PROPOSED* REDACTED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 821].

Related Pleadings:

    i.    Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on March 13, 2024 [Docket No. 704].

    ii.    Motion to File Under Seal, filed on May 14, 2024 [Docket No. 820].

Status: This matter has been continued to the hearing scheduled for June 20, 2024, at 2:00 p.m. (Eastern Time).

## II. RESOLVED MATTER(S).

2. First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, filed on April 9, 2024 [Docket No. 771].

    Objection Deadline:    April 30, 2024, at 4:00 P.M. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.    Certification of Counsel Regarding First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, filed on May 2, 2024 [Docket No. 810].

    B.    Order Granting First and Final Fee Application of Raymond James & Associates, Inc. as Investment Banker to the Debtor, entered on May 16, 2024 [Docket No. 826].

Status: The order has been entered.

## III. MATTER(S) FILED UNDER CERTIFICATION.

3. Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 19, 2024 [Docket No. 782].

    Objection Deadline:    May 14, 2024, at 4:00 P.M. (Eastern Time).

Responses Received:

    i. Informal comments received from Starlight Cleaning Services /RAMA Services ("**Starlight**") (Claim No. 10143).

    ii. Informal comments received from Amity Construction Co. ("**Amity**") (Claim No. 10061).

Related Pleadings:    None.

A. Notice of Submission of Proofs of Claim, filed on May 8, 2024 [Docket No. 813].

B. Notice of Partial Withdrawal of the Reorganized Debtor's Fourth (Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 833].

C. Certification of Counsel Regarding Reorganized Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 17, 2024 [Docket No. 834].

Status: The Reorganized Debtor has resolved the informal objections by the removal of the respective claims and has submitted a revised form of order approving the Fourth Omnibus Objection under Certification of Counsel.

## IV. MATTER(S) GOING FORWARD.

4. Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 19, 2024 [Docket No. 721].

    Objection Deadline:    April 17, 2024, at 4:00 P.M. (Eastern Time). An extension was given to Success Real Estate Company, Ltd. ("**SRE**") to April 24, 2024.

    Responses Received:

        i. Informal comments received from Independent Dealer Group ("**IDG**").

        ii. Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on April 24, 2024 [Docket No. 801].

    Related Pleadings:

A. Notice of Filing of *Revised* Schedule 1 to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502,

|   |   |   |
|---|---|---|
|   | | Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 20, 2024 [Docket No. 729]. |
|   | B. | Order Granting Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 24, 2024 [Docket No. 795]. |
|   | C. | Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 828]. |
|   | D. | Declaration of David Wheeler in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 829]. |
|   | E. | Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 830]. |
|   | F. | Notice of Partial Withdrawal of the Reorganized Debtor's Second (Non-Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 832]. |
|   | **G.** | **Joint Combined Witness and Exhibit List for Hearing Scheduled for May 21, 2024, at 10:30 a.m. (Eastern Time), filed on May 20, 2024 [Docket No. 840].** |
|   | **H.** | **Amended Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims; and Objection to Request that Claim be Deemed Timely Filed, filed on May 20, 2024 [Docket No. 842].** |
|   | **I.** | **Custodian of Records Declaration for Epiq Corporate Restructuring LLC, filed on May 20, 2024 [Docket No. 845].** |
|   | **J.** | ***Amended*** **Joint Combined Witness and Exhibit List for Hearing Scheduled for May 21, 2024, at 10:30 a.m. (Eastern Time), filed on May 20, 2024 [Docket No. 846].** |

Status: The Reorganized Debtor has filed a notice withdrawing the objection as to the IDG claim. This matter will go forward as to SRE.

V. PROFESSIONALS FINAL FEE APPLICATIONS.

5. Final Fee Applications, filed on April 22, 2024, April 25, 2024, and April 26, 2024 [Docket Nos. 790, 803, 804, 805, and 806].

Objection Deadline:         May 14, 2024, at 4:00 P.M. (Eastern Time).

Responses Received:         None.

Related Pleadings:

A. Certification of Counsel, filed on May 17, 2024 [Docket No. 836].

**B. Omnibus Order Granting Final Fee Applications, entered on May 20, 2024 [Docket No. 841].**

Status: **The order has been entered.**

Dated: May 20, 2024
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
        olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email:  john.mitchell@katten.com
        michaela.crocker@katten.com
        yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*