IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Re: Docket Nos. 815, 837, 838** |

## NOTICE OF LODGING

**PLEASE TAKE NOTICE** that the deposition transcripts and their respective exhibits of the following individuals have been submitted and lodged with the Court contemporaneously herewith:

| **Deponent** | **Date Taken** |
|---|---|
| Phillip Allen | May 13, 2024 |
| Michael Jacoby | May 20, 2024 |
| David Wheeler | May 20, 2024 |

Dated: May 21, 2024

**MORRIS JAMES LLP**

/s/ *Tara C. Pakrouh*
Jeffrey R. Waxman (DE Bar No. 4159)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: tpakrouh@morrisjames.com

*Counsel to Success Real Estate Company, Ltd.*

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400).  The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

16730759/1