# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Lodging* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and an additional service was completed via electronic mail upon the parties on the attached service list.

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

16730759/1

**Service List**

| | |
|---|---|
| CHIPMAN BROWN CICERO & COLE, LLP<br>William E. Chipman, Jr., Esq.<br>Mark D. Olivere, Esq.<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Email: chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br>*Co-Counsel to the Reorganized Debtor* | KATTEN MUCHIN ROSENMAN LLP<br>John E. Mitchell, Esq.<br>Michaela C. Crocker, Esq.<br>Yelena E. Archiyan, Esq.<br>2121 N. Pearl St., Suite 1100<br>Dallas, TX 75201<br>Email: john.mitchell@katten.com<br>michaela.crocker@katten.com<br>yelena.archiyan@katten.com<br><br>*Co-Counsel to the Reorganized Debtor* |
| FOX ROTHSCHILD LLP<br>Stephanie J. Slater, Esq.<br>1201 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Email: sward@foxrothschild.com<br><br>-and-<br><br>Michael G. Menkowitz, Esq.<br>Jesse M. Harris, Esq.<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Email: mmenkowitz@foxrothschild.com<br>jesseharris@foxrothschild.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Office of the United States Trustee<br>for the District of Delaware<br>Attn: John Schanne, Esq.<br>J. Caleb Boggs Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE19801<br>Email: john.schanne@usdoj.gov<br><br>*United States Trustee* |