Hartman SPE 23-11452

May 21, 2024 at 10:30 AM

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Phillip | Allen | | Creditor, Phillip Allen | 23-11452-MFW | Video and Audio |
| Yelena | Archiyan | Katten | Debtor | 23-11452-MFW | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Debtor | 23-11452-MFW | Video and Audio |
| Adrienne | Collins | Silver Star Properties REIT, Inc. | Debtor | 23-11452-MFW | Video and Audio |
| Michaela | Crocker | Katten | Debtor | 23-11452-MFW | Video and Audio |
| Jesse | Harris | Fox Rothschild LLP | Creditors&#039; Committee | 23-11452-MFW | Video and Audio |
| Mike | Harris | Vector Concepts | Vector Concepts | 23-11452-MFW | Audio Only |
| Taylor | Harrison | | | 23-11452-MFW | Audio Only |
| Michael | Jacoby | JS Held | Committee | 23-11452-MFW | Video and Audio |
| John | Mitchell | Katten | Debtor | 23-11452-MFW | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtor | 23-11452-MFW | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Success Real Estate Company, Ltd. | 23-11452-MFW | Video and Audio |
| Nathan | Rosenblum | | | 23-11452-MFW | Video and Audio |
| John | Schanne | DOJ | UST | 23-11452-MFW | Video and Audio |
| Stephanie | Slater | Fox Rothschild LLP | Creditors&#039; Committee | 23-11452-MFW | Video and Audio |
| Jeffrey | Waxman | Morris James LLP | Success Real Estate Company, Ltd. | 23-11452-MFW | Video and Audio |
| David | Wheeler | Silver Star Properties REIT, Inc. | Debtor | 23-11452-MFW | Video and Audio |