**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Related Docket No. 782** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTOR'S FOURTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for the above-captioned debtor and debtor in possession (the "**Reorganized Debtor**") hereby certifies as follows:

1. On April 19, 2024, the Reorganized Debtor filed the *Reorganized Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 782] (the "**Omnibus Objection**"). Pursuant to the Notice, the deadline to file responses regarding the relief requested in the Omnibus Objection was May 14, 2024 (the "**Objection Deadline**").

2. Prior to the Objection Deadline, the Reorganized Debtor received informal comments from (i) Starlight Cleaning Services /RAMA Services ("**Starlight**") and (ii) Amity Construction Co. ("**Amity**" and, together, the "**Parties**"). In addition, the claim of Holtz Mechanical Ltd. ("**Holtz**") was voluntarily withdrawn.

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

3. On May 17, 2024, the Reorganized Debtor filed the *Notice of Partial Withdrawal of the Reorganized Debtor's Fourth (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 833], pursuant to which (i) the Parties' claims were removed from the Omnibus Objection and their informal comments resolved, and (ii) the Reorganized Debtor removed the Holtz claim, and the claim filed by Relational Therapy Collective PLLC.

4. A hearing was held before the Honorable Mary F. Walrath on May 21, 2024 (the "**Hearing**"). At the Hearing, the Court requested that the Reorganized Debtor remove the following claims from Schedule 1 to the Omnibus Objection, pending further investigation by the Reorganized Debtor: (i) Argo Partners as Transferor of Euflora (Claim No. 57); (ii) Bradford Capital as Transferee of Progreen (Claim No. 10050); (iii) Mid America Specialty (Claim No. 10111); (iv) Natura (Claim No. 45); and (v) Old Faithful Fountain (Claim No. 10017).

5. The Reorganized Debtor hereby submits a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects the removal of the Parties' claims from the Proposed Order attached to the Omnibus Objection. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

**[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, the Reorganized Debtor respectfully requests that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated:  May 22, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Kristi J. Doughty (No. 3826)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email: chipman@chipmanbrown.com
      doughty@chipmanbrown.com
      olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
      michaela.crocker@katten.com
      yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*