# **<u>Schedules 1 through 3</u>**

## Schedule 1 - Books and Records Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| ADVANTAGE WATER ENGINEERING LLC<br>9113 SOVEREIGN ROW<br>DALLAS, TX 75247 | 10130 | $31,128.90 | $27,440.77 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| ARTESIA SPRINGS LLC<br>8130 INTERCHANGE PKWY<br>SAN ANTONIO, TX 78218 | 10086 | $509.12 | $434.21 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| BECKER PROPERTIES LLC<br>4462 LOCKHILL-SELMA RD. #101<br>SAN ANTONIO, TX 78249 | 22 | $6,588.25 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| CENTURY PEST CONTROL INC<br>ATTN PAT ANGELINI<br>1335 BASSE RD<br>SAN ANTONIO, TX 78212 | 10066 | $476.85 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| COMPETITION ROOFING INC<br>ATTN K. BORCHARDT<br>7310 FAIRVIEW ST<br>HOUSTON, TX 77041 | 10119 | $13,034.97 | $6,352.06 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

1

## Schedule 1 - Books and Records Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| FACILITY SOLUTIONS GROUP INC<br>4401 WESTGATE BLVD, STE 310<br>AUSTIN, TX 78745 | 10011 | $8,441.04 | $1,091.04 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FEDERAL MAINTENANCE SVC INC<br>10000 MULA RD<br>STAFFORD, TX 77477 | 10075<br>10076 | $13,314.76 | $7,550.44 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FLIPPEN GROUP LLC, THE<br>1199 HAYWOOD DR<br>COLLEGE STATION, TX 77845 | 42 | $10,230.00 | $0.00 | Does Not Match Debtor's Books and Records<br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| FM WELDING REPAIR AND MORE LLC<br>509 MAYFORD ST<br>HOUSTON, TX 77076 | 10145 | $86,929.06 | $32,630.47 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| FW WALTON SAN ANTONIO LLC<br>8350 MOSLEY RD<br>HOUSTON, TX 77075 | 10056 | $4,121.08 | $2,598.00 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

2

## Schedule 1 - Books and Records Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| HADDAD, ALBERT<br>[ADDRESS REDACTED] | 10085 | $225,250.00 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| INSITE ARCHITECTS INC<br>C/O INSITE DESIGN & PLANNING<br>1633 BROADWAY<br>SAN ANTONIO, TX 78215 | 61 | $28,591.75 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| JM INVESTMENT TRUST<br>TRANSFEROR: BAKERS SAFE & LOCK CO INC<br>6800 PARAGON PLACE, STE 202<br>RICHMOND, VA 23230 | 10124 | $9,619.11 | $8,610.38 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| LACEY CANNON PROPERTIES LLC<br>510 RANCHO BAUER DR<br>HOUSTON, TX 77079 | 10099 | $5,077.80 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| MARKS PLUMBING PARTS<br>3312 RAMONA DR<br>PO BOX 121554<br>FORT WORTH, TX 76121 | 10030 | $20,167.04 | $19,158.31 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |

3

## Schedule 1 - Books and Records Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLAIM AMOUNT (EXCLUDING INTEREST) | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY<br>C/O DAY PITNEY LLP<br>ATTN JOSHUA W COHEN<br>195 CHURCH ST, 15TH FL<br>NEW HAVEN, CT 06510 | 10137 | $347,877.41 | $123,817.93 | Does Not Match Debtor's Books and Records | Does Not Match Debtor's Books and Records |
| REGENT SERVICES<br>101 ST LOUIS AVE<br>FORT WORTH, TX 76104 | 10091 | $19,485.00 | $0.00 | Does Not Match Debtor's Books and Records<br><br>See also Schedule 3 - No Liability Claims | Includes Services Related to Non-Debtor Properties |
| STAPLES INC<br>ATTN TOM RIGGLEMAN<br>7 TECHNOLOGY CIR<br>COLUMBIA, SC 29203 | 66 | $33,311.76 | $23,916.74 | Does Not Match Debtor's Books and Records | Does Not Match Debtor's Books and Records |
| TEJAS GROUNDS MAINTENANCE<br>PO BOX 841288<br>HOUSTON, TX 77284 | 10128 | $43,072.76 | $36,034.30 | Does Not Match Debtor's Books and Records | Includes Services Related to Non-Debtor Properties |
| TRC MASTER FUND, LLC<br>TRANSFEROR: JOE EAST ENTERPRISES INC<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY 11598 | 10116 | $68,868.68 | $63,253.89 | Does Not Match Debtor's Books and Records | Includes services related to non-debtor properties |

4

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| 2535 BABCOCK LLC<br>10410 DOHERTY SPRING<br>SAN ANTONIO, TX 78255 | 10113 | | $75,000.00 | Paid in Full (Contract Assumed) |
| ADT COMMERCIAL LLC DBA THE ADT SECURITY CORPORATION<br>DBA THE ADT SECURITY CORPORATION<br>PO BOX 219044<br>KANSAS CITY, MO 64121-9044 | Scheduled Claim | 452000350 | $2,379.63 | Paid in Full |
| CNP UD<br>PO BOX 3150<br>HOUSTON, TX 77253-3150 | Scheduled Claim | 452003840 | $1,755.60 | Paid in Full |
| FORTRESS SECURITY LLC DBA OMNI FIRE AND SECURITY SYSTEMS<br>DBA OMNI FIRE AND SECURITY SYSTEMS<br>P O BOX 200337<br>ARLINGTON, TX 76006 | Scheduled Claim | 452006620 | $42.50 | Paid in Full |

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| FRONTIER SERVICES GROUP LLC<br>13735 FM 529 RD<br>HOUSTON, TX 77041 | 10144 | | $211,686.27 | Paid in Full |
| GONZALEZ AND SCHNEEBERG ENGINEERS AND SURVEYORS INC<br>SURVEYORS INC<br>2100 LAKESIDE BLVD. STE 200<br>RICHARDSON, TX 75082 | Scheduled Claim | 452007290 | $3,641.88 | Paid in Full |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001043<br>LOUISVILLE, KY 40290-1043 | Scheduled Claim | 452008420 | $4,358.31 | Paid in Full |
| IPFS CORPORATION<br>30 MONTGOMERY ST, STE 501<br>JERSEY CITY, NJ 07302 | 10133 | | $1,210,618.38 | Paid in Full |
| MITEC<br>2445 MEADOWBROOK PARKWAY<br>DULUTH, GA 30096 | Scheduled Claim | 452012120 | $939.88 | Paid in Full |

6

**Schedule 2 - Satisfied Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | SCHEDULE NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| NRG ENERGY INC DBA RELIANT RETAIL SERVICES LLC<br>DBA RELIANT RETAIL SERVICES LLC<br>P.O. BOX 650475<br>DALLAS, TX 75265 | Scheduled Claim | 452012830 | $1,131,230.87 | Paid in Full |
| STREAM REALTY PARTNERS-CENTRAL TEXAS LP<br>C/O MUNSCH HARDT KOPF & HARR PC<br>ATTN JULIAN VASEK<br>500 N AKARD ST, STE 4000<br>DALLAS, TX 75201 | 10071 | | $78,780.04 | Paid in Full |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548, MC-008<br>AUSTIN, TX 78711 | 91 | | $399,645.12 | Paid in Full |
| VITAL RECORDS CONTROL<br>5384 POPLAR AVE, STE 500<br>MEMPHIS, TN 38119 | 10048 | | $1,915.92 | Paid in Full |

## Schedule 3 - No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| BECKER PROPERTIES LLC<br>4462 LOCKHILL-SELMA RD, #101<br>SAN ANTONIO, TX 78249 | 22 | $6,588.25 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| BRUMBALOW, KAY L IRA<br>[ADDRESS REDACTED] | 64 | $18,132.08 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| BRUNBALOW, KAY L<br>[ADDRESS REDACTED] | 10138 | $18,132.08 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| CENTURY PEST CONTROL INC<br>ATTN PAT ANGELINI<br>1335 BASSE RD<br>SAN ANTONIO, TX 78212 | 10066 | $476.85 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |

8

## Schedule 3 - No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| FLIPPEN GROUP LLC, THE<br>1199 HAYWOOD DR<br>COLLEGE STATION, TX 77845 | 42 | $10,230.00 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| HADDAD, ALBERT<br>[ADDRESS REDACTED] | 10085 | $225,250.00 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| INSITE ARCHITECTS INC<br>C/O INSITE DESIGN & PLANNING<br>1633 BROADWAY<br>SAN ANTONIO, TX 78215 | 61 | $28,591.75 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |
| LACEY CANNON PROPERTIES LLC<br>510 RANCHO BAUER DR<br>HOUSTON, TX 77079 | 10099 | $5,077.80 | Debtor has No Liability for this Claim<br><br>See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |

## Schedule 3 - No Liability Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE | ADDITIONAL NOTES |
|---|---|---|---|---|
| PAMELA A BOYD ROBERTS IRA [ADDRESS REDACTED] | 63 | $63,443.61 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| PAMELA A BOYD ROBERTS IRA [ADDRESS REDACTED] | 10134 | $63,443.61 | Debtor has No Liability for this Claim | Claim Related to Alleged Investment in Reorganized Debtor's Indirect Parent |
| REGENT SERVICES 101 ST LOUIS AVE FORT WORTH, TX 76104 | 10091 | $19,485.00 | Debtor has No Liability for this Claim

See also Schedule 1 - Books and Records Claims | Services Related to Non-Debtor Properties |