**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Hearing Date: July 11, 2024 at 11:30 a.m. (Eastern Time)**<br>**Objection Deadline: June 17, 2024 at 4:00 p.m. (Eastern Time)** |

## NOTICE OF REORGANIZED DEBTOR'S MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

PLEASE TAKE NOTICE that on June 3, 2024, the above-captioned debtor, as reorganized (the "**Reorganized Debtor**") filed the *Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion, must be filed on or before **June 17, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that responses, if any, must be served on the following parties so as to be received on or before the Objection Deadline: (a) Counsel to the Reorganized Debtor, (i) Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com), and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); and (ii) Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201 (Attn: John E. Mitchell, Esquire (john.mitchell@katten.com), Michaela C. Crocker, Esquire (michaela.crocker@katten.com), and Yelena E. Archiyan, Esquire (yelena.archiyan@katten.com)); and (b) the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, Delaware 19801 (Attn: John Schanne, Esquire (john.schanne@usdoj.gov)).

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **July 11, 2024, at 11:30 a.m. (Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 North Market, Street, 5th Floor, Wilmington, Delaware 19801. Only those Responses made in writing and timely filed and served by the Objection Deadline will be considered by the Court at any such hearing. The Reorganized Debtor reserves the right to adjourn the hearing with respect to a specific objection set forth herein and any Response thereto.

---

[1]    The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 3, 2024
      Wilmington, Delaware

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email: chipman@chipmanbrown.com
       olivere@chipmanbrown.com

- and -

John E. Mitchell (admitted *pro hac vice*)
Michaela C. Crocker (admitted *pro hac vice*)
Yelena E. Archiyan (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Suite 1100
Dallas, Texas 75201
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602
Email: john.mitchell@katten.com
       michaela.crocker@katten.com
       yelena.archiyan@katten.com

*Counsel to the Debtor and Debtor in Possession*