IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-11452-MFW |
| | § | |
| **HARTMAN SPE, LLC,** ET AL. | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF CYPRESS-FAIRBANKS ISD (CLAIM NO. 132)

**YOU ARE HEREBY NOTIFIED** that Cypress-Fairbanks ISD's claim no. 132 in the amount of $63,887.65 is hereby **WITHDRAWN**.

**Date: March 11, 2024**

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

/s/ Tara L. Grundemeier
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Facsimile

*Counsel for Cypress-Fairbanks ISD*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-11452-MFW |
| | § | |
| **HARTMAN SPE, LLC,** ET AL. | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Notice of Withdrawal of Proof of Claim of Cypress-Fairbanks ISD (Claim No. 132)** shall be served via the Electronic Case Filing System on March 11, 2024.


                                                   */s/ Tara L. Grundemeier*
                                                   Tara L. Grundemeier