IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 20, 2024, AT 2:00 P.M. (EASTERN TIME)**

> **THIS WILL BE A REMOTE HEARING CONDUCTED VIA ZOOM. ANY PARTY CAN ATTEND AND PARTICIPATE VIA ZOOM, INCLUDING WITNESSES, AND OTHER PARTIES MAKING ARGUMENTS.**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS 4:00 P.M. (*PREVAILING* EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED.\***
>
> **AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

**I.    CONTINUED MATTER(S).**

1. Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 19, 2024 [Docket No. 721].

    Objection Deadline:    April 17, 2024, at 4:00 P.M. (Eastern Time). An extension was given to Success Real Estate Company, Ltd. ("**SRE**") to April 24, 2024.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Responses Received:

    i.    Informal comments received from Independent Dealer Group ("**IDG**").

    ii.    Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on April 24, 2024 [Docket No. 801].

Related Pleadings:

A.    Notice of Filing of *Revised* Schedule 1 to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 20, 2024 [Docket No. 729].

B.    Order Granting Debtor's First (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 24, 2024 [Docket No. 795].

C.    Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 828].

D.    Declaration of David Wheeler in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 829].

E.    Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 830].

F.    Notice of Partial Withdrawal of the Reorganized Debtor's First (Non-Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 831].

Status: This matter has been continued to the hearing scheduled for July 11, 2024, at 11:30 a.m. (Eastern Time).

2.    *Amended* Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on April 12, 2024 [Docket No. 774].

    Objection Deadline:    May 13, 2024, at 4:00 P.M. (Eastern Time). Hartman VREIT XXI, Inc. was given an extension to respond to May 14, 2024.

Responses Received:

A. [**SEALED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 819].

B. [***PROPOSED* REDACTED**] Response to *Amended* Objection of the Debtor to Proof of Claim No. 10155 Filed by Hartman V REIT XXI, Inc. (Substantive) and Request that Claim be Deemed Timely Filed, filed on May 14, 2024 [Docket No. 821].

Related Pleadings:

i. Objection of the Debtor to Proof of Claim No. 10155 filed by Hartman V REIT XXI, Inc., filed on March 13, 2024 [Docket No. 704].

ii. Motion to File Under Seal, filed on May 14, 2024 [Docket No. 820].

Status: This matter has been continued to the hearing scheduled for July 11, 2024, at 11:30 a.m. (Eastern Time).

II. **FINAL FEE APPLICATION(S).**

3. Combined (I) Third Monthly Application of Hirsch & Westheimer, P.C., for Compensation and Reimbursement of Expenses as Special Counsel to the Debtor and Debtor-in-Possession for the Period from January 1, 2024 Through and Including March 27, 2024 and (II) Final Application for Compensation and Reimbursement of Expenses as Special Counsel to the Debtor and Debtor-in-Possession for the Period from September 13, 2023 Through and Including March 27, 2024, filed on May 24, 2024 [Docket No. 858].

Objection Deadline:     June 14, 2024, at 4:00 P.M. (Eastern Time).

Responses Received:     None.

Related Pleadings:

A. Second Monthly Application of Hirsch & Westheimer, P.C., for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtor and Debtor-in-Possession for the Period from December 1, 2023 Through and Including December 31, 2023, filed on May 15, 2024 [Docket No. 825].

B. Certificate of No Objection, filed on June 7, 2024 [Docket No. 882].

<u>Status</u>: The Debtor intends to submit the proposed order under certificate of no objection today at 4:00 p.m. (Eastern Time). Therefore, no hearing is necessary unless otherwise requested by the Court.

Dated: June 17, 2024  
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
      olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
      michaela.crocker@katten.com
      yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*