IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **HARTMAN SPE, LLC,**[1] | § | **CASE NO. 23-11452** |
| | § | |
| | § | |
| **Debtor.** | § | |

## WITHDRAWAL OF CLAIM 1 FILED BY
## COLLIN COUNTY TAX ASSESSOR/COLLECTOR

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1.  The undersigned, who has offices at 1700 Redbud Boulevard, Suite 300, McKinney, Texas 75069, is the attorney for Collin County Tax Assessor/Collector (the "Claimant") and is authorized to withdraw Claim No. 1.

2.  Therefore, the Claimant withdraws Claim No.1.

DATED: June 25, 2024

                                               Respectfully submitted,

                                               **ABERNATHY, ROEDER, BOYD**
                                               **&HULLETT, P.C.**

                                               */s/ Paul Lopez*
                                               **Paul M. Lopez**
                                               Texas State Bar No. 24076516
                                               **Emily M. Hahn**
                                               Texas State Bar No. 24101846
                                               1700 Redbud Blvd., Suite 300
                                               McKinney, TX 75069
                                               Telephone: 214-544-4000
                                               Direct: 214-544-4088
                                               plopez@abernathy-law.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the ReorganizedDebtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

ehahn@abernathy-law.com
**ATTORNEYS FOR**
**COLLIN COUNTY TAX**
**ASSESSOR/COLLECTOR**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2024, I caused to be served true and correct copies of the foregoing to all parties registered via ECF.

*/s/ Paul M. Lopez*
Paul M. Lopez
