IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No. 883** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTOR'S
FIFTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO SATISFIED
TAX CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502,
BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for the above-captioned debtor and debtor in possession (the "**Reorganized Debtor**") hereby certifies as follows:

1. On June 11, 2024, the Reorganized Debtor filed the *Reorganized Debtor's Fifth (Non-Substantive) Omnibus Objection to Satisfied Tax Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 883] (the "**Omnibus Objection**"). Pursuant to the Notice, the deadline to file responses regarding the relief requested in the Omnibus Objection was June 25, 2024 (the "**Objection Deadline**").

2. A review of the Court's docket in this case shows that no answer, objection, or other responsive pleading to the Omnibus Objection appears thereon.

3. On June 25, 2024, the Collin County Tax Assessor/Collector ("**Collin County**") filed the *Withdrawal of Claim 1 Filed by Collin County Tax Assessor/Collector* [Docket No. 894].

4. The Reorganized Debtor hereby submits a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects the removal of Collin County's claim

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

from the Proposed Order attached to the Omnibus Objection. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

**WHEREFORE**, the Reorganized Debtor respectfully requests that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated:  June 26, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Kristi J. Doughty (No. 3826)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email: chipman@chipmanbrown.com
      doughty@chipmanbrown.com
      olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email: john.mitchell@katten.com
      michaela.crocker@katten.com
      yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*