## Schedule 1 - Satisfied Tax Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | SCHEDULE NUMBER | SCHEDULED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN LEGAL DEPT<br>2520 WW THORNE BLVD<br>HOUSTON, TX 77073 | 157 | $116,043.18 | | | The Debtor's books and records indicate this claim as satisfied |
| ALIEF INDEPENDENT SCHOOL DISTRICT<br>MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 10159 | $6,953.20 | | | The Debtor's books and records indicate this claim as satisfied |
| CARROLLTON-FARMERS BRANCH ISD<br>C/O PERDUE BRANDON FIELDER, ET AL<br>ATTN LINDA D REECE<br>1919 S SHILOH RD, STE 640, LB 40<br>GARLAND, TX 75042 | 3 | $327,105.13 | | | The Debtor's books and records indicate this claim as satisfied |
| HARRIS CNTY MUNICIPAL UTILITY DIST #186<br>ATTN CARL O SANDIN<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | 10151 | $5,566.76 | | | The Debtor's books and records indicate this claim as satisfied |
| HARRIS COUNTY FWSD # 51<br>JUSTIN BARLOW<br>1235 NORTH LOOP WEST SUITE 600HOUSTON, TX 77008 | 10163 | $1,650.00 | 452007900 | $284.34 | Taxes owed by non-debtor. |
| HARRIS COUNTY MUD #81<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 10188 | $20,865.41 | 452007980 | $4,541.45 | The Debtor's books and records indicate this claim as satisfied<br>Claim No. 10188 was withdrawn. See Dkt. No. 683 |

1

## Schedule 1 - Satisfied Tax Claims

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | SCHEDULE NUMBER | SCHEDULED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| HARRIS COUNTY MUD 185<br>P.O. BOX 684000<br>HOUSTON, TX 77268-4000 | | | 452008000 | $1,076.01 | The Debtor's books and records indicate this claim as satisfied |
| HARRIS COUNTY MUD 186<br>PO BOX 842115<br>HOUSTON, TX 77284 | | | 452008020 | $615.65 | The Debtor's books and records indicate this claim as satisfied |
| HARRIS COUNTY WCID #116<br>MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 10161 | $8,589.11 | | | The Debtor's books and records indicate this claim as satisfied<br><br>Claim No. 10161 was withdrawn. See Dkt. No. 642 |
| HARRIS COUNTY WCID #116<br>P.O. BOX 173, DEP. 55037<br>HOUSTON, TX 77001 | | | 452008070 | $2,266.10 | The Debtor's books and records indicate this claim as satisfied<br><br>Claim No. 10161 was withdrawn. See Dkt. No. 642 |
| HARRIS COUNTY WCID #145<br>ATTN CARL O SANDIN<br>1235 NORTH LOOP W, STE 600<br>HOUSTON, TX 77008 | 10153 | $1,497.46 | | | The Debtor's books and records indicate this claim as satisfied |

2

**Schedule 1 - Satisfied Tax Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | SCHEDULE NUMBER | SCHEDULED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| HARRIS COUNTY<br>C/O HARRIS COUNTY ATTORNEY'S OFFICE<br>ATTN PROPERTY TAX DIVISION<br>PO BOX 2928<br>HOUSTON, TX 77252-2928 | 10139 | $2,743,845.91 | | | The Debtor's books and records indicate this claim as satisfied |
| HARRIS- GALVESTON SUBSIDENCE DISTRICT<br>1660 WEST BAY AREA BLVD.<br>FRIENDSWOOD, TX 77546-2640 | | | 452008090 | $500.00 | The Debtor's books and records indicate this claim as satisfied |
| NORTH HOUSTON DISTRICT<br>C/O SMITH MURDAUGH LITTLE & BONHAM LLP<br>2727 ALLEN PKWY, STE 1100<br>HOUSTON, TX 77019 | 131 | $18,747.42 | | | The Debtor's books and records indicate this claim as satisfied |
| PLANO INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER, ET AL<br>ATTN LINDA D REECE<br>1919 S SHILOH RD, STE 640, LB 40<br>GARLAND, TX 75042 | 2 | $265,666.99 | | | The Debtor's books and records indicate this claim as satisfied |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER, ET AL<br>ATTN EBONEY COBB<br>500 E BORDER ST, STE 640<br>ARLINGTON, TX 76010 | 4 | $1,748,652.04 | | | The Debtor's books and records indicate this claim as satisfied |