IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,** [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Hearing Date: November 25, 2024, at 3:00 p.m. (Eastern Time)**<br>**Objection Deadline: November 18, 2024, at 4:00 p.m. (Eastern Time)** |

**NOTICE OF REORGANIZED DEBTOR'S SIXTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO SETTLED CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAME IDENTIFIED ON SCHEDULE 1 ATTACHED HERETO**

**PLEASE TAKE NOTICE** that the above-captioned debtor, as reorganized (the "**Reorganized Debtor**"), has filed the *Reorganized Debtor's Sixth (Non-Substantive) Omnibus Objection to Settled Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of an order approving the Objection (each a "**Response**") must be filed on or before **November 18, 2024, at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**") with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served so actually to be received by the Objection Deadline upon (a) Counsel to the Reorganized Debtor, (i) Chipman Brown Cicero

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

& Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); and (ii) Katten Muchin Rosenman LLP, 2121 N. Pearl St., Suite 1100, Dallas, Texas 75201 (Attn: John E. Mitchell, Esquire (john.mitchell@katten.com), Michaela C. Crocker, Esquire (michaela.crocker@katten.com), and Yelena E. Archiyan, Esquire (yelena.archiyan@katten.com)); and (b) the U.S. Trustee, 844 King Street, Suite 2007, Wilmington, Delaware 19801 (Attn: John Schanne, Esquire (john.schanne@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Objection will be held on **November 25, 2024, at 3:00 p.m. (Eastern Time)**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 North Market, Street, 5th Floor, Wilmington, Delaware 19801.  Only those Responses made in writing and timely filed and served by the Response Deadline will be considered by the Court at any such hearing.  The Reorganized Debtor reserves the right to adjourn the hearing with respect to a specific objection set forth herein and any Response thereto.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

4880-8313-4189, v. 1

Dated: October 7, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
           olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (TX Bar No. 00797095)
Michaela C. Crocker (TX Bar No. 24031985)
Yelena E. Archiyan (TX Bar No. 24119035)
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone:   (214) 765-3600
Facsimile:    (214) 765-3602
Email:  john.mitchell@katten.com
           michaela.crocker@katten.com
           yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*