# **EXHIBIT B**

## **(Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW) |

**DECLARATION OF LOUIS FOX IN SUPPORT OF REORGANIZED DEBTOR'S SIXTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO SETTLED CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

I, Louis Fox, declare under penalty of perjury as follows:

1. I am the Treasurer of Hartman SPE Management, LLC (the "**Company**"), the sole manager of Hartman SPE, LLC (the "**Reorganized Debtor**").

2. As Treasurer of the Company, I am familiar with the Reorganized Debtor's financial condition, policies and procedures, day-to-day operations, and books and records (the "**Books and Records**"), and I have worked closely with the Reorganized Debtor's professionals. The testimony provided herein is based on my review of public and non-public documents, and my discussions with, and information provided by, other members of the Reorganized Debtor's management team, employees performing services on behalf of the Reorganized Debtor, and the Reorganized Debtor's agents and advisors. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have gained knowledge of such matters from other members of my team or from the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

employees, agents, attorneys, and advisors performing services on the Reorganized Debtor's behalf, the accuracy and completeness of which information I relied upon to provide this Declaration.[2]

3. I submit this declaration (the "**Declaration**") in support of the Reorganized Debtor's *Sixth (Non-Substantive) Omnibus Objection to Settled Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Objection**").

4. I have read the Objection and am directly, or by and through the Company's personnel or agents, familiar with the information contained herein, the Proposed Order, and the Schedule attached thereto.

5. The Reorganized Debtor (through me or one of its representatives) spent considerable time reviewing filed proofs of claim in comparison to its books and records and identified a number of claims that required further reconciliation. After reaching out to the subject creditors and engaging in good faith discussions, the parties reached agreement as to the allowed amount of each claim, as reflected on Schedule 1 to the Proposed Order (each, a "**Settled Claim**").

6. The information contained in **Schedule 1** to the Proposed Order and in the Objection itself is true and correct to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 7, 2024

                                                */s/ Louis Fox*
                                                Louis Fox
                                                Treasurer
                                                Hartman SPE Management, LLC

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.