IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>Hearing Date: November 25, 2024, at 3:00 p.m. (ET)<br>Objection Deadline: November 18, 2024, at 4:00 p.m. (ET) |

### NOTICE OF REORGANIZED DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 10059 FILED BY HIJAZ FOUNDATION OF AMERICA INC. PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007

**PLEASE TAKE NOTICE** that on October 15, 2024, the above-captioned debtor as reorganized (the "**Reorganized Debtor**") filed the *Reorganized Debtor's Objection to Proof of Claim No. 10059 Filed by Hijaz Foundation of America Inc Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007* (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Objection, must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 18, 2024, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response on: (a) Counsel to the Reorganized Debtor, (i) Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington Delaware, 19801, *Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and (ii) Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, Texas 75201, *Attn*: John Mitchell, Esquire (john.mitchell@katten.com), Michaela Crocker, Esquire (michaela.crocker@katten.com), and Yelena Archiyan, Esquire (yelena.archiyan@katten.com); (b) the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, *Attn*: John Schanne, Esquire (John.Schanne@usdoj.gov), so as to be **received no later than 4:00 p.m. (Eastern Time) on November 18, 2024.**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE OBJECTION WILL BE HELD ON **NOVEMBER 25, 2024 AT 3:00 P.M. (EASTERN TIME)**, BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE FOR THE

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

DISTRICT OF DELAWARE, 824 NORTH MARKET, STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE RELIEF REQUESTED IN THE OBJECTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 15, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
            olivere@chipmanbrown.com

- and-

John E. Mitchell (TX Bar No. 00797095)
Michaela C. Crocker (TX Bar No. 24031985)
Yelena E. Archiyan (TX Bar No. 24119035)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email:  john.mitchell@katten.com
            michaela.crocker@katten.com
            yelena.archiyan@katten.com

*Co-Counsel to the Reorganized Debtor*