# EXHIBIT A

**(*Proposed* Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | **Related Docket No.** |

### ORDER SUSTAINING REORGANIZED DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 10059 FILED BY HIJAZ FOUNDATION OF AMERICA INC. PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007

Upon consideration of the *Reorganized Debtor's Objection to Proof of Claim No. 10059 Filed by Hijaz Foundation of America Inc. Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007* (the "**Objection**"), and any responses and opposition thereto; and any opposition to the Objection having been overruled, resolved, or withdrawn; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b); and (c) notice of the Objection was due and proper under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

  A. The Objection is sustained, and the relief requested therein is granted.

  B. Proof of Claim No. 10059 filed by Hijaz Foundation of America Inc is disallowed in its entirety and is hereby expunged from the claims register.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

      C.      The Reorganized Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

      D.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.