# EXHIBIT B

**(Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,** <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-11452 (MFW) |

### DECLARATION OF LOUIS FOX IN SUPPORT OF REORGANIZED DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 10059 FILED BY HIJAZ FOUNDATION OF AMERICA INC. PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007

I, Louis Fox, declare under penalty of perjury as follows:

1. I am the Treasurer of Silver Star SPE Management, LLC (f/k/a Hartman SPE Management, LLC) (the "**Company**"), the sole manager of Hartman SPE, LLC (the "**Reorganized Debtor**"), the Reorganized Debtor in the above-captioned chapter 11 case (the "**Chapter 11 Case**").

2. As Treasurer of the Company, I am familiar with the Reorganized Debtor's financial condition, policies and procedures, day-to-day operations, and books and records, and I have worked closely with the Reorganized Debtor's professionals. The testimony provided herein is based on my review of public and non-public documents, and my discussions with, and information provided by, other members of the Reorganized Debtor's management team, employees performing services on behalf of the Reorganized Debtor, and the Reorganized Debtor's agents and advisors.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Except as otherwise noted, I have personal knowledge of the matters set forth herein or have gained knowledge of such matters from other members of my team or from the employees, agents, attorneys, and advisors performing services on the Reorganized Debtor's behalf, the accuracy and completeness of which information I relied upon to provide this Declaration.[2]

3. I submit this declaration (the "**Declaration**") in support of the *Reorganized Debtor's Objection to Proof of Claim No. 10059 Filed by Hijaz Foundation of America Inc. Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007* (the "**Objection**").

4. I have read the Objection and am directly, or by and through the Reorganized Debtor's personnel or agents, familiar with the information contained herein.

5. On November 1, 2023, Hijaz Foundation of America Inc. ("**Hijaz**") filed Claim No. 10059 (the "**Hijaz Claim**") in the amount of $47,948.68, alleging that the Reorganized Debtor agreed to pay the costs of mowing and 80% of the costs of erecting a fence on a parcel of real estate located at 15001 Beechnut Street, Houston, Texas ("**Hijaz Property**"), the same address that appears on Hijaz's letterhead/invoice and as the contact address in the Hijaz Claim. Although the Hijaz Claim included an invoice dated September 10, 2023, it did not include a contract or other evidence supporting the existence of a cost-sharing agreement between Hijaz and the Reorganized Debtor. The Reorganized Debtor has never owned an interest in the Hijaz Property.

6. The Reorganized Debtor has researched the Hijaz Claim, including a thorough review of its books and records and conversations with individuals associated with Hartman SPE and its affiliates who may have knowledge of such a claim. Despite these efforts, the Reorganized Debtor has been unable to locate a contract or any other information or documentation indicating it may be liable on the Hijaz Claim, nor has it found anyone familiar with the Hijaz Claim. As part of

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

- 3 -

its diligence, the Reorganized Debtor reached out on several occasions to Hijaz's contact, as reflected in the Hijaz Claim, but has received no response.

7. Accordingly, I believe that no liability exists as to the Hijaz Claim, which should be disallowed in its entirety and expunged from the claims register.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 15, 2024                         /s/ Louis Fox
                                                Louis Fox
                                                Treasurer
                                                Hartman SPE Management, LLC