### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> **Related Docket No. 919** |

### CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S MOTION FOR AN ORDER FURTHER EXTENDING THE CLAIMS OBJECTION DEADLINE

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Reorganized Debtor's Motion for an Order Further Extending the Claims Objection Deadline* [Docket No. 919] (the "**Motion**"), filed on October 4, 2024. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were required to be filed and served no later than October 16, 2024, at 4:00 p.m. (*prevailing* Eastern Time).

**WHEREFORE**, the undersigned respectfully requests that the Court enter the proposed order that was attached to the Motion.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

Dated: October 17, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

—and—

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com
michaela.crocker@katten.com
yelena.archiyan@katten.com

*Counsel for the Reorganized Debtor*

4894-4323-3265, v. 1