# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,** <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-11452 (MFW) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON OCTOBER 23, 2024, AT 3:00 P.M. (EASTERN TIME)

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

**I.    CONTINUED MATTER(S).**

1.   Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 19, 2024 [Docket No. 721].

   Objection Deadline:   April 17, 2024, at 4:00 P.M. (Eastern Time). An extension was given to Success Real Estate Company, Ltd. ("**SRE**") to April 24, 2024.

   Responses Received:

   i.   Informal comments received from Independent Dealer Group ("**IDG**").

   ii.   Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on April 24, 2024 [Docket No. 801].

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400).  The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057.  Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

Related Pleadings:

A. Notice of Filing of *Revised* Schedule 1 to Debtor's Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 20, 2024 [Docket No. 729].

B. Order Granting Debtor's First (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 24, 2024 [Docket No. 795].

C. Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 828].

D. Declaration of David Wheeler in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 829].

E. Declaration of Michael Jacoby in Support of Reply to Response of Success Real Estate Company, Ltd. to Debtor's Second (Non-Substantive) Omnibus Objection to Claims and Request that Claim be Deemed Timely Filed, filed on May 16, 2024 [Docket No. 830].

F. Notice of Partial Withdrawal of the Reorganized Debtor's First (Non-Substantive) Omnibus Objection to the Allowance of Certain Proofs of Claim, filed on May 17, 2024 [Docket No. 831].

Status: The Debtor and Success Real Estate Company, Ltd. are in ongoing discussions to try and resolve this matter. Therefore, this matter has been continued to the hearing scheduled for November 25, 2024, at 3:00 p.m. (Eastern Time).

## II. RESOLVED MATTER(S).

2. Reorganized Debtor's Motion for an Order Further Extending the Claims Objection Deadline, filed on October 4, 2024 [Docket No. 919].

Objection Deadline:     October 16, 2024, at 4:00 P.M. (Eastern Time).

Responses Received:     None.

Related Pleadings:

A. Certificate of No Objection, filed on October 17, 2024 [Docket No. 925].

B. Order Further Extending the Claims Objection Deadline, filed on October 18, 2024 [Docket No. 927].

4876-8574-1808, v. 1

- 3 -

Status: The order has been entered.

Dated: October 21, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
        olivere@chipmanbrown.com

— and —

John E. Mitchell (Admitted *pro hac vice*)
Michaela C. Crocker (Admitted *pro hac vice*)
Yelena E. Archiyan (Admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Facsimile:  (214) 765-3602
Email:  john.mitchell@katten.com
        michaela.crocker@katten.com
        yelena.archiyan@katten.com

*Counsel to the Reorganized Debtor*

4876-8574-1808, v. 1