**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

**Hartman SPE, LLC,**

        Debtor.

Chapter 11

Case No. 23-11452 (MFW)

**Related Docket No.  972**

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned proceeding:

- May 15, 2025, at 3:00 p.m. (*prevailing* Eastern Time)

Dated: April 3rd, 2025
Wilmington, Delaware

**MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE**