# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Hartman SPE, LLC,**[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> **Related Docket No. 970** |

## CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S SEVENTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO LATE FILED AND SECURITY DEPOSIT CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Reorganized Debtor's Seventh (Non-Substantive) Omnibus Objection to Late Filed and Security Deposit Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 970] (the "**Omnibus Objection**"), filed on March 12, 2025. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Omnibus Objection appears thereon. Responses to the Omnibus Objection were required to be filed and served no later than April 2, 2025, at 4:00 p.m. (*prevailing* Eastern Time).

**WHEREFORE**, the undersigned respectfully requests that the Court enter the proposed order that was attached to the Omnibus Objection.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

Dated: April 3, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:     (302) 295-0199
Email:  chipman@chipmanbrown.com
         olivere@chipmanbrown.com

*Counsel for the Reorganized Debtor*

4926-2353-6177, v. 1