# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON APRIL 16, 2025, AT 10:00 A.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE WALRATH'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE WALRATH'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.     RESOLVED MATTER(S).**

1.  Reorganized Debtor's Seventh (Non-Substantive) Omnibus Objection to Late Filed and Security Deposit Claims Pursuant to Bankruptcy Code Sections 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 12, 2025 [Docket No. 970].

    Objection Deadline:     April 2, 2025, at 4:00 P.M. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    A.     Certificate of No Objection, filed on April 3, 2025 [Docket No. 974].

    Status: A certificate of no objection has been filed. No hearing is necessary unless requested by the Court.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

| | |
|---|---|
| Dated: April 14, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:  chipman@chipmanbrown.com<br>            olivere@chipmanbrown.com<br><br>*Counsel to the Reorganized Debtor* |