# **SCHEDULE 1**

# SCHEDULE 1

**Tenant Deposits — Properties Transferred on Plan Effective Date**

| NAME OF CLAIMANT | CLAIM NO. | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| Galen Health Institutes, Inc.<br>3050 Terra Crossing Boulevard<br>Louisville, KY 40245 | 10125 | $84,487.00 | Security deposits associated with leases assumed by the Debtor and assigned to Silver Star CRE, LLC under the Second Amended Combined Disclosure Statement and Plan [Docket No. 645, Exhibit A] will be addressed pursuant to the terms of the underlying lease. |

# **SCHEDULE 2**

Case 23-11452-MFW    Doc 977-1    Filed 04/14/25    Page 3 of 4

# SCHEDULE 2

## Late Filed Claims

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reasons for Objection |
|---|---|---|---|---|
| EPN Enterprises Inc.<br>3824 Cedar Springs Road 118<br>Dallas, TX 75219 | 09.05.2024 | 10242 | Undetermined | Claim was filed after the applicable November 13, 2023, bar date. |
| Southwest Engineers<br>P.O. Box 2499<br>Slidell, LA 70459 | 09.13.2024 | 163 | $92.01 | Claim was filed after the applicable November 13, 2023, bar date. |