# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, [1] | Case No. 23-11452 (MFW) |
| Debtor. | **Ref. Docket Nos. 976 - 978** |

## CERTIFICATE OF SERVICE

I, NADIA ALAZRI, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 14, 2025, I caused to be served the:

    a.  "Notice of Agenda of Matters Scheduled for Hearing on April 16, 2025, at 10:00 a.m. (Eastern Time)," dated April 14, 2025 [Docket No. 976],

    b.  "Order Granting Reorganized Debtor's Seventh (Non-Substantive) Omnibus Objection to Late Filed and Security Deposit Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1," dated April 14, 2025 [Docket No. 977], and

    c.  "Notice of Amended Agenda of Matters Scheduled for Hearing on April 16, 2025, at 10:00 a.m. (Eastern Time)," dated April 14, 2025 [Docket No. 978],

    by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Nadia Alazri*
Nadia Alazri

**EXHIBIT A**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| EASTERN DISTRICT OF TEXAS | BRIT FEATHERSON 550 FANNIN, STE 1250 BEAUMONT TX 77701 |
| FARRIMOND CASTILLO & BRESNAHAN, PC | (COUNSEL TO SAN ANTONIO PETROLEUM CLUB, INC) ATTN: JOHN M. CASTILLO & SCOTT A. FARRIMOND 130 E TRAVIS ST STE 350 SAN ANTONIO TX 78205 |
| FOX ROTHSCHILD LLP | (COUNSEL TO THE UCC) 1201 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN DISTRICT OF TEXAS | LEIGHA SIMONTON 1100 COMMERCE ST, THIRD FL DALLAS TX 75242-1699 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | COUNSEL TO RICHARDSON ISD C/O EBONY COBB 500 E. BORDER ST., STE. 640 ARLINGTON TX 76010 |
| SAN ANTONIO PETROLEUM CLUB, INC | ATTN: BARBARA ADAM 8620 N NEW BRAUNFELS STE N-616 SAN ANTONIO TX 78217 |
| WESTERN DISTRICT OF TEXAS | JAIME ESPARZA US ATTORNEYS OFFICE 601 NW LOOP 410, STE 600 SAN ANTONIO TX 78216 |

**Total Creditor count: 10**

| Claim Name | Address Information |
|---|---|
| EPN ENTERPRISES INC | 3824 CEDAR SPRINGS RD, 118 DALLAS TX 75219 |
| GALEN HEALTH INSTITUTES INC | 3050 TERRA CROSSING BLVD LOUISVILLE KY 40245 |
| SOUTHWEST ENGINEERS | PO BOX 2499 SLIDELL LA 70459 |

**Total Creditor count: 3**

**EXHIBIT B**

Hartman SPE, LLC,

Case No. 23-11452 (MFW)

Electronic Mail Master Service List

| Name | Email Address |
| --- | --- |
| ABERNATHY, ROEDER, BOYD & HULLET, P.C. | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | bnkatty@aldineisd.org |
| ASTRO TECH SERVICES, LLC | kbartley@ws-law.com |
| BARSALOU & ASSOCIATES, P.L.L.C. | abarsalo@barsalou.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DELAWARE STATE TREASURY | jordan.w.seemans@delaware.gov |
| FERGUSON BRASWELL FRASER KUBASTA PC | rsmiley@fbfk.law |
| FOX ROTHSCHILD LLP | jesseharris@foxrothschild.com; sslater@foxrothschild.com; mmenkowitz@foxrothschild.com |
| HARRIS COUNTY ATTORNEY'S OFFICE | taxbankruptcy.cao@harriscountytx.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| JACK SHRUM, P.A. | jshrum@jshrumlaw.com |
| KASEN & KASEN, P.C. | jkasen@kasenlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | sanantonio.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| OFFICE OF THE UNITED STATES TRUSTEE | John.Schanne@usdoj.gov |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | emccain@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | mvaldez@pbfcm.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | lreece@pbfcm.com |
| ROBINSON & COLE LLP | jedmonson@rc.com; kdute@rc.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |

Hartman SPE, LLC,
Case No. 23-11452 (MFW)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| STI-GC, LLC | mjoyce@mjlawoffices.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | jamie.kirk@oag.texas.gov |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |
| WEAVER AND TIDWELL LLP | hope.everett@weaver.com |
| POLSINELLI | dferguson@polsinelli.com |
| POLSINELLI | cward@polsinelli.com |