**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

**STIPULATION OF WITHDRAWAL OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO HARTMAN SPE, LLC**

Pursuant to Local Rule 9010-2(b), Katten Muchin Rosenman LLP ("**Katten**"), respectfully withdraws as counsel for Debtor Hartman SPE, LLC ("**Reorganized Debtor**") in the above-referenced case (the "**Chapter 11 Case**").

In support of this Stipulation, Katten states as follows:

1.      On September 13, 2023, the Reorganized Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "**Court**") under Chapter 11 of the Bankruptcy Code, commencing the Chapter 11 Case.

2.      On September 25, 2023, the Reorganized Debtor filed the *Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 72].

3.      On October 16, 2023, the Court entered the "*Order Authorizing the retention and Employment of Katten Muchin Rosenmen LLP as Counsel for the Debtor Effective as of the Petition Date* [Docket 159].

---

[1]      The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

4. The Reorganized Debtor consents to the Katten's withdrawal as its counsel. *See* <u>Exhibit A</u>.

5.      Katten has been informed by both the Reorganized Debtor and Delaware co-counsel, William E. Chipman Jr. of Chipman Brown Cicero & Cole, LLP, that Chipman Brown will proceed with representing the Reorganized Debtor.    Accordingly, the Reorganized Debtor will not be left without counsel in this Case.

6. The requested relief herein is sought in good faith and the withdrawal is not sought for purposes of delay. No party will be prejudiced by the withdrawal of Katten.

**WHEREFORE,** Katten respectfully withdraws as the Reorganized Debtor's counsel.

*[Remainder of page intentionally left blank]*

- 2 -

303039427v4

April 22, 2025
Wilmington, DE

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ William E. Chipman
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
              olivere@chipmanbrown.com

*Continuing Counsel for the Reorganized Debtor*

-and-

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ John E. Mitchell*
John E. Mitchell (TX Bar No. 00797095)
Michaela C. Crocker (TX Bar No. 24031985)
Yelena E. Archiyan (TX Bar No. 24119035)
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602
Email: *john.mitchell@katten.com*
          *michaela.crocker@katten.com*
          *yelena.archiyan@katten.com*

*Withdrawing Co-Counsel to the Reorganized Debtor*

303039427v4

## EXHIBIT A - CERTIFICATE OF CLIENT CONSENT

In accordance with Local Rule 9010-2(b), Hartman SPE, LLC consents to the withdrawal of Katten Muchin Rosenman, LLP. Hartman SPE, LLC confirms that it has had the opportunity to discuss the withdrawal and its consequences with its remaining counsel, Chipman Brown Cicero & Cole LLP, whom it will continue to retain as its lead counsel in this Case.

**HARTMAN SPE, LLC**

By: _David Wheeler_

Its: _President_

Date: _April 23, 2025_