# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Reorganized Debtor.[1] | |

# FINAL REPORT IN CHAPTER 11 CASE

Pursuant to Local Rule 3022-1(c), the following is a final report regarding this Chapter 11 Case:

1. All expenses arising from the administration of the Reorganized Debtor's estate and this chapter 11 case, including, without limitation, Section 1930 Fees, have been paid, will be paid before the hearing on this Motion, or will be paid as and when such expenses come due.

2. The Plan has been substantially consummated and all distributions and transactions that were required to be made pursuant to the Plan have been made or will be made in accordance with the terms of the Plan or by the Hearing Date.

3. All motions, applications, contested matters, and other proceedings that were before this Court with respect to this chapter 11 case have been resolved, dismissed, or withdrawn or will be resolved, dismissed, or withdrawn prior to or on the Hearing Date.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 24, 2025

                                                                                                   */s/ Louis T. Fox*