IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Reorganized Debtor.[1] | Hearing Date: May 15, 2025, at 3:00 p.m. (Eastern)<br>Objection Deadline: May 8, 2025, at 4:00 p.m. (Eastern) |

### NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER (I) GRANTING FINAL DECREE CLOSING THE CHAPTER 11 CASE OF HARTMAN SPE, LLC AND (II) TERMINATING CLAIMS AND NOTICING SERVICES

**PLEASE TAKE NOTICE** that on April 24, 2025, the above-captioned debtor as reorganized (the "**Reorganized Debtor**") filed the *Reorganized Debtor's Motion for Order (I) Granting Final Decree Closing the Chapter 11 Case of Hartman SPE, LLC and (II) Terminating Claims and Noticing Services* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion, must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 8, 2025, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection on: (a) Counsel to the Reorganized Debtor, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington Delaware, 19801, *Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com); (b) the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, *Attn*: John Schanne, Esquire (John.Schanne@usdoj.gov), so as to be **received no later than 4:00 p.m. (Eastern Time) on May 8, 2025.**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 15, 2025 AT 3:00 p.m. (EASTERN TIME)**, BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET, STREET, FIFTH FLOOR, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO THE RELIEF REQUESTED IN THE MOTION ARE TIMELY FILED, SERVED, AND

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

**RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: April 24, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

    */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email: chipman@chipmanbrown.com
        olivere@chipmanbrown.com