## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>**Hartman SPE, LLC,**[1] <br><br>Debtor. | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> Related Docket No. 979 |

### CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTOR'S MOTION FOR AN ORDER FURTHER EXTENDING THE CLAIMS OBJECTION DEADLINE

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Reorganized Debtor's Motion for an Order Further Extending the Claims Objection Deadline* [Docket No. 979] (the "**Motion**"), filed on April 18, 2025. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Responses to the Motion were required to be filed and served no later than May 2, 2025, at 4:00 p.m. (*prevailing* Eastern Time).

**WHEREFORE**, the undersigned respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A**.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

<div style="display:flex;">
<div>
Dated: May 5, 2025  
      Wilmington, Delaware
</div>
</div>

Respectfully submitted,

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)  
Mark D. Olivere (No. 4291)  
**CHIPMAN BROWN CICERO & COLE, LLP**  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Facsimile:    (302) 295-0199  
Email: chipman@chipmanbrown.com  
       olivere@chipmanbrown.com

*Counsel for the Reorganized Debtor*

4910-6984-7871, v. 1

# EXHIBIT A

# (*Proposed* Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Hartman SPE, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-11452 (MFW)<br><br>**Related Docket No. 979** |

### ORDER GRANTING MOTION OF THE REORGANIZED DEBTOR FOR ORDER FURTHER EXTENDING CLAIMS OBJECTION DEADLINE

Upon consideration of the *Reorganized Debtor's Motion for an Order Further Extending the Claims Objection Deadline* (the "**Motion**");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before this Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Motion is in the best interests of the Reorganized Debtor's estate, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**It is Hereby ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Claims Objection Deadline is hereby extended to and including **July 20, 2025**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Hartman SPE, LLC (7400). The Reorganized Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Reorganized Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

as to all Claims.

3.  This Order shall be without prejudice to the right of the Reorganized Debtor to seek a further extension(s) of the time within which to file objections to Claims filed against the Reorganized Debtor.

4.  This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.