# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>**Hartman SPE, LLC,** <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-11452 (MFW) <br><br> **Related Docket No. 982** |

### CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTOR'S MOTION FOR ORDER (I) GRANTING FINAL DECREE CLOSING THE CHAPTER 11 CASE OF HARTMAN SPE, LLC AND (II) TERMINATING CLAIMS AND NOTICING SERVICES

The undersigned counsel for the above-captioned debtor and debtor in possession (the "**Reorganized Debtor**") hereby certifies as follows:

1. On April 24, 2025, the Reorganized Debtor filed the *Reorganized Debtor's Motion for Order (I) Granting Final Decree Closing the Chapter 11 Case of Hartman SPE, LLC and (II) Terminating Claims and Noticing Agent* [Docket No. 982] (the "**Motion**"). Pursuant to the Notice, the deadline to file responses regarding the relief requested in the Motion was May 8, 2025, at 4:00 p.m. (*prevailing* Eastern Time) (the "**Objection Deadline**").

2. No answer, objection, or other responsive pleadings to the Motion were received prior to the Objection Deadline. Further, as of the date hereof, no answer, objection, or other responsive pleading to the Motion appear on the Court's docket.

3. The Reorganized Debtor hereby submits a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects the changes to the Proposed Order attached to the Motion to include a deadline for the Reorganized Debtor to submit its final post-

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

confirmation report and Section 1930 Fees. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

  **WHEREFORE**, the Reorganized Debtor respectfully requests that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: May 9, 2025<br>   Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: chipman@chipmanbrown.com<br>   olivere@chipmanbrown.com<br><br>*Counsel to the Reorganized Debtor* |