# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Hartman SPE, LLC,** | Case No. 23-11452 (MFW) |
| Debtor.[1] | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 15, 2025, AT 3:00 P.M. (EASTERN TIME)

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.     RESOLVED MATTER(S).**

1. Reorganized Debtor's Motion for an Order Further Extending the Claims Objection Deadline, filed on April 18, 2025 [Docket No. 979].

    Objection Deadline:     May 2, 2025, at 4:00 P.M. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    A.    Certificate of No Objection, filed on May 5, 2025 [Docket No. 985].

    B.    Order Granting Motion of the Reorganized Debtor for Order Further Extending the Claims Objection Deadline, entered on May 6, 2025 [Docket No. 988].

    Status: The order has been entered. No hearing is necessary.

2. Reorganized Debtor's Motion for an Order (I) Granting Final Decree Closing the Chapter 11 Case of Hartman SPE, LLC and (II) Terminating Claims and Noticing Services, filed on April 24, 2025 [Docket No. 982].

    Objection Deadline:     May 8, 2025, at 4:00 P.M. (Eastern Time).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Hartman SPE, LLC (7400). The Debtor's principal place of business and service address is 2909 Hillcroft, Suite 420, Houston, TX 77057. Copies of pleadings may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or from the Debtor's Claim Agent's website https://dm.epiq11.com/HartmanSPE.

- 2 -

<u>Responses Received</u>:    None.

<u>Related Pleadings</u>:

A.  Final Report in Chapter 11 Case, filed on April 24, 2025 [Docket No. 982-1].

B.  Certification of Counsel Regarding Reorganized Debtor's Motion for an Order (I) Granting Final Decree Closing the Chapter 11 Case of Hartman SPE, LLC and (II) Terminating Claims and Noticing Services, filed on May 9, 2025 [Docket No. 990].

C.  Order (I) Granting Final Decree Closing the Chapter 11 Case of Hartman SPE, LLC and (II) Terminating Claims and Noticing Services, entered on May 12, 2025 [Docket No. 991].

<u>Status</u>: The order has been entered. No hearing is necessary.

Dated: May 12, 2025  
     Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email:  chipman@chipmanbrown.com
            olivere@chipmanbrown.com

*Counsel to the Reorganized Debtor*