**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hartman SPE, LLC, | Case No. 23-11452 - MFW |
| Debtor(s). | |

## NOTICE OF WITHDRAW OF APPEARANCE

 **PLEASE TAKE NOTICE** that Kasen & Kasen, P.C. hereby withdraws its appearance as counsel for Business Floor Solutions, in this bankruptcy case, and requests that Kasen & Kasen, P.C. be removed from any applicable service lists herein on behalf of Business Floor Solutions, including the Court's CM/ECF electronic notification list.

 Business Floor Solutions has no controversy currently pending before the Court, and the undersigned certifies that Business Floor Solutions consents to this withdrawal of appearance.

 **PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Business Floor Solutions should be forwarded to them directly, as follows:

Business Floor Solutions
c/o Matthew Martinez
5131 Steadmont Drive
Houston, TX 77040


Dated:  May 20, 2025     KASEN & KASEN, P.C.

          */s/ Jenny R. Kasen*
          Jenny R. Kasen, Esquire (DE Bar No. 5849)
          1213 N. King Street, Suite 2
          Wilmington, DE 19801
          Telephone: (302) 652-3300
          Facsimile: (856) 424-7565
          E-Mail: jkasen@kasenlaw.com
          *Withdrawing counsel to Business Floor Solutions*